FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 1 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ROBERT HEALY, on behalf of<br>The UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF/Relator | ) | CIVIL ACTION NO. 4:23-CV-1047-LPR |
| | ) | |
| V. | ) | FILED UNDER SEAL |
| | ) | 31 U.S.C. §§ 3729-32 |
| KAJACS CONTRACTORS, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| DEFENDANT | ) | |

---

## FALSE CLAIMS ACT COMPLAINT
## "QUI TAM"

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

The United States of America, by and through *qui tam* Relator, Robert Healy, brings this action under 31 U.S.C. §§ 3729-32 (The "False Claims Act") to recover from KAJACS Contractors, Inc. (KAJACS) for all damages, penalties, and other remedies available under the False Claims Act on behalf of the United States and himself and would show unto the Court the following:

### PARTIES

1.    Relator, Robert Healy ("Healy"), is an individual and citizen of the United States of America residing in Lonoke County, Arkansas.

2.    Defendant KAJACS is a foreign for profit corporation registered to do business in Arkansas with the Arkansas Secretary of State since March 8, 1995, and is and has been doing business in Arkansas out of its offices located at 3401 W. 65th Street, Little Rock, AR 72209.

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ervin

## JURISDICTION, VENUE, AND STANDING

3.     This Court maintains subject matter jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) (False Claims Act) and 28 U.S.C. § 1331 (Federal Question).

4.     Venue is proper in this Court under 31 U.S.C. § 3732 (a) because KAJACS engages in the construction business in the Eastern District of Arkansas as well as throughout the region.

5.     As a former employee of KAJACS, Healy has first hand knowledge of the fraud alleged herein and has voluntarily reported such fraud to the United States Department of Labor, Occupational Safety & Health Administration in Little Rock, Arkansas.  As such, Healy is an "original source" as defined by 31 U.S.C. § 3730 (E)(4)(B), and has legal standing to pursue this claim.

## FACTS

6.     KAJACS is in the business of construction.  In particular, KAJACS was the contractor awarded a $5,618,200 contract by the United States Government to construct the public project known as the Bayou Meto Water Management District Orlicek 1 & 2 Sandage 1 Pumping System, comprising the construction of 41,000 feet of 24 inch PVC pipeline and three (3) intake pumps including an area near England, Lonoke County, Arkansas known as the Sandage Farm.

7.     KAJACS won the bid on the referenced project by, among other things, making false representations to the United States Government that it would comply with all OSHA and state and federal safety regulations in constructing the project, having actual knowledge that it was not going to comply with said safety regulations; acted in deliberate ignorance of the truth or falsity of the claim; or, acted in reckless disregard of the truth or falsity of the claim, in violation of the False Claims Act.  See Specification and Contract Documents for the Construction of Bayou Meto Water

Management Districk Orlicek 1 and 2, Sandage 1 Pump Systems, Lonoke, Arkansas, Attached hereto as **Exhibit 1**, particularly pages 142-146; 177-179; 207-208; 210-211; 237-238; 448; 454-455; and 496-517.

8.      The problem with KAJACS' construction of the project is that KAJACS, having actual knowledge that it was not going to comply, did not comply with any of the applicable OSHA and state and federal safety regulations requiring it to ensure the trenches its crews were digging had cave-in protection.

9.      The only logical conclusion as to why KAJACS did not use any safety measures to protect its employees while digging the 41,000 foot trench was to save construction costs. KAJACS' culture of fraud is nothing new, as it and its owner have previously been convicted of federal crimes against the United States, including mail fraud and fraudulently procuring $17 million in government contracts on false claims of American Indian heritage.

10.     According to OSHA's Fact Sheet on Trenching and Excavation Safety, attached hereto as **Exhibit 2**, Trench collapses, or cave-ins, pose the greatest risk to workers' lives.

11.     On July 14, 2022, OSHA issued a national news release, entitled "Alarming rise in trench-related fatalities spurs U.S. Department of Labor to announce enhanced nationwide enforcement, additional oversight," to "place additional emphasis on how agency officials evaluate penalties for trenching and excavation related incidents, including criminal referrals for federal or state prosecution to hold employers and others accountable when their actions or inactions kill workers or put their lives at risk. See OSHA National News Release, attached hereto as **Exhibit 3**.

12.     As a result of KAJACS' failure to ensure the trenches its crews were digging had cave-in protections, Relator Healy's  friend and KAJACS' employee, Evangelio "Gordy" Montes,

was killed on August 28, 2023 when a trench caved in on him while he was trying to save another employee who was also trapped in the trench by the cave-in.

13.     During the rescue effort after the cave-in on August 28, 2023, KAJACS employee Steven Milsap and several first responders were also buried by the trench cave-in which put their lives at risk.

14.     KAJACS knew or should have known that the soil in the area where the trench collapsed was unstable and in such proximity to a levee holding back water that the trench would fail if cave-in protection measures were not in place.

15.     KAJACS knew or should have known that in order to prevent trench collapses and save lives it must slope or bench trench walls, shore trench walls with supports, or shield trench walls with trench boxes.

16.     KAJACS did not ensure that the trench in question had cave-in protection in violation of OSHA regulations and in violation of the standards of care in the trench construction industry.

17.     KAJACS did not ever provide safety training to Healy or the members of his crew, but lied to law enforcement, to OSHA, and the public that they did provide safety training to Healy and the members of his crew.

18.     Before the cave-in, Relator Healy was a KAJACS' Superintendent of the crew that had dug approximately 20,000 feet of trench since the project began in March of 2023 in exactly the same manner that they were digging on the day of the cave-in. At all times relevant herein, Healy and his crew were under the regular supervision of KAJACS' project manager and safety manager.

19.     At all times from the beginning of the project in March of 2023 until the cave-in occurred in this case on August 28, 2023, KAJACS Project Manager, Phillip Wagoner and KAJACS

Safety Manager, Michael Titsworth had observed and were aware that Healy's crew and Superintendent Jimmy Honeycutt's crew had been digging trenches with no sloping, no benching, no shoring, and no shielding with trench boxes, as required by OSHA regulations.

20.    When Dylan Tye, a firefighter with the England Fire Department was extracted from the trench and was recovering from his ordeal and while the rescue effort was ongoing, he witnessed and overheard one of the KAJACS' supervisors addressing members of the KAJACS crew on site saying, "Keep your mouths shut. If you want to keep your jobs get out of here." Relator Healy also overheard the same supervisor instructing KAJACS' crew members who were videotaping the scene of the cave-in to stop recording and to delete all videos and pictures from their phones.

21.    After the cave-in, KAJACS' Superintendent, Relator Healy, who was responsible for digging the trench in question in this matter, was encouraged by his supervisor, Phillip Wagner, to forge the signatures of Decedent Gordy Montes, Steven Milsap, and Michael Weaver on documents regarding safety training that were submitted to OSHA by KAJACS after the cave-in, knowing that there had been no such safety training. Robert Healy has voluntarily admitted to OSHA that he forged the signatures for fear of losing his job.

22.    During his interview with OSHA regarding its investigation into the trench cave-in in question, Steven Milsap was shown safety training documents that appeared to bear his signature, but denied that he had signed such safety training documents and denied that KAJACS provided him with any safety training.

23.    Before his interview with OSHA regarding its investigation into the trench cave-in in question, Relator Healy was coached by KAJACS' attorney to mislead the OSHA investigators about the safety of the trench he was digging that caved in and killed Gordy Montes, buried Steven

Milsap alive for over 4 hours, and trapped several first responders who were trying to save Steven Milsap's life.

24.    After the cave-in, Healy was presented a document by KAJACS' attorney to sign a false statement, admitting that he had not followed KAJACS' safety policies while digging the ditch in question. Knowing that KAJACS had not provided safety training to him or his crew in over two years of his employment; knowing that KAJACS' supervisors had witnessed him and Jimmy Honeycutt digging trenches without any safeguards for the previous six months; and knowing that the culture of KAJACS was to get the job done on time without regard to the risk of injury or death, Healy refused to sign the document. Healy was told by KAJACS' lawyer that he was being fired because it would look good to OSHA, and demonstrate that KAJACS was trying to solve the problem. In truth, KAJACS threw Healy under the bus and, in retaliation, attempted to make Healy the fall guy.

25.    While Steven Milsap was trapped and before Gordy Montes was killed by a subsequent cave-in, the following KAJACS employees were on the site standing around the trench watching Gordy Montes, and first responders, desperately attempting to save his best friend by attempting to dig Steven Milsap out with his bare hands, and said nothing to anyone in the hole about the danger of another cave-in:

      a.    Owner of KAJACS Aaron Persons;

      b.    Project Manager for KAJACS Phillip Wagner;

      c.    Project Safety Manager for KAJACS Michael Titsworth.

26.    According to Healy, he and the members of his crew were never offered safety classes or safety training before the cave-in.

27.    KAJACS Project Safety Manager, Michael Titsworth, therefore, lied to law enforcement officers on the scene when he stated that Healy's crew had been to safety classes and were trained, but "that they did not do what they were trained to do." See Lonoke County Sheriff's Incident Report attached hereto as **Exhibit 4**.

28.    Knowing that workers compensation insurance in Arkansas would protect it from lawsuits and limit its liability, KAJACS used the workers compensation laws as a shield for their intentional, outrageous, and murderous misconduct and, once again, has committed fraud upon the United States.

## CAUSE OF ACTION

### *Violations of the False Claims Act*

29.    Based upon the acts described above, KAJACS knowingly violated one or more of the following:

a.    Knowingly presented, or caused to be presented, a false or fraudulent claim to procure the $5,618,200 public project known as the Bayou Meto Water Management District Orlicek 1 & 2 Sandage 1 Pumping System;

b.    Knowingly made, used, or caused to be made or used, a false record or statement to procure approval of its bid for the $5,618,200 public project known as the Bayou Meto Water Management District Orlicek 1 & 2 Sandage 1 Pumping System.

30.    The United States, unaware of the falsity of these claims, records, and statements made by KAJACS, and in reliance on the accuracy thereof, paid money to KAJACS, and/or various contractors for the fraudulent claims.

31.    The United States and the general public have been damaged as a result of KAJACS' violations of the False Claims Act.

## PRAYER

32.    For the reasons set forth above, Healy, on behalf of the United States, respectfully requests this Court to find that KAJACS has damaged the United States Government as a result of its fraudulent procurement under the False Claims Act.  Healy prays that this Court enter judgment against KAJACS for all applicable damages, including but not limited to the following:

a.    Actual damages in the entire amount of $5,618,200.00 that the government paid under an obligation that arose as a result of fraudulent inducement by KAJACS in violation of the False Claims Act.

b.    Civil penalties in an amount of three times the actual damages suffered by the Government in an amount no less than $16,854,600,00.

c.    Relator seeks a fair and reasonable amount of any award for his contribution to the Government's investigation and recovery pursuant to 31 U.S.C. §§ 3730 (b) and (d) of the False Claims Act.

d.    Relator seeks a fair and reasonable amount of any award to make him whole for being fired by KAJACS in retaliation for his refusal to lie about compliance with state and federal safety regulations, including two (2) times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including costs and reasonable attorney fees allowed by 31 U.S. C. § 3730(h)(2).

e.   Attorney's fees and costs awarded to Relator.

f.   Pre-judgment and post judgment interest.

g.   All other relief on behalf of the Relator and/or United States Government to

which they may be entitled at law or equity.

Respectfully submitted,

ROBERT HEALY, Relator

By:   /s/ Gary Green
      Gary Green (ABA 79074)
      Law Offices of Gary Green
      Attorneys for the Relator Robert Healy
      1001 La Harpe Boulevard
      Little Rock, AR 72201
      501-224-7400 (P)
      501-224-2294 (F)
      gary.green@ggreen.com

Robert Healy, RELATOR

VERIFICATION

STATE OF ARKANSAS      )
                       ) ss
COUNTY OF PULASKI      )

SUBSCRIBED AND SWORN to before me, a Notary Public, this 31st day of October, 2023.



Tara M. Ashton, NOTARY PUBLIC

Page 9 of  10

## CERTIFICATE OF SERVICE

I, Gary Green, certify that a true and correct copy of the foregoing has been served on the following counsel for all parties via U.S. Mail on this 1st day of November, 2023:

Hon. Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Hon. Jonathan D. Ross
U.S. Attorney for the Eastern District of Arkansas
425 W. Capitol Avenue
Suite 500
Little Rock, Arkansas 72201

/s/ Gary Green

# SPECIFICATIONS AND CONTRACT DOCUMENTS



ISSUED FOR CONSTRUCTION 1

BAYOU METO

Water Management District

For the Construction of

## Bayou Meto Water Management District

## Orlicek 1 and 2, Sandage 1 Pump Systems

## Lonoke, Arkansas

Garver Project No. 18017260

Prepared For:

Bayou Meto Water Management District

November 2022



PLAINTIFF'S EXHIBIT

1



GARVER

GarverUSA.com

ISSUED FOR CONSTRUCTION 2

## CERTIFICATIONS

| | |
|---|---|
| **BAYOU METO WATER MANAGEMENT DISTRICT – ORLICEK 1 AND 2, SANDAGE 1 PUMP SYSTEMS**<br>**GARVER PROJECT NO. 18017260**<br>**BAYOU METO WATER MANAGEMENT DISTRICT** | |

I hereby certify that the applicable portions of this project's specifications, details, and plans were prepared by me or under my direct supervision and that I am a duly Licensed Engineer under the laws of the State of Arkansas.

| SEAL AND SIGNATURE | APPLICABLE DIVISION OR PROJECT RESPONSIBILITY |
|---|---|
| Daniel Hollinger, P.E.<br><br>STATE OF ARKANSAS<br>LICENSED PROFESSIONAL ENGINEER<br>★ ★ ★<br>No. 17421<br>DANIEL HOLLINGER<br><br>Digitally Signed:  11/09/2022 | Division 00<br>Division 01<br>Division 03<br>Division 05<br>Division 09<br>Division 31<br>Division 32<br>Division 33<br>Division 40 |
| Jonathan White, P.E.<br><br>STATE OF ARKANSAS<br>★ ★ ★<br>LICENSED PROFESSIONAL ENGINEER<br>★ ★ ★<br>No. 16232<br>JONATHAN C. WHITE<br><br>Digitally Signed 11/09/2022 | Division 26 |

ISSUED FOR CONSTRUCTION 3

## CERTIFICATIONS

**GARVER, LLC CERTIFICATE OF AUTHORIZATION:**

Expiration Date: 12/31/2022

**BAYOU METO WATER MANAGEMENT DISTRICT – ORLICEK 1 AND 2, SANDAGE 1 PUMP SYSTEMS**

**TABLE OF CONTENTS**

**CONTRACT DOCUMENTS AND GENERAL REQUIREMENTS**

**DIVISION 00 – BIDDING AND CONTRACTING REQUIREMENTS**

00 00 01     CERTIFICATIONS
00 00 10     TABLE OF CONTENTS

**PART 1     BIDDING REQUIREMENTS**
00 11 00     ADVERTISEMENT FOR BIDS
00 21 00     INSTRUCTIONS TO BIDDERS
00 22 13     BIDDER'S CHECKLIST OF REQUIRED ITEMS
00 30 00     DAVIS-BACON WAGE DETERMINATION
00 41 00     BID FORM
00 41 19     LIST OF MANUFACTUERS
00 41 19     LIST OF SUBCONTRACTORS
00 43 13     BID BOND
00 45 13     QUALIFICATIONS STATEMENT

**PART 2     CONTRACT DOCUMENTS**
00 51 00     NOTICE OF AWARD
00 52 00     AGREEMENT
00 55 00     NOTICE TO PROCEED
00 61 13     PERFORMANCE BOND
00 61 16     PAYMENT BOND
00 63 00     RLF INSURANCE
00 65 16     CERTIFICATE OF SUBSTANTIAL COMPLETION

**PART 3     CONDITIONS OF THE CONTRACT**
00 72 00     GENERAL CONDITIONS
00 73 00     SUPPLEMENTARY CONDITIONS


**DIVISION 1 - GENERAL REQUIREMENTS**

01 11 00     SUMMARY OF WORK
01 11 60     PROJECT MANUAL LANGUAGE
01 14 00     WORK RESTRICTIONS
01 26 00     CONTRACT MODIFICATION PROCEDURES
01 29 00     PAYMENT PROCEDURES
01 31 00     PROJECT MANAGEMENT & COORDINATION
01 32 90     SAFETY PLAN
01 33 00     SUBMITTAL PROCEDURES
01 35 00     SPECIAL PROCEDURES
01 41 00     REGULATORY REQUIREMENTS
01 42 00     REFERENCES
01 42 40     ABBREVIATIONS
01 45 00     QUALITY CONTROL
01 50 00     TEMPORARY FACILITIES AND CONTROLS
01 60 00     PRODUCT REQUIREMENTS
01 72 20     FIELD ENGINEERING

01 73 40      WORK WITHIN PUBLIC RIGHT-OF-WAY
01 75 60      TESTING, TRAINING, AND FACILITY START-UP
01 77 00      CLOSEOUT PROCEDURES
01 78 23      OPERATION & MAINTENANCE DATA
01 79 00.1    MANUFACTURERS CERTIFICATE OF PROPER INSTALLATION
01 81 00      PROJECT DESIGN CRITERIA

**DIVISION 3 -CONCRETE**

03 11 00      CONCRETE FORMWORK
03 15 00      CONCRETE ACCESSORIES
03 20 00      CONCRETE REINFORCEMENT
03 30 00      CAST-IN-PLACE CONCRETE
03 41 00      PRECAST CONCRETE
03 60 00      GROUT

**DIVISION 5 -METALS**

05 12 00      STRUCTURAL STEEL
05 50 00      METAL FABRICATIONS
05 51 00      METAL STAIRS
05 52 13      PIPE & TUBE RAILINGS
05 53 00      METAL GRATINGS AND PLANK

**DIVISION 9- FINISHES**

09 90 00      PAINTING & PROTECTIVE COATINGS

**DIVISION  26 - ELECTRICAL**

26 05 00      COMMON WORK RESULTS FOR ELECTRICAL
26 05 14      WIRING DEVICES
26 05 15      ELECTRIC MOTORS
26 05 19      LOW VOLTAGE ELECTRICAL POWER CONDUCTORS & CABLES
26 05 26      GROUNDING & BONDING FOR ELECTRICAL SYSTEMS
26 05 33      RACEWAY AND BOXES FOR ELECTRICAL SYSTEMS
26 05 43      UNDERGROUND DUCTS & RACEWAYS FOR ELEC. SYSTEMS
26 05 53      IDENTIFICATION FOR ELECTRICAL SYSTEMS
26 22 00      LOW VOLTAGE TRANSFORMERS
26 24 16      PANELBOARDS
26 28 13      FUSES
26 28 16      ENCLOSED SWITCHES & CIRCUIT BREAKERS
26 29 33      SOLID STATE REDUCED VOLTAGE STARTERS
26 43 13      SURGE PROTECTION FOR LOW-VOLTAGE ELECTRICAL POWER CIRCUITS
26 90 10      PROCESS AND ANALYTICAL INSTRUMENTS

**DIVISION  31 - EARTHWORK**

31 11 00      SITE PREPARATION
31 22 19      GRADING
31 23 16      EXCAVATION
31 23 16.13   TRENCHING FOR SITE UTILITIES
31 23 19      DEWATERING
31 50 00      EXCAVATION SUPPORT SYSTEMS

**DIVISION  32 - EXTERIOR IMPROVEMENT**

ISSUED FOR CONSTRUCTION 6

32 11 00     BASE COURSE
32 92 19     SEEDING, FERTILIZING & MULCHING

**DIVISION  33 - UTILITIES**

33 11 11     PIPING LEAKAGE TESTING
33 41 19     PIPE LAYING

**DIVISION  40 - PROCESS INTEGRATION**

40 23 39     PROCESS PIPING GENERAL
40 23 39.16  WELDED STEEL PIPE & FITTINGS
40 23 39.17  PLASTIC IRRIGATION DISTRIBUTION PIPING
40 23 43     PROCESS VALVES & OPERATORS

**DIVISION  44 - POLLUTION CONTROL EQUIPMENT**

44 42 56.23  MIXED FLOW PUMP LOW LIFT

ISSUED FOR CONSTRUCTION 7



4701 Northshore Drive
North Little Rock, AR 72118

TEL 501.376.3633
FAX 501.372.8042

**www.GarverUSA.com**

**ADDENDUM NO. 1**

| | |
|---|---|
| **Date:** | **November 17, 2022** |
| **Project Name:** | **Orlicek 1 and 2, Sandage 1 Pump Systems** |
| **Owner:** | **Bayou Meto Water Management District** |
| **Garver Project No.** | **18017260** |

This addendum shall be a part of the Plans, Contract Documents and Specifications to the same extent as though it were originally included therein, and it shall supersede anything contained in the Plans, Contract Documents, and Specifications with which it might conflict. This addendum, including all attachments, shall become part of the Contract and all provisions of the Contract shall apply thereto. The time provided for completion of the Contract has not been changed as noted in this addendum. Acknowledgement of receipt of this addendum must be noted in the appropriate section of the Bid Form and included with the Contract Documents.

A. SPECIFICATIONS –
1. Revise Section 44 42 56.23.1 – Pumps Data Sheet (Orlicek East) as follows:
   a. Add the following Manufacturers to the accepted list:
      i. Simflo Pumps
      ii. Cascade Pump Company
   b. Revise "Synchronous Speed 1180 rpm max" to "Synchronous Speed 1800 rpm max"
2. Revise Section 44 42 56.23.2 – Pumps Data Sheet (Orlicek West) as follows:
   a. Add the following Manufacturers to the accepted list:
      i. Simflo Pumps
      ii. Cascade Pump Company
   b. Revise "Synchronous Speed 1180 rpm max" to "Synchronous Speed 1800 rpm max"
3. Revise Section 44 42 56.23.3 – Pumps Data Sheet (Sandage 1) as follows:
   a. Add the following Manufacturers to the accepted list:
      i. Simflo Pumps
      ii. Cascade Pump Company
   b. Revise "Synchronous Speed 1180 rpm max" to "Synchronous Speed 1800 rpm max"

ISSUED FOR CONSTRUCTION 8

BMWMD Orlicek 1 and 2, Sandage 1 Pump Systems                    November 17, 2022
ADDENDUM NO. 1

By: _____

Daniel Hollinger, P.E.
Project Manager

Attachments: none

END OF ADDENDUM NO. 1

11/17/2022



4701 Northshore Drive
North Little Rock, AR 72118

TEL 501.376.3633
FAX 501.372.8042

**www.GarverUSA.com**

ADDENDUM NO. 2

| | |
|---|---|
| **Date:** | **November 28, 2022** |
| **Project Name:** | **Orlicek 1 and 2, Sandage 1 Pump Systems** |
| **Owner:** | **Bayou Meto Water Management District** |
| **Garver Project No.** | **18017260** |

This addendum shall be a part of the Plans, Contract Documents and Specifications to the same extent as though it were originally included therein, and it shall supersede anything contained in the Plans, Contract Documents, and Specifications with which it might conflict.  This addendum, including all attachments, shall become part of the Contract and all provisions of the Contract shall apply thereto. The time provided for completion of the Contract has not been changed as noted in this addendum. Acknowledgement of receipt of this addendum must be noted in the appropriate section of the Bid Form and included with the Contract Documents.

A.  SPECIFICATIONS –

    1.  Section 44 42 56.23 Vertical Mixed Flow Pumps –

        a.  Delete Paragraph 2.6.B.

        b.  Section 1.5.D.3.a – Remove "Conduct on each pump with actual motor furnished" and replace with "Conduct on each pump with actual motor furnished or a certified motor."

    2.  Revise Section 44 42 56.23.1 – Pumps Data Sheet (Orlicek East) as follows:

        a.  Under Service Conditions, revise "Largest solid: 3.0" to "Largest Solid: 1.0".

    3.  Revise Section 44 42 56.23.2 – Pumps Data Sheet (Orlicek West) as follows:

        a.  Under Service Conditions, revise "Largest solid: 3.0" to "Largest Solid: 1.0".

    4.  Revise Section 44 42 56.23.3 – Pumps Data Sheet (Sandage 1) as follows:

        a.  Under Service Conditions, revise "Largest solid: 3.0" to "Largest Solid: 1.0".

Note: Contractor is responsible for supplying a pump system with appropriate Net Positive Suction Head Required at the selected motor speed. Contractor may elect to increase the depth of the sump in the riser pipe to meet NPSH requirements of the pump manufacturer. Minimum water level shall be two (2) feet above the top of the intake pipe.

ISSUED FOR CONSTRUCTION 10

BMWMD Orlicek 1 and 2, Sandage 1 Pump Systems                                    November 28, 2022
ADDENDUM NO. 2

By: _____

Daniel Hollinger, P.E.
Project Manager

Attachments: none

END OF ADDENDUM NO. 2

11/28/2022

# PART 1
# BIDDING REQUIREMENTS

ISSUED FOR CONSTRUCTION 12

ISSUED FOR CONSTRUCTION 13

**BAYOU METO WATER MANAGEMENT DISTRICT**
Lonoke, Arkansas
**BAYOU METO WATER MANAGEMENT DISTRICT – ORLICEK 1 AND 2, SANDAGE 1 PUMP SYSTEMS**

**ADVERTISEMENT FOR BIDS**

Sealed bids for **BAYOU METO WATER MANAGEMENT DISTRICT – ORLICEK 1 AND 2, SANDAGE 1 PUMP SYSTEMS**, to be constructed for **BAYOU METO WATER MANAGEMENT DISTRICT** will be received at the office of **Garver** and addressed to **Attn: Daniel Hollinger, 4701 Northshore Drive, North Little Rock, AR 72118,** until **10:00 A.M. Thursday December 1, 2022, at** which time the bids shall be publicly opened and read aloud.

The Project consists of **the installation of three pumping systems at two locations adjacent to Indian Bayou in Lonoke County, AR. The pumping systems consist of a steel intake pipe, a standpipe, pump installed in the standpipe, pump motor, outlet piping, buried underground piping, all electrical components associated with the pump, and ancillary site work and appurtenances for the pumping systems. The pump systems consist of a pump station site with one 3,000 gallon per minute pump and one 5,000 gallon per minute pump and a pump station site with one 3,000 gallon per minute pump. The buried underground piping consists of approximately 13,000 linear feet of PVC irrigation pipeline.**

Bids will be received for a single prime contract.  Bids shall be on a unit price basis as indicated in the Bid Form.

Digital copies of the bid documents are available at http://planroom.garverusa.com  for a fee of $30. These documents may be downloaded by selecting this project from the "Plan Room" link, and by entering Quest Project Number 8337030 on the "Browse Projects" page. For assistance and free membership registration, contact QuestCDN at 952.233.1632 or info@questcdn.com. Documents can be examined at Garver, **4701 Northshore Drive, North Little Rock, AR 72118. Addendums to the bid package will be issued through the Garver online Plan Holders List; therefore, all prime bidders shall be responsible for downloading the bid documents from the Garver online plan room in order to be included in the Plan Holders List.  Bidders must enter the addenda numbers in Article 3.01 of the Bid Form to verify receipt.**

Davis Bacon Act wage rules shall apply.  All laborers and mechanics employed by contractors and subcontractors on projects funded directly by or assisted in whole or in part by and through the Federal Government shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of Chapter 31 of Title 40, United States Code. The Department of Labor provides all pertinent information related to compliance with labor standards, including prevailing wage rates and instructions for reporting.  For more information please refer to www.wdol.gov**.**

Bids shall be accompanied by a cashier's or certified check upon a national or state bank in an amount of five percent (5%) of the total maximum bid price payable without recourse to the Owner, or a bid bond in the same amount from a reliable surety company, as a guarantee that the Bidder will enter into a contract and execute performance and payment bonds within fifteen (15) days after notice of award of Contract to him. Such bid guarantee shall be made payable to **BAYOU METO WATER MANAGEMENT DISTRICT**.

The successful bidder must furnish a performance and payment bonds upon the form provided in the amount of one hundred per cent (100%) of the contract price from an approved surety company holding a permit from the State of **Arkansas** to act as surety, or other surety or sureties acceptable to the Owner.

Bids must remain in effect for **60** days after the bid opening date. Within **60** days from the bid date, the Owner may award the contract to the lowest responsive, responsible bidder or reject any or all bids for the project.

The **BAYOU METO WATER MANAGEMENT DISTRICT** reserves the right to reject any or all bids, to waive irregularities in the bids and bidding deemed to be in the best interests of the **BAYOU METO WATER MANAGEMENT DISTRICT,** and to reject nonconforming, nonresponsive, or conditional bids. All questions regarding the project should be directed to:

| | |
|---|---|
| Engineer: | **Daniel Hollinger, P.E. Garver** |
| Phone: | **501-537-3236** |
| Email: | **DCHollinger@GarverUSA.com** |

| | |
|---|---|
| Owner: | **BAYOU METO WATER MANAGEMENT DISTRICT** |
| By: | **Edward Swaim** |
| Title: | **Executive Director** |
| Date: | **November 13, 2022** |

END OF ADVERTISEMENT FOR BIDS

## INSTRUCTIONS TO BIDDERS

### TABLE OF CONTENTS

**Page**

ARTICLE 1 – Defined Terms ................................................................................................2

ARTICLE 2 – Copies of Bidding Documents .......................................................................2

ARTICLE 3 – Qualifications of Bidders ...............................................................................2

ARTICLE 4 – Site and Other Areas; Existing Site Conditions; Examination of Site; Owner's Safety Program; Other Work at the Site ................................................................3

ARTICLE 5 – Bidder's Representations ...............................................................................4

ARTICLE 6 – Pre-Bid Conference .......................................................................................5

ARTICLE 7 – Interpretations and Addenda .........................................................................5

ARTICLE 8 – Bid Security ...................................................................................................5

ARTICLE 9 – Contract Times ..............................................................................................6

ARTICLE 10 – Liquidated Damages.....................................................................................6

ARTICLE 11 – Substitute and "Or-Equal" Items .................................................................6

ARTICLE 12 – Subcontractors, Suppliers, and Others........................................................6

ARTICLE 13 – Preparation of Bid........................................................................................7

ARTICLE 14 – Basis of Bid..................................................................................................7

ARTICLE 15 – Submittal of Bid ...........................................................................................8

ARTICLE 16 – Modification and Withdrawal of Bid .............................................................8

ARTICLE 17 – Opening of Bids ...........................................................................................9

ARTICLE 18 – Bids to Remain Subject to Acceptance .......................................................9

ARTICLE 19 – Evaluation of Bids and Award of Contract....................................................9

ARTICLE 20 – Bonds and Insurance....................................................................................10

ARTICLE 21 – Signing of Agreement ...................................................................................10

ARTICLE 22 – Sales and Use Taxes ...................................................................................10

ARTICLE 23 – Retainage .....................................................................................................10

ARTICLE 24 – Contracts to be Assigned .............................................................................10

## ARTICLE 1 – DEFINED TERMS

1.01    Terms used in these Instructions to Bidders have the meanings indicated in the General Conditions and Supplementary Conditions. Additional terms used in these Instructions to Bidders have the meanings indicated below which are applicable to both the singular and plural thereof:

A.    *Bidder* – Any individual, partnership, corporation, joint venture, or other combination thereof who submits a Bid to Owner for the Work contemplated, acting directly or through an authorized representative. As used in the Contract Documents, masculine pronouns refer to both masculine and feminine genders.

B.    *Successful Bidder* – The lowest responsible, Bidder submitting a responsive Bid to whom Owner (on the basis of Owner's evaluation as hereinafter provided) makes an award.

C.    *Issuing Office* – The office from which the Bidding Documents are to be issued.

## ARTICLE 2 – COPIES OF BIDDING DOCUMENTS

2.01    Complete sets of the Bidding Documents may be obtained from the Issuing Office in the number and format stated in the advertisement or invitation to bid.

2.02    Complete sets of Bidding Documents shall be used in preparing Bids; neither Owner nor Engineer assumes any responsibility for errors or misinterpretations resulting from the use of incomplete sets of Bidding Documents.

2.03    Owner and Engineer, in making copies of Bidding Documents available on the above terms, do so only for the purpose of obtaining Bids for the Work and do not authorize or confer a license for any other use.

## ARTICLE 3 – QUALIFICATIONS OF BIDDERS

3.01    To demonstrate Bidder's qualifications to perform the Work, Bidder shall submit written evidence establishing its qualifications such as financial data, previous experience, and present commitments, as detailed in Section 00 45 13 Qualifications Statement, which must be completed in ink and returned for evaluation **with the Bid**, along with any Owner required documentation.

3.02    The criteria which will be used to determine the lowest responsive and responsible Bidder are as follows:

A.    Responsive Bidder: Means a Bidder who has submitted a Bid which conforms in all material respects to the Bidding Documents.

B.    Responsible Bidder: Means a Bidder who has the capacity and capability in all respects to perform fully the contract requirements and who has the integrity and reliability to assure good faith performance. Among factors to be considered in determining whether the Bidder meets these standards, are:

1.    Financial, material, equipment, facility, and personnel resources and expertise necessary to meet contractual requirements;

2.    A record of integrity;

3.    A record of Successful Completion defined as: completion of a project within a reasonable time and budget;

4.    Qualified legally to contract with the Owner, and;

5.    Has not failed to supply any necessary information in connection with the inquiry concerning responsibility.

3.03    A Bidder's failure to submit required qualification information within the times indicated may disqualify Bidder from receiving an award of the Contract.

3.04    No requirement in this Article 3 to submit information will prejudice the right of Owner to seek additional pertinent information regarding Bidder's qualifications.

3.05    Bidder is advised to carefully review those portions of the Bid Form requiring Bidder's representations and certifications.

**ARTICLE 4 – SITE AND OTHER AREAS; EXISTING SITE CONDITIONS; EXAMINATION OF SITE; OWNER'S SAFETY PROGRAM; OTHER WORK AT THE SITE**

4.01    *Site and Other Areas*

    A.    The Site is identified in the Bidding Documents. By definition, the Site includes rights-of-way, easements, and other lands furnished by Owner for the use of the Contractor. Any additional lands required for temporary construction facilities, construction equipment, or storage of materials and equipment, and any access needed for such additional lands, are to be obtained and paid for by Contractor.

4.02    *Existing Site Conditions*

    A.    Subsurface and Physical Conditions; Hazardous Environmental Conditions

        1.    The Supplementary Conditions identify:

            a.    those reports known to Owner of explorations and tests of subsurface conditions at or adjacent to the Site.

            b.    those drawings known to Owner of physical conditions relating to existing surface or subsurface structures at the Site (except Underground Facilities).

            c.    reports and drawings known to Owner relating to Hazardous Environmental Conditions that have been identified at or adjacent to the Site.

            d.    Technical Data contained in such reports and drawings.

        2.    Owner will make pdf digital copies of reports and drawings referenced above available to any Bidder on request. These reports and drawings are not part of the Contract Documents, but the Technical Data contained therein upon whose accuracy Bidder is entitled to rely, as provided in the General Conditions, has been identified and established in the Supplementary Conditions. Bidder is responsible for any interpretation or conclusion Bidder draws from any Technical Data or any other data, interpretations, opinions, or information contained in such reports or shown or indicated in such drawings.

        3.    If the Supplementary Conditions do not identify Technical Data, the default definition of Technical Data set forth in Article 1 of the General Conditions will apply.

    B.    Underground Facilities: Information and data shown or indicated in the Bidding Documents with respect to existing Underground Facilities at or contiguous to the Site are set forth in the Contract Documents and are based upon information and data furnished to Owner and Engineer by owners of such Underground Facilities, including Owner, or others.

    C.    Adequacy of Data: Provisions concerning responsibilities for the adequacy of data furnished to prospective Bidders with respect to subsurface conditions, other physical conditions, and Underground Facilities, and possible changes in the Bidding Documents due to differing or unanticipated subsurface or physical conditions appear in Paragraphs 5.03, 5.04, and 5.05 of the General Conditions. Provisions concerning responsibilities for the adequacy of data furnished to prospective Bidders with respect to a Hazardous Environmental Condition at the Site, if any, and possible changes in the Contract Documents due to any Hazardous Environmental Condition uncovered or revealed at the Site which was not shown or indicated in the Drawings or Specifications or identified in the Contract Documents to be within the scope of the Work, appear in Paragraph 5.06 of the General Conditions.

4.03    *Site Visit and Testing by Bidders*

    A.   Bidder shall conduct Site visit(s) by appointment, during normal working hours, and shall not disturb any ongoing operations at the Site.

    B.   Bidder is not required to conduct any subsurface testing of Site conditions.

    C.   On request, and to the extent Owner has control over the Site, and schedule permitting, the Owner will provide Bidder access to the Site to conduct such additional examinations, investigations, explorations, tests, and studies as Bidder deems necessary for preparing and submitting a successful Bid. Owner will not have any obligation to grant such access if doing so is not practical because of existing operations, security or safety concerns, or restraints on Owner's authority regarding the Site.

    D.   Bidder shall comply with all applicable Laws and Regulations regarding excavation and location of utilities, obtain all permits, and comply with all terms and conditions established by Owner or by property owners or other entities controlling the Site with respect to schedule, access, existing operations, security, liability insurance, and applicable safety programs.

    E.   Bidder shall fill all holes and clean up and restore the Site to its former condition upon completion of such explorations, investigations, tests, and studies.

4.04    *Owner's Safety Program*

    A.   Site visits and work at the Site will be governed by an Owner safety program. As the General Conditions indicate, if an Owner safety program exists, it will be noted in the Supplementary Conditions.

4.05    *Other Work at the Site*

    A.   Reference is made to Article 8 of the Supplementary Conditions for the identification of the general nature of other work that is to be performed at the Site by Owner or others (such as utilities and other prime contractors) that relates to the Work for which a Bid is to be submitted. On request, Owner will provide to each Bidder for examination access to or copies of contract documents (other than portions thereof related to price) for such other work.

## ARTICLE 5 – BIDDER'S REPRESENTATIONS

5.01    It is the responsibility of each Bidder before submitting a Bid to:

    A.   Examine and carefully study the Bidding Documents, and any data and reference items identified in the Bidding Documents;

    B.   Visit the Site, conduct a thorough, alert visual examination of the Site and adjacent areas, and become familiar with and satisfy itself as to the general, local, and Site conditions that may affect cost, progress, and performance of the Work;

    C.   Become familiar with and satisfy itself as to all  Laws and Regulations that may affect cost, progress, and performance of the Work;

    D.   Carefully study all: (1) reports of explorations and tests of subsurface conditions at or adjacent to the Site and all drawings of physical conditions relating to existing surface or subsurface structures at the Site that have been identified in the Supplementary Conditions, especially with respect to Technical Data in such reports and drawings, and (2) reports and drawings relating to Hazardous Environmental Conditions, if any, at or adjacent to the Site that have been identified in the Supplementary Conditions, especially with respect to Technical Data in such reports and drawings;

    E.   Consider the information known to Bidder itself; information commonly known to contractors doing business in the locality of the Site; information and observations obtained from visits to the Site; the Bidding Documents; and the Site-related reports and drawings identified in the Bidding Documents, with respect to the effect of such information, observations, and documents on (1) the cost, progress, and performance of the Work; (2) the means, methods,

techniques, sequences, and procedures of construction to be employed by Bidder; and (3) Bidder's safety precautions and programs;

F.    Agree, based on the information and observations referred to in the preceding paragraph, that at the time of submitting its Bid no further examinations, investigations, explorations, tests, studies, or data are necessary for the determination of its Bid for performance of the Work at the price bid and within the times required, and in accordance with the other terms and conditions of the Bidding Documents;

G.    Become aware of the general nature of the work to be performed by Owner and others at the Site that relates to the Work as indicated in the Bidding Documents;

H.    Promptly give Engineer written notice of all conflicts, errors, ambiguities, or discrepancies that Bidder discovers in the Bidding Documents and confirm that the written resolution thereof by Engineer is acceptable to Bidder;

I.    Determine that the Bidding Documents are generally sufficient to indicate and convey understanding of all terms and conditions for the performance and furnishing of the Work; and

J.    Agree that the submission of a Bid will constitute an incontrovertible representation by Bidder that Bidder has complied with every requirement of this Article, that without exception the Bid and all prices in the Bid are premised upon performing and furnishing the Work required by the Bidding Documents and applying any specific means, methods, techniques, sequences, and procedures of construction that may be shown or indicated or expressly required by the Bidding Documents, that Bidder has given Engineer written notice of all conflicts, errors, ambiguities, and discrepancies that Bidder has discovered in the Bidding Documents and the written resolutions thereof by Engineer are acceptable to Bidder, and that the Bidding Documents are generally sufficient to indicate and convey understanding of all terms and conditions for performing and furnishing the Work.

## ARTICLE 6 – PRE-BID CONFERENCE

6.01    **No Pre-Bid Conference will be held. Bidders shall contact the Engineer listed in the advertisement with all questions.**

## ARTICLE 7 – INTERPRETATIONS AND ADDENDA

7.01    All questions about the meaning or intent of the Bidding Documents are to be submitted to Engineer in writing. Interpretations or clarifications considered necessary by Engineer in response to such questions will be issued by Addenda delivered to all parties recorded as having received the Bidding Documents. Questions received less than seventy-two (72) hours prior to the date for opening of Bids may not be answered. Only questions answered by Addenda will be binding. Oral and other interpretations or clarifications will be without legal effect.

7.02    Addenda may be issued to clarify, correct, supplement, or change the Bidding Documents. The final addenda shall be issued at a minimum of forty-eight (48) hours prior to the opening of bids' date and time.

7.03    In the event of a conflict between the plans and specifications, the specifications shall govern.

## ARTICLE 8 – BID SECURITY

8.01    A Bid must be accompanied by Bid security made payable to Owner in an amount of **5 percent** of Bidder's maximum Bid price (determined by adding the base bid and all alternates) and in the form of a cashier's or certified check, or a Bid bond (on the form included in the Bidding Documents) issued by a surety meeting the requirements of Paragraphs 6.01 of the General Conditions.

8.02    The Bid security of the apparent Successful Bidder will be retained until Owner awards the contract to such Bidder, and such Bidder has executed the Contract Documents, furnished the required contract security, and met the other conditions of the Notice of Award, whereupon the Bid security

will be released. If the Successful Bidder fails to execute and deliver the Contract Documents and furnish the required contract security within 15 days after the Notice of Award, Owner may consider Bidder to be in default, annul the Notice of Award, and the Bid security of that Bidder will be forfeited. Such forfeiture shall be Owner's exclusive remedy if Bidder defaults.

8.03    The Bid security of other Bidders that Owner believes to have a reasonable chance of receiving the award may be retained by Owner until the earlier of seven days after the Effective Date of the Contract or 61 days after the Bid opening, whereupon Bid security furnished by such Bidders will be released.

8.04    Bid security of other Bidders that Owner believes do not have a reasonable chance of receiving the award will be released within seven days after the Bid opening.

## ARTICLE 9 – CONTRACT TIMES

9.01    The number of days within which, or the dates by which, milestones are to be achieved and the Work is to be substantially completed and ready for final payment are set forth in the Agreement.

## ARTICLE 10 – LIQUIDATED DAMAGES

10.01   Provisions for liquidated damages, if any, for failure to timely attain a Milestone, Substantial Completion, or completion of the Work in readiness for final payment, are set forth in the Agreement.

## ARTICLE 11 – SUBSTITUTE AND "OR-EQUAL" ITEMS

11.01   The Contract for the Work, as awarded, will be on the basis of materials and equipment specified or described in the Bidding Documents without consideration during the bidding and Contract award process of possible substitute or "or-equal" items. In cases in which the Contract allows the Contractor to request that Engineer authorize the use of a substitute or "or-equal" item of material or equipment, application for such acceptance may not be made to and will not be considered by Engineer until after the Effective Date of the Contract.

11.02   All prices that Bidder sets forth in its Bid shall be based on the presumption that the Contractor will furnish the materials and equipment specified or described in the Bidding Documents, as supplemented by Addenda. Any assumptions regarding the possibility of post-Bid approvals of "or-equal" or substitution requests are made at Bidder's sole risk.

## ARTICLE 12 – SUBCONTRACTORS, SUPPLIERS, AND OTHERS

12.01   The apparent Successful Bidder, and any other Bidder so requested, shall within 30 minutes after Bid opening, submit Section 00 41 19, List of Proposed Subcontractors **and Section 00 41 16, List of Manufacturers**, for prior approval of the Owner.

If requested by Owner, before executing any subcontract, and within three (3) days after bid opening, the apparent Successful Bidder, and any other Bidder so requested, shall submit an experience statement with pertinent information regarding similar projects and other evidence of qualification for each such Subcontractor, Supplier, or other individual or entity. If Owner or Engineer, after due investigation, has reasonable objection to any proposed Subcontractor, Supplier, individual, or entity, Owner may, before the Notice of Award is given, request apparent Successful Bidder to submit an acceptable substitute, in which case apparent Successful Bidder shall submit a substitute, Bidder's Bid price will be increased (or decreased) by the difference in cost occasioned by such substitution, and Owner may consider such price adjustment in evaluating Bids and making the Contract award. Declining to make requested substitutions will **not** constitute grounds for forfeiture of the Bid security of any Bidder.

12.02   If apparent Successful Bidder declines to make any such substitution, Owner may award the Contract to the next lowest Bidder that proposes to use acceptable Subcontractors, Suppliers, or other individuals or entities. Any Subcontractor, Supplier, individual, or entity so listed and against

which Owner or Engineer makes no written objection prior to the giving of the Notice of Award will be deemed acceptable to Owner and Engineer subject to subsequent revocation of such acceptance as provided in Paragraph 7.06 of the General Conditions.

12.03    The quantities of work or material stated in unit price items of the Bid are supplied only to give an indication of the general scope of the Work; the Owner does not expressly or by implication agree that the actual amount of work or material will correspond therewith.

## ARTICLE 13 – PREPARATION OF BID

13.01    The Bid Form is included with the Bidding Documents.

A.    All blanks on the Bid Form shall be completed either in ink or type and the Bid Form signed in ink. Erasures or alterations shall be initialed in ink by the person signing the Bid Form. A Bid price shall be indicated for each section, Bid item, alternate, adjustment unit price item, and unit price item listed therein.

B.    If the Bid Form expressly indicates that submitting pricing on a specific alternate item is optional, and Bidder elects to not furnish pricing for such optional alternate item, then Bidder may enter the words "No Bid" or "Not Applicable."

C.    A conditional bid will not be considered.

13.02    A Bid by a corporation or partnership shall be executed in the corporate or partnership name by an officer (whose title must appear under the signature), accompanied by evidence of authority to sign. The corporate or partnership address and state of incorporation shall be shown. The corporate seal shall be affixed and attested by the corporate secretary or an assistant corporate secretary.

13.03    A Bid by a limited liability company shall be executed in the name of the firm by a member or other authorized person and accompanied by evidence of authority to sign. The state of formation of the firm and the official address of the firm shall be shown.

13.04    A Bid by an individual shall show the Bidder's name and official address.

13.05    A Bid by a joint venture shall be executed by an authorized representative of each joint venturer in the manner indicated on the Bid Form. The official address of the joint venture shall be shown.

13.06    All names shall be printed in ink below the signatures.

13.07    The Bid shall contain an acknowledgment of receipt of all Addenda, the numbers of which shall be filled in on the Bid Form.

13.08    Postal and e-mail addresses and telephone number for communications regarding the Bid shall be shown.

13.09    The Bid shall contain evidence of Bidder's authority and qualification to do business in the state where the Project is located, or Bidder shall covenant in writing to obtain such authority and qualification prior to award of the Contract and attach such covenant to the Bid. Bidder's state contractor license number, if any, shall also be shown on the Bid Form.

## ARTICLE 14 – BASIS OF BID

14.01    Base Bid with Alternates

A.    Bidders shall submit a Bid on each Schedule of Work described in the Bidding Documents and as provided for in the Bid Form. The base bid price of each Schedule will be considered in the order shown on the bid summary and deductive alternate page. The lowest responsive Bid shall be a responsible Bid based upon the total of the Base Bid and any combination of deductive alternatives as selected by the Owner.

B.    In the comparison of Bids, alternates will be applied in the same order of priority as listed in the Bid Form.

    C.   The Bid price shall include such amounts as the Bidder deems proper for overhead and profit on account of cash allowances, if any, named in the Contract Documents as provided in paragraph 13.02 of the General Conditions.

    D.   Discrepancies between words and figures will be resolved in favor of the figures.

14.02   Unit Price

    A.   Bidders shall submit a Bid on a unit price basis for each item of Work listed in the unit price section of the Bid Form.

    B.   The "Bid Price" (sometimes referred to as the extended price) for each unit price Bid item will be the product of the "Estimated Quantity" (which Owner or its representative has set forth in the Bid Form) for the item and the corresponding "Bid Unit Price" offered by the Bidder. The total of all unit price Bid items will be the sum of these "Bid Prices"; such total will be used by Owner for Bid comparison purposes. The final quantities and Contract Price will be determined in accordance with Paragraph 13.03 of the General Conditions.

    C.   Discrepancies between the multiplication of units of Work and unit prices will be resolved in favor of the unit prices. Discrepancies between the indicated sum of any column of figures and the correct sum thereof will be resolved in favor of the correct sum.

## ARTICLE 15 – SUBMITTAL OF BID

15.01   The Bid Form is to be completed and submitted with the Bid security and the other documents required to be submitted under the terms of Article 7 of the Bid Form.

15.02   A Bid shall be received no later than the date and time prescribed and at the place indicated in the advertisement or invitation to bid and shall be enclosed in a plainly marked package with the Project title and number(s) (and, if applicable, the designated portion of the Project for which the Bid is submitted), the name and address of Bidder, and shall be accompanied by the Bid security and other required documents. If a Bid is sent by mail or other delivery system, the sealed envelope containing the Bid shall be enclosed in a separate package plainly marked on the outside with the notation "BID ENCLOSED." The Bidders name and return address shall be plainly marked on the package. Mailed Bid shall be addressed to the address listed in the Advertisement.

15.03   Bids received after the date and time prescribed for the opening of bids, or not submitted at the correct location or in the designated manner, will not be accepted and will be returned to the Bidder unopened.

## ARTICLE 16 – MODIFICATION AND WITHDRAWAL OF BID

16.01   A Bid may be withdrawn by an appropriate document duly executed in the same manner that a Bid must be executed and delivered to the place where Bids are to be submitted prior to the date and time for the opening of Bids. Upon receipt of such notice, the unopened Bid will be returned to the Bidder.

16.02   If a Bidder wishes to modify its Bid prior to Bid opening, Bidder must withdraw its initial Bid in the manner specified in Paragraph 16.01 and submit a new Bid prior to the date and time for the opening of Bids.

16.03   If within 24 hours after Bids are opened any Bidder files a duly signed written notice with Owner and promptly thereafter demonstrates to the reasonable satisfaction of Owner that there was a material and substantial mistake in the preparation of its Bid, that Bidder may withdraw its Bid, and the Bid security will be returned. Thereafter, if the Work is rebid, that Bidder will be disqualified from further bidding on the Work.

## ARTICLE 17 – OPENING OF BIDS

17.01    Bids will be opened at the time and place indicated in the advertisement or invitation to bid and, unless obviously non-responsive, read aloud publicly. An abstract of the amounts of the base Bids and major alternates, if any, will be made available to Bidders after the opening of Bids.

## ARTICLE 18 – BIDS TO REMAIN SUBJECT TO ACCEPTANCE

18.01    All Bids will remain subject to acceptance for the period of time stated in the Bid Form, but Owner may, in its sole discretion, release any Bid and return the Bid security prior to the end of this period.

## ARTICLE 19 – EVALUATION OF BIDS AND AWARD OF CONTRACT

19.01    Owner reserves the right to reject any or all Bids, including without limitation, nonconforming, nonresponsive, unbalanced, or conditional Bids. Owner will reject the Bid of any Bidder that Owner finds, after reasonable inquiry and evaluation, to not be responsible. If Bidder purports to add terms or conditions to its Bid, takes exception to any provision of the Bidding Documents, or attempts to alter the contents of the Contract Documents for purposes of the Bid, then the Owner will reject the Bid as nonresponsive; provided that Owner also reserves the right to waive all minor informalities not involving price, time, or changes in the Work.

19.02    If Owner awards the contract for the Work, such award shall be to the responsible Bidder submitting the lowest responsive Bid.

19.03    Evaluation of Bids

    A.    In evaluating Bids, Owner will consider whether or not the Bids comply with the prescribed requirements, and such alternates, unit prices, and other data, as may be requested in the Bid Form or prior to the Notice of Award.

    B.    For the determination of the apparent low Bidder when unit price bids are submitted, Bids will be compared on the basis of the total of the products of the estimated quantity of each item and unit price Bid for that item, together with any lump sum items.

19.04    In evaluating whether a Bidder is responsible, Owner will consider the qualifications of the Bidder and may consider the qualifications and experience of Subcontractors and Suppliers proposed for those portions of the Work for which the identity of Subcontractors and Suppliers must be submitted as provided in the Bidding Documents.

19.05    Owner may conduct such investigations as Owner deems necessary to establish the responsibility, qualifications, and financial ability of Bidders and any proposed Subcontractors or Suppliers.

19.06    More than one Bid for the same Work from an individual or entity under the same or different names will not be considered. Reasonable grounds for believing that any Bidder has an interest in more than one Bid for the Work may be cause for disqualification of that Bidder and the rejection of all Bids in which that Bidder has an interest.

19.07    If the Contract is to be awarded, Owner will award the Contract to the Bidder whose Bid is in the best interests of the Owner.

19.08    Unless otherwise indicated, a single award will not be made for less than all the Bid Items of an individual Bid Schedule. In the event the Work is contained in more than one Bid Schedule, the Owner may award schedules individually or in combination. In the case of two or more Bid Schedules which are alternative to each other, only one of such alternative schedules will be awarded.

## ARTICLE 20 – BONDS AND INSURANCE

20.01    Article 6 of the General Conditions, as may be modified by the Supplementary Conditions, sets forth Owner's requirements as to performance, payment, and maintenance bonds and insurance.

When the Successful Bidder delivers the Agreement (executed by Successful Bidder) to Owner, it shall be accompanied by required bonds and insurance documentation.

## ARTICLE 21 – SIGNING OF AGREEMENT

21.01   When Owner issues a Notice of Award to the Successful Bidder, it shall be accompanied by the unexecuted counterparts of the Agreement along with the other Contract Documents as identified in the Agreement. Within 15 days thereafter, Successful Bidder shall execute and deliver the required number of counterparts of the Agreement (and any bonds and insurance documentation required to be delivered by the Contract Documents) to Owner. Within 10 days thereafter, Owner shall deliver one fully executed counterpart of the Agreement to Successful Bidder, together with printed and electronic copies of the Contract Documents as stated in Paragraph 2.02 of the General Conditions.

## ARTICLE 22 – SALES AND USE TAXES

22.01   The project **Owner is not** exempt from Arkansas state sales and use taxes on materials and equipment to be incorporated in the Work. Said taxes **shall** be included in the Bid. Refer to Paragraph SC-7.09 of the Supplementary Conditions for additional information.

## ARTICLE 23 – RETAINAGE

23.01   Provisions concerning CONTRACTOR's rights to deposit securities in lieu of retainage are set forth in the Agreement.

## ARTICLE 24 – CONTRACTS TO BE ASSIGNED

24.01   Not Used

*This document is a MODIFIED version of EJCDC® C-200, Instructions to Bidders. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers and is based in part on excerpts from EJCDC documents. Those portions of the text that originated in published EJCDC documents remain subject to copyright.*

END OF INSTRUCTIONS TO BIDDERS

## BIDDER'S CHECKLIST OF REQUIRED ITEMS

This Bidder's Checklist is provided to ensure all required forms are completed and returned as part of the bid submission. All forms must be included as indicated for a bid to be considered a complete, responsive bid. Appropriate signatures and date are required on each document. If an item is missing, the bid may be declared unresponsive and therefore rejected. **This sheet will serve as the cover sheet for the bid submission.**

|  | Completed* | Spec. Section |
|---|---|---|
| Acknowledgement of All Addenda | ☑ | |
| Bid contains the following forms: | ☑ | |
| 1. Bid Form/Proposal (including Unit Price Schedule – if applicable) | ☑ | 00 41 13 |
| 2. List of Manufacturers (if applicable) | ☑ | 00 41 16 |
| 3. List of Proposed Subcontractors | ☑ | 00 41 19 |
| 4. Bid Bond | ☑ | 00 43 13 |
| 5. Davis Bacon Wage Rates | ☑ | 00 43 43 |
| 6. Qualifications Statement | ☑ | 00 45 13 |
| *Check when filled out, signed, and included with submission of bid packet. | | |

**Within thirty (30) minutes after Bid Opening:**
1. **Section 00 41 16, List of Manufacturers**
2. Section 00 41 19, List of Subcontractors

**Within three (3) days after Bid Opening:**
Bidder acknowledges to provide within three (3) days after Bid Opening (Low Bidder Only):
1. Bidder's Qualifications of Subcontractor (if requested)

**Within fifteen (15) days after Notice of Award:**
Bidder acknowledges that within fifteen (15) days after Notice of Award, Successful Contractor is required to complete the following before execution and award of the contract:
1. Section 00 52 00, Agreement (all pages and supporting documents)
2. Section 00 61 13, Performance Bond
3. Section 00 61 16, Payment Bond
4. Completed Certificates of Insurance

**Prior to Construction:**
Awarded Contractor required to submit Construction Schedule **before** construction begins.

Seal (if incorporated)

Bidder Name: _Kajacs Contractors Inc_

Address: _3401 W 65th St_

City, State, Zip Code: _Little Rock, AR 72209_

Contractor Number: _0049950323_

Contact Name: _Michael Titsworth_

Title: _Project Manager_

Contact Number: _501-249-0665_

Contact Email: _mtitsworth@kajacs.com_

Signature of Authorized Agent for Bidder: _[signature]_

Date: _12/1/22_

**BID FORM**

TABLE OF CONTENTS

**Page**

ARTICLE 1 – Bid Recipient ............................................................................................2

ARTICLE 2 – Bidder's Acknowledgements ....................................................................2

ARTICLE 3 – Bidder's Representations .........................................................................2

ARTICLE 4 – Bidder's Certification ...............................................................................3

ARTICLE 5 – Basis of Bid .............................................................................................4

ARTICLE 6 – Time of Completion ..................................................................................5

ARTICLE 7 – Attachments to this Bid ............................................................................5

ARTICLE 8 – Defined Terms ..........................................................................................6

ARTICLE 9 – Bid Submittal ............................................................................................7

## ARTICLE 1 – BID RECIPIENT

1.01    This Bid is submitted to:

**BAYOU METO WATER MANAGEMENT DISTRICT**
**1300 N Center St Ste 9**
**Lonoke, AR 72086**

**FOR BID OPENING, BID PACKETS SHALL BE DELIVERED TO:**
**GARVER**
**Attn: Daniel Hollinger, PE**
**4701 Northshore Drive**
**North Little Rock, AR 72118**

1.02    The undersigned Bidder proposes and agrees, if this Bid is accepted, to enter into an Agreement with Owner in the form included in the Bidding Documents to perform all Work as specified or indicated in the Bidding Documents for the prices and within the times indicated in this Bid and in accordance with the other terms and conditions of the Bidding Documents.

## ARTICLE 2 – BIDDER'S ACKNOWLEDGEMENTS

2.01    Bidder accepts all of the terms and conditions of the Instructions to Bidders, including without limitation those dealing with the disposition of Bid security. This Bid will remain subject to acceptance for **60** days after the Bid opening, or for such longer period of time that Bidder may agree to in writing upon request of Owner.

2.02    In submitting this Bid, Bidder acknowledges and accepts Contractor's representations as more fully set forth in the Agreement Form.

2.03    In submitting this Bid, Bidder certifies Bidder is qualified to do business in the State of Arkansas as required by laws, rules and regulations or, if allowed by statute, covenants to obtain such qualification prior to contract award.

## ARTICLE 3 – BIDDER'S REPRESENTATIONS

3.01    In submitting this Bid, Bidder represents that:

A.    Bidder has examined and carefully studied the Bidding Documents, and any data and reference items identified in the Bidding Documents, and hereby acknowledges receipt of the following Addenda:

| Addendum No. | Addendum, Date |
|---|---|
| #1 | 11/17/2022 |
| #2 | 11/28/2022 |
| | |
| | |

B.    Bidder has visited the Site, conducted a thorough, alert visual examination of the Site and adjacent areas, and become familiar with and satisfied itself as to the general, local, and Site conditions that may affect cost, progress, and performance of the Work.

C.    Bidder is familiar with and has satisfied itself as to all Laws and Regulations that may affect cost, progress, and performance of the Work.

D.    Bidder has carefully studied all: (1) reports of explorations and tests of subsurface conditions at or adjacent to the Site and all drawings of physical conditions relating to existing surface or subsurface structures at the Site that have been identified in the Supplementary Conditions, especially with respect to Technical Data in such reports and drawings, and (2)

reports and drawings relating to Hazardous Environmental Conditions, if any, at or adjacent to the Site that have been identified in the Supplementary Conditions, especially with respect to Technical Data in such reports and drawings.

E.   Bidder has considered the information known to Bidder itself; information commonly known to contractors doing business in the locality of the Site; information and observations obtained from visits to the Site; the Bidding Documents; and any Site-related reports and drawings identified in the Bidding Documents, with respect to the effect of such information, observations, and documents on (1) the cost, progress, and performance of the Work; (2) the means, methods, techniques, sequences, and procedures of construction to be employed by Bidder; and (3) Bidder's safety precautions and programs.

F.   Bidder agrees, based on the information and observations referred to in the preceding paragraph, that no further examinations, investigations, explorations, tests, studies, or data are necessary for the determination of this Bid for performance of the Work at the price bid and within the times required, and in accordance with the other terms and conditions of the Bidding Documents.

G.   Bidder is aware of the general nature of work to be performed by Owner and others at the Site that relates to the Work as indicated in the Bidding Documents.

H.   Bidder has given Engineer written notice of all conflicts, errors, ambiguities, or discrepancies that Bidder has discovered in the Bidding Documents, and confirms that the written resolution thereof by Engineer is acceptable to Bidder.

I.   The Bidding Documents are generally sufficient to indicate and convey understanding of all terms and conditions for the performance and furnishing of the Work.

J.   The submission of this Bid constitutes an incontrovertible representation by Bidder that Bidder has complied with every requirement of this Article, and that without exception the Bid and all prices in the Bid are premised upon performing and furnishing the Work required by the Bidding Documents.

K.   The submission of the Bid constitutes that applicable sales taxes are included in the stated Bid prices for the work, unless provision is made herein for the bidder to separately itemize the estimated amount of sales tax.

L.   By submitting a bid/proposal under this solicitation, the Bidder understands that the bid/proposal is subjected to the **Davis/Bacon Act** including prevailing wage rates and the Contract Work hours and Safety Standards Act.

## ARTICLE 4 – BIDDER'S CERTIFICATION

4.01   Bidder certifies that:

A.   This Bid is genuine and not made in the interest of or on behalf of any undisclosed individual or entity and is not submitted in conformity with any collusive agreement or rules of any group, association, organization, or corporation;

B.   Bidder has not directly or indirectly induced or solicited any other Bidder to submit a false or sham Bid;

C.   Bidder has not solicited or induced any individual or entity to refrain from bidding; and

D.   Bidder has not engaged in corrupt, fraudulent, collusive, or coercive practices in competing for the Contract. For the purposes of this Paragraph 4.01.D:

1.   "corrupt practice" means the offering, giving, receiving, or soliciting of any thing of value likely to influence the action of a public official in the bidding process;

2.   "fraudulent practice" means an intentional misrepresentation of facts made (a) to influence the bidding process to the detriment of Owner, (b) to establish bid prices at artificial non-competitive levels, or (c) to deprive Owner of the benefits of free and open competition;

3.  "collusive practice" means a scheme or arrangement between two or more Bidders, with or without the knowledge of Owner, a purpose of which is to establish bid prices at artificial, non-competitive levels; and

4.  "coercive practice" means harming or threatening to harm, directly or indirectly, persons or their property to influence their participation in the bidding process or affect the execution of the Contract.

**ARTICLE 5 – BASIS OF BID**

5.01    Bidder acknowledges that (1) each Bid Unit Price includes an amount considered by Bidder to be adequate to cover Contractor's overhead and profit for each separately identified item, and (2) estimated quantities are not guaranteed, and are solely for the purpose of comparison of Bids, and final payment for all unit price Bid items will be based on actual quantities, determined as provided in the Contract Documents.

5.02    Bidder will complete the Work in accordance with the Contract Documents for the following price(s):

ISSUED FOR CONSTRUCTION 31

**Bayou Meto Water Management District**
**Orlicek 1 and 2, Sandage 1 Pump Systems**
**UNIT PRICES -SCHEDULE 1**

| ITEM NO. | DESCRIPTION | UNIT | ESTIMATED QUANTITY | UNIT PRICE | BID AMOUNT |
|---|---|---|---|---|---|
| 1 | Mobilization, Bonds, and Insurance | LS | 1 | $100,000.00 | $100,000.00 |
| 2 | Trench Excavation and Safety | LS | 1 | $10,000.00 | $10,000.00 |
| 3 | Stormwater Erosion Control | LS | 1 | $10,750.00 | $10,750.00 |
| 4 | Site Preparation - Sandage Site | LS | 1 | $22,000.00 | $22,000.00 |
| 5 | Site Mechanical Piping - Sandage Site | LS | 1 | $33,000.00 | $33,000.00 |
| 6 | Pump and Motor Assembly - Sandage Site | LS | 1 | $115,000.00 | $115,000.00 |
| 7 | Electrical Components - Sandage Site | LS | 1 | $190,000.00 | $190,000.00 |
| 8 | General Site Work - Sandage Site | LS | 1 | $53,000.00 | $53,000.00 |
| 9 | 24" Distribution Pipeline - Sandage Site | LF | 3,800 | $90.00 | $342,000.00 |
| 10 | Air Release Valves Sandage Pipeline | EA | 4 | $3000.00 | $12,000.00 |
| 11 | Site Preparation - Orlicek Site | LS | 1 | $38,000.00 | $38,000.00 |
| 12 | Site Mechanical Piping - Orlicek East | LS | 1 | $38,000.00 | $38,000.00 |
| 13 | Pump and Motor Assembly - Orlicek East | LS | 1 | $105,000.00 | $105,000.00 |
| 14 | Electrical Components - Orlicek East | LS | 1 | $130,000.00 | $130,000.00 |
| 15 | Site Mechanical Piping - Orlicek West | LS | 1 | $53,000.00 | $53,000.00 |
| 16 | Pump and Motor Assembly - Orlicek West | LS | 1 | $115,000.00 | $115,000.00 |
| 17 | Electrical Components - Orlicek West | LS | 1 | $100,000.00 | $100,000.00 |
| 18 | General Site Work - Orlicek Site | LS | 1 | $65,000.00 | $65,000.00 |
| 19 | 24" Distribution Pipeline - Orlicek Site | LF | 1,650 | $105.00 | $173,250.00 |
| 20 | Air Release Valves Orlicek Pipeline | EA | 4 | $3000.00 | $12,000.00 |

Total Bid - Schedule 1    $1,717,000.00

**Bayou Meto Water Management District**
**Orlicek 1 and 2, Sandage 1 Pump Systems**
**UNIT PRICES -SCHEDULE 2**

| ITEM NO. | DESCRIPTION | UNIT | ESTIMATED QUANTITY | UNIT PRICE | BID AMOUNT |
|---|---|---|---|---|---|
| 1 | 24" Distribution Pipeline Orlicek Site | LF | 7,600 | $ 87.00 | $ 661,200.00 |

Total Bid - Schedule 2    $ 661,200.00

5.03    BID SCHEDULES

A.    The undersigned bidder offers to make, **Deductive** Bid Alternates, the changes in the work covered in the Total Base Bid Price that are specified in the bid alternates priced below:

B.    It is understood that:

1.    All bid alternate prices shall be filled in. The work detailed by the bid alternate(s) is an extension of the nature of the work for the Total Base Bid Price's project. This proposal requires that the undersigned Bidder propose on all work detailed by the Total Base Bid Price's project and the decrease in work as detailed by each and all of the bid alternates. Failure to comply with this requirement of submitting a price for each and all of the bid alternates may render the Bid non-responsive and may cause its rejection.

2.    The acceptance or rejection of any or all of these bid alternates is at the option of the Owner.

3.    Acceptance or rejection of bid alternates will not necessarily be made on the basis of price alone.

4.    The acceptance or rejection of one or more bid alternates will not affect the Total Base Bid Project bid, nor other conditions of this bid, nor the price of other accepted bid alternates.

5.    The undersigned has carefully examined the plans and other contractual documents and has coordinated the scopes between the Total Base Bid Documents and the Bid Alternate Documents. Through submittal of a bid, the undersigned agrees and understands that the documents have been prepared with the highest level of care in the effort to coordinate the scopes of the Total Base Bid Project documents and the Bid Alternate documents. The undersigned agrees and accepts the responsibilities to coordinate and construct all required interconnections and coordination facilities between the Total Base Bid Project and any of, any combination of, and/or a total combination of the Bid Alternates to develop complete and operational facilities that meet the regulatory requirements for the facilities and the requirements set forth by these contract documents.

| Bid Alternates | Price |
|---|---|
| FULL BASE BID: Schedule 1 + Schedule 2 | $ 2,378,200.00 |
| DEDUCTIVE ALTERNATE A: Schedule 1 only | $ 1,717,000.00 |

**ARTICLE 6 – TIME OF COMPLETION**

6.01    Bidder agrees that the Work will be complete within 240 calendar days after the date when the Contract Times commence to run as provided in Paragraph 4.01 of the General Conditions, and will be completed in accordance with the schedule as outlined in Section 00 52 00, Agreement.

6.02    Bidder accepts the provisions of the Agreement as to liquidated damages.

**ARTICLE 7 – ATTACHMENTS TO THIS BID**

7.01    The following documents are submitted with and made a condition of this Bid:

A.    Required Bid security in the form of a certified or bank check, or a Bid Bond, issued by a surety meeting the requirements of the General Conditions.

B.    List of Project References;

C.    Evidence of authority to do business in the state of the Project; or a written covenant to obtain such license within the time for acceptance of Bids;

D.    Contractor's License No.:*0049950323* or Evidence of Bidder's ability to obtain a State Contractor's License and a covenant by Bidder to obtain said license within the time for acceptance of Bids;

E.    Required Bidder Qualifications Statement (Section 00 45 13) with supporting data; and

F.    **Davis/Bacon wage rates**

**ARTICLE 8 – DEFINED TERMS**

8.01    The terms used in this Bid with initial capital letters have the meanings stated in the Instructions to Bidders, the General Conditions, and the Supplementary Conditions.

---

*EJCDC® C-410, Bid Form for Construction Contracts. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers.  All rights reserved.*

ISSUED FOR CONSTRUCTION 35

**ARTICLE 9 – BID SUBMITTAL**

BIDDER: *[Indicate correct name of bidding entity]*

*Kajacs Contractors Inc*

By:
*[Signature]*

*[Printed name]* Michael Titsworth P.M.
*(If Bidder is a corporation, a limited liability company, a partnership, or a joint venture, attach evidence of authority to sign.)*

Attest:
*[Signature]*

*[Printed name]* Phillip Wagner

Title: P.M.

Submittal Date: 12/1/22

Address for giving notices:

8401 W. 65th St

Little Rock, AR 72209

Telephone Number: 573-714-4018

Fax Number: 573-785-6237

Contact Name and e-mail address: Phillip Wagner

pwagner@kajacs.com

Bidder's License No.: 0049950323
*(where applicable)*

EJCDC® C-410, Bid Form for Construction Contracts. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.

## LIST OF MANUFACTURERS

| Equipment | Base Bid Equipment Manufacturer |
|---|---|
| PUMPS | Ideal |
| ELECTRIC MOTORS | North American Electric |
| STEEL PIPE | Hyundai |
| BURIED PVC PIPE | Diamond Plastic |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## LIST OF PROPOSED SUBCONTRACTORS

I, the undersigned General Contractor, hereby certify that proposals from the following Subcontractors were used in the preparation of my bid. I agree that if I am the successful Bidder and if the following subcontracts are approved, I will not enter into contracts with others for these divisions of the work without prior written approval from the Engineer and the Owner.

Type of Work: Pump Can Manufacture
Subcontractor's Name: Frank Elder Well Supply Inc
License No.: 0360700619
Address: 700 E. Park St. Carlisle, AR 72024

Type of Work: Electrical
Subcontractor's Name: CJ Electric, LLC
License No.: 0185880323
Address: 1973 Mtn. Pine Rd Hot Springs, AR 71914

Type of Work: Painting
Subcontractor's Name: Paladino Painting Co., LLC
License No.: 0125900923
Address: 104 Ward Drive Morrilton, AR 72110

Type of Work: 
Subcontractor's Name: 
License No.: 
Address: 

Type of Work: 
Subcontractor's Name: 
License No.: 
Address: 

Bidder (General Contractor): KAJACS Contractors, Inc.
License No.: 0049950323
By: _____ *
Title: Project Manager

*Signature must be the same as on the Bid Form.

## BID BOND

Any singular reference to Bidder, Surety, Owner or other party shall be considered plural where applicable.

---

BIDDER *(Name and Address)*:
KAJACS Contractors, Inc.
3026 Cravens Road, P.O. Box 969
Poplar Bluff, MO 63901
SURETY *(Name, and Address of Principal Place of Business)*:
Swiss Re Corporate Solutions America Insurance Corporation
1200 Main St. Suite 800
Kansas City, MO 64105
OWNER *(Name and Address)*:
**BAYOU METO WATER MANAGEMENT DISTRICT**
**1300 N Center St Ste 9,**
**Lonoke, AR 72086**

BID
    Bid Due Date: **December 1, 2022**
    Description: Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems

BOND
    Bond Number: Bid Bond
    Date: December 1, 2022
    Penal sum   Five Percent of the Total Amount Bid          $ 5% of the Total Amount Bid
                       (Words)                         (Figures)
Surety and Bidder, intending to be legally bound hereby, subject to the terms set forth below, do each cause this Bid Bond to be duly executed by an authorized officer, agent, or representative.

| BIDDER | | | SURETY | |
|---|---|---|---|---|
| KAJACS Contractors, Inc. | | (Seal) | Swiss Re Corporate Solutions America Insurance Corporation | (Seal) |
| Bidder's Name and Corporate Seal | | | Surety's Name and Corporate Seal | |

By: _____        By: _____
      Signature                                 Signature (Attach Power of Attorney)

Michael Titworth                     Kerry A. Sherrod
Print Name                                   Print Name

Project Manager                    Attorney–in–Fact
Title                                          Title

Attest: _____      Attest: _____
      Signature                                  Signature Vickie Nickel

      Title Project Manager                   Title Witness

*Note: Addresses are to be used for giving any required notice.*
*Provide execution by any additional parties, such as joint venturers, if necessary.*

1.   Bidder and Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors, and assigns to pay to Owner upon default of Bidder the penal sum set forth on the face of this Bond.  Payment of the penal sum is the extent of Bidder's and Surety's liability.  Recovery of such penal sum under the terms of this Bond shall be Owner's sole and exclusive remedy upon default of Bidder.

2.   Default of Bidder shall occur upon the failure of Bidder to deliver within the time required by the Bidding Documents (or any extension thereof agreed to in writing by Owner) the executed Agreement required by the Bidding Documents and any performance and payment bonds required by the Bidding Documents.

3.   This obligation shall be null and void if:

   3.1   Owner accepts Bidder's Bid and Bidder delivers within the time required by the Bidding Documents (or any extension thereof agreed to in writing by Owner) the executed Agreement required by the Bidding Documents and any performance and payment bonds required by the Bidding Documents, or

   3.2   All Bids are rejected by Owner, or

   3.3   Owner fails to issue a Notice of Award to Bidder within the time specified in the Bidding Documents (or any extension thereof agreed to in writing by Bidder and, if applicable, consented to by Surety when required by Paragraph 5 hereof).

4.   Payment under this Bond will be due and payable upon default of Bidder and within 30 calendar days after receipt by Bidder and Surety of written notice of default from Owner, which notice will be given with reasonable promptness, identifying this Bond and the Project and including a statement of the amount due.

5.   Surety waives notice of any and all defenses based on or arising out of any time extension to issue Notice of Award agreed to in writing by Owner and Bidder, provided that the total time for issuing Notice of Award including extensions shall not in the aggregate exceed 120 days from the Bid due date without Surety's written consent.

6.   No suit or action shall be commenced under this Bond prior to 30 calendar days after the notice of default required in Paragraph 4 above is received by Bidder and Surety and in no case later than one year after the Bid due date.

7.   Any suit or action under this Bond shall be commenced only in a court of competent jurisdiction located in the state in which the Project is located.

8.   Notices required hereunder shall be in writing and sent to Bidder and Surety at their respective addresses shown on the face of this Bond. Such notices may be sent by personal delivery, commercial courier, or by United States Registered or Certified Mail, return receipt requested, postage pre-paid, and shall be deemed to be effective upon receipt by the party concerned.

9.   Surety shall cause to be attached to this Bond a current and effective Power of Attorney evidencing the authority of the officer, agent, or representative who executed this Bond on behalf of Surety to execute, seal, and deliver such Bond and bind the Surety thereby.

10.  This Bond is intended to conform to all applicable statutory requirements. Any applicable requirement of any applicable statute that has been omitted from this Bond shall be deemed to be included herein as if set forth at length. If any provision of this Bond conflicts with any applicable statute, then the provision of said statute shall govern and the remainder of this Bond that is not in conflict therewith shall continue in full force and effect.

11.  The term "Bid" as used herein includes a Bid, offer, or proposal as applicable.

*EJCDC® C-430, Bid Bond (Penal Sum Form). Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers.  All rights reserved.*

ISSUED FOR CONSTRUCTION 40

# SWISS RE CORPORATE SOLUTIONS

SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION F/K/A NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("SRCSAIC")
SWISS RE CORPORATE SOLUTIONS PREMIER INSURANCE CORPORATION F/K/A WASHINGTON INTERNATIONAL INSURANCE COMPANY ("SRCSPIC")
WESTPORT INSURANCE CORPORATION ("WIC")

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT SRCSAIC, a corporation duly organized and existing under laws of the State of Missouri, and having its principal office in the City of Kansas City, Missouri, and SRCSPIC, a corporation organized and existing under the laws of the State of Missouri and having its principal office in the City of Kansas City, Missouri, and WIC, organized under the laws of the State of Missouri, and having its principal office in the City of Kansas City, Missouri, each does hereby make, constitute and appoint:

SHAWN M. BYRNE, DAVID H. PARKHURST, VICKIE J. NICKEL, REBECCA ANN LILLEY,

and KERRY A. SHERROD

JOINTLY or SEVERALLY

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of: 

TWO HUNDRED MILLION ($200,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both SRCSAIC and SRCSPIC at meetings duly called and held on the 18th of November 2021 and WIC by written consent of its Executive Committee dated July 18, 2011.

"RESOLVED, that any two of the President, any Managing Director, any Senior Vice President, any Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is, authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Corporation bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Corporation; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Corporation may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Corporation when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Erik Janssens, Senior Vice President of SRCSAIC & Senior Vice President
of SRCSPIC & Senior Vice President of WIC

By _____
Gerald Jagrowski, Vice President of SRCSAIC & Vice President of SRCSPIC
& Vice President of WIC

IN WITNESS WHEREOF, SRCSAIC, SRCSPIC, and WIC have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers
this 29TH day of APRIL, 2022

State of Illinois
County of Cook  [ss]

Swiss Re Corporate Solutions America Insurance Corporation
Swiss Re Corporate Solutions Premier Insurance Corporation
Westport Insurance Corporation

On this 29TH day of APRIL, 20 22, before me, a Notary Public personally appeared Erik Janssens, Senior Vice President of SRCSAIC and Senior Vice President of SRCSPIC and Senior Vice President of WIC and Gerald Jagrowski, Vice President of SRCSAIC and Vice President of SPCSPIC and Vice President of WIC, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

YASMIN A. PATEL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 28, 2023

Yasmin A. Patel, Notary

I, Jeffrey Goldberg, the duly elected Senior Vice President and Assistant Secretary of SRCSAIC and SRCSPIC and WIC, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said SRCSAIC and SRCSPIC and WIC, which is still in full force and effect.
IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 1st day of December, 20 22.

Jeffrey Goldberg, Senior Vice President &
Assistant Secretary of SRCSAIC and
SRCSPIC and WIC

"General Decision Number: AR20220054 02/25/2022

Superseded General Decision Number: AR20210054

State: Arkansas

Construction Type: Heavy
HEAVY CONSTRUCTION PROJECTS (Including Water and Sewer Lines)

County: Lonoke County in Arkansas.

Note: Contracts subject to the Davis-Bacon Act are generally
required to pay at least the applicable minimum wage rate
required under Executive Order 14026 or Executive Order 13658.
Please note that these Executive Orders apply to covered
contracts entered into by the federal government that are
subject to the Davis-Bacon Act itself, but do not apply to
contracts subject only to the Davis-Bacon Related Acts,
including those set forth at 29 CFR 5.1(a)(2)-(60).

| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or after January 30, 2022: | . Executive Order 14026 generally applies to the contract. <br> . The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2022. |
|---|---|
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | . Executive Order 13658 generally applies to the contract. <br> . The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on that contract in 2022. |

The applicable Executive Order minimum wage rate will be
adjusted annually. If this contract is covered by one of the
Executive Orders and a classification considered necessary for
performance of work on the contract does not appear on this
wage determination, the contractor must still submit a
conformance request.

Additional information on contractor requirements and worker
protections under the Executive Orders is available at
https://www.dol.gov/agencies/whd/government-contracts.

Modification Number        Publication Date
        0                  01/07/2022
        1                  02/25/2022

*  SUAR2015-051 01/09/2017

                          Rates          Fringes

CARPENTER, Includes Form Work....$ 18.62        3.83

CEMENT MASON/CONCRETE FINISHER...$ 18.34        3.41

ELECTRICIAN.....................$ 22.48         7.92

LABORER:  Common or General......$ 13.43 **     0.26

LABORER:  Pipelayer.............$ 14.44 **      2.27

OPERATOR:
Backhoe/Excavator/Trackhoe.......$ 17.77        0.00

OPERATOR:  Bulldozer............$ 16.32         1.65

OPERATOR:  Crane................$ 24.21         6.79

OPERATOR:  Loader...............$ 15.43         0.00

PAINTER (Brush and Roller).......$ 18.00        0.00

TRUCK DRIVER:  Dump Truck.......$ 14.08 **      0.00
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

** Workers in this classification may be entitled to a higher
minimum wage under Executive Order 14026 ($15.00) or 13658
($11.25).  Please see the Note at the top of the wage
determination for more information.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.

Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at
https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).


--------------------------------------------------------------


The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of ""identifiers"" that indicate whether the particular
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than ""SU"" or
""UAVG"" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that
no one rate prevailed for this classification in the survey and

the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that
classification.  As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007
in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is
based.


----------------------------------------------------------------

                    WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling


On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
National Office because National Office has responsibility for
the Davis-Bacon survey program. If the response from this
initial contact is not satisfactory, then the process described
in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

>              Branch of Construction Wage Determinations
>              Wage and Hour Division
>              U.S. Department of Labor
>              200 Constitution Avenue, N.W.
>              Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

>              Wage and Hour Administrator
>              U.S. Department of Labor
>              200 Constitution Avenue, N.W.
>              Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

>              Administrative Review Board
>              U.S. Department of Labor
>              200 Constitution Avenue, N.W.
>              Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

>              END OF GENERAL DECISIO"

ISSUED FOR CONSTRUCTION 46

## QUALIFICATIONS STATEMENT

> **THE INFORMATION SUPPLIED IN THIS DOCUMENT IS CONFIDENTIAL TO THE EXTENT PERMITTED BY LAWS AND REGULATIONS**

1. **SUBMITTED BY:**

   Official Name of Firm: *KAJACS Contractors, Inc.*

   Address: *3026 Cravens Rd.*

   *Poplar Bluff, MO  63901*

2. **SUBMITTED TO:** _____

3. **SUBMITTED FOR:** _____

   Owner: _____

   Project Name: _____

   **TYPE OF WORK:** _____

4. **CONTRACTOR'S CONTACT INFORMATION**

   Contact Person: *Phillip Wagner*

   Title: *Project Manager*

   Phone: *573-714-4018*

   Email: *pwagner@kajacs.com*

5. **AFFILIATED COMPANIES:**

   Name: _____

   Address: _____

6.  **TYPE OF ORGANIZATION:**

☐  <u>SOLE PROPRIETORSHIP</u>

Name of Owner:  _____

Doing Business As:  _____

Date of Organization:  _____

☐  <u>PARTNERSHIP</u>

Date of Organization:  _____

Type of Partnership:  _____

Name of General Partner(s):  _____

_____

_____

☑  <u>CORPORATION</u>

State of Organization:  *Missouri*

Date of Organization:  *1993*

Executive Officers:

- President:  *Aron Persons*

- Vice President(s):  *Roger Williams*

_____

_____

- Treasurer:  *Kara Wright*

- Secretary:  *Mylynn Gargac*

☐  <u>LIMITED LIABILITY COMPANY</u>

State of Organization:  _____

Date of Organization:  _____

Members:  _____

_____

_____

_____

☐ <u>JOINT VENTURE</u>

    Sate of Organization: _____

    Date of Organization: _____

    Form of Organization: _____

    Joint Venture Managing Partner

        - Name: _____

        - Address: _____

        _____

        _____

    Joint Venture Managing Partner

        - Name: _____

        - Address: _____

        _____

    Joint Venture Managing Partner

        - Name: _____

        - Address: _____

        _____

7. **LICENSING**

    Jurisdiction: *Arkansas*

    Type of License: *Contractors License*

    License Number: *0049950323*

    Jurisdiction: _____

    Type of License: _____

    License Number: _____

Has firm listed in Section 1 ever been fined or suspended by a Contractor's licensing board?

☐ YES ☑ NO

If YES, attach as an Attachment details including where and why.

ISSUED FOR CONSTRUCTION 49

## 8. CERTIFICATIONS

CERTIFIED BY:

Disadvantage Business Enterprise: _____

Minority Business Enterprise: _____

Woman Owned Enterprise: _____

Small Business Enterprise: _____

Other (_____): _____

## 9. BONDING INFORMATION

Bonding Company: _Travelers_____

Address: _One Tower Square_____

_Hartford, CT 06183_____

Bonding Agent: _Shawn Byrne_____

Address: _4400 College Blvd. Suite 350_

_Overland Park, KS 66211_____

_____

Contact Name: _Shawn Byrne_____

Phone: _913-205-3217_____

Aggregate Bonding Capacity: _$50,000,000_____

Available Bonding Capacity as of date of this submittal: _____

## 10. FINANCIAL INFORMATION

Financial Institution: _First Midwest Bank_____

Address: _704 North Westwood_____

_Poplar Bluff, MO 63901_____

Account Manager: _Debbie Shelton_____

Phone: _573-785-8461_____

Credit available: $ _6,500,000.00_____

**11. CONSTRUCTION EXPERIENCE:**

Current Experience:

List on **Schedule A** all uncompleted projects currently under contract (If Joint Venture list each participant's projects separately).

Previous Experience:

List on **Schedule B** all projects completed within the last 5 Years (If Joint Venture list each participant's projects separately).

Has firm listed in Section 1 ever failed to complete a construction contract awarded to it?

☐YES  ☑NO

If YES, attach as an Attachment details including Project Owner's contact information.

Has any Corporate Officer, Partner, Joint Venture participant or Proprietor ever failed to complete a construction contract awarded to them in their name or when acting as a principal of another entity?

☐ YES  ☑NO

If YES, attach as an Attachment details including Project Owner's contact information.

Are there any judgments, claims, disputes or litigation pending or outstanding involving the firm listed in Section 1 or any of its officers (or any of its partners if a partnership or any of the individual entities if a joint venture)?

☐YES  ☑NO

If YES, attach as an Attachment details including Project Owner's contact information.

**12. SAFETY PROGRAM:**

Name of Contractor's Safety Officer: *Mike Titsworth*

Include the following as attachments:

Provide as an Attachment Contractor's (and Contractor's proposed Subcontractors and Suppliers furnishing or performing Work having a value in excess of 10 percent of the total amount of the Bid) OSHA No. 300- Log & Summary of Occupational Injuries & Illnesses for the past 5 years.

Provide as an Attachment Contractor's (and Contractor's proposed Subcontractors and Suppliers furnishing or performing Work having a value in excess of 10 percent of the total amount of the Bid) list of all OSHA Citations & Notifications of Penalty (monetary or other) received within the last 5 years (indicate disposition as applicable) - IF NONE SO STATE.

Provide as an Attachment Contractor's (and Contractor's proposed Subcontractors and Suppliers furnishing or performing Work having a value in excess of 10 percent of the total amount of the Bid) list of all safety citations or violations under any state all received within the last 5 years (indicate disposition as applicable) - IF NONE SO STATE.

Provide the following for the firm listed in Section V (and for each proposed Subcontractor furnishing or performing Work having a value in excess of 10 percent of the total amount of the Bid) the following (attach additional sheets as necessary):

Workers' compensation Experience Modification Rate (EMR) for the last 5 years:

| YEAR | | EMR | |
|------|------|------|------|
| YEAR | 2022 | EMR | 1.24 |
| YEAR | 2021 | EMR | 1.29 |
| YEAR | 2020 | EMR | .96 |
| YEAR | 2019 | EMR | .76 |
| YEAR | 2018 | EMR | .70 |

Total Recordable Frequency Rate (TRFR) for the last 5 years:

| YEAR | | TRFR | |
|------|------|------|------|
| YEAR | 2022 | TRFR | 0 |
| YEAR | 2021 | TRFR | 0 |
| YEAR | 2020 | TRFR | 1 |
| YEAR | 2019 | TRFR | 0 |
| YEAR | 2018 | TRFR | 1 |

Total number of man-hours worked for the last 5 Years:

| YEAR | | | |
|------|------|------|------|
| YEAR | 2022 | TOTAL NUMBER OF MAN-HOURS | 153,220 |
| YEAR | 2021 | TOTAL NUMBER OF MAN-HOURS | 168,824 |
| YEAR | 2020 | TOTAL NUMBER OF MAN-HOURS | 190,312 |
| YEAR | 2019 | TOTAL NUMBER OF MAN-HOURS | 199,271 |
| YEAR | 2018 | TOTAL NUMBER OF MAN-HOURS | 138,424 |

Provide Contractor's (and Contractor's proposed Subcontractors and Suppliers furnishing or performing Work having a value in excess of 10 percent of the total amount of the Bid) Days Away From Work, Days of Restricted Work Activity or Job Transfer (DART) incidence rate for the particular industry or type of Work to be performed by Contractor and each of Contractor's proposed Subcontractors and Suppliers) for the last 5 years:

| YEAR | | DART | |
|------|------|------|------|
| YEAR | 2022 | DART | 0 |
| YEAR | 2021 | DART | 0 |
| YEAR | 2022 | DART | 0 |
| YEAR | 2019 | DART | 0 |
| YEAR | 2018 | DART | 0 |

ISSUED FOR CONSTRUCTION 52

I HEREBY CERTIFY THAT THE INFORMATION SUBMITTED HEREWITH, INCLUDING ANY ATTACHMENTS, IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

NAME OF ORGANIZATION: _Kajacs Contractors Inc_

BY: _[signature]_

TITLE: _Project Manager_

DATED: _12/1/22_

NOTARY ATTEST:

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _1st_ DAY OF _December_, 20 _22_

NOTARY PUBLIC - STATE OF _Arkansas_
MY COMMISSION EXPIRES: _Aug. 25, 2032_

> PHILLIP WAGNER
> Notary Public-Arkansas
> Hot Spring County
> My Commission Expires 08-25-2032
> Commission # 12720508

REQUIRED ATTACHMENTS

1. Schedule A (Current Experience).        _See Attached_

2. Schedule B (Previous Experience).

3. Evidence of authority for individuals listed in Section 7 to bind organization to an agreement.

4. Resumes of officers and key individuals (including Safety Officer) of firm named in Section 1.

5. Required safety program submittals listed in Section 13.

EJCDC® C-451, Qualifications Statement. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.

SCHEDULE A

ISSUED FOR CONSTRUCTION 53

CURRENT EXPERIENCE

| Project Name | Owner's Contact Person | Design Engineer | Contract Date | Type of Work | Status | Cost of Work |
|---|---|---|---|---|---|---|
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |

*EJCDC® C-451, Qualifications Statement, Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.*

SCHEDULE B                                          ISSUED FOR CONSTRUCTION 54

PREVIOUS EXPERIENCE (Include ALL Projects Completed within last 5 years)

| Project Name | Owner's Contact Person | Design Engineer | Contract Date | Type of Work | Status | Cost of Work |
|---|---|---|---|---|---|---|
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |

EJCDC® C-451, Qualifications Statement. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.

Project No. 18017260                                2                              Section 00 45 13
Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems           Qualifications Statement

SCHEDULE B                                    ISSUED FOR CONSTRUCTION 55

PREVIOUS EXPERIENCE (Include ALL Projects Completed within last 5 years)

| Project Name | Owner's Contact Person | Design Engineer | Contract Date | Type of Work | Status | Cost of Work |
|---|---|---|---|---|---|---|
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |
| | Name:<br>Address:<br>Telephone: | Name:<br>Company:<br>Telephone: | | | | |

EJCDC® C-451, Qualifications Statement. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.

ISSUED FOR CONSTRUCTION 56

PO Box 969
Poplar Bluff, MO 63902



573-785-1745
(Fax) 573-785-6237
www.kajacs.com

November 2, 2018

Letter of Resolution

I, Aron Persons, President of KAJACS Contractors, Inc. do hereby give Michael Titsworth, Project Manager/Estimator the authority to sign contracts on behalf of KAJACS Contractors, Inc.

Aron Persons, President

MyLynn Gargac, Corporate Secretary



Equal Opportunity Employer



**Arkansas Secretary of State**
**Mark Martin**

State Capitol Building ♦ Little Rock, Arkansas 72201-1094 ♦ 501-682-3409

## Certificate of Good Standing

I, Mark Martin, Secretary of State of the State of Arkansas, and as such, keeper of the records of domestic and foreign corporations, do hereby certify that the records of this office show

### KAJACS CONTRACTORS, INC.

formed under the laws of the state of Missouri, and authorized to transact business in the State of Arkansas as a Foreign For Profit Corporation, was granted a Application for Certificate of Authority by this office March 8, 1995.

Our records reflect that said entity, having complied with all statutory requirements in the State of Arkansas, is qualified to transact business in this State.



In Testimony Whereof, I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 25th day of January 2018.

*Mark Martin*

Mark Martin
Secretary of State

Online Certificate Authorization Code: 41a1456278586a9

To verify the Authorization Code, visit sos.arkansas.gov

ISSUED FOR CONSTRUCTION-58

**License No.** <u>0049950323</u>

**ID #6235**

# *State of Arkansas*

## *Commercial Contractors Licensing Board*

**KAJACS CONTRACTORS, INC., D/B/A SEMPIPE**
**PO BOX 969**
**POPLAR BLUFF, MO 63902**

KAJACS CONTRACTORS, INC., D/B/A SEMPIPE

## This is to Certify That

is duly licensed under the provisions of Ark. Code Ann. § 17-25-101 et. seq. as amended and is entitled to practice Contracting in the State of Arkansas within the following classifications/specialties:

**BUILDING**
**- (COMMERCIAL & RESIDENTIAL)**
**HIGHWAY, RAILROAD, AIRPORT**
**CONSTRUCTION**
**MUNICIPAL & UTILITY CONSTRUCTION**

**This contractor has an unlimited suggested bid limit.**

**from** _____April 8, 2022_____ **until** _____March 31, 2023_____ **when this Certificate expires.**

*Witness our hands of the Board, dated at North Little Rock, Arkansas:*



_____
**CHAIRMAN**

_____
**SECRETARY**

April 8, 2022 - dsa

# MICHAEL F. PERSONS

14104 Oak Ln, Poplar Bluff MO 63901
573-785-1745 - mpersons@kajacs.com

## PROFESSIONAL SUMMARY

Many years of field experience on top of 26 years' experience running a successful construction company.

## SKILLS

- Project building and managing
- Managing employees
- Cost analysis and reports
- Financial analysis
- Company organization
- Overseeing and organizing day to day operations

## WORK HISTORY

| | |
|---|---|
| 2017- Current | **CEO**<br>**KAJACS Contractors, Inc** |
| 1994-2017 | **President**<br>**KAJACS Contractors, Inc** |
| 6/1993-11/1993 | **Boring Contractor**<br>**Self employed** |
| 1986-1993 | **Project Manager**<br>**Robertson, Inc** |
| 1974-1986 | **Project Manager**<br>**Branson Contractors** |

## EDUCATION

| | |
|---|---|
| 1974 | **Poplar Bluff Senior High School - Poplar Bluff, MO** |

## REFERENCES

- John Berglin, Horner & Shifrin- 573-778-6393
- William Cobb, P.E., Smith & Company- 573-727-4663
- Larry Wells, Pike Creek Sewer District, 573-718-7772

# ARON M. PERSONS

**5 Loria Ct., Little Rock, AR 72212**
**501-772-7149 - apersons@kajacs.com**

## PROFESSIONAL SUMMARY

As a President, my goal is to be an efficient, effective, and organizational leader to whom I'm affiliated with.

## SKILLS

- Project building and managing
- Managing employees
- Cost analysis and reports
- Financial analysis

- Company organization
- Overseeing and organizing day to day operations

## WORK HISTORY

| | |
|---|---|
| 2017-Current | **President**<br>**KAJACS Contractors, Inc** |
| 2010-2017 | **Vice President**<br>**KAJACS Contractors, Inc** |
| 2004-2010 | **Laborer**<br>**KAJACS Contractors Inc** |

## EDUCATION

| | |
|---|---|
| 1999-2004 | **Bachelor of Science in Civil Engineering**<br>**University of Science & Technology- Rolla, MO** |
| 1995-1998 | **Poplar Bluff Senior High School - Poplar Bluff, MO** |

## AFFILIATIONS

- **ASCE**- American Society of Civil Engineers
- **AGC**- Associated General Contractors of America

## REFERENCES

- Matt Dunn, Crist Engineers, Inc.- 501-831-5071
- Mike Marlar, Marlar + Halff Engineering- 501-753-1987
- Brett Peters, Hawkins Weir Engineers, Inc.- 479-651-3366
- Adam Triche, McClelland Consulting Engineers, Inc.- 225-266-6546

# RODGER G. WILLIAMS, II

**Poplar Bluff, MO 63901**
**(573) 718-8182 - rwilliams@kajacs.com**

## PROFESSIONAL SUMMARY

Eight years of professional experience in civil engineering design and nine years of construction management and project estimating. Broad range of project experience including: water treatment, supply, distribution, and storage design; wastewater collection, pumping, and treatment design; wastewater disinfection; site development and planning; traffic design including, streets, roads, and bridges; preliminary engineering reports for various projects; construction inspection of various projects; airport ramp, runway and taxiway and fuel facilities. Experienced in project and construction management, contract administration, and cost control on projects with engineering and construction costs over $9 million. Experienced in MDNR, NPDES, 404 and other permitting.

## SKILLS

- Estimating
- Project management
- Supervision
- Wastewater treatment
- Storage design

- Site development and Planning
- Preliminary engineering reports
- Construction inspection
- MDNR, NPDES, 404

## WORK HISTORY

**2010 to Current**
**Vice President; Project Manager / Estimator**
**KAJACS Contractors, Inc – Poplar Bluff, Missouri**
- Construction project management and project estimating.

**2002 to 2010**
**Project Manager / Design Engineer**
**S.H. Smith & Company – Poplar Bluff, Missouri**
- Responsible for client contact and supervision of project engineers in the design of municipal water and wastewater treatment facilities, commercial and residential developments and airport improvements.

**Summer 2001**
**Laboratory Technician/Inspector**
**Associated Engineering And Testing**

**1998-2000**
**Laboratory Technician**
**S.H. Smith & Company**

**EDUCATION**

**B.S: Civil Engineering**
**Arkansas State University -** Jonesboro, Arkansas

**Twin Rivers High School -** Broseley, Missouri

**CERTIFICATIONS**

- **Registered Professional Engineer: Missouri (2007002855)**
- **OSHA 10 and 30 hour certified**
- **Contractor's License Qualifying agent in AR, AL, MS, LA & TN**
- **Competent Person** Certification
- **ACI Certified Concrete Field Testing Technician**
- **Nuclear Gauge Safety Training Course**

**AFFILIATIONS**

- American Society of Civil Engineers (ASCE): Associate Member
- National Society of Professional Engineers (NSPE): Member
- Missouri Society of Professional Engineers (MSPE): Member

**REFERENCES**

- Brett Brooks, P.E., Engineering Solutions, Inc.- 662-840-9063
- Stephen Hicks, P.E., SH Smith & Company Engineers- 573-785-9621
- John Selig, P.E., Civil Engineering Associates, LLC- 870-972-5316

# MICHAEL TITSWORTH

**3505 Forge Drive, Benton, AR 72015**
**501/249/0665 - mtitsworth@kajacs.com**

## PROFESSIONAL SUMMARY

Project Manager/Superintendent with 25 years of experience in the underground utility installation industry. Aiming to utilize drive, determination and character to effectively impact this company. Maintaining safe productive projects that will leave a lasting relationship with all Clients.

## SKILLS

- Proficient in all aspects of underground utilities, from inception to closeout.
- Estimation-take-offs, production, equipment.
- Project Management-cost tracking, billing, client communication.
- Project Superintendence-production procedures, milestones.
- Company and Project Safety-safety training, reporting.
- Computer-Excel, Microsoft-Project, Word.
- Class A CDL-experienced in heavy haul equipment transport.
- Finish Equipment Operator

## WORK HISTORY

| 2018 to Current | **Project Manager/Estimator**<br>**KAJACS Contractors Inc** |
| 2015-2018 | **Owner/Vice President**<br>**Online Construction Inc** |
| 2012-2015 | **Utility Division Manager**<br>**Redstone Construction Inc** |
| 1996-2012 | **Superintendent**<br>**Diamond Construction Company, Inc** |
| 1993-1993 | **Foreman/Heavy Equipment Operator**<br>**Sanders Excavation Inc** |

## EDUCATION

**Cedarville High School- Cedarville, AR**

**Army National Guard- 1992-1995**

## CERTIFICATIONS

ISSUED FOR CONSTRUCTION 64

- OSHA
- Competent Person
- Confined Space

**REFERENCES** _____

- Mark Ragland, Engineering, Central Arkansas Water- 501-680-0170
- Chris Green, Engineering, Central Arkansas Water- 501-912-6687
- Vern Stubbs, Engineering, Little Rock Wastewater- 501-425-0377
- James Dyer, Sales, Ferguson Water Works- 501-322-0071
- Chuck Solomon, Sales Engineer, American Cast Iron Pipe- 316-250-4537
- Pat Dry, Sales, Forterra Pipe and Precast- 501-765-1411

# MYLYNN GARGAC

Route 61, Box 3559, Naylor MO 63953
573-772-2009 – mylynn@kajacs.com

## PROFESSIONAL SUMMARY

More than 23 years' experience in all phases of office management, including but not limited to bookkeeping, billing, supervision of personnel, overseeing daily operations, coding, weekly/monthly reporting of company financial status, and customer relations.

## SKILLS

- Quickbooks
- Entering and reporting data into various programs
- Report Writing, data analysis, communication
- Ordering and purchasing company materials and supplies
- Daily monitoring of bank accounts
- Interactions with vendors, CPA, payroll specialist, and auditors
- Implementing new billing procedures
- Supervision of personnel

## WORK HISTORY

**2015 to Current**

Corporate Secretary/Office Manager
KAJACS Contractors, Inc.

**1996-2015**

Chief Financial Officer/ Office Manager
Ozark Medical Management Company (formerly Home Medical Supply)

**1993-1996**

Customer Services
Walmart- Poplar Bluff, MO

## EDUCATION

**1996- Present**    Numerous medical/business continuing education classes.

**1993-1998**    Three Rivers Community College- Poplar Bluff, MO

**1992**    Neelyville High School - Neelyville, MO

## REFERENCES

- Victoria Fister, CPA- 615-686-0087
- Sandy Redfearn, Minister- 573-429-0005
- Debbie Shelton, First Midwest Bank- 573-718-6846

# KARA WRIGHT

499 County Rd 221, Qulin, MO 63962
573-429-8010 - kwright@kajacs.com

PROFESSIONAL SUMMARY

Enthusiastic and dedicated employee with high integrity, strong work ethic and great leadership skills. Experience in various business programs, accounting, writing reports, analyzing data, and communication with customers.

SKILLS

- Microsoft Word, Excel, Adobe programs
- Cognos query software
- Report Writing, data analysis, communication
- Desire to learn, self-motivation, ability to adapt

- Adobe
- Customer service
- Data analysis
- Internal Audit

WORK HISTORY

| | |
|---|---|
| 2017 to Current | **Payroll/Human Resources**<br>**KAJACS Contractors, Inc** |
| 2014 to 2017 | **Internal Audit Team Member**<br>**First Midwest Bank/Midwest Bancorporation** |
| 01/2014 to 07/2014 | **Customer Service Representative**<br>**First Midwest Bank** |
| 2013 to 2018 | **Group Exercise Instructor**<br>**Ozark Fitness** |
| 2010 to 2013 | **Group Exercise Instructor**<br>**UREC Facility At UofA** |
| 2010 to 2013 | **Teller**<br>**First Midwest Bank of Poplar Bluff** |
| 05/2010 to 06/2010 | **Teacher Aide**<br>**Poplar Bluff Schools** |

EDUCATION

| | |
|---|---|
| 12/2016 | **Master of Business Administration: General Management**<br>**Southeast Missouri State University - Cape Girardeau, MO** |
| 12/2013 | **Bachelor of Science: Business Administration, Accounting**<br>**University of Arkansas - Fayetteville, AR** |

- Pi Beta Phi Fraternity 2010-2013
- Gamma Chi Counselor
- Leadership Walton
- Gamma Beta Phi Academic Fraternity 2011-2013
- Campus Wide Scholarship 2012

05/2010        **Poplar Bluff Senior High School - Poplar Bluff, MO**

- Perfect Attendance K-12
- 29th of 398 Students in Class

## REFERENCES

- Allison Bell, Teacher- 573-785-3037
- Casey R. Fant, Assistant Director of Fitness/Wellness- 479-575-3542
- Melissa Vail, Audit Team Manager/Officer at First Midwest Bank- 573-785-1745

ISSUED FOR CONSTRUCTION 68



| KAJACS Contractors, Inc |
|---|
| 3026 Cravens Rd |
| PO Box 969 |
| Poplar Bluff MO 63902 |
| 573-785-1745 |

| | |
|---|---|
| Owner: | Redstone Construction Group |
| Address: | 505 W Dixon Rd, Little Rock, AR 72206 |
| Contact Name: | Andy Rose |
| Telephone Number: | (501) 374-1557 |
| Job Name: | PROJECT RUNNER - AMAZON FACILITY |
| Location: | North Little Rock, Arkansas |
| Contract Amount: | $2,300,890.00 |
| Started: | 1/15/2021 |
| Complete: | In Progress |
| Owners Representation: | Andy Rose. P.E |
| Bidders Representation: | Michael Titsworth. Estimator |
| Funding Agency: | Amazon Corporation |
| Scope: | Site Water & Sewer Packages |
| Job Number: | 522 |

| | |
|---|---|
| Owner: | Central Arkansas Water |
| Address: | 221 E Capitol Ave, Little Rock, AR 72202 |
| Contact Name: | Joe O'hara |
| Telephone Number: | (501) 372-5161 |
| Job Name: | North Rodney Paraham Rd 8" Water Relocation |
| Location: | North Little Rock, Arkansas |
| Contract Amount: | $744,570.00 |
| Started: | 2/1/2021 |
| Complete: | In Progress |
| Owners Representation: | Joe O'hara. P.E |
| Bidders Representation: | Kyle Persons. Estimator |
| Funding Agency: | Central Arkansas Water |
| Scope: | Relocate 4,400LF of 8" D.I Waterlines |
| Job Number: | 521 |

| | |
|---|---|
| Owner: | Benton Washington Regional Public Water Authority |
| Address: | 15531 Woods Lodge Rd, Rogers, AR 72756 |
| Contact Name: | Matt Dunn |
| Telephone Number: | (501)664-1552 |
| Job Name: | South Transmission System Parallel Line Project - Westville Water |
| Location: | Washington County, Arkansas |
| Contract Amount: | $1,133,500.00 |
| Started: | 2/1/2021 |
| Complete: | In Progress |
| Owners Representation: | Matt Dunn. P.E |
| Bidders Representation: | Kyle Persons. Estimator |
| Funding Agency: | Benton Washington Regional Public Water Authority |
| Scope: | 12,000LF of 12" D.I Water Line |
| Job Number: | 520 |

| | |
|---|---|
| Owner: | Benton Washington Regional Public Water Authority |
| Address: | 15531 Woods Lodge Rd, Rogers, AR 72756 |
| Contact Name: | Matt Dunn |
| Telephone Number: | (501)664-1552 |
| Job Name: | South Transmission System Parallel Line Project - Contract 2 |
| Location: | Washington County, Arkansas |
| Contract Amount: | $5,617,000.00 |
| Started: | 2/1/2021 |
| Complete: | In Progress |
| Owners Representation: | Matt Dunn, P.E |
| Bidders Representation: | Rodger Williams. Esimator |
| Funding Agency: | Benton Washington Regional Public Water Authority |
| Scope: | 36,000LF of 24" D.I Water Line |
| Job Number: | 519 |

| | |
|---|---|
| Owner: | Benton Washington Regional Public Water Authority |
| Address: | 15531 Woods Lodge Rd, Rogers, AR 72756 |
| Contact Name: | Matt Dunn |
| Telephone Number: | (501)664-1552 |
| Job Name: | South Transmission System Parallel Line Project - Contract 1 |
| Location: | Benton County, Arkansas |
| Contract Amount: | $5,795,000.00 |
| Started: | 3/1/2021 |
| Complete: | In Progress |
| Owners Representation: | Matt Dunn, P.E |
| Bidders Representation: | Michael Titsworth. Estimator |
| Funding Agency: | Benton Washington Regional Public Water Authority |
| Scope: | 40,000LF of 24" D.I Water Line |
| Job Number: | 518 |

| | |
|---|---|
| Owner: | City of Hot Springs Arkansas |
| Address: | 133 Convention Boulevard, Hot Springs, AR 71901 |
| Contact Name: | Matt Dunn |
| Telephone Number: | (501) 664-1552 |
| Job Name: | Water Tranmission Pipeline Contract A: New Water Treatment Plant to HWY. 7 |
| Location: | Hot Springs, Arkansas |
| Contract Amount: | $4,431,775.00 |
| Started: | 12/1/2020 |
| Complete: | In Progress |
| Owners Representation: | Matt Dunn. P.E |
| Bidders Representation: | Michael Titsworth. Estimator |
| Funding Agency: | City of Hot Springs Arkansas |
| Scope: | 12,500LF of 36" D.I, 4,100LF of 24" D.I & 850LF of 12" D.I Water Lines |
| Job Number: | 517 |

| | |
|---|---|
| Owner: | Pike Creek Reorganized Common Sewer District |
| Address: | 4878 Hwy PP, Poplar Bluff, MO 63901 |
| Contact Name: | Ron Keeney |
| Telephone Number: | (573)996-6003 |
| Job Name: | Wastewater System Improvement Project - Phase 4 |
| Location: | Poplar Bluff, Missouri |
| Contract Amount: | $2,414,000.00 |
| Started: | 8/14/2020 |
| Complete: | In Progress |
| Owners Representation: | Ron Keeney |
| Bidders Representation: | Rodger Williams. Estimator |
| Funding Agency: | United States Department of Agriculture |
| Scope: | Rehab Lift Stations, New 12" Force Main, Misc. Gravity Lines, Manhole Lining, Lateral Testing & Grounting, Sludge Removal |
| Job Number: | 516 |

ISSUED FOR CONSTRUCTION 70

| | |
|---|---|
| Owner: | City of New Madrid Missouri |
| Address: | 105 Howard St, New Madrid, MO 63869 |
| Contact Name: | Billy Cobb |
| Telephone Number: | (573) 785-9621 |
| Job Name: | Sewer Line Replacement |
| Location: | New Madrid Missouri |
| Contract Amount: | $984,550.00 |
| Started: | 8/1/2020 |
| Complete: | In Progress |
| Owners Representation: | Billy Cobb. P.E |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | City of New Madrid Missouri |
| Scope: | 1,839LF of 8" Sewer Replacement |
| Job Number: | 515 |

| | |
|---|---|
| Owner: | Redstone Construction Group |
| Address: | 505 W Dixon Rd, Little Rock, AR 72206 |
| Contact Name: | Andy Rose |
| Telephone Number: | (501) 374-1557 |
| Job Name: | PROJECT DIAMOND - AMAZON FACILITY |
| Location: | North Little Rock, Arkansas |
| Contract Amount: | $1,150,000.00 |
| Started: | 6/29/2020 |
| Complete: | 12/15/2020 |
| Owners Representation: | Andy Rose. P.E |
| Bidders Representation: | Michael Titsworth, Estimator |
| Funding Agency: | Amazon Corporation |
| Scope: | Dewater & Install Fiber Glass Wet Well - Valve Vault  W/ Gravity Sewer |
| Job Number: | 514 |

| | |
|---|---|
| Owner: | City Of Russelville Arkansas |
| Address: | 205 WEST 3RD PLACE, Russellville, AR 72801 |
| Contact Name: | Richard Harris |
| Telephone Number: | (479) 968-2098 |
| Job Name: | I-40 SOUTH GRAVITY SEWER INTERCEPTOR |
| Location: | RUSSELLVILLE, ARKANSAS |
| Contract Amount: | $3,399,000.00 |
| Started: | 6/22/2020 |
| Complete: | In Progress |
| Owners Representation: | Jerry Martin. P.E |
| Bidders Representation: | Michael Titsworth, Estimator |
| Funding Agency: | US Department of Commerce Economic Devolopment |
| Scope: | 2,200LF of 30-inch, 7,400LF of 24-inch sewer pipe & manholes |
| Job Number: | 513 |

| | |
|---|---|
| Owner: | Arkansas Department of Transportation |
| Address: | 221 East Capitol Ave Little Rock, AR 72203 |
| Contact Name: | Rob Broderick P.E |
| Telephone Number: | |
| Job Name: | CANTRELL RD./ I-430 WEST TO PLEASANT RIDGE |
| Location: | Little Rock, Arkansas |
| Contract Amount: | $3,300,000.00 |
| Started: | 6/1/2020 |
| Complete: | In Progress |
| Owners Representation: | Rob Broderick P.E |
| Bidders Representation: | Michael Titsworth, Estimator |
| Funding Agency: | Arkansas Department of Transportation |
| Scope: | 3515LF of 12" D.I.P, 1760LFt of 8" D.I.P, 750LF of 30" D.I.P, 500LFt of 16" D.I.P |
| Job Number: | 512 |

| | |
|---|---|
| Owner: | Malvern Waterworks |

| | |
|---|---|
| Address: | 506 Overman Street, Malvern, Arkansas 72104 |
| Contact Name: | David Coston |
| Telephone Number: | 501-332-3634 |
| Job Name: | Malvern WWTF Improvements |
| Location: | Malvern, Arkansas |
| Contract Amount: | $5,525,000.00 |
| Started: | 4/20/2020 |
| Complete: | In Progress |
| Owners Representation: | Les Price, P.E |
| Bidders Representation: | Michael Titsworth, Estimator |
| Funding Agency: | City Of Malvern, Arkansas |
| Scope: | WTFF Renovations and 3500LF of 36" Ductile Sewer Outfall |
| Job Number: | 511 |

| | |
|---|---|
| Owner: | The State of Missouri Office of Administration |
| Address: | Jefferson City, Missouri |
| Contact Name: | Kelly Hammock |
| Telephone Number: | 573-751-3339 |
| Job Name: | Water & Wastewater Systems Upgrade W. E. Sears Youth Center |
| Location: | Poplar Bluff, Missouri |
| Contract Amount: | $1,025,000.00 |
| Started: | 2/21/2020 |
| Complete: | 11/25/2020 |
| Owners Representation: | Dominic Thompson, P.E |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | The State of Missouri Office of Administration |
| Scope: | Lagoon Renovations, Pump Station, Force Main, Land Application of Effluent |
| Job Number: | 510 |

| | |
|---|---|
| Owner: | City of Fayetteville, Arkansas |
| Address: | 113 West Mountain Street Fayetteville, AR 72701 |
| Contact Name: | Corey Granderson |
| Telephone Number: | 479-575-8220 |
| Job Name: | Morningside Waterline Relocate |
| Location: | Fayetteville, Arkansas |
| Contract Amount: | $1,595,000.00 |
| Started: | 2/24/2020 |
| Complete: | 10/9/2020 |
| Owners Representation: | Zane Lewis, P.E |
| Bidders Representation: | Michael Titsworth, Estimator |
| Funding Agency: | City of Fayetteville, Arkansas |
| Scope: | 3,300LF of 24" Water and appurtenances |
| Job Number: | 509 |

| | |
|---|---|
| Owner: | CITY OF NEW ALBANY |
| Address: | 101 W BANKHEAD ST, NEW ALBANY, MS 38652 |
| Contact Name: | Mike Faultner |
| Telephone Number: | (662) 489-1525 |
| Job Name: | SEWER SYSTEM IMPROVEMENTS CONTRACT "B" WWTF |
| Location: | NEW ALBANY, MS |
| Contract Amount: | $10,350,000.00 |
| Started: | 3/1/2020 |
| Complete: | In Progress |
| Owners Representation: | Mike Faultner P.E |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | CITY OF NEW ALBANY |
| Scope: | New Construction of WWTF |
| Job Number: | 508 |

| | |
|---|---|
| Owner: | Benton Public Utility Commission |
| Address: | 1827 Dale Avenue, Benton, AR 72015 |
| Contact Name: | David Vondran |

| | |
|---|---|
| Telephone Number: | (501) 371-0272 |
| Job Name: | UTILITIES BORE ACROSS SALINE RIVER |
| Location: | Benton, AR 72015 |
| Contract Amount: | $1,055,000.00 |
| Started: | 1/6/2020 |
| Complete: | 5/1/2020 |
| Owners Representation: | Jacob Gillip |
| Bidders Representation: | Michael Titsworth, Estimator |
| Funding Agency: | City Of Benton, Arkansas |
| Scope: | 980LF 12" Ductile River Bore W/valves & Connections |
| Job Number: | 507 |

| | |
|---|---|
| Owner: | CITY OF ARBYRD ARBYRD, MISSOURI |
| Address: | 102 E. Frisco Street, P.O. Box 338, Arbyrd, MO 63821 |
| Contact Name: | Jeff Wilson |
| Telephone Number: | 573-772-4203 |
| Job Name: | WASTEWATER SYSTEM IMPROVEMENT PROJECT |
| Location: | ARBYRD, MISSOURI |
| Contract Amount: | $673,500.00 |
| Started: | 2/2/2020 |
| Complete: | In Progress |
| Owners Representation: | Shannon Todd, P.E |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | Rural Development & USDA |
| Scope: | lift station, land application system; rehab gravity sewer (CIPP), rehab MH (Epoxy) |
| Job Number: | 506 |

| | |
|---|---|
| Owner: | Van Buren Municipal Utilities |
| Address: | 2806 Bryan Road, Van Buren, AR 72957 |
| Contact Name: | Joshua Durham, P.E. |
| Telephone Number: | (479) 474-1227 |
| Job Name: | Rickey Pump Station & Force Main Imp. |
| Location: | Van Buren, AR |
| Contract Amount: | $2,840,000.00 |
| Started: | 10/15/2019 |
| Complete: | In Progress |
| Owners Representation: | Joshua Durham, P.E. |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | |
| Scope: | Construction of a 1,400 GMP Pump Station & Force Main |
| Job Number: | 505 |

| | |
|---|---|
| Owner: | City of Stuttgart |
| Address: | Stuttgart, AR |
| Contact Name: | Charles Summerford |
| Telephone Number: | (870) 246-6011 |
| Job Name: | Step 3 - Water Upgrades & Improvements |
| Location: | Stuttgart, AR |
| Contract Amount: | $865,000.00 |
| Started: | 11/21/2019 |
| Complete: | 6/30/2020 |
| Owners Representation: | Charles Summerford |
| Bidders Representation: | Kyle Persons, Estimator |
| Funding Agency: | Rural Development |
| Scope: | Water line replacement |
| Job Number: | 504 |

| | |
|---|---|
| Owner: | City of Fayetteville |
| Address: | Fayetteville, AR |
| Contact Name: | Matt Casey |
| Telephone Number: | 479-444-3429 |
| Job Name: | Hotz to Maple; Pleasant Woods Dr & Sang Ave Water Line |

| | |
|---|---|
| Location: | Fayetteville, AR |
| Contract Amount: | $1,458,000.00 |
| Started: | 5/1/2019 |
| Complete: | 5/1/2020 |
| Owners Representation: | Josh Durham |
| Bidders Representation: | Mike Titsworth, Estimator |
| Funding Agency: | City of Fayetteville, AR |
| Scope: | 8" & 12" Waterline |
| Job Number: | 503 |

| | |
|---|---|
| Owner: | CAW |
| Address: | Maumelle, AR |
| Contact Name: | Thomas Wray |
| Telephone Number: | 501-377-1221 |
| Job Name: | AC Main Replacement - Phase 3 |
| Location: | Maumelle, AR |
| Contract Amount: | $898,000.00 |
| Started: | 2/1/2019 |
| Complete: | 7/1/2019 |
| Owners Representation: | Thomas Wray |
| Bidders Representation: | Mike Titsworth, Estimator |
| Funding Agency: | CAW |
| Scope: | Waterline Replacement |
| Job Number: | 502 |
| Owner: | City of Fayetteville |
| Address: | Fayetteville, AR |
| Contact Name: | Josh Durham |
| Telephone Number: | 479-474-1227 |
| Job Name: | Masters Lift Station Replacement |
| Location: | Fayetteville, AR |
| Contract Amount: | $1,067,000.00 |
| Started: | 3/18/2019 |
| Complete: | 9/31/2019 |
| Owners Representation: | Josh Durham |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | City of Fayetteville, AR |
| Scope: | Sewer Improvements |
| Job Number: | 501 |
| Owner: | City of Baldwyn |
| Address: | Baldwyn, MS |
| Contact Name: | Brett Brooks |
| Telephone Number: | (662) 840-9063 |
| Job Name: | Phase 4 - Collection Improvements |
| Location: | Baldwyn, MS |
| Contract Amount: | $1,030,000.00 |
| Started: | 5/20/2019 |
| Complete: | 1/4/2020 |
| Owners Representation: | Brett Brooks |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | USDA |
| Scope: | Sewer Improvements |
| Job Number: | 500 |
| Owner: | City of Tupelo |
| Address: | Tupelo, MS |
| Contact Name: | Jess Wiygul |

| | |
|---|---|
| Telephone Number: | 662-842-7381 |
| Job Name: | SRF FY17 - Wastewater Collection Improvements |
| Location: | Tupelo, MS |
| Contract Amount: | $2,085,000.00 |
| Started: | 2/18/2019 |
| Complete: | 3/15/2020 |
| Owners Representation: | Jess Wiygul |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | SRF |
| Scope: | Sewer Collection Improvements |
| Job Number: | 499 |

| | |
|---|---|
| Owner: | City of Greenwood |
| Address: | Hwy 7 & Hwy 82; Greenwood, MS |
| Contact Name: | Robert Willis |
| Telephone Number: | 662-226-1081 |
| Job Name: | MS HWY NO.7 & US HWY NO. 82 Waterline Improv. |
| Location: | Greenwood, MS |
| Contract Amount: | $398,485.00 |
| Started: | 12/10/2018 |
| Complete: | 6/15/2019 |
| Owners Representation: | Robert Willis |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | Greenwood, MS |
| Scope: | Waterline Replacement |
| Job Number: | 498 |

| | |
|---|---|
| Owner: | City of Russellville, AR |
| Address: | Russellville, AR |
| Contact Name: | Clint Bell |
| Telephone Number: | 501-362-3744 |
| Job Name: | Basins 9, 15, & 25 |
| Location: | Russellville, AR |
| Contract Amount: | $2,375,000.00 |
| Started: | 12/10/2018 |
| Complete: | 9/1/2019 |
| Owners Representation: | Clint Bell |
| Bidders Representation: | Mike Titsworth, Estimator |
| Funding Agency: | City Corporation |
| Scope: | 14,000 LF of Pipe Bursting |
| Job Number: | 497 |

| | |
|---|---|
| Owner: | City of Baldwyn, MS |
| Address: | Indrustrial Park Drive |
| Contact Name: | Brett Brooks |
| Telephone Number: | (662) 840-9063 |
| Job Name: | Phase 3 - Collection Improvements |
| Location: | Baldwyn, MS |
| Contract Amount: | $1,345,525.00 |
| Started: | 8/6/2018 |
| Complete: | 7/30/2019 |
| Owners Representation: | Brett Brooks |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | USDA |
| Scope: | Gravity Sewer Main |
| Job Number: | 496 |

| | |
|---|---|
| Owner: | City of Fort Smith |
| Address: | North P Street |
| Contact Name: | Larry Yancy |

ISSUED FOR CONSTRUCTION 75

| | |
|---|---|
| Telephone Number: | 479-242-4685 |
| Job Name: | Sub-basin P002 & P003 |
| Location: | Fort Smith, AR |
| Contract Amount: | $9,895,000.00 |
| Started: | 7/9/2018 |
| Complete: | In Progress |
| Owners Representation: | Larry Yancy |
| Bidders Representation: | Aron Persons/Rodger Williams, Estimator |
| Funding Agency: | Fort Smith |
| Scope: | 60" & 48" Gravity Sewer Line Installation |
| Job Number: | 495 |

| | |
|---|---|
| Owner: | City of Fort Smith |
| Address: | Riverview Drive |
| Contact Name: | Travis Brisendine |
| Telephone Number: | 479-452-1933 |
| Job Name: | Phase C, Sub-basin S009 |
| Location: | Fort Smith, AR |
| Contract Amount: | $3,500,000.00 |
| Started: | 2/26/2018 |
| Complete: | 8/1/2019 |
| Owners Representation: | Travis Brisendine |
| Bidders Representation: | Aron Persons, Estimator |
| Funding Agency: | Fort Smith |
| Scope: | Sewer Rehab; 3,500 LF of Pipe Bursting |
| Job Number: | 494 |

| | |
|---|---|
| Owner: | Alton, MO |
| Address: | Alton, MO |
| Contact Name: | John Burgelin |
| Telephone Number: | (573) 727-9666 |
| Job Name: | Drinking Water Distribution Improvements |
| Location: | Alton, MO |
| Contract Amount: | $2,322,255 |
| Started: | 1/8/2018 |
| Complete: | Complete |
| Owners Representation: | Doug Bridges, Mayor |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | USDA |
| Scope: | 33,250' of 6", 12,750' of 4", 10,000' of 3" Water line |
| Job Number: | 493 |

| | |
|---|---|
| Owner: | Ripley, Mississippi |
| Address: | Ripley, Mississippi |
| Contact Name: | Mike Falkner |
| Telephone Number: | (662) 489-1525 |
| Job Name: | Wastewater Treatment Facility - Phase 2 |
| Location: | Ripley, Mississippi |
| Contract Amount: | $7,775,000 |
| Started: | 11/1/2017 |
| Complete: | 8/31/2019 |
| Owners Representation: | Chris Marsalis - Mayor |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | USDA |
| Scope: | New Wastewater Treatment Facility |
| Job Number: | 492 |

| | |
|---|---|
| Owner: | Maumelle, AR |
| Address: | Maumelle, AR |
| Contact Name: | Jacob Gillip |

| | |
|---|---|
| Telephone Number: | (501) 371-0272 |
| Job Name: | Counts Massey Sewer Ext. |
| Location: | Maumelle, AR |
| Contract Amount: | $692,500 |
| Started: | Oct-17 |
| Complete: | Complete |
| Owners Representation: | Jacob Gillip |
| Bidders Representation: | Aron Persons |
| Funding Agency: | |
| Scope: | Sewer and Water line Ext. |
| Job Number: | 491 |

| | |
|---|---|
| Owner: | Corps of Engineers |
| Address: | Vicksburg Contracting Office |
| Contact Name: | Scott Brown |
| Telephone Number: | (601) 631-7902 |
| Job Name: | Flood Control - Levee Repair |
| Location: | Lake Village, AR |
| Contract Amount: | $5,450,000 |
| Started: | Nov-17 |
| Complete: | In Progress |
| Owners Representation: | Scott Brown |
| Bidders Representation: | Aron Persons |
| Funding Agency: | Corps of Engineers |
| Scope: | Levee Repair and Outlet Control Structure |
| Job Number: | 490 |

| | |
|---|---|
| Owner: | Ripley, Mississippi |
| Address: | Ripley, Mississippi |
| Contact Name: | Brett Brooks |
| Telephone Number: | (662) 840-9063 |
| Job Name: | Phase One Collection Improvements |
| Location: | Ripley, Mississippi |
| Contract Amount: | $1,757,225 |
| Started: | Jul-17 |
| Complete: | Complete |
| Owners Representation: | Brett Brooks |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | USDA |
| Scope: | 5,400' of 18" GSL, 4,800' of 15" & 12" GSL, 1,200 GPM PS |
| Job Number: | 489 |

| | |
|---|---|
| Owner: | Eudora, Arkansas |
| Address: | Eudora, Arkansas |
| Contact Name: | Bill Gaunt |
| Telephone Number: | (870) 862-4231 |
| Job Name: | Eudora Water System Improvements |
| Location: | Eudora, Arkansas |
| Contract Amount: | $2,829,625 |
| Started: | Jun-17 |
| Complete: | Complete |
| Owners Representation: | Bill Gaunt |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | USDA |
| Scope: | 60,000 LF of 6", 4" and 3" Water Line |
| Job Number: | 488 |

| | |
|---|---|
| Owner: | Central Arkansas Water |
| Address: | 201 E. Capital Ave |
| Contact Name: | Thomas Wray |

ISSUED FOR CONSTRUCTION 77

| | |
|---|---|
| Telephone Number: | 501-372-5161 |
| Job Name: | 30" Maumelle Water Transmission Line |
| Location: | Maumelle, Arkansas |
| Contract Amount: | $6,125,000 |
| Started: | Feb-17 |
| Complete: | Complete |
| Owners Representation: | Thomas Wray |
| Bidders Representation: | Aron Persons |
| Funding Agency: | Central Arkansas Water |
| Scope: | 30,000 LF of 30" Ductile Iron Pipe |
| Job Number: | 487 |

| | |
|---|---|
| Owner: | City of Birch Tree |
| Address: | Birch Tree, Mo |
| Contact Name: | John Burglin |
| Telephone Number: | 573-778-6393 |
| Job Name: | Birch Tree Water System Improvements |
| Location: | Birch Tree, Mo |
| Contract Amount: | $2,400,000 |
| Started: | Feb-17 |
| Complete: | Completed |
| Owners Representation: | John Burglin |
| Bidders Representation: | Ethan Hoggard |
| Funding Agency: | Dept of Natural Resources |
| Scope: | 50,000 Lf of 6",4" and 3" PVC |
| Job Number: | 486 |

| | |
|---|---|
| Owner: | Central Arkansas Water |
| Address: | 201 E. Capital Ave |
| Contact Name: | Joe O'Hara |
| Telephone Number: | 501-372-5161 |
| Job Name: | 36" Concrete Main Replacement |
| Location: | Little Rock, Arkansas |
| Contract Amount: | $322,300 |
| Started: | Feb-17 |
| Complete: | COMPLETE |
| Owners Representation: | Joe O'Hara |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | Central Arkansas Water |
| Scope: | 400' of 36" Ductile Iron Pipe |
| Job Number: | 485 |

| | |
|---|---|
| Owner: | Van Buren Municipal Utilities |
| Address: | Van Buren, Arkansas |
| Contact Name: | Barry McCormick |
| Telephone Number: | 479-474-1227 |
| Job Name: | Prospect Water Transmission Line |
| Location: | Van Buren, Arkansas |
| Contract Amount: | $841,385 |
| Started: | Nov-16 |
| Complete: | Completed |
| Owners Representation: | Barry McCormick |
| Bidders Representation: | Rick Prosser |
| Funding Agency: | Van Buren Municipal Utilities / FEMA |
| Scope: | 2100' of 18" Ductile Iron Water Main |
| Job Number: | 484 |

| | |
|---|---|
| Owner: | North Little Rock Wastewater |
| Address: | Maumelle, AR |
| Contact Name: | Mike Marlar |

| | |
|---|---|
| Telephone Number: | 501-753-1987 |
| Job Name: | White Oak Sewer Interceptor |
| Location: | Maulmelle, AR |
| Contract Amount: | $4,796,835 |
| Started: | Sep-16 |
| Complete: | 17-Sep |
| Owners Representation: | Mike Marlar |
| Bidders Representation: | Aron Persons |
| Funding Agency: | North Little Rock Wastewater |
| Scope: | 10,000 lf of 36" DIP & HOBAS, 5,000LF of 18" DIP & HOBAS |
| Job Number: | 483 |

| | |
|---|---|
| Owner: | Benton Washington County Water Transmission lines |
| Address: | Siloam Springs, AR |
| Contact Name: | Matt Dunn |
| Telephone Number: | (501) 664-1552 |
| Job Name: | Benton Washington County Water Transmission lines |
| Location: | Siloam Springs, AR |
| Contract Amount: | $6,099,250 |
| Started: | May-16 |
| Complete: | AUG. - 17 |
| Owners Representation: | BWRPWA |
| Bidders Representation: | Crist Engineers |
| Funding Agency: | |
| Scope: | 60,000' - 24" water transmission line |
| Job Number: | 482 |

| | |
|---|---|
| Owner: | Bloomfield, Missouri |
| Address: | Bloomfield, Mo |
| Contact Name: | Greg Bell |
| Telephone Number: | 573-785-9621 |
| Telephone Number: | 662-456-2398 |
| Job Name: | Houston Industrial Park Water System Improvements |
| Location: | Houston, MO |
| Contract Amount: | $1,589,925.00 |
| Started: | 4/18/2016 |
| Complete: | Complete |
| Owners Representation: | Mayor Stacy Parker |
| Bidders Representation: | Rodger Williams, Estimator, VP |
| Funding Agency: | Houston, MO |
| Scope: | Installation of a 12" Water Main |
| Job Number: | 480 |

| | |
|---|---|
| Owner: | Center Grove, AR |
| Address: | 1631 Rock St Sheridan AR 72150 |
| Contact Name: | Gary Easterling |
| Telephone Number: | 870-942-3921 |
| Job Name: | Houston Industrial Park Water System Improvements |
| Job Name: | Center Grove Water System Improvements |
| Location: | Houston, MO |
| Contract Amount: | $1,589,925.00 |
| Started: | 4/18/2016 |
| Complete: | Complete |
| Owners Representation: | Mayor Stacy Parker |
| Bidders Representation: | Rodger Williams, Estimator, VP |
| Funding Agency: | Houston, MO |
| Scope: | Installation of a 12" Water Main |
| Job Number: | 480 |

| | |
|---|---|
| Owner: | Center Grove, AR |

ISSUED FOR CONSTRUCTION 79

| | |
|---|---|
| Address: | 1631 Rock St Sheridan AR 72150 |
| Contact Name: | Gary Easterling |
| Telephone Number: | 870-942-3921 |
| Location: | Center Grove, AR |
| Contract Amount: | $1,139,925 |
| Started: | Nov-15 |
| Complete: | Complete |
| Owners Representation: | CEA Associates |
| Bidders Representation: | Rodger Williams, Estimator, VP |
| Funding Agency: | USDA |
| Scope: | Water Improvements |
| Job Number: | 479 |

| | |
|---|---|
| Owner: | City of Fort Smith |
| Address: | Riverview Drive |
| Contact Name: | Neal Morrison |
| Telephone Number: | 479-452-1933 |
| Job Name: | Fort Smith Ar Liftstation |
| Location: | Fort Smith, AR |
| Contract Amount: | $1,507,605.00 |
| Started: | 9/12/2015 |
| Complete: | Complete |
| Owners Representation: | Neal Morrison |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | Fort Smith |
| Scope: | Demo and replace Pump Stations, sewer line |
| Job Number: | 478 |

| | |
|---|---|
| Owner: | City of Wardell, Mo |
| Address: | Wardell, Mo |
| Contact Name: | Mayor Byrd |
| Telephone Number: | 573-628-3500 |
| Job Name: | Wardell Water Improvements |
| Location: | Wardell, Mo |
| Contract Amount: | $2,156,664 |
| Started: | 11/7/2015 |
| Complete: | Complete |
| Owners Representation: | Shultz and Summers |
| Bidders Representation: | Rick Prosser, P.E. , Project Manager |
| Funding Agency: | USDA |
| Scope: | Water line replacement |
| Job Number: | 477 |

| | |
|---|---|
| Owner: | City of Mountain View |
| Address: | PO Box 1090 Mountain View, MO 65548 |
| Contact Name: | Ryan Lorton |
| Telephone Number: | 573-418-1450 |
| Job Name: | Mountain View |
| Location: | Mountain View Airport Apron |
| Contract Amount: | $183,983 |
| Started: | 11/7/2015 |
| Complete: | Complete |
| Owners Representation: | Mike Wake |
| Bidders Representation: | Ethan Hoggard, Estimator |
| Funding Agency: | City of Mountain View |
| Scope: | Airport Apron Expansion/Stormdrain |
| Job Number: | 476 |

| | |
|---|---|
| Owner: | City of New Madrid |
| Address: | Hwy U |
| Contact Name: | Jacob Ortega |

ISSUED FOR CONSTRUCTION 80

| | |
|---|---|
| Telephone Number: | 573-785-9821 |
| Job Name: | New Madrid, Mo State Hwy U Water Improvements |
| Location: | New Madrid, Mo |
| Contract Amount: | $216,405.00 |
| Started: | 9/12/2015 |
| Complete: | Complete |
| Owners Representation: | Jacob Ortega |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | City of New Madrid |
| Scope: | Construction of water line for U Hwy tank |
| Job Number: | 475 |

| | |
|---|---|
| Owner: | City of Cape |
| Address: | 401 Independence Cape Girardeau, MO 63703 |
| Contact Name: | Nancy Poston, Est. Coordinator |
| Telephone Number: | 573-339-6300 |
| Job Name: | Water Main Extention- Cape Girardeau |
| Location: | Cape Girardeau |
| Contract Amount: | $949,925.00 |
| Started: | 21-Jul-15 |
| Complete: | Complete |
| Owners Representation: | Nancy Poston |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | City of Cape |
| Scope: | Water Main Extension |
| Job Number: | 474 |

| | |
|---|---|
| Owner: | CAW |
| Address: | 201 E. Capital Ave |
| Contact Name: | Thomas Wray |
| Telephone Number: | 501-372-5161 |
| Job Name: | Arch St Line Relocation |
| Location: | Little Rock, AR |
| Contract Amount: | $244,925.00 |
| Started: | 7-Jul-15 |
| Complete: | Complete |
| Owners Representation: | CAW |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | CAW |
| Scope: | Line Relocation |
| Job Number: | 473 |

| | |
|---|---|
| Owner: | CAW |
| Address: | 201 E. Capital Ave |
| Contact Name: | Thomas Wray |
| Telephone Number: | 501-372-5161 |
| Job Name: | McCain Rail Grad Separation Waterline Relocation |
| Location: | N. Little Rock |
| Contract Amount: | $479,725.00 |
| Started: | 17-Aug-15 |
| Complete: | Complete |
| Owners Representation: | CAW |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | CAW |
| Scope: | Line Relocation |
| Job Number: | 472 |

| | |
|---|---|
| Owner: | CWB Engineers, Inc |
| Address: | 205 W.3rd Place, Russellville, AR 72811 |

ISSUED FOR CONSTRUCTION 81

| | |
|---|---|
| Contact Name: | Kelli Gregory |
| Telephone Number: | 501-362-1717 |
| Job Name: | Russellville, AR Waste Water Improvements |
| Location: | Russellville, AR |
| Contract Amount: | $1,840,425.00 |
| Started: | 13-Jul-15 |
| Complete: | Complete |
| Owners Representation: | Kelli Gregory |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | CWB Engineers, Inc |
| Scope: | 4156 LF 8"-12" sewer pipe, 2796 LF of 21"-24" Sewer Pipe |
| Job Number: | 471 |

| | |
|---|---|
| Owner: | City of Minor |
| Address: | 103 State Rte H Sikeston MO 63801 |
| Contact Name: | Darren Chapman |
| Telephone Number: | 573-471-8520 |
| Job Name: | Minor |
| Location: | Minor, MO |
| Contract Amount: | $434,925.00 |
| Started: | 10-Aug-15 |
| Complete: | Complete |
| Owners Representation: | Darren Chapman, Mayor |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | City of Minor |
| Scope: | Water mains, fire hydrants, valves |
| Job Number: | 470 |

| | |
|---|---|
| Owner: | City of New Madrid |
| Address: | Hwy U CR 732 |
| Contact Name: | Donnie Brown, Mayor |
| Telephone Number: | 573-748-2866 |
| Job Name: | New Madrid Pump Station |
| Location: | New Madrid, MO |
| Contract Amount: | $1,373,650.98 |
| Started: | 11-Aug-15 |
| Complete: | Completed |
| Owners Representation: | Jacob Ortega, Smith & Co Engineers |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | City of New Madrid, MO |
| Scope: | 2 Stormwater Inlets, Pump Station, Wet Well |
| Job Number: | 469 |

| | |
|---|---|
| Owner: | Benton Public Utility Commission |
| Address: | 1827 Dale Street, Benton, AR  72015 |
| Contact Name: | Terry McKinney |
| Telephone Number: | 501-776-5931 |
| Job Name: | ALCOA Road Water & Sewer Utility Relocation |
| Location: | Benton, Arkansas |
| Contract Amount: | $1,545,637.37 |
| Started: | Feb-15 |
| Complete: | Completed |
| Owners Representation: | McClelland Consulting Engineers, Inc. |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | |
| Scope: | Water and Sewer Relocation |
| Job Number: | 468 |

ISSUED FOR CONSTRUCTION 82

| Owner: | City of Okolona, MS |
|---|---|
| Address: | 703 Crossover Road, Tupelo, MS 38802 |
| Contact Name: | John Mark Weeden |
| Telephone Number: | (662) 842-73811 |
| Job Name: | Construction of Sanitary Sewer Collection Rehabilitation & Replacement |
| Location: | Okolona, MS |
| Contract Amount: | 2,447,846.78 |
| Started: | Feb-15 |
| Complete: | Complete |
| Owners Representation: | Cook Coggin Engineers, Inc. |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | USDA |
| Scope: | Saniftary Sewer Rehab & Replacement |
| Job Number: | 467 |

| Owner: | Corp of Engineers |
|---|---|
| Address: | Devalls Bluff, AR |
| Contact Name: | Gary Hamlet |
| Telephone Number: | 870-351-9121 |
| Job Name: | Grand Prairie Discharge Piping |
| Location: | Devalls Bluff, AR |
| Contract Amount: | $6,058,309 |
| Started: | Mar-15 |
| Complete: | COMPLETE |
| Owners Representation: | Keith Huffman, Huffman Construction |
| Bidders Representation: | Rodger Williams, P.E. - KAJACS Contractors |
| Scope: | 2500' of 120" Steel Welded Pipe and approx. 85,000 cy of excavation |
| Job Number: | 466 |

| Owner: | Southern Bank |
|---|---|
| Address: | 901 Vine St, Poplar Bluff, MO 63901 |
| Contact Name: | Billy Cobb |
| Telephone Number: | (573) 785-9621 |
| Job Name: | Southern Bank Main Office - Phase I |
| Location: | Corner of Shelby Road & Oak Grove Road - Poplar Bluff, MO |
| Contract Amount: | $477,867.00 |
| Started: | Nov-14 |
| Complete: | Complete |
| Owners Representation: | Smith & Company Engineers |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | |
| Scope: | Site Concrete, Sitework, Site Utilities & Concrete Paving |
| Job Number: | 465 |

| Owner: | City of Tupelo, MS |
|---|---|
| Address: | 703 Crossover Road, Tupelo, MS 38802 |
| Contact Name: | John Mark Weeden |
| Telephone Number: | (662) 842-7381 |
| Job Name: | Area 2 North Indian Hills Water System Improvements |
| Location: | Tupelo, MS |
| Cotract Amount: | $1,499,410.00 |
| Started: | Nov-14 |
| Complete: | Complete |
| Owners Representation: | Cook Coggin Engineers, Inc. |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | |
| Scope: | Water Line Extension |
| Job Number: | 464 |

| | |
|---|---|
| Owner: | FrazierPike Public Facilities Board of Pulaski County |
| Address: | 1 Innwood Circle, Suite 202, Little Rock, AR 72212 |
| Contact Name: | Ricky Thomas |
| Telephone Number: | |
| Job Name: | Frazier Pike Water Line Improvements |
| Location: | Little Rock, AR |
| Contract Amount: | $796,500.00 |
| Started: | 14-Nov |
| Complete: | Complete |
| Owners Representation: | Marlar Engineering Co, Inc. |
| Bidders Representation: | Rodger Williams, Estimator |
| Funding Agency: | |
| Scope: | Water Lines |
| Job Number | 462 |

| | |
|---|---|
| Owner: | City of Keiser, AR |
| Address: | 2114 E Matthews Ave, Jonesboro, AR 72401 |
| Contact Name: | |
| Telephone Number: | (870) 972-5316 |
| Job Name: | Water System Improvements |
| Location: | Keiser, AR |
| Contract Amount: | $724,725.00 |
| Started: | 14-Oct |
| Complete: | Complete |
| Owners Representation: | Civil Engineering Associates, LLC |
| Bidders Representation: | Rodger Williams |
| Funding Agency: | |
| Scope | Water Lines |
| Job Number | 461 |

| | |
|---|---|
| Owner: | City of Bryant, AR |
| Address: | 1405 North Pierce St, Suite 301, Little Rock, AR 72207 |
| Contact Name: | Matthew Dunn |
| Telephone Number: | (501) 664-1552 |
| Job Name: | Water Transmission Line-Booster Pump Station to C.A.W. |
| Location: | Bryant, AR |
| Contract Amount: | $740,750.00 |
| Started: | 14-Oct |
| Complete: | Complete |
| Owners Representation: | Crist Engineers, Inc. |
| Bidders Representation | Rodger Williams |
| Funding Agency: | |
| Scope | Water Lines |
| Job Number | 459 |

| | |
|---|---|
| Owner: | City of Cave Springs |
| Address: | 1810 College Ave, Fayetteville, AR 72703 |
| Contact Name: | Robert White |
| Telephone Number: | (479) 443-2377 |
| Job Name: | Cave Springs Arkansas Sewer |
| Location: | Cave Springs, AR |
| Contract Amount | $1,060,130.50 |
| Started: | Aug-14 |
| Complete: | Complete |
| Owners Representation: | McClelland Consulting Engineers, Inc. |
| Bidders Representation: | Rodger Williams |

ISSUED FOR CONSTRUCTION 84

| | |
|---|---|
| Funding Agency: | |
| Scope: | Water & Sewer Lines |
| Job Number | 457 |

| | |
|---|---|
| Owner: | City of Poplar Bluff, MO |
| Address: | 501 Vine Street, Poplar Bluff, MO |
| Contact Name: | Billy Cobb |
| Telephone Number: | 573-785-9621 |
| Job Name: | Oak Grove Road - Phase III |
| Location: | Oak Grove Road |
| Contract Amount: | $2,600,000.00 |
| Started: | 2014 |
| Complete: | 2015 |
| Owners Representation: | Smith & Co Engineers |
| Bidders Representation: | Rodger Williams, Estimator |
| Scope: | Approx. 112,000 cy of excavation and widen existing concrete road |

| | |
|---|---|
| Owner: | City of Bald Knob |
| Address: | 900 W Markham, Little Rock, AR 70201 |
| Contact Name: | Adam Triche |
| Telephone Number: | (501) 371-0272 |
| Job Name: | Water System Improvements |
| Location: | Bald Knob, AR |
| Contract Amount | $349,000.00 |
| Started: | Aug-14 |
| Complete: | Complete |
| Owners Representation: | McClelland Consulting Engineers, Inc. |
| Bidders Representation: | Rodger Williams, Estimator |
| Scope: | Pump Station |
| Job Number | 450 |

| | |
|---|---|
| Owner: | Benton Utilities |
| Address: | 1827 Dale Street, Benton, AR  72015 |
| Contact Name: | Dewayne Hood |
| Telephone Number: | 501-776-5931 |
| Job Name: | Edison 24" - Benton Utilities |
| Location: | South Market Street, Benton, Ar |
| Contract Amount: | $562,711.00 |
| Started: | June 2013 |
| Complete: | Complete |
| Owners Representation: | McClelland Consulting Engineers |
| Bidders Representation: | Wallace Thomas, Estimator |
| Scope: | 24" Gravity Sewer |
| Job Number | |

| | |
|---|---|
| Owner: | Benton Utilities |
| Address: | 1827 Dale Street, Benton, AR  72015 |
| Contact Name: | Dewayne Hood |
| Telephone Number: | 501-776-5931 |
| Job Name: | Thomas Pasture Pump Station |
| Location: | Brents Ford Road, Benton, AR |
| Contract Amount: | $735,220.00 |
| Started: | June 2013 |
| Complete: | Complete |
| Owners Representation: | McClelland Consulting Engineers |
| Bidders Representation: | Wallace Thomas, Estimator |
| Scope: | 20" Force Main/Pump Station Rehab |

| | |
|---|---|
| Owner: | City of Poplar Bluff, MO |
| Address: | 501 Vine Street, Poplar Bluff, MO |
| Contact Name: | John Burgelin |
| Telephone Number: | 573-772-4202 |
| Job Name: | Oak Grove Road - 5 Lane Phase II |
| Location: | Oak Grove Road |
| Contract Amount: | $3,100,000.00 |
| Started: | 2012 |
| Complete: | 2013 |
| Owners Representation: | Horner & Shifrin, Inc. |
| Bidders Representation: | Rodger Williams, Estimator |
| Scope: | Approx. 75,000 cy of excavation and construct 5-lane concrete road |

| | |
|---|---|
| Owner: | HMA |
| Job Name: | Poplar Bluff Regional Medical Center |
| Address: | Poplar Bluff, MO |
| Contact Name: | Mike Bertelsmann |
| Telephone Number: | 314-220-1121 |
| Location: | Poplar Bluff, MO |
| Contract Amount: | $11,019,955.00 |
| Started: | Oct-11 |
| Complete: | Jan-13 |
| Owners Representation: | MJ Harris - General Contractor |
| Bidders Representation: | Rodger Williams - Estimator |
| Scope: | Approx. 415,000 cy of earthwork and sitework for new hospital |

| | |
|---|---|
| Owner: | City of Clarkton |
| Job Name: | Clarkton Treatment Plant Improvements |
| Address: | Clarkton, MO |
| Contact Name: | |
| Telephone Number: | |
| Location: | Clarkton, MO |
| Contract Amount: | $2,453,880.00 |
| Started: | February 2012 |
| Complete: | February 2013 |
| Owners Representation: | Ty Milner, Schultz & Summers |
| Bidders Representation: | Rodger Williams, Estimator |
| Scope: | Treatment Plant & Line Work |

| | |
|---|---|
| Owner: | City of Arlington |
| Address: | 9180 Crestwyn Hills, Memphis, TN 38125 |
| Contact Name: | |
| Telephone Number: | (901) 748-1811 |
| Job Name: | Clear Creek Interceptor Sewer |
| Location: | Arlington, TN |
| Contract Amount: | $5,597,704.00 |
| Started: | Nov-12 |
| Complete: | Nov-13 |
| Owners Representation | Fisher & Arnold Inc., Via Architect |
| Bidders Representation | Wallace Thomas |
| Funding Agency | |
| Scope: | 19,000 LF of 42" Hobas Sewer Lines |

| | |
|---|---|
| Owner: | City of Corinth, MS |

ISSUED FOR CONSTRUCTION 86

| Job Name: | Corinth Raw Water Lines |
|---|---|
| Location: | Corinth, MS |
| Contract Amount: | $7,485,139.78 |
| Started: | April 2011 |
| Complete: | November 2011 |
| Owners Representation: | Cook Coggin Engineers, Brett Brooks |
| Bidders Representation: | Wallace Thomas, Estimator, VP |
| Scope: | 50,000LF of 36" DI Pipe |

| Owner: | City of Corinth, MS |
|---|---|
| Job Name: | Corinth Transmission & Dist. Lines |
| Location: | Corinth, MS |
| Contract Amount: | $9,495,514.00 |
| Started: | March 2010 |
| Complete: | November 2010 |
| Owners Representation: | Cook Coggin Engineers, Brett Brooks |
| Bidders Representation: | Wallace Thomas, Estimator, VP |
| Funding Agency: | ARRA |
| Scope: | 65,000' - 36" Water Transmission Lines |

# PART 2
# CONTRACT FORMS

ISSUED FOR CONSTRUCTION 88

ISSUED FOR CONSTRUCTION 89

## NOTICE OF AWARD

Date of Issuance:

Owner: **BAYOU METO WATER MANAGEMENT DISTRICT**    Owner's Contract No.:

Engineer: **GARVER**    Engineer's Project No.:    18017260

Project: Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems

Bidder: **KAJACS CONTRACTORS**

Bidder's Address: 3401 W 65th Street
Little Rock, AR 72209

**TO BIDDER:**

You are notified that Owner has accepted your Bid dated [ **December 1, 2022** ] for the above Contract, and that you are the Successful Bidder and are awarded a Contract for:

Orlicek 1 and 2, Sandage 1 Pump Stations Full Base Bid .
*[describe Work, alternates, or sections of Work awarded]*

The Contract Price of the awarded Contract is: $ 2,378,200.00

[ **1** ] unexecuted counterparts of the Agreement accompany this Notice of Award, and one copy of the Contract Documents accompanies this Notice of Award, or has been transmitted or made available to Bidder electronically.

[X] a set of the Drawings will be delivered separately from the other Contract Documents.

You must comply with the following conditions precedent within 15 days of the date of receipt of this Notice of Award:

1. Deliver to Owner [ **3** ] counterparts of the Agreement, fully executed by Bidder.

2. Deliver with the executed Agreement(s) the Contract security *[e.g., performance and payment bonds]* and insurance documentation as specified in the Instructions to Bidders and General Conditions, Articles 2 and 6.

3. Other conditions precedent (if any):

Failure to comply with these conditions within the time specified will entitle Owner to consider you in default, annul this Notice of Award, and declare your Bid security forfeited.

After you comply with the above conditions, Owner will return to you one fully executed counterpart of the Agreement, together with any additional copies of the Contract Documents as indicated in Paragraph 2.02 of the General Conditions.

Owner: **Bayou Meto Water Management District**

Authorized Signature

By: *[signature]*

Title: EXECUTIVE DIRECTOR

Copy: Engineer

EJCDC® C-510, Notice of Award. Prepared and published 2013 by the Engineers Joint Contract Documents Committee.

**AGREEMENT**
**BETWEEN OWNER AND CONTRACTOR**
**FOR CONSTRUCTION CONTRACT (STIPULATED PRICE)**

THIS AGREEMENT is by and between   **Bayou Meto Water Management District**   ("Owner") and

**KAJACS CONTRACTORS**   ("Contractor").

Owner and Contractor hereby agree as follows:

## ARTICLE 1 – WORK

1.01    Contractor shall complete all Work as specified or indicated in the Contract Documents. The Work is generally described as follows:

## ARTICLE 2 – THE PROJECT

2.01    The Project, of which the Work under the Contract Documents is a part, is generally described as follows: *the installation of three pumping systems at two locations adjacent to Indian Bayou in Lonoke County, AR. The pumping systems consist of a steel intake pipe, a standpipe, pump installed in the standpipe, pump motor, outlet piping, buried underground piping, all electrical components associated with the pump, and ancillary site work and appurtenances for the pumping systems.*

## ARTICLE 3 – ENGINEER

3.01    The Project has been designed by **Garver, LLC**.

3.02    The Owner has retained **Garver, LLC** ("Engineer") to act as Owner's representative, and to have the rights, responsibilities, duties, and authority assigned to Engineer in the Contract Documents in connection with the completion of the Work in accordance with the Contract Documents.

## ARTICLE 4 – CONTRACT TIMES

4.01    *Time of the Essence*

A.    All time limits for Milestones, if any, Substantial Completion, and completion and readiness for final payment as stated in the Contract Documents are of the essence of the Contract.

4.02    *Contract Times: Days*

A.    The Work will be substantially completed within the following number of days after the date when the Contract Times commence to run as provided in Paragraph 4.01 of the General Conditions, and completed and ready for final payment in accordance with Paragraph 15.06 of the General Conditions within the following number of days after the date when the Contract Times commence to run.

| Description | Final Completion |
|---|---|
| Completion of Project | 240 calendar days |
| *Note: Contractor may be required to complete excavation in certain areas at pre-determined time periods to limit interference with agricultural operations. | |

4.03    *Liquidated Damages*

A.    Contractor and Owner recognize that time is of the essence as stated in Paragraph 4.01 above and that Owner will suffer financial and other losses if the Work is not completed and Milestones not achieved within the times specified in Paragraph 4.02 above, plus any extensions thereof allowed in accordance with the Contract. The parties also recognize the delays, expense, and difficulties involved in proving in a legal or arbitration proceeding the actual loss suffered by Owner if the Work is not completed on time. Accordingly, instead of

requiring any such proof, Owner and Contractor agree that as liquidated damages for delay (but not as a penalty):

1.  Phase 1 Completion: Contractor shall pay Owner **$1,000** for each day that expires after the time (as duly adjusted pursuant to the Contract) specified in Paragraph 4.02.A above for Phase 1 until the Work is substantially complete.

2.  Completion of Remaining Work: After Phase Completion, if Contractor shall neglect, refuse, or fail to complete the remaining Work within the Contract Time (as duly adjusted pursuant to the Contract) for completion and readiness for final payment, Contractor shall pay Owner **$1,000** for each day that expires after such time until the Work is completed and ready for final payment.

3.  Liquidated damages for failing to timely attain Substantial Completion and final completion are not additive and will not be imposed concurrently. However, if the achieved substantial completion date falls after the specified final completion date, liquidated damages as specified in Completion of Remaining Work will immediately begin accruing from the date of substantial completion until final completion is achieved.

4.04   *Special Damages*

A.   In addition to the amount provided for liquidated damages, Contractor shall reimburse Owner (1) for any fines or penalties imposed on Owner as a direct result of the Contractor's failure to attain Substantial Completion according to the Contract Times, and (2) for the actual costs reasonably incurred by Owner for engineering, construction observation, inspection, and administrative services needed after the time specified in Paragraph 4.02 for Substantial Completion (as duly adjusted pursuant to the Contract), until the Work is substantially complete.

B.   After Contractor achieves Substantial Completion, if Contractor shall neglect, refuse, or fail to complete the remaining Work within the Contract Times, Contractor shall reimburse Owner for the actual costs reasonably incurred by Owner for engineering, construction observation, inspection, and administrative services needed after the time specified in Paragraph 4.02 for Work to be completed and ready for final payment (as duly adjusted pursuant to the Contract), until the Work is completed and ready for final payment. If the achieved substantial completion date falls after the specified final completion date, these costs will begin accruing immediately from the date of achieved substantial completion.

## ARTICLE 5 – CONTRACT PRICE

5.01   Owner shall pay Contractor for completion of the Work in accordance with the Contract Documents an amount in current funds equal to the sum of the amounts determined pursuant to paragraph 5.01.A:

A.   For all Work a Lump Sum of:

Two million three hundred seventy eight thousand two hundred dollars $____2,378,200.00____
         (in words)                                                              (in figures)

All specific cash allowances, unit price work totals, and deductive bid alternatives are included in the above price in accordance with Article 13 of the General Conditions.

## ARTICLE 6 – PAYMENT PROCEDURES

6.01   *Submittal and Processing of Payments*

A.   Contractor shall submit Applications for Payment in accordance with Article 15 of the General Conditions. Applications for Payment will be processed by Engineer as provided in the General Conditions.

6.02    *Progress Payments; Retainage*

    A.    Owner may elect to make progress payments on account of the Contract Price on the basis of Contractor's Applications for Payment on or about the <u>15th</u> day of each month during performance of the Work as provided in Paragraph 6.02.A.1 below, provided that such Applications for Payment have been submitted in a timely manner and otherwise meet the requirements of the Contract. All such payments are monies advanced for the purpose of assisting the Contractor to expedite the work of construction. The Owner holds the right to withhold any payment in accordance with Paragraph 15.01 of the General Conditions. All such payments will be measured by the Schedule of Values established as provided in the General Conditions (and in the case of Unit Price Work based on the number of units completed) or, in the event there is no Schedule of Values, as provided elsewhere in the Contract.

        1.    Prior to Substantial Completion, progress payments will be made in an amount equal to the percentage indicated below but, in each case, less the aggregate of payments previously made and less such amounts as Owner may withhold, including but not limited to liquidated damages, in accordance with the Contract

            a.    <u>95</u> percent of Work completed (with the balance being retainage); and

            b.    <u>95</u> percent of cost of materials and equipment not incorporated in the Work (with the balance being retainage).

    B.    Upon Substantial Completion, Owner shall pay an amount sufficient to increase total payments to Contractor to <u>95</u> percent of the Work completed, less such amounts set off by Owner pursuant to Paragraph 15.01.E of the General Conditions, and less <u>125</u> percent of Engineer's estimate of the value of Work to be completed or corrected as shown on the punch list of items to be completed or corrected prior to final payment.

6.03    *Final Payment*

    A.    Upon final completion and acceptance of the Work in accordance with Paragraph 15.06 of the General Conditions, Owner shall pay the remainder of the Contract Price as recommended by Engineer as provided in said Paragraph 15.06, minus any damages as described in Paragraphs 4.03 and 4.04.

## ARTICLE 7 – INTEREST

7.01    Not applicable.

## ARTICLE 8 – CONTRACTOR'S REPRESENTATIONS

8.01    In order to induce Owner to enter into this Contract, Contractor makes the following representations:

    A.    Contractor has examined and carefully studied the Contract Documents, and any data and reference items identified in the Contract Documents.

    B.    Contractor has visited the Site, conducted a thorough, alert visual examination of the Site and adjacent areas, and become familiar with and is satisfied as to the general, local, and Site conditions that may affect cost, progress, and performance of the Work.

    C.    Contractor is familiar with and is satisfied as to all Laws and Regulations that may affect cost, progress, and performance of the Work.

    D.    Contractor has carefully studied all: (1) reports of explorations and tests of subsurface conditions at or adjacent to the Site and all drawings of physical conditions relating to existing surface or subsurface structures at the Site that have been identified in the Supplementary Conditions, especially with respect to Technical Data in such reports and drawings, and (2) reports and drawings relating to Hazardous Environmental Conditions, if any, at or adjacent to the Site that have been identified in the Supplementary Conditions, especially with respect to Technical Data in such reports and drawings.

E.    Contractor has considered the information known to Contractor itself; information commonly known to contractors doing business in the locality of the Site; information and observations obtained from visits to the Site; the Contract Documents; and the Site-related reports and drawings identified in the Contract Documents, with respect to the effect of such information, observations, and documents on (1) the cost, progress, and performance of the Work; (2) the means, methods, techniques, sequences, and procedures of construction to be employed by Contractor; and (3) Contractor's safety precautions and programs.

F.    Based on the information and observations referred to in the preceding paragraph, Contractor agrees that no further examinations, investigations, explorations, tests, studies, or data are necessary for the performance of the Work at the Contract Price, within the Contract Times, and in accordance with the other terms and conditions of the Contract.

G.    Contractor is aware of the general nature of work to be performed by Owner and others at the Site that relates to the Work as indicated in the Contract Documents.

H.    Contractor has given Engineer written notice of all conflicts, errors, ambiguities, or discrepancies that Contractor has discovered in the Contract Documents, and the written resolution thereof by Engineer is acceptable to Contractor.

I.    The Contract Documents are generally sufficient to indicate and convey understanding of all terms and conditions for performance and furnishing of the Work.

J.    Contractor's entry into this Contract constitutes an incontrovertible representation by Contractor that without exception all prices in the Agreement are premised upon performing and furnishing the Work required by the Contract Documents.

K.    The Contractor hereby represents and warrants to and for the benefit of the Owner that:

    1.    The Contractor has reviewed and understands the prevailing wage rate requirements and will provide any further verified information, certification or assurance of compliance as may be required by the Owner.

## ARTICLE 9 – CONTRACT DOCUMENTS

9.01    *Contents*

A.    The Contract Documents consist of the following:

1.    Executed Agreement

2.    Addenda (if any)

3.    Advertisement for Bids

4.    Instructions to Bidders

5.    Bid Form/Proposal

6.    Statement of Bidders Qualifications

7.    List of Manufacturers

8.    List of Proposed Subcontractors

9.    General Conditions

10.    Supplementary Conditions

11.    Technical Specifications as listed in the Table of Contents

12.    Drawings

13.    Performance Bond

14.    Payment Bond

15.    Maintenance Bond

16.    Certificates of Insurance

17. Exhibits to this Agreement (enumerated as follows):

    a. Contractor's Bid

18. The following which may be delivered or issued on or after the Effective Date of the Contract and are not attached hereto:

    a. Notice to Proceed.

    b. Work Change Directives.

    c. Change Orders.

    d. Field Orders.

B. The documents listed in Paragraph 9.01.A are attached to this Agreement (except as expressly noted otherwise above).

C. There are no Contract Documents other than those listed above in this Article 9.

D. The Contract Documents may only be amended, modified, or supplemented as provided in the General Conditions.

**ARTICLE 10 – MISCELLANEOUS**

10.01 *Terms*

A. Terms used in this Agreement will have the meanings stated in the General Conditions and the Supplementary Conditions.

10.02 *Assignment of Contract*

A. Unless expressly agreed to elsewhere in the Contract, no assignment by a party hereto of any rights under or interests in the Contract will be binding on another party hereto without the written consent of the party sought to be bound; and, specifically but without limitation, money that may become due and money that is due may not be assigned without such consent (except to the extent that the effect of this restriction may be limited by law), and unless specifically stated to the contrary in any written consent to an assignment, no assignment will release or discharge the assignor from any duty or responsibility under the Contract Documents.

10.03 *Successors and Assigns*

A. Owner and Contractor each binds itself, its successors, assigns, and legal representatives to the other party hereto, its successors, assigns, and legal representatives in respect to all covenants, agreements, and obligations contained in the Contract Documents.

10.04 *Severability*

A. Any provision or part of the Contract Documents held to be void or unenforceable under any Law or Regulation shall be deemed stricken, and all remaining provisions shall continue to be valid and binding upon Owner and Contractor, who agree that the Contract Documents shall be reformed to replace such stricken provision or part thereof with a valid and enforceable provision that comes as close as possible to expressing the intention of the stricken provision.

10.05 *Contractor's Certifications*

A. Contractor certifies that it has not engaged in corrupt, fraudulent, collusive, or coercive practices in competing for or in executing the Contract. For the purposes of this Paragraph 10.05:

    1. "corrupt practice" means the offering, giving, receiving, or soliciting of anything of value likely to influence the action of a public official in the bidding process or in the Contract execution;

    2. "fraudulent practice" means an intentional misrepresentation of facts made (a) to influence the bidding process or the execution of the Contract to the detriment of

Owner, (b) to establish Bid or Contract prices at artificial non-competitive levels, or (c) to deprive Owner of the benefits of free and open competition;

3.  "collusive practice" means a scheme or arrangement between two or more Bidders, with or without the knowledge of Owner, a purpose of which is to establish Bid prices at artificial, non-competitive levels; and

4.  "coercive practice" means harming or threatening to harm, directly or indirectly, persons or their property to influence their participation in the bidding process or affect the execution of the Contract.

10.06  *Other Provisions*

A.  Owner stipulates that if the General Conditions that are made a part of this Contract are based on EJCDC® C-700, Standard General Conditions for the Construction Contract, published by the Engineers Joint Contract Documents Committee®, and if Owner is the party that has furnished said General Conditions, then Owner has plainly shown all modifications to the standard wording of such published document to the Contractor, through a process such as highlighting or "track changes" (redline/strikeout), or in the Supplementary Conditions.

IN WITNESS WHEREOF, Owner and Contractor have signed this Agreement.

This Agreement will be effective on _01/23/23_ (which is the Effective Date of the Contract).

OWNER:

**Bayou Meto Water Management District**

By: _Edward C. Swaim_

Title: _EX. DIRECTOR_

Attest: _David Holling_

Title: _PROJECT MANAGER - GARVER_

Address for giving notices:

**1300 N Center St Ste 9**

**Lonoke, AR 72086**

CONTRACTOR:

**KAJACS CONTRACTORS**

By: _____

Title: _Project Manager_

*(If Contractor is a corporation, a partnership, or a joint venture, attach evidence of authority to sign.)*

Attest: _____

Title: _Project Manger_

Address for giving notices:

**3401 W 65th Street**

**Little Rock, AR 72209**

License No.: **0049950323**
          *(where applicable)*

---

*This document is a MODIFIED version of EJCDC® C-520, Agreement Between Owner and Contractor for Construction Contract (Stipulated Price). Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies and is based in part on excerpts from EJCDC documents. Those portions of the text that originated in published EJCDC documents remain subject to copyright.*

## NOTICE TO PROCEED

| | |
|---|---|
| Owner: **BAYOU METO WATER MANAGEMENT DISTRICT** | Owner's Contract No.: |
| Contractor: **KAJACS CONTRACTORS** | Contractor's Project No.: |
| Engineer: GARVER | Engineer's Project No.:    18017260 |
| **Project: BAYOU METO WATER MANAGEMENT DISTRICT – ORLICEK 1 AND 2, SANDAGE 1 PUMP SYSTEMS** | Effective Date of Contract: |

**TO CONTRACTOR:**

Owner hereby notifies Contractor that the Contract Times under the above Contract will commence to run on [ _JANUARY 25_ , 20~~23~~]. *[see Paragraph 4.01 of the General Conditions]*

On that date, Contractor shall start performing its obligations under the Contract Documents. No Work shall be done at the Site prior to such date. In accordance with the Agreement, the number of days to achieve Substantial Completion is _240_ , and the number of days to achieve readiness for final payment is _240_ .

Before starting any Work at the Site, Contractor must comply with the following:

Owner: _Edward C. Swaim_

        Authorized Signature

By: _EDWARD C. SWAIM_

Title: _EX. DIRECTOR_

Date Issued:

Copy:    Engineer

## ACCEPTANCE OF NOTICE

Receipt of the above NOTICE TO PROCEED is hereby acknowledged by _KAJACS CONTRACTORS_ _____ this _23RD_ day of _JANUARY_ , 20 _23_ .

BY _____

TITLE _Project Manager_

_EJCDC® C-550, Notice to Proceed. Prepared and published 2013 by the Engineers Joint Contract Documents Committee._

| | | |
|---|---|---|
| Project No. 18017260 | 1 | Section 00 55 00 |
| Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems | | Notice to Proceed |

ISSUED FOR CONSTRUCTION 98

**ACORD®**

# CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
12/02/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

| PRODUCER | | CONTACT NAME: | Martha Elliott | | |
|---|---|---|---|---|---|
| Cornerstone Kansas City, LLC | | PHONE (A/C, No, Ext): | (913) 378-1050 | FAX (A/C, No): | (913) 378-0399 |
| 10561 Barkley St., Suite 200 | | E-MAIL ADDRESS: | certificates@ckcins.com | | |
| | | PRODUCER CUSTOMER ID: | 00000262 | | |
| Overland Park | KS  66212 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| INSURED | | INSURER A : | Travelers Property Casualty Co of America | | 25674 |
| KAJACS Contractors, Inc | | INSURER B : | | | |
| PO Box 969 | | INSURER C : | | | |
| | | INSURER D : | | | |
| Poplar Bluff | MO  63902 | INSURER E : | | | |
| | | INSURER F : | | | |

| COVERAGES | CERTIFICATE NUMBER: | CP2212201929 | REVISION NUMBER: |
|---|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: Bayou Metro Waters Management District - Oricek 1 and 2, Sandage 1 Pump Systems

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | PROPERTY | | | | | | BUILDING | $ |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | | PERSONAL PROPERTY | $ |
| | BASIC | BUILDING | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| A | ☒ INLAND MARINE | | TYPE OF POLICY Builder's Risk | 11/14/2022 | 07/15/2023 | ☒ | Limit | $ 2,378,200.00 |
| | CAUSES OF LOSS | | | | | ☒ | Deductible | $ 5,000 |
| | ☒ NAMED PERILS | | POLICY NUMBER | | | ☒ | Transit | $ 1,000,000 |
| | ☒ Flood & Earthquake | | QT-630-6T148288-TIL-22 | | | ☒ | Temporary Storage | $ 1,000,000 |
| | CRIME | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| Bayou Metro Water Mgmt District 1300 N. Center St., Ste 9 | |
| Lonoke                AR  72086 | AUTHORIZED REPRESENTATIVE |

© 1995-2015 ACORD CORPORATION. All rights reserved.

ACORD 24 (2016/03)            The ACORD name and logo are registered marks of ACORD

ISSUED FOR CONSTRUCTION 99



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
12/2/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Becci McMahon | | |
|---|---|---|---|
| Cornerstone Kansas City, LLC | PHONE (A/C, No, Ext): (913) 378-1050 | | FAX (A/C, No): (913) 378-0399 |
| 4400 College Blvd. Ste. 350 | E-MAIL ADDRESS: certificates@ckcins.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Overland Park    KS   66211 | INSURER A : Phoenix Insurance Co | | 25623 |
| INSURED | INSURER B : Travelers Ins. Co. | | 58470 |
| KAJACS Contractors, Inc; Persons Holdings LLC; | INSURER C : Midwest Builders Casualty Mutual | | 13126 |
| Persons Land and Equipment LLC; BNA Real Estate LLC | INSURER D : Travelers Property Casualty Co of Ameri | | 25674 |
| PO Box 969 | INSURER E : | | |
| Poplar Bluff    MO   63902 | INSURER F : | | |

COVERAGES    CERTIFICATE NUMBER: CL2271331635    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | Y | DT-CO-6T194569-PHX-22 | 7/15/2022 | 7/15/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY X PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: Per Written Contract | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | X | Y | 810-6T770497-22-26-G | 7/15/2022 | 7/15/2023 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS  ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB  X OCCUR | X | Y | CUP-6T244196-22-26 | 7/15/2022 | 7/15/2023 | EACH OCCURRENCE | $ 5,000,000 |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED X RETENTION $ | | | | | | | $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY    Y / N | N/A | | WC100-0003942-2022A | 7/15/2022 | 7/15/2023 | X PER STATUTE  ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| D | Scheduled/Leased/Rented Equip | | | QT-630-6T146288-TIL-22 | 7/15/2022 | 7/15/2023 | Limit per Unit/Deductible | 400,000/2,500 |
| D | Installation Floater | | | QT-630-6T146288-TIL-22 | | | Limit / Deductible | 3,500,000/5,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: Bayou Metro Water Management District - Orlicek 1&2 Sandage 1 Pumping Systems - Garver Proj
#18017260
Bayou Metro Water Management District and Garver, LLC are named as Additional Insured with regard to the General Liability, including ongoing & completed operations, Auto & Umbrella Liability policies, on a primary and non-contributory basis, when required by written contract.  Waiver of Subrogation in favor of the above Additional Insured applies on all policies as allowed by law.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Bayou Metro Water Mgmt District 1300 N. Center St., Ste 9 Lonoke, AR  72086 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE David Parkhurst/GINA |

© 1988-2014 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD
INS025 (201401)

ISSUED FOR CONSTRUCTION 100

## PERFORMANCE BOND

CONTRACTOR *(name and address)*:
KAJACS Contractors, Inc.
3026 Cravens Road, P.O. Box 969
Poplar Bluff, MO 63901

SURETY *(name and address of principal place of business)*:
Swiss Re Corporate Solutions America Insurance Corporation
1200 Main St. Suite 800
Kansas City, MO 64105

OWNER *(name and address)*:
**BAYOU METO WATER MANAGEMENT DISTRICT**
**1300 N Center St Ste 9,**
**Lonoke, AR 72086**

CONSTRUCTION CONTRACT
    Effective Date of the Agreement:  01/23/2023
    Amount: Two Million, Three Hundred Seventy-Eight Thousand, Two Hundred and No/100 Dollars ($2,378,200.00)
    Description *(name and location)*: Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems

BOND
    Bond Number: 2301310
    Date *(not earlier than the Effective Date of the Agreement of the Construction Contract)*:
    Amount: Two Million, Three Hundred Seventy-Eight Thousand, Two Hundred and No/100 Dollars ($2,378,200.00)
    Modifications to this Bond Form:  [X] None     [ ] See Paragraph 16

Surety and Contractor, intending to be legally bound hereby, subject to the terms set forth below, do each cause this Performance Bond to be duly executed by an authorized officer, agent, or representative.

| **CONTRACTOR AS PRINCIPAL** | **SURETY** |
|---|---|
| KAJACS Contractors, Inc. _____ *(seal)* | Swiss Re Corporate Solutions America Insurance Corporation _____ *(seal)* |
| Contractor's Name and Corporate Seal | Surety's Name and Corporate Seal |
| By: _*signature*_ | By: _Kerry A. Sherrod_ |
| Signature | Signature *(attach power of attorney)* |
| Michael Titworth | Kerry A. Sherrod |
| Print Name | Print Name |
| Project Manager | Attorney-in-Fact |
| Title | Title |
| Attest: _*signature*_ | Attest: _*signature*_ |
| Signature | Signature |
| Project Manager | Vickie J. Nickel, Witness |
| Title | Title |

***Notes: (1) Provide supplemental execution by any additional parties, such as joint venturers. (2) Any singular reference to Contractor, Surety, Owner, or other party shall be considered plural where applicable.***

ISSUED FOR CONSTRUCTION 101

1.    The Contractor and Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors, and assigns to the Owner for the performance of the Construction Contract, which is incorporated herein by reference.

2.    If the Contractor performs the Construction Contract, the Surety and the Contractor shall have no obligation under this Bond, except when applicable to participate in a conference as provided in Paragraph 3.

3.    If there is no Owner Default under the Construction Contract, the Surety's obligation under this Bond shall arise after:

3.1        The Owner first provides notice to the Contractor and the Surety that the Owner is considering declaring a Contractor Default. Such notice shall indicate whether the Owner is requesting a conference among the Owner, Contractor, and Surety to discuss the Contractor's performance. If the Owner does not request a conference, the Surety may, within five (5) business days after receipt of the Owner's notice, request such a conference. If the Surety timely requests a conference, the Owner shall attend. Unless the Owner agrees otherwise, any conference requested under this Paragraph 3.1 shall be held within ten (10) business days of the Surety's receipt of the Owner's notice. If the Owner, the Contractor, and the Surety agree, the Contractor shall be allowed a reasonable time to perform the Construction Contract, but such an agreement shall not waive the Owner's right, if any, subsequently to declare a Contractor Default;

3.2        The Owner declares a Contractor Default, terminates the Construction Contract and notifies the Surety; and

3.3        The Owner has agreed to pay the Balance of the Contract Price in accordance with the terms of the Construction Contract to the Surety or to a contractor selected to perform the Construction Contract.

4.    Failure on the part of the Owner to comply with the notice requirement in Paragraph 3.1 shall not constitute a failure to comply with a condition precedent to the Surety's obligations, or release the Surety from its obligations, except to the extent the Surety demonstrates actual prejudice.

5.    When the Owner has satisfied the conditions of Paragraph 3, the Surety shall promptly and at the Surety's expense take one of the following actions:

5.1        Arrange for the Contractor, with the consent of the Owner, to perform and complete the Construction Contract;

5.2        Undertake to perform and complete the Construction Contract itself, through its agents or independent contractors;

5.3        Obtain bids or negotiated proposals from qualified contractors acceptable to the Owner for a contract for performance and completion of the Construction Contract, arrange for a contract to be prepared for execution by the Owner and a contractor selected with the Owners concurrence, to be secured with performance and payment bonds executed by a qualified surety equivalent to the bonds issued on the Construction Contract, and pay to the Owner the amount of damages as described in Paragraph 7 in excess of the Balance of the Contract Price incurred by the Owner as a result of the Contractor Default; or

5.4        Waive its right to perform and complete, arrange for completion, or obtain a new contractor and, with reasonable promptness under the circumstances:

5.4.1        After investigation, determine the amount for which it may be liable to the Owner and, as soon as practicable after the amount is determined, make payment to the Owner; or

5.4.2        Deny liability in whole or in part and notify the Owner, citing the reasons for denial.

6.    If the Surety does not proceed as provided in Paragraph 5 with reasonable promptness, the Surety shall be deemed to be in default on this Bond seven days after receipt of an additional written notice from the Owner to the Surety demanding that the Surety perform its obligations under this Bond, and the Owner shall be entitled to enforce any remedy available to the Owner. If the Surety proceeds as provided in Paragraph 5.4, and the Owner refuses the payment or the Surety has denied liability, in whole or in part, without further notice the Owner shall be entitled to enforce any remedy available to the Owner.

7.    If the Surety elects to act under Paragraph 5.1, 5.2, or 5.3, then the responsibilities of the Surety to the Owner shall not be greater than those of the Contractor under the Construction Contract, and the responsibilities of the Owner to the Surety shall not be greater than those of the Owner under the Construction Contract. Subject to the commitment by the Owner to pay the Balance of the Contract Price, the Surety is obligated, without duplication for:

7.1        the responsibilities of the Contractor for correction of defective work and completion of the Construction Contract;

7.2        additional legal, design professional, and delay costs resulting from the Contractor's Default, and resulting from the actions or failure to act of the Surety under Paragraph 5; and

7.3        liquidated damages, or if no liquidated damages are specified in the Construction Contract, actual damages caused by delayed performance or non-performance of the Contractor.

8.    If the Surety elects to act under Paragraph 5.1, 5.3, or 5.4, the Surety's liability is limited to the amount of this Bond.

9.    The Surety shall not be liable to the Owner or others for obligations of the Contractor that are unrelated to the Construction Contract, and the Balance of the Contract Price shall not be reduced or set off on account of any such unrelated obligations. No right of action shall accrue on this Bond to any person or entity other than the Owner or its heirs, executors, administrators, successors, and assigns.

10.    The Surety hereby waives notice of any change, including changes of time, to the Construction Contract or to related subcontracts, purchase orders, and other obligations.

11.    Any proceeding, legal or equitable, under this Bond may be instituted in any court of competent jurisdiction in the location in which the work or part of the work is located and shall be instituted within two years after a declaration of Contractor Default or within two years after the Contractor ceased working or within two years after the Surety refuses or fails to perform its obligations under this Bond, whichever occurs first. If the provisions of this paragraph are void or prohibited by law, the minimum periods of limitations available to sureties as a defense in the jurisdiction of the suit shall be applicable.

12. Notice to the Surety, the Owner, or the Contractor shall be mailed or delivered to the address shown on the page on which their signature appears.

13. When this Bond has been furnished to comply with a statutory or other legal requirement in the location where the construction was to be performed, any provision in this Bond conflicting with said statutory or legal requirement shall be deemed deleted herefrom and provisions conforming to such statutory or other legal requirement shall be deemed incorporated herein. When so furnished, the intent is that this Bond shall be construed as a statutory bond and not as a common law bond.

14. Definitions

14.1    Balance of the Contract Price: The total amount payable by the Owner to the Contractor under the Construction Contract after all proper adjustments have been made including allowance for the Contractor for any amounts received or to be received by the Owner in settlement of insurance or other claims for damages to which the Contractor is entitled, reduced by all valid and proper payments made to or on behalf of the Contractor under the Construction Contract.

14.2    Construction Contract: The agreement between the Owner and Contractor identified on the cover page, including all Contract Documents and changes made to the agreement and the Contract Documents.

ISSUED FOR CONSTRUCTION 102

14.3    Contractor Default: Failure of the Contractor, which has not been remedied or waived, to perform or otherwise to comply with a material term of the Construction Contract.

14.4    Owner Default: Failure of the Owner, which has not been remedied or waived, to pay the Contractor as required under the Construction Contract or to perform and complete or comply with the other material terms of the Construction Contract.

14.5    Contract Documents: All the documents that comprise the agreement between the Owner and Contractor.

15. If this Bond is issued for an agreement between a contractor and subcontractor, the term Contractor in this Bond shall be deemed to be Subcontractor and the term Owner shall be deemed to be Contractor.

16. Modifications to this Bond are as follows:

EJCDC® C-610, Performance Bond Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.

# SWISS RE CORPORATE SOLUTIONS

SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION F/K/A NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("SRCSAIC")
SWISS RE CORPORATE SOLUTIONS PREMIER INSURANCE CORPORATION F/K/A WASHINGTON INTERNATIONAL INSURANCE COMPANY ("SRCSPIC")
WESTPORT INSURANCE CORPORATION ("WIC")

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT SRCSAIC, a corporation duly organized and existing under laws of the State of Missouri, and having its principal office in the City of Kansas City, Missouri, and SRCSPIC, a corporation organized and existing under the laws of the State of Missouri and having its principal office in the City of Kansas City, Missouri, and WIC, organized under the laws of the State of Missouri, and having its principal office in the City of Kansas City, Missouri, each does hereby make, constitute and appoint:

SHAWN M. BYRNE, DAVID H. PARKHURST, VICKIE J. NICKEL, REBECCA ANN LILLEY,

and KERRY A. SHERROD

JOINTLY or SEVERALLY

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

TWO HUNDRED MILLION ($200,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both SRCSAIC and SRCSPIC at meetings duly called and held on the 18th of November 2021 and WIC by written consent of its Executive Committee dated July 18, 2011.

"RESOLVED, that any two of the President, any Managing Director, any Senior Vice President, any Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is, authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Corporation bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Corporation; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Corporation may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Corporation when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Erik Janssens, Senior Vice President of SRCSAIC & Senior Vice President
of SRCSPIC & Senior Vice President of WIC

By _____
Gerald Jagrowski, Vice President of SRCSAIC & Vice President of SRCSPIC
& Vice President of WIC

IN WITNESS WHEREOF, SRCSAIC, SRCSPIC, and WIC have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers

this 29TH day of _____ APRIL _____, 20 22

State of Illinois
County of Cook    §§

Swiss Re Corporate Solutions America Insurance Corporation
Swiss Re Corporate Solutions Premier Insurance Corporation
Westport Insurance Corporation

On this 29TH day of _____ APRIL _____, 20 22, before me, a Notary Public personally appeared  Erik Janssens , Senior Vice President of SRCSAIC and Senior Vice President of SRCSPIC and Senior Vice President of WIC and  Gerald Jagrowski , Vice President of SRCSAIC and Vice President of SPCSPIC and Vice President of WIC, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

Yasmin A. Patel, Notary

I, Jeffrey Goldberg, the duly elected Senior Vice President and Assistant Secretary of SRCSAIC and SRCSPIC and WIC, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said SRCSAIC and SRCSPIC and WIC, which is still in full force and effect.
IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this_____day of _____, 20____.

Jeffrey Goldberg, Senior Vice President &
Assistant Secretary of SRCSAIC and
SRCSPIC and WIC

ISSUED FOR CONSTRUCTION 104

## PAYMENT BOND

CONTRACTOR *(name and address)*:
KAJACS Contractors, Inc.
3026 Cravens Road, P.O. Box 969
Poplar Bluff, MO 63901

SURETY *(name and address of principal place of business)*:
Swiss Re Corporate Solutions America Insurance Corporation
1200 Main St. Suite 800
Kansas City, MO 64105

OWNER *(name and address)*:
**BAYOU METO WATER MANAGEMENT DISTRICT**
**1300 N Center St Ste 9,**
**Lonoke, AR 72086**

CONSTRUCTION CONTRACT
    Effective Date of the Agreement:  01/23/2023
    Amount:Two Million, Three Hundred Seventy-Eight Thousand, Two Hundred and No/100 Dollars ($2,378,200.00)
Description *(name and location)*: Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump
Systems

BOND
    Bond Number: 2301310
    Date *(not earlier than the Effective Date of the Agreement of the Construction Contract)*:
    Amount:Two Million, Three Hundred Seventy-Eight Thousand, Two Hundred and No/100 Dollars ($2,378,200.00)
    Modifications to this Bond Form:  [X]  None     [ ]  See Paragraph 18

Surety and Contractor, intending to be legally bound hereby, subject to the terms set forth below, do each cause
this Payment Bond to be duly executed by an authorized officer, agent, or representative.

| CONTRACTOR AS PRINCIPAL | SURETY |
|---|---|
| KAJACS Contractors, Inc. _____ *(seal)* | Swiss Re Corporate Solutions America Insurance Corporation _____ *(seal)* |
| Contractor's Name and Corporate Seal | Surety's Name and Corporate Seal |
| By: _____ | By: _Kerry A. Sherrod_ |
| Signature | Signature *(attach power of attorney)* |
| _Michael Titsworth_ | Kerry A. Sherrod |
| Print Name | Print Name |
| _Project Manager_ | Attorney-in-Fact |
| Title | Title |
| Attest: _____ | Attest: _____ |
| Signature | Signature |
| _Project Manager_ | Vickie J. Nickel, Witness |
| Title | Title |

**Notes:  (1) Provide supplemental execution by any additional parties, such as joint venturers. (2) Any singular**
**reference to Contractor, Surety, Owner, or other party shall be considered plural where applicable.**

Project No. 18017260                                                      1                                          Section 00 61 16
Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems                          Payment Bond

ISSUED FOR CONSTRUCTION 105

1.  The Contractor and Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors, and assigns to the Owner to pay for labor, materials, and equipment furnished for use in the performance of the Construction Contract, which is incorporated herein by reference, subject to the following terms.

2.  If the Contractor promptly makes payment of all sums due to Claimants, and defends, indemnifies, and holds harmless the Owner from claims, demands, liens, or suits by any person or entity seeking payment for labor, materials, or equipment furnished for use in the performance of the Construction Contract, then the Surety and the Contractor shall have no obligation under this Bond.

3.  If there is no Owner Default under the Construction Contract, the Surety's obligation to the Owner under this Bond shall arise after the Owner has promptly notified the Contractor and the Surety (at the address described in Paragraph 13) of claims, demands, liens, or suits against the Owner or the Owner's property by any person or entity seeking payment for labor, materials, or equipment furnished for use in the performance of the Construction Contract, and tendered defense of such claims, demands, liens, or suits to the Contractor and the Surety.

4.  When the Owner has satisfied the conditions in Paragraph 3, the Surety shall promptly and at the Surety's expense defend, indemnify, and hold harmless the Owner against a duly tendered claim, demand, lien, or suit.

5.  The Surety's obligations to a Claimant under this Bond shall arise after the following:

    5.1  Claimants who do not have a direct contract with the Contractor,

        5.1.1  have furnished a written notice of non-payment to the Contractor, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were, or equipment was, furnished or supplied or for whom the labor was done or performed, within ninety (90) days after having last performed labor or last furnished materials or equipment included in the Claim; and

        5.1.2  have sent a Claim to the Surety (at the address described in Paragraph 13).

    5.2  Claimants who are employed by or have a direct contract with the Contractor have sent a Claim to the Surety (at the address described in Paragraph 13).

6.  If a notice of non-payment required by Paragraph 5.1.1 is given by the Owner to the Contractor that is sufficient to satisfy a Claimant's obligation to furnish a written notice of non-payment under Paragraph 5.1.1.

7.  When a Claimant has satisfied the conditions of Paragraph 5.1 or 5.2, whichever is applicable, the Surety shall promptly and at the Surety's expense take the following actions:

    7.1  Send an answer to the Claimant, with a copy to the Owner, within sixty (60) days after receipt of the Claim, stating the amounts that are undisputed and the basis for challenging any amounts that are disputed; and

    7.2  Pay or arrange for payment of any undisputed amounts.

    7.3  The Surety's failure to discharge its obligations under Paragraph 7.1 or 7.2 shall not be deemed to constitute a waiver of defenses the Surety or Contractor may have or acquire as to a Claim, except as to undisputed amounts for which the Surety and Claimant have reached agreement. If, however, the Surety fails to discharge its obligations under Paragraph 7.1 or 7.2, the Surety shall indemnify the Claimant for the reasonable attorney's fees the Claimant incurs thereafter to recover any sums found to be due and owing to the Claimant.

8.  The Surety's total obligation shall not exceed the amount of this Bond, plus the amount of reasonable attorney's fees provided under Paragraph 7.3, and the amount of this Bond shall be credited for any payments made in good faith by the Surety.

9.  Amounts owed by the Owner to the Contractor under the Construction Contract shall be used for the performance of the Construction Contract and to satisfy claims, if any, under any construction performance bond.  By the Contractor furnishing and the Owner accepting this Bond, they agree that all funds earned by the Contractor in the performance of the Construction Contract are dedicated to satisfy obligations of the Contractor and Surety under this Bond, subject to the Owner's priority to use the funds for the completion of the work.

10.  The Surety shall not be liable to the Owner, Claimants, or others for obligations of the Contractor that are unrelated to the Construction Contract.  The Owner shall not be liable for the payment of any costs or expenses of any Claimant under this Bond, and shall have under this Bond no obligation to make payments to or give notice on behalf of Claimants, or otherwise have any obligations to Claimants under this Bond.

11.  The Surety hereby waives notice of any change, including changes of time, to the Construction Contract or to related subcontracts, purchase orders, and other obligations.

12.  No suit or action shall be commenced by a Claimant under this Bond other than in a court of competent jurisdiction in the state in which the project that is the subject of the Construction Contract is located or after the expiration of one year from the date (1) on which the Claimant sent a Claim to the Surety pursuant to Paragraph 5.1.2 or 5.2, or (2) on which the last labor or service was performed by anyone or the last materials or equipment were furnished by anyone under the Construction Contract, whichever of (1) or (2) first occurs. If the provisions of this paragraph are void or prohibited by law, the minimum period of limitation available to

sureties as a defense in the jurisdiction of the suit shall be applicable.

13. Notice and Claims to the Surety, the Owner, or the Contractor shall be mailed or delivered to the address shown on the page on which their signature appears. Actual receipt of notice or Claims, however accomplished, shall be sufficient compliance as of the date received.

14. When this Bond has been furnished to comply with a statutory or other legal requirement in the location where the construction was to be performed, any provision in this Bond conflicting with said statutory or legal requirement shall be deemed deleted herefrom and provisions conforming to such statutory or other legal requirement shall be deemed incorporated herein. When so furnished, the intent is that this Bond shall be construed as a statutory bond and not as a common law bond.

15. Upon requests by any person or entity appearing to be a potential beneficiary of this Bond, the Contractor and Owner shall promptly furnish a copy of this Bond or shall permit a copy to be made.

16. **Definitions**

16.1 **Claim:** A written statement by the Claimant including at a minimum:

1. The name of the Claimant;
2. The name of the person for whom the labor was done, or materials or equipment furnished;
3. A copy of the agreement or purchase order pursuant to which labor, materials, or equipment was furnished for use in the performance of the Construction Contract;
4. A brief description of the labor, materials, or equipment furnished;
5. The date on which the Claimant last performed labor or last furnished materials or equipment for use in the performance of the Construction Contract;
6. The total amount earned by the Claimant for labor, materials, or equipment furnished as of the date of the Claim;
7. The total amount of previous payments received by the Claimant; and
8. The total amount due and unpaid to the Claimant for labor, materials, or equipment furnished as of the date of the Claim.

16.2 **Claimant:** An individual or entity having a direct contract with the Contractor or with a subcontractor of the Contractor to furnish labor, materials, or equipment for use in the performance of the Construction Contract. The term Claimant also includes any individual or entity that has rightfully asserted a claim under an applicable mechanic's lien or similar statute against the real property upon which the Project is located. The intent of this Bond shall be to include without limitation in the terms of "labor, materials, or equipment" that part of the water, gas, power, light, heat, oil, gasoline, telephone service, or rental equipment used in the Construction

ISSUED FOR CONSTRUCTION 106

Contract, architectural and engineering services required for performance of the work of the Contractor and the Contractor's subcontractors, and all other items for which a mechanic's lien may be asserted in the jurisdiction where the labor, materials, or equipment were furnished.

16.3 **Construction Contract:** The agreement between the Owner and Contractor identified on the cover page, including all Contract Documents and all changes made to the agreement and the Contract Documents.

16.4 **Owner Default:** Failure of the Owner, which has not been remedied or waived, to pay the Contractor as required under the Construction Contract or to perform and complete or comply with the other material terms of the Construction Contract.

16.5 **Contract Documents:** All the documents that comprise the agreement between the Owner and Contractor.

17. If this Bond is issued for an agreement between a contractor and subcontractor, the term Contractor in this Bond shall be deemed to be Subcontractor and the term Owner shall be deemed to be Contractor.

18. Modifications to this Bond are as follows:

*EJCDC® C-615, Payment Bond Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.*

# SWISS RE CORPORATE SOLUTIONS

SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION F/K/A NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("SRCSAIC")
SWISS RE CORPORATE SOLUTIONS PREMIER INSURANCE CORPORATION F/K/A WASHINGTON INTERNATIONAL INSURANCE COMPANY ("SRCSPIC")
WESTPORT INSURANCE CORPORATION ("WIC")

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT SRCSAIC, a corporation duly organized and existing under laws of the State of Missouri, and having its principal office in the City of Kansas City, Missouri, and SRCSPIC, a corporation organized and existing under the laws of the State of Missouri and having its principal office in the City of Kansas City, Missouri, and WIC, organized under the laws of the State of Missouri, and having its principal office in the City of Kansas City, Missouri, each does hereby make, constitute and appoint:

SHAWN M. BYRNE, DAVID H. PARKHURST, VICKIE J. NICKEL, REBECCA ANN LILLEY,

and KERRY A. SHERROD

JOINTLY or SEVERALLY

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

TWO HUNDRED MILLION ($200,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both SRCSAIC and SRCSPIC at meetings duly called and held on the 18th of November 2021 and WIC by written consent of its Executive Committee dated July 18, 2011.

"RESOLVED, that any two of the President, any Managing Director, any Senior Vice President, any Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is, authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Corporation bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Corporation; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Corporation may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Corporation when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Erik Janssens, Senior Vice President of SRCSAIC & Senior Vice President
of SRCSPIC & Senior Vice President of WIC

By _____
Gerald Jagrowski, Vice President of SRCSAIC & Vice President of SRCSPIC
& Vice President of WIC

IN WITNESS WHEREOF, SRCSAIC, SRCSPIC, and WIC have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers

this 29TH day of _____ APRIL _____, 20 22

State of Illinois
County of Cook   §§

Swiss Re Corporate Solutions America Insurance Corporation
Swiss Re Corporate Solutions Premier Insurance Corporation
Westport Insurance Corporation

On this 29TH day of _____ APRIL _____, 20 22 , before me, a Notary Public personally appeared Erik Janssens , Senior Vice President of SRCSAIC and Senior Vice President of SRCSPIC and Senior Vice President of WIC and Gerald Jagrowski , Vice President of SRCSAIC and Vice President of SPCSPIC and Vice President of WIC, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

YASMIN A. PATEL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 19, 2025

Yasmin A. Patel, Notary

I, Jeffrey Goldberg, the duly elected Senior Vice President and Assistant Secretary of SRCSAIC and SRCSPIC and WIC, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said SRCSAIC and SRCSPIC and WIC, which is still in full force and effect.
IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this _____ day of _____, 20____.

_____
Jeffrey Goldberg, Senior Vice President &
Assistant Secretary of SRCSAIC and
SRCSPIC and WIC

## CERTIFICATE OF SUBSTANTIAL COMPLETION

| | | | |
|---|---|---|---|
| Owner: | **BAYOU METO WATER MANAGEMENT DISTRICT** | Owner's Contract No.: | |
| Contractor: | | Contractor's Project No.: | |
| Engineer: | **Garver** | Engineer's Project No.: | **18017260** |
| Project: | **Bayou Meto Water Management District – Orlicek 1 and 2, Sandage 1 Pump Systems** | | |

**This Certificate of Substantial Completion applies to:**

☐ All Work    ☐ The following specified portions of the Work:

_____
**Date of Substantial Completion**

The Work to which this Certificate applies has been inspected by authorized representatives of Owner, Contractor, and Engineer, and found to be substantially complete. The Date of Substantial Completion of the Work or portion thereof designated above is hereby established, subject to the provisions of the Contract pertaining to Substantial Completion. The date of Substantial Completion in the final Certificate of Substantial Completion marks the commencement of the contractual correction period and applicable warranties required by the Contract.

A punch list of items to be completed or corrected is attached to this Certificate. This list may not be all-inclusive, and the failure to include any items on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract.

The responsibilities between Owner and Contractor for security, operation, safety, maintenance, heat, utilities, insurance, and warranties upon Owner's use or occupancy of the Work shall be as provided in the Contract, except as amended as follows:

Amendments to Owner's
responsibilities:          ☐ None
                           ☐ As follows

Amendments to Contractor's
responsibilities:          ☐ None
                           ☐ As follows:

The following documents are attached to and made a part of this Certificate:

This Certificate does not constitute an acceptance of Work not in accordance with the Contract Documents, nor is it a release of Contractor's obligation to complete the Work in accordance with the Contract.

| EXECUTED BY ENGINEER: | RECEIVED: | RECEIVED: |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| (Authorized signature) | Owner (Authorized Signature) | Contractor (Authorized Signature) |
| Title: _____ | Title: _____ | Title: _____ |
| Date: _____ | Date: _____ | Date: _____ |

*EJCDC® C-625, Certificate of Substantial Completion. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers. All rights reserved.*

# PART 3
# CONDITIONS OF THE CONTRACT

**General Conditions**

The General Conditions, Section 00 72 00, have not been modified or amended in any way from the original publication of the Standard General Conditions of the Construction Contract, EJCDC® C-700 (2013 Edition).  Any modifications to these General Conditions have been made in the Supplementary Conditions, Section 00 73 00.

**Supplementary Conditions**

The Supplementary Conditions amend or supplement the Standard General Conditions of the Construction Contract, EJCDC® C-700 (2013 Edition), Section 00 72 00. All provisions that are not so amended or supplemented remain in full force and effect.

The address system used in the Supplementary Conditions is the same as the address system used in the General Conditions, with the prefix "SC" added thereto.

ISSUED FOR CONSTRUCTION 110

## STANDARD GENERAL CONDITIONS OF THE
## CONSTRUCTION CONTRACT

### TABLE OF CONTENTS

Page

ARTICLE 1 – Definitions and Terminology..................................................................5
    1.01___Defined Terms............................................................................5
    1.02___Terminology.............................................................................8
ARTICLE 2 – Preliminary Matters...........................................................................9
    2.01___Delivery of Bonds and Evidence of Insurance.........................................9
    2.02___Copies of Documents...............................................................9
    2.03___Before Starting Construction......................................................10
    2.04___Preconstruction Conference; Designation of Authorized Representatives.........10
    2.05___Initial Acceptance of Schedules...................................................10
    2.06___Electronic Transmittals...........................................................10
ARTICLE 3 – Documents: Intent, Requirements, Reuse..................................................11
    3.01___Intent.........................................................................11
    3.02___Reference Standards...............................................................11
    3.03___Reporting and Resolving Discrepancies.............................................11
    3.04___Requirements of the Contract Documents...........................................12
    3.05___Reuse of Documents...............................................................12
ARTICLE 4 – Commencement and Progress of the Work....................................................13
    4.01___Commencement of Contract Times; Notice to Proceed................................13
    4.02___Starting the Work................................................................13
    4.03___Reference Points.................................................................13
    4.04___Progress Schedule................................................................13
    4.05___Delays in Contractor's Progress..................................................13
ARTICLE 5 – Availability of Lands; Subsurface and Physical Conditions; Hazardous Environmental Conditions..........................................................................................14
    5.01___Availability of Lands............................................................14
    5.02___Use of Site and Other Areas......................................................14
    5.03___Subsurface and Physical Conditions...............................................15
    5.04___Differing Subsurface or Physical Conditions......................................16
    5.05___Underground Facilities...........................................................17
    5.06___Hazardous Environmental Conditions at Site.......................................18
ARTICLE 6 – Bonds and Insurance..........................................................................20

6.01___Performance, Payment, and Other Bonds.................................................................20

6.02___Insurance—General Provisions.........................................................................21

6.03___Contractor's Insurance...................................................................................21

6.04___Owner's Liability Insurance.............................................................................23

6.05___Property Insurance.......................................................................................23

6.06___Waiver of Rights..........................................................................................25

6.07___Receipt and Application of Property Insurance Proceeds........................................26

ARTICLE 7 – Contractor's Responsibilities.......................................................................26

7.01___Supervision and Superintendence.....................................................................26

7.02___Labor; Working Hours...................................................................................26

7.03___Services, Materials, and Equipment..................................................................27

7.04___"Or Equals".................................................................................................27

7.05___Substitutes..................................................................................................28

7.06___Concerning Subcontractors, Suppliers, and Others..............................................29

7.07___Patent Fees and Royalties..............................................................................30

7.08___Permits......................................................................................................31

7.09___Taxes........................................................................................................31

7.10___Laws and Regulations...................................................................................31

7.11___Record Documents.......................................................................................32

7.12___Safety and Protection...................................................................................32

7.13___Safety Representative...................................................................................33

7.14___Hazard Communication Programs.....................................................................33

7.15___Emergencies...............................................................................................33

7.16___Shop Drawings, Samples, and Other Submittals..................................................33

7.17___Contractor's General Warranty and Guarantee....................................................35

7.18___Indemnification...........................................................................................35

7.19___Delegation of Professional Design Services.........................................................36

ARTICLE 8 – Other Work at the Site...............................................................................36

8.01___Other Work................................................................................................36

8.02___Coordination..............................................................................................37

8.03___Legal Relationships......................................................................................37

ARTICLE 9 – Owner's Responsibilities.............................................................................38

9.01___Communications to Contractor........................................................................38

9.02___Replacement of Engineer...............................................................................38

9.03___Furnish Data...............................................................................................38

9.04___Pay When Due .................................................................................38

9.05___Lands and Easements; Reports, Tests, and Drawings .................................38

9.06___Insurance .......................................................................................39

9.07___Change Orders .................................................................................39

9.08___Inspections, Tests, and Approvals .......................................................39

9.09___Limitations on Owner's Responsibilities ...............................................39

9.10___Undisclosed Hazardous Environmental Condition ...................................39

9.11___Evidence of Financial Arrangements ....................................................39

9.12___Safety Programs ..............................................................................39

ARTICLE 10 – Engineer's Status During Construction ...........................................39

10.01__Owner's Representative ....................................................................39

10.02__Visits to Site ..................................................................................39

10.03__Project Representative ......................................................................40

10.04__Rejecting Defective Work ..................................................................40

10.05__Shop Drawings, Change Orders and Payments .......................................40

10.06__Determinations for Unit Price Work .....................................................40

10.07__Decisions on Requirements of Contract Documents and Acceptability of Work ...............40

10.08__Limitations on Engineer's Authority and Responsibilities .........................40

10.09__Compliance with Safety Program ........................................................41

ARTICLE 11 – Amending the Contract Documents; Changes in the Work ...................41

11.01__Amending and Supplementing Contract Documents ...............................41

11.02__Owner-Authorized Changes in the Work ..............................................42

11.03__Unauthorized Changes in the Work .....................................................42

11.04__Change of Contract Price ..................................................................42

11.05__Change of Contract Times .................................................................43

11.06__Change Proposals ............................................................................43

11.07__Execution of Change Orders ..............................................................44

11.08__Notification to Surety .......................................................................44

ARTICLE 12 – Claims ......................................................................................44

12.01__Claims ..........................................................................................44

ARTICLE 13 – Cost of the Work; Allowances; Unit Price Work ...............................45

13.01__Cost of the Work .............................................................................45

13.02__Allowances ....................................................................................47

13.03__Unit Price Work ..............................................................................48

ARTICLE 14 – Tests and Inspections; Correction, Removal or Acceptance of Defective Work.....48

    14.01__Access to Work................................................................48

    14.02__Tests, Inspections, and Approvals..........................................48

    14.03__Defective Work..............................................................49

    14.04__Acceptance of Defective Work................................................50

    14.05__Uncovering Work.............................................................50

    14.06__Owner May Stop the Work.....................................................50

    14.07__Owner May Correct Defective Work...........................................50

ARTICLE 15 – Payments to Contractor; Set-Offs; Completion; Correction Period.....................51

    15.01__Progress Payments..........................................................51

    15.02__Contractor's Warranty of Title.............................................54

    15.03__Substantial Completion.....................................................54

    15.04__Partial Use or Occupancy...................................................54

    15.05__Final Inspection..........................................................55

    15.06__Final Payment.............................................................55

    15.07__Waiver of Claims..........................................................56

    15.08__Correction Period.........................................................56

ARTICLE 16 – Suspension of Work and Termination....................................................57

    16.01__Owner May Suspend Work.....................................................57

    16.02__Owner May Terminate for Cause.............................................57

    16.03__Owner May Terminate For Convenience.......................................58

    16.04__Contractor May Stop Work or Terminate.....................................58

ARTICLE 17 – Final Resolution of Disputes..........................................................59

    17.01__Methods and Procedures.....................................................59

ARTICLE 18 – Miscellaneous.........................................................................59

    18.01__Giving Notice.............................................................59

    18.02__Computation of Times......................................................59

    18.03__Cumulative Remedies.......................................................59

    18.04__Limitation of Damages.....................................................59

    18.05__No Waiver.................................................................60

    18.06__Survival of Obligations...................................................60

    18.07__Controlling Law...........................................................60

    18.08__Headings..................................................................60

## ARTICLE 1 – DEFINITIONS AND TERMINOLOGY

1.01    *Defined Terms*

    A.   Wherever used in the Bidding Requirements or Contract Documents, a term printed with initial capital letters, including the term's singular and plural forms, will have the meaning indicated in the definitions below. In addition to terms specifically defined, terms with initial capital letters in the Contract Documents include references to identified articles and paragraphs, and the titles of other documents or forms.

        1.   *Addenda*—Written or graphic instruments issued prior to the opening of Bids which clarify, correct, or change the Bidding Requirements or the proposed Contract Documents.

        2.   *Agreement*—The written instrument, executed by Owner and Contractor, that sets forth the Contract Price and Contract Times, identifies the parties and the Engineer, and designates the specific items that are Contract Documents.

        3.   *Application for Payment*—The form acceptable to Engineer which is to be used by Contractor during the course of the Work in requesting progress or final payments and which is to be accompanied by such supporting documentation as is required by the Contract Documents.

        4.   *Bid*—The offer of a Bidder submitted on the prescribed form setting forth the prices for the Work to be performed.

        5.   *Bidder*—An individual or entity that submits a Bid to Owner.

        6.   *Bidding Documents*—The Bidding Requirements, the proposed Contract Documents, and all Addenda.

        7.   *Bidding Requirements*—The advertisement or invitation to bid, Instructions to Bidders, Bid Bond or other Bid security, if any, the Bid Form, and the Bid with any attachments.

        8.   *Change Order*—A document which is signed by Contractor and Owner and authorizes an addition, deletion, or revision in the Work or an adjustment in the Contract Price or the Contract Times, or other revision to the Contract, issued on or after the Effective Date of the Contract.

        9.   *Change Proposal*—A written request by Contractor, duly submitted in compliance with the procedural requirements set forth herein, seeking an adjustment in Contract Price or Contract Times, or both; contesting an initial decision by Engineer concerning the requirements of the Contract Documents or the acceptability of Work under the Contract Documents; challenging a set-off against payments due; or seeking other relief with respect to the terms of the Contract.

      10.   *Claim*—(a) A demand or assertion by Owner directly to Contractor, duly submitted in compliance with the procedural requirements set forth herein: seeking an adjustment of Contract Price or Contract Times, or both; contesting an initial decision by Engineer concerning the requirements of the Contract Documents or the acceptability of Work under the Contract Documents; contesting Engineer's decision regarding a Change Proposal; seeking resolution of a contractual issue that Engineer has declined to address; or seeking other relief with respect to the terms of the Contract; or (b) a demand or assertion by Contractor directly to Owner, duly submitted in compliance with the procedural requirements set forth herein, contesting Engineer's decision regarding a Change Proposal; or seeking resolution of a contractual issue that Engineer has declined to address. A demand for money or services by a third party is not a Claim.

      11.   *Constituent of Concern*—Asbestos, petroleum, radioactive materials, polychlorinated biphenyls (PCBs), hazardous waste, and any substance, product, waste, or other material of any nature whatsoever that is or becomes listed, regulated, or addressed pursuant to (a) the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. §§9601 et seq. ("CERCLA"); (b) the Hazardous Materials Transportation Act, 49 U.S.C. §§5501 et seq.; (c) the Resource Conservation and

Recovery Act, 42 U.S.C. §§6901 et seq. ("RCRA"); (d) the Toxic Substances Control Act, 15 U.S.C. §§2601 et seq.; (e) the Clean Water Act, 33 U.S.C. §§1251 et seq.; (f) the Clean Air Act, 42 U.S.C. §§7401 et seq.; or (g) any other federal, state, or local statute, law, rule, regulation, ordinance, resolution, code, order, or decree regulating, relating to, or imposing liability or standards of conduct concerning, any hazardous, toxic, or dangerous waste, substance, or material.

12. *Contract*—The entire and integrated written contract between the Owner and Contractor concerning the Work.

13. *Contract Documents*—Those items so designated in the Agreement, and which together comprise the Contract.

14. *Contract Price*—The money that Owner has agreed to pay Contractor for completion of the Work in accordance with the Contract Documents.

15. *Contract Times*—The number of days or the dates by which Contractor shall: (a) achieve Milestones, if any; (b) achieve Substantial Completion; and (c) complete the Work.

16. *Contractor*—The individual or entity with which Owner has contracted for performance of the Work.

17. *Cost of the Work*—See Paragraph 13.01 for definition.

18. *Drawings*—The part of the Contract that graphically shows the scope, extent, and character of the Work to be performed by Contractor.

19. *Effective Date of the Contract*—The date, indicated in the Agreement, on which the Contract becomes effective.

20. *Engineer*—The individual or entity named as such in the Agreement.

21. *Field Order*—A written order issued by Engineer which requires minor changes in the Work but does not change the Contract Price or the Contract Times.

22. *Hazardous Environmental Condition*—The presence at the Site of Constituents of Concern in such quantities or circumstances that may present a danger to persons or property exposed thereto. The presence at the Site of materials that are necessary for the execution of the Work, or that are to be incorporated in the Work, and that are controlled and contained pursuant to industry practices, Laws and Regulations, and the requirements of the Contract, does not establish a Hazardous Environmental Condition.

23. *Laws and Regulations; Laws or Regulations*—Any and all applicable laws, statutes, rules, regulations, ordinances, codes, and orders of any and all governmental bodies, agencies, authorities, and courts having jurisdiction.

24. *Liens*—Charges, security interests, or encumbrances upon Contract-related funds, real property, or personal property.

25. *Milestone*—A principal event in the performance of the Work that the Contract requires Contractor to achieve by an intermediate completion date or by a time prior to Substantial Completion of all the Work.

26. *Notice of Award*—The written notice by Owner to a Bidder of Owner's acceptance of the Bid.

27. *Notice to Proceed*—A written notice by Owner to Contractor fixing the date on which the Contract Times will commence to run and on which Contractor shall start to perform the Work.

28. *Owner*—The individual or entity with which Contractor has contracted regarding the Work, and which has agreed to pay Contractor for the performance of the Work, pursuant to the terms of the Contract.

29. *Progress Schedule*—A schedule, prepared and maintained by Contractor, describing the sequence and duration of the activities comprising the Contractor's plan to accomplish the Work within the Contract Times.

30. *Project*—The total undertaking to be accomplished for Owner by engineers, contractors, and others, including planning, study, design, construction, testing, commissioning, and start-up, and of which the Work to be performed under the Contract Documents is a part.

31. *Project Manual*—The written documents prepared for, or made available for, procuring and constructing the Work, including but not limited to the Bidding Documents or other construction procurement documents, geotechnical and existing conditions information, the Agreement, bond forms, General Conditions, Supplementary Conditions, and Specifications. The contents of the Project Manual may be bound in one or more volumes.

32. *Resident Project Representative*—The authorized representative of Engineer assigned to assist Engineer at the Site. As used herein, the term Resident Project Representative or "RPR" includes any assistants or field staff of Resident Project Representative.

33. *Samples*—Physical examples of materials, equipment, or workmanship that are representative of some portion of the Work and that establish the standards by which such portion of the Work will be judged.

34. *Schedule of Submittals*—A schedule, prepared and maintained by Contractor, of required submittals and the time requirements for Engineer's review of the submittals and the performance of related construction activities.

35. *Schedule of Values*—A schedule, prepared and maintained by Contractor, allocating portions of the Contract Price to various portions of the Work and used as the basis for reviewing Contractor's Applications for Payment.

36. *Shop Drawings*—All drawings, diagrams, illustrations, schedules, and other data or information that are specifically prepared or assembled by or for Contractor and submitted by Contractor to illustrate some portion of the Work.  Shop Drawings, whether approved or not, are not Drawings and are not Contract Documents.

37. *Site*—Lands or areas indicated in the Contract Documents as being furnished by Owner upon which the Work is to be performed, including rights-of-way and easements, and such other lands furnished by Owner which are designated for the use of Contractor.

38. *Specifications*—The part of the Contract that consists of written requirements for materials, equipment, systems, standards, and workmanship as applied to the Work, and certain administrative requirements and procedural matters applicable to the Work.

39. *Subcontractor*—An individual or entity having a direct contract with Contractor or with any other Subcontractor for the performance of a part of the Work.

40. *Substantial Completion*—The time at which the Work (or a specified part thereof) has progressed to the point where, in the opinion of Engineer, the Work (or a specified part thereof) is sufficiently complete, in accordance with the Contract Documents, so that the Work (or a specified part thereof) can be utilized for the purposes for which it is intended. The terms "substantially complete" and "substantially completed" as applied to all or part of the Work refer to Substantial Completion thereof.

41. *Successful Bidder*—The Bidder whose Bid the Owner accepts, and to which the Owner makes an award of contract, subject to stated conditions.

42. *Supplementary Conditions*—The part of the Contract that amends or supplements these General Conditions.

43. *Supplier*—A manufacturer, fabricator, supplier, distributor, materialman, or vendor having a direct contract with Contractor or with any Subcontractor to furnish materials or equipment to be incorporated in the Work by Contractor or a Subcontractor.

44. *Technical Data*—Those items expressly identified as Technical Data in the Supplementary Conditions, with respect to either (a) subsurface conditions at the Site, or physical conditions relating to existing surface or subsurface structures at the Site (except Underground Facilities) or (b) Hazardous Environmental Conditions at the Site. If no such express identifications of Technical Data have been made with respect to conditions at the Site, then the data contained in boring logs, recorded measurements of subsurface water levels, laboratory test results, and other factual, objective information regarding conditions at the Site that are set forth in any geotechnical or environmental report prepared for the Project and made available to Contractor are hereby defined as Technical Data with respect to conditions at the Site under Paragraphs 5.03, 5.04, and 5.06.

45. *Underground Facilities*—All underground pipelines, conduits, ducts, cables, wires, manholes, vaults, tanks, tunnels, or other such facilities or attachments, and any encasements containing such facilities, including but not limited to those that convey electricity, gases, steam, liquid petroleum products, telephone or other communications, fiber optic transmissions, cable television, water, wastewater, storm water, other liquids or chemicals, or traffic or other control systems.

46. *Unit Price Work*—Work to be paid for on the basis of unit prices.

47. *Work*—The entire construction or the various separately identifiable parts thereof required to be provided under the Contract Documents. Work includes and is the result of performing or providing all labor, services, and documentation necessary to produce such construction; furnishing, installing, and incorporating all materials and equipment into such construction; and may include related services such as testing, start-up, and commissioning, all as required by the Contract Documents.

48. *Work Change Directive*—A written directive to Contractor issued on or after the Effective Date of the Contract, signed by Owner and recommended by Engineer, ordering an addition, deletion, or revision in the Work.

1.02   *Terminology*

A.   The words and terms discussed in the following paragraphs are not defined but, when used in the Bidding Requirements or Contract Documents, have the indicated meaning.

B.   *Intent of Certain Terms or Adjectives*:

1.   The Contract Documents include the terms "as allowed," "as approved," "as ordered," "as directed" or terms of like effect or import to authorize an exercise of professional judgment by Engineer. In addition, the adjectives "reasonable," "suitable," "acceptable," "proper," "satisfactory," or adjectives of like effect or import are used to describe an action or determination of Engineer as to the Work. It is intended that such exercise of professional judgment, action, or determination will be solely to evaluate, in general, the Work for compliance with the information in the Contract Documents and with the design concept of the Project as a functioning whole as shown or indicated in the Contract Documents (unless there is a specific statement indicating otherwise). The use of any such term or adjective is not intended to and shall not be effective to assign to Engineer any duty or authority to supervise or direct the performance of the Work, or any duty or authority to undertake responsibility contrary to the provisions of Article 10 or any other provision of the Contract Documents.

C.   *Day*:

1.   The word "day" means a calendar day of 24 hours measured from midnight to the next midnight.

D.   *Defective*:

1.   The word "defective," when modifying the word "Work," refers to Work that is unsatisfactory, faulty, or deficient in that it:

a.   does not conform to the Contract Documents; or

     b.   does not meet the requirements of any applicable inspection, reference standard, test, or approval referred to in the Contract Documents; or

     c.   has been damaged prior to Engineer's recommendation of final payment (unless responsibility for the protection thereof has been assumed by Owner at Substantial Completion in accordance with Paragraph 15.03 or 15.04).

E.   *Furnish, Install, Perform, Provide*:

    1.   The word "furnish," when used in connection with services, materials, or equipment, shall mean to supply and deliver said services, materials, or equipment to the Site (or some other specified location) ready for use or installation and in usable or operable condition.

    2.   The word "install," when used in connection with services, materials, or equipment, shall mean to put into use or place in final position said services, materials, or equipment complete and ready for intended use.

    3.   The words "perform" or "provide," when used in connection with services, materials, or equipment, shall mean to furnish and install said services, materials, or equipment complete and ready for intended use.

    4.   If the Contract Documents establish an obligation of Contractor with respect to specific services, materials, or equipment, but do not expressly use any of the four words "furnish," "install," "perform," or "provide," then Contractor shall furnish and install said services, materials, or equipment complete and ready for intended use.

F.   Unless stated otherwise in the Contract Documents, words or phrases that have a well-known technical or construction industry or trade meaning are used in the Contract Documents in accordance with such recognized meaning.

## ARTICLE 2 – PRELIMINARY MATTERS

2.01   *Delivery of Bonds and Evidence of Insurance*

A.   *Bonds*: When Contractor delivers the executed counterparts of the Agreement to Owner, Contractor shall also deliver to Owner such bonds as Contractor may be required to furnish.

B.   *Evidence of Contractor's Insurance*: When Contractor delivers the executed counterparts of the Agreement to Owner, Contractor shall also deliver to Owner, with copies to each named insured and additional insured (as identified in the Supplementary Conditions or elsewhere in the Contract), the certificates and other evidence of insurance required to be provided by Contractor in accordance with Article 6.

C.   *Evidence of Owner's Insurance*: After receipt of the executed counterparts of the Agreement and all required bonds and insurance documentation, Owner shall promptly deliver to Contractor, with copies to each named insured and additional insured (as identified in the Supplementary Conditions or otherwise), the certificates and other evidence of insurance required to be provided by Owner under Article 6.

2.02   *Copies of Documents*

A.   Owner shall furnish to Contractor four printed copies of the Contract (including one fully executed counterpart of the Agreement), and one copy in electronic portable document format (PDF). Additional printed copies will be furnished upon request at the cost of reproduction.

B.   Owner shall maintain and safeguard at least one original printed record version of the Contract, including Drawings and Specifications signed and sealed by Engineer and other design professionals. Owner shall make such original printed record version of the Contract available to Contractor for review. Owner may delegate the responsibilities under this provision to Engineer.

2.03    *Before Starting Construction*

    A.    *Preliminary Schedules*: Within 10 days after the Effective Date of the Contract (or as otherwise specifically required by the Contract Documents), Contractor shall submit to Engineer for timely review:

        1.    a preliminary Progress Schedule indicating the times (numbers of days or dates) for starting and completing the various stages of the Work, including any Milestones specified in the Contract;

        2.    a preliminary Schedule of Submittals; and

        3.    a preliminary Schedule of Values for all of the Work which includes quantities and prices of items which when added together equal the Contract Price and subdivides the Work into component parts in sufficient detail to serve as the basis for progress payments during performance of the Work. Such prices will include an appropriate amount of overhead and profit applicable to each item of Work.

2.04    *Preconstruction Conference; Designation of Authorized Representatives*

    A.    Before any Work at the Site is started, a conference attended by Owner, Contractor, Engineer, and others as appropriate will be held to establish a working understanding among the parties as to the Work and to discuss the schedules referred to in Paragraph 2.03.A, procedures for handling Shop Drawings, Samples, and other submittals, processing Applications for Payment, electronic or digital transmittals, and maintaining required records.

    B.    At this conference Owner and Contractor each shall designate, in writing, a specific individual to act as its authorized representative with respect to the services and responsibilities under the Contract. Such individuals shall have the authority to transmit and receive information, render decisions relative to the Contract, and otherwise act on behalf of each respective party.

2.05    *Initial Acceptance of Schedules*

    A.    At least 10 days before submission of the first Application for Payment a conference, attended by Contractor, Engineer, and others as appropriate, will be held to review for acceptability to Engineer as provided below the schedules submitted in accordance with Paragraph 2.03.A. Contractor shall have an additional 10 days to make corrections and adjustments and to complete and resubmit the schedules. No progress payment shall be made to Contractor until acceptable schedules are submitted to Engineer.

        1.    The Progress Schedule will be acceptable to Engineer if it provides an orderly progression of the Work to completion within the Contract Times. Such acceptance will not impose on Engineer responsibility for the Progress Schedule, for sequencing, scheduling, or progress of the Work, nor interfere with or relieve Contractor from Contractor's full responsibility therefor.

        2.    Contractor's Schedule of Submittals will be acceptable to Engineer if it provides a workable arrangement for reviewing and processing the required submittals.

        3.    Contractor's Schedule of Values will be acceptable to Engineer as to form and substance if it provides a reasonable allocation of the Contract Price to the component parts of the Work.

2.06    *Electronic Transmittals*

    A.    Except as otherwise stated elsewhere in the Contract, the Owner, Engineer, and Contractor may transmit, and shall accept, Project-related correspondence, text, data, documents, drawings, information, and graphics, including but not limited to Shop Drawings and other submittals, in electronic media or digital format, either directly, or through access to a secure Project website.

    B.    If the Contract does not establish protocols for electronic or digital transmittals, then Owner, Engineer, and Contractor shall jointly develop such protocols.

C.   When transmitting items in electronic media or digital format, the transmitting party makes no representations as to long term compatibility, usability, or readability of the items resulting from the recipient's use of software application packages, operating systems, or computer hardware differing from those used in the drafting or transmittal of the items, or from those established in applicable transmittal protocols.

## ARTICLE 3 – DOCUMENTS: INTENT, REQUIREMENTS, REUSE

3.01   *Intent*

A.   The Contract Documents are complementary; what is required by one is as binding as if required by all.

B.   It is the intent of the Contract Documents to describe a functionally complete project (or part thereof) to be constructed in accordance with the Contract Documents.

C.   Unless otherwise stated in the Contract Documents, if there is a discrepancy between the electronic or digital versions of the Contract Documents (including any printed copies derived from such electronic or digital versions) and the printed record version, the printed record version shall govern.

D.   The Contract supersedes prior negotiations, representations, and agreements, whether written or oral.

E.   Engineer will issue clarifications and interpretations of the Contract Documents as provided herein.

3.02   *Reference Standards*

A.   Standards Specifications, Codes, Laws and Regulations

1.   Reference in the Contract Documents to standard specifications, manuals, reference standards, or codes of any technical society, organization, or association, or to Laws or Regulations, whether such reference be specific or by implication, shall mean the standard specification, manual, reference standard, code, or Laws or Regulations in effect at the time of opening of Bids (or on the Effective Date of the Contract if there were no Bids), except as may be otherwise specifically stated in the Contract Documents.

2.   No provision of any such standard specification, manual, reference standard, or code, or any instruction of a Supplier, shall be effective to change the duties or responsibilities of Owner, Contractor, or Engineer, or any of their subcontractors, consultants, agents, or employees, from those set forth in the part of the Contract Documents prepared by or for Engineer. No such provision or instruction shall be effective to assign to Owner, Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors, any duty or authority to supervise or direct the performance of the Work or any duty or authority to undertake responsibility inconsistent with the provisions of the part of the Contract Documents prepared by or for Engineer.

3.03   *Reporting and Resolving Discrepancies*

A.   *Reporting Discrepancies*:

1.   *Contractor's Verification of Figures and Field Measurements*: Before undertaking each part of the Work, Contractor shall carefully study the Contract Documents, and check and verify pertinent figures and dimensions therein, particularly with respect to applicable field measurements. Contractor shall promptly report in writing to Engineer any conflict, error, ambiguity, or discrepancy that Contractor discovers, or has actual knowledge of, and shall not proceed with any Work affected thereby until the conflict, error, ambiguity, or discrepancy is resolved, by a clarification or interpretation by Engineer, or by an amendment or supplement to the Contract Documents issued pursuant to Paragraph 11.01.

2. *Contractor's Review of Contract Documents*: If, before or during the performance of the Work, Contractor discovers any conflict, error, ambiguity, or discrepancy within the Contract Documents, or between the Contract Documents and (a) any applicable Law or Regulation, (b) actual field conditions, (c) any standard specification, manual, reference standard, or code, or (d) any instruction of any Supplier, then Contractor shall promptly report it to Engineer in writing. Contractor shall not proceed with the Work affected thereby (except in an emergency as required by Paragraph 7.15) until the conflict, error, ambiguity, or discrepancy is resolved, by a clarification or interpretation by Engineer, or by an amendment or supplement to the Contract Documents issued pursuant to Paragraph 11.01.

3. Contractor shall not be liable to Owner or Engineer for failure to report any conflict, error, ambiguity, or discrepancy in the Contract Documents unless Contractor had actual knowledge thereof.

B. *Resolving Discrepancies*:

1. Except as may be otherwise specifically stated in the Contract Documents, the provisions of the part of the Contract Documents prepared by or for Engineer shall take precedence in resolving any conflict, error, ambiguity, or discrepancy between such provisions of the Contract Documents and:

   a. the provisions of any standard specification, manual, reference standard, or code, or the instruction of any Supplier (whether or not specifically incorporated by reference as a Contract Document); or

   b. the provisions of any Laws or Regulations applicable to the performance of the Work (unless such an interpretation of the provisions of the Contract Documents would result in violation of such Law or Regulation).

3.04 *Requirements of the Contract Documents*

A. During the performance of the Work and until final payment, Contractor and Owner shall submit to the Engineer all matters in question concerning the requirements of the Contract Documents (sometimes referred to as requests for information or interpretation—RFIs), or relating to the acceptability of the Work under the Contract Documents, as soon as possible after such matters arise. Engineer will be the initial interpreter of the requirements of the Contract Documents, and judge of the acceptability of the Work thereunder.

B. Engineer will, with reasonable promptness, render a written clarification, interpretation, or decision on the issue submitted, or initiate an amendment or supplement to the Contract Documents. Engineer's written clarification, interpretation, or decision will be final and binding on Contractor, unless it appeals by submitting a Change Proposal, and on Owner, unless it appeals by filing a Claim.

C. If a submitted matter in question concerns terms and conditions of the Contract Documents that do not involve (1) the performance or acceptability of the Work under the Contract Documents, (2) the design (as set forth in the Drawings, Specifications, or otherwise), or (3) other engineering or technical matters, then Engineer will promptly give written notice to Owner and Contractor that Engineer is unable to provide a decision or interpretation. If Owner and Contractor are unable to agree on resolution of such a matter in question, either party may pursue resolution as provided in Article 12.

3.05 *Reuse of Documents*

A. Contractor and its Subcontractors and Suppliers shall not:

1. have or acquire any title to or ownership rights in any of the Drawings, Specifications, or other documents (or copies of any thereof) prepared by or bearing the seal of Engineer or its consultants, including electronic media editions, or reuse any such Drawings, Specifications, other documents, or copies thereof on extensions of the Project or any other project without written consent of Owner and Engineer and specific written verification or adaptation by Engineer; or

  2. have or acquire any title or ownership rights in any other Contract Documents, reuse any such Contract Documents for any purpose without Owner's express written consent, or violate any copyrights pertaining to such Contract Documents.

B. The prohibitions of this Paragraph 3.05 will survive final payment, or termination of the Contract. Nothing herein shall preclude Contractor from retaining copies of the Contract Documents for record purposes.

## ARTICLE 4 – COMMENCEMENT AND PROGRESS OF THE WORK

4.01   *Commencement of Contract Times; Notice to Proceed*

A. The Contract Times will commence to run on the thirtieth day after the Effective Date of the Contract or, if a Notice to Proceed is given, on the day indicated in the Notice to Proceed. A Notice to Proceed may be given at any time within 30 days after the Effective Date of the Contract. In no event will the Contract Times commence to run later than the sixtieth day after the day of Bid opening or the thirtieth day after the Effective Date of the Contract, whichever date is earlier.

4.02   *Starting the Work*

A. Contractor shall start to perform the Work on the date when the Contract Times commence to run. No Work shall be done at the Site prior to such date.

4.03   *Reference Points*

A. Owner shall provide engineering surveys to establish reference points for construction which in Engineer's judgment are necessary to enable Contractor to proceed with the Work. Contractor shall be responsible for laying out the Work, shall protect and preserve the established reference points and property monuments, and shall make no changes or relocations without the prior written approval of Owner. Contractor shall report to Engineer whenever any reference point or property monument is lost or destroyed or requires relocation because of necessary changes in grades or locations, and shall be responsible for the accurate replacement or relocation of such reference points or property monuments by professionally qualified personnel.

4.04   *Progress Schedule*

A. Contractor shall adhere to the Progress Schedule established in accordance with Paragraph 2.05 as it may be adjusted from time to time as provided below.

  1. Contractor shall submit to Engineer for acceptance (to the extent indicated in Paragraph 2.05) proposed adjustments in the Progress Schedule that will not result in changing the Contract Times.

  2. Proposed adjustments in the Progress Schedule that will change the Contract Times shall be submitted in accordance with the requirements of Article 11.

B. Contractor shall carry on the Work and adhere to the Progress Schedule during all disputes or disagreements with Owner. No Work shall be delayed or postponed pending resolution of any disputes or disagreements, or during any appeal process, except as permitted by Paragraph 16.04, or as Owner and Contractor may otherwise agree in writing.

4.05   *Delays in Contractor's Progress*

A. If Owner, Engineer, or anyone for whom Owner is responsible, delays, disrupts, or interferes with the performance or progress of the Work, then Contractor shall be entitled to an equitable adjustment in the Contract Times and Contract Price. Contractor's entitlement to an adjustment of the Contract Times is conditioned on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times.

B. Contractor shall not be entitled to an adjustment in Contract Price or Contract Times for delay, disruption, or interference caused by or within the control of Contractor. Delay, disruption, and interference attributable to and within the control of a Subcontractor or Supplier shall be deemed to be within the control of Contractor.

C.  If Contractor's performance or progress is delayed, disrupted, or interfered with by unanticipated causes not the fault of and beyond the control of Owner, Contractor, and those for which they are responsible, then Contractor shall be entitled to an equitable adjustment in Contract Times. Contractor's entitlement to an adjustment of the Contract Times is conditioned on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times. Such an adjustment shall be Contractor's sole and exclusive remedy for the delays, disruption, and interference described in this paragraph. Causes of delay, disruption, or interference that may give rise to an adjustment in Contract Times under this paragraph include but are not limited to the following:

1.  severe and unavoidable natural catastrophes such as fires, floods, epidemics, and earthquakes;

2.  abnormal weather conditions;

3.  acts or failures to act of utility owners (other than those performing other work at or adjacent to the Site by arrangement with the Owner, as contemplated in Article 8); and

4.  acts of war or terrorism.

D.  Delays, disruption, and interference to the performance or progress of the Work resulting from the existence of a differing subsurface or physical condition, an Underground Facility that was not shown or indicated by the Contract Documents, or not shown or indicated with reasonable accuracy, and those resulting from Hazardous Environmental Conditions, are governed by Article 5.

E.  Paragraph 8.03 governs delays, disruption, and interference to the performance or progress of the Work resulting from the performance of certain other work at or adjacent to the Site.

F.  Contractor shall not be entitled to an adjustment in Contract Price or Contract Times for any delay, disruption, or interference if such delay is concurrent with a delay, disruption, or interference caused by or within the control of Contractor.

G.  Contractor must submit any Change Proposal seeking an adjustment in Contract Price or Contract Times under this paragraph within 30 days of the commencement of the delaying, disrupting, or interfering event.

## ARTICLE 5 – AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; HAZARDOUS ENVIRONMENTAL CONDITIONS

5.01   *Availability of Lands*

A.  Owner shall furnish the Site. Owner shall notify Contractor of any encumbrances or restrictions not of general application but specifically related to use of the Site with which Contractor must comply in performing the Work.

B.  Upon reasonable written request, Owner shall furnish Contractor with a current statement of record legal title and legal description of the lands upon which permanent improvements are to be made and Owner's interest therein as necessary for giving notice of or filing a mechanic's or construction lien against such lands in accordance with applicable Laws and Regulations.

C.  Contractor shall provide for all additional lands and access thereto that may be required for temporary construction facilities or storage of materials and equipment.

5.02   *Use of Site and Other Areas*

A.  *Limitation on Use of Site and Other Areas*:

1.  Contractor shall confine construction equipment, temporary construction facilities, the storage of materials and equipment, and the operations of workers to the Site, adjacent areas that Contractor has arranged to use through construction easements or otherwise, and other adjacent areas permitted by Laws and Regulations, and shall not unreasonably encumber the Site and such other adjacent areas with construction equipment or other materials or equipment. Contractor shall assume full responsibility

for (a) damage to the Site; (b) damage to any such other adjacent areas used for Contractor's operations; (c) damage to any other adjacent land or areas; and (d) for injuries and losses sustained by the owners or occupants of any such land or areas; provided that such damage or injuries result from the performance of the Work or from other actions or conduct of the Contractor or those for which Contractor is responsible.

2. If a damage or injury claim is made by the owner or occupant of any such land or area because of the performance of the Work, or because of other actions or conduct of the Contractor or those for which Contractor is responsible, Contractor shall (a) take immediate corrective or remedial action as required by Paragraph 7.12, or otherwise; (b) promptly attempt to settle the claim as to all parties through negotiations with such owner or occupant, or otherwise resolve the claim by arbitration or other dispute resolution proceeding, or at law; and (c) to the fullest extent permitted by Laws and Regulations, indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against any such claim, and against all costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to any claim or action, legal or equitable, brought by any such owner or occupant against Owner, Engineer, or any other party indemnified hereunder to the extent caused directly or indirectly, in whole or in part by, or based upon, Contractor's performance of the Work, or because of other actions or conduct of the Contractor or those for which Contractor is responsible.

B. *Removal of Debris During Performance of the Work*: During the progress of the Work the Contractor shall keep the Site and other adjacent areas free from accumulations of waste materials, rubbish, and other debris. Removal and disposal of such waste materials, rubbish, and other debris shall conform to applicable Laws and Regulations.

C. *Cleaning*: Prior to Substantial Completion of the Work Contractor shall clean the Site and the Work and make it ready for utilization by Owner. At the completion of the Work Contractor shall remove from the Site and adjacent areas all tools, appliances, construction equipment and machinery, and surplus materials and shall restore to original condition all property not designated for alteration by the Contract Documents.

D. *Loading of Structures*: Contractor shall not load nor permit any part of any structure to be loaded in any manner that will endanger the structure, nor shall Contractor subject any part of the Work or adjacent structures or land to stresses or pressures that will endanger them.

5.03    *Subsurface and Physical Conditions*

A. *Reports and Drawings*: The Supplementary Conditions identify:

1. those reports known to Owner of explorations and tests of subsurface conditions at or adjacent to the Site;

2. those drawings known to Owner of physical conditions relating to existing surface or subsurface structures at the Site (except Underground Facilities); and

3. Technical Data contained in such reports and drawings.

B. *Reliance by Contractor on Technical Data Authorized*: Contractor may rely upon the accuracy of the Technical Data expressly identified in the Supplementary Conditions with respect to such reports and drawings, but such reports and drawings are not Contract Documents. If no such express identification has been made, then Contractor may rely upon the accuracy of the Technical Data (as defined in Article 1) contained in any geotechnical or environmental report prepared for the Project and made available to Contractor. Except for such reliance on Technical Data, Contractor may not rely upon or make any claim against Owner or Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors, with respect to:

1. the completeness of such reports and drawings for Contractor's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences, and

procedures of construction to be employed by Contractor, and safety precautions and programs incident thereto; or

2.    other data, interpretations, opinions, and information contained in such reports or shown or indicated in such drawings; or

3.    any Contractor interpretation of or conclusion drawn from any Technical Data or any such other data, interpretations, opinions, or information.

5.04    *Differing Subsurface or Physical Conditions*

A.    *Notice by Contractor*: If Contractor believes that any subsurface or physical condition that is uncovered or revealed at the Site either:

1.    is of such a nature as to establish that any Technical Data on which Contractor is entitled to rely as provided in Paragraph 5.03 is materially inaccurate; or

2.    is of such a nature as to require a change in the Drawings or Specifications; or

3.    differs materially from that shown or indicated in the Contract Documents; or

4.    is of an unusual nature, and differs materially from conditions ordinarily encountered and generally recognized as inherent in work of the character provided for in the Contract Documents;

then Contractor shall, promptly after becoming aware thereof and before further disturbing the subsurface or physical conditions or performing any Work in connection therewith (except in an emergency as required by Paragraph 7.15), notify Owner and Engineer in writing about such condition. Contractor shall not further disturb such condition or perform any Work in connection therewith (except with respect to an emergency) until receipt of a written statement permitting Contractor to do so.

B.    *Engineer's Review*: After receipt of written notice as required by the preceding paragraph, Engineer will promptly review the subsurface or physical condition in question; determine the necessity of Owner's obtaining additional exploration or tests with respect to the condition; conclude whether the condition falls within any one or more of the differing site condition categories in Paragraph 5.04.A above; obtain any pertinent cost or schedule information from Contractor; prepare recommendations to Owner regarding the Contractor's resumption of Work in connection with the subsurface or physical condition in question and the need for any change in the Drawings or Specifications; and advise Owner in writing  of Engineer's findings, conclusions, and recommendations.

C.    *Owner's Statement to Contractor Regarding Site Condition*: After receipt of Engineer's written findings, conclusions, and recommendations, Owner shall issue a written statement to Contractor (with a copy to Engineer) regarding the subsurface or physical condition in question, addressing the resumption of Work in connection with such condition, indicating whether any change in the Drawings or Specifications will be made, and adopting or rejecting Engineer's written findings, conclusions, and recommendations, in whole or in part.

D.    *Possible Price and Times Adjustments*:

1.    Contractor shall be entitled to an equitable adjustment in Contract Price or Contract Times, or both, to the extent that the existence of a differing subsurface or physical condition, or any related delay, disruption, or interference, causes an increase or decrease in Contractor's cost of, or time required for, performance of the Work; subject, however, to the following:

a.    such condition must fall within any one or more of the categories described in Paragraph 5.04.A;

b.    with respect to Work that is paid for on a unit price basis, any adjustment in Contract Price will be subject to the provisions of Paragraph 13.03; and,

c.    Contractor's entitlement to an adjustment of the Contract Times is conditioned on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times.

2.   Contractor shall not be entitled to any adjustment in the Contract Price or Contract Times with respect to a subsurface or physical condition if:

   a.   Contractor knew of the existence of such condition at the time Contractor made a commitment to Owner with respect to Contract Price and Contract Times by the submission of a Bid or becoming bound under a negotiated contract, or otherwise; or

   b.   the existence of such condition reasonably could have been discovered or revealed as a result of any examination, investigation, exploration, test, or study of the Site and contiguous areas expressly required by the Bidding Requirements or Contract Documents to be conducted by or for Contractor prior to Contractor's making such commitment; or

   c.   Contractor failed to give the written notice as required by Paragraph 5.04.A.

3.   If Owner and Contractor agree regarding Contractor's entitlement to and the amount or extent of any adjustment in the Contract Price or Contract Times, or both, then any such adjustment shall be set forth in a Change Order.

4.   Contractor may submit a Change Proposal regarding its entitlement to or the amount or extent of any adjustment in the Contract Price or Contract Times, or both, no later than 30 days after Owner's issuance of the Owner's written statement to Contractor regarding the subsurface or physical condition in question.

5.05   *Underground Facilities*

A.   *Contractor's Responsibilities*: The information and data shown or indicated in the Contract Documents with respect to existing Underground Facilities at or adjacent to the Site is based on information and data furnished to Owner or Engineer by the owners of such Underground Facilities, including Owner, or by others. Unless it is otherwise expressly provided in the Supplementary Conditions:

1.   Owner and Engineer do not warrant or guarantee the accuracy or completeness of any such information or data provided by others; and

2.   the cost of all of the following will be included in the Contract Price, and Contractor shall have full responsibility for:

   a.   reviewing and checking all information and data regarding existing Underground Facilities at the Site;

   b.   locating all Underground Facilities shown or indicated in the Contract Documents as being at the Site;

   c.   coordination of the Work with the owners (including Owner) of such Underground Facilities, during construction; and

   d.   the safety and protection of all existing Underground Facilities at the Site, and repairing any damage thereto resulting from the Work.

B.   *Notice by Contractor*: If Contractor believes that an Underground Facility that is uncovered or revealed at the Site was not shown or indicated in the Contract Documents, or was not shown or indicated with reasonable accuracy, then Contractor shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as required by Paragraph 7.15), identify the owner of such Underground Facility and give written notice to that owner and to Owner and Engineer.

C.   *Engineer's Review*: Engineer will promptly review the Underground Facility and conclude whether such Underground Facility was not shown or indicated in the Contract Documents, or was not shown or indicated with reasonable accuracy; obtain any pertinent cost or schedule information from Contractor; prepare recommendations to Owner regarding the Contractor's resumption of Work in connection with the Underground Facility in question; determine the extent, if any, to which a change is required in the Drawings or Specifications to reflect and document the consequences of the existence or location of the Underground

Facility; and advise Owner in writing of Engineer's findings, conclusions, and recommendations. During such time, Contractor shall be responsible for the safety and protection of such Underground Facility.

D. *Owner's Statement to Contractor Regarding Underground Facility*: After receipt of Engineer's written findings, conclusions, and recommendations, Owner shall issue a written statement to Contractor (with a copy to Engineer) regarding the Underground Facility in question, addressing the resumption of Work in connection with such Underground Facility, indicating whether any change in the Drawings or Specifications will be made, and adopting or rejecting Engineer's written findings, conclusions, and recommendations in whole or in part.

E. *Possible Price and Times Adjustments*:

1. Contractor shall be entitled to an equitable adjustment in the Contract Price or Contract Times, or both, to the extent that any existing Underground Facility at the Site that was not shown or indicated in the Contract Documents, or was not shown or indicated with reasonable accuracy, or any related delay, disruption, or interference, causes an increase or decrease in Contractor's cost of, or time required for, performance of the Work; subject, however, to the following:

   a. Contractor did not know of and could not reasonably have been expected to be aware of or to have anticipated the existence or actual location of the Underground Facility in question;

   b. With respect to Work that is paid for on a unit price basis, any adjustment in Contract Price will be subject to the provisions of Paragraph 13.03;

   c. Contractor's entitlement to an adjustment of the Contract Times is conditioned on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times; and

   d. Contractor gave the notice required in Paragraph 5.05.B.

2. If Owner and Contractor agree regarding Contractor's entitlement to and the amount or extent of any adjustment in the Contract Price or Contract Times, or both, then any such adjustment shall be set forth in a Change Order.

3. Contractor may submit a Change Proposal regarding its entitlement to or the amount or extent of any adjustment in the Contract Price or Contract Times, or both, no later than 30 days after Owner's issuance of the Owner's written statement to Contractor regarding the Underground Facility in question.

5.06 *Hazardous Environmental Conditions at Site*

A. *Reports and Drawings*: The Supplementary Conditions identify:

1. those reports and drawings known to Owner relating to Hazardous Environmental Conditions that have been identified at or adjacent to the Site; and

2. Technical Data contained in such reports and drawings.

B. *Reliance by Contractor on Technical Data Authorized*: Contractor may rely upon the accuracy of the Technical Data expressly identified in the Supplementary Conditions with respect to such reports and drawings, but such reports and drawings are not Contract Documents. If no such express identification has been made, then Contractor may rely on the accuracy of the Technical Data (as defined in Article 1) contained in any geotechnical or environmental report prepared for the Project and made available to Contractor. Except for such reliance on Technical Data, Contractor may not rely upon or make any claim against Owner or Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors with respect to:

1. the completeness of such reports and drawings for Contractor's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences and procedures of construction to be employed by Contractor and safety precautions and programs incident thereto; or

2. other data, interpretations, opinions and information contained in such reports or shown or indicated in such drawings; or

3. any Contractor interpretation of or conclusion drawn from any Technical Data or any such other data, interpretations, opinions or information.

C. Contractor shall not be responsible for removing or remediating any Hazardous Environmental Condition encountered, uncovered, or revealed at the Site unless such removal or remediation is expressly identified in the Contract Documents to be within the scope of the Work.

D. Contractor shall be responsible for controlling, containing, and duly removing all Constituents of Concern brought to the Site by Contractor, Subcontractors, Suppliers, or anyone else for whom Contractor is responsible, and for any associated costs; and for the costs of removing and remediating any Hazardous Environmental Condition created by the presence of any such Constituents of Concern.

E. If Contractor encounters, uncovers, or reveals a Hazardous Environmental Condition whose removal or remediation is not expressly identified in the Contract Documents as being within the scope of the Work, or if Contractor or anyone for whom Contractor is responsible creates a Hazardous Environmental Condition, then Contractor shall immediately: (1) secure or otherwise isolate such condition; (2) stop all Work in connection with such condition and in any area affected thereby (except in an emergency as required by Paragraph 7.15); and (3) notify Owner and Engineer (and promptly thereafter confirm such notice in writing). Owner shall promptly consult with Engineer concerning the necessity for Owner to retain a qualified expert to evaluate such condition or take corrective action, if any. Promptly after consulting with Engineer, Owner shall take such actions as are necessary to permit Owner to timely obtain required permits and provide Contractor the written notice required by Paragraph 5.06.F. If Contractor or anyone for whom Contractor is responsible created the Hazardous Environmental Condition in question, then Owner may remove and remediate the Hazardous Environmental Condition, and impose a set-off against payments to account for the associated costs.

F. Contractor shall not resume Work in connection with such Hazardous Environmental Condition or in any affected area until after Owner has obtained any required permits related thereto, and delivered written notice to Contractor either (1) specifying that such condition and any affected area is or has been rendered safe for the resumption of Work, or (2) specifying any special conditions under which such Work may be resumed safely.

G. If Owner and Contractor cannot agree as to entitlement to or on the amount or extent, if any, of any adjustment in Contract Price or Contract Times, or both, as a result of such Work stoppage or such special conditions under which Work is agreed to be resumed by Contractor, then within 30 days of Owner's written notice regarding the resumption of Work, Contractor may submit a Change Proposal, or Owner may impose a set-off.

H. If after receipt of such written notice Contractor does not agree to resume such Work based on a reasonable belief it is unsafe, or does not agree to resume such Work under such special conditions, then Owner may order the portion of the Work that is in the area affected by such condition to be deleted from the Work, following the contractual change procedures in Article 11. Owner may have such deleted portion of the Work performed by Owner's own forces or others in accordance with Article 8.

I. To the fullest extent permitted by Laws and Regulations, Owner shall indemnify and hold harmless Contractor, Subcontractors, and Engineer, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to a Hazardous Environmental Condition, provided that such Hazardous Environmental Condition (1) was not shown or indicated in the Drawings, Specifications, or other Contract Documents, identified as Technical Data entitled to limited reliance pursuant to Paragraph 5.06.B, or identified in the Contract Documents to be included within the scope of the Work, and (2)

was not created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 5.06.H shall obligate Owner to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

J.   To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to the failure to control, contain, or remove a Constituent of Concern brought to the Site by Contractor or by anyone for whom Contractor is responsible, or to a Hazardous Environmental Condition created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 5.06.J shall obligate Contractor to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

K.   The provisions of Paragraphs 5.03, 5.04, and 5.05 do not apply to the presence of Constituents of Concern or to a Hazardous Environmental Condition uncovered or revealed at the Site.

## ARTICLE 6 – BONDS AND INSURANCE

6.01   *Performance, Payment, and Other Bonds*

A.   Contractor shall furnish a performance bond and a payment bond, each in an amount at least equal to the Contract Price, as security for the faithful performance and payment of all of Contractor's obligations under the Contract. These bonds shall remain in effect until one year after the date when final payment becomes due or until completion of the correction period specified in Paragraph 15.08, whichever is later, except as provided otherwise by Laws or Regulations, the Supplementary Conditions, or other specific provisions of the Contract. Contractor shall also furnish such other bonds as are required by the Supplementary Conditions or other specific provisions of the Contract.

B.   All bonds shall be in the form prescribed by the Contract except as provided otherwise by Laws or Regulations, and shall be executed by such sureties as are named in "Companies Holding Certificates of Authority as Acceptable Sureties on Federal Bonds and as Acceptable Reinsuring Companies" as published in Circular 570 (as amended and supplemented) by the Financial Management Service, Surety Bond Branch, U.S. Department of the Treasury. A bond signed by an agent or attorney-in-fact must be accompanied by a certified copy of that individual's authority to bind the surety.  The evidence of authority shall show that it is effective on the date the agent or attorney-in-fact signed the accompanying bond.

C.   Contractor shall obtain the required bonds from surety companies that are duly licensed or authorized in the jurisdiction in which the Project is located to issue bonds in the required amounts.

D.   If the surety on a bond furnished by Contractor is declared bankrupt or becomes insolvent, or its right to do business is terminated in any state or jurisdiction where any part of the Project is located, or the surety ceases to meet the requirements above, then Contractor shall promptly notify Owner and Engineer and shall, within 20 days after the event giving rise to such notification, provide another bond and surety, both of which shall comply with the bond and surety requirements above.

E.   If Contractor has failed to obtain a required bond, Owner may exclude the Contractor from the Site and exercise Owner's termination rights under Article 16.

F.   Upon request, Owner shall provide a copy of the payment bond to any Subcontractor, Supplier, or other person or entity claiming to have furnished labor or materials used in the performance of the Work.

6.02    *Insurance—General Provisions*

    A.    Owner and Contractor shall obtain and maintain insurance as required in this Article and in the Supplementary Conditions.

    B.    All insurance required by the Contract to be purchased and maintained by Owner or Contractor shall be obtained from insurance companies that are duly licensed or authorized, in the state or jurisdiction in which the Project is located, to issue insurance policies for the required limits and coverages. Unless a different standard is indicated in the Supplementary Conditions, all companies that provide insurance policies required under this Contract shall have an A.M. Best rating of A-VII or better.

    C.    Contractor shall deliver to Owner, with copies to each named insured and additional insured (as identified in this Article, the Supplementary Conditions, or elsewhere in the Contract), certificates of insurance establishing that Contractor has obtained and is maintaining the policies, coverages, and endorsements required by the Contract.  Upon request by Owner or any other insured, Contractor shall also furnish other evidence of such required insurance, including but not limited to copies of policies and endorsements, and documentation of applicable self-insured retentions and deductibles. Contractor may block out (redact) any confidential premium or pricing information contained in any policy or endorsement furnished under this provision.

    D.    Owner shall deliver to Contractor, with copies to each named insured and additional insured (as identified in this Article, the Supplementary Conditions, or elsewhere in the Contract), certificates of insurance establishing that Owner has obtained and is maintaining the policies, coverages, and endorsements required of Owner by the Contract (if any).  Upon request by Contractor or any other insured, Owner shall also provide other evidence of such required insurance (if any), including but not limited to copies of policies and endorsements, and documentation of applicable self-insured retentions and deductibles.  Owner may block out (redact) any confidential premium or pricing information contained in any policy or endorsement furnished under this provision.

    E.    Failure of Owner or Contractor to demand such certificates or other evidence of the other party's full compliance with these insurance requirements, or failure of Owner or Contractor to identify a deficiency in compliance from the evidence provided, shall not be construed as a waiver of the other party's obligation to obtain and maintain such insurance.

    F.    If either party does not purchase or maintain all of the insurance required of such party by the Contract, such party shall notify the other party in writing of such failure to purchase prior to the start of the Work, or of such failure to maintain prior to any change in the required coverage.

    G.    If Contractor has failed to obtain and maintain required insurance, Owner may exclude the Contractor from the Site, impose an appropriate set-off against payment, and exercise Owner's termination rights under Article 16.

    H.    Without prejudice to any other right or remedy, if a party has failed to obtain required insurance, the other party may elect to obtain equivalent insurance to protect such other party's interests at the expense of the party who was required to provide such coverage, and the Contract Price shall be adjusted accordingly.

    I.    Owner does not represent that insurance coverage and limits established in this Contract necessarily will be adequate to protect Contractor or Contractor's interests.

    J.    The insurance and insurance limits required herein shall not be deemed as a limitation on Contractor's liability under the indemnities granted to Owner and other individuals and entities in the Contract.

6.03    *Contractor's Insurance*

    A.    *Workers' Compensation*: Contractor shall purchase and maintain workers' compensation and employer's liability insurance for:

        1.    claims under workers' compensation, disability benefits, and other similar employee benefit acts.

    2.    United States Longshoreman and Harbor Workers' Compensation Act and Jones Act coverage (if applicable).

    3.    claims for damages because of bodily injury, occupational sickness or disease, or death of Contractor's employees (by stop-gap endorsement in monopolist worker's compensation states).

    4.    Foreign voluntary worker compensation (if applicable).

B.    *Commercial General Liability—Claims Covered*: Contractor shall purchase and maintain commercial general liability insurance, covering all operations by or on behalf of Contractor, on an occurrence basis, against:

    1.    claims for damages because of bodily injury, sickness or disease, or death of any person other than Contractor's employees.

    2.    claims for damages insured by reasonably available personal injury liability coverage.

    3.    claims for damages, other than to the Work itself, because of injury to or destruction of tangible property wherever located, including loss of use resulting therefrom.

C.    *Commercial General Liability—Form and Content*: Contractor's commercial liability policy shall be written on a 1996 (or later) ISO commercial general liability form (occurrence form) and include the following coverages and endorsements:

    1.    Products and completed operations coverage:

        a.    Such insurance shall be maintained for three years after final payment.

        b.    Contractor shall furnish Owner and each other additional insured (as identified in the Supplementary Conditions or elsewhere in the Contract) evidence of continuation of such insurance at final payment and three years thereafter.

    2.    Blanket contractual liability coverage, to the extent permitted by law, including but not limited to coverage of Contractor's contractual indemnity obligations in Paragraph 7.18.

    3.    Broad form property damage coverage.

    4.    Severability of interest.

    5.    Underground, explosion, and collapse coverage.

    6.    Personal injury coverage.

    7.    Additional insured endorsements that include both ongoing operations and products and completed operations coverage through ISO Endorsements CG 20 10 10 01 and CG 20 37 10 01 (together); or CG 20 10 10 07 04 and CG 20 37 07 04 (together); or their equivalent.

    8.    For design professional additional insureds, ISO Endorsement CG 20 32 07 04, "Additional Insured—Engineers, Architects or Surveyors Not Engaged by the Named Insured" or its equivalent.

D.    *Automobile liability*: Contractor shall purchase and maintain automobile liability insurance against claims for damages because of bodily injury or death of any person or property damage arising out of the ownership, maintenance, or use of any motor vehicle. The automobile liability policy shall be written on an occurrence basis.

E.    *Umbrella or excess liability*: Contractor shall purchase and maintain umbrella or excess liability insurance written over the underlying employer's liability, commercial general liability, and automobile liability insurance described in the paragraphs above. Subject to industry-standard exclusions, the coverage afforded shall follow form as to each and every one of the underlying policies.

F.    *Contractor's pollution liability insurance*: Contractor shall purchase and maintain a policy covering third-party injury and property damage claims, including clean-up costs, as a result of pollution conditions arising from Contractor's operations and completed operations. This insurance shall be maintained for no less than three years after final completion.

G.  *Additional insureds*: The Contractor's commercial general liability, automobile liability, umbrella or excess, and pollution liability policies shall include and list as additional insureds Owner and Engineer, and any individuals or entities identified in the Supplementary Conditions; include coverage for the respective officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of all such additional insureds; and the insurance afforded to these additional insureds shall provide primary coverage for all claims covered thereby (including as applicable those arising from both ongoing and completed operations) on a non-contributory basis. Contractor shall obtain all necessary endorsements to support these requirements.

H.  *Contractor's professional liability insurance*: If Contractor will provide or furnish professional services under this Contract, through a delegation of professional design services or otherwise, then Contractor shall be responsible for purchasing and maintaining applicable professional liability insurance. This insurance shall provide protection against claims arising out of performance of professional design or related services, and caused by a negligent error, omission, or act for which the insured party is legally liable. It shall be maintained throughout the duration of the Contract and for a minimum of two years after Substantial Completion. If such professional design services are performed by a Subcontractor, and not by Contractor itself, then the requirements of this paragraph may be satisfied through the purchasing and maintenance of such insurance by such Subcontractor.

I.  *General provisions*: The policies of insurance required by this Paragraph 6.03 shall:

1.  include at least the specific coverages provided in this Article.

2.  be written for not less than the limits of liability provided in this Article and in the Supplementary Conditions, or required by Laws or Regulations, whichever is greater.

3.  contain a provision or endorsement that the coverage afforded will not be canceled, materially changed, or renewal refused until at least 10 days prior written notice has been given to Contractor.  Within three days of receipt of any such written notice, Contractor shall provide a copy of the notice to Owner, Engineer, and each other insured under the policy.

4.  remain in effect at least until final payment (and longer if expressly required in this Article) and at all times thereafter when Contractor may be correcting, removing, or replacing defective Work as a warranty or correction obligation, or otherwise, or returning to the Site to conduct other tasks arising from the Contract Documents.

5.  be appropriate for the Work being performed and provide protection from claims that may arise out of or result from Contractor's performance of the Work and Contractor's other obligations under the Contract Documents, whether it is to be performed by Contractor, any Subcontractor or Supplier, or by anyone directly or indirectly employed by any of them to perform any of the Work, or by anyone for whose acts any of them may be liable.

J.  The coverage requirements for specific policies of insurance must be met by such policies, and not by reference to excess or umbrella insurance provided in other policies.

6.04  *Owner's Liability Insurance*

A.  In addition to the insurance required to be provided by Contractor under Paragraph 6.03, Owner, at Owner's option, may purchase and maintain at Owner's expense Owner's own liability insurance as will protect Owner against claims which may arise from operations under the Contract Documents.

B.  Owner's liability policies, if any, operate separately and independently from policies required to be provided by Contractor, and Contractor cannot rely upon Owner's liability policies for any of Contractor's obligations to the Owner, Engineer, or third parties.

6.05  *Property Insurance*

A.  *Builder's Risk*: Unless otherwise provided in the Supplementary Conditions, Contractor shall purchase and maintain builder's risk insurance upon the Work on a completed value basis, in the amount of the full insurable replacement cost thereof (subject to such deductible

amounts as may be provided in the Supplementary Conditions or required by Laws and Regulations). This insurance shall:

1.  include the Owner and Contractor as named insureds, and all Subcontractors, and any individuals or entities required by the Supplementary Conditions to be insured under such builder's risk policy, as insureds or named insureds. For purposes of the remainder of this Paragraph 6.05, Paragraphs 6.06 and 6.07, and any corresponding Supplementary Conditions, the parties required to be insured shall collectively be referred to as "insureds."

2.  be written on a builder's risk "all risk" policy form that shall at least include insurance for physical loss or damage to the Work, temporary buildings, falsework, and materials and equipment in transit, and shall insure against at least the following perils or causes of loss: fire; lightning; windstorm; riot; civil commotion; terrorism; vehicle impact; aircraft; smoke; theft; vandalism and malicious mischief; mechanical breakdown, boiler explosion, and artificially generated electric current; earthquake; volcanic activity, and other earth movement; flood; collapse; explosion; debris removal; demolition occasioned by enforcement of Laws and Regulations; water damage (other than that caused by flood); and such other perils or causes of loss as may be specifically required by the Supplementary Conditions. If insurance against mechanical breakdown, boiler explosion, and artificially generated electric current; earthquake; volcanic activity, and other earth movement; or flood, are not commercially available under builder's risk policies, by endorsement or otherwise, such insurance may be provided through other insurance policies acceptable to Owner and Contractor.

3.  cover, as insured property, at least the following: (a) the Work and all materials, supplies, machinery, apparatus, equipment, fixtures, and other property of a similar nature that are to be incorporated into or used in the preparation, fabrication, construction, erection, or completion of the Work, including Owner-furnished or assigned property; (b) spare parts inventory required within the scope of the Contract; and (c) temporary works which are not intended to form part of the permanent constructed Work but which are intended to provide working access to the Site, or to the Work under construction, or which are intended to provide temporary support for the Work under construction, including scaffolding, form work, fences, shoring, falsework, and temporary structures.

4.  cover expenses incurred in the repair or replacement of any insured property (including but not limited to fees and charges of engineers and architects).

5.  extend to cover damage or loss to insured property while in temporary storage at the Site or in a storage location outside the Site (but not including property stored at the premises of a manufacturer or Supplier).

6.  extend to cover damage or loss to insured property while in transit.

7.  allow for partial occupation or use of the Work by Owner, such that those portions of the Work that are not yet occupied or used by Owner shall remain covered by the builder's risk insurance.

8.  allow for the waiver of the insurer's subrogation rights, as set forth below.

9.  provide primary coverage for all losses and damages caused by the perils or causes of loss covered.

10. not include a co-insurance clause.

11. include an exception for ensuing losses from physical damage or loss with respect to any defective workmanship, design, or materials exclusions.

12. include performance/hot testing and start-up.

13. be maintained in effect, subject to the provisions herein regarding Substantial Completion and partial occupancy or use of the Work by Owner, until the Work is complete.

B.  *Notice of Cancellation or Change*: All the policies of insurance (and the certificates or other evidence thereof) required to be purchased and maintained in accordance with this Paragraph 6.05 will contain a provision or endorsement that the coverage afforded will not be canceled or materially changed or renewal refused until at least 10 days prior written notice has been given to the purchasing policyholder. Within three days of receipt of any such written notice, the purchasing policyholder shall provide a copy of the notice to each other insured.

C.  *Deductibles*: The purchaser of any required builder's risk or property insurance shall pay for costs not covered because of the application of a policy deductible.

D.  *Partial Occupancy or Use by Owner*: If Owner will occupy or use a portion or portions of the Work prior to Substantial Completion of all the Work as provided in Paragraph 15.04, then Owner (directly, if it is the purchaser of the builder's risk policy, or through Contractor) will provide notice of such occupancy or use to the builder's risk insurer. The builder's risk insurance shall not be canceled or permitted to lapse on account of any such partial use or occupancy; rather, those portions of the Work that are occupied or used by Owner may come off the builder's risk policy, while those portions of the Work not yet occupied or used by Owner shall remain covered by the builder's risk insurance.

E.  *Additional Insurance*: If Contractor elects to obtain other special insurance to be included in or supplement the builder's risk or property insurance policies provided under this Paragraph 6.05, it may do so at Contractor's expense.

F.  *Insurance of Other Property*: If the express insurance provisions of the Contract do not require or address the insurance of a property item or interest, such as tools, construction equipment, or other personal property owned by Contractor, a Subcontractor, or an employee of Contractor or a Subcontractor, then the entity or individual owning such property item will be responsible for deciding whether to insure it, and if so in what amount.

6.06    *Waiver of Rights*

A.  All policies purchased in accordance with Paragraph 6.05, expressly including the builder's risk policy, shall contain provisions to the effect that in the event of payment of any loss or damage the insurers will have no rights of recovery against any insureds thereunder, or against Engineer or its consultants, or their officers, directors, members, partners, employees, agents, consultants, or subcontractors. Owner and Contractor waive all rights against each other and the respective officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them, for all losses and damages caused by, arising out of, or resulting from any of the perils or causes of loss covered by such policies and any other property insurance applicable to the Work; and, in addition, waive all such rights against Engineer, its consultants, all Subcontractors, all individuals or entities identified in the Supplementary Conditions as insureds, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them, under such policies for losses and damages so caused. None of the above waivers shall extend to the rights that any party making such waiver may have to the proceeds of insurance held by Owner or Contractor as trustee or fiduciary, or otherwise payable under any policy so issued.

B.  Owner waives all rights against Contractor, Subcontractors, and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them, for:

1.  loss due to business interruption, loss of use, or other consequential loss extending beyond direct physical loss or damage to Owner's property or the Work caused by, arising out of, or resulting from fire or other perils whether or not insured by Owner; and

2.  loss or damage to the completed Project or part thereof caused by, arising out of, or resulting from fire or other insured peril or cause of loss covered by any property insurance maintained on the completed Project or part thereof by Owner during partial occupancy or use pursuant to Paragraph 15.04, after Substantial Completion pursuant to Paragraph 15.03, or after final payment pursuant to Paragraph 15.06.

C.  Any insurance policy maintained by Owner covering any loss, damage or consequential loss referred to in Paragraph 6.06.B shall contain provisions to the effect that in the event of payment of any such loss, damage, or consequential loss, the insurers will have no rights of recovery against Contractor, Subcontractors, or Engineer, or the officers, directors, members, partners, employees, agents, consultants, or subcontractors of each and any of them.

D.  Contractor shall be responsible for assuring that the agreement under which a Subcontractor performs a portion of the Work contains provisions whereby the Subcontractor waives all rights against Owner, Contractor, all individuals or entities identified in the Supplementary Conditions as insureds, the Engineer and its consultants, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them, for all losses and damages caused by, arising out of, relating to, or resulting from any of the perils or causes of loss covered by builder's risk insurance and any other property insurance applicable to the Work.

6.07   *Receipt and Application of Property Insurance Proceeds*

A.  Any insured loss under the builder's risk and other policies of insurance required by Paragraph 6.05 will be adjusted and settled with the named insured that purchased the policy. Such named insured shall act as fiduciary for the other insureds, and give notice to such other insureds that adjustment and settlement of a claim is in progress. Any other insured may state its position regarding a claim for insured loss in writing within 15 days after notice of such claim.

B.  Proceeds for such insured losses may be made payable by the insurer either jointly to multiple insureds, or to the named insured that purchased the policy in its own right and as fiduciary for other insureds, subject to the requirements of any applicable mortgage clause. A named insured receiving insurance proceeds under the builder's risk and other policies of insurance required by Paragraph 6.05 shall distribute such proceeds in accordance with such agreement as the parties in interest may reach, or as otherwise required under the dispute resolution provisions of this Contract or applicable Laws and Regulations.

C.  If no other special agreement is reached, the damaged Work shall be repaired or replaced, the money so received applied on account thereof, and the Work and the cost thereof covered by Change Order, if needed.

## ARTICLE 7 – CONTRACTOR'S RESPONSIBILITIES

7.01   *Supervision and Superintendence*

A.  Contractor shall supervise, inspect, and direct the Work competently and efficiently, devoting such attention thereto and applying such skills and expertise as may be necessary to perform the Work in accordance with the Contract Documents. Contractor shall be solely responsible for the means, methods, techniques, sequences, and procedures of construction.

B.  At all times during the progress of the Work, Contractor shall assign a competent resident superintendent who shall not be replaced without written notice to Owner and Engineer except under extraordinary circumstances.

7.02   *Labor; Working Hours*

A.  Contractor shall provide competent, suitably qualified personnel to survey and lay out the Work and perform construction as required by the Contract Documents. Contractor shall at all times maintain good discipline and order at the Site.

B.  Except as otherwise required for the safety or protection of persons or the Work or property at the Site or adjacent thereto, and except as otherwise stated in the Contract Documents, all Work at the Site shall be performed during regular working hours, Monday through Friday. Contractor will not perform Work on a Saturday, Sunday, or any legal holiday. Contractor may perform Work outside regular working hours or on Saturdays, Sundays, or legal holidays only with Owner's written consent, which will not be unreasonably withheld.

7.03    *Services, Materials, and Equipment*

A.    Unless otherwise specified in the Contract Documents, Contractor shall provide and assume full responsibility for all services, materials, equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, temporary facilities, and all other facilities and incidentals necessary for the performance, testing, start up, and completion of the Work, whether or not such items are specifically called for in the Contract Documents.

B.    All materials and equipment incorporated into the Work shall be of good quality and new, except as otherwise provided in the Contract Documents. All special warranties and guarantees required by the Specifications shall expressly run to the benefit of Owner. If required by Engineer, Contractor shall furnish satisfactory evidence (including reports of required tests) as to the source, kind, and quality of materials and equipment.

C.    All materials and equipment shall be stored, applied, installed, connected, erected, protected, used, cleaned, and conditioned in accordance with instructions of the applicable Supplier, except as otherwise may be provided in the Contract Documents.

7.04    *"Or Equals"*

A.    Whenever an item of material or equipment is specified or described in the Contract Documents by using the name of a proprietary item or the name of a particular Supplier, the Contract Price has been based upon Contractor furnishing such item as specified. The specification or description of such an item is intended to establish the type, function, appearance, and quality required. Unless the specification or description contains or is followed by words reading that no like, equivalent, or "or equal" item is permitted, Contractor may request that Engineer authorize the use of other items of material or equipment, or items from other proposed suppliers under the circumstances described below.

1.    If Engineer in its sole discretion determines that an item of material or equipment proposed by Contractor is functionally equal to that named and sufficiently similar so that no change in related Work will be required, Engineer shall deem it an "or equal" item. For the purposes of this paragraph, a proposed item of material or equipment will be considered functionally equal to an item so named if:

a.    in the exercise of reasonable judgment Engineer determines that:

1)    it is at least equal in materials of construction, quality, durability, appearance, strength, and design characteristics;

2)    it will reliably perform at least equally well the function and achieve the results imposed by the design concept of the completed Project as a functioning whole;

3)    it has a proven record of performance and availability of responsive service; and

4)    it is not objectionable to Owner.

b.    Contractor certifies that, if approved and incorporated into the Work:

1)    there will be no increase in cost to the Owner or increase in Contract Times; and

2)    it will conform substantially to the detailed requirements of the item named in the Contract Documents.

B.    *Contractor's Expense*: Contractor shall provide all data in support of any proposed "or equal" item at Contractor's expense.

C.    *Engineer's Evaluation and Determination*: Engineer will be allowed a reasonable time to evaluate each "or-equal" request.  Engineer may require Contractor to furnish additional data about the proposed "or-equal" item. Engineer will be the sole judge of acceptability. No "or-equal" item will be ordered, furnished, installed, or utilized until Engineer's review is complete and Engineer determines that the proposed item is an "or-equal", which will be

evidenced by an approved Shop Drawing or other written communication. Engineer will advise Contractor in writing of any negative determination.

D. *Effect of Engineer's Determination*: Neither approval nor denial of an "or-equal" request shall result in any change in Contract Price. The Engineer's denial of an "or-equal" request shall be final and binding, and may not be reversed through an appeal under any provision of the Contract Documents.

E. *Treatment as a Substitution Request*: If Engineer determines that an item of material or equipment proposed by Contractor does not qualify as an "or-equal" item, Contractor may request that Engineer considered the proposed item as a substitute pursuant to Paragraph 7.05.

7.05    *Substitutes*

A. Unless the specification or description of an item of material or equipment required to be furnished under the Contract Documents contains or is followed by words reading that no substitution is permitted, Contractor may request that Engineer authorize the use of other items of material or equipment under the circumstances described below. To the extent possible such requests shall be made before commencement of related construction at the Site.

1. Contractor shall submit sufficient information as provided below to allow Engineer to determine if the item of material or equipment proposed is functionally equivalent to that named and an acceptable substitute therefor. Engineer will not accept requests for review of proposed substitute items of material or equipment from anyone other than Contractor.

2. The requirements for review by Engineer will be as set forth in Paragraph 7.05.B, as supplemented by the Specifications, and as Engineer may decide is appropriate under the circumstances.

3. Contractor shall make written application to Engineer for review of a proposed substitute item of material or equipment that Contractor seeks to furnish or use. The application:

   a. shall certify that the proposed substitute item will:

      1) perform adequately the functions and achieve the results called for by the general design,

      2) be similar in substance to that specified, and

      3) be suited to the same use as that specified.

   b. will state:

      1) the extent, if any, to which the use of the proposed substitute item will necessitate a change in Contract Times,

      2) whether use of the proposed substitute item in the Work will require a change in any of the Contract Documents (or in the provisions of any other direct contract with Owner for other work on the Project) to adapt the design to the proposed substitute item, and

      3) whether incorporation or use of the proposed substitute item in connection with the Work is subject to payment of any license fee or royalty.

   c. will identify:

      1) all variations of the proposed substitute item from that specified, and

      2) available engineering, sales, maintenance, repair, and replacement services.

   d. shall contain an itemized estimate of all costs or credits that will result directly or indirectly from use of such substitute item, including but not limited to changes in

Contract Price, shared savings, costs of redesign, and claims of other contractors affected by any resulting change.

B.  *Engineer's Evaluation and Determination*: Engineer will be allowed a reasonable time to evaluate each substitute request, and to obtain comments and direction from Owner. Engineer may require Contractor to furnish additional data about the proposed substitute item. Engineer will be the sole judge of acceptability. No substitute will be ordered, furnished, installed, or utilized until Engineer's review is complete and Engineer determines that the proposed item is an acceptable substitute. Engineer's determination will be evidenced by a Field Order or a proposed Change Order accounting for the substitution itself and all related impacts, including changes in Contract Price or Contract Times. Engineer will advise Contractor in writing of any negative determination.

C.  *Special Guarantee*: Owner may require Contractor to furnish at Contractor's expense a special performance guarantee or other surety with respect to any substitute.

D.  *Reimbursement of Engineer's Cost*: Engineer will record Engineer's costs in evaluating a substitute proposed or submitted by Contractor. Whether or not Engineer approves a substitute so proposed or submitted by Contractor, Contractor shall reimburse Owner for the reasonable charges of Engineer for evaluating each such proposed substitute. Contractor shall also reimburse Owner for the reasonable charges of Engineer for making changes in the Contract Documents (or in the provisions of any other direct contract with Owner) resulting from the acceptance of each proposed substitute.

E.  *Contractor's Expense*: Contractor shall provide all data in support of any proposed substitute at Contractor's expense.

F.  *Effect of Engineer's Determination*: If Engineer approves the substitution request, Contractor shall execute the proposed Change Order and proceed with the substitution. The Engineer's denial of a substitution request shall be final and binding, and may not be reversed through an appeal under any provision of the Contract Documents. Contractor may challenge the scope of reimbursement costs imposed under Paragraph 7.05.D, by timely submittal of a Change Proposal.

7.06   *Concerning Subcontractors, Suppliers, and Others*

A.  Contractor may retain Subcontractors and Suppliers for the performance of parts of the Work.  Such Subcontractors and Suppliers must be acceptable to Owner.

B.  Contractor shall retain specific Subcontractors, Suppliers, or other individuals or entities for the performance of designated parts of the Work if required by the Contract to do so.

C.  Subsequent to the submittal of Contractor's Bid or final negotiation of the terms of the Contract, Owner may not require Contractor to retain any Subcontractor, Supplier, or other individual or entity to furnish or perform any of the Work against which Contractor has reasonable objection.

D.  Prior to entry into any binding subcontract or purchase order, Contractor shall submit to Owner the identity of the proposed Subcontractor or Supplier (unless Owner has already deemed such proposed Subcontractor or Supplier acceptable, during the bidding process or otherwise). Such proposed Subcontractor or Supplier shall be deemed acceptable to Owner unless Owner raises a substantive, reasonable objection within five days.

E.  Owner may require the replacement of any Subcontractor, Supplier, or other individual or entity retained by Contractor to perform any part of the Work. Owner also may require Contractor to retain specific replacements; provided, however, that Owner may not require a replacement to which Contractor has a reasonable objection. If Contractor has submitted the identity of certain Subcontractors, Suppliers, or other individuals or entities for acceptance by Owner, and Owner has accepted it (either in writing or by failing to make written objection thereto), then Owner may subsequently revoke the acceptance of any such Subcontractor, Supplier, or other individual or entity so identified solely on the basis of substantive, reasonable objection after due investigation. Contractor shall submit an acceptable replacement for the rejected Subcontractor, Supplier, or other individual or entity.

F.   If Owner requires the replacement of any Subcontractor, Supplier, or other individual or entity retained by Contractor to perform any part of the Work, then Contractor shall be entitled to an adjustment in Contract Price or Contract Times, or both, with respect to the replacement; and Contractor shall initiate a Change Proposal for such adjustment within 30 days of Owner's requirement of replacement.

G.   No acceptance by Owner of any such Subcontractor, Supplier, or other individual or entity, whether initially or as a replacement, shall constitute a waiver of the right of Owner to the completion of the Work in accordance with the Contract Documents.

H.   On a monthly basis Contractor shall submit to Engineer a complete list of all Subcontractors and Suppliers having a direct contract with Contractor, and of all other Subcontractors and Suppliers known to Contractor at the time of submittal.

I.   Contractor shall be fully responsible to Owner and Engineer for all acts and omissions of the Subcontractors, Suppliers, and other individuals or entities performing or furnishing any of the Work just as Contractor is responsible for Contractor's own acts and omissions.

J.   Contractor shall be solely responsible for scheduling and coordinating the work of Subcontractors, Suppliers, and all other individuals or entities performing or furnishing any of the Work.

K.   Contractor shall restrict all Subcontractors, Suppliers, and such other individuals or entities performing or furnishing any of the Work from communicating with Engineer or Owner, except through Contractor or in case of an emergency, or as otherwise expressly allowed herein.

L.   The divisions and sections of the Specifications and the identifications of any Drawings shall not control Contractor in dividing the Work among Subcontractors or Suppliers or delineating the Work to be performed by any specific trade.

M.   All Work performed for Contractor by a Subcontractor or Supplier shall be pursuant to an appropriate contractual agreement that specifically binds the Subcontractor or Supplier to the applicable terms and conditions of the Contract Documents for the benefit of Owner and Engineer.

N.   Owner may furnish to any Subcontractor or Supplier, to the extent practicable, information about amounts paid to Contractor on account of Work performed for Contractor by the particular Subcontractor or Supplier.

O.   Nothing in the Contract Documents:

   1.   shall create for the benefit of any such Subcontractor, Supplier, or other individual or entity any contractual relationship between Owner or Engineer and any such Subcontractor, Supplier, or other individual or entity; nor

   2.   shall create any obligation on the part of Owner or Engineer to pay or to see to the payment of any money due any such Subcontractor, Supplier, or other individual or entity except as may otherwise be required by Laws and Regulations.

7.07   *Patent Fees and Royalties*

A.   Contractor shall pay all license fees and royalties and assume all costs incident to the use in the performance of the Work or the incorporation in the Work of any invention, design, process, product, or device which is the subject of patent rights or copyrights held by others. If a particular invention, design, process, product, or device is specified in the Contract Documents for use in the performance of the Work and if, to the actual knowledge of Owner or Engineer, its use is subject to patent rights or copyrights calling for the payment of any license fee or royalty to others, the existence of such rights shall be disclosed by Owner in the Contract Documents.

B.   To the fullest extent permitted by Laws and Regulations, Owner shall indemnify and hold harmless Contractor, and its officers, directors, members, partners, employees, agents, consultants, and subcontractors from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and

other professionals, and all court or arbitration or other dispute resolution costs) arising out of or relating to any infringement of patent rights or copyrights incident to the use in the performance of the Work or resulting from the incorporation in the Work of any invention, design, process, product, or device specified in the Contract Documents, but not identified as being subject to payment of any license fee or royalty to others required by patent rights or copyrights.

C.    To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to any infringement of patent rights or copyrights incident to the use in the performance of the Work or resulting from the incorporation in the Work of any invention, design, process, product, or device not specified in the Contract Documents.

7.08    *Permits*

A.    Unless otherwise provided in the Contract Documents, Contractor shall obtain and pay for all construction permits and licenses. Owner shall assist Contractor, when necessary, in obtaining such permits and licenses. Contractor shall pay all governmental charges and inspection fees necessary for the prosecution of the Work which are applicable at the time of the submission of Contractor's Bid (or when Contractor became bound under a negotiated contract). Owner shall pay all charges of utility owners for connections for providing permanent service to the Work

7.09    *Taxes*

A.    Contractor shall pay all sales, consumer, use, and other similar taxes required to be paid by Contractor in accordance with the Laws and Regulations of the place of the Project which are applicable during the performance of the Work.

7.10    *Laws and Regulations*

A.    Contractor shall give all notices required by and shall comply with all Laws and Regulations applicable to the performance of the Work. Except where otherwise expressly required by applicable Laws and Regulations, neither Owner nor Engineer shall be responsible for monitoring Contractor's compliance with any Laws or Regulations.

B.    If Contractor performs any Work or takes any other action knowing or having reason to know that it is contrary to Laws or Regulations, Contractor shall bear all resulting costs and losses, and shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such Work or other action. It shall not be Contractor's responsibility to make certain that the Work described in the Contract Documents is in accordance with Laws and Regulations, but this shall not relieve Contractor of Contractor's obligations under Paragraph 3.03.

C.    Owner or Contractor may give notice to the other party of any changes after the submission of Contractor's Bid (or after the date when Contractor became bound under a negotiated contract) in Laws or Regulations having an effect on the cost or time of performance of the Work, including but not limited to changes in Laws or Regulations having an effect on procuring permits and on sales, use, value-added, consumption, and other similar taxes. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in Contract Price or Contract Times resulting from such changes, then within 30 days of such notice Contractor may submit a Change Proposal, or Owner may initiate a Claim.

7.11    *Record Documents*

    A.    Contractor shall maintain in a safe place at the Site one printed record copy of all Drawings, Specifications, Addenda, Change Orders, Work Change Directives, Field Orders, written interpretations and clarifications, and approved Shop Drawings. Contractor shall keep such record documents in good order and annotate them to show changes made during construction. These record documents, together with all approved Samples, will be available to Engineer for reference. Upon completion of the Work, Contractor shall deliver these record documents to Engineer.

7.12    *Safety and Protection*

    A.    Contractor shall be solely responsible for initiating, maintaining, and supervising all safety precautions and programs in connection with the Work. Such responsibility does not relieve Subcontractors of their responsibility for the safety of persons or property in the performance of their work, nor for compliance with applicable safety Laws and Regulations.  Contractor shall take all necessary precautions for the safety of, and shall provide the necessary protection to prevent damage, injury, or loss to:

        1.    all persons on the Site or who may be affected by the Work;

        2.    all the Work and materials and equipment to be incorporated therein, whether in storage on or off the Site; and

        3.    other property at the Site or adjacent thereto, including trees, shrubs, lawns, walks, pavements, roadways, structures, other work in progress, utilities, and Underground Facilities not designated for removal, relocation, or replacement in the course of construction.

    B.    Contractor shall comply with all applicable Laws and Regulations relating to the safety of persons or property, or to the protection of persons or property from damage, injury, or loss; and shall erect and maintain all necessary safeguards for such safety and protection. Contractor shall notify Owner; the owners of adjacent property, Underground Facilities, and other utilities; and other contractors and utility owners performing work at or adjacent to the Site, when prosecution of the Work may affect them, and shall cooperate with them in the protection, removal, relocation, and replacement of their property or work in progress.

    C.    Contractor shall comply with the applicable requirements of Owner's safety programs, if any. The Supplementary Conditions identify any Owner's safety programs that are applicable to the Work.

    D.    Contractor shall inform Owner and Engineer of the specific requirements of Contractor's safety program with which Owner's and Engineer's employees and representatives must comply while at the Site.

    E.    All damage, injury, or loss to any property referred to in Paragraph 7.12.A.2 or 7.12.A.3 caused, directly or indirectly, in whole or in part, by Contractor, any Subcontractor, Supplier, or any other individual or entity directly or indirectly employed by any of them to perform any of the Work, or anyone for whose acts any of them may be liable, shall be remedied by Contractor at its expense (except damage or loss attributable to the fault of Drawings or Specifications or to the acts or omissions of Owner or Engineer or anyone employed by any of them, or anyone for whose acts any of them may be liable, and not attributable, directly or indirectly, in whole or in part, to the fault or negligence of Contractor or any Subcontractor, Supplier, or other individual or entity directly or indirectly employed by any of them).

    F.    Contractor's duties and responsibilities for safety and protection shall continue until such time as all the Work is completed and Engineer has issued a notice to Owner and Contractor in accordance with Paragraph 15.06.B that the Work is acceptable (except as otherwise expressly provided in connection with Substantial Completion).

    G.    Contractor's duties and responsibilities for safety and protection shall resume whenever Contractor or any Subcontractor or Supplier returns to the Site to fulfill warranty or correction obligations, or to conduct other tasks arising from the Contract Documents.

7.13    *Safety Representative*

    A.    Contractor shall designate a qualified and experienced safety representative at the Site whose duties and responsibilities shall be the prevention of accidents and the maintaining and supervising of safety precautions and programs.

7.14    *Hazard Communication Programs*

    A.    Contractor shall be responsible for coordinating any exchange of material safety data sheets or other hazard communication information required to be made available to or exchanged between or among employers at the Site in accordance with Laws or Regulations.

7.15    *Emergencies*

    A.    In emergencies affecting the safety or protection of persons or the Work or property at the Site or adjacent thereto, Contractor is obligated to act to prevent threatened damage, injury, or loss. Contractor shall give Engineer prompt written notice if Contractor believes that any significant changes in the Work or variations from the Contract Documents have been caused thereby or are required as a result thereof. If Engineer determines that a change in the Contract Documents is required because of the action taken by Contractor in response to such an emergency, a Work Change Directive or Change Order will be issued.

7.16    *Shop Drawings, Samples, and Other Submittals*

    A.    *Shop Drawing and Sample Submittal Requirements*:

        1.    Before submitting a Shop Drawing or Sample, Contractor shall have:

            a.    reviewed and coordinated the Shop Drawing or Sample with other Shop Drawings and Samples and with the requirements of the Work and the Contract Documents;

            b.    determined and verified all field measurements, quantities, dimensions, specified performance and design criteria, installation requirements, materials, catalog numbers, and similar information with respect thereto;

            c.    determined and verified the suitability of all materials and equipment offered with respect to the indicated application, fabrication, shipping, handling, storage, assembly, and installation pertaining to the performance of the Work; and

            d.    determined and verified all information relative to Contractor's responsibilities for means, methods, techniques, sequences, and procedures of construction, and safety precautions and programs incident thereto.

        2.    Each submittal shall bear a stamp or specific written certification that Contractor has satisfied Contractor's obligations under the Contract Documents with respect to Contractor's review of that submittal, and that Contractor approves the submittal.

        3.    With each submittal, Contractor shall give Engineer specific written notice of any variations that the Shop Drawing or Sample may have from the requirements of the Contract Documents. This notice shall be set forth in a written communication separate from the Shop Drawings or Sample submittal; and, in addition, in the case of Shop Drawings by a specific notation made on each Shop Drawing submitted to Engineer for review and approval of each such variation.

    B.    *Submittal Procedures for Shop Drawings and Samples*: Contractor shall submit Shop Drawings and Samples to Engineer for review and approval in accordance with the accepted Schedule of Submittals. Each submittal will be identified as Engineer may require.

        1.    *Shop Drawings*:

            a.    Contractor shall submit the number of copies required in the Specifications.

            b.    Data shown on the Shop Drawings will be complete with respect to quantities, dimensions, specified performance and design criteria, materials, and similar data to show Engineer the services, materials, and equipment Contractor proposes to provide and to enable Engineer to review the information for the limited purposes required by Paragraph 7.16.D.

2.  *Samples*:

    a.  Contractor shall submit the number of Samples required in the Specifications.

    b.  Contractor shall clearly identify each Sample as to material, Supplier, pertinent data such as catalog numbers, the use for which intended and other data as Engineer may require to enable Engineer to review the submittal for the limited purposes required by Paragraph 7.16.D.

3.  Where a Shop Drawing or Sample is required by the Contract Documents or the Schedule of Submittals, any related Work performed prior to Engineer's review and approval of the pertinent submittal will be at the sole expense and responsibility of Contractor.

C.  *Other Submittals*: Contractor shall submit other submittals to Engineer in accordance with the accepted Schedule of Submittals, and pursuant to the applicable terms of the Specifications.

D.  *Engineer's Review*:

1.  Engineer will provide timely review of Shop Drawings and Samples in accordance with the Schedule of Submittals acceptable to Engineer. Engineer's review and approval will be only to determine if the items covered by the submittals will, after installation or incorporation in the Work, conform to the information given in the Contract Documents and be compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents.

2.  Engineer's review and approval will not extend to means, methods, techniques, sequences, or procedures of construction or to safety precautions or programs incident thereto.

3.  Engineer's review and approval of a separate item as such will not indicate approval of the assembly in which the item functions.

4.  Engineer's review and approval of a Shop Drawing or Sample shall not relieve Contractor from responsibility for any variation from the requirements of the Contract Documents unless Contractor has complied with the requirements of Paragraph 7.16.A.3 and Engineer has given written approval of each such variation by specific written notation thereof incorporated in or accompanying the Shop Drawing or Sample. Engineer will document any such approved variation from the requirements of the Contract Documents in a Field Order.

5.  Engineer's review and approval of a Shop Drawing or Sample shall not relieve Contractor from responsibility for complying with the requirements of Paragraph 7.16.A and B.

6.  Engineer's review and approval of a Shop Drawing or Sample, or of a variation from the requirements of the Contract Documents, shall not, under any circumstances, change the Contract Times or Contract Price, unless such changes are included in a Change Order.

7.  Neither Engineer's receipt, review, acceptance or approval of a Shop Drawing, Sample, or other submittal shall result in such item becoming a Contract Document.

8.  Contractor shall perform the Work in compliance with the requirements and commitments set forth in approved Shop Drawings and Samples, subject to the provisions of Paragraph 7.16.D.4.

E.  *Resubmittal Procedures*:

1.  Contractor shall make corrections required by Engineer and shall return the required number of corrected copies of Shop Drawings and submit, as required, new Samples for review and approval. Contractor shall direct specific attention in writing to revisions other than the corrections called for by Engineer on previous submittals.

2.  Contractor shall furnish required submittals with sufficient information and accuracy to obtain required approval of an item with no more than three submittals. Engineer will record Engineer's time for reviewing a fourth or subsequent submittal of a Shop Drawings, sample, or other item requiring approval, and Contractor shall be responsible for Engineer's charges to Owner for such time. Owner may impose a set-off against payments due to Contractor to secure reimbursement for such charges.

3.  If Contractor requests a change of a previously approved submittal item, Contractor shall be responsible for Engineer's charges to Owner for its review time, and Owner may impose a set-off against payments due to Contractor to secure reimbursement for such charges, unless the need for such change is beyond the control of Contractor.

7.17   *Contractor's General Warranty and Guarantee*

A.  Contractor warrants and guarantees to Owner that all Work will be in accordance with the Contract Documents and will not be defective. Engineer and its officers, directors, members, partners, employees, agents, consultants, and subcontractors shall be entitled to rely on Contractor's warranty and guarantee.

B.  Contractor's warranty and guarantee hereunder excludes defects or damage caused by:

1.  abuse, modification, or improper maintenance or operation by persons other than Contractor, Subcontractors, Suppliers, or any other individual or entity for whom Contractor is responsible; or

2.  normal wear and tear under normal usage.

C.  Contractor's obligation to perform and complete the Work in accordance with the Contract Documents shall be absolute. None of the following will constitute an acceptance of Work that is not in accordance with the Contract Documents or a release of Contractor's obligation to perform the Work in accordance with the Contract Documents:

1.  observations by Engineer;

2.  recommendation by Engineer or payment by Owner of any progress or final payment;

3.  the issuance of a certificate of Substantial Completion by Engineer or any payment related thereto by Owner;

4.  use or occupancy of the Work or any part thereof by Owner;

5.  any review and approval of a Shop Drawing or Sample submittal;

6.  the issuance of a notice of acceptability by Engineer;

7.  any inspection, test, or approval by others; or

8.  any correction of defective Work by Owner.

D.  If the Contract requires the Contractor to accept the assignment of a contract entered into by Owner, then the specific warranties, guarantees, and correction obligations contained in the assigned contract shall govern with respect to Contractor's performance obligations to Owner for the Work described in the assigned contract.

7.18   *Indemnification*

A.  To the fullest extent permitted by Laws and Regulations, and in addition to any other obligations of Contractor under the Contract  or otherwise, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to the performance of the Work, provided that any such claim, cost, loss, or damage is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property (other than the Work itself), including the loss of use resulting therefrom but only to the extent caused by any  negligent act or omission of Contractor, any Subcontractor, any Supplier, or any

individual or entity directly or indirectly employed by any of them to perform any of the Work or anyone for whose acts any of them may be liable.

B. In any and all claims against Owner or Engineer or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors by any employee (or the survivor or personal representative of such employee) of Contractor, any Subcontractor, any Supplier, or any individual or entity directly or indirectly employed by any of them to perform any of the Work, or anyone for whose acts any of them may be liable, the indemnification obligation under Paragraph 7.18.A shall not be limited in any way by any limitation on the amount or type of damages, compensation, or benefits payable by or for Contractor or any such Subcontractor, Supplier, or other individual or entity under workers' compensation acts, disability benefit acts, or other employee benefit acts.

C. The indemnification obligations of Contractor under Paragraph 7.18.A shall not extend to the liability of Engineer and Engineer's officers, directors, members, partners, employees, agents, consultants and subcontractors arising out of:

1. the preparation or approval of, or the failure to prepare or approve maps, Drawings, opinions, reports, surveys, Change Orders, designs, or Specifications; or

2. giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

7.19    *Delegation of Professional Design Services*

A. Contractor will not be required to provide professional design services unless such services are specifically required by the Contract Documents for a portion of the Work or unless such services are required to carry out Contractor's responsibilities for construction means, methods, techniques, sequences and procedures. Contractor shall not be required to provide professional services in violation of applicable Laws and Regulations.

B. If professional design services or certifications by a design professional related to systems, materials, or equipment are specifically required of Contractor by the Contract Documents, Owner and Engineer will specify all performance and design criteria that such services must satisfy. Contractor shall cause such services or certifications to be provided by a properly licensed professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, and other submittals prepared by such professional. Shop Drawings and other submittals related to the Work designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to Engineer.

C. Owner and Engineer shall be entitled to rely upon the adequacy, accuracy, and completeness of the services, certifications, or approvals performed by such design professionals, provided Owner and Engineer have specified to Contractor all performance and design criteria that such services must satisfy.

D. Pursuant to this paragraph, Engineer's review and approval of design calculations and design drawings will be only for the limited purpose of checking for conformance with performance and design criteria given and the design concept expressed in the Contract Documents. Engineer's review and approval of Shop Drawings and other submittals (except design calculations and design drawings) will be only for the purpose stated in Paragraph 7.16.D.1.

E. Contractor shall not be responsible for the adequacy of the performance or design criteria specified by Owner or Engineer.

## ARTICLE 8 – OTHER WORK AT THE SITE

8.01    *Other Work*

A. In addition to and apart from the Work under the Contract Documents, the Owner may perform other work at or adjacent to the Site. Such other work may be performed by Owner's employees, or through contracts between the Owner and third parties. Owner may also

arrange to have third-party utility owners perform work on their utilities and facilities at or adjacent to the Site.

B.   If Owner performs other work at or adjacent to the Site with Owner's employees, or through contracts for such other work, then Owner shall give Contractor written notice thereof prior to starting any such other work. If Owner has advance information regarding the start of any utility work at or adjacent to the Site, Owner shall provide such information to Contractor.

C.   Contractor shall afford each other contractor that performs such other work, each utility owner performing other work, and Owner, if Owner is performing other work with Owner's employees, proper and safe access to the Site, and provide a reasonable opportunity for the introduction and storage of materials and equipment and the execution of such other work. Contractor shall do all cutting, fitting, and patching of the Work that may be required to properly connect or otherwise make its several parts come together and properly integrate with such other work. Contractor shall not endanger any work of others by cutting, excavating, or otherwise altering such work; provided, however, that Contractor may cut or alter others' work with the written consent of Engineer and the others whose work will be affected.

D.   If the proper execution or results of any part of Contractor's Work depends upon work performed by others under this Article 8, Contractor shall inspect such other work and promptly report to Engineer in writing any delays, defects, or deficiencies in such other work that render it unavailable or unsuitable for the proper execution and results of Contractor's Work. Contractor's failure to so report will constitute an acceptance of such other work as fit and proper for integration with Contractor's Work except for latent defects and deficiencies in such other work.

8.02   *Coordination*

A.   If Owner intends to contract with others for the performance of other work at or adjacent to the Site, to perform other work at or adjacent to the Site with Owner's employees, or to arrange to have utility owners perform work at or adjacent to the Site, the following will be set forth in the Supplementary Conditions or provided to Contractor prior to the start of any such other work:

1.   the identity of the individual or entity that will have authority and responsibility for coordination of the activities among the various contractors;

2.   an itemization of the specific matters to be covered by such authority and responsibility; and

3.   the extent of such authority and responsibilities.

B.   Unless otherwise provided in the Supplementary Conditions, Owner shall have sole authority and responsibility for such coordination.

8.03   *Legal Relationships*

A.   If, in the course of performing other work at or adjacent to the Site for Owner, the Owner's employees, any other contractor working for Owner, or any utility owner causes damage to the Work or to the property of Contractor or its Subcontractors, or delays, disrupts, interferes with, or increases the scope or cost of the performance of the Work, through actions or inaction, then Contractor shall be entitled to an equitable adjustment in the Contract Price or the Contract Times, or both. Contractor must submit any Change Proposal seeking an equitable adjustment in the Contract Price or the Contract Times under this paragraph within 30 days of the damaging, delaying, disrupting, or interfering event. The entitlement to, and extent of, any such equitable adjustment shall take into account information (if any) regarding such other work that was provided to Contractor in the Contract Documents prior to the submittal of the Bid or the final negotiation of the terms of the Contract. When applicable, any such equitable adjustment in Contract Price shall be conditioned on Contractor assigning to Owner all Contractor's rights against such other contractor or utility owner with respect to the damage, delay, disruption, or interference that is the subject of the adjustment. Contractor's entitlement to an adjustment of the Contract Times is conditioned

on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times.

B. Contractor shall take reasonable and customary measures to avoid damaging, delaying, disrupting, or interfering with the work of Owner, any other contractor, or any utility owner performing other work at or adjacent to the Site. If Contractor fails to take such measures and as a result damages, delays, disrupts, or interferes with the work of any such other contractor or utility owner, then Owner may impose a set-off against payments due to Contractor, and assign to such other contractor or utility owner the Owner's contractual rights against Contractor with respect to the breach of the obligations set forth in this paragraph.

C. When Owner is performing other work at or adjacent to the Site with Owner's employees, Contractor shall be liable to Owner for damage to such other work, and for the reasonable direct delay, disruption, and interference costs incurred by Owner as a result of Contractor's failure to take reasonable and customary measures with respect to Owner's other work. In response to such damage, delay, disruption, or interference, Owner may impose a set-off against payments due to Contractor.

D. If Contractor damages, delays, disrupts, or interferes with the work of any other contractor, or any utility owner performing other work at or adjacent to the Site, through Contractor's failure to take reasonable and customary measures to avoid such impacts, or if any claim arising out of Contractor's actions, inactions, or negligence in performance of the Work at or adjacent to the Site is made by any such other contractor or utility owner against Contractor, Owner, or Engineer, then Contractor shall (1) promptly attempt to settle the claim as to all parties through negotiations with such other contractor or utility owner, or otherwise resolve the claim by arbitration or other dispute resolution proceeding or at law, and (2) indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against any such claims, and against all costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such damage, delay, disruption, or interference.

## ARTICLE 9 – OWNER'S RESPONSIBILITIES

9.01    *Communications to Contractor*

A. Except as otherwise provided in these General Conditions, Owner shall issue all communications to Contractor through Engineer.

9.02    *Replacement of Engineer*

A. Owner may at its discretion appoint an engineer to replace Engineer, provided Contractor makes no reasonable objection to the replacement engineer. The replacement engineer's status under the Contract Documents shall be that of the former Engineer.

9.03    *Furnish Data*

A. Owner shall promptly furnish the data required of Owner under the Contract Documents.

9.04    *Pay When Due*

A. Owner shall make payments to Contractor when they are due as provided in the Agreement.

9.05    *Lands and Easements; Reports, Tests, and Drawings*

A. Owner's duties with respect to providing lands and easements are set forth in Paragraph 5.01.

B. Owner's duties with respect to providing engineering surveys to establish reference points are set forth in Paragraph 4.03.

C.  Article 5 refers to Owner's identifying and making available to Contractor copies of reports of explorations and tests of conditions at the Site, and drawings of physical conditions relating to existing surface or subsurface structures at the Site.

9.06  *Insurance*

A.  Owner's responsibilities, if any, with respect to purchasing and maintaining liability and property insurance are set forth in Article 6.

9.07  *Change Orders*

A.  Owner's responsibilities with respect to Change Orders are set forth in Article 11.

9.08  *Inspections, Tests, and Approvals*

A.  Owner's responsibility with respect to certain inspections, tests, and approvals is set forth in Paragraph 14.02.B.

9.09  *Limitations on Owner's Responsibilities*

A.  The Owner shall not supervise, direct, or have control or authority over, nor be responsible for, Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work. Owner will not be responsible for Contractor's failure to perform the Work in accordance with the Contract Documents.

9.10  *Undisclosed Hazardous Environmental Condition*

A.  Owner's responsibility in respect to an undisclosed Hazardous Environmental Condition is set forth in Paragraph 5.06.

9.11  *Evidence of Financial Arrangements*

A.  Upon request of Contractor, Owner shall furnish Contractor reasonable evidence that financial arrangements have been made to satisfy Owner's obligations under the Contract Documents (including obligations under proposed changes in the Work).

9.12  *Safety Programs*

A.  While at the Site, Owner's employees and representatives shall comply with the specific applicable requirements of Contractor's safety programs of which Owner has been informed.

B.  Owner shall furnish copies of any applicable Owner safety programs to Contractor.

## ARTICLE 10 – ENGINEER'S STATUS DURING CONSTRUCTION

10.01  *Owner's Representative*

A.  Engineer will be Owner's representative during the construction period. The duties and responsibilities and the limitations of authority of Engineer as Owner's representative during construction are set forth in the Contract.

10.02  *Visits to Site*

A.  Engineer will make visits to the Site at intervals appropriate to the various stages of construction as Engineer deems necessary in order to observe as an experienced and qualified design professional the progress that has been made and the quality of the various aspects of Contractor's executed Work. Based on information obtained during such visits and observations, Engineer, for the benefit of Owner, will determine, in general, if the Work is proceeding in accordance with the Contract Documents. Engineer will not be required to make exhaustive or continuous inspections on the Site to check the quality or quantity of the Work. Engineer's efforts will be directed toward providing for Owner a greater degree of confidence that the completed Work will conform generally to the Contract Documents. On the basis of such visits and observations, Engineer will keep Owner informed of the progress of the Work and will endeavor to guard Owner against defective Work.

B.  Engineer's visits and observations are subject to all the limitations on Engineer's authority and responsibility set forth in Paragraph 10.08. Particularly, but without limitation, during or as a result of Engineer's visits or observations of Contractor's Work, Engineer will not supervise, direct, control, or have authority over or be responsible for Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work.

10.03   *Project Representative*

A.  If Owner and Engineer have agreed that Engineer will furnish a Resident Project Representative to represent Engineer at the Site and assist Engineer in observing the progress and quality of the Work, then the authority and responsibilities of any such Resident Project Representative will be as provided in the Supplementary Conditions, and limitations on the responsibilities thereof will be as provided in Paragraph 10.08. If Owner designates another representative or agent to represent Owner at the Site who is not Engineer's consultant, agent, or employee, the responsibilities and authority and limitations thereon of such other individual or entity will be as provided in the Supplementary Conditions.

10.04   *Rejecting Defective Work*

A.  Engineer has the authority to reject Work in accordance with Article 14.

10.05   *Shop Drawings, Change Orders and Payments*

A.  Engineer's authority, and limitations thereof, as to Shop Drawings and Samples, are set forth in Paragraph 7.16.

B.  Engineer's authority, and limitations thereof, as to design calculations and design drawings submitted in response to a delegation of professional design services, if any, are set forth in Paragraph 7.19.

C.  Engineer's authority as to Change Orders is set forth in Article 11.

D.  Engineer's authority as to Applications for Payment is set forth in Article 15.

10.06   *Determinations for Unit Price Work*

A.  Engineer will determine the actual quantities and classifications of Unit Price Work performed by Contractor as set forth in Paragraph 13.03.

10.07   *Decisions on Requirements of Contract Documents and Acceptability of Work*

A.  Engineer will render decisions regarding the requirements of the Contract Documents, and judge the acceptability of the Work, pursuant to the specific procedures set forth herein for initial interpretations, Change Proposals, and acceptance of the Work. In rendering such decisions and judgments, Engineer will not show partiality to Owner or Contractor, and will not be liable to Owner, Contractor, or others in connection with any proceedings, interpretations, decisions, or judgments conducted or rendered in good faith.

10.08   *Limitations on Engineer's Authority and Responsibilities*

A.  Neither Engineer's authority or responsibility under this Article 10 or under any other provision of the Contract, nor any decision made by Engineer in good faith either to exercise or not exercise such authority or responsibility or the undertaking, exercise, or performance of any authority or responsibility by Engineer, shall create, impose, or give rise to any duty in contract, tort, or otherwise owed by Engineer to Contractor, any Subcontractor, any Supplier, any other individual or entity, or to any surety for or employee or agent of any of them.

B.  Engineer will not supervise, direct, control, or have authority over or be responsible for Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work. Engineer will not be responsible for Contractor's failure to perform the Work in accordance with the Contract Documents.

C. Engineer will not be responsible for the acts or omissions of Contractor or of any Subcontractor, any Supplier, or of any other individual or entity performing any of the Work.

D. Engineer's review of the final Application for Payment and accompanying documentation and all maintenance and operating instructions, schedules, guarantees, bonds, certificates of inspection, tests and approvals, and other documentation required to be delivered by Paragraph 15.06.A will only be to determine generally that their content complies with the requirements of, and in the case of certificates of inspections, tests, and approvals, that the results certified indicate compliance with the Contract Documents.

E. The limitations upon authority and responsibility set forth in this Paragraph 10.08 shall also apply to the Resident Project Representative, if any.

10.09   *Compliance with Safety Program*

A. While at the Site, Engineer's employees and representatives will comply with the specific applicable requirements of Owner's and Contractor's safety programs (if any) of which Engineer has been informed.

**ARTICLE 11 – AMENDING THE CONTRACT DOCUMENTS; CHANGES IN THE WORK**

11.01   *Amending and Supplementing Contract Documents*

A. The Contract Documents may be amended or supplemented by a Change Order, a Work Change Directive, or a Field Order.

   1. *Change Orders*:

      a. If an amendment or supplement to the Contract Documents includes a change in the Contract Price or the Contract Times, such amendment or supplement must be set forth in a Change Order. A Change Order also may be used to establish amendments and supplements of the Contract Documents that do not affect the Contract Price or Contract Times.

      b. Owner and Contractor may amend those terms and conditions of the Contract Documents that do not involve (1) the performance or acceptability of the Work, (2) the design (as set forth in the Drawings, Specifications, or otherwise), or (3) other engineering or technical matters, without the recommendation of the Engineer. Such an amendment shall be set forth in a Change Order.

   2. *Work Change Directives*: A Work Change Directive will not change the Contract Price or the Contract Times but is evidence that the parties expect that the modification ordered or documented by a Work Change Directive will be incorporated in a subsequently issued Change Order, following negotiations by the parties as to the Work Change Directive's effect, if any, on the Contract Price and Contract Times; or, if negotiations are unsuccessful, by a determination under the terms of the Contract Documents governing adjustments, expressly including Paragraph 11.04 regarding change of Contract Price. Contractor must submit any Change Proposal seeking an adjustment of the Contract Price or the Contract Times, or both, no later than 30 days after the completion of the Work set out in the Work Change Directive.  Owner must submit any Claim seeking an adjustment of the Contract Price or the Contract Times, or both, no later than 60 days after issuance of the Work Change Directive.

   3. *Field Orders*: Engineer may authorize minor changes in the Work if the changes do not involve an adjustment in the Contract Price or the Contract Times and are compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. Such changes will be accomplished by a Field Order and will be binding on Owner and also on Contractor, which shall perform the Work involved promptly. If Contractor believes that a Field Order justifies an adjustment in the Contract Price or Contract Times, or both, then before proceeding with the Work at issue, Contractor shall submit a Change Proposal as provided herein.

11.02    *Owner-Authorized Changes in the Work*

A.    Without invalidating the Contract and without notice to any surety, Owner may, at any time or from time to time, order additions, deletions, or revisions in the Work. Such changes shall be supported by Engineer's recommendation, to the extent the change involves the design (as set forth in the Drawings, Specifications, or otherwise), or other engineering or technical matters. Such changes may be accomplished by a Change Order, if Owner and Contractor have agreed as to the effect, if any, of the changes on Contract Times or Contract Price; or by a Work Change Directive. Upon receipt of any such document, Contractor shall promptly proceed with the Work involved; or, in the case of a deletion in the Work, promptly cease construction activities with respect to such deleted Work. Added or revised Work shall be performed under the applicable conditions of the Contract Documents. Nothing in this paragraph shall obligate Contractor to undertake work that Contractor reasonably concludes cannot be performed in a manner consistent with Contractor's safety obligations under the Contract Documents or Laws and Regulations.

11.03    *Unauthorized Changes in the Work*

A.    Contractor shall not be entitled to an increase in the Contract Price or an extension of the Contract Times with respect to any work performed that is not required by the Contract Documents, as amended, modified, or supplemented, except in the case of an emergency as provided in Paragraph 7.15 or in the case of uncovering Work as provided in Paragraph 14.05.

11.04    *Change of Contract Price*

A.    The Contract Price may only be changed by a Change Order. Any Change Proposal for an adjustment in the Contract Price shall comply with the provisions of Paragraph 11.06.  Any Claim for an adjustment of Contract Price shall comply with the provisions of Article 12.

B.    An adjustment in the Contract Price will be determined as follows:

1.    where the Work involved is covered by unit prices contained in the Contract Documents, then by application of such unit prices to the quantities of the items involved (subject to the provisions of Paragraph 13.03); or

2.    where the Work involved is not covered by unit prices contained in the Contract Documents, then by a mutually agreed lump sum (which may include an allowance for overhead and profit not necessarily in accordance with Paragraph 11.04.C.2); or

3.    where the Work involved is not covered by unit prices contained in the Contract Documents and the parties do not reach mutual agreement to a lump sum, then on the basis of the Cost of the Work (determined as provided in Paragraph 13.01) plus a Contractor's fee for overhead and profit (determined as provided in Paragraph 11.04.C).

C.    *Contractor's Fee*: When applicable, the Contractor's fee for overhead and profit shall be determined as follows:

1.    a mutually acceptable fixed fee; or

2.    if a fixed fee is not agreed upon, then a fee based on the following percentages of the various portions of the Cost of the Work:

a.    for costs incurred under Paragraphs 13.01.B.1 and 13.01.B.2, the Contractor's fee shall be 15 percent;

b.    for costs incurred under Paragraph 13.01.B.3, the Contractor's fee shall be five percent;

c.    where one or more tiers of subcontracts are on the basis of Cost of the Work plus a fee and no fixed fee is agreed upon, the intent of Paragraphs 11.01.C.2.a and 11.01.C.2.b is that the Contractor's fee shall be based on: (1) a fee of 15 percent of the costs incurred under Paragraphs 13.01.A.1 and 13.01.A.2 by the Subcontractor that actually performs the Work, at whatever tier, and (2) with respect to Contractor itself and to any Subcontractors of a tier higher than that of the Subcontractor that actually performs the Work, a fee of five percent of the

amount (fee plus underlying costs incurred) attributable to the next lower tier Subcontractor; provided, however, that for any such subcontracted work the maximum total fee to be paid by Owner shall be no greater than 27 percent of the costs incurred by the Subcontractor that actually performs the work;

d.   no fee shall be payable on the basis of costs itemized under Paragraphs 13.01.B.4, 13.01.B.5, and 13.01.C;

e.   the amount of credit to be allowed by Contractor to Owner for any change which results in a net decrease in cost will be the amount of the actual net decrease in cost plus a deduction in Contractor's fee by an amount equal to five percent of such net decrease; and

f.   when both additions and credits are involved in any one change, the adjustment in Contractor's fee shall be computed on the basis of the net change in accordance with Paragraphs 11.04.C.2.a through 11.04.C.2.e, inclusive.

11.05   *Change of Contract Times*

A.   The Contract Times may only be changed by a Change Order. Any Change Proposal for an adjustment in the Contract Times shall comply with the provisions of Paragraph 11.06. Any Claim for an adjustment in the Contract Times shall comply with the provisions of Article 12.

B.   An adjustment of the Contract Times shall be subject to the limitations set forth in Paragraph 4.05, concerning delays in Contractor's progress.

11.06   *Change Proposals*

A.   Contractor shall submit a Change Proposal to Engineer to request an adjustment in the Contract Times or Contract Price; appeal an initial decision by Engineer concerning the requirements of the Contract Documents or relating to the acceptability of the Work under the Contract Documents; contest a set-off against payment due; or seek other relief under the Contract. The Change Proposal shall specify any proposed change in Contract Times or Contract Price, or both, or other proposed relief, and explain the reason for the proposed change, with citations to any governing or applicable provisions of the Contract Documents.

1.   *Procedures*: Contractor shall submit each Change Proposal to Engineer promptly (but in no event later than 30 days) after the start of the event giving rise thereto, or after such initial decision. The Contractor shall submit supporting data, including the proposed change in Contract Price or Contract Time (if any), to the Engineer and Owner within 15 days after the submittal of the Change Proposal. The supporting data shall be accompanied by a written statement that the supporting data are accurate and complete, and that any requested time or price adjustment is the entire adjustment to which Contractor believes it is entitled as a result of said event. Engineer will advise Owner regarding the Change Proposal, and consider any comments or response from Owner regarding the Change Proposal.

2.   *Engineer's Action*: Engineer will review each Change Proposal and, within 30 days after receipt of the Contractor's supporting data, either deny the Change Proposal in whole, approve it in whole, or deny it in part and approve it in part. Such actions shall be in writing, with a copy provided to Owner and Contractor. If Engineer does not take action on the Change Proposal within 30 days, then either Owner or Contractor may at any time thereafter submit a letter to the other party indicating that as a result of Engineer's inaction the Change Proposal is deemed denied, thereby commencing the time for appeal of the denial under Article 12.

3.   *Binding Decision*: Engineer's decision will be final and binding upon Owner and Contractor, unless Owner or Contractor appeals the decision by filing a Claim under Article 12.

B.   *Resolution of Certain Change Proposals*: If the Change Proposal does not involve the design (as set forth in the Drawings, Specifications, or otherwise), the acceptability of the Work, or other engineering or technical matters, then Engineer will notify the parties that the Engineer is unable to resolve the Change Proposal. For purposes of further resolution of such a

Change Proposal, such notice shall be deemed a denial, and Contractor may choose to seek resolution under the terms of Article 12.

11.07    *Execution of Change Orders*

A.    Owner and Contractor shall execute appropriate Change Orders covering:

1.    changes in the Contract Price or Contract Times which are agreed to by the parties, including any undisputed sum or amount of time for Work actually performed in accordance with a Work Change Directive;

2.    changes in Contract Price resulting from an Owner set-off, unless Contractor has duly contested such set-off;

3.    changes in the Work which are: (a) ordered by Owner pursuant to Paragraph 11.02, (b) required because of Owner's acceptance of defective Work under Paragraph 14.04 or Owner's correction of defective Work under Paragraph 14.07, or (c) agreed to by the parties, subject to the need for Engineer's recommendation if the change in the Work involves the design (as set forth in the Drawings, Specifications, or otherwise), or other engineering or technical matters; and

4.    changes in the Contract Price or Contract Times, or other changes, which embody the substance of any final and binding results under Paragraph 11.06, or Article 12.

B.    If Owner or Contractor refuses to execute a Change Order that is required to be executed under the terms of this Paragraph 11.07, it shall be deemed to be of full force and effect, as if fully executed.

11.08    *Notification to Surety*

A.    If the provisions of any bond require notice to be given to a surety of any change affecting the general scope of the Work or the provisions of the Contract Documents (including, but not limited to, Contract Price or Contract Times), the giving of any such notice will be Contractor's responsibility. The amount of each applicable bond will be adjusted to reflect the effect of any such change.

## ARTICLE 12 – CLAIMS

12.01    *Claims*

A.    *Claims Process*: The following disputes between Owner and Contractor shall be submitted to the Claims process set forth in this Article:

1.    Appeals by Owner or Contractor of Engineer's decisions regarding Change Proposals;

2.    Owner demands for adjustments in the Contract Price or Contract Times, or other relief under the Contract Documents; and

3.    Disputes that Engineer has been unable to address because they do not involve the design (as set forth in the Drawings, Specifications, or otherwise), the acceptability of the Work, or other engineering or technical matters.

B.    *Submittal of Claim*: The party submitting a Claim shall deliver it directly to the other party to the Contract promptly (but in no event later than 30 days) after the start of the event giving rise thereto; in the case of appeals regarding Change Proposals within 30 days of the decision under appeal. The party submitting the Claim shall also furnish a copy to the Engineer, for its information only. The responsibility to substantiate a Claim shall rest with the party making the Claim. In the case of a Claim by Contractor seeking an increase in the Contract Times or Contract Price, or both, Contractor shall certify that the Claim is made in good faith, that the supporting data are accurate and complete, and that to the best of Contractor's knowledge and belief the amount of time or money requested accurately reflects the full amount to which Contractor is entitled.

C.    *Review and Resolution*: The party receiving a Claim shall review it thoroughly, giving full consideration to its merits. The two parties shall seek to resolve the Claim through the exchange of information and direct negotiations. The parties may extend the time for

resolving the Claim by mutual agreement. All actions taken on a Claim shall be stated in writing and submitted to the other party, with a copy to Engineer.

D.   *Mediation*:

1.   At any time after initiation of a Claim, Owner and Contractor may mutually agree to mediation of the underlying dispute. The agreement to mediate shall stay the Claim submittal and response process.

2.   If Owner and Contractor agree to mediation, then after 60 days from such agreement, either Owner or Contractor may unilaterally terminate the mediation process, and the Claim submittal and decision process shall resume as of the date of the termination. If the mediation proceeds but is unsuccessful in resolving the dispute, the Claim submittal and decision process shall resume as of the date of the conclusion of the mediation, as determined by the mediator.

3.   Owner and Contractor shall each pay one-half of the mediator's fees and costs.

E.   *Partial Approval*: If the party receiving a Claim approves the Claim in part and denies it in part, such action shall be final and binding unless within 30 days of such action the other party invokes the procedure set forth in Article 17 for final resolution of disputes.

F.   *Denial of Claim*: If efforts to resolve a Claim are not successful, the party receiving the Claim may deny it by giving written notice of denial to the other party. If the receiving party does not take action on the Claim within 90 days, then either Owner or Contractor may at any time thereafter submit a letter to the other party indicating that as a result of the inaction, the Claim is deemed denied, thereby commencing the time for appeal of the denial. A denial of the Claim shall be final and binding unless within 30 days of the denial the other party invokes the procedure set forth in Article 17 for the final resolution of disputes.

G.   *Final and Binding Results*: If the parties reach a mutual agreement regarding a Claim, whether through approval of the Claim, direct negotiations, mediation, or otherwise; or if a Claim is approved in part and denied in part, or denied in full, and such actions become final and binding; then the results of the agreement or action on the Claim shall be incorporated in a Change Order to the extent they affect the Contract, including the Work, the Contract Times, or the Contract Price.

## ARTICLE 13 – COST OF THE WORK; ALLOWANCES; UNIT PRICE WORK

13.01   *Cost of the Work*

A.   *Purposes for Determination of Cost of the Work*: The term Cost of the Work means the sum of all costs necessary for the proper performance of the Work at issue, as further defined below. The provisions of this Paragraph 13.01 are used for two distinct purposes:

1.   To determine Cost of the Work when Cost of the Work is a component of the Contract Price, under cost-plus-fee, time-and-materials, or other cost-based terms; or

2.   To determine the value of a Change Order, Change Proposal, Claim, set-off, or other adjustment in Contract Price. When the value of any such adjustment is determined on the basis of Cost of the Work, Contractor is entitled only to those additional or incremental costs required because of the change in the Work or because of the event giving rise to the adjustment.

B.   *Costs Included*: Except as otherwise may be agreed to in writing by Owner, costs included in the Cost of the Work shall be in amounts no higher than those prevailing in the locality of the Project, shall not include any of the costs itemized in Paragraph 13.01.C, and shall include only the following items:

1.   Payroll costs for employees in the direct employ of Contractor in the performance of the Work under schedules of job classifications agreed upon by Owner and Contractor. Such employees shall include, without limitation, superintendents, foremen, and other personnel employed full time on the Work. Payroll costs for employees not employed full time on the Work shall be apportioned on the basis of their time spent on the Work.

Payroll costs shall include, but not be limited to, salaries and wages plus the cost of fringe benefits, which shall include social security contributions, unemployment, excise, and payroll taxes, workers' compensation, health and retirement benefits, bonuses, sick leave, and vacation and holiday pay applicable thereto. The expenses of performing Work outside of regular working hours, on Saturday, Sunday, or legal holidays, shall be included in the above to the extent authorized by Owner.

2.  Cost of all materials and equipment furnished and incorporated in the Work, including costs of transportation and storage thereof, and Suppliers' field services required in connection therewith. All cash discounts shall accrue to Contractor unless Owner deposits funds with Contractor with which to make payments, in which case the cash discounts shall accrue to Owner. All trade discounts, rebates, and refunds and returns from sale of surplus materials and equipment shall accrue to Owner, and Contractor shall make provisions so that they may be obtained.

3.  Payments made by Contractor to Subcontractors for Work performed by Subcontractors. If required by Owner, Contractor shall obtain competitive bids from subcontractors acceptable to Owner and Contractor and shall deliver such bids to Owner, who will then determine, with the advice of Engineer, which bids, if any, will be acceptable. If any subcontract provides that the Subcontractor is to be paid on the basis of Cost of the Work plus a fee, the Subcontractor's Cost of the Work and fee shall be determined in the same manner as Contractor's Cost of the Work and fee as provided in this Paragraph 13.01.

4.  Costs of special consultants (including but not limited to engineers, architects, testing laboratories, surveyors, attorneys, and accountants) employed for services specifically related to the Work.

5.  Supplemental costs including the following:

    a.  The proportion of necessary transportation, travel, and subsistence expenses of Contractor's employees incurred in discharge of duties connected with the Work.

    b.  Cost, including transportation and maintenance, of all materials, supplies, equipment, machinery, appliances, office, and temporary facilities at the Site, and hand tools not owned by the workers, which are consumed in the performance of the Work, and cost, less market value, of such items used but not consumed which remain the property of Contractor.

    c.  Rentals of all construction equipment and machinery, and the parts thereof, whether rented from Contractor or others in accordance with rental agreements approved by Owner with the advice of Engineer, and the costs of transportation, loading, unloading, assembly, dismantling, and removal thereof. All such costs shall be in accordance with the terms of said rental agreements. The rental of any such equipment, machinery, or parts shall cease when the use thereof is no longer necessary for the Work.

    d.  Sales, consumer, use, and other similar taxes related to the Work, and for which Contractor is liable, as imposed by Laws and Regulations.

    e.  Deposits lost for causes other than negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, and royalty payments and fees for permits and licenses.

    f.  Losses and damages (and related expenses) caused by damage to the Work, not compensated by insurance or otherwise, sustained by Contractor in connection with the performance of the Work (except losses and damages within the deductible amounts of property insurance established in accordance with Paragraph 6.05), provided such losses and damages have resulted from causes other than the negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable. Such losses shall include settlements made with the written consent and approval

of Owner. No such losses, damages, and expenses shall be included in the Cost of the Work for the purpose of determining Contractor's fee.

    g.    The cost of utilities, fuel, and sanitary facilities at the Site.

    h.    Minor expenses such as communication service at the Site, express and courier services, and similar petty cash items in connection with the Work.

    i.    The costs of premiums for all bonds and insurance that Contractor is required by the Contract Documents to purchase and maintain.

C.    *Costs Excluded*: The term Cost of the Work shall not include any of the following items:

    1.    Payroll costs and other compensation of Contractor's officers, executives, principals (of partnerships and sole proprietorships), general managers, safety managers, engineers, architects, estimators, attorneys, auditors, accountants, purchasing and contracting agents, expediters, timekeepers, clerks, and other personnel employed by Contractor, whether at the Site or in Contractor's principal or branch office for general administration of the Work and not specifically included in the agreed upon schedule of job classifications referred to in Paragraph 13.01.B.1 or specifically covered by Paragraph 13.01.B.4. The payroll costs and other compensation excluded here are to be considered administrative costs covered by the Contractor's fee.

    2.    Expenses of Contractor's principal and branch offices other than Contractor's office at the Site.

    3.    Any part of Contractor's capital expenses, including interest on Contractor's capital employed for the Work and charges against Contractor for delinquent payments.

    4.    Costs due to the negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, including but not limited to, the correction of defective Work, disposal of materials or equipment wrongly supplied, and making good any damage to property.

    5.    Other overhead or general expense costs of any kind and the costs of any item not specifically and expressly included in Paragraph 13.01.B.

D.    *Contractor's Fee*: When the Work as a whole is performed on the basis of cost-plus, Contractor's fee shall be determined as set forth in the Agreement. When the value of any Work covered by a Change Order, Change Proposal, Claim, set-off, or other adjustment in Contract Price is determined on the basis of Cost of the Work, Contractor's fee shall be determined as set forth in Paragraph 11.04.C.

E.    *Documentation*: Whenever the Cost of the Work for any purpose is to be determined pursuant to this Article 13, Contractor will establish and maintain records thereof in accordance with generally accepted accounting practices and submit in a form acceptable to Engineer an itemized cost breakdown together with supporting data.

13.02    *Allowances*

A.    It is understood that Contractor has included in the Contract Price all allowances so named in the Contract Documents and shall cause the Work so covered to be performed for such sums and by such persons or entities as may be acceptable to Owner and Engineer.

B.    *Cash Allowances*: Contractor agrees that:

    1.    the cash allowances include the cost to Contractor (less any applicable trade discounts) of materials and equipment required by the allowances to be delivered at the Site, and all applicable taxes; and

    2.    Contractor's costs for unloading and handling on the Site, labor, installation, overhead, profit, and other expenses contemplated for the cash allowances have been included in the Contract Price and not in the allowances, and no demand for additional payment on account of any of the foregoing will be valid.

C.    *Contingency Allowance*: Contractor agrees that a contingency allowance, if any, is for the sole use of Owner to cover unanticipated costs.

D.  Prior to final payment, an appropriate Change Order will be issued as recommended by Engineer to reflect actual amounts due Contractor on account of Work covered by allowances, and the Contract Price shall be correspondingly adjusted.

13.03  *Unit Price Work*

A.  Where the Contract Documents provide that all or part of the Work is to be Unit Price Work, initially the Contract Price will be deemed to include for all Unit Price Work an amount equal to the sum of the unit price for each separately identified item of Unit Price Work times the estimated quantity of each item as indicated in the Agreement.

B.  The estimated quantities of items of Unit Price Work are not guaranteed and are solely for the purpose of comparison of Bids and determining an initial Contract Price. Payments to Contractor for Unit Price Work will be based on actual quantities.

C.  Each unit price will be deemed to include an amount considered by Contractor to be adequate to cover Contractor's overhead and profit for each separately identified item.

D.  Engineer will determine the actual quantities and classifications of Unit Price Work performed by Contractor.  Engineer will review with Contractor the Engineer's preliminary determinations on such matters before rendering a written decision thereon (by recommendation of an Application for Payment or otherwise). Engineer's written decision thereon will be final and binding (except as modified by Engineer to reflect changed factual conditions or more accurate data) upon Owner and Contractor, subject to the provisions of the following paragraph.

E.  Within 30 days of Engineer's written decision under the preceding paragraph, Contractor may submit a Change Proposal, or Owner may file a Claim, seeking an adjustment in the Contract Price if:

1.  the quantity of any item of Unit Price Work performed by Contractor differs materially and significantly from the estimated quantity of such item indicated in the Agreement;

2.  there is no corresponding adjustment with respect to any other item of Work; and

3.  Contractor believes that it is entitled to an increase in Contract Price as a result of having incurred additional expense or Owner believes that Owner is entitled to a decrease in Contract Price, and the parties are unable to agree as to the amount of any such increase or decrease.

**ARTICLE 14 – TESTS AND INSPECTIONS; CORRECTION, REMOVAL OR ACCEPTANCE OF DEFECTIVE WORK**

14.01  *Access to Work*

A.  Owner, Engineer, their consultants and other representatives and personnel of Owner, independent testing laboratories, and authorities having jurisdiction will have access to the Site and the Work at reasonable times for their observation, inspection, and testing. Contractor shall provide them proper and safe conditions for such access and advise them of Contractor's safety procedures and programs so that they may comply therewith as applicable.

14.02  *Tests, Inspections, and Approvals*

A.  Contractor shall give Engineer timely notice of readiness of the Work (or specific parts thereof) for all required inspections and tests, and shall cooperate with inspection and testing personnel to facilitate required inspections and tests.

B.  Owner shall retain and pay for the services of an independent inspector, testing laboratory, or other qualified individual or entity to perform all inspections and tests expressly required by the Contract Documents to be furnished and paid for by Owner, except that costs incurred in connection with tests or inspections of covered Work shall be governed by the provisions of Paragraph 14.05.

C.  If Laws or Regulations of any public body having jurisdiction require any Work (or part thereof) specifically to be inspected, tested, or approved by an employee or other representative of such public body, Contractor shall assume full responsibility for arranging and obtaining such inspections, tests, or approvals, pay all costs in connection therewith, and furnish Engineer the required certificates of inspection or approval.

D.  Contractor shall be responsible for arranging, obtaining, and paying for all inspections and tests required:

1.  by the Contract Documents, unless the Contract Documents expressly allocate responsibility for a specific inspection or test to Owner;

2.  to attain Owner's and Engineer's acceptance of materials or equipment to be incorporated in the Work;

3.  by manufacturers of equipment furnished under the Contract Documents;

4.  for testing, adjusting, and balancing of mechanical, electrical, and other equipment to be incorporated into the Work; and

5.  for acceptance of materials, mix designs, or equipment submitted for approval prior to Contractor's purchase thereof for incorporation in the Work.

Such inspections and tests shall be performed by independent inspectors, testing laboratories, or other qualified individuals or entities acceptable to Owner and Engineer.

E.  If the Contract Documents require the Work (or part thereof) to be approved by Owner, Engineer, or another designated individual or entity, then Contractor shall assume full responsibility for arranging and obtaining such approvals.

F.  If any Work (or the work of others) that is to be inspected, tested, or approved is covered by Contractor without written concurrence of Engineer, Contractor shall, if requested by Engineer, uncover such Work for observation. Such uncovering shall be at Contractor's expense unless Contractor had given Engineer timely notice of Contractor's intention to cover the same and Engineer had not acted with reasonable promptness in response to such notice.

14.03   *Defective Work*

A.  *Contractor's Obligation*: It is Contractor's obligation to assure that the Work is not defective.

B.  *Engineer's Authority*: Engineer has the authority to determine whether Work is defective, and to reject defective Work.

C.  *Notice of Defects*: Prompt notice of all defective Work of which Owner or Engineer has actual knowledge will be given to Contractor.

D.  *Correction, or Removal and Replacement*: Promptly after receipt of written notice of defective Work, Contractor shall correct all such defective Work, whether or not fabricated, installed, or completed, or, if Engineer has rejected the defective Work, remove it from the Project and replace it with Work that is not defective.

E.  *Preservation of Warranties*: When correcting defective Work, Contractor shall take no action that would void or otherwise impair Owner's special warranty and guarantee, if any, on said Work.

F.  *Costs and Damages*: In addition to its correction, removal, and replacement obligations with respect to defective Work, Contractor shall pay all claims, costs, losses, and damages arising out of or relating to defective Work, including but not limited to the cost of the inspection, testing, correction, removal, replacement, or reconstruction of such defective Work, fines levied against Owner by governmental authorities because the Work is defective, and the costs of repair or replacement of work of others resulting from defective Work. Prior to final payment, if Owner and Contractor are unable to agree as to the measure of such claims, costs, losses, and damages resulting from defective Work, then Owner may impose a reasonable set-off against payments due under Article 15.

14.04    *Acceptance of Defective Work*

A.    If, instead of requiring correction or removal and replacement of defective Work, Owner prefers to accept it, Owner may do so (subject, if such acceptance occurs prior to final payment, to Engineer's confirmation that such acceptance is in general accord with the design intent and applicable engineering principles, and will not endanger public safety). Contractor shall pay all claims, costs, losses, and damages attributable to Owner's evaluation of and determination to accept such defective Work (such costs to be approved by Engineer as to reasonableness), and for the diminished value of the Work to the extent not otherwise paid by Contractor. If any such acceptance occurs prior to final payment, the necessary revisions in the Contract Documents with respect to the Work shall be incorporated in a Change Order. If the parties are unable to agree as to the decrease in the Contract Price, reflecting the diminished value of Work so accepted, then Owner may impose a reasonable set-off against payments due under Article 15. If the acceptance of defective Work occurs after final payment, Contractor shall pay an appropriate amount to Owner.

14.05    *Uncovering Work*

A.    Engineer has the authority to require special inspection or testing of the Work, whether or not the Work is fabricated, installed, or completed.

B.    If any Work is covered contrary to the written request of Engineer, then Contractor shall, if requested by Engineer, uncover such Work for Engineer's observation, and then replace the covering, all at Contractor's expense.

C.    If Engineer considers it necessary or advisable that covered Work be observed by Engineer or inspected or tested by others, then Contractor, at Engineer's request, shall uncover, expose, or otherwise make available for observation, inspection, or testing as Engineer may require, that portion of the Work in question, and provide all necessary labor, material, and equipment.

1.    If it is found that the uncovered Work is defective, Contractor shall be responsible for all claims, costs, losses, and damages arising out of or relating to such uncovering, exposure, observation, inspection, and testing, and of satisfactory replacement or reconstruction (including but not limited to all costs of repair or replacement of work of others); and pending Contractor's full discharge of this responsibility the Owner shall be entitled to impose a reasonable set-off against payments due under Article 15.

2.    If the uncovered Work is not found to be defective, Contractor shall be allowed an increase in the Contract Price or an extension of the Contract Times, or both, directly attributable to such uncovering, exposure, observation, inspection, testing, replacement, and reconstruction. If the parties are unable to agree as to the amount or extent thereof, then Contractor may submit a Change Proposal within 30 days of the determination that the Work is not defective.

14.06    *Owner May Stop the Work*

A.    If the Work is defective, or Contractor fails to supply sufficient skilled workers or suitable materials or equipment, or fails to perform the Work in such a way that the completed Work will conform to the Contract Documents, then Owner may order Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, this right of Owner to stop the Work shall not give rise to any duty on the part of Owner to exercise this right for the benefit of Contractor, any Subcontractor, any Supplier, any other individual or entity, or any surety for, or employee or agent of any of them.

14.07    *Owner May Correct Defective Work*

A.    If Contractor fails within a reasonable time after written notice from Engineer to correct defective Work, or to remove and replace rejected Work as required by Engineer, or if Contractor fails to perform the Work in accordance with the Contract Documents, or if Contractor fails to comply with any other provision of the Contract Documents, then Owner may, after seven days written notice to Contractor, correct or remedy any such deficiency.

B. In exercising the rights and remedies under this Paragraph 14.07, Owner shall proceed expeditiously. In connection with such corrective or remedial action, Owner may exclude Contractor from all or part of the Site, take possession of all or part of the Work and suspend Contractor's services related thereto, and incorporate in the Work all materials and equipment stored at the Site or for which Owner has paid Contractor but which are stored elsewhere. Contractor shall allow Owner, Owner's representatives, agents and employees, Owner's other contractors, and Engineer and Engineer's consultants access to the Site to enable Owner to exercise the rights and remedies under this paragraph.

C. All claims, costs, losses, and damages incurred or sustained by Owner in exercising the rights and remedies under this Paragraph 14.07 will be charged against Contractor as set-offs against payments due under Article 15. Such claims, costs, losses and damages will include but not be limited to all costs of repair, or replacement of work of others destroyed or damaged by correction, removal, or replacement of Contractor's defective Work.

D. Contractor shall not be allowed an extension of the Contract Times because of any delay in the performance of the Work attributable to the exercise by Owner of Owner's rights and remedies under this Paragraph 14.07.

## ARTICLE 15 – PAYMENTS TO CONTRACTOR; SET-OFFS; COMPLETION; CORRECTION PERIOD

15.01  *Progress Payments*

A. *Basis for Progress Payments*: The Schedule of Values established as provided in Article 2 will serve as the basis for progress payments and will be incorporated into a form of Application for Payment acceptable to Engineer. Progress payments on account of Unit Price Work will be based on the number of units completed during the pay period, as determined under the provisions of Paragraph 13.03. Progress payments for cost-based Work will be based on Cost of the Work completed by Contractor during the pay period.

B. *Applications for Payments*:

1. At least 20 days before the date established in the Agreement for each progress payment (but not more often than once a month), Contractor shall submit to Engineer for review an Application for Payment filled out and signed by Contractor covering the Work completed as of the date of the Application and accompanied by such supporting documentation as is required by the Contract Documents. If payment is requested on the basis of materials and equipment not incorporated in the Work but delivered and suitably stored at the Site or at another location agreed to in writing, the Application for Payment shall also be accompanied by a bill of sale, invoice, or other documentation warranting that Owner has received the materials and equipment free and clear of all Liens, and evidence that the materials and equipment are covered by appropriate property insurance, a warehouse bond, or other arrangements to protect Owner's interest therein, all of which must be satisfactory to Owner.

2. Beginning with the second Application for Payment, each Application shall include an affidavit of Contractor stating that all previous progress payments received on account of the Work have been applied on account to discharge Contractor's legitimate obligations associated with prior Applications for Payment.

3. The amount of retainage with respect to progress payments will be as stipulated in the Agreement.

C. *Review of Applications*:

1. Engineer will, within 10 days after receipt of each Application for Payment, including each resubmittal, either indicate in writing a recommendation of payment and present the Application to Owner, or return the Application to Contractor indicating in writing Engineer's reasons for refusing to recommend payment. In the latter case, Contractor may make the necessary corrections and resubmit the Application.

2. Engineer's recommendation of any payment requested in an Application for Payment will constitute a representation by Engineer to Owner, based on Engineer's

observations of the executed Work as an experienced and qualified design professional, and on Engineer's review of the Application for Payment and the accompanying data and schedules, that to the best of Engineer's knowledge, information and belief:

a.  the Work has progressed to the point indicated;

b.  the quality of the Work is generally in accordance with the Contract Documents (subject to an evaluation of the Work as a functioning whole prior to or upon Substantial Completion, the results of any subsequent tests called for in the Contract Documents, a final determination of quantities and classifications for Unit Price Work under Paragraph 13.03, and any other qualifications stated in the recommendation); and

c.  the conditions precedent to Contractor's being entitled to such payment appear to have been fulfilled in so far as it is Engineer's responsibility to observe the Work.

3.  By recommending any such payment Engineer will not thereby be deemed to have represented that:

a.  inspections made to check the quality or the quantity of the Work as it has been performed have been exhaustive, extended to every aspect of the Work in progress, or involved detailed inspections of the Work beyond the responsibilities specifically assigned to Engineer in the Contract; or

b.  there may not be other matters or issues between the parties that might entitle Contractor to be paid additionally by Owner or entitle Owner to withhold payment to Contractor.

4.  Neither Engineer's review of Contractor's Work for the purposes of recommending payments nor Engineer's recommendation of any payment, including final payment, will impose responsibility on Engineer:

a.  to supervise, direct, or control the Work, or

b.  for the means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or

c.  for Contractor's failure to comply with Laws and Regulations applicable to Contractor's performance of the Work, or

d.  to make any examination to ascertain how or for what purposes Contractor has used the money paid on account of the Contract Price, or

e.  to determine that title to any of the Work, materials, or equipment has passed to Owner free and clear of any Liens.

5.  Engineer may refuse to recommend the whole or any part of any payment if, in Engineer's opinion, it would be incorrect to make the representations to Owner stated in Paragraph 15.01.C.2.

6.  Engineer will recommend reductions in payment (set-offs) necessary in Engineer's opinion to protect Owner from loss because:

a.  the Work is defective, requiring correction or replacement;

b.  the Contract Price has been reduced by Change Orders;

c.  Owner has been required to correct defective Work in accordance with Paragraph 14.07, or has accepted defective Work pursuant to Paragraph 14.04;

d.  Owner has been required to remove or remediate a Hazardous Environmental Condition for which Contractor is responsible; or

e.  Engineer has actual knowledge of the occurrence of any of the events that would constitute a default by Contractor and therefore justify termination for cause under the Contract Documents.

D.  *Payment Becomes Due*:

    1.  Ten days after presentation of the Application for Payment to Owner with Engineer's recommendation, the amount recommended (subject to any Owner set-offs) will become due, and when due will be paid by Owner to Contractor.

E.  *Reductions in Payment by Owner*:

    1.  In addition to any reductions in payment (set-offs) recommended by Engineer, Owner is entitled to impose a set-off against payment based on any of the following:

        a.  claims have been made against Owner on account of Contractor's conduct in the performance or furnishing of the Work, or Owner has incurred costs, losses, or damages on account of Contractor's conduct in the performance or furnishing of the Work, including but not limited to claims, costs, losses, or damages from workplace injuries, adjacent property damage, non-compliance with Laws and Regulations, and patent infringement;

        b.  Contractor has failed to take reasonable and customary measures to avoid damage, delay, disruption, and interference with other work at or adjacent to the Site;

        c.  Contractor has failed to provide and maintain required bonds or insurance;

        d.  Owner has been required to remove or remediate a Hazardous Environmental Condition for which Contractor is responsible;

        e.  Owner has incurred extra charges or engineering costs related to submittal reviews, evaluations of proposed substitutes, tests and inspections, or return visits to manufacturing or assembly facilities;

        f.  the Work is defective, requiring correction or replacement;

        g.  Owner has been required to correct defective Work in accordance with Paragraph 14.07, or has accepted defective Work pursuant to Paragraph 14.04;

        h.  the Contract Price has been reduced by Change Orders;

        i.  an event that would constitute a default by Contractor and therefore justify a termination for cause has occurred;

        j.  liquidated damages have accrued as a result of Contractor's failure to achieve Milestones, Substantial Completion, or final completion of the Work;

        k.  Liens have been filed in connection with the Work, except where Contractor has delivered a specific bond satisfactory to Owner to secure the satisfaction and discharge of such Liens;

        l.  there are other items entitling Owner to a set off against the amount recommended.

    2.  If Owner imposes any set-off against payment, whether based on its own knowledge or on the written recommendations of Engineer, Owner will give Contractor immediate written notice (with a copy to Engineer) stating the reasons for such action and the specific amount of the reduction, and promptly pay Contractor any amount remaining after deduction of the amount so withheld. Owner shall promptly pay Contractor the amount so withheld, or any adjustment thereto agreed to by Owner and Contractor, if Contractor remedies the reasons for such action. The reduction imposed shall be binding on Contractor unless it duly submits a Change Proposal contesting the reduction.

    3.  Upon a subsequent determination that Owner's refusal of payment was not justified, the amount wrongfully withheld shall be treated as an amount due as determined by Paragraph 15.01.C.1 and subject to interest as provided in the Agreement.

15.02  *Contractor's Warranty of Title*

    A.    Contractor warrants and guarantees that title to all Work, materials, and equipment furnished under the Contract will pass to Owner free and clear of (1) all Liens and other title defects, and (2) all patent, licensing, copyright, or royalty obligations, no later than seven days after the time of payment by Owner.

15.03  *Substantial Completion*

    A.    When Contractor considers the entire Work ready for its intended use Contractor shall notify Owner and Engineer in writing that the entire Work is substantially complete and request that Engineer issue a certificate of Substantial Completion. Contractor shall at the same time submit to Owner and Engineer an initial draft of punch list items to be completed or corrected before final payment.

    B.    Promptly after Contractor's notification, Owner, Contractor, and Engineer shall make an inspection of the Work to determine the status of completion. If Engineer does not consider the Work substantially complete, Engineer will notify Contractor in writing giving the reasons therefor.

    C.    If Engineer considers the Work substantially complete, Engineer will deliver to Owner a preliminary certificate of Substantial Completion which shall fix the date of Substantial Completion. Engineer shall attach to the certificate a punch list of items to be completed or corrected before final payment. Owner shall have seven days after receipt of the preliminary certificate during which to make written objection to Engineer as to any provisions of the certificate or attached punch list. If, after considering the objections to the provisions of the preliminary certificate, Engineer concludes that the Work is not substantially complete, Engineer will, within 14 days after submission of the preliminary certificate to Owner, notify Contractor in writing that the Work is not substantially complete, stating the reasons therefor. If Owner does not object to the provisions of the certificate, or if despite consideration of Owner's objections Engineer concludes that the Work is substantially complete, then Engineer will, within said 14 days, execute and deliver to Owner and Contractor a final certificate of Substantial Completion (with a revised punch list of items to be completed or corrected) reflecting such changes from the preliminary certificate as Engineer believes justified after consideration of any objections from Owner.

    D.    At the time of receipt of the preliminary certificate of Substantial Completion, Owner and Contractor will confer regarding Owner's use or occupancy of the Work following Substantial Completion, review the builder's risk insurance policy with respect to the end of the builder's risk coverage, and confirm the transition to coverage of the Work under a permanent property insurance policy held by Owner.  Unless Owner and Contractor agree otherwise in writing, Owner shall bear responsibility for security, operation, protection of the Work, property insurance, maintenance, heat, and utilities upon Owner's use or occupancy of the Work.

    E.    After Substantial Completion the Contractor shall promptly begin work on the punch list of items to be completed or corrected prior to final payment. In appropriate cases Contractor may submit monthly Applications for Payment for completed punch list items, following the progress payment procedures set forth above.

    F.    Owner shall have the right to exclude Contractor from the Site after the date of Substantial Completion subject to allowing Contractor reasonable access to remove its property and complete or correct items on the punch list.

15.04  *Partial Use or Occupancy*

    A.    Prior to Substantial Completion of all the Work, Owner may use or occupy any substantially completed part of the Work which has specifically been identified in the Contract Documents, or which Owner, Engineer, and Contractor agree constitutes a separately functioning and usable part of the Work that can be used by Owner for its intended purpose without significant interference with Contractor's performance of the remainder of the Work, subject to the following conditions:

1. At any time Owner may request in writing that Contractor permit Owner to use or occupy any such part of the Work that Owner believes to be substantially complete. If and when Contractor agrees that such part of the Work is substantially complete, Contractor, Owner, and Engineer will follow the procedures of Paragraph 15.03.A through E for that part of the Work.

2. At any time Contractor may notify Owner and Engineer in writing that Contractor considers any such part of the Work substantially complete and request Engineer to issue a certificate of Substantial Completion for that part of the Work.

3. Within a reasonable time after either such request, Owner, Contractor, and Engineer shall make an inspection of that part of the Work to determine its status of completion. If Engineer does not consider that part of the Work to be substantially complete, Engineer will notify Owner and Contractor in writing giving the reasons therefor. If Engineer considers that part of the Work to be substantially complete, the provisions of Paragraph 15.03 will apply with respect to certification of Substantial Completion of that part of the Work and the division of responsibility in respect thereof and access thereto.

4. No use or occupancy or separate operation of part of the Work may occur prior to compliance with the requirements of Paragraph 6.05 regarding builder's risk or other property insurance.

15.05  *Final Inspection*

A. Upon written notice from Contractor that the entire Work or an agreed portion thereof is complete, Engineer will promptly make a final inspection with Owner and Contractor and will notify Contractor in writing of all particulars in which this inspection reveals that the Work, or agreed portion thereof, is incomplete or defective. Contractor shall immediately take such measures as are necessary to complete such Work or remedy such deficiencies.

15.06  *Final Payment*

A. *Application for Payment*:

1. After Contractor has, in the opinion of Engineer, satisfactorily completed all corrections identified during the final inspection and has delivered, in accordance with the Contract Documents, all maintenance and operating instructions, schedules, guarantees, bonds, certificates or other evidence of insurance, certificates of inspection, annotated record documents (as provided in Paragraph 7.11), and other documents, Contractor may make application for final payment.

2. The final Application for Payment shall be accompanied (except as previously delivered) by:

   a. all documentation called for in the Contract Documents;

   b. consent of the surety, if any, to final payment;

   c. satisfactory evidence that all title issues have been resolved such that title to all Work, materials, and equipment has passed to Owner free and clear of any Liens or other title defects, or will so pass upon final payment;

   d. a list of all disputes that Contractor believes are unsettled; and

   e. complete and legally effective releases or waivers (satisfactory to Owner) of all Lien rights arising out of the Work, and of Liens filed in connection with the Work.

3. In lieu of the releases or waivers of Liens specified in Paragraph 15.06.A.2 and as approved by Owner, Contractor may furnish receipts or releases in full and an affidavit of Contractor that: (a) the releases and receipts include all labor, services, material, and equipment for which a Lien could be filed; and (b) all payrolls, material and equipment bills, and other indebtedness connected with the Work for which Owner might in any way be responsible, or which might in any way result in liens or other burdens on Owner's property, have been paid or otherwise satisfied. If any Subcontractor or Supplier fails to furnish such a release or receipt in full, Contractor may furnish a bond or other collateral satisfactory to Owner to indemnify Owner against any Lien, or Owner

at its option may issue joint checks payable to Contractor and specified Subcontractors and Suppliers.

B. *Engineer's Review of Application and Acceptance*:

1. If, on the basis of Engineer's observation of the Work during construction and final inspection, and Engineer's review of the final Application for Payment and accompanying documentation as required by the Contract Documents, Engineer is satisfied that the Work has been completed and Contractor's other obligations under the Contract have been fulfilled, Engineer will, within ten days after receipt of the final Application for Payment, indicate in writing Engineer's recommendation of final payment and present the Application for Payment to Owner for payment. Such recommendation shall account for any set-offs against payment that are necessary in Engineer's opinion to protect Owner from loss for the reasons stated above with respect to progress payments. At the same time Engineer will also give written notice to Owner and Contractor that the Work is acceptable, subject to the provisions of Paragraph 15.07. Otherwise, Engineer will return the Application for Payment to Contractor, indicating in writing the reasons for refusing to recommend final payment, in which case Contractor shall make the necessary corrections and resubmit the Application for Payment.

C. *Completion of Work*: The Work is complete (subject to surviving obligations) when it is ready for final payment as established by the Engineer's written recommendation of final payment.

D. *Payment Becomes Due*: Thirty days after the presentation to Owner of the final Application for Payment and accompanying documentation, the amount recommended by Engineer (less any further sum Owner is entitled to set off against Engineer's recommendation, including but not limited to set-offs for liquidated damages and set-offs allowed under the provisions above with respect to progress payments) will become due and shall be paid by Owner to Contractor.

15.07  *Waiver of Claims*

A. The making of final payment will not constitute a waiver by Owner of claims or rights against Contractor. Owner expressly reserves claims and rights arising from unsettled Liens, from defective Work appearing after final inspection pursuant to Paragraph 15.05, from Contractor's failure to comply with the Contract Documents or the terms of any special guarantees specified therein, from outstanding Claims by Owner, or from Contractor's continuing obligations under the Contract Documents.

B. The acceptance of final payment by Contractor will constitute a waiver by Contractor of all claims and rights against Owner other than those pending matters that have been duly submitted or appealed under the provisions of Article 17.

15.08  *Correction Period*

A. If within one year after the date of Substantial Completion (or such longer period of time as may be prescribed by the terms of any applicable special guarantee required by the Contract Documents, or by any specific provision of the Contract Documents), any Work is found to be defective, or if the repair of any damages to the Site, adjacent areas that Contractor has arranged to use through construction easements or otherwise, and other adjacent areas used by Contractor as permitted by Laws and Regulations, is found to be defective, then Contractor shall promptly, without cost to Owner and in accordance with Owner's written instructions:

1. correct the defective repairs to the Site or such other adjacent areas;

2. correct such defective Work;

3. if the defective Work has been rejected by Owner, remove it from the Project and replace it with Work that is not defective, and

4. satisfactorily correct or repair or remove and replace any damage to other Work, to the work of others, or to other land or areas resulting therefrom.

B.  If Contractor does not promptly comply with the terms of Owner's written instructions, or in an emergency where delay would cause serious risk of loss or damage, Owner may have the defective Work corrected or repaired or may have the rejected Work removed and replaced. Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such correction or repair or such removal and replacement (including but not limited to all costs of repair or replacement of work of others).

C.  In special circumstances where a particular item of equipment is placed in continuous service before Substantial Completion of all the Work, the correction period for that item may start to run from an earlier date if so provided in the Specifications.

D.  Where defective Work (and damage to other Work resulting therefrom) has been corrected or removed and replaced under this paragraph, the correction period hereunder with respect to such Work will be extended for an additional period of one year after such correction or removal and replacement has been satisfactorily completed.

E.  Contractor's obligations under this paragraph are in addition to all other obligations and warranties. The provisions of this paragraph shall not be construed as a substitute for, or a waiver of, the provisions of any applicable statute of limitation or repose.

## ARTICLE 16 – SUSPENSION OF WORK AND TERMINATION

16.01   *Owner May Suspend Work*

A.  At any time and without cause, Owner may suspend the Work or any portion thereof for a period of not more than 90 consecutive days by written notice to Contractor and Engineer. Such notice will fix the date on which Work will be resumed. Contractor shall resume the Work on the date so fixed. Contractor shall be entitled to an adjustment in the Contract Price or an extension of the Contract Times, or both, directly attributable to any such suspension. Any Change Proposal seeking such adjustments shall be submitted no later than 30 days after the date fixed for resumption of Work.

16.02   *Owner May Terminate for Cause*

A.  The occurrence of any one or more of the following events will constitute a default by Contractor and justify termination for cause:

1.  Contractor's persistent failure to perform the Work in accordance with the Contract Documents (including, but not limited to, failure to supply sufficient skilled workers or suitable materials or equipment or failure to adhere to the Progress Schedule);

2.  Failure of Contractor to perform or otherwise to comply with a material term of the Contract Documents;

3.  Contractor's disregard of Laws or Regulations of any public body having jurisdiction; or

4.  Contractor's repeated disregard of the authority of Owner or Engineer.

B.  If one or more of the events identified in Paragraph 16.02.A occurs, then after giving Contractor (and any surety) ten days written notice that Owner is considering a declaration that Contractor is in default and termination of the contract, Owner may proceed to:

1.  declare Contractor to be in default, and give Contractor (and any surety) notice that the Contract is terminated; and

2.  enforce the rights available to Owner under any applicable performance bond.

C.  Subject to the terms and operation of any applicable performance bond, if Owner has terminated the Contract for cause, Owner may exclude Contractor from the Site, take possession of the Work, incorporate in the Work all materials and equipment stored at the Site or for which Owner has paid Contractor but which are stored elsewhere, and complete the Work as Owner may deem expedient.

D.  Owner may not proceed with termination of the Contract under Paragraph 16.02.B if Contractor within seven days of receipt of notice of intent to terminate begins to correct its failure to perform and proceeds diligently to cure such failure.

E.  If Owner proceeds as provided in Paragraph 16.02.B, Contractor shall not be entitled to receive any further payment until the Work is completed. If the unpaid balance of the Contract Price exceeds the cost to complete the Work, including all related claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals) sustained by Owner, such excess will be paid to Contractor. If the cost to complete the Work including such related claims, costs, losses, and damages exceeds such unpaid balance, Contractor shall pay the difference to Owner. Such claims, costs, losses, and damages incurred by Owner will be reviewed by Engineer as to their reasonableness and, when so approved by Engineer, incorporated in a Change Order. When exercising any rights or remedies under this paragraph, Owner shall not be required to obtain the lowest price for the Work performed.

F.  Where Contractor's services have been so terminated by Owner, the termination will not affect any rights or remedies of Owner against Contractor then existing or which may thereafter accrue, or any rights or remedies of Owner against Contractor or any surety under any payment bond or performance bond. Any retention or payment of money due Contractor by Owner will not release Contractor from liability.

G.  If and to the extent that Contractor has provided a performance bond under the provisions of Paragraph 6.01.A, the provisions of that bond shall govern over any inconsistent provisions of Paragraphs 16.02.B and 16.02.D.

16.03  *Owner May Terminate For Convenience*

A.  Upon seven days written notice to Contractor and Engineer, Owner may, without cause and without prejudice to any other right or remedy of Owner, terminate the Contract. In such case, Contractor shall be paid for (without duplication of any items):

1.  completed and acceptable Work executed in accordance with the Contract Documents prior to the effective date of termination, including fair and reasonable sums for overhead and profit on such Work;

2.  expenses sustained prior to the effective date of termination in performing services and furnishing labor, materials, or equipment as required by the Contract Documents in connection with uncompleted Work, plus fair and reasonable sums for overhead and profit on such expenses; and

3.  other reasonable expenses directly attributable to termination, including costs incurred to prepare a termination for convenience cost proposal.

B.  Contractor shall not be paid on account of loss of anticipated overhead, profits, or revenue, or other economic loss arising out of or resulting from such termination.

16.04  *Contractor May Stop Work or Terminate*

A.  If, through no act or fault of Contractor, (1) the Work is suspended for more than 90 consecutive days by Owner or under an order of court or other public authority, or (2) Engineer fails to act on any Application for Payment within 30 days after it is submitted, or (3) Owner fails for 30 days to pay Contractor any sum finally determined to be due, then Contractor may, upon seven days written notice to Owner and Engineer, and provided Owner or Engineer do not remedy such suspension or failure within that time, terminate the contract and recover from Owner payment on the same terms as provided in Paragraph 16.03.

B.  In lieu of terminating the Contract and without prejudice to any other right or remedy, if Engineer has failed to act on an Application for Payment within 30 days after it is submitted, or Owner has failed for 30 days to pay Contractor any sum finally determined to be due, Contractor may, seven days after written notice to Owner and Engineer, stop the Work until payment is made of all such amounts due Contractor, including interest thereon. The provisions of this paragraph are not intended to preclude Contractor from submitting a

Change Proposal for an adjustment in Contract Price or Contract Times or otherwise for expenses or damage directly attributable to Contractor's stopping the Work as permitted by this paragraph.

## ARTICLE 17 – FINAL RESOLUTION OF DISPUTES

17.01   *Methods and Procedures*

A.   *Disputes Subject to Final Resolution*: The following disputed matters are subject to final resolution under the provisions of this Article:

1.   A timely appeal of an approval in part and denial in part of a Claim, or of a denial in full; and

2.   Disputes between Owner and Contractor concerning the Work or obligations under the Contract Documents, and arising after final payment has been made.

B.   *Final Resolution of Disputes*: For any dispute subject to resolution under this Article, Owner or Contractor may:

1.   elect in writing to invoke the dispute resolution process provided for in the Supplementary Conditions; or

2.   agree with the other party to submit the dispute to another dispute resolution process; or

3.   if no dispute resolution process is provided for in the Supplementary Conditions or mutually agreed to, give written notice to the other party of the intent to submit the dispute to a court of competent jurisdiction.

## ARTICLE 18 – MISCELLANEOUS

18.01   *Giving Notice*

A.   Whenever any provision of the Contract Documents requires the giving of written notice, it will be deemed to have been validly given if:

1.   delivered in person, by a commercial courier service or otherwise, to the individual or to a member of the firm or to an officer of the corporation for which it is intended; or

2.   delivered at or sent by registered or certified mail, postage prepaid, to the last business address known to the sender of the notice.

18.02   *Computation of Times*

A.   When any period of time is referred to in the Contract by days, it will be computed to exclude the first and include the last day of such period. If the last day of any such period falls on a Saturday or Sunday or on a day made a legal holiday by the law of the applicable jurisdiction, such day will be omitted from the computation.

18.03   *Cumulative Remedies*

A.   The duties and obligations imposed by these General Conditions and the rights and remedies available hereunder to the parties hereto are in addition to, and are not to be construed in any way as a limitation of, any rights and remedies available to any or all of them which are otherwise imposed or available by Laws or Regulations, by special warranty or guarantee, or by other provisions of the Contract. The provisions of this paragraph will be as effective as if repeated specifically in the Contract Documents in connection with each particular duty, obligation, right, and remedy to which they apply.

18.04   *Limitation of Damages*

A.   With respect to any and all Change Proposals, Claims, disputes subject to final resolution, and other matters at issue, neither Owner nor Engineer, nor any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors, shall be liable to

Contractor for any claims, costs, losses, or damages sustained by Contractor on or in connection with any other project or anticipated project.

18.05   *No Waiver*

    A.   A party's non-enforcement of any provision shall not constitute a waiver of that provision, nor shall it affect the enforceability of that provision or of the remainder of this Contract.

18.06   *Survival of Obligations*

    A.   All representations, indemnifications, warranties, and guarantees made in, required by, or given in accordance with the Contract, as well as all continuing obligations indicated in the Contract, will survive final payment, completion, and acceptance of the Work or termination or completion of the Contract or termination of the services of Contractor.

18.07   *Controlling Law*

    A.   This Contract is to be governed by the law of the state in which the Project is located.

18.08   *Headings*

    A.   Article and paragraph headings are inserted for convenience only and do not constitute parts of these General Conditions.

---

*EJCDC® C-700, Standard General Conditions of the Construction Contract. Copyright © 2013 National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers.  All rights reserved.*

## SUPPLEMENTARY CONDITIONS
## TABLE OF CONTENTS

**Page**

SUPPLEMENTARY CONDITIONS .................................................................................2

ARTICLE 1 – DEFINITIONS AND TERMINOLOGY...................................................2

ARTICLE 2 – PRELIMINARY MATTERS ....................................................................3

ARTICLE 3 – CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE................3

ARTICLE 4 – COMMENCEMENT AND PROGRESS OF THE WORK.......................4

ARTICLE 5 – AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; HAZARDOUS ENVIRONMENTAL CONDITIONS ..................................................................................5

ARTICLE 6 – BONDS AND INSURANCE ...................................................................7

ARTICLE 7 – CONTRACTOR'S RESPONSIBILITIES ................................................9

ARTICLE 8 – OTHER WORK AT THE SITE .............................................................14

ARTICLE 9 – OWNER'S RESPONSIBILITIES..........................................................14

ARTICLE 10 –ENGINEER'S STATUS DURING CONSTRUCTION ..........................14

ARTICLE 11 – AMENDING THE CONTRACT DOCUMENTS; CHANGES IN THE WORK .....................14

ARTICLE 12 – CLAIMS ............................................................................................14

ARTICLE 13 – COST OF THE WORK; ALLOWANCES; UNIT PRICE WORK...........14

ARTICLE 14 – TESTS AND INSPECTIONS; CORRECTION, REMOVAL, OR ACCEPTANCE OF DEFECTIVE WORK .............................................................................................15

ARTICLE 15 – PAYMENTS TO CONTRACTOR AND COMPLETION ......................15

ARTICLE 16 – SUSPENSION OF WORK AND TERMINATION ...............................17

ARTICLE 17 – FINAL RESOLUTION OF DISPUTES ...............................................18

ARTICLE 18 – MISCELLANEOUS ...........................................................................19

RELEASE        ...........................................................................................................21

CONTRACTOR'S AFFIDAVIT...................................................................................22

## SUPPLEMENTARY CONDITIONS

These Supplementary Conditions amend or supplement the Standard General Conditions of the Construction Contract, EJCDC® C-700 (2013 Edition), Section 00 72 00. All provisions that are not so amended or supplemented remain in full force and effect.

The terms used in these Supplementary Conditions have the meanings stated in the General Conditions. Additional terms used in these Supplementary Conditions have the meanings stated below, which are applicable to both the singular and plural thereof.

The address system used in these Supplementary Conditions is the same as the address system used in the General Conditions, with the prefix "SC" added thereto.

---

## ARTICLE 1 – DEFINITIONS AND TERMINOLOGY

*SC-1.01.A   Delete paragraph 1.01.A.5 and insert the following in lieu thereof:*

5.   Bidder - Any individual, partnership, corporation, joint venture, or other combination thereof who submits a Bid to Owner for the Work contemplated, acting directly or through an authorized representative. As used in the Contract Documents, masculine pronouns refer to both masculine and feminine genders.

*Delete paragraph 1.01.A.16 and insert the following in lieu thereof:*

1.   Contractor – Person or entity identified as such in the Agreement and the Contractor's authorized representative who is referred to throughout the Contract Documents as if singular in number.

*Delete paragraph 1.01.A.20 and insert the following in lieu thereof:*

20.   Engineer – Person or entity identified as such in the Agreement and the Engineer's authorized representative who is referred to throughout the Contract Documents as if singular in number.

*Delete paragraph 1.01.A.28 and insert the following in lieu thereof:*

28.   Owner – The individual, entity, public body or authority identified as such in the Agreement and the Owner's authorized representatives who are referred to throughout the Contract Documents as if singular in number.

*Add the following statements to paragraph 1.01.A.40:*

Substantial completion shall still require the Contractor to complete the punch list items unless waived by Owner.

*Add the following subparagraphs immediately after subparagraph 1.01.A.48:*

49.   *Award* – The formal acceptance of the Bid by Owner.

50.   *Bid Guarantee (Bid Bond)* – The security furnished with a Bid to guarantee that the Bidder will enter into the contract if Bidder's Bid is accepted by Owner.

51.   *Design Engineer* – Garver, LLC.

52.   *Equipment (Construction)* – All machinery and equipment, together with the necessary supplies for upkeep and maintenance, including tools and apparatus necessary for the proper construction and acceptable completion of the Work contemplated. (Installation) – All material or articles used in equipping a facility or apparatus required to fulfill a functional design.

53. *Execution* – Field or site performance, workmanship, installation, erection, application, field fabrication, quality control, and protection of installed products on the site.

54. *Materials* – All materials incorporated into the Project, including equipment and all other materials consumed or to be consumed in the performance of the Work contemplated.

55. *Product Data* – Type of Shop Drawing comprised of standard illustrations, schedules, performance charts, instructions, brochures, diagrams, catalog cuts, and other information assembled by or for the Contractor and submitted by the Contractor to illustrate materials or equipment for some portion of the Work.

56. *Products* – Materials, equipment, systems, shop fabrications, mixtures, and source controls.

57. *Utility* – Any public or private fixed works for the transportation of fluids, gases, electricity, signals, or communications.

## ARTICLE 2 – PRELIMINARY MATTERS

*SC-2.02.A   Delete paragraph 2.02.A and insert the following in lieu thereof:*

A. Owner shall furnish to Contractor 3 printed copies of the Contract (including one fully executed counterpart of the Agreement), and one copy in electronic portable document format (PDF). Additional printed copies will be furnished upon request at the cost of reproduction.

*SC-2.04.A   Delete paragraph 2.04.A and insert the following in lieu thereof:*

A. Before the Contract Times start to run, but after Notice to Proceed is given, a conference attended by Contractor, Engineer, and others as appropriate will be held to establish a working understanding among the parties as to the Work and to discuss the schedules referred to in paragraph 2.03.A, procedures for handling Shop Drawings and other submittals, processing Applications for Payment, electronic or digital transmittals, and maintaining required records.

*SC-2.05.A   Add the following subparagraph to paragraph 2.05.A.*

4. Contractor's schedule of payments will be acceptable if it provides a reasonable projection of payments in relationship to the progress schedule and schedule of values.

## ARTICLE 3 – CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE

*SC-3.01.A   Add the following sentence and subparagraphs to paragraph 3.01.A:*

The Contract Document higher in precedence shall control and supersede the Contract Documents lower in precedence in accordance with the following listing arranged from the highest to the lowest in precedence:

1. Addenda, if any; Supplemental Agreements; and Change Order(s); the one dated later having precedence over another dated earlier.

2. Agreement.

3. General Requirements (DIVISION 01).

4. Other Specifications (DIVISION 02 and other DIVISIONS following it).

5. Drawings.

6. Standard Details.

7.    Supplementary Conditions.

8.    General Conditions.

## ARTICLE 4 – COMMENCEMENT AND PROGRESS OF THE WORK

*SC-4.02*    *Add the following paragraph 4.02.B:*

B.    All Site visits and all work at the Site shall be governed by the Owner's safety program if applicable. The Contractor shall be required to obtain a copy of the Owner's safety program. The Contractor's efforts shall be consistent with and achieve the requirements of the Owner's safety program throughout the project. This does not alleviate the Contractor from the responsibility to develop and implement their own safety program.

*SC-4.04.A*    *Add the following subparagraph to paragraph 4.04.A:*

1.    If, in the opinion of Engineer, Contractor falls behind the accepted Construction Schedule due to actions or neglect of Contractor or Contractor's agents, servants, employees, officers, subcontractors, directors, or any party contracting to perform part or all of the Work or to supply any equipment or materials, Contractor shall take steps, including, but not limited to, increasing the number of personnel, shifts, and/or overtime operations, days of work, and/or amount of construction equipment until such time as the Work is back on schedule. Contractor shall also submit for review not later than the time of submittal of the next request for partial payment, such supplementary schedule or schedules as may be necessary to demonstrate the manner in which the acceptable rate of progress will be regained, all without additional cost to Owner.

*SC-4.05*    *Add the following paragraph as paragraph 4.05.H:*

H.    The time allowed for the completion of the work will be as specified in the contract as Fixed Completion Date or Calendar Day.  It is understood and agreed by and between the Owner and the Contractor that the time of completion herein set out is a reasonable time.  The Contractor shall perform fully, entirely, and in an acceptable manner, the work contracted for within the contract time stated in the Contract.

1.    FIXED COMPLETION DATE:  When the contract time is specified as a fixed date, it will be the date on which all work on the project shall be substantially complete without exception.

2.    CALENDAR DAY:  Calendar day contract time includes delays for all holidays, weekends including Saturday and Sunday, and normal weather-related events, such as rain, snow, and freezing temperatures that may affect the progress of the construction on a per-month basis as hereinafter set out.  Only weather-related delays in excess of these amounts will be considered for time extensions if requested by the Contractor.  Time extensions due to weather delays will only be considered if the work was impeded by those conditions.  Days Included in Contract Times for Normal Weather-Related Events and holidays are:

| Month | Normal Weather-Related Events | Holidays |
|---|---|---|
| January | 15 | 2 |
| February | 11 | 1 |
| March | 11 | 0 |
| April | 9 | 0 |
| May | 11 | 1 |
| June | 7 | 0 |
| July | 10 | 1 |
| August | 10 | 0 |
| September | 4 | 1 |
| October | 7 | 1 |
| November | 7 | 3 |
| December | 13 | 2 |

Saturdays and holidays which may be declared in writing by the Owner for certain special or unusual circumstances will be optional to the Contractor as working days and time will not be assessed unless work is performed that requires observation. Sunday work shall not be permitted.

Holidays that shall be observed are the following: New Year's Day (January 1); Dr. Martin Luther King Jr.'s Birthday (3rd Monday in January); President's Day (3rd Monday in February); Memorial Day (last Monday in May); Juneteenth (June 19); Independence Day (July 4); Labor Day (1st Monday in September); Columbus Day (2nd Monday in October); Veterans Day (November 11) Thanksgiving Day (4th Thursday in November); Day after Thanksgiving (Friday following Thanksgiving); Christmas Eve (December 24); and Christmas Day (December 25). If a holiday falls on a Saturday or Sunday, the observed day shall be the Friday preceding the Saturday or the Monday following the Sunday.

## ARTICLE 5 – AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; HAZARDOUS ENVIRONMENTAL CONDITIONS

SC-5.01     *Add the following paragraph 5.01.D immediately following paragraph 5.01.C:*

D.   Any Work performed in public rights-of-way, in addition to conforming to the Contract Documents, shall be done in accordance with the requirements of the permit issued by the public agency in whose right-of-way the Work is located.

SC-5.03.A.1     *Delete paragraph SC-5.03.A.1 and insert the following in lieu thereof:*

1.   The report(s) of exploration and tests of subsurface conditions at or contiguous to the site used by Design Engineer in preparing the contract Documents are available for inspection upon 48 hours' notice to Owner.

SC-5.03.A.2    *Delete paragraph 5.03.A.2 and insert the following in lieu thereof:*

2.    The following drawings of physical conditions in or relating to existing surface or subsurface structures at or contiguous to the site (except Underground Facilities) have been used by Design Engineer in preparing the Contract Documents.

a.    None.

SC-5.03.B    *In paragraph 5.03.B, delete the words "Technical Data expressly identified in the Supplementary Conditions" and insert "Technical data is limited to data provided in the reports and drawings listed in paragraph SC-5.03.A" in lieu thereof.  Add the following subparagraph to 5.03.B:*

4.    Contractor's interpretation of the character and condition of the materials between test hole locations.

SC-5.05.A    *Add the following subparagraphs to paragraph 5.05.A:*

1.    Generally, service connections are not indicated on the Drawings. Contractor shall be responsible for discovery of existing underground installations, in advance of excavating or trenching, by contacting all local utilities and by prospecting through hydro-excavation or potholing.

2.    All information relative to Underground Facilities shall be recorded and incorporated into the record documents required by paragraph 7.11.

3.    Contractor will be held responsible for any unauthorized interruption in the operation of Underground Facilities as a result of Contractor's operations. Unless the owner of the damaged facility elects to perform the repair and restoration work, Contractor shall repair and fully restore any damaged Underground Facility to a condition at least equal to that which existed just prior to the time of damage. All repair and restoration work shall be done to the satisfaction of the facility owner and Engineer.

4.    Contractor shall arrange for any inspection of repaired or reconditioned Utility facilities required by authorities having jurisdiction. All inspection fees shall be paid by Contractor. If the facility owner elects to perform the repair and restoration work, Contractor shall render all assistance required. Contractor shall be responsible for all just and reasonable expenses incurred by the facility owners for such work.

SC-5.06.A    *Delete paragraph 5.06.A and insert the following in lieu thereof:*

A.    Reports and Drawings:

1.    No reports of exploration and tests of hazardous environmental conditions at or contiguous to the site have been used by Design Engineer in preparing the Contract Documents.

2.    No drawings of hazardous environmental conditions at or contiguous to the site have been used by Design Engineer in preparing the Contract Documents.

## ARTICLE 6 – BONDS AND INSURANCE

SC-6.02.B   *Delete the last sentence of paragraph 6.02.B and insert the following sentence in lieu thereof:*

Contractor shall maintain at all times during the life of this contract policies of insurance from an insurance company that has a rating of or equivalent to A-VIII by A.M. Best & Company.

SC-6.02   *Add the following paragraph immediately after paragraph 6.02.J:*

K.   Deliver all certificates of insurance required by the Contract Documents to Owner with executed Agreement.

SC-6.03   *Add the following paragraphs immediately after paragraph 6.03.J:*

K.   The limits of liability for the insurance required by Paragraph 6.03 of the General Conditions shall provide coverage for not less than the following amounts or greater where required by Laws and Regulations:

1.   Workers' Compensation, and related coverages under Paragraphs 6.03.A.1 and A.2 of the General Conditions:

| | |
|---|---|
| State: | Statutory (or $500,000 minimum) |
| Federal, if applicable (e.g., Longshoreman's): | Statutory (or $500,000 minimum) |
| Jones Act coverage, if applicable: | |
| Bodily injury by accident, each accident | $ 1,000,000 |
| Bodily injury by disease, aggregate | $ 1,000,000 |
| Employer's Liability: | |
| Bodily injury, each accident | $ 1,000,000 |
| Bodily injury by disease, each employee | $ 1,000,000 |
| Bodily injury/disease aggregate | $ 1,000,000 |
| For work performed in monopolistic states, stop-gap liability coverage shall be endorsed to either the worker's compensation or commercial general liability policy with a minimum limit of: | $ |
| Foreign voluntary worker compensation | Statutory |

If Contractor leases its employees, the alternate employer endorsement (WC 00 03 01 A) shall be attached showing Owner in the schedule as the alternate employer.

Where applicable, U.S. Longshore and Harborworkers Compensation Act Endorsement shall be attached to the policy.

Where applicable, Nonappropriated Fund Instrumentalities Act (NFIA) shall be attached to the policy. NFIA extends the coverage of the Longshore and Harbor Workers' Compensation Act to civilian employees working on United States military bases throughout the world who are not paid with funds appropriated by Congress. These employees, working in facilities operated for the comfort, contentment, and

improvement of armed forces personnel, are instead compensated with funds generated from earnings of their facility.

Where applicable, Outer Continental Shelf Lands Act Endorsement shall be attached to the policy.

Where applicable, the Maritime Coverage Endorsement shall be attached to the policy.

2. Contractor's Commercial General Liability under Paragraphs 6.03.B and 6.03.C of the General Conditions:

General Aggregate $ 2,000,000

Products - Completed Operations Aggregate $ 1,000,000

Personal and Advertising Injury $ 1,000,000

Each Occurrence (Bodily Injury and Property Damage) $ 1,000,000

3. Automobile Liability under Paragraph 6.03.D. of the General Conditions:

Bodily Injury:
 Each person $ _____
 Each accident $ _____

Property Damage:
 Each accident $ _____
 *[or]*
 Combined Single Limit of $ 2,000,000

4. Excess or Umbrella Liability (if needed):

Per Occurrence $ 3,000,000
General Aggregate $ 3,000,000

5. Contractor's Pollution Liability:

Each Occurrence $ N/A
General Aggregate $ N/A

☐ If box is checked, Contractor is not required to provide Contractor's Pollution Liability insurance under this Contract

*SC-6.03.G  Add the following subparagraph immediately after subparagraph 6.03.G:*

9. Owner and Garver, LLC shall be included as an additional insured under the CGL, (using ISO Additional Insured Endorsement CG 20 10 11 85 or a substitute providing equivalent coverage), and under the commercial automobile liability (using ISO

Additional Insured Endorsement CA 2048 or a substitute providing equivalent coverage), and commercial umbrella, if any. This insurance, including insurance provided under the commercial umbrella, if any, shall apply as primary and non-contributory insurance with respect to any other insurance or self-insurance programs afforded to, or maintained by, Owner.

SC-6.03.I    Add the following subparagraphs to paragraph 6.03.I:

6.   Contain a cross liability or severability of interest clause or endorsement. Insurance covering the specified additional insureds shall be primary insurance, and all other insurance carried by the additional insureds shall be excess insurance; and

7.   With respect to workers' compensation and employer's liability, comprehensive automobile liability, commercial general liability, and umbrella liability insurance, Contractor shall require Contractor's insurance carriers to waive all rights of subrogation against Owner, Engineer, Engineer's Consultants, and their respective officers, directors, partners, employees, and agents.

## ARTICLE 7 – CONTRACTOR'S RESPONSIBILITIES

SC-7.02.B    Add the following subparagraphs immediately after paragraph 7.02.B:

1.   No Work shall be done between 6:00 p.m. and 7:00 a.m. without permission of Owner. However, emergency work may be done without prior permission.

2.   Night Work may be undertaken as a regular procedure with the permission of Owner; such permission, however, may be revoked at any time by Owner if Contractor fails to maintain adequate equipment and supervision for the proper prosecution and control of the Work at night.

SC-7.03    Add the following paragraphs immediately after paragraph 7.03.C:

D.   Interfaces to Equipment, Instruments, and Other Components:

1.   The drawings, specifications, and overall design are based on preliminary information furnished by various equipment manufacturers which identify a minimum scope of supply from the manufacturers. This information pertains to, but is not limited to, instruments, control devices, electrical equipment, packaged mechanical systems, and control equipment provided with mechanical systems.

2.   Provide all material and labor needed to install the actual equipment furnished, and include all costs to add any additional conduit, wiring, terminals, or other electrical hardwired to the work, which may be necessary to make a complete, functional installation based on the actual equipment furnished:

a.   Make all changes necessary to meet the manufacturer's wiring requirements.

3.   Submit all such changes and additions to the Engineer for acceptance in accordance with the General Conditions.

4.   Review the complete set of drawings and specifications in order to ensure that all items related to the electrical power and control systems are completely accounted for. Include any such items that appear on drawings or in specifications from another discipline in the scope of Work.

E.   Until Substantial Completion of the Work is acknowledged by Owner, Contractor shall have the responsible charge and care of the Work and of materials to be used herein, including materials for which Contractor has received partial payment or materials which have been furnished by Owner, and shall bear the risk of injury, loss, or damage to any part thereof by the action of the elements or from any other cause, whether arising from the execution or from the nonexecution of the Work.

F.   Contractor shall rebuild, repair, restore, and make good all injuries, losses, or damages to any portion of the Work or the materials occasioned by any cause before the Work's completion and acceptance and shall bear the expense thereof. Where necessary to protect the Work or materials from damage, Contractor shall, at Contractor's own expense, provide suitable drainage and erect such temporary structures or rent such structures as are necessary to protect the Work or materials from damage. The suspension of the Work or the granting of an extension of time from any cause whatever shall not relieve Contractor or Contractor's responsibility for the Work and materials as specified herein.

G.   When the quality of a material, process, or article is not specifically set forth in the Contract Documents, the best available quality of the material, process, or article shall be provided.

H.   Delivery and Inspection:

1.   Deliver products in undamaged condition, in manufacturer's original container or packaging with identifying labels intact and legible. Include date of manufacture on label.

*SC-7.04.A   Delete paragraph 7.04.A and insert the following in lieu thereof:*

A.   Whenever an item of material or equipment is specified or described in the Contract Documents by using the name of a proprietary item or the name of a particular Supplier, the Contract Price has been based upon Contractor furnishing such item as specified. The specification or description of such an item is intended to establish the type, function, appearance, and quality required. If the specification or description contains the words, "or equal" or "or equal allowed", or "or equal item is permitted", Contractor may request that Engineer authorize the use of other items of material or equipment, or items from other proposed suppliers under the circumstances described below. Unless these words are specifically written in the description of such item, no substitution is allowed per this Contract. If the item's description is followed by words reading that "no like", "no equivalent", or "no or equal" item is permitted, then no substitution of like items or like manufacturers is allowed as part of this Contract.

1.   If Engineer in its sole discretion determines that an item of material or equipment proposed by Contractor is functionally equal to that named and sufficiently similar so that no change in related Work will be required, Engineer shall deem it an "or equal" item. For the purposes of this paragraph, a proposed item of material or equipment will be considered functionally equal to an item so named if:

a.   in the exercise of reasonable judgment Engineer determines that:

1)   it is at least equal in materials of construction, quality, durability, appearance, strength, and design characteristics;

2)   it will reliably perform at least equally well the function and achieve the results imposed by the design concept of the completed Project as a functioning whole;

3)   it has a proven record of performance and availability of responsive service; and

4)   it is not objectionable to Owner.

b.   Contractor certifies that, if approved and incorporated into the Work:

1)   there will be no increase in cost to the Owner or increase in Contract Times; and

2)   it will conform substantially to the detailed requirements of the item named in the Contract Documents.

*SC-7.05.A   Delete paragraph 7.05.A and insert the following in lieu thereof:*

A.   Unless the specification or description of an item of material or equipment required to be furnished under the Contract Documents contains or is followed by words reading that, "or equal" or "or equal allowed", or "or equal item is permitted", then no substitution of like items is permitted. If the item's description includes the words "no substitution is permitted", "no like", "no equivalent", or "no or equal" item is permitted, then no substitution of like items or like manufacturers is allowed as part of this Contract. If the words, "or equal is permitted, "or equal", or "like items are permitted", Contractor may request that Engineer authorize the use of other items of material or equipment under the circumstances described below. To the extent possible such requests shall be made before commencement of related construction at the Site.

1.   Contractor shall submit sufficient information as provided below to allow Engineer to determine if the item of material or equipment proposed is functionally equivalent to that named and an acceptable substitute therefor. Engineer will not accept requests for review of proposed substitute items of material or equipment from anyone other than Contractor.

2.   The requirements for review by Engineer will be as set forth in Paragraph 7.05.B, as supplemented by the Specifications, and as Engineer may decide is appropriate under the circumstances.

3.   Contractor shall make written application to Engineer for review of a proposed substitute item of material or equipment that Contractor seeks to furnish or use. The application:

   a.   shall certify that the proposed substitute item will:

      1)   perform adequately the functions and achieve the results called for by the general design,

      2)   be similar in substance to that specified, and

      3)   be suited to the same use as that specified.

   b.   will state:

      1)   the extent, if any, to which the use of the proposed substitute item will necessitate a change in Contract Times,

      2)   whether use of the proposed substitute item in the Work will require a change in any of the Contract Documents (or in the provisions of any other direct contract with Owner for other work on the Project) to adapt the design to the proposed substitute item, and

      3)   whether incorporation or use of the proposed substitute item in connection with the Work is subject to payment of any license fee or royalty.

   c.   will identify:

      1)   all variations of the proposed substitute item from that specified, and

      2)   available engineering, sales, maintenance, repair, and replacement services.

   d.   shall contain an itemized estimate of all costs or credits that will result directly or indirectly from use of such substitute item, including but not limited to changes in Contract Price, shared savings, costs of redesign, and claims of other contractors affected by any resulting change.

SC-7.06.D  *Delete paragraph 7.06.D and insert the following in lieu thereof, and add subparagraph 7.06.D.1:*

    B.    Contractor shall submit to the Owner a list of certain Subcontractors, Suppliers, or other individuals or entities for acceptance by Owner as stipulated in the Bidding Documents. Owner's acceptance (either in writing or by failing to make written objection thereto within two weeks of submittal of the list) of any such Subcontractor, Supplier, or other individual or entity so identified may be revoked on the basis of reasonable objection after due investigation.

        1.    Subcontracting: Contractor shall perform with Contractor's own organization work amounting to not less than 51 percent of the combined value of all items of the Work covered by the Contract.

SC-7.06.F  *Delete paragraph 7.06.F and insert the following in lieu thereof:*

    F.    If Owner requires the replacement of any Subcontractor, Supplier, or other individual or entity retained by Contractor to perform any part of the Work, then Contractor shall not be entitled to an adjustment in Contract Price or Contract Times, or both, with respect to the replacement.

SC-7.08.A  *Delete paragraph 7.08.A. and insert the following in lieu thereof:*

    A.    Unless otherwise provided in the Contract Documents, Contractor shall obtain and pay for all construction permits and licenses. Owner shall assist Contractor, when necessary, I obtaining such permits and licenses. Contractor shall pay all governmental charges and inspection fees necessary for the prosecution of the Work which are applicable at the time of the submission of Contractor's Bid (or when Contractor became bound under a negotiated contract). Owner shall pay all charges of utility owners for connections for providing permanent service to the Work, with the exception of the following, which will be the Contractor's responsibility:

        1.    **None**

SC-7.08  *Add the following paragraph immediately after paragraph 7.08.A:*

    B.    Owner will provide the following permits:

        1.    **None**

SC-7.09.A  *Delete the word "use."*

SC-7.09  *Add the following paragraph immediately after paragraph 7.09.A:*

    B.    Owner **is not** exempt from payment of sales taxes of the State Arkansas and of cities and counties thereof on all materials to be incorporated into the Work.

SC-7.10  *Delete paragraph 7.10.A and insert the following paragraph 7.10.A in lieu thereof, and add the following paragraphs:*

    A.    Contractor shall give all notices required by and comply with all Laws and Regulations applicable to furnishing and performance of the Work and shall cause all Contractor's agents, employees, Subcontractors, and Suppliers to observe and comply with all such laws, ordinances, and regulations.

    D.    Employment Requirements: Contractor shall comply with employment requirements stipulated in the attached exhibits.

SC-7.11    *Add the following paragraph 7.11.B immediately following paragraph 7.11.A:*

    B.    Prior to submitting each request for progress payment, request Engineer's review and approval of current status of record documents. Failure to properly maintain, update, and submit record documents may result in a deferral by Engineer to recommend whole or any part of Contractor's Application for Payment, either partial or final.

SC-7.12.C    *Insert the following after the second sentence of Paragraph 7.12.C:*

    The following Owner safety programs are applicable to the Work: None

SC-7.12    *Add the following paragraphs immediately after paragraph 7.12.G.*

    H.    Contractor shall prepare, implement, and maintain a safety and health program or plan in accordance with Section 01 32 90 of the General Requirements.

    I.    Contractor shall make reasonable efforts to detect and abate any violations of safety standards of which Contractor is aware and to which Contractor's employees are exposed, despite the fact that Contractor did not commit the violation.

    J.    Trench and Excavation Safety System:

        1.    This section covers trench and excavation safety system required for constructing improvements that necessitate open excavations on the project. All work under this item shall be in accordance with the current edition of the "Occupational Safety and Health Administration Standard for Excavation and Trenches Safety System, 29 CFR 1926, Subpart P.

        2.    The Contractor, prior to beginning any excavation, shall notify the State Department of Labor (Safety Division) that work is commencing on a project with excavations greater than five feet.

        3.    The Contractor shall notify all Utility Companies and Owners in accordance with OSHA Administration 29 CFR 1926.651(b) (2) for the purpose of locating utilities and underground installations.

        4.    Where the trench or excavation endangers the stability of a building, wall, street, highway, utilities, or other installation, the Contractor shall provide support systems such as shoring, bracing, or underpinning to ensure the stability of such structure or utility.

        5.    The Contractor may elect to remove and replace or relocate such structures or utilities with the written approval of the Owner of the structure or utility and the Project Owner.

        6.    The work required by this item will be paid for at the price bid for "Trench and Excavation Safety Systems". After award of the Contract, the Contractor shall submit to the Engineer a breakdown of cost for work involved in the price bid for "Trench and Excavation Safety Systems" and shall, with each periodic payment request, submit a certification by the Contractor's "competent person" as defined in Subpart "P" 1926.650(b) that the Contractor has complied with the provisions of "Occupational Safety and Health Administration Standard for Excavation and Trenches Safety System" 29 CFR 1926 Subpart P for work for which payment is requested.

SC-7.16.A    *Add the following subparagraphs immediately after paragraph 7.16.A.3:*

        4.    The Contractor shall prepare and submit information in accordance with Specification section 01 33 00, Submittal Procedures, as required by the individual Specification sections sufficiently in advance of the related work to allow an appropriate review time by the Engineer. The types of submittals are indicated in the individual Specification sections.

## ARTICLE 8 – OTHER WORK AT THE SITE

*SC-8.03.A    Delete the first sentence in paragraph A. and replace with the following:*

> If, in the course of performing other work at or adjacent to the Site for Owner, the Owner's employees, any other contractor working for Owner, or any utility owner causes damage to the Work or to the property of Contractor or its Subcontractors, or delays, disrupts, interferes with, or increases the scope or cost of the performance of the Work, through actions or inaction then Contractor *may* be entitled to an equitable adjustment in the Contract Price or the Contract Times, or both.

## ARTICLE 9 – OWNER'S RESPONSIBILITIES

*SC-9.02.A    Delete the following text in the first sentence of paragraph 9.02.A: "provided Contractor makes no reasonable objection to the replacement Engineer."*

## ARTICLE 10 – ENGINEER'S STATUS DURING CONSTRUCTION

*SC-10.03    Add the following new paragraph immediately after paragraph 10.03.A:*

> B.    The Resident Project Representative (RPR) will be Engineer's representative at the Site, will act as directed by and under the supervision of Engineer, and will confer with Engineer regarding RPR's actions.

*SC-10.08    Add the following paragraphs immediately after paragraph 10.08.E:*

> F.    Observers and Resident Project Representatives shall have no authority to permit any deviation from the plans and specifications except on written order from the Engineer.

## ARTICLE 11 – AMENDING THE CONTRACT DOCUMENTS; CHANGES IN THE WORK

*SC-11.05    Add the following paragraphs 11.05.C and 11.05.D:*

> C.    Use of Float:
>
> > 1.    A claim for an adjustment of Contract Times (or Milestones), otherwise allowable under the Contract Documents, shall be granted only when the time lost or gained exceeds the float for the activity at the time of the event giving rise to the claim. Float, the amount of time between the early start date and the late start date, or the early finish date and the late finish date, is jointly owned by both Owner and Contractor whether expressly disclosed or implied in any manner.
> >
> > 2.    Contractor shall not use float suppression techniques (including, but not limited to, preferential sequencing caused by late starts of follow-up trades, unreasonably small crews, extended durations, or imposed dates) in information provided to Engineer.
>
> D.    The Contract Time includes weather day allowances as calculated by SC-4.05. Extension of Contract Time will be allowed for each month's days that are in excess of each month's anticipated weather days as identified in SC-4.05.

## ARTICLE 12 – CLAIMS

*No modifications.*

## ARTICLE 13 – COST OF THE WORK; ALLOWANCES; UNIT PRICE WORK

*SC-13.01.B.5.c  Insert the following after paragraph 13.01.B.5.c:*

> 1)    Rental rates will be determined as follows:

a) The base rates shall be those established in the cost guide, entitled "Rental Rate Blue Book," and revisions thereto.

b) Attachments (e.g. tractor with ripper and dozer or tractor with loader and backhoe) will be included in the hourly rental rate only when deemed essential to the Work as determined by Engineer.

c) The total established rental rate per hour shall be rounded to the nearest $0.10.

d) Rental rates shall not be adjusted for regional differences.

e) No compensation shall be allowed for shop tools having a daily rental rate less than $10.00 as set forth in the cost guide.

2) If deemed necessary by Engineer to use equipment not listed in the aforementioned publications, a suitable rental rate for such equipment will be mutually established by Contractor and Engineer. Contractor may furnish any cost data that might establish a suitable rental rate for such equipment. Rental payment will be made for the actual time that such equipment is in operation on the Work and for 20 percent of the actual standby time on the Work.

**ARTICLE 14 – TESTS AND INSPECTIONS; CORRECTION, REMOVAL, OR ACCEPTANCE OF DEFECTIVE WORK**

*SC-14.02.B Insert "Contractor" in lieu of "Owner" in paragraph 14.02.B to designate the payor of independent testing laboratory services. Insert "including but not limited to the following" in lieu of "except that".*

*SC-14.03    Add the following paragraph immediately following paragraph 14.03.F:*

G. System Startup:

1. Replace or modify equipment, software, and materials that do not achieve design requirements after installation in order to attain compliance with the design requirements:

    a. Following replacement or modification, retest the system and perform additional testing to place the complete system in satisfactory operation and obtain compliance acceptance from the Engineer.

*SC-14.05.C In the first sentence of subparagraph 14.05.C.2, delete the word "shall" and replace with the word "may".*

**ARTICLE 15 – PAYMENTS TO CONTRACTOR AND COMPLETION**

*SC-15.01.B Delete "At least twenty days before the date established for each progress payment (but not more than once a month)" in the first sentence of paragraph 15.01.B and insert "On the last day of each calendar month" in lieu thereof and add the following subparagraphs at the end of 15.01.B:*

4. Stored Materials and Equipment: Payments for stored materials and equipment shall be based only upon the actual cost of the materials and equipment to Contractor and shall not include any overhead or profit to Contractor. Partial payments will not be made for undelivered materials or equipment, except for payments associated with procurement contracts initiated by Owner and assigned to Contractor.

5. Schedules and Data: During the progress of the Work, each Application for Payment shall be accompanied by Contractor's updated schedule of operations, or progress report, with such shop drawings schedules, procurement schedules, value of material

on hand included in application, and other data specified in Section 01 33 00 of the specifications or reasonably required by Engineer.

6.   Payment for material delivered to the work site or stored under Owner's control will be based on the vendors' paid invoices or the bill of lading showing date of delivery and the work site where the delivery took place, a copy of which shall be furnished by Contractor to Engineer with each request for progress payment. Only those materials which have been incorporated into the Project or are stored under Owner's control may be included in the progress payment as material stored.

7.   In addition to the amounts which Owner may retain as provided elsewhere in the Contract Documents, Owner may withhold a sufficient amount or amounts from any payment otherwise due Contractor as in Owner's judgment may be necessary to cover:

  a.   Payments which may be due and payable for properly filed claims against Contractor or any Subcontractor for labor or materials furnished in or about the performance of the Contract.

  b.   Estimated or actual costs for correcting defective work not remedied.

  c.   Amounts claimed by Owner as forfeiture due to delays or other offsets. Owner may apply such withheld amount or amounts to the payment of such claim at Owner's discretion. In doing so, Owner shall be deemed the agent of Contractor and any payments so made by Owner shall be considered as a payment made under the Contract by Owner to Contractor, and Owner shall not be liable to Contractor for such payment made in good faith. Such payments may be made without prior judicial determination of the claim or claims. Owner shall render to Contractor a proper account of any such funds disbursed in or on behalf of Contractor.

8.   Contractor shall disburse money paid to him, including any interest Contractor receives, to Subcontractors and Suppliers within 15 days after Contractor receives the money, in direct proportion to the Subcontractors' and Suppliers' basis in the total Contract between Contractor and Owner. Any money which is payable to a Subcontractor pursuant to this section accrues interest at the legal rate. Contractor may withhold 10 percent from the amount of any partial payment under a subcontract which is made before 50 percent of the Work has been completed under the subcontract. Thereafter Contractor shall pay any additional funds if, in the opinion of Contractor, satisfactory progress is being made in the work under the subcontract, and the payment must be equal to that paid by Owner to Contractor for the Work performed by the Subcontractor.

  a.   The Contractor may retain the amount withheld under the subcontract until the subcontract is satisfactorily completed.

  b.   The amount withheld under the subcontract is due within 15 days after the acceptance of the subcontract work by Contractor.

  c.   Whenever Contractor receives a payment of interest earned on the amount withheld from the Contract, Contractor shall within 15 days pay to each Subcontractor that portion of the interest received from the state which is attributable to the amount of money withheld from the Subcontractor.

*SC-15.01.D Delete paragraph 15.01.D.1 and insert the following paragraph in lieu thereof:*

1.   Sixty (60) days after presentation of the Application for Payment to Owner with Engineer's recommendation, the amount recommended less amounts due to Owner and other amounts which are authorized to be reserved or retained by state law will (subject to the provisions of paragraph 15.01) become due and when due will be paid by Owner to Contractor.

*SC-15.03.A Add the following subparagraphs immediately after paragraph 15.03.A:*

1. A phase of the Work shall be Substantially Complete when the Work associated with that phase can be operated as intended in the design to the quality and in the quantity in accordance with the Contract Documents. All **pumps, pipelines, intake structures, mechanical piping, and electrical equipement** associated with a phase of the work shall be installed and operational, or temporary arrangements satisfactory to Owner shall have been made. All performance testing need not be completed prior to the date of Substantial Completion.

2. For the work to be considered substantially complete, all portions of the work must be operational and ready for Owner's continuous use.

*SC-15.06.D    In the first sentence of paragraph 15.06.D, delete the word "Thirty" and replace with "Sixty".*

*SC-15.06.E    Final Payments: Add the following subparagraphs immediately after paragraph 15.06.D:*

E. *Final Payments:* At the project's completion, the Contractor shall execute a Release and Lien Waiver to release all claims against the Owner arising under and by virtue of his Contract. The date of the Release shall be that agreed to for the final acceptance of the project with the Owner. The Release form and Contractor's Affidavit form are included at the end of these Supplementary Conditions.

*SC-15.08.A Delete "Substantial Completion" and insert "final acceptance" in lieu thereof.*

*SC-15.08.B Delete "Substantial Completion" and insert "final acceptance" in lieu thereof.*

*SC-15.08    Add the following paragraphs immediately after paragraph 15.08.E:*

F. Contractor's obligation under this paragraph includes also providing a correction period from the substantial completion of any early completion items until the project's final completion and the beginning and completion of the 1-year completion's period as defined in paragraph 15.08.A.

G. Remedying Defects: If, at any time before expiration of the correction period under 15.08.A, Owner determines that the goods are defective, Contractor shall either correct the defects or remove the goods and replace them with non-defective goods.

H. Owner May Remedy: If Contractor fails to take action as required by Owner in accordance with paragraph 15.08.B, Owner may, after ten days' written notice to Contractor, remedy any such deficiency, instead of requiring removal or replacement. In an emergency where delay would cause serious risk of loss or damage, Owner may take such action without notice to or waiting for action by Contractor.

I. Correction Period: Contractor's responsibility for remedying defects will extend for a period of one (1) year after date of final acceptance, or for such longer period of time as may be prescribed by law or by provisions of manufacturer's warranty or guarantee in conformance with the Contract Documents.

**ARTICLE 16 – SUSPENSION OF WORK AND TERMINATION**

*SC-16.01    Delete paragraph 16.01.A and insert the following in lieu thereof:*

A. At any time and without cause, Owner may suspend the Work or any portion thereof for a period of not more than 90 consecutive days by written notice to Contractor and Engineer. Such notice will fix the date on which Work will be resumed. Contractor shall resume the Work on the date so fixed. At the discretion of the Owner, the Contractor may be entitled to an adjustment in the Contract Price or an extension of the Contract Times, or both, directly attributable to any such suspension. Any Change Proposal seeking such adjustments shall be submitted no later than 30 days after the date fixed for resumption of Work.

SC-16.02   *Delete paragraphs 16.02.A through 16.02.D and insert the following in lieu thereof:*

A.   If Contractor refuses or fails to prosecute the Work or any separable part thereof with such diligence as will ensure the completion of the Work within the Contract Times, or any extension thereof, or fails or refuses to complete such Work within such extension, or if Contractor should be adjudged bankrupt, or if Contractor should make assignment for the benefit of Contractor's creditors, or if Contractor files a petition to take advantage of any debtor's act, or if a receiver should be appointed on account of Contractor's insolvency, or if Contractor or any Subcontractor should violate any provision of the Contract, or if Contractor should persistently refuse or should fail to supply enough properly skilled workmen or proper materials to complete the Work in the time specified, or if Contractor should fail to make prompt payment to Subcontractors or for materials or labor, or if Contractor should disregard laws, ordinances, or instructions given by Owner, Engineer, or Owner's Operating Agent or disregard in any substantial way any provisions of the Contract Documents; Owner may without prejudice to any other right or remedy, serve written notice upon Contractor and Contractor's surety of Owner's intention to terminate the Contract. Such notice will contain the reasons for Owner's intention to terminate the Contract and unless such violations shall cease and satisfactory arrangements for the corrections thereof have been accepted by Owner in writing within 10 days after the service of such notice, the Contract shall upon the expiration of said 10 days cease and terminate. In the event of such termination, the Owner shall immediately serve written notice upon the Surety and Contractor, and Contractor shall be liable for all costs necessary to complete the Work.

B.   The Surety shall, after receipt of notification from Owner of termination of the Contract, take over and perform the Work, utilizing a contractor which qualified under the prequalification criteria and which is acceptable to Engineer. The Surety shall, within 10 days after receipt of the notice of termination, provide Owner with written notice of Surety's intent to take over and complete the Work in accordance with the Contract Documents, and shall commence the Work within 10 days thereafter.

C.   If the Surety does not reply to the notice of termination, or fails to perform the Work in compliance with the Contract Documents, or provides the Owner with written notice that Surety does not intend to take over and perform the Work to completion, Owner may without prejudice on the part of the Surety, take over the Work and prosecute the same to completion by any method Owner may deem advisable for the account at the expense of Contractor, and the Surety shall be liable to Owner for any excess cost or other damage occasioned Owner thereby. In such event Owner may, without liability for so doing, take possession of and utilize in completing the Work such materials, appliances, plant, and other property belonging to Contractor that may be on the work sites and be necessary therefor. Contractor shall turn over to Owner's Operating Agent all materials and equipment in Contractor's possession that is to be incorporated into the Project, and shall make arrangements with Owner to turn over any materials or equipment in which Owner has made payment or partial payment but is not in Owner's possession.

D.   Upon completion of the Work, if the unpaid balance of the Contract Price exceeds the direct and indirect cost of completing the Work, including, but not limited to, all costs incurred by Owner from professional services and attorneys' fees and all costs generated to insure or bond the Work of substituted contractors or subcontractors used to complete the Work, such excess shall be paid to Contractor. If such costs exceed the unpaid balance, Contractor shall pay the difference to Owner within 30 days upon demand; on failure of Contractor to pay, the Surety shall promptly pay the difference to Owner upon written notice of Contractor's failure of payment. Such difference or any portion thereof not paid by the Contractor or the Surety within the 30 days following the date of mailing of the demand for payment, shall earn interest at the rate of 10 percent per annum or the maximum rate authorized by state law, whichever is lower.

SC-16.04   *Delete paragraph 16.04 in its entirety.*

**ARTICLE 17 – FINAL RESOLUTION OF DISPUTES**

*SC-17.02    Add the following new paragraph immediately after Paragraph 17.01.*

*SC-17.02 Arbitration*

A.  All matters subject to final resolution under this Article will be decided by arbitration in accordance with the rules of Construction Arbitration Rules & Mediation Procedures of the American Arbitration Association in effect as of the effective date of the Agreement, subject to the conditions and limitations of this paragraph. This agreement to arbitrate and any other agreement or consent to arbitrate entered into will be specifically enforceable under the prevailing law of any court having jurisdiction.

B.  The demand for arbitration will be filed in writing with the other party to the Contract and with the selected arbitrator or arbitration provider, and a copy will be sent to Engineer for information. The demand for arbitration will be made within the specific time required in this Article, or if no specified time is applicable within a reasonable time after the matter in question has arisen, and in no event shall any such demand be made after the date when institution of legal or equitable proceedings based on such matter in question would be barred by the applicable statute of limitations. The demand for arbitration should include specific reference to Paragraph SC-17.02.D below.

C.  No arbitration arising out of or relating to the Contract shall include by consolidation, joinder, or in any other manner any other individual or entity (including Engineer, and Engineer's consultants and the officers, directors, partners, agents, employees or consultants of any of them) who is not a party to this Contract unless:

   1.  The inclusion of such other individual or entity is necessary if complete relief is to be afforded among those who are already parties to the arbitration; and

   2.  Such other individual or entity is substantially involved in a question of law or fact which is common to those who are already parties to the arbitration and which will arise in such proceedings.

D.  The award rendered by the arbitrator(s) shall be consistent with the agreement of the parties, in writing, and include a concise breakdown of the award, and a written explanation of the award specifically citing the Contract provisions deemed applicable and relied on in making the award.

E.  The award will be final. Judgment may be entered upon it in any court having jurisdiction thereof, and it will not be subject to modification or appeal, subject to provisions of the Laws and Regulations relating to vacating or modifying an arbitral award.

F.  The fees and expenses of the arbitrators and any arbitration service shall be shared equally by Owner and Contractor.

*SC-17.03    Add the following new paragraph immediately after Paragraph 17.02.*

SC-17.03 Attorneys' Fees:  For any matter subject to final resolution under this Article, the prevailing party shall be entitled to an award of its attorneys' fees incurred in the final resolution proceedings, in an equitable amount to be determined in the discretion of the court, arbitrator, arbitration panel, or other arbiter of the matter subject to final resolution, taking into account the parties' initial demand or defense positions in comparison with the final result.

## ARTICLE 18 – MISCELLANEOUS

*No modifications.*

*This document is a MODIFIED version of EJCDC® C-800, Supplementary Conditions. Copyright © 2013 by the National Society of Professional Engineers, American Council of Engineering Companies, and American Society of Civil Engineers and is based in part on excerpts from EJCDC documents. Those portions of the text that originated in published EJCDC documents remain subject to copyright.*

ISSUED FOR CONSTRUCTION 191

## RELEASE

FROM:    Contractor's Name _____

               Address _____

TO:      Owner's Name_____

               Address _____

DATE OF CONTRACT:

Upon receipt of the final payment and in consideration of that amount, the undersigned does hereby release the Owner and its agents from any and all claims arising under or by virtue of this Contract or modification thereof occurring from the undersigned's performance in connection with the _____ project.

                                  _____
                                    Contractor's Signature

                                  _____
                                    Title

Subscribed and sworn to before me this _____ day of _____, 20____.

                                  _____
                                    Notary Public

My Commission Expires:

_____

## CONTRACTOR'S AFFIDAVIT

FROM:    Contractor's Name  _____

Address_____

TO:    Owner's Name  _____

Address  _____

_____

DATE OF CONTRACT: _____

I hereby certify that all claims for material, labor, and supplies entered into contingent and incident to the construction or used in the course of the performance of the work on the _____ project have been fully satisfied.

_____
Contractor's Signature

_____
Title

Subscribed and sworn to before me this _____ day of _____, 20____.

_____
Notary Public

My Commission Expires:

_____

The Surety Company consents to the release of the retained percentage on this project with the understanding that should any unforeseen contingencies arise having a right of action on the bond that the Surety Company will not waive liability through the consent to the release of the retained percentage.

Dated _____
Surety Company

By _____
Resident Agent, State of Arkansas

SECTION 01 11 00 - SUMMARY OF WORK

PART 1 - GENERAL

1.1     SUMMARY

   A.     Section includes description and requirements of:
          1.     Work covered by Contract Documents.
          2.     Activities of others within Project area.
          3.     Coordination of Work required by Contractor.
          4.     Provisions for future Work.

   B.     Work covered by Contract Documents:  The completed Work will provide Owner with irrigation
          water pumping and pipeline improvements. More specifically, the Project includes, but is not
          limited to, construction of the following:
          1.      One (1) 30 hp, 3,000 gpm pump and motor with associated electrical equipment.
          2.     One (1) 60 hp, 3,000 gpm pump and motor with associated electrical equipment.
          3.     One (1) 100 hp, 5,000 gpm pump and motor with associated electrical equipment.
          4.     Three pump standpipes and intake pipes.
          5.     Mechanical piping associated with the pump stations
          6.     Approximately 13,000 linear feet of pipeline for distributing irrigation water.
          7.     All necessary electrical equipment, appurtenances, and components for the project.

   C.     Except as specifically noted otherwise, provide and pay for:
          1.     Insurance and bonds.
          2.     Labor, materials, and equipment.
          3.     Tools, equipment, and machinery required for construction.
          4.     Utilities required for construction.
          5.     Temporary facilities including sheeting and shoring.
          6.     Traffic control and dust control measures.
          7.     Other facilities and services necessary for proper execution and completion of the Work.

   D.     Secure and pay for all permits, OSHA excavation permits, Department of Transportation
          permits, and any other government fees and licenses.
          1.     It is the Contractor's responsibility to maintain the required controls and record keeping to
                 comply with the SWPPP and associated stormwater permit.

   E.     Comply with codes, ordinances, regulations, orders, and other legal requirements of public
          authorities having bearing on the performance of the Work.

1.2     ACTIVITIES BY OTHERS

   A.     Owner, utilities, and others may perform activities within Project area while the Work is in
          progress.
          1.     Schedule the Work with Owner, utilities, and others to minimize mutual interference.

   B.     Cooperate with others to minimize interference and delays.
          1.     When cooperation fails, submit recommendations and perform Work in coordination with
                 work of others as directed.

1.3     COORDINATION OF WORK

   A.     Maintain overall coordination of the Work.

B.    Obtain construction schedules from each subcontractor, and require each subcontractor to maintain schedules and coordinate modifications.

C.    Alternates:  Alternates, if included, are specified in detail in the Bid Form and only those alternates that were selected by the Owner, as evidenced in the Agreement, are made a part of this Contract.

1.4    PROVISIONS FOR FUTURE WORK

A.    Provisions for future construction are as shown as detailed on drawings and in the specifications.

1.5    LOCATION OF WORK

A.    The Project is located where Indian Bayou Crosses Chicken Jeans Road in Lonoke County, Arkansas.

1.6    OWNER FURNISHED EQUIPMENT

A.    None.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 11 60 – PROJECT MANUAL LANGUAGE

PART 1 - GENERAL

1.1      SUMMARY

    A.    Section Includes description and requirements of:
        1.     Explanation of Project Manual arrangement.
        2.     Explanation of Project Manual language.
        3.     Reference standards.
        4.     Method of resolving conflicts of referenced standards between Contract Documents.

    B.    Related Documents and Sections:
        1.     The Contract Documents are complementary; what is called for by one is as binding as if called for by all.
        2.     It is the CONTRACTOR's responsibility for scheduling and coordinating the Work of subcontractors, suppliers, and other individuals or entities performing or furnishing any of CONTRACTOR's Work.

1.2      REFERENCES

    A.    Construction Specifications Institute (CSI):
        1.     Manual of Practice - MasterFormat™.
        2.     Manual of Practice - SectionFormat™.
        3.     Manual of Practice - PageFormat™.

1.3      PROJECT MANUAL ARRANGEMENT

    A.    Document and Section numbers used in Project Manual, and Project Manual arrangement are in accordance with CSI MasterFormat™, except where departures have been deemed necessary.

    B.    Sections are written in accordance with CSI SectionFormat™, Three-Part Section Format, except where departures have been deemed necessary.

    C.    Page format for Sections in the Project Manual is in accordance with CSI Page Format, except where departures have been deemed necessary.

1.4      PROJECT MANUAL LANGUAGE

    A.    Specification Section Paragraphs entitled "Section Includes" summarizes briefly what is generally included in the section. Requirements of Contract Documents are not limited by "Section Includes" paragraphs. Specifications have been partially streamlined by intentionally omitting words and phrases, such as "the CONTRACTOR shall," "in conformity therewith," "shall be" following "as indicated," "a," "an," "the" and "all". Assume missing portions by inference.

    B.    Phrase "by ENGINEER" modifies words such as "accepted," "directed," "selected," "inspected," and "permitted," when they are unmodified.

    C.    Phrase "to ENGINEER" modifies words such as "submit," "report," and "satisfactory," when they are unmodified.

    D.    Colons (:) are used to introduce a list of particulars, an appositive, an amplification, or an illustrative quotation:
        1.     When used as an appositive after designation of product, colons are used in place of words "shall be."

E.   Word "provide" means to manufacture, fabricate, deliver, furnish, install, complete, assemble, erect in place, test, render ready for use or operation, including necessary related material, labor, appurtenances, services, and incidentals.

F.   Words "CONTRACTOR shall" are implied when direction is stated in imperative mood.

G.   Term "products" includes materials and equipment as specified in Section 01 60 00.

1.5    REFERENCE STANDARDS

A.   Use only applicable portions of referenced standards, ignoring payment stipulations and other provisions which change the duties of the ENGINEER or OWNER.

B.   Equate terms relating to designer to "ENGINEER."

C.   Notify ENGINEER when referenced standard, code, or specification conflicts with Contract Documents.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 14 00 – WORK RESTRICTIONS

PART 1 - GENERAL

1.1     SUMMARY

   A.   Section includes description and requirements of:
        1.   General constraints for sequencing and scheduling the Work.
        2.   Compliance with **Arkansas Department of Environmental Quality (ADEQ)** regulations and requirements.
        3.   Work affected by existing site and facility.
        4.   Work restrictions and coordination between construction operations and plant operations, including:
             a.   Access to site.
             b.   Use of site and premises.
             c.   Utilities.
             d.   Work by Others.
             e.   Work Sequence.
             f.   Temporary Services, Materials and Equipment.

1.2     GENERAL CONSTRAINTS ON SEQUENCE AND SCHEDULING OF WORK

   **A.**   The work shall not interfere with agricultural operations.

1.3     OPERATIONS AND MAINTENANCE ACCESS

   A.   Provide safe, continuous access to process control equipment for farming operations personnel.

1.4     UTILITIES

   A.   Provide advance notice to and utilize services of Arkansas One-Call System for location and marking of underground utilities operated by utility agencies other than the OWNER. Contact information:  Arkansas One-Call, 2120 Maple Ridge Circle, Conway, AR 72034, phone number 501-328-2500, website: **www.arkonecall.com.**

   B.   Maintain electrical, telephone, water, gas, sanitary facilities, and other utilities within existing facilities in service. Provide temporary utilities when necessary.

1.5     WORK BY OTHERS

   A.   Where proper execution of the Work depends upon work by others, inspect and promptly report discrepancies and defects.

1.6     TEMPORARY SERVICES, MATERIALS, AND EQUIPMENT

   A.   Locate temporary facilities in a manner that minimizes interference to Owner's operation and maintenance personnel.

   B.   Unless otherwise specified, install temporary pipelines of the same size as its connection to the existing facility at the downstream end of the pipeline.

   C.   Provide piping of suitable material for the material being conveyed.

   D.   Provide submittals on proposed temporary electrical and instrumentation components necessary to maintain existing facilities.

E.     Dewater and promptly clean basins and channels temporarily removed from service.

F.     Discrepancies between coordinates, bearings and lengths, and stationing shall be resolved in the following order of precedence:
1.     Coordinates.
2.     Bearings and lengths.
3.     Stationing.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 26 00 – CONTRACT MODIFICATION PROCEDURES

PART 1 - GENERAL

1.1     SUMMARY

    A.     Section Includes description and requirements of:
           1.     Proposal Requests.
           2.     Claims.
           3.     Change Orders and Written Amendments.
           4.     Field Order Procedures.

1.2     PROPOSAL REQUEST

    A.     Owner may, in anticipation of ordering an addition, deletion, or revision to the Work, request
           Contractor to prepare a detailed proposal of cost and times to perform contemplated change.

    B.     Proposal request will include reference number for tracking purposes and detailed description of
           and reason for proposed change, and such additional information as appropriate and as may be
           required for Contractor to accurately estimate cost and time impact on the Project.

    C.     Proposal request is for information only; Contractor is neither authorized to execute proposed
           change nor to stop Work in progress as result of such request.

    D.     Contractor's written proposal shall be transmitted to Engineer promptly, but not later than 14
           days after Contractor's receipt of Owner's written request. Proposal shall remain firm for a
           maximum period of 45 days after receipt by Engineer.

    E.     Owner's request for proposal or Contractor's failure to submit such proposal within the required
           time period will not justify a claim for an adjustment in Contract Price or Contract Times (or
           Milestones).

1.3     CLAIMS

    A.     Include, at a minimum:
           1.     Specific references including:
                  a.     Drawing numbers.
                  b.     Specification section and article/paragraph number.
                  c.     Submittal type, Submittal number, date reviewed, Engineer's comment, as
                         applicable, with appropriate attachments.
           2.     Stipulated facts and pertinent documents, including photographs and statements.
           3.     Interpretations relied upon.
           4.     Description of:
                  a.     Nature and extent of claim.
                  b.     Who or what caused the situation.
                  c.     Impact to the Work and work of others.
                  d.     Discussion of claimant's justification for requesting a change to price or times or
                         both.
           5.     Estimated adjustment in price claimant believes it is entitled to with documentation and
                  justification.
           6.     Requested Change in Contract Times: Include at least;
                  a.     Progress schedule documentation showing logic diagram for request.
                  b.     Documentation that float times available for Work have been used.
                  c.     Revised activity logic with durations including sub-network logic revisions, duration
                         changes, and other interrelated schedule impacts, as appropriate.

       7.    Documentation as may be necessary as set forth below for Work Change Directive, and as Engineer may otherwise require.

## 1.4    WORK CHANGE DIRECTIVES

A.    Procedures:

1.    Upon completion of Work covered by the Work Change Directive or when final Contract Times and Contract Price is determined, Contractor shall submit documentation for inclusion in a Change Order via the *Info Exchange* project website.

2.    Engineer will:
    a.    Initiate, including a description of the Work involved and any attachments.
    b.    Affix signature, demonstrating Engineer's recommendation.
    c.    Engineer will update Owner monthly on the status of the Work Change Directives.

3.    Owner will:
    a.    Affix signature, demonstrating approval of the changes involved.
    b.    Return one electronic copy to Engineer. Engineer will retain one electronic copy, send one electronic copy to the Resident Project Representative or other field representative, and forward one electronic copy to Contractor.

4.    Contractor's documentation shall include but not be limited to:
    a.    Appropriately detailed records of Work performed to enable determination of value of the Work.
    b.    Full information required to substantiate resulting change in Contract Times and Contract Price for Work. On request of Engineer, provide additional data necessary to support documentation.
    c.    Support data for Work performed on a unit price or Cost of the Work basis with additional information such as:
        1).   Dates Work was performed, and by whom.
        2).   Time records, wage rates paid, and equipment rental rates.
        3).   Invoices and receipts for materials, equipment, and subcontracts, all similarly documented.
    d.    Claim for additional cost must be made within 10 days of the directive by the Engineer. Claims on work made after 10 days will not be considered.

B.    Effective Date of Work Change Directive: Date of signature by Owner, unless otherwise indicated thereon.

## 1.5    CHANGE ORDERS OR WRITTEN AMENDMENTS

A.    Procedure:

1.    Engineer will prepare the proposed Change Order or Written Amendment and transmit an electronic copy of such with Engineer's written recommendation (Change Order only) and request to Contractor for signature.

2.    Contractor shall, upon receipt, either:
    a.    Promptly execute the document, retaining one electronic copy for its file, and return one electronic copy via the *Info Exchange* project website to Engineer for Owner's signature, or
    b.    Return unsigned one electronic copy with written justification via *Info Exchange* project website for not executing Change Order or Written Amendment.

3.    Engineer will, upon receipt of Contractor-executed copy, promptly forward Engineer's written recommendation and partially executed copy for Owner's signature, or if Contractor fails to execute the Change Order or Written Amendment, Engineer will promptly so notify Owner and transmit Contractor's justification to Owner.

4.    Upon receipt of Contractor-executed Change Order or Written Amendment, Owner will promptly either:
    a.    Execute Change Order or Written Amendment, retaining one copy for its file and returning one electronic copy to Engineer, or

b. Return to Engineer unsigned copy with written justification for not executing Change Order or Written Amendment.

5. Upon receipt of Owner-executed Change Order or Written Amendment, Engineer will transmit one electronic copy to Contractor, one copy to Resident Project Representative or other field representative, and retain one electronic copy, or if Owner fails to execute the Change Order or Written Amendment, Engineer will promptly so notify Contractor and transmit Owner's justification to Contractor.

6. Upon receipt of Owner-executed Change Order, Contractor shall:
    a. Perform Work covered by Change Order or Written Amendment.
    b. Revise Schedule of Values to adjust Contract Price and submit with next Application for Payment.
    c. Revise progress schedule to reflect changes in Contract Times, if any, and to adjust times for other items of Work affected by change.
    d. Enter changes in Project record documents after completion of change related Work.

B. In signing a Change Order or Written Amendment, Owner and Contractor acknowledge and agree that:
    1. Stipulated compensation (Contract Price or Contract Times, or both) set forth includes payment for:
        a. The Cost of the Work covered by the Change Order or Written Amendment.
        b. Contractor's fee for overhead and profit.
        c. Interruption of progress schedule.
        d. Delay and impact, including cumulative impact, on other Work under the Contract Documents, and
        e. Extended overheads.
    2. Change Order or Written Amendment constitutes full mutual accord and satisfaction for the change to the Work.
    3. Unless otherwise stated in the Change Order or Written Amendment, all requirements of the original Contract Documents apply to the Work covered by the Change Order or Written Amendment.

## 1.6 FIELD ORDER PROCEDURES

A. Engineer will issue Field Orders, with one electronic copy to Contractor.

B. Effective date of the Field Order shall be the date of signature by Engineer, unless otherwise indicated thereon.

C. Contractor shall acknowledge receipt by signing and returning one electronic copy to Engineer.

D. Field Orders will be incorporated into subsequent Change Orders, as a no-cost change to the Contract.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 29 00 – PAYMENT PROCEDURES

PART 1 - GENERAL

1.1     SUMMARY

    A.     Section includes description and requirements of:
          1.     Submittals Related to Payment Procedures.
          2.     Cash Allowances.
          3.     Schedule of Values.
          4.     Schedule of Estimated Progress Payments.
          5.     Payment.
          6.     Nonpayment for Rejected or Unused Products.
          7.     Partial Payment for Stored Materials and Equipment.
          8.     Partial Payment for Undelivered, Project Specific Manufactured or Fabrication Equipment.

1.2     SUBMITTALS

    A.     Informational Submittals:
          1.     Schedule of Values:  Submit on Contractor's standard form.
          2.     Schedule of Estimated Progress Payments:
               a.     Submit with initially acceptable Schedule of Values.
               b.     Submit adjustments thereto with Application for Payment.
          3.     Application for Payment.
          4.     Final Application for Payment.

1.3     SCHEDULE OF VALUES

    A.     Unit Price Work:  Reflect unit price quantity and price breakdown from conformed Bid Form.

    B.     Lump Sum Work:
          1.     Reflect Schedule of Values format included in conformed Bid Form, specified allowances, alternates, and equipment selected by Owner, as applicable.
          2.     List bonds and insurance premiums, mobilization, demobilization, preliminary and detailed progress schedule preparation, facility startup, and contract closeout separately.
          3.     Break down by Division 2 through 44 with appropriate subdivision of each Specification for each Project facility. The apparent "low bidder" is required to deliver a Bid breakdown by specification within 2 working days after Bid opening.

    C.     An unbalanced or front-end loaded schedule will not be acceptable.

    D.     Summation of the complete Schedule of Values representing all the Work shall equal the Contract Price.

    E.     Submit Schedule of Values in a spreadsheet format compatible with latest version of Excel.

1.4     SCHEDULE OF ESTIMATED PROGRESS PAYMENTS

    A.     Show estimated payment requests throughout Contract Times aggregating initial Contract Price.

    B.     Base estimated progress payments on initially acceptable progress schedule. Adjust to reflect subsequent adjustments in progress schedule and Contract Price as reflected by modifications to the Contract Documents.

1.5     APPLICATION FOR PAYMENT

A.   Transmittal Summary Form: Attach one Summary Form with each detailed Application for Payment for each schedule and include Request for Payment of Materials and Equipment on Hand as applicable. Execute certification by authorized officer of Contractor.

B.   Use detailed Application for Payment Form suitable to Engineer.

C.   Provide separate form for each schedule as applicable.

D.   Include accepted Schedule of Values for each schedule or portion of Work, the unit price breakdown for the Work to be paid on unit price basis, a listing of Owner-selected equipment, if applicable, and allowances, as appropriate.

E.   Preparation:
    1.   Round values to nearest dollar.
    2.   List each Change Order executed prior to date of submission as separate line item. The totals will equal those shown on the Transmittal Summary Form for each schedule as applicable.
    3.   Submit Application for Payment, including a Transmittal Summary Form and detailed Application for Payment Form(s) for each schedule as applicable, a listing of materials on hand for each schedule as applicable, and such supporting data as may be requested by Engineer.
    4.   Prior to submitting each request for progress payment, request Engineer's review and approval of current status of record documents as required by SC-7.11.B. Failure to properly maintain, update, and submit record documents may result in a deferral by Engineer to recommend whole or any part of Contractor's Application for Payment, either partial or final.

1.6     PAYMENT

A.   General:
    1.   Progress payments will be made monthly.
    2.   The date for Contractor's submission of monthly Application for Payment shall be established at the Preconstruction Conference.
    3.   Progress payment is contingent upon applications and Contractor progress, which is subject to withholdings by Owner.

B.   Payment for all the Work shown or specified in Contract Documents is included in the Contract Price. No measurement or payment will be made for individual items.

C.   Payment for Lump Sum Work covers all Work specified or shown in the Contract Documents.

1.7     NONPAYMENT FOR REJECTED OR UNUSED PRODUCTS

A.   Payment will not be made for following:
    1.   Loading, hauling, and disposing of rejected material.
    2.   Quantities of material wasted or disposed of in manner not called for under Contract Documents.
    3.   Rejected loads of material, including material rejected after it has been placed by reason of failure of Contractor to conform to provisions of Contract Documents.
    4.   Material not unloaded from transporting vehicle.
    5.   Defective Work not accepted by Owner.
    6.   Material remaining on hand after completion of Work.

1.8    PARTIAL PAYMENT FOR STORED MATERIALS AND EQUIPMENT

A.    Partial Payment: No partial payments will be made for materials and equipment delivered or stored unless Shop Drawings and preliminary operation and maintenance manuals are accepted by Engineer. Thereafter, partial payment for materials and equipment delivered and stored, but not yet incorporated in work, shall not exceed 90% of the equipment or material value.

B.    Final Payment: Will be made only for products incorporated in Work and following approval of final operations and maintenance manuals; remaining products, for which partial payments have been made, shall revert to Contractor unless otherwise agreed, and partial payments made for those items will be deducted from final payment.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 31 00 – PROJECT MANAGEMENT AND COORDINATION

PART 1 - GENERAL

1.1     SUMMARY

    A.    Section includes description and requirements of:
        1.    Submittals Related to Project Management and Coordination.
        2.    Utility Notification and Coordination.
        3.    Work Sequencing /Constraints.
        4.    Facility Operations.
        5.    Adjacent Facilities and Properties.
        6.    Owner's Occupancy.
        7.    Partial Utilization by the Owner.
        8.    Physical Conditions.
        9.    Construction Photographs.
        10.    Audio-Video Recordings.
        11.    Cutting, Fitting and Patching.

1.2     SUBMITTALS

    A.    Informational:
        1.    Statement of Qualification (SOQ) for land surveyor or civil engineer.
        2.    Photographs and other records of examination.
        3.    Video Recordings: Submit one copy, including updated copy of project video log, within 5 days of being taken.

1.3     UTILITY NOTIFICATION AND COORDINATION

    A.    Coordinate the Work with various utilities within Project limits. Notify applicable utilities prior to commencing Work, if damage occurs, or if conflicts or emergencies arise during Work.

    B.    Before excavation, contact Arkansas ONE CALL to arrange for field location of known utilities.

1.4     WORK SEQUENCING/CONSTRAINTS

    A.    Include the following work sequences in the Progress Schedule required under Section 01 32 00, CONSTRUCTION PROGRESS DOCUMENTATION.

    B.    This Section identifies several construction constraints that must be reflected in the Contractor project coordination. An overall outline is presented in this Section for the Construction coordination, demolition, and seasonal/process constraints that shall be considered during construction. The sequence of Work for this Project must reflect the constraints identified herein.

    C.    Definitions:
        1.    Dry weather periods shall, in general, be from June 15 through October 1. Actual dry weather periods shall be as determined by the Owner based on weather, flows entering plant, and plant operation requirements.
        2.    Wet weather periods shall be any time period which is not within the defined dry weather periods.

1.5    FACILITY OPERATIONS

A.    Be responsible for planning, designing, and providing various temporary services, utilities, connections, temporary piping, bypass facilities and temporary connections, and similar items to maintain continuous operations of Owner's facility.  Sequences other than those specified will be considered upon written request to Owner and Engineer, provided they afford equivalent continuity of operations.

B.    Do not close lines, open or close valves, or take other action which would affect the operation of existing systems, except as specifically required by the Contract Documents and after authorization by Owner and Engineer.  Such authorization will be considered within 48 hours after receipt of Contractor's written request.

C.    Relocation of Existing Facilities:
    1.    During construction, it is expected that minor relocations of Work will be necessary.
    2.    Provide complete relocation of existing structures and Underground Facilities, including piping, utilities, equipment and structures, electrical conduit wiring, electrical duct bank, and other necessary items.
    3.    Use only new materials for relocated facility. Match materials of existing facility, unless otherwise shown or specified.
    4.    Perform relocations to minimize downtime of existing facilities.
    5.    Install new portions of existing facilities in their relocated position prior to removal of existing facilities, unless otherwise accepted by Engineer.

1.6    ADJACENT FACILITIES AND PROPERTIES

A.    Examination:
    1.    After Effective Date of the Agreement and before Work at Site is started Contractor, Engineer, and affected property owners and utility owners shall make a thorough examination of pre-existing conditions including existing buildings, structures, and other improvements in vicinity of Work, as applicable, which could be damaged by construction operations.
    2.    Periodic reexamination shall be jointly performed to include, but not limited to, cracks in structures, settlement, leakage, and similar conditions.

B.    Documentation:
    1.    Record and submit documentation of observations made on examination inspections for signature of Engineer and Contractor and in accordance with paragraph Construction Photographs and Audio-Video Recordings.
    2.    Upon receipt, Engineer will review, sign, and return one record copy of documentation to Contractor to be kept on file in field office.  Such documentation shall be used as indisputable evidence in ascertaining whether and to what extent damage occurred as a result of Contractor's operations, and is for the protection of adjacent property owners, Contractor, and Owner.

1.7    OWNER'S OCCUPANCY

A.    Owner will occupy the premises during the period of construction for the conduct of its normal operations.  Cooperate with Owner in all construction operations to minimize conflict and to facilitate Owner usage.

1.8    PHYSICAL CONDITIONS

A.    Exercise reasonable care to verify locations of existing subsurface facilities and utilities.

B.  Areas immediate and adjacent to planned excavations shall be thoroughly checked by means of visual examination and with electronic metal and pipe detection equipment for indications of underground utilities and facilities.

C.  Make exploratory excavation where existing underground facilities or utilities may potentially conflict with proposed excavations and facilities or where there is reasonable cause to verify the presence or absence of, or to obtain physical information regarding underground facilities or utilities. Conduct exploratory excavations as acceptable to and in the presence of Engineer prior to proceeding with major excavation in the area and sufficiently in advance of construction to avoid possible delays to Contractor's Work.  Promptly take measurements, photographs, and obtain survey data.

1.9    CONSTRUCTION PHOTOGRAPHS

A.  Photographically document all phases of the project including preconstruction, construction progress, and post-construction.

B.  Engineer shall have the right to select the subject matter and vantage point from which photographs are to be taken.

C.  Photograph Format:  Reference Section 01 34 00 for photograph requirements.

D.  Preconstruction and Post-Construction:
    1.  After Effective Date of the Agreement and before Work at Site is started, and again upon issuance of Substantial Completion, take photographs of all areas of the Construction Site and property adjacent to perimeter of Construction Site.
    2.  Particular emphasis shall be directed to structures both inside and outside the Site.

E.  Construction Progress Photos:
    1.  Photographically demonstrate progress of construction, showing every aspect of Site and adjacent properties as well as interior and exterior of new or impacted structures.
    2.  Take photos as frequent as required to document all major aspects of construction. Coordinate with Engineer.

1.10    AUDIO-VIDEO RECORDINGS

A.  Prior to beginning Work on Construction Site or of a particular area of the Work, and again within 10 days following date of Substantial Completion, video-graph Construction Site and property adjacent to Construction Site.

B.  In the case of preconstruction recording, no Work shall begin in the area prior to Engineer's review and approval of content and quality of video for that area.

C.  Particular emphasis shall be directed to physical condition of existing vegetation, structures, and pavements within Construction Site and areas adjacent to and within the right-of-way or easement, and on Contractor storage and staging areas.

D.  Engineer shall have right to select subject matter and vantage point from which videos are to be taken.

E.  Video Format and Quality:
    1.  Video:
        a.  Produce bright, sharp, and clear images with accurate colors, free of distortion and other forms of picture imperfections. Make sure sound is clear and free of distortion.

        b.    Electronically, and accurately display the month, day, year, and time of day of the recording.

2.    Audio:
    a.    Audio documentation shall be done clearly, precisely, and at a moderate pace.
    b.    Indicate date, project name, and a brief description of the location of taping, including:
        1).  Facility name.
        2).  Street names or easements.
        3).  Addresses of private property.
        4).  Direction of coverage, including engineering stationing, if applicable.

3.    Documentation:
    a.    Electronic File Name:
        1).  Date of coverage in year-month-day-time format followed by a short description of video coverage.

4.    Transmission of Files:
    a.    Transmit electronic files via Info Exchange, or;
    b.    Place electronic files on flash drive with enough storage size to hold all videos being transmitted and deliver to Engineer via acceptable method to Engineer.

5.    Project Video Log:  Maintain an ongoing log that incorporates above noted information for videos on Project.

6.    Reference specification Section 01 34 00 for additional requirements.

## 1.11    REFERENCE POINTS AND SURVEYS

A.    Location and elevation of benchmarks are shown on Drawings.

B.    Dimensions for lines and elevations for grades of structures, appurtenances, and utilities are indicated on the Drawings, together with the other pertinent information required for laying out Work. If conditions vary from those indicated, immediately notify Engineer.

C.    Any existing survey points or other control markers destroyed without proper authorization will be replaced by Owner of the survey points or control markers at the Contractor's expense.

D.    Contractor's Responsibilities:
    1.    Provide additional survey and layout required to layout the Work.
    2.    Locate and protect reference points prior to stating site preparation.
    3.    Check and establish exact location of existing facilities prior to construction of new facilities and any connections thereto.
    4.    In event of discrepancy in data or staking provided by Owner, request clarification before proceeding with Work.
    5.    Retain professional land surveyor or civil engineer registered in state of Project who shall perform or supervise engineering surveying necessary for additional construction staking and layout.
    6.    Maintain complete accurate log of survey Work as it progresses as a Record Document.
    7.    On request of Engineer, submit documentation.
    8.    Provide competent employee(s), tools, stakes, and other equipment and materials as Engineer may require to:
        a.    Establish control points, lines, and easement boundaries.
        b.    Check layout, survey, and measurement Work performed by others.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1     CUTTING, FITTING, AND PATCHING

    A.    Cut, fit, adjust, or patch Work and work of others, including excavation and backfill as required, to make Work complete.

    B.    Obtain prior written authorization of Engineer and Owner before commencing work to cut or otherwise alter:
        1.    Structural or reinforcing steel, structural column or beam, elevated slab, trusses, or other structural member.
        2.    Weather- or moisture-resistant elements.
        3.    Efficiency, maintenance, or safety of element.
        4.    Work of others.

    C.    Refinish surfaces to provide an even finish.
        1.    Refinish continuous surfaces to nearest intersection.
        2.    Refinish entire assemblies.
        3.    Finish restored surfaces to such planes, shapes, and textures that no transition between existing work and Work is evident in finished surfaces.

    D.    Restore existing work, Underground Facilities, and surfaces that are to remain in completed Work including concrete-embedded piping, conduit, and other utilities as specified and as shown.

    E.    Make restorations with new materials and appropriate methods as specified for new Work of similar nature; if not specified, use recommended practice of manufacturer or appropriate trade association.

    F.    Fit Work airtight to pipes, sleeves, ducts, conduit, and other penetrations through surfaces and fill voids.

    G.    Remove specimens of installed Work for testing when requested by Engineer.

END OF SECTION

SECTION 01 32 90 – SAFETY PLAN

PART 1 - GENERAL

1.1      SUMMARY

   A.    Section Includes: Development and maintenance of a Construction Safety Plan.

1.2      REFERENCES

   A.    OSHA.

1.3      CONSTRUCTION SAFETY PLAN

   A.    Detail the Methods and Procedures to comply with Federal, and Local Health and Safety Laws, Rules and Requirements for the duration of the Contract Times. Include the following:
      1.    Identification of the Certified or Licensed Safety Consultant, who will prepare, initiate, maintain and supervise safety programs, and procedures.
      2.    Procedures for providing workers with an awareness of safety and health hazards expected to be encountered in the course of construction.
      3.    Safety equipment appropriate to the safety and health hazards expected to be encountered during construction. Include warning devices, barricades, safety equipment in public right-of-way and protected areas, and safety equipment used in multi-level structures.
      4.    Methods for minimizing employees' exposure to safety and health hazards expected during construction.
      5.    Procedures for reporting safety or health hazards.
      6.    Procedures to follow to correct a recognized safety and health hazard.
      7.    Procedures for investigation of accidents, injuries, illnesses and unusual events that have occurred at the construction site.
      8.    Periodic and scheduled inspections of general work areas and specific work stations.
      9.    Training for employees and workers at the jobsite.
      10.   Methods of communication of safe working conditions, work practices and required personal protection equipment.

   B.    Assume responsibility for every aspect of Health and Safety on the jobsite, including the health and safety of subcontractors, suppliers, and other persons on the jobsite:
      1.    Forward available information and reports to the Safety Consultant who shall make the necessary recommendations concerning worker health and safety at the jobsite.
      2.    Employ additional health and safety measures specified by the Safety Consultant, as necessary, for workers in accordance with OSHA guidelines.

   C.    Transmit to OWNER and ENGINEER copies of reports and other documents related to accidents or injuries encountered during construction.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 33 00 – SUBMITTAL PROCEDURES

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes description and requirements of:
1.     Submittals Related to Project Submittals as related to:
a.     Action Submittals
b.     Informational Submittals

1.2     DEFINITIONS

A.     Action Submittal: Written and graphic information submitted by Contractor that requires Engineer's approval.

B.     Informational Submittal: Information submitted by Contractor that does not require Engineer's approval.

1.3     PROCEDURES

A.     Direct Submittals to Engineer.

B.     Contractor will submit all submittals electronically using the *Info Exchange* project website to facilitate the transfer of submittals and related files.

C.     Transmittal of Submittal:
1.     Contractor shall:
a.     Review each submittal and check for compliance with Contract Documents.
b.     Stamp each submittal with uniform approval stamp before submitting to Engineer.
1).     Stamp to include Project name, submittal number, Specification number, Contractor's reviewer name, date of Contractor's approval and statement certifying that submittal has been reviewed, checked, and approved for compliance with Contract Documents.
2).     Engineer will not review submittals that do not bear Contractor's approval stamp and will return them without action.
2.     Complete, sign, and transmit with each submittal package, one Transmittal of Contractor's Submittal form. A blank Transmittal of Contractor's Submittal form may be provided by Engineer.
3.     Identify Each Submittal with the Following:
a.     Numbering and Tracking System:
1)     Submittal No. 8300-001, etc.
b.     Sequentially number each submittal.
c.     Resubmission of submittal shall have original number with sequential alphabetic suffix (ie: Resubmittal No. 8300-001-A).
1).     Specification section and paragraph to which submittal applies.
2).     Project title and Engineer's project number.
3).     Date of transmittal.
4).     Names of Contractor, subcontractor or Supplier and Manufacturer as appropriate.
4.     Identify and describe each deviation or variation from Contract Documents.

D.     Format:
1.     Do not base Shop Drawings on reproductions of Contract Documents.

2. Package submittal information by individual Specification section. Do not combine different Specification sections together in submittal package, unless otherwise directed in Specification.
3. Present in a clear and thorough manner and in sufficient detail to show kind, size, arrangement, and function of components, materials, and devices, and compliance with Contract Documents.
4. Index with labeled tab dividers in orderly manner.

E. Timeliness: Schedule and submit in accordance Schedule of Submittals, and requirements of individual Specification sections.

F. Processing Time:
1. Time for review shall commence on Engineer's receipt of submittal.
2. Engineer will act upon Contractor's submittal and transmit response to Contractor not later than 30 days after receipt, unless otherwise specified.
3. Re-submittals will be subject to same review time.
4. No adjustment of Contract Times or Price will be allowed due to delays in progress of Work caused by rejection and subsequent re-submittals.

G. Re-submittals: Clearly identify each correction or change made.

H. Incomplete Submittals:
1. Engineer will return entire submittal for Contractor's revision if preliminary review deems it incomplete.
2. When any of the following are missing, submittal will be deemed incomplete:
    a. Contractor's review stamp completed and signed.
    b. Transmittal of Contractor's Submittal completed and signed.
3. Submittals not required by Contract Documents will not be reviewed and will be returned stamped "Not Reviewed."
4. Engineer will keep one electronic copy and return one electronic copy to Contractor.

I. Coordination with Project:
1. It is the Contractor's responsibility to coordinate all equipment furnished with project elevations and dimensions. Approval of the submittal does not relieve the Contractor of the responsibility.
2. Contractor shall be responsible for coordinating all project aspects and project changes with all submittals.

1.4    ACTION SUBMITTALS

A. Prepare and submit Action Submittals required by individual Specification sections.

B. Contractor will submit all submittals electronically using the *Info Exchange* project website to facilitate the transfer of submittals and related files.

C. Shop Drawings:
1. Identify and Indicate:
    a. Applicable Contract Drawing and Detail number, products, units and assemblies, and system or equipment identification or tag numbers.
    b. Equipment and Component Title: Identical to title shown on Drawings.
    c. Critical field dimensions and relationships to other critical features of Work. Note dimensions established by field measurement.
    d. Project-specific information drawn accurately to scale.
2. Manufacturer's standard schematic drawings and diagrams as follows:
    a. Modify to delete information that is not applicable to the Work.

      b.     Supplement standard information to provide information specifically applicable to the Work.

3. Product Data:  Provide as specified in individual Specifications.
4. Foreign Manufacturers: When proposed, include following additional information:
   a. Names and addresses of at least two companies that maintain technical service representatives close to Project.
   b. Complete list of spare parts and accessories for each piece of equipment.

D. Samples:
1. Copies: One, unless otherwise specified in individual Specifications.
2. Preparation: Mount, display, or package Samples in manner specified to facilitate review of quality. Attach label on unexposed side that includes the following:
   a. Manufacturer name.
   b. Model number.
   c. Material.
   d. Sample source.
3. Manufacturer's Color Chart:  Units or sections of units showing full range of colors, textures, and patterns available.
4. Full-size Samples:
   a. Size as indicated in individual Specification section.
   b. Prepared from same materials to be used for the Work.
   c. Cured and finished in manner specified.
   d. Physically identical with product proposed for use.

E. Action Submittal Dispositions: Engineer will review, mark, and stamp as appropriate, and distribute marked-up copies as noted:
1. Furnish as Submitted:
   a. Contractor may incorporate product(s) or implement Work covered by submittal.
   b. Distribution
      1). One electronic copy furnished to Resident Project Representative.
      2). One electronic copy retained in Engineer's file.
      3). One electronic copy returned to Contractor appropriately annotated.
2. Furnish as Corrected or Noted:
   a. Contractor may incorporate product(s) or implement Work covered by submittal, in accordance with Engineer's notations.
   b. Distribution:
      1). One electronic copy furnished to Resident Project Representative.
      2). One electronic copy retained in Engineer's file.
      3). One electronic copy to Contractor appropriately annotated.
3. Revise and Resubmit:
   a. Make corrections or obtain missing portions, and resubmit.
   b. Except for portions indicated, Contractor may begin to incorporate product(s) or implement Work covered by submittal, in accordance with Engineer's notations.
   c. Distribution:
      1). One electronic copy furnished to Resident Project Representative.
      2). One electronic copy retained in Engineer's file.
      3). One electronic copy to Contractor appropriately annotated.
4. Rejected:
   a. Contractor may not incorporate product(s) or implement Work covered by submittal.
   b. Distribution:
      1). One electronic copy furnished to Resident Project Representative.
      2). One electronic copy retained in Engineer's file.
      3). One electronic copy returned to Contractor appropriately annotated.

1.5    INFORMATIONAL SUBMITTALS

A.    General:
1.    Contractor will submit all submittals electronically using the *Info Exchange* project website to facilitate the transfer of submittals and related files.
2.    Refer to individual Specification sections for specific submittal requirements.
3.    Engineer will review each submittal. If submittal meets conditions of the Contract, Engineer will forward electronic copies to appropriate parties. If Engineer determines submittal does not meet conditions of the Contract and is therefore considered unacceptable, Engineer will retain one electronic copy and return one electronic copy with review comments to Contractor, and require that submittal be corrected and resubmitted.
4.    Application for Payment:    In accordance with Section 01 29 00, PAYMENT PROCEDURES.
5.    Certificates:
      a.    General:
            1).    Provide notarized statement that includes signature of entity responsible for preparing certification.
            2).    Signed by officer or other individual authorized to sign documents on behalf of that entity.
6.    Welding:  In accordance with individual Specification sections.
7.    Installer:  Prepare written statements on Manufacturer's letterhead certifying that installer complies with requirements as specified in individual Specification sections.
8.    Material Test:  Prepared by qualified testing agency, on testing agency's standard form, indicating and interpreting test results of material for compliance with requirements.
9.    Certificates of Successful Testing or Inspection:  Submit when testing or inspection is required by Laws and Regulations or governing agency or specified in individual Specification sections.
10.   Manufacturer's Certificate of Compliance:    In accordance with Section 01 79 00, DEMONSTRATION AND TRAINING.
11.   Manufacturer's Certificate of Proper Installation:  In accordance with Section 01 79 00, DEMONSTRATION AND TRAINING.

B.    Construction Photographs and Video:  In accordance with Section 01 31 00, PROJECT MANAGEMENT AND COORDINATION, and as may otherwise be required in Contract Documents.

C.    Contract Closeout Submittals:    In accordance with Section 01 77 00, CLOSEOUT PROCEDURES.

D.    Contractor-Design Data:
1.    Written and graphic information.
2.    List of assumptions.
3.    List of performance and design criteria.
4.    Summary of loads or load diagram, if applicable.
5.    Calculations.
6.    List of applicable codes and regulations.
7.    Name and version of software.
8.    Information requested in individual Specification section.

E.    Manufacturer's Instructions: Written or published information that documents Manufacturer's recommendations, guidelines, and procedures in accordance with individual Specification sections.

F.    Operation and Maintenance Data:  As required in Section 01 78 23, OPERATION AND MAINTENANCE DATA.

G.   Schedules:
1.   Schedule of Submittals: Prepare separately or in combination with Progress Schedule as specified in Section 01 32 00, CONSTRUCTION PROGRESS DOCUMENTATION.
   a.   Show for Each, at a Minimum, the Following:
      1).   Specification section number.
      2).   Identification by numbering and tracking system as specified under Paragraph "Transmittal of Submittal".
      3).   Estimated date of submission to Engineer, including reviewing and processing time.
   b.   On a monthly basis, submit updated schedule to Engineer if changes have occurred or re-submittals are required.
2.   Schedule of Values: In accordance with Section 01 29 00, PAYMENT PROCEDURES.
3.   Schedule of Estimated Progress Payments: In accordance with Section 01 32 00, CONSTRUCTION PROGRESS DOCUMENTATION.
4.   Progress Schedules: In accordance with Section 01 32 00, CONSTRUCTION PROGRESS DOCUMENTATION.

H.   Special Guarantee: Supplier's written guarantee as required in individual Specification sections.

I.   Statement of Qualification: Evidence of qualification, certification, or registration as required in Contract Documents to verify qualifications of professional land surveyor, engineer, materials testing laboratory, specialty Subcontractor, trade, Specialist, consultant, installer, and other professionals.

J.   Submittals Required by Laws, Regulations, and Governing Agencies:
1.   Submit promptly notifications, reports, certifications, payrolls, and otherwise as may be required, directly to the applicable Federal, State, or local governing agency or their representative.
2.   Transmit to Engineer for Owner's records one electronic copy of correspondence and transmittals (to include enclosures and attachments) between Contractor and governing agency.

K.   Test and Inspection Reports:
1.   General: Shall contain signature of person responsible for test or report.
2.   Factory:
   a.   Identification of product and Specification section, type of inspection or test with referenced standard or code.
   b.   Date of test, Project title and number, and name and signature of authorized person.
   c.   Test results.
   d.   If test or inspection deems material or equipment not in compliance with Contract Documents, identify corrective action necessary to bring into compliance.
   e.   Provide interpretation of test results, when requested by Engineer.
   f.   Other items as identified in individual Specification sections.
3.   Field: As a minimum, include the following:
   a.   Project title and number.
   b.   Date and time.
   c.   Record of temperature and weather conditions.
   d.   Identification of product and Specification section.
   e.   Type and location of test, Sample, or inspection, including referenced standard or code.
   f.   Date issued, testing laboratory name, address, and telephone number, and name and signature of laboratory inspector.
   g.   If test or inspection deems material or equipment not in compliance with Contract Documents, identify corrective action necessary to bring into compliance.
   h.   Provide interpretation of test results, when requested by Engineer.
   i.   Other items as identified in individual Specification sections.

4.    Testing and Startup Data: In accordance with Section 01 79 00, DEMONSTRATION AND TRAINING.

5.    Training Data: In accordance with Section 01 79 00, DEMONSTRATION AND TRAINING.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 35 00 – SPECIAL PROCEDURES

PART 1 - GENERAL

1.1    SUMMARY

   A.    Section Includes: Special procedures for locating and verifying concealed existing facilities.

1.2    CONCEALED EXISTING FACILITIES

   A.    Verify locations of utilities and facilities which may exist by consulting with the OWNER, utility companies, and Arkansas One-Call System (phone number 501-328-2500, website: www.arkonecall.com) or other service available in area of Project (see dig/call information on the Drawings):
      1.    Abide by easement and right-of-way restrictions.

   B.    Notify the OWNER, owners of facilities when the Work will be in progress. Make arrangements for potential emergency repairs in accordance with requirements of owners of utility facilities, including individual or residential facilities.

   C.    Assume responsibility for repair of facilities damaged by performance of the Work.

   D.    Expose sanitary and storm sewers, water, gas, electric, telephone utility lines, and other underground facilities indicated to permit survey location prior to commencement of Work in affected area:
      1.    Expose in ample time to permit relocation of interfering utilities with minimum delaying effect on contract time.

   E.    Work required for raising, lowering, or relocating utilities not indicated will be performed by affected utility owners or as part of the Work at option of affected owners of utilities:
      1.    When part of the Work, perform work in accordance with standards of affected utility owner, and adjustment to Contract Price and Contract Times will be made as stipulated in conditions of contract.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 41 00 – REGULATORY REQUIREMENTS

PART 1 - GENERAL

1.1     SUMMARY

    A.    Section includes: Regulatory requirements:
          1.    Building code.
          2.    Electrical code.
          3.    Energy code.
          4.    Fire code.
          5.    Mechanical code.
          6.    Plumbing code.

1.2     REFERENCES

    A.    International Code Council (ICC):
          1.    International Building Code (IBC), 2009.
          2.    International Existing Building Code (IEBC), 2009.
          3.    International Energy Conservation Code (IECC), 2009.
          4.    International Fire Code (IFC), 2009.
          5.    International Mechanical Code (IMC), 2009.
          6.    International Plumbing Code (IPC), 2009.

    B.    National Fire Protection Association (NFPA):
          1.    NFPA 70: National Electrical Code, 2011.

    C.    National Electric Code Council:
          1.    National Electric Code (NEC), NFPA 70, 2011

1.3     SYSTEM DESCRIPTION

    A.    Design Requirements:
          1.    Building code:
                a.    International Building Code.
          2.    Electrical code:
                a.    NFPA 70: National Electric Code.
          3.    Energy conservation code:
                a.    International Energy Conservation Code.
          4.    Fire code:
                a.    International Fire Prevention Code.
          5.    Mechanical codes:
                a.    International Mechanical Code.
          6.    Plumbing code:
                a.    International Plumbing Code.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 42 00 - REFERENCES

PART 1 - GENERAL

1.1     REFERENCE TO STANDARDS AND SPECIFICATIONS OF TECHNICAL SOCIETIES

A.     Reference to standards and specifications of technical societies and reporting and resolving discrepancies associated therewith shall be as provided in the General Conditions, and as may otherwise be required herein and in the individual Specification sections.

B.     Work specified by reference to published standard or specification of government agency, technical association or trade association, professional society or institute, testing agency, or other organization shall meet requirements or surpass minimum standards of quality for materials and workmanship established by designated standard or specification.

C.     Where so specified, products or workmanship shall also meet or exceed additional prescriptive or performance requirements included within Contract Documents to establish a higher or more stringent standard of quality than required by referenced standard.

D.     Where two or more standards are specified to establish quality, product and workmanship shall meet or exceed requirements of most stringent.

E.     Where both a standard and a brand name are specified for a product in Contract Documents, proprietary product named shall meet or exceed requirements of specified reference standard.

F.     Copies of Standards and Specifications of Technical Societies:
1.     Copies of applicable referenced standards have not been bound in these Contract Documents.
2.     Where copies of standards are needed by Contractor, obtain a copy or copies directly from publication source and maintain in an orderly manner at the Site as Work Site records, available to Contractor's personnel, Subcontractors, Owner, and Engineer.

1.2     ABBREVIATIONS

A.     Abbreviations for trade organizations and government agencies: Following is a list of construction industry organizations and government agencies to which references may be made in the Contract Documents, with abbreviations used.
1.     AA          Aluminum Association
2.     AABC        Associated Air Balance Council
3.     AAMA        American Architectural Manufacturers Association
4.     AASHTO      American Association of State Highway and Transportation Officials
5.     ABMA        American Bearing Manufacturers' Association
6.     ACI         American Concrete Institute
7.     AEIC        Association of Edison Illuminating Companies
8.     AGA         American Gas Association
9.     AGMA        American Gear Manufacturers' Association
10.    AI          Asphalt Institute
11.    AISC        American Institute of Steel Construction
12.    AISI        American Iron and Steel Institute
13.    AITC        American Institute of Timber Construction
14.    ALS         American Lumber Standards
15.    AMCA        Air Movement and Control Association
16.    ANSI        American National Standards Institute
17.    APA         The Engineered Wood Association
18.    API         American Petroleum Institute

| 19. | APWA | American Public Works Association |
| 20. | ARI | Air-Conditioning and Refrigeration Institute |
| 21. | ASAE | American Society of Agricultural Engineers |
| 22. | ASCE | American Society of Civil Engineers |
| 23. | ASHRAE Inc. | American Society of Heating, Refrigerating and Air-Conditioning Engineers, |
| 24. | ASME | American Society of Mechanical Engineers |
| 25. | ASNT | American Society for Nondestructive Testing |
| 26. | ASTM | ASTM International |
| 27. | AWI | Architectural Woodwork Institute |
| 28. | AWPA | American Wood Preservers' Association |
| 29. | AWPI | American Wood Preservers' Institute |
| 30. | AWS | American Welding Society |
| 31. | AWWA | American Water Works Association |
| 32. | BHMA | Builders Hardware Manufacturers' Association |
| 33. | CBM | Certified Ballast Manufacturer |
| 34. | CDA | Copper Development Association |
| 35. | CGA | Compressed Gas Association |
| 36. | CIS PI | Cast Iron Soil Pipe Institute |
| 37. | CMAA | Crane Manufacturers' Association of America |
| 38. | CRSI | Concrete Reinforcing Steel Institute |
| 39. | CS | Commercial Standard |
| 40. | CSA | Canadian Standards Association |
| 41. | CSI | Construction Specifications Institute |
| 42. | DIN | Deutsches Institute für Normung e.V. |
| 43. | DIPRA | Ductile Iron Pipe Research Association |
| 44. | EIA | Electronic Industries Alliance |
| 45. | EJCDC | Engineers Joint Contract Documents' Committee |
| 46. | ETL | Electrical Test Laboratories |
| 47. | FAA | Federal Aviation Administration |
| 48. | FCC | Federal Communications Commission |
| 49. | FDA | Food and Drug Administration |
| 50. | FEMA | Federal Emergency Management Agency |
| 51. | FIPS | Federal Information Processing Standards |
| 52. | PM | Factory Mutual |
| 53. | Fed. Spec. | Federal Specifications (FAA Specifications) |
| 54. | FS | Federal Specifications and Standards (Technical Specifications) |
| 55. | GA | Gypsum Association |
| 56. | GANA | Glass Association of North America |
| 57. | ID | Hydraulic Institute |
| 58. | HMI | Hoist Manufacturers' Institute |
| 59. | IBC | International Building Code |
| 60. | ICBO | International Conference of Building Officials |
| 61. | ICC | International Code Council |
| 62. | ICEA | Insulated Cable Engineers' Association |
| 63. | IFC | International Fire Code |
| 64. | IEEE | Institute of Electrical and Electronics Engineers, Inc. |
| 65. | IESNA | Illuminating Engineering Society of North America |
| 66. | IFI | Industrial Fasteners Institute |
| 67. | IGMA | Insulating Glass Manufacturer's Alliance |
| 68. | IMC | International Mechanical Code |
| 69. | INDA | Association of the Non-woven Fabrics Industry |
| 70. | IPC | International Plumbing Code |
| 71. | ISA | Instrumentation, Systems, and Automation |
| 72. | ISO | International Organization for Standardization |
| 73. | ITL | Independent Testing Laboratory |

| 74. | JIC | Joint Industry Conferences of Hydraulic Manufacturers |
|---|---|---|
| 75. | MIA | Marble Institute of America |
| 76. | Mil. | Military Specifications |
| 77. | MMA | Monorail Manufacturers' Association |
| 78. | NAAMM | National Association of Architectural Metal Manufacturers |
| 79. | NACE | NACE International |
| 80. | NEBB | National Environmental Balancing Bureau |
| 81. | NEC | National Electrical Code |
| 82. | NECA | National Electrical Contractors Association |
| 83. | NEMA | National Electrical Manufacturers' Association |
| 84. | NESC | National Electrical Safety Code |
| 85. | NETA | International Electrical Testing Association |
| 86. | NFPA | National Fire Protection Association |
| 87. | NHLA | National Hardwood Lumber Association |
| 88. | NICET | National Institute for Certification in  Engineering Technologies |
| 89. | NIST | National Institute of Standards and Technology |
| 90. | NRCA | National Roofing Contractors Association |
| 91. | NRTL | Nationally Recognized Testing Laboratories |
| 92. | NSF | NSF International |
| 93. | NSPE | National Society of Professional Engineers |
| 94. | NTMA | National Terrazzo and Mosaic Association |
| 95. | NWWDA | National Wood Window and Door Association |
| 96. | OSHA | Occupational Safety and Health Act (both Federal and State) |
| 97. | PCI | Pre-cast/Pre-stressed Concrete Institute |
| 98. | PEI | Porcelain Enamel Institute |
| 99. | PPI | Plastic Pipe Institute |
| 100. | PS | Product Standards Section-U.S. Department of Commerce |
| 101. | RMA | Rubber Manufacturers' Association |
| 102. | RUS | Rural Utilities Service |
| 103. | SAE | Society of Automotive Engineers |
| 104. | SDI | Steel Deck Institute |
| 105. | SDI | Steel Door Institute |
| 106. | SJI | Steel Joist Institute |
| 107. | SMACNA | Sheet Metal and Air Conditioning Contractors National Association |
| 108. | SPI | Society of the Plastics Industry |
| 109. | SSPC | The Society for Protective Coatings |
| 110. | SWI | Steel Window Institute |
| 111. | TEMA | Tubular Exchanger Manufacturers' Association |
| 112. | TCA | Tile Council of North America |
| 113. | TIA | Telecommunications Industry Association |
| 114. | UBC | Uniform Building Code |
| 115. | UFC | Uniform Fire Code |
| 116. | UL | Underwriters Laboratories Inc. |
| 117. | UMC | Uniform Mechanical Code |
| 118. | USBR | U.S. Bureau of Reclamation |
| 119. | WCLIB | West Coast Lumber Inspection Bureau |
| 120. | WWPA | Western Wood Products Association |

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 42 40 – ABBREVIATIONS

PART 1 - GENERAL

1.1     SUMMARY

   A.     Section Includes: Abbreviations and meanings.

1.2     INTERPRETATIONS

   A.     Interpret abbreviations by context in which abbreviations are used.

1.3     ABBREVIATIONS

   A.     Abbreviations Used to Identify Reference Standards:
      1.    AA           Aluminum Association
      2.    AAMA         Architectural Aluminum Manufacturers Association
      3.    AAN          American Association of Nurserymen
      4.    AASHTO       American Association of State Highway and Transportation Officials
      5.    ABC          Associated Air Balance Council
      6.    ABPA         Acoustical and Board Products Association
      7.    ACI          American Concrete Institute
      8.    ACIL         American Council of Independent Laboratories
      9.    ADC          Air Diffusion Council
      10.   ABMA         American Bearing Manufacturers' Association (formerly AFBMA, Anti-Friction Bearing Manufacturers' Association)
      11.   AGA          American Gas Association
      12.   AGC          Associated General Contractors
      13.   AGMA         American Gear Manufacturers' Association
      14.   AI           Asphalt Institute
      15.   AIA          American Institute of Architects
      16.   AIMA         Acoustical and Insulating Materials Association
      17.   AISC         American Institute of Steel Construction
      18.   AISI         American Iron and Steel Institute
      19.   AITC         American Institute of Timber Construction
      20.   AMCA         Air Moving and Conditioning Association
      21.   AMG          Arizona Masonry Guild
      22.   ANSI         American National Standards Institute
      23.   APA          American Plywood Association
      24.   API          American Petroleum Institute
      25.   ARI          Air Conditioning and Refrigeration Institute
      26.   ASAHC        American Society of Architectural Hardware Consultants
      27.   ASHRAE       American Society of Heating, Refrigeration and Air Conditioning Engineers
      28.   ASME         American Society of Mechanical Engineers
      29.   ASTM         ASTM International (Former name American Society for Testing and Materials. Still used in specifications.)
      30.   AWI          Architectural Woodwork Institute
      31.   AWPA         American Wood Preservers Association
      32.   AWPI         American Wood Preservers Institute
      33.   AWS          American Welding Society
      34.   AWSC         American Welding Society Code
      35.   AWWA         American Water Works Association
      36.   BHMA         Builders Hardware Manufacturers Association
      37.   BIA          Brick Institute of America
      38.   BSI          Building Stone Institute

| 39. | CLFMI | Chain Link Fence Manufacturers Institute |
| 40. | CPSC | U.S. Consumer Product Safety Commission |
| 41. | CRA | California Redwood Association |
| 42. | CRI | Carpet and Rug Institute |
| 43. | CRSI | Concrete Reinforcing Steel Institute |
| 44. | CS | Commercial Standards |
| 45. | CSI | Construction Specifications Institute |
| 46. | CTI | Ceramic Tile Institute |
| 47. | DHI | Door and Hardware Institute |
| 48. | EIFS | Exterior Insulation and Finish System |
| 49. | EJCDC | Engineers Joint Contract Documents Committee |
| 50. | FGMA | Flat Glass Marketing Association |
| 51. | FIA | Factory Insurance Association |
| 52. | FM | Factory Mutual |
| 53. | FS | Federal Specifications |
| 54. | FTI | Facing Tile Institute |
| 55. | GA | Gypsum Association |
| 56. | IAPMO | International Association of Plumbing and Mechanical Officials |
| 57. | IBC | International Building Code |
| 58. | ICBO | International Conference of Building Officials |
| 59. | ICC | International Code Council |
| 60. | IEEE | Institute of Electrical and Electronics Engineers |
| 61. | MAG | Maricopa Association of Governments |
| 62. | MIA | Marble Institute of America |
| 63. | ML/SFA | Metal Lath/Steel Framing Association |
| 64. | MS | Military Specifications |
| 65. | NAAMM | National Association of Architectural Metal Manufacturers |
| 66. | NAPA | National Asphalt Pavement Association |
| 67. | NBHA | National Builders Hardware Association |
| 68. | NCMA | National Concrete Masonry Association |
| 69. | NEC | National Electrical Code |
| 70. | NECA | National Electrical Contractors Association |
| 71. | NETA | International Electrical Testing Association |
| 72. | NEMA | National Electrical Manufacturers Association |
| 73. | NFPA | National Fire Protection Association |
| 74. | NFPA | National Forest Products Association |
| 75. | NIST | National Institute of Standards and Technology |
| 76. | NMWIA | National Mineral Wood Insulation Association |
| 77. | NPCA | National Paint and Coatings Association |
| 78. | NRCA | National Roofing Contractors Association |
| 79. | NTMA | National Terrazzo and Mosaic Association |
| 80. | NWMA | National Woodwork Manufacturer's Association |
| 81. | PCA | Portland Cement Association |
| 82. | PCI | Prestressed Concrete Institute |
| 83. | PDCA | Paint and Decorating Contractors of America |
| 84. | PDI | Plumbing and Drainage Institute |
| 85. | PEI | Porcelain Enamel Institute |
| 86. | PS | Product Standard |
| 87. | RTI | Resilient Tile Institute |
| 88. | SAE | Society of Automotive Engineers |
| 89. | SCPA | Structural Clay Products Association |
| 90. | SDI | Steel Door Institute |
| 91. | SIGMA | Sealed Insulating Glass Manufacturers Association |
| 92. | SJI | Steel Joist Institute |
| 93. | SMACNA | Sheet Metal and Air Conditioning Contractors National Association |
| 94. | SSPC | Society for Protective Coatings-Steel Structures Painting Council |

| 95. | TCA | Tile Council of America |
| 96. | UBC | Uniform Building Code (ICBO) |
| 97. | UL | Underwriters Laboratories, Inc. |
| 98. | UNS | Unified Numbering System |
| 99. | USDA | United States Department of Agriculture |
| 100. | VA | Vermiculite Association |
| 101. | WCLA | West Coast Lumberman's Association |
| 102. | WCLIB | West Coast Lumber Inspection Bureau |
| 103. | WPA | Western Pine Association |
| 104. | WPOA | Western Plumbing Officials Association |
| 105. | WRC | Welding Research Council |
| 106. | WSCPA | Western States Clay Products Association |
| 107. | WWPA | Western Wood Products Association |

B.  B.  Abbreviations Used in Specifications:

| 1. | a | year or years (metric unit) |
| 2. | A | ampere or amperes |
| 3. | am | ante meridian (before noon) |
| 4. | ac | alternating current |
| 5. | ac-ft | acre-foot or acre-feet |
| 6. | atm | atmosphere |
| 7. | AWG | American Wire Gauge |
| 8. | bbl | barrel or barrels |
| 9. | bd | board |
| 10. | bhp | brake horsepower |
| 11. | bil gal | billion gallons |
| 12. | BOD | biochemical oxygen demand |
| 13. | Btu | British thermal unit or units |
| 14. | Btuh | British thermal units per hour |
| 15. | bu | bushel or bushels |
| 16. | C | degrees Celsius |
| 17. | cal | calorie or calories |
| 18. | cap | capita |
| 19. | cd | candela or candelas |
| 20. | cfm | cubic feet per minute |
| 21. | Ci | curie or curies |
| 22. | cm | centimeter or centimeters |
| 23. | cmu | concrete masonry unit |
| 24. | CO | carbon monoxide |
| 25. | Co. | Company |
| 26. | CO2 | carbon dioxide |
| 27. | COD | chemical oxygen demand |
| 28. | Corp. | Corporation |
| 29. | counts/min | counts per minute |
| 30. | cu | cubic |
| 31. | cu cm | cubic centimeter or centimeters |
| 32. | cu ft | cubic foot or feet |
| 33. | cu ft/day | cubic feet per day |
| 34. | cu ft/hr | cubic feet per hour |
| 35. | cu ft/min | cubic feet per minute |
| 36. | cu ft/sec | cubic feet per second |
| 37. | cu in | cubic inch or inches |
| 38. | cu m | cubic meter or meters |
| 39. | cu yd | cubic yard or yards |
| 40. | d | day (metric units) |
| 41. | day | day (English units) |

| | | |
|---|---|---|
| 42. | db | decibels |
| 43. | DB | dry bulb (temperature) |
| 44. | dc | direct current |
| 45. | diam | diameter |
| 46. | DO | dissolved oxygen |
| 47. | DS | dissolved solids |
| 48. | emf | electromotive force |
| 49. | fpm | feet per minute |
| 50. | F | degrees Fahrenheit |
| 51. | ft | feet or foot |
| 52. | fc | foot-candle or foot candles |
| 53. | ft/day | feet per day |
| 54. | ft/hr | feet per hour |
| 55. | ft/min | feet per minute |
| 56. | ft/sec | feet per second |
| 57. | g | gram or grams |
| 58. | G | gravitational force |
| 59. | gal | gallon or gallons |
| 60. | gal/day | gallons per day |
| 61. | gal/min | gallons per minutes |
| 62. | gal/sec | gallons per second |
| 63. | gfd | gallons per square foot per day |
| 64. | g/L | grams per liter |
| 65. | gpd | gallons per day |
| 66. | gpd/ac | gallons per day per acre |
| 67. | gpd/cap | gallons per day per capita |
| 68. | gpd/sq ft | gallons per day per square foot |
| 69. | gph | gallons per hour |
| 70. | gpm | gallons per minute |
| 71. | gps | gallons per second |
| 72. | h | hour or hours (metric units) |
| 73. | ha | hectare or hectares |
| 74. | hp | high point |
| 75. | hp | horsepower |
| 76. | hp-hr | horsepower-hour or horsepower-hours |
| 77. | hr | hour or hours (English units) |
| 78. | Hz | hertz |
| 79. | ID | inside diameter |
| 80. | ihp | indicated horsepower |
| 81. | Inc. | Incorporated |
| 82. | inch | inch |
| 83. | inches | inches |
| 84. | inches/sec | inches per second |
| 85. | J | joule or joules |
| 86. | JTU | Jackson turbidity unit or units |
| 87. | k | kips |
| 88. | K | kelvin |
| 89. | K | thermal conductivity |
| 90. | kcal | kilocalorie or kilocalories |
| 91. | kcmil | thousand circular mils |
| 92. | kg | kilogram or kilograms |
| 93. | km | kilometer or kilometers |
| 94. | kN | kilonewton or kilonewtons |
| 95. | kPa | kilopascal or kilopascals |
| 96. | ksi | kips per square inch |
| 97. | kV | kilovolt or kilovolts |

| 98. | kVA | kilovolt-ampere or kilovolt-amperes |
|---|---|---|
| 99. | kW | kilowatt or kilowatts |
| 100. | kWh | kilowatt hour |
| 101. | L | liter or liters |
| 102. | lb/1000 cu ft | pounds per thousand cubic foot |
| 103. | lb/acre-ft | pounds per acre-foot |
| 104. | lb/ac | pounds per acre |
| 105. | lb/cu ft | pounds per cubic foot |
| 106. | lb/day/cu ft | pounds per day per cubic foot |
| 107. | lb/day/acre | pounds per day per acre |
| 108. | lb/sq ft | pounds per square foot |
| 109. | lin | linear, lineal |
| 110. | lin ft | linear foot or feet |
| 111. | lm | lumen or lumens |
| 112. | log | logarithm (common) |
| 113. | ln | logarithm (natural) |
| 114. | lx | lux |
| 115. | m | meter or meters |
| 116. | M | molar (concentration) |
| 117. | mA | milliampere or milliamperes |
| 118. | max | maximum |
| 119. | mCi | millicurie or millicuries |
| 120. | meq | milliequivalent |
| 121. | μF | microfarad or microfarads |
| 122. | MFBM | thousand feet board measure |
| 123. | mfr | manufacturer |
| 124. | mg | milligram or milligrams |
| 125. | mgd/ac | million gallons per day per acre |
| 126. | mgd | million gallons per day |
| 127. | mg/L | milligrams per liter |
| 128. | μg/L | micrograms per liter |
| 129. | μm | micrometer or micrometers |
| 130. | mile | mile |
| 131. | mil. gal | million gallons |
| 132. | miles | miles |
| 133. | min | minimum |
| 134. | min | minute or minutes |
| 135. | MLSS | mixed liquor suspended solids |
| 136. | MLVSS | miixed liquor volatile suspended solids |
| 137. | mm | millimeter or millimeters |
| 138. | mol wt | molecular weight |
| 139. | mol | mole |
| 140. | Mpa | megapascal or megapascals |
| 141. | mph | miles per hour |
| 142. | MPN | most probable number |
| 143. | mR | milliroentgen or milliroentgens |
| 144. | Mrad | megarad or megarads |
| 145. | mV | millivolt or millivolts |
| 146. | MW | megawatt or megawatts |
| 147. | N | newton or newtons |
| 148. | N | normal (concentration) |
| 149. | No. | number |
| 150. | Nos | numbers |
| 151. | NRC | noise reduction coefficient |
| 152. | NTU or ntu | nephelometric turbidity unit |
| 153. | oc | on center |

| 154. | OD | outside diameter |
|------|----|------------------|
| 155. | ORP | oxidation-reduction potential |
| 156. | OT | ortho-tolidine |
| 157. | OTA | ortha-tolidine-arsenite |
| 158. | oz | ounce or ounces |
| 159. | oz/sq ft | ounces per square foot |
| 160. | Pa | pascal or pascals |
| 161. | pl | plate or property line |
| 162. | pm | post meridiem (afternoon) |
| 163. | ppb | parts per billion |
| 164. | ppm | parts per million |
| 165. | ppt | parts per thousand |
| 166. | pr | pair |
| 167. | psf/hr | pounds per square foot per hour |
| 168. | psf | pounds per square foot |
| 169. | psi | pounds per square inch |
| 170. | psia | pounds per square inch absolute |
| 171. | psig | pounds per square inch gauge |
| 172. | PVC | polyvinyl chloride |
| 173. | qt | quart or quarts |
| 174. | R | radius |
| 175. | R | roentgen or roentgens |
| 176. | rad | radiation absorbed dose |
| 177. | RH | relative humidity |
| 178. | rpm | revolutions per minute |
| 179. | rps | revolutions per second |
| 180. | S | second (metric units) |
| 181. | S | Siemens (mho) |
| 182. | SDI | sludge density index or silt density index |
| 183. | sec | second (English units) |
| 184. | SI | International System of Units |
| 185. | sp | static pressure |
| 186. | sp gr | specific gravity |
| 187. | sp ht | specific heat |
| 188. | sq | square |
| 189. | $cm^2$ or sq cm | square centimeter or centimeters |
| 190. | sq ft | square feet or foot |
| 191. | sq inch | square inch |
| 192. | sq inches | square inches |
| 193. | $km^2$ or sq km | square kilometer or kilometers |
| 194. | $m^2$ or sq m | square meter or meters |
| 195. | $mm^2$ or sq mm | square millimeter or millimeters |
| 196. | sq yd | square yard or yards |
| 197. | SS | suspended solids |
| 198. | STC | Sound Transmission Class |
| 199. | SVI | sludge volume index |
| 200. | TDS | total dissolved solids |
| 201. | TKN | total Kjeldahl nitrogen |
| 202. | TLM | median tolerance limit |
| 203. | TOC | total organic carbon |
| 204. | TOD | total oxygen demand |
| 205. | TOW | top of weir |
| 206. | TS | total solids |
| 207. | TSS | total suspended solids |
| 208. | TVS | total volatile solids |

| | | |
|---|---|---|
| 209. | U | U Factor/U Value |
| 210. | U | Coefficient of Heat Transfer |
| 211. | U | heat transfer coefficient |
| 212. | UNS | Uniform Numbering System |
| 213. | US | United States |
| 214. | V | volt or volts |
| 215. | VA | volt-ampere or volt-amperes |
| 216. | W | watt or watts |
| 217. | WB | wet bulb |
| 218. | wg | water gauge |
| 219. | wk | week or weeks |
| 220. | wt | weight |
| 221. | yd | yard or yards |
| 222. | yr | year or years (English unit) |

 C. Abbreviations Used on Drawings: As listed on Drawings or in Specifications.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 45 00 – QUALITY CONTROL

PART 1 - GENERAL

1.1    SUMMARY

    A.    Section includes:
        1.    Quality control and control of installation.
        2.    Tolerances.
        3.    References.
        4.    Mock-up requirements.
        5.    Authority and duties of Owner's representative or inspector.
        6.    Sampling and testing.
        7.    Testing and inspection services.
        8.    Contractor's responsibilities.

1.2    QUALITY CONTROL AND CONTROL OF INSTALLATION

    A.    Monitor quality control over suppliers, manufacturers, products, services, site conditions, and workmanship, to produce Work of specified quality.

    B.    Comply with manufacturers' instructions, including each step in sequence.

    C.    When manufacturers' instructions conflict with Contract Documents, request clarification from Engineer before proceeding.

    D.    Comply with specified standards as minimum quality for the Work except where more stringent tolerances, codes, or specified requirements indicate higher standards or more precise workmanship.

    E.    Perform Work by persons qualified to produce required and specified quality.

    F.    Verify field measurements are as indicated on Shop Drawings or as instructed by manufacturer.

    G.    Secure products in place with positive anchorage devices designed and sized to withstand stresses, vibration, physical distortion, or disfigurement.

    H.    When specified, products will be tested and inspected either at point of origin or at Work site:
        1.    Notify Engineer in writing well in advance of when products will be ready for testing and inspection at point of origin.
        2.    Do not construe that satisfactory tests and inspections at point of origin is final acceptance of products. Satisfactory tests or inspections at point of origin do not preclude retesting or re-inspection at Work site.

    I.    Do not ship products which require testing and inspection at point of origin prior to testing and inspection.

1.3    TOLERANCES

    A.    Monitor fabrication and installation tolerance control of products to produce acceptable Work. Do not permit tolerances to accumulate.

    B.    Comply with manufacturers' tolerances. When Manufacturers' tolerances conflict with Contract Documents, request clarification from Engineer before proceeding.

C.    Adjust products to appropriate dimensions; position before securing products in place.

1.4    REFERENCES

A.    American Society for Testing and Materials (ASTM): E 329 - Standard for Agencies Engaged in the Testing and/or Inspection of Materials Used in Construction.

B.    For products or workmanship specified by association, trade, or other consensus standards, comply with requirements of standard, except when more rigid requirements are specified or are required by applicable codes.

C.    Conform to reference standard by date of issue current on date of Contract Documents, except where specific date is established by code.

D.    Obtain copies of standards where required by product specification sections.

E.    When specified reference standards conflict with Contract Documents, request clarification from Engineer before proceeding.

1.5    MOCK-UP REQUIREMENTS

A.    Tests will be performed under provisions identified in this Section and identified in respective product specification sections.

B.    Assemble and erect specified items with specified attachment and anchorage devices, flashings, seals, and finishes.

C.    Accepted mock-ups shall be comparison standard for remaining Work.

D.    Where mock-up has been accepted by Engineer and is specified in product specification sections to be removed; remove mock-up and clear area when directed to do so by Engineer.

1.6    AUTHORITY AND DUTIES OF OWNER'S REPRESENTATIVE OR INSPECTOR

A.    Owner's Project Representative employed or retained by Owner is authorized to inspect the Work.

B.    Inspections may extend to entire or part of the Work and to preparation, fabrication, and manufacture of products for the Work.

C.    Deficiencies or defects in the Work which have been observed will be called to Contractor's attention.

D.    Inspector will not:
1.    Alter or waive provisions of Contract Documents.
2.    Inspect Contractor's means, methods, techniques, sequences, or procedures for construction.
3.    Accept portions of the Work, issue instructions contrary to intent of Contract Documents, or act as foreman for Contractor.
4.    Supervise, control, or direct Contractor's safety precautions or programs; or inspect for safety conditions on Work site, or of persons thereon, whether Contractor's employees or others.

E.    Inspector will:
1.    Conduct on-site observations of the Work in progress to assist Engineer in determining when the Work is, in general, proceeding in accordance with Contract Documents.

2.   Report to Engineer whenever Inspector believes that Work is faulty, defective, does not conform to Contract Documents, or has been damaged; or whenever there is defective material or equipment; or whenever Inspector believes the Work should be uncovered for observation or requires special procedures.

1.7   SAMPLING AND TESTING

A.   General:
1.   Prior to delivery and incorporation in the Work, submit listing of sources of materials, when specified in sections where materials are specified.
2.   When specified in sections where products are specified:
a.   Submit sufficient quantities of representative samples of character and quality required of materials to be used in the Work for testing or examination.
b.   Test materials in accordance with standards of national technical organizations.

B.   Sampling:
1.   Furnish specimens of materials when requested.
2.   Do not use materials which are required to be tested until testing indicates satisfactory compliance with specified requirements.
3.   Specimens of materials will be taken for testing whenever necessary to determine quality of material.
4.   Assist Engineer in preparation of test specimens at site of work, such as soil samples and concrete test cylinders.

C.   Testing:
1.   Owner will employ and pay for services of independent testing laboratory to perform routine tests of materials to confirm compliance with requirements of Contract Documents:
a.   Mill tests, soil compaction test, and other specified tests shall be paid for by Contractor.

2.   When protesting failed tests of material in place or to be used, take additional specimens and have specimens tested:
a.   When original test proves to have been in error, file claim for reimbursement of direct costs for sampling and testing.

D.   Test standards:
1.   Perform sampling, specimen preparation, and testing of materials in accordance with specified standards, and when no standard is specified, in accordance with standard of nationally recognized technical organization.
2.   Physical characteristics of materials not particularly specified shall conform to standards published by ASTM, where applicable.
3.   Standards and publication references in Contract Documents shall be edition or revision in effect on date stipulated in the Contract Documents.

1.8   TESTING AND INSPECTION SERVICES

A.   Contractor will employ and pay for specified services of an independent firm; known as Contractor's independent testing firm, to perform Contractor quality control testing as required in the technical specifications for various work and materials.

B.   Owner will employ and pay for specified services of an "Owner's independent testing firm" to perform testing and inspection as required in the technical specifications for various work and materials or stipulated in Section 01 45 24 to confirm Contractor's compliance with Contract Documents. If Engineer or Owner's independent testing firm is not properly certified to perform

specialty inspections required by the building department, Owner will employ and pay for a quality specialty inspection firm to perform required testing and inspection.

C.    The Contractor's independent testing firm will perform tests, inspections and other services specified in individual specification sections and as required by Owner and requested by the Engineer.

D.    The qualifications of laboratory that will perform the testing, contracted by the Owner or by the Contractor, shall be as follows:
1.    Has authorization to operate in the state where the project is located.
2.    Meets "Recommended Requirements for Independent Laboratory Qualification," published by American Council of Independent Laboratories.
3.    Meets requirements of ASTM E 329.
4.    Laboratory Staff: Maintain full time specialist on staff to review services.
5.    Testing Equipment: Calibrated at reasonable intervals with devices of accuracy traceable to National Bureau of Standards (NBS) or accepted values of natural physical constants.
6.    Will submit copy of report of inspection of facilities made by Materials Reference Laboratory of NBS during most recent tour of inspection, with memorandum of remedies of deficiencies reported by inspection.

E.    Testing, inspections and source quality control may occur on or off project site. Perform off-site testing inspections and source quality control as required by Engineer or Owner.

F.    Reports will be submitted by Contractor's independent testing firm and by Owner's independent testing firm to Engineer, Contractor, and Owner in triplicate, indicating observations and results of tests and indicating compliance or non-compliance with Contract Documents. Each report shall include:
1.    Date issued.
2.    Project title and number.
3.    Testing laboratory name, address, and telephone number.
4.    Name and signature of laboratory inspector.
5.    Date and time of sampling or inspection.
6.    Record of temperature and weather conditions.
7.    Date of test.
8.    Identification of product and specification section.
9.    Location of sample or test in Project.
10.    Type of inspection or test.
11.    Results of tests and compliance with Contract Documents.
12.    Interpretation of test results, when requested by Engineer.

G.    Contractor shall cooperate with Owner's independent testing firm, furnish samples of materials, design mix, equipment, tools, storage, safe access, and assistance by incidental labor as requested.
1.    Notify Engineer and Owner's independent testing firm 48 hours prior to expected time for operations requiring testing.
2.    Make arrangements with Owner's independent testing firm and pay for additional samples and tests required for Contractor's use.

H.    Limitations of authority of testing Laboratory: Owner's independent testing firm or Laboratory is not authorized to:
1.    Agency or laboratory may not release, revoke, alter, or enlarge on requirements of Contract Documents.
2.    Agency or laboratory may not approve or accept any portion of the Work.
3.    Agency or laboratory may not assume duties of Contractor.
4.    Agency or laboratory has no authority to stop the Work.

I.   Testing and employment of an Owner's independent testing firm or laboratory shall not relieve Contractor of obligation to perform Work in accordance with requirements of Contract Documents.

J.   Re-testing or re-inspection required because of non-conformance to specified requirements shall be performed by same Owner's independent testing firm on instructions by Engineer. Payment for re-testing or re-inspection will be charged to Contractor by deducting testing charges from Contract Sum/Price.

K.   The Owner's independent testing firm responsibilities will include:
    1.   Test samples of mixes submitted by Contractor.
    2.   Provide qualified personnel at site. Cooperate with Engineer and Contractor in performance of services.
    3.   Perform specified sampling and testing of products in accordance with specified standards.
    4.   Ascertain compliance of materials and mixes with requirements of Contract Documents.
    5.   Promptly notify Engineer and Contractor of observed irregularities or non-conformance of Work or products.
    6.   Perform additional tests required by Engineer.
    7.   Attend preconstruction meetings and progress meetings.

L.   Owner's independent testing firm individual test reports: After each test, Owner's independent testing firm will promptly submit electronically and three hard copies of report to Engineer and to Contractor. When requested by Engineer, the Owner's independent testing firm will provide interpretation of test results. Include the following:
    1.   Date issued.
    2.   Project title and number.
    3.   Name of inspector.
    4.   Date and time of sampling or inspection.
    5.   Identification of product and specifications section.
    6.   Location in Project.
    7.   Type of inspection or test.
    8.   Date of test.
    9.   Certified test results stamped and signed by a registered Engineer in the state that the project is located.
    10.  Summary of conformance with Contract Documents.

M.   Owner's independent testing firm will provide monthly report of certification to identify all work performed for special inspections and other contract requirements on this project. The following certified monthly report at a minimum will include but not limited to:
    1.   Results of testing.
    2.   Testing logs.
    3.   Outstanding deficiencies.
    4.   Various statistical data.
    5.   Testing curves (up to 4 types) as required by the Engineer.

1.9   CONTRACTOR'S RESPONSIBILITIES

A.   Cooperate with Owner's independent testing firm or laboratory personnel and provide access to construction and manufacturing operations.

B.   Secure and deliver to Owner's independent testing firm or laboratory adequate quantities of representative samples of materials proposed to be used and which require testing.

C.   Provide to Owner's independent testing firm or laboratory and Engineer preliminary mix design proposed to be used for concrete, and other materials mixes which require control by testing laboratory.

D.    Furnish electronically and 5 hard copies of product test reports.

E.    Furnish incidental labor and facilities:
    1.    To provide access to construction to be tested.
    2.    To obtain and handle samples at Work site or at source of product to be tested.
    3.    To facilitate inspections and tests.
    4.    For storage and curing of test samples.

F.    Notify Owner's independent testing firm or laboratory 48 hours in advance of when observations, inspections and testing is needed for laboratory to schedule and perform in accordance with their notice of response time.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 01 50 00 - TEMPORARY FACILITIES AND CONTROLS

PART 1 - GENERAL

1.1     SUMMARY

   A.     Section Includes:
          1.     Furnishing, maintaining, and removing construction facilities and temporary controls, including temporary utilities, construction aids, barriers and enclosures, security, access roads, temporary controls, project sign, field offices and sheds, and removal after construction.

1.2     REFERENCES

   A.     The following is a list of standards which may be referenced in this section:
          1.     American Association of Nurserymen:  American Standards for Nursery Stock.
          2.     Federal Emergency Management Agency.
          3.     NFPA, National Fire Prevention Standard for Safeguarding Building Construction Operations.
          4.     Telecommunications Industry Association (TIA); Electronic Industries Alliance (EIA): 568B, Commercial Building Telecommunications Cabling Standard.
          5.     U.S. Department of Agriculture:  Urban Hydrology for Small Watersheds.
          6.     U.S. Weather Bureau:  Rainfall-Frequency Atlas of the U.S. for Durations from 30 Minutes to 24 Hours and Return Periods from 1 to 100 Years.

1.3     SUBMITTALS

   A.     Informational Submittals:
          1.     General: For products specified to be furnished under this Section, submit product data in accordance with Section 01 33 00.

1.4     MOBILIZATION

   A.     Mobilization shall Include, but Not be Limited to, these Principal Items:
          1.     Obtaining required permits.
          2.     Moving Contractor's field office and equipment required for first month operations onto Site.
          3.     Installing temporary construction power, wiring, and lighting facilities.
          4.     Providing onsite communication facilities, including telephones.
          5.     Providing onsite sanitary facilities and potable water facilities as specified and as required by Laws and Regulations, and governing agencies.
          6.     Arrange for and erection of Contractor's work and storage yard.
          7.     Posting OSHA required notices and establishing safety programs and procedures.
          8.     Have Contractor's superintendent at Site full time.

   B.     Use area designated for Contractor's temporary facilities as shown on Drawings.

1.5     PROTECTION OF WORK AND PROPERTY

   A.     Comply with Owner's safety rules while on Owner's property.

   B.     Keep Owner informed of serious onsite accidents and related claims.

   C.     Use of Explosives:  No blasting or use of explosives will be allowed onsite.

1.6     VEHICULAR TRAFFIC

   A.    Traffic Routing Plan:  Show sequences of construction affecting use of roadways, time required
         for each phase of the Work, provisions for decking over excavations and phasing of operations
         to provide necessary access, and plans for signing, barricading, and striping to provide passages
         for pedestrians and vehicles.

1.7     TEMPORARY UTILITIES

   A.    Temporary Electrical Power:
         1.    Arrange with local utility to provide adequate temporary electrical service.
         2.    Provide and maintain adequate jobsite power distribution facilities conforming to applicable
               Laws and Regulations.
         3.    Provide, maintain, and pay for electric power for performance of the Work except for power
               required for the final 7-day operational test:
               a.    When using permanent facilities, provide separate meter and reimburse OWNER
                     for power used in connection with performance of the Work.

   B.    Temporary Electrical Lighting:
         1.    In work areas, provide temporary lighting sufficient to maintain lighting levels during
               working hours not less than lighting levels required by Occupational Safety and Health
               Administration (OSHA) and state agency which administers OSHA regulations where
               Project is located.
         2.    When available, permanent lighting facilities may be used in lieu of temporary facilities:
               a.    Prior to Substantial Completion of the Work, replace bulbs, lamps, or tubes used by
                     CONTRACTOR for lighting.

   C.    Temporary Heating, Cooling, and Ventilating:
         1.    Heat and ventilate work areas to protect the Work from damage by freezing, high
               temperatures, weather, and to provide safe environment for workers.
         2.    Permanent heating system may be utilized when sufficiently completed to allow safe
               operation.

   D.    Temporary Water:
         1.    Pay for and construct facilities necessary to furnish potable water for human consumption
               and non-potable water for use during construction.
         2.    Remove temporary piping and connections and restore affected portions of the facility to
               original condition before Substantial Completion.
         3.    Pay for water used for construction prior to Substantial Completion.

   E.    Temporary Sanitary Facilities:
         1.    Provide suitable and adequate sanitary facilities that are in compliance with applicable
               Laws and Regulations.
         2.    At completion of the Work, remove sanitary facilities and leave site in neat and sanitary
               condition.

   F.    Temporary Fire Protection: Provide sufficient number of fire extinguishers of type and capacity
         required to protect the Work and ancillary facilities.

   G.    First Aid: Post first aid facilities and information posters conforming to requirements of OSHA and
         other applicable Laws and Regulations in readily accessible locations.

   H.    Utilities in Existing Facilities: See Section 01 14 00, WORK RESTRICTIONS.

1.8    CONSTRUCTION AIDS

A.    Provide railings, kick plates, enclosures, safety devices, and controls required by Laws and Regulations and as required for adequate protection of life and property.

B.    Use construction hoists, elevators, scaffolds, stages, shoring, and similar temporary facilities of ample size and capacity to adequately support and move loads.

C.    Design temporary supports with adequate safety factor to assure adequate load bearing capability:
1.    When requested, submit design calculations by professional registered engineer prior to application of loads.
2.    Submitted design calculations are for information and record purposes only.

D.    Accident Prevention:
1.    Exercise precautions throughout construction for protection of persons and property.
2.    Observe safety provisions of applicable Laws and Regulations.
3.    Guard machinery and equipment, and eliminate other hazards.
4.    Make reports required by authorities having jurisdiction, and permit safety inspections of the Work.
5.    Before commencing construction work, take necessary action to comply with provisions for safety and accident prevention.

E.    Barricades:
1.    Place barriers at ends of excavations and along excavations to warn pedestrian and vehicular traffic of excavations.
2.    Provide barriers with flashing lights after dark.
3.    Keep barriers in place until excavations are entirely backfilled and compacted.
4.    Barricade excavations to prevent persons from entering excavated areas in streets, roadways, parking lots, treatment plants, or other public or private areas.

F.    Warning Devices and Barricades: Adequately identify and guard hazardous areas and conditions by visual warning devices and, where necessary, physical barriers:
1.    Devices shall conform to minimum requirements of OSHA and State agency which administers OSHA regulations where Project is located.

G.    Hazards in Public Right-of-Way:
1.    Mark at reasonable intervals, trenches and other continuous excavations in public right-of-way, running parallel to general flow of traffic, with traffic cones, barricades, or other suitable visual markers during daylight hours:
a.    During hours of darkness, provide markers with torches, flashers, or other adequate lights.
2.    At intersections or for pits and similar excavations, where traffic may reasonably be expected to approach head on, protect excavations by continuous barricades:
a.    During hours of darkness, provide warning lights at close intervals.

H.    Hazards in Protected Areas: Mark or guard excavations in areas from which public is excluded, in manner appropriate for hazard.

I.    Above Grade Protection: On multi-level structures, provide safety protection that meets requirements of OSHA and State agency which administers OSHA regulations where Project is located.

J.   Protect existing structures, trees, shrubs, and other items to be preserved on Project site from injury, damage or destruction by vehicles, equipment, worker or other agents with substantial barricades or other devices commensurate with hazards.

1.9    SECURITY

A.   Make adequate provision for protection of the work area against fire, theft, and vandalism, and for protection of public against exposure to injury.

1.10    ACCESS ROADS

A.   General:
   1.   Build and maintain access roads to and on site of the Work to provide for delivery of material and for access to existing and operating plant facilities on site.
   2.   Build and maintain dust free roads which are suitable for travel at 20 miles per hour.

B.   On-Site Access Roads:
   1.   Maintain access roads to storage areas and other areas to which frequent access is required.
   2.   Maintain similar roads to existing facilities on site of the Work to provide access for maintenance and operation.
   3.   Protect buried vulnerable utilities under temporary roads with steel plates, wood planking, or bridges.
   4.   Maintain on-site access roads free of mud. Under no circumstances shall vehicles leaving the site track mud off the site onto the public right-of-way.

1.11    TEMPORARY CONTROLS

A.   Dust Control:
   1.   Prevent dust nuisance caused by operations, unpaved roads, excavation, backfilling, demolition, or other activities.
   2.   Control dust by sprinkling with water, use of dust palliatives, modification of operations, or other means acceptable to agencies having jurisdiction.

B.   Noise Control:
   1.   In inhabited areas, particularly residential, perform operations in manner to minimize noise.
   2.   In residential areas, take special measures to suppress noise during night hours.

C.   Mud Control:
   1.   Prevent mud nuisance caused by construction operations, unpaved roads, excavation, backfilling, demolition, or other activities.

1.12    REMOVAL

A.   Remove temporary buildings and furnishings before inspection for Substantial Completion or when directed.

B.   Clean and repair damage caused by installation or use of temporary facilities.

C.   Remove underground installations to minimum depth of 24 inches and grade to match surrounding conditions.

D.   Restore existing facilities used during construction to specified or original condition.

PART 2 - PRODUCTS

2.1    FIELD OFFICES AND SHEDS

A.    CONTRACTOR's Field Office:
1.    Maintain on Project Site weathertight space in which to keep copies of Contract Documents, progress schedule, shop drawings, and other relevant documents.
2.    Provide field office with adequate space to examine documents, and provide lighting and telephone service in that space.

PART 3 - EXECUTION

3.1    TEMPORARY UTILITIES

A.    Power:
1.    Electric power will be available at or near Site. Determine type and amount available and make arrangements for obtaining temporary electric power service, metering equipment, and pay all costs for electric power used during contract period, except for portions of the Work designated in writing by Engineer as substantially complete.
2.    Cost of electric power will be borne by Contractor.

B.    Lighting:  Provide temporary lighting to meet applicable safety requirements to allow erection, application, or installation of materials and equipment, and observation or inspection of the Work.

C.    Heating, Cooling, and Ventilating:
1.    Provide as required to maintain adequate environmental conditions to facilitate progress of the Work, to meet specified minimum conditions for installation of materials, and to protect materials, equipment, and finishes from damage due to temperature or humidity.  Costs for temporary heat shall be borne by Contractor.
2.    Provide adequate forced air ventilation of enclosed areas to cure installed materials, to dispense humidity, and to prevent hazardous accumulations of dust, fumes, vapors, or gases.
3.    Pay all costs of installation, maintenance, operation, removal, and fuel consumed.
4.    Provide portable unit heaters, complete with controls, oil- or gas-fired, and suitably vented to outside as required for protection of health and property.

D.    Water:
1.    Include costs to connect and transport water to construction areas in Contract Price.
2.    Provide a means to prevent water used for testing from flowing back into source pipeline.

E.    Sanitary and Personnel Facilities:
1.    Provide and maintain facilities for Contractor's employees, Subcontractors, and all other onsite employers' employees.  Service, clean, and maintain facilities and enclosures.

F.    Telephone Service:
1.    Contractor:  Arrange and provide onsite telephone service for use during construction by Contractor.  Pay costs of installation and monthly bills.
2.    Engineer:  Arrange and provide onsite telephone system for use during construction.  Pay for all installation and basic monthly billing charges.
3.    No incoming calls allowed to Owner's plant telephone system.

G.    Fire Protection:  Furnish and maintain on Site adequate firefighting equipment capable of extinguishing incipient fires. Comply with applicable parts of National Fire Prevention Standard for Safeguarding Building Construction Operations (NFPA No. 241).

3.2     PROTECTION OF WORK AND PROPERTY

A.    General:
1.    Perform Work within right-of-way and easements in a systematic manner that minimizes inconvenience to property owners and the public.
2.    Schedule the Work so construction will not interfere with irrigation of cultivated lands or pasturelands. Construction may proceed during irrigation season, provided Contractor constructs temporary irrigation ditches, turnouts, and miscellaneous structures acceptable to property owners.
3.    Provide continuous access for livestock through farm areas. Do not cut off ready access to portions of farmlands in which livestock are pastured. Maintain existing fences required to restrain livestock. Keep gates closed and secure.
4.    Maintain in continuous service all existing oil and gas pipelines, underground power, telephone or communication cable, water mains, irrigation lines, sewers, poles and overhead power, and all other utilities encountered along line of the Work, unless other arrangements satisfactory to owners of said utilities have been made.
5.    Where completion of the Work requires temporary or permanent removal or relocation of existing utility, coordinate all activities with owner of said utility and perform all work to their satisfaction.
6.    Protect, shore, brace, support, and maintain underground pipes, conduits, drains, and other underground utility construction uncovered or otherwise affected by construction operations.
7.    In areas where Contractor's operations are adjacent to or near a utility, such as gas, telephone, television, electric power, water, sewer, or irrigation system, and such operations may cause damage or inconvenience, suspend operations until arrangements necessary for protection have been made by Contractor.
8.    Notify property owners and utility offices that may be affected by construction operation at least 2 days in advance: Before exposing a utility, obtain utility owner's permission. Should service of a utility become interrupted due to Contractor's operation, notify proper authority immediately. Cooperate with said authority in restoring service as promptly as possible and bear costs incurred.
9.    Do not impair operation of existing sewer system. Prevent construction material, pavement, concrete, earth, volatile and corrosive wastes, and other debris from entering sewers, pump stations, or other sewer structures.
10.   Maintain original Site drainage wherever possible.

B.    Site Security:
1.    Erect a temporary security fence for protection of existing facilities. Maintain fence throughout construction period. Obtain Engineer's written permission before removal of temporary security fencing.
2.    Provide and maintain additional temporary security fences as necessary to protect the Work and Contractor-furnished products not yet installed.

C.    Barricades, Lights, Signs, and Equipment:
1.    Provide as required by the Department of Transportation in the state having jurisdiction and in sufficient quantity to safeguard public and the Work.
2.    Provide as necessary to prevent unauthorized entry to construction areas and affected roads, streets, and alleyways, inside and outside of fenced area, and as required to ensure public safety and the safety of Contractor's employees, other employer's employees, and others who may be affected by the Work.
3.    Provide to protect existing facilities and adjacent properties from potential damage.
4.    Locate to enable access by facility operators and property owners.
5.    Protect streets, roads, highways, and other public thoroughfares that are closed to traffic by effective barricades with acceptable warning signs.
6.    Locate barricades at the nearest intersecting public thoroughfare on each side of the blocked section.

      7.    Illuminate barricades and obstructions with warning lights from sunset to sunrise.

D.    Trees and Plantings:
      1.    Protect from damage and preserve trees, shrubs, and other plants outside limits of the Work and within limits of the Work, which are designated on the Drawings to remain undisturbed.

E.    Existing Structures:
      1.    Where Contractor contemplates removal of small structures such as mailboxes, signposts, and culverts that interfere with Contractor's operations, obtain approval of property owner and Engineer.
      2.    Move mailboxes to temporary locations accessible to postal service.
      3.    Replace items removed in their original location and a condition equal to or better than original.

F.    Finished Construction:  Protect finished floors and concrete floors exposed as well as those covered with composition tile or other applied surfacing.

G.    Waterways: Keep ditches, culverts, and natural drainages continuously free of construction materials and debris.

H.    Dewatering: Construct, maintain, and operate cofferdams, channels, flume drains, sumps, pumps, or other temporary diversion and protection works. Furnish materials required, install, maintain, and operate necessary pumping and other equipment for the environmentally safe removal and disposal of water from the various parts of the Work.  Maintain foundations and parts of the Work free from water.

3.3     TEMPORARY CONTROLS

A.    Air Pollution Control:
      1.    Minimize air pollution from construction operations.
      2.    Burning:  Of waste materials, rubbish, or other debris will not be permitted on or adjacent to Site.
      3.    Conduct operations of dumping rock and of carrying rock away in trucks to cause a minimum of dust. Give unpaved streets, roads, detours, or haul roads used in construction area a dust-preventive treatment or periodically water to prevent dust.  Strictly adhere to applicable environmental regulations for dust prevention.
      4.    Provide and maintain temporary dust-tight partitions, bulkheads, or other protective devices during construction to permit normal operation of existing facilities. Construct partitions of plywood, insulating board, plastic sheets, or similar material. Construct partitions in such a manner that dust and dirt from demolition and cutting will not enter other parts of existing building or facilities. Remove temporary partitions as soon as need no longer exists.

B.    Noise Control:
      1.    Noise Control Plan:  Propose plan to mitigate construction noise and to comply with noise control ordinances, including method of construction, equipment to be used, and acoustical treatments.

C.    Water Pollution Control:
      1.    Divert sanitary sewage and non-storm waste flow interfering with construction and requiring diversion to sanitary sewers.  Do not cause or permit action to occur which would cause an overflow to existing waterway.

2.  Prior to commencing excavation and construction, obtain Engineer's agreement with detailed plans showing procedures intended to handle and dispose of sewage, groundwater, and storm water flow, including dewatering pump discharges.
3.  Comply with procedures outlined in U.S. Environmental Protection Agency manuals entitled, "Guidelines for Erosion and Sedimentation Control Planning," "Implementation, Processes, Procedures, and Methods to Control Pollution Resulting from All Construction Activity," and "Erosion and Sediment Control- Surface Mining in Eastern United States."
4.  Do not dispose of volatile wastes such as mineral spirits, oil, chemicals, or paint thinner in storm or sanitary drains. Disposal of wastes into streams or waterways is prohibited. Provide acceptable containers for collection and disposal of waste materials, debris, and rubbish.

D.  Erosion, Sediment, and Flood Control: Provide, maintain, and operate temporary facilities to control erosion and sediment releases, and to protect the Work and existing facilities from flooding during construction period.

3.4    STORAGE YARDS AND BUILDINGS

A.  Coordinate requirements with Section 01 60 00, PRODUCT REQUIREMENTS.

B.  Temporary Storage Yards: Construct temporary storage yards for storage of products that are not subject to damage by weather conditions.

C.  Temporary Storage Buildings:
1.  Provide environmental control systems that meet recommendations of manufacturers of equipment and materials stored.
2.  Arrange or partition to provide security of contents and ready access for inspection and inventory.
3.  Store combustible materials (paints, solvents, fuels) in a well-ventilated and remote building meeting safety standards.
4.  Provide, at a minimum, one temporary storage building or storage trailer to house specified spare part during the duration of construction and until spare parts are accepted by Owner and Engineer.

3.5    ACCESS ROADS

A.  Construct access roads as required and within easements, rights-of-way, or Project limits. Obtain Engineer's approval of access roads.

B.  Maintain drainage ways. Install and maintain culverts to allow water to flow beneath access roads. Provide corrosion-resistant culvert pipe of adequate strength to resist construction loads.

C.  Provide gravel, crushed rock, or other stabilization material to permit access by all motor vehicles at all times.

D.  Maintain road grade and crown to eliminate potholes, rutting, and other irregularities that restrict access.

E.  Coordinate with Engineer detours and other operations affecting traffic and access. Provide at least 72 hours notice to Engineer of operations that will alter access to the Site.

F.  Where access road crosses existing fences, install and maintain gates.

G. Upon completion of construction, restore ground surface disturbed by access road construction to original grade. Replace damaged or broken culverts with new culvert pipe of same diameter and material.

## 3.6 PARKING AREAS

A. Control vehicular parking to preclude interference with public traffic or parking, access by emergency vehicles, Owner's operations, or construction operations.

B. Provide parking facilities for personnel working on the Project. No employee or equipment parking will be permitted on Owner's existing parking areas, except as specifically designated for Contractor's use.

## 3.7 VEHICULAR TRAFFIC

A. Comply with Laws and Regulations regarding closing or restricting use of public streets or highways. No public or private road shall be closed, except by written permission of proper authority. Assure the least possible obstruction to traffic and normal commercial pursuits.

B. Conduct the Work to interfere as little as possible with public travel, whether vehicular or pedestrian.

C. Whenever it is necessary to cross, close, or obstruct roads, driveways, and walks, whether public or private, provide and maintain suitable and safe bridges, detours, or other temporary expedients for accommodation of public and private travel.

D. Coordinate traffic routing with that of others working in same or adjacent areas.

## 3.8 CLEANING DURING CONSTRUCTION

A. In accordance with General Conditions, as may be specified in other Specification sections, and as required herein.

B. Wet down exterior surfaces prior to sweeping to prevent blowing of dust and debris. At least weekly, sweep all floors (basins, tunnels, platforms, walkways, roof surfaces), and pick up all debris and dispose.

C. Provide approved containers for collection and disposal of waste materials, debris, and rubbish. At least at weekly intervals, dispose of such waste materials, debris, and rubbish offsite.

D. At least weekly, brush sweep entry drive and roadways, and all other streets and walkways affected by the Work and where adjacent to the Work.

END OF SECTION

SECTION 01 60 00 – PRODUCT REQUIREMENTS

PART 1 - GENERAL

1.1     DEFINITIONS

A.     Products:
   1.     New items for incorporation in the Work whether purchased by Contractor or Owner for the Project, or taken from previously purchased stock and may also include existing materials or components required for reuse.
   2.     Includes the terms material, equipment, machinery, components, subsystem, system, hardware, software, and terms of similar intent and is not intended to change meaning of such other terms used in Contract Documents, as those terms are self-explanatory and have well recognized meanings in construction industry.
   3.     Items identified by Manufacturer's product name, including make or model designation, indicated in Manufacturer's published product literature, that is current as of the date of the Contract Documents.

1.2     DESIGN REQUIREMENTS

A.     Where Contractor design is specified, design of installation, systems, equipment, and components, including supports and anchorage, shall be in accordance with provisions of latest edition of International Building Code (IBC) by International Code Council.

1.3     ENVIRONMENTAL REQUIREMENTS

A.     Altitude:  Provide materials and equipment suitable for installation and operation under rated conditions at elevations shown on Drawings.

B.     Provide equipment and devices installed outdoors or in unheated enclosures capable of continuous operation within an ambient temperature range of 0 °F to 104 °F.

1.4     PREPARATION FOR SHIPMENT

A.     When practical, have the factory assemble products, mark or tag separate parts and assemblies to facilitate field assembly.  Cover machined and unpainted parts that may be damaged by the elements with strippable protective coating.

B.     Package products to facilitate handling and protect from damage during shipping, handling, and storage.  Mark or tag outside of each package or crate to indicate its purchase order number, bill of lading number, contents by name, name of Project and Contractor, equipment number, and approximate weight.  Include complete packing list and bill of materials with each shipment.

C.     Extra Materials, Special Tools, Test Equipment, and Expendables:
   1.     Furnish as Required by Individual Specifications.
   2.     Schedule:
      a.     Ensure that shipment and delivery occur concurrently with shipment of associated equipment.
      b.     Transfer to Owner shall occur immediately subsequent to Contractor's acceptance of equipment from Supplier.
   3.     Packaging and Shipment:
      a.     Package and ship extra materials and special tools to avoid damage during long term storage in original cartons insofar as possible, or in appropriately sized, hinged-cover, wood, plastic, or metal box.
      b.     Prominently Displayed on Each Package, the Following:

1). Manufacturer's part nomenclature and number, consistent with Operation and Maintenance Manual identification system.
2). Applicable equipment description.
3). Quantity of parts in package.
4). Equipment manufacturer.
4. Deliver materials to the site.
5. Notify Engineer upon arrival for transfer of materials.
6. Replace extra materials and special tools found to be damaged or otherwise inoperable at time of transfer to Owner.

D. Request a minimum 7-day advance notice of shipment from manufacturer. Upon receipt of Manufacturer's advance notice of shipment, promptly notify Engineer of anticipated date of equipment arrival.

E. Factory Test Results:  Reviewed and accepted by Engineer before product shipment as required in individual Specification sections.

1.5    DELIVERY AND INSPECTION

A. Deliver products in accordance with accepted current Progress Schedule and coordinate to avoid conflict with the Work and conditions at Site. Deliver anchor bolts and templates sufficiently early to permit setting prior to placement of structural concrete.

B. Deliver products in undamaged condition, in Manufacturer's original container or packaging, with identifying labels intact and legible.  Include on label, date of manufacture and shelf life, where applicable.

C. Unload products in accordance with Manufacturer's instructions for unloading or as specified, and record receipt of products at Site.  Promptly inspect for completeness and evidence of damage during shipment.

D. Remove damaged products from Site, and expedite delivery of identical new undamaged products, and remedy incomplete or lost products to provide that specified, so as not to delay progress of the Work.

1.6    HANDLING, STORAGE, AND PROTECTION

A. Handle and store products in accordance with Manufacturer's written instructions and in a manner to prevent damage.  Store in approved storage yards or sheds provided in accordance with Section 01 50 00, TEMPORARY FACILITIES AND CONTROLS. Provide Manufacturer's recommended maintenance during storage, installation, and until products are accepted for use by Owner.

B. Arrange storage in a manner to provide easy access for inspection. Make periodic inspections of stored products to assure that products are maintained under specified conditions, and free from damage or deterioration. Keep running account of products in. storage to facilitate inspection and to estimate progress payments for products delivered, but not installed in the Work.

C. Store electrical, instrumentation, and control products, and equipment with bearings in weather-tight structures maintained above 60 °F. Protect electrical, instrumentation, and control products, and insulation against moisture, water, and dust damage.  Connect and operate continuously all space heaters furnished in electrical equipment.

D.  Store fabricated products above ground on blocking or skids, prevent soiling or staining, and store loose granular materials in well-drained area on solid surface to prevent mixing with foreign matter. Cover products that are subject to deterioration with impervious sheet coverings; provide adequate ventilation to avoid condensation.

E.  Store finished products that are ready for installation in dry and well-ventilated areas. Do not subject to extreme changes in temperature or humidity.

F.  After installation, provide coverings to protect products from damage due to traffic and construction operations. Remove coverings when no longer needed.

G.  Hazardous Materials: Prevent contamination of personnel, storage building, and Site. Meet requirements of product specification, codes, and manufacturer's instructions.

PART 2 - PRODUCTS

2.1     GENERAL

A.  Provide the Manufacturers standard materials suitable for service conditions unless otherwise specified in the individual Specifications.

B.  Where product specifications include a named Manufacturer, with or without model number, and also include performance requirements, named Manufacturer's products must meet the performance specifications.

C.  Like items of products furnished and installed in the Work shall be end products of one Manufacturer and of the same series or family of models to achieve standardization for appearance, operation and maintenance, spare parts and replacement, Manufacturer's services, and implement same or similar process instrumentation and control functions in same or similar manner.

D.  Do not use materials and equipment removed from existing premises, except as specifically permitted by Contract Documents.

E.  Provide interchangeable components of the same Manufacturer, for similar components, unless otherwise specified.

F.  Equipment, components, systems, sub-systems: Design and manufacture with due regard for health and safety of operation, maintenance, and accessibility, durability of parts, and shall comply with applicable OSHA, State, and local health and safety regulations.

G.  Regulatory Requirement: Coating materials shall meet Federal, State, and local requirements limiting the emission of volatile organic compounds and for worker exposure.

H.  Safety Guards: Provide for all belt or chain drives, fan blades, couplings, or other moving or rotary parts. Cover rotating part on all sides.  Design for easy installation and removal. Use 16-gauge or heavier; galvanized steel, aluminum coated steel, or galvanized or aluminum coated ½" mesh expanded steel. Provide galvanized steel accessories and supports, including bolts. For outdoors application, prevent entrance of rain and dripping water.

I.  Authority Having Jurisdiction (AHJ):
    1.  Provide the Work in accordance with the **Arkansas** Fire Code that incorporates the **latest** International Building Code with **Arkansas amendments**. Where required by the AHJ, material and equipment shall be labeled or listed by a nationally recognized testing

laboratory or other organization acceptable to the AHJ in order to provide a basis for approval under NEC.
2. Materials and equipment manufactured within the scope of standards published by Underwriters Laboratories, Inc. shall conform to those standards and shall have an applied UL listing mark.

J. Equipment Finish:
1. Provide Manufacturer's standard finish and color, except where specific color is indicated.
2. If Manufacturer has no standard color, provide equipment with gray finish as approved by Engineer.

K. Special Tools and Accessories: Furnish to Owner, upon acceptance of equipment, all accessories required to place each item of equipment in full operation. These accessory items include, but are not limited to, adequate oil and grease (as required for first lubrication of equipment after field testing), light bulbs, fuses, hydrant wrenches, valve keys, hand wheels, chain operators, special tools, and other spare parts as required for maintenance.

L. Lubricant: Provide initial lubricant recommended by equipment Manufacturer in sufficient quantity to fill lubricant reservoirs and to replace consumption during testing, startup, and operation until final acceptance by Owner.

2.2 FABRICATION AND MANUFACTURE

A. General:
1. Manufacture parts to U.S.A. standard sizes and gauges.
2. Two or more items of the same type shall be identical, by the same Manufacturer, and interchangeable.
3. Design structural members for anticipated shock and vibratory loads.
4. Use 1/4" minimum thickness for steel that will be submerged, wholly or partially, during normal operation.
5. Modify standard products as necessary to meet performance Specifications.

B. Lubrication System:
1. Require no more than weekly attention during continuous operation.
2. Convenient and accessible. Oil drains with bronze or stainless steel valves and fill-plugs easily accessible from the normal operating area or platform.
3. Locate drains to allow convenient collection of oil during oil changes without removing equipment from its installed position.
4. Provide constant-level oilers or oil level indicators for oil lubrication systems.
5. For grease type bearings, which are not easily accessible, provide and install stainless steel tubing; protect and extend tubing to convenient location with suitable grease fitting.

2.3 SOURCE QUALITY CONTROL

A. Where Specifications call for factory testing to be witnessed by Engineer, notify Engineer not less than 14 days prior to scheduled test date, unless otherwise specified.

B. Calibration Instruments: Bear the seal of a reputable laboratory certifying instrument has been calibrated within the previous 12 months to a standard endorsed by the National Institute of Standards and Technology (NIST).

C. Factory Tests: Perform in accordance with accepted test procedures and document successful completion.

PART 3 - EXECUTION

3.1    INSPECTION

    A.    Inspect materials and equipment for signs of pitting, rust decay, or other deleterious effects of storage. Do not install material or equipment showing such effects. Remove damaged material or equipment from the Site and expedite delivery of identical new material or equipment. Delays to the Work resulting from material or equipment damage that necessitates procurement of new products will be considered delays within Contractor's control.

3.2    INSTALLATION

    A.    Equipment Drawings show general locations of equipment, devices, and raceway, unless specifically dimensioned.

    B.    No shimming between machined surfaces is allowed.

    C.    Install the Work in accordance with NECA Standard of Installation, unless otherwise specified.

    D.    Repaint painted surfaces that are damaged prior to equipment acceptance.

    E.    Do not cut or notch any structural member or building surface without specific approval of Engineer.

    F.    Handle, install, connect, clean, condition, and adjust products in accordance with Manufacturer's instructions, and as may be specified. Retain a copy of Manufacturers' instruction at Site, available for review at all times.

    G.    For material and equipment specifically indicated or specified to be reused in the Work:
        1.    Use special care in removal, handling, storage, and reinstallation to assure proper function in the completed Work.
        2.    Arrange for transportation, storage, and handling of products that require offsite storage, restoration, or renovation. Include costs for such Work in the Contract Price.

3.3    FIELD FINISHING

    A.    In accordance with Section 09 90 00, PAINTING AND PROTECTIVE COATINGS and individual Specification sections.

3.4    ADJUSTMENT AND CLEANING

    A.    Perform required adjustments, tests, operation checks, and other startup activities.

3.5    LUBRICANTS

    A.    Fill lubricant reservoirs and replace consumption during testing, startup, and operation prior to acceptance of equipment by Owner.

END OF SECTION

SECTION 01 72 20 – FIELD ENGINEERING

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes description and requirements of the required closeout procedures for the project:
  1.     Providing and delivering informational submittals.
  2.     Preparing, maintaining, providing and delivering Record Documents.
  3.     Furnishing Releases from Agreements.
  4.     Furnishing Evidence of Compliance with Requirements of Governing Authorities.
  5.     Providing Warranties and Bonds.
  6.     Providing Certificate of Final Completion.

1.2     QUALITY ASSURANCE

A.     Qualifications of Surveyor or Engineer: Registered civil engineer or land surveyor in state where Project is located.

B.     Accuracy of stakes, alignments, and grades may be checked randomly by ENGINEER:
  1.     Notice of when checking will be conducted will be given.
  2.     When notice of checking is given, postpone parts of the Work affected by stakes, alignments or grades to be checked until checked.
  3.     Do not assume that ENGINEER's check substitutes or complements required field quality control procedures.

1.3     CONSTRUCTION STAKES, LINES, AND GRADES

A.     Execute the Work in accordance with the lines and grades indicated.

B.     Make distances and measurements on horizontal planes, except elevations and structural dimensions.

1.4     SURVEY REFERENCE POINTS

A.     Basic reference line, a beginning point on basic reference line, and a benchmark will be provided, by OWNER.

B.     From these reference points, establish other control and reference points as required to properly lay out the Work.

C.     Locate and protect control points prior to starting site work, and preserve permanent reference points during construction:
  1.     Make no changes or relocations without prior written notice.
  2.     Replace Project control point, when lost or destroyed, in accordance with original survey control.

D.     Set monuments for principal control points and protect them from being disturbed and displaced;
  1.     Re-establish disturbed monuments.
  2.     When disturbed, postpone parts of the Work that are governed by disturbed monuments until such monuments are re-established.

1.5     PROJECT SURVEY REQUIREMENTS

A.     Establish minimum of 2 permanent benchmarks on site referenced to data established by survey control points.

B.     Record permanent benchmark locations with horizontal and vertical data on Project Record Documents.

C.     Assume responsibility for accuracy of stakes, alignments, and grades by performing verifications and checking in accordance with standard surveying practice.

1.6     RECORD DOCUMENTS

A.     Prepare and submit Record Documents as specified in Section 01 77 00.

B.     Maintain complete, accurate log of control points and survey.

C.     Affix civil engineer's or land surveyor's signature and registration number to Record Drawing to certify accuracy of information shown.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 73 40 – WORK WITHIN PUBLIC RIGHT-OF-WAY

PART 1 - GENERAL

1.1    SUMMARY

A.    Section Includes: Requirements for maintenance, support, protection, relocation, reconstruction and adjusting-to-grade, restoration, construction of temporary and new facilities, and abandonment of existing utilities affected by construction work within the public right-of-way.

1.2    REFERENCES

A.    State of Arkansas, Department of Transportation (ARDOT):
1.    Standard Specifications.

1.3    DEFINITIONS

A.    Utility: For purpose of this Section, utility means any public or private service, such as electric light and power systems; gas distribution systems; telephone, telegraph, cable television and other communication services; water distribution; storm drain and sanitary sewer services; police and fire communication systems; street lighting and traffic signs and signals; parking meters; and steam distribution systems.

B.    For Trenching:
1.    Open Trench:
a.    General: Includes excavation, pipe laying, backfilling, and pavement replacement.
2.    Any excavated areas shall be considered as "open trench" until all pavement replacement has been made, or until all trenches outside of pavement replacement areas have been backfilled and compacted in accordance with these Contract Documents.

1.4    DESIGN REQUIREMENTS

A.    Trenching:
1.    Except where otherwise specified, indicated on the Drawings, or accepted in writing by the ENGINEER, the maximum length of open trench, where construction is in any stage of completion, shall not exceed the linear footage approved by the Engineer.
2.    Completely backfill trenches across streets and install temporary or permanent pavement as soon as possible after pipe laying.

B.    Site Conditions:
1.    Use substantial steel plates with adequate trench bracing to bridge across trenches at street and alley crossings, commercial driveways, and residential driveways where trench backfill and temporary patch have not been completed during regular working hours.
2.    Provide safe and convenient passage for pedestrians.
3.    Maintain access to fire stations, fire hydrant, and hospitals at all times.
4.    Provide traffic control devices, barricades and signage as required by the regulating agency.

1.5    SUBMITTALS

A.    Traffic Control Plan: Submit detailed traffic control plan for acceptance by jurisdictional agency.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 75 60 – TESTING, TRAINING, AND FACILITY START-UP

PART 1 - GENERAL

1.1     SUMMARY

A.     Section Includes: Requirements for equipment and system testing and facility start up, including the following:
1.     Start-Up Plan.
2.     Performance Testing.
3.     General Start-Up and Testing Procedures.
4.     Functional Testing.
5.     Clean Water Testing.
6.     Operational Testing.
7.     Certificate of Proper Installation.
8.     Services of manufacturer's representatives.
9.     Training of OWNER's personnel.
10.    Final testing requirements for the complete facility.

1.2     GENERAL TESTING, TRAINING, AND START-UP REQUIREMENTS

A.     Contract Requirements: Testing, training, and start-up are requisite to the satisfactory completion of the Contract.

B.     Perform water testing on all constructed facilities.

C.     Complete testing, training, and start-up within the Contract Times.

D.     Allow realistic durations in the Progress Schedule for testing, training, and start-up activities.

E.     Furnish labor, power, chemicals, tools, equipment, instruments, and services required for and incidental to completing functional testing, performance testing, and operational testing.

F.     Provide competent, experienced technical representatives of equipment manufacturers for assembly, installation and testing guidance, and operator training.

1.3     START-UP PLAN

A.     Submit start-up plan for each piece of equipment and each system not less than 3 weeks prior to planned initial start-up of equipment or system.

B.     Provide detailed sub-network of Progress Schedule with the following activities identified:
1.     Manufacturer's services.
2.     Installation certifications.
3.     Operator training.
4.     Submission of Operation and Maintenance Manual.
5.     Functional testing.
6.     Performance testing.
7.     Operational testing.

C.     Provide testing plan with test logs for each item of equipment and each system when specified. Include testing of alarms, control circuits, capacities, speeds, flows, pressures, vibrations, sound levels, and other parameters.

D.    Provide summary of shutdown requirements for existing systems which are necessary to complete start-up of new equipment and systems.

E.    Revise and update start-up plan based upon review comments, actual progress, or to accommodate changes in the sequence of activities.

1.4    PERFORMANCE TESTING

A.    Test equipment for proper performance at point of manufacture or assembly when specified.

B.    When Source Quality Control Testing is Specified:
   1.    Demonstrate equipment meets specified performance requirements.
   2.    Provide certified copies of test results.
   3.    Do not ship equipment until certified copies have received written acceptance from ENGINEER. Written acceptance does not constitute final acceptance.
   4.    Perform testing as specified in the equipment specification sections.

C.    Include costs associated with witnessing performance tests in the bid price. Include costs for one (1) OWNER's representative for travel, lodging, transportation to and from lodging, and $50 (50 Dollars) for meal allowance per person per day.

1.5    GENERAL START-UP AND TESTING PROCEDURES

A.    Mechanical Systems: As specified in the individual equipment specification sections:
   1.    Remove rust preventatives and oils applied to protect equipment during construction.
   2.    Flush lubrication systems and dispose of flushing oils. Recharge lubrication system with lubricant recommended by manufacturer.
   3.    Flush fuel system and provide fuel for testing and start-up.
   4.    Install and adjust packing, mechanical seals, O-rings, and other seals. Replace defective seals.
   5.    Remove temporary supports, bracing, or other foreign objects installed to prevent damage during shipment, storage, and erection.
   6.    Check rotating machinery for correct direction of rotation and for freedom of moving parts before connecting driver.
   7.    Perform cold alignment and hot alignment to manufacturer's tolerances.
   8.    Adjust V-belt tension and variable pitch sheaves.
   9.    Inspect hand and motorized valves for proper adjustment. Tighten packing glands to insure no leakage, but permit valve stems to rotate without galling. Verify valve seats are positioned for proper flow direction.
   10.   Tighten leaking flanges or replace flange gasket. Inspect screwed joints for leakage.
   11.   Install gratings, safety chains, handrails, shaft guards, and sidewalks prior to operational testing.

B.    Electrical Systems: As specified in Division 26 and the individual equipment specification sections:
   1.    Perform insulation resistance tests on wiring except 120 volt lighting, wiring, and control wiring inside electrical panels.
   2.    Perform continuity tests on grounding systems.
   3.    Test and set switchgear and circuit breaker relays for proper operation.
   4.    Perform direct current high potential tests on all cables that will operate at more than 2,000 volts. Obtain services of independent testing lab to perform tests.
   5.    Check motors for actual full load amperage draw. Compare to nameplate value.

C.    Instrumentation Systems: As specified in Division 26 and the individual equipment specification sections:

1.  Bench or field calibrate instruments and make required adjustments and control point settings.
2.  Leak test pneumatic controls and instrument air piping.
3.  Energize transmitting and control signal systems, verify proper operation, ranges and settings.

1.6     FUNCTIONAL TESTING

A.  Perform checkout and performance testing as specified in the individual equipment specification sections.

B.  Functionally test mechanical and electrical equipment, and instrumentation and controls systems for proper operation after general start-up and testing tasks have been completed.

C.  Demonstrate proper rotation, alignment, speed, flow, pressure, vibration, sound level, adjustments, and calibration. Perform initial checks in the presence of and with the assistance of the manufacturer's representative.

D.  Demonstrate proper operation of each instrument loop function including alarms, local and remote controls, instrumentation and other equipment functions. Generate signals with test equipment to simulate operating conditions in each control mode.

E.  Conduct continuous 8-hour test under full load conditions. Replace parts which operate improperly.

1.7     CERTIFICATE OF PROPER INSTALLATION

A.  At completion of Functional Testing, furnish written report prepared and signed by manufacturer's authorized representative, certifying equipment:
1.  Has been properly installed, adjusted, aligned, and lubricated.
2.  Is free of any stresses imposed by connecting piping or anchor bolts.
3.  Is suitable for satisfactory full-time operation under full load conditions.
4.  Operates within the allowable limits for vibration.
5.  Controls, protective devices, instrumentation, and control panels furnished as part of the equipment package are properly installed, calibrated, and functioning.
6.  Control logic for start-up, shutdown, sequencing, interlocks, and emergency shutdown have been tested and are properly functioning.

B.  Furnish written report prepared and signed by the electrical and/or instrumentation subcontractor certifying:
1.  Motor control logic that resides in motor control centers, control panels, and circuit boards furnished by the electrical and/or instrumentation subcontractor has been calibrated and tested and is properly operating.
2.  Control logic for equipment start-up, shutdown, sequencing, interlocks and emergency shutdown has been tested and is properly operating.
3.  Co-sign the reports along with the manufacturer's representative and subcontractors.
4.  devices and setpoints.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)


END OF SECTION

SECTION 01 77 00 – CLOSEOUT PROCEDURES

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes description and requirements of the required closeout procedures for the project:
1.     Providing and delivering informational submittals.
2.     Preparing, maintaining, providing and delivering Record Documents.
3.     Furnishing Releases from Agreements.
4.     Furnishing Evidence of Compliance with Requirements of Governing Authorities.
5.     Providing Warranties and Bonds.
6.     Providing Certificate of Final Completion.

1.2     SUBMITTALS

A.     Informational Submittals:
1.     Submit Prior to Application for Final Payment.
a.     Record Documents:  As required in General Conditions.
b.     Approved Shop Drawings and Samples: As required in the General Conditions.
c.     Operations and Maintenance Manuals: In accordance with Section 01 78 23, and as required in individual Specification sections.
d.     Certificates of Testing and Inspection: As required in the General Conditions, these General Requirements sections, and the individual Specifications sections.
e.     Training Sessions: In accordance with Section 01 79 00, and individual Specifications sections.
f.     Certificate of Substantial Completion.
g.     Special bonds, Special Guarantees, and Service Agreements.
2.     Form of Submittal:
a.     Bind in commercial quality 8-1/2" by 11" three ring, side binders with hardback, cleanable, plastic covers.
1).     Label cover of each binder with typed or printed title Warranties and Bonds, with title of Project; name; address, and telephone number of Contractor and equipment Supplier, and name of responsible principal.
2).     Table of Contents: Neatly typed, in the sequence of the of the Project Manual, with each item identified with the number and title of the Specification section in which specified, and the name of the product or Work item.
3).     Separate each warranty or Bond with index tab sheets keyed to the Table of Contents. Provide full information, using separate typed sheets as necessary. List Subcontractor, Supplier, and Manufacturer, with name, address, and telephone number of responsible contact for service and warranty issues.
3.     Preparation of Submittal:
a.     Obtain notarized warranties and Bonds, executed in duplicate by responsible Subcontractor, Supplier, and Manufacturer, within 10 days after completion of the applicable item or Work, except for items put into use with Owner's permission, leave date of beginning of time warranty until date of Substantial Completion is determined.
4.     Time of Submission: Submit within 10 days after the date of Date of Substantial Completion and prior to submission of Final Application of Payment.
a.     Spare parts and special tools as required by individual Specification sections.
b.     Consent of Surety to Final Payment: As required in General Conditions.
c.     Releases or Waivers of Liens and Claims: As required in General Conditions.
d.     Releases from Agreements.
e.     Final Application for Payment: Submit in accordance with procedures and requirements stated in Section 01 29 00.
f.     Extra Materials: As required by individual Specification sections.

1.3     RELEASES FROM AGREEMENTS

A.     Furnish Owner written releases from property owners or public agencies where side agreements or special easements have been made, or where Contractor's operations have not been kept within the Owner's construction right-of-way.

B.     In the Event Contractor is Unable to Secure Written Releases:
  1.     Inform Owner of the reasons.
  2.     Owner or its representatives will examine the Site, and Owner will direct Contractor to complete the Work that may be necessary to satisfy terms of the side agreement or special easement.
  3.     Should Contractor refuse to perform this Work, Owner reserves right to have it done by separate contract and deduct cost of same from Contract Price, or require Contractor to furnish a satisfactory bond in a sum to cover legal Claims for damages.
  4.     When Owner is satisfied that the Work has been completed in agreement with Contract Documents and terms of side agreement or special easement, right is reserved to waive requirement for written release if:
  5.     Contractor's failure to obtain such statement is due to grantor's refusal to sign, and this refusal is not based upon any legitimate Claims that Contractor has failed to fulfill terms of side agreement or special easement, or
  6.     Contractor is unable to contact or has had undue hardship in contacting grantor.

1.4     WARRANTIES AND BONDS

A.     Provide executed Warranty or Guaranty Form if required by Contract Documents.

B.     Provide specified additional warranties, guarantees, and bonds from manufacturers and suppliers.

1.5     CERTIFICATE OF FINAL COMPLETION

A.     When an operational test has been successfully completed, ENGINEER will certify that new facilities are operationally complete. ENGINEER will submit a list of known items (punch list) still to be completed or corrected prior to contract completion.

B.     List of items to be completed or corrected will be amended as items are resolved by CONTRACTOR.

C.     When all items have been completed or corrected, submit written certification that the entire work is complete in accordance with the Contract Documents and request final inspection.

D.     Upon completion of final inspection, ENGINEER will either prepare a written acceptance of the entire work or advise CONTRACTOR of work not complete. If necessary, inspection procedures will be repeated.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1     FINAL CLEANING

A.     At completion of the Work or of a part thereof and immediately prior to Contractor's request for certificate of Substantial Completion; or if no certificate is issued, immediately prior to Contractor's notice of completion, clean entire Site or parts thereof, as applicable.
  1.     Leave the Work and adjacent areas affected in a cleaned condition satisfactory to Owner.

2. Remove grease, dirt, dust, paint or plaster splatter, stains, labels, fingerprints, and other foreign materials from exposed surfaces.
3. Repair, patch, and touch up marred surfaces to specified finish and match adjacent surfaces.
4. Perform final cleaning prior to inspections for Final Acceptance.
5. Clean grease, mastic, adhesives, dust, dirt, stains, fingerprints, paint, blemishes, sealants, plaster, concrete, and other foreign materials from sight-exposed surfaces, and fixtures and equipment.

B. Use only cleaning materials recommended by Manufacturer of surfaces to be cleaned.

## 3.2 WASTE DISPOSAL

A. Arrange for and dispose of surplus materials, waste products, and debris off-site:
1. Prior to making disposal on private property, obtain written permission from OWNER of such property.

B. Do not fill ditches, washes, or drainage ways which may create drainage problems.

C. Do not create unsightly or unsanitary nuisances during disposal operations.

D. Maintain disposal site in safe condition and good appearance.

E. Complete leveling and cleanup prior to Final Acceptance of the Work.

## 3.3 TOUCH-UP AND REPAIR

A. Touch-up or repair finished surfaces on structures, equipment, fixtures, and installations that have been damaged prior to inspection for Final Acceptance.

B. Refinish or replace entire surfaces which cannot be touched-up or repaired satisfactorily.

## 3.4 CLOSEOUT DOCUMENTS

A. Submit following Closeout Submittals upon completion of the Work and at least 7 days prior to submitting Application for Final Payment:
1. Evidence of Compliance with Requirements of Governing Authorities.
2. Project Record Documents.
3. Operation and Maintenance Manuals.
4. Warranties and Bonds.
5. Keys and Keying Schedule.
6. Evidence of Payment and Release of Stop Payment Notices as outlined in Conditions of the Contract.
7. Release of claims as outlined in Conditions of the Contract.
8. Survey Record Documents as specified in Section 01 72 20.
9. Certificate of Final Completion.

END OF SECTION

SECTION 01 78 23 - OPERATION AND MAINTENANCE DATA

PART 1 - GENERAL

1.1     SUMMARY

A.     Summary includes: detailed information for the preparation, submission, and Engineer's review of Operations and Maintenance (O&M) Data, as required by individual Specification sections.

1.2     DEFINITIONS

A.     Preliminary Data:  Initial and subsequent submissions for Engineer's review.

B.     Final Data:  Engineer-accepted data, submitted as specified herein.

C.     Maintenance Operation: As used on Maintenance Summary Form is defined to mean any routine operation required to ensure satisfactory performance and longevity of equipment. Examples of typical maintenance operations are lubrication, belt tensioning, adjustment of pump packing glands, and routine adjustments.

1.3     SEQUENCING AND SCHEDULING

A.     Equipment and System Data:
        1.     Preliminary Data:
                a.     Do not submitntil Shop Drawing for equipment or system has been reviewed and approved by Engineer.
                b.     Submit prior to shipment date.
        2.     Final Data:
                a.     Submit Instructional Manual Formatted data not less than 30 days prior to equipment or system field functional testing.

B.     Materials and Finishes Data:
        1.     Preliminary Data: Submit at least 15 days prior to request for final inspection.
        2.     u Final Data: Submit within 10 days after final inspection.

1.4     SUBMITTALS

A.     Procedures of Submittal
        1.     Contractor shall:
                a.     Submit all submittals electronically using the *Info Exchange* project website to facilitate the transfer of submittals and related files.
                b.     Submit all required final hard copies and required electronic copies as specified herein.

B.     Informational:
        1.     Data Outline: Submit one electronic copy via the *Info Exchange* website of a detailed outline of proposed organization and contents of Final Data prior to preparation of Preliminary Data.
        2.     Preliminary Data:
                a.     Submit one electronic copy for Engineer's review.
                b.     If data meets conditions of the Contract:
                        1).  One electronic copy will be returned to Contractor.
                        2).  One electronic copy will be forwarded to Resident Project Representative.
                        3).  One electronic copy will be retained in Engineer's file
                c.     If data does not meet conditions of the Contract:

        1). One electronic copy will be returned to Contractor with Engineer's comments (on separate document) for revision.

        2). Engineer's comments will be retained in Engineer's file.

        3). One electronic copy will be retained in Engineer's file.

        4). Re-submit one electronic copy revised in accordance with Engineer's comments.

    3. Final Data: Submit two hard copies and one electronic copy in each format specified herein.

## 1.5 DATA FOR EQUIPMENT AND SYSTEMS

  A. Content for Each Unit (or Common Units) and System:

    1. Product Data:

      a. Include only those sheets that are pertinent to specific product.

      b. Clearly annotate each sheet to:

        1). Identify specific product or part installed.

        2). Identify data applicable to installation.

        3). Delete references to inapplicable information.

      c. Function, normal operating characteristics, and limiting conditions.

      d. Performance curves, engineering data, nameplate data, and tests.

      e. Complete nomenclature and commercial number of replaceable parts.

      f. Original Manufacturer's parts list, illustrations, detailed assembly drawings showing each part with part numbers and sequentially numbered parts list, and diagrams required for maintenance.

      g. Spare parts ordering instructions.

      h. Where applicable, identify installed spares and other provisions for future work (e.g., reserved panel space, unused components, wiring, and terminals).

    2. As-installed, color-coded piping diagrams.

    3. Charts of valve tag numbers, with the location and function of each valve.

    4. Drawings: Supplement product data with Drawings as necessary to clearly illustrate:

      a. Format:

        1). Provide reinforced, punched, binder tab; bind in with text.

        2). Reduced to 8-1/2" x 11", or 11" x 17" folded to 8-1/2" x 11".

        3). Where reduction is impractical, fold and place in 8-1/2" x 11" envelopes bound in text.

        4). Identify Specification section and product on Drawings and envelopes.

      b. Relations of component parts of equipment and systems.

      c. Control and flow diagrams.

      d. Coordinate drawings with Project record documents to assure correct illustration of completed installation.

    5. Instructions and Procedures: Within text, as required to supplement product data.

      a. Format:

        1). Organize in consistent format under separate heading for each different procedure.

        2). Provide logical sequence of instructions for each procedure.

        3). Provide information sheet for Owner's personnel, including:

          a). Proper procedures in event of failure.

          b). Instances that might affect validity of guarantee or Bond.

      b. Installation Instructions: Including alignment, adjusting, calibrating, and checking.

      c. Operating Procedures:

                     1). Startup, break-in, routine, and normal operating instructions.
                     2). Test procedures and results of factory tests where required.
                     3). Regulation, control, stopping, and emergency instructions.
                     4). Description of operation sequence by control Manufacturer.
                     5). Shutdown instructions for both short and extended duration.
                     6). Summer and winter operating instructions, as applicable.
                     7). Safety precautions.
                     8). Special operating instructions.
           d. Maintenance and Overhaul Procedures:
                     1). Routine maintenance.
                     2). Guide to troubleshooting.
                     3). Disassembly, removal, repair, reinstallation, and re-assembly.
     6. Guarantee, Bond, and Service Agreement: In accordance with Section 01 77 00, CLOSEOUT PROCEDURES.

B.    Content for Each Electric or Electronic Item or System:
     1. Description of Unit and Component Parts:
          a. Function, normal operating characteristics, and limiting conditions.
          b. Performance curves, engineering data, nameplate data, and tests.
          c. Complete nomenclature and commercial number of replaceable parts.
          d. Interconnection wiring diagrams, including control and lighting systems.
     2. Circuit Directories of Panelboards:
          a. Electrical service.
          b. Controls.
          c. Communications.
     3. List of electrical relay settings, and control and alarm contact settings.
     4. Electrical interconnection wiring diagram, including control and lighting systems.
     5. As-installed control diagrams by control Manufacturer.
     6. Operating Procedures:
          a. Routine and normal operating instructions.
          b. Sequences required.
          c. Safety precautions.
          d. Special operating instructions.
     7. Maintenance Procedures:
          a. Routine maintenance.
          b. Guide to troubleshooting.
          c. Adjustment and checking.
          d. List of relay settings, control and alarm contact settings.
     8. Manufacturer's printed operating and maintenance instructions.
     9. List of original Manufacturer's spare parts, Manufacturer's current prices, and recommended quantities to be maintained in storage.

C.    Maintenance Summary:
     1. Compile individual Maintenance Summary for each applicable equipment item, respective unit or system, and for components or sub-units.
     2. Format: Use only 8-1/2" x 11" size paper.
     3. Include detailed lubrication instructions and diagrams showing points to be greased or oiled; recommend type, grade, and temperature range of lubricants and frequency of lubrication.
     4. Recommended Spare Parts:
          a. Data to be consistent with Manufacturer's Bill of Materials/Parts List furnished in O&M manuals.
          b. "Unit" is the unit of measure for ordering the part.
          c. "Quantity" is the number of units recommended.
          d. "Unit Cost" is the current purchase price.

1.6     DATA FOR MATERIALS AND FINISHES

    A.    Content for Architectural Products, Applied Materials, and Finishes:
        1.    Manufacturer's data, giving full information on products:
            a.    Catalog number, size, and composition.
            b.    Color and texture designations.
            c.    Information required for reordering special-manufactured products.
        2.    Instructions for Care and Maintenance:
            a.    Manufacturer's recommendation for types of cleaning agents and methods.
            b.    Cautions against cleaning agents and methods that are detrimental to product.
            c.    Recommended schedule for cleaning and maintenance.
        3.    Content for Moisture Protection and Weather Exposed Products:
        4.    Manufacturer's data, giving full information on products:
            a.    Applicable standards.
            b.    Chemical composition.
            c.    Details of installation.
        5.    Instructions for inspection, maintenance, and repair.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

## MANUFACTURER'S CERTIFICATE OF PROPER INSTALLATION

OWNER: _____  EQUIP. SERIAL NO: _____

EQUIP. TAG NO: _____  EQUIP. SYSTEM: _____

PROJECT NO: _____  SPEC. SECTION: _____

I hereby certify that the above referenced equipment/system has been:

(Check Applicable)

| | |
|---|---|
| | Installed in accordance with Manufacturer's recommendations. |
| | Inspected, checked, and adjusted. |
| | Serviced wit proper initial lubricants. |
| | Electrical and mechanical connections meet quality and safety standards. |
| | All applicable safety equipment has been properly installed. |
| | Functional tests. |
| | System has been performance tested, and meets or exceeds specified performance requirements. (When complete system of one manufacturer) |

Note: Attach any performance test documentation from manufacturer.

Comments:

_____
_____
_____
_____
_____
_____

I, the undersigned Manufacturer's Representative, hereby certify that I am (i) a duly authorized representative of the manufacturer, (ii) empowered by the manufacturer to inspect, approve, and operate its equipment, and (iii) authorized to make recommendations required to assure that the equipment furnished by the manufacturer is complete and operational, except as may be otherwise indicated herein. I further certify that all information contained herein is true and accurate.

Date: _____, 20___.

Manufacturer: _____

By Manufacturer's Authorized Representative: _____
(Authorized Signature)

SECTION 01 81 00 – PROJECT DESIGN CRITERIA

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes:  Project design criteria such as temperature and site elevation.

1.2     PROJECT DESIGN CRITERIA

A.     All equipment and materials for the project are to be suitable for performance in agricultural applications and under following conditions:
1.     Design temperatures are:
a.     Outdoor temperatures:  0 to 104 degrees Fahrenheit.
2.     Design groundwater elevation: 230 ft for Sandage site and 226 ft for Orlicek site; this is the site's 100-year flood elevation.
3.     Frost line is assumed   24   inches below grade.
4.     Moisture conditions:  Defined in individual equipment sections.
5.     Site elevation: Generally ranges from   200   to   230   feet above mean sea level.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION (NOT USED)

END OF SECTION

SECTION 03 11 00 - CONCRETE FORMWORK

PART 1 - GENERAL

1.1    REFERENCES

A.    The following is a list of standards which may be referenced in this section:
   1.    American Concrete Institute (ACI):
      a.    117, Standard Specifications for Tolerances for Concrete Construction and Materials.
      b.    318/318R, Building Code Requirements for Reinforced Concrete.
      c.    347, Formwork for Concrete.

1.2    DESIGN REQUIREMENTS

A.    Design formwork in accordance with ACI 301, ACI 347 and ACI 318 to provide concrete finishes specified in Section 03 30 00, CAST-IN-PLACE CONCRETE.

B.    When high range water reducer (superplasticizer) is used in concrete mix, forms shall be designed for full hydrostatic pressure per ACI 347.

C.    Make joints in forms watertight.

D.    Limit panel deflection to 1/360th of each component span to achieve tolerances specified.

1.3    SUBMITTALS

A.    Shop Drawings:
   1.    Form Ties-Tapered Through-Bolts: Proposed method of sealing form tie hole; coordinate with details shown.
   2.    Manufacturer's Data for the Following Product: Form release agent.

B.    Samples: One each as follows:
   1.    Form ties.

C.    Information Submittals: Statement of qualification for formwork designer.

PART 2 - PRODUCTS

2.1    FORM MATERIALS

A.    Wall Forms and Underside of Slabs:
   1.    Materials: Plywood, hard plastic finished plywood, overlaid waterproof particle board, or steel in "new and undamaged" condition, of sufficient strength and surface smoothness to produce specified finish.
   2.    Circular Structures:
      a.    Conform forms to circular shape of structure.
      b.    Straight panels may be substituted for circular forms provided panels do not exceed 2' in horizontal width and angular deflection is no greater than 3-1/2° per joint.

B.    Painted Surface Forms: High density overlay plywood for flat concrete surfaces to be painted.

C.    All Other Forms: Materials as specified for wall forms.

D. Form Release Agent:
    1. Material: Release agent shall not bond with, stain, or adversely affect concrete surfaces, and shall not impair subsequent treatments of concrete surfaces when applied to forms. A "ready to use" water based material formulated to reduce or eliminate surface imperfections, containing no mineral oil or organic solvents. Environmentally safe, meeting local, state, and federal regulations and can be used in potable water facilities.
    2. Manufacturers and Products:
        a. Master Builders, Inc.; Rheofinish 211.
        b. Cresset Chemical Company; Crete-Lease 20-VOC.
        c. US Mix Products Company; US SPEC Slickote.

E. Rustication Grooves and Beveled Edge Corner Strips: Nonabsorbent material, compatible with form surface, fully sealed on all sides prohibiting loss of paste or water between the two surfaces.

F. Form Ties:
    1. Material: Steel
    2. Spreader Inserts:
        a. Conical or spherical type.
        b. Design to maintain positive contact with forming material.
        c. Furnish units that will leave no metal closer than 1" to concrete surface when forms, inserts, and tie ends are removed.
    3. Wire ties not permitted.
    4. Flat bar ties for panel forms furnish plastic or rubber inserts with minimum 1" depth and sufficient dimensions to permit patching of tie hole.
    5. Water Stop Ties: For water-holding structures, basements, pipe galleries, and accessible spaces below finish grade, furnish one of the following:
        a. Integral steel water stop 0.103" thick and 0.625" in diameter tightly and continuously welded to tie.
        b. Neoprene water stop 3/16" thick and 15/16" diameter whose center hole is 1/2-diameter of tie, or molded plastic water stop of comparable size.
        c. Orient water stop perpendicular to tie and symmetrical about center of tie.
        d. Design ties to prevent rotation or disturbance of center portion of tie during removal of ends and to prevent water leaking along tie.
    6. Through-Bolts: Tapered minimum 1" diameter at smallest end.
    7. Elastic Vinyl Plug:
        a. Design and size of plug to allow insertion with tool to enable plug to elongate and return to original length, and diameter upon removal forming watertight seal.
        b. Manufacturer and Product: Dayton/Richmond Co., Miamisburg, OH; A58 Sure Plug.
        c. Recess plug 1" minimum and grout over hole. See Section 03 60 00 GROUT.

PART 3 - EXECUTION

3.1 FORM SURFACE PREPARATION

A. Thoroughly clean form surfaces that will be in contact with concrete or that have been in contact with previously cast concrete, dirt, and other surface contaminants prior to coating surface.

B. Exposed Wood Forms in Contact with Concrete: Apply form release agent as recommended by the manufacturer.

C. Steel Forms: Apply form release agent to steel forms as soon as they are cleaned to prevent discoloration of concrete from rust.

3.2    ERECTION

A.    General: Unless specified otherwise, follow applicable recommendations of ACI347.

B.    Beveled Edges (Chamfer):
1.    Form 3/4" bevels at concrete edges, unless otherwise shown.
2.    Where beveled edges on existing adjacent structures are other than 3/4", obtain Engineer's approval of size prior to placement of beveled edge.

C.    Wall Forms:
1.    Do not reuse forms with damaged surfaces.
2.    Locate form ties and joints in an uninterrupted uniform pattern.
3.    Inspect form surfaces prior to installation to assure conformance with specified tolerances.

D.    Forms for Curbs and Sidewalks:
1.    Provide standard steel or wood forms.
2.    Set forms to true lines and grades, and securely stake in position.

3.3    ADDITIONAL REQUIREMENTS

A.    Construct forms tight enough to prevent loss of concrete mortar.

B.    Fabricate forms for easy removal without hammering or prying against concrete surfaces. Provide crush or wrecking plates where stripping may damage cast concrete surfaces. Provide top forms for inclined surfaces steeper than 1.5 horizontal to 1 vertical.
1.    Install keyways, reglets, recesses and the like for easy removal.
2.    Do not use rust-stained steel form-facing material.
3.    Use only form or form-tying methods which do not cause spalling of the concrete upon form stripping or tie removal.

C.    Set edge forms, bulkheads and intermediate screed strips for slabs to achieve required elevations and slopes in finished concrete surfaces. Provide and secure units to support screed strips; use strike-off templates or compacting-type screeds.

D.    Chamfer exterior corners and edges of permanently exposed concrete.

E.    Clean forms and adjacent surfaces to receive concrete. Remove chips, wood, sawdust, dirt and other debris just before placing concrete.

F.    Retighten forms and bracing before placing concrete, as required, to prevent mortar leaks and maintain proper alignment.

G.    Coat contact surfaces of forms with form-release agent, according to manufacturer's written instructions before placing reinforcement.

H.    Pipes and wall spools cast in concrete.
1.    Install wall spools, wall flanges, and wall anchors before placing concrete. Do not weld, tie or otherwise connect the wall spools or anchors to the reinforcing steel.
2.    Support pipe and fabricated fittings to be encased in concrete on concrete piers or pedestals. Carry concrete supports to firm foundations so that no settlement will occur during construction.
3.    Pipes or spools located below operating water level shall have waterstop ring collars and shall be cast in place. Do not block out such piping and grout after the concrete section is cast. Pipes fitted with thrust rings shall be cast in place.

I.    Removing and reusing forms.

    1.    General: Do not remove forms from concrete which has been placed with outside temperature below 50°F without first determining and verifying with Engineer if the concrete has properly set without regard for time. Do not apply loading on green concrete. Immediately after forms are removed, the surface of the concrete shall be carefully examined and any irregularities in the surface shall be repaired and finished as specified.

    2.    Clean and repair surfaces of forms to be reused in the Work. Split, frayed, delaminated or otherwise damaged form-facing material will not be acceptable for exposed surfaces. Apply new form-release agent.

    3.    When forms are reused, clean surfaces, remove fins and laitance, and tighten to close joints. Align and secure joints to avoid offsets. Do not use patched forms for exposed concrete surfaces.

J.    Aluminum surfaces in contact with concrete.

    1.    Aluminum surfaces in contact with concrete or grout or dissimilar metals shall be protected with a Mylar isolator, bituminous paint or other material approved by Engineer.

END OF SECTION

SECTION 03 15 00 – CONCRETE ACCESSORIES

PART 1 - GENERAL

1.1     SUMMARY

    A.     Section includes:
        1.     Waterstops.
        2.     Joint fillers.

1.2     REFERENCES

    A.     ASTM International (ASTM):
        1.     ASTM D570 - Standard Test Method for Water Absorption of Plastics.
        2.     ASTM D624 - Standard Test Method for Tear Strength of Conventional Vulcanized Rubber and Thermoplastic Elastomers.
        3.     ASTM D638 - Standard Test Method for Tensile Properties of Plastics.
        4.     ASTM D746 - Standard Test Method for Brittleness Temperature of Plastics and Elastomers by Impact.
        5.     ASTM D747 - Standard Test Method for Apparent Bending Modulus of Plastics by Means of a Cantilever Beam.
        6.     ASTM D792 - Standard Test Methods for Density and Specific Gravity (Relative Density) of Plastics by Displacement.
        7.     ASTM D2240 - Standard Test Method for Rubber Property – Durometer Hardness.

    B.     American National Standards Institute (ANSI):
        1.     ANSI A135.4 - Basic Hardboard.

    C.     U. S. Army Corps of Engineers (USACE):
        1.     CRD-C-572, Specification for Polyvinyl Chloride Waterstop.

1.3     SUBMITTALS

    A.     Product Data:
        1.     Polyvinyl chloride waterstops: Complete physical characteristics.
        2.     Preformed expansion joint material: Sufficient information on each type of material for review to determine conformance of material to requirements specified.

    B.     Samples:
        1.     Polyvinyl chloride waterstop.

    C.     Laboratory test reports: Indicating that average properties of polyvinyl chloride waterstops material and finish conform to requirements specified in this Section.

    D.     Quality control submittals:
        1.     Certificates of Compliance:
            a.     Written certificates that polyvinyl chloride waterstops supplied on this Project meet or exceed physical property in accordance with USACE CRD-C-572 and the requirements of this Section.
        2.     Manufacturer's instructions: For materials specified in this Section that are specified to be installed with such instructions.

1.4     QUALITY ASSURANCE

    A.     Mock-ups:

      1.    Welding demonstration:
          a.    Demonstrate ability to weld acceptable joints in polyvinyl chloride waterstops before installing waterstop in forms.

B.    Field joints:
      1.    Polyvinyl chloride waterstops field joints: Shall be free of misalignment, bubbles, inadequate bond, porosity, cracks, offsets, and other defects which would reduce the potential resistance of the material to water pressure at any point. Replace defective joints. Remove faulty material from the site and disposed of by the CONTRACTOR at its own expense.

C.    Inspections:
      1.    Quality of welded joints will be subject to acceptance of the ENGINEER.
      2.    Polyvinyl chloride waterstop: The following defects that represent a partial list that will be grounds for rejection:
          a.    Offsets at joints greater than 1/16 inch or 15 percent of the material thickness, at any point, whichever is less.
          b.    Exterior crack at joint, due to incomplete bond, which is deeper than 1/16 inch or 15 percent of the material thickness, at any point, whichever is less.
          c.    Any combination of offset or crack which will result in a net reduction in the cross section of the waterstop in excess of 1/16 inch or 15 percent of the material thickness, at any point, whichever is less.
          d.    Misalignment of the joint, which will result in misalignment of the waterstop in excess of 1/2 inch in 10 feet.
          e.    Porosity in the welded joint as evidenced by visual inspection.
          f.    Bubbles or inadequate bonding.

PART 2 - PRODUCTS

2.1     WATERSTOPS

A.    Waterstops - Polyvinyl chloride (PVC):
      1.    Manufacturers: One of the following or equal:
          a.    Vinylex Corporation.
          b.    Greenstreak Plastic Products Company, Inc.
      2.    Type: Ribbed waterstop:
          a.    Construction joints: 6-inch wide ribbed type.  Vinylex R638, Greenstreak 679, or equal.
          b.    Construction joints for slab to wall intersections: 4-inch wide ribbed type. Vinylex R4316T, Greenstreak 781, or equal.
          c.    Expansion joint for wall penetrations for concrete encased electrical duct banks: 6-inch ribbed type with hollow center bulb.  Vinylex RB638H, Greenstreak 732, or equal.
          d.    Expansion joints: 9-inch wide ribbed type with hollow center bulb or tear web.  Vinylex RB938H, Greenstreak 735, or equal for expansion joints 1 inch and narrower, Vinylex TWB938, Greenstreak 739 or equal for expansion joints wider than 1 inch.
      3.    Dumbbell type waterstop will not be allowed unless otherwise specified or indicated on the Drawings.
      4.    Provide polyvinyl chloride waterstops complying with following requirements:
          a.    Manufactured from prime virgin polyvinyl chloride plastic compound containing the plasticizers, resins, stabilizers, and other materials necessary to meet the requirements of this Section.
          b.    No scrap or reclaimed material shall be used.
      5.    Properties as indicated in the following table:

| Physical Characteristics | Test Method | Required Results |
|---|---|---|
| Specific Gravity | ASTM D 792 | Not less than 1.3. |
| Hardness | ASTM D 2240 | 70 to 90 Type A15 Shore durometer. |
| Tensile Strength | ASTM D 638 | Not less than 2,000 pounds per square inch. |
| Ultimate Elongation | ASTM D 638 | Not less than 300 percent |
| Alkali Extraction | CRD-C-572 | 7 day weight change between minus 0.1 percent and plus 0.25 percent. Hardness change within 5 points. |
| Low Temperature Brittle Point | ASTM D 746 | No sign of cracking or chipping at -35 degrees Fahrenheit minimum. |
| Water Absorption | ASTM D 570 | Not more than 0.15 percent after 24 hours. |
| Accelerated Extraction Tensile | CRD-C-572 | Not less than 1,600 pounds per square inch. |
| Stiffness in Flexure | ASTM D 747 | Not less than 600 pounds per square inch. |
| Tear Resistance | ASTM D 624 | Not less than 225 pounds per inch. |
| Thickness | – | 3/8 inch |
| Center Bulb | | |
| 6 inch Waterstops | – | 7/8 inch or 1-inch nominal outside diameter. |
| 9 inch Waterstops | – | 1-inch nominal outside diameter. For expansion joints 1 inch and narrower and 2 inches for expansion joints wider than 1 inch. |
| Allowable Tolerances | | |
| Width | – | Plus or minus 3/16 inch. |
| Thickness | – | Plus or minus 1/32 inch. |

2.2    JOINT FILLERS

    A.    Hardboard: 1/8-inch minimum thickness, in accordance with ANSI A135.4 Class 2.

    B.    Preformed expansion joint materials:
        1.    General:
            a.    Use specific type in applications as indicated on the Drawings.
            b.    No scrap or recycled material shall be used.
        2.    Bituminous fiber expansion joint material:
            a.    Manufacturers: One of The following or equal:
                1).  Tamms Industries, a division of Euclid Chemical Company: Hornboard/fiber.
                2).  Approved equal.
        3.    Synthetic sponge rubber expansion joint material:
            a.    Manufacturers: One of the following or equal:
                1).  Tamms Industries, a division of Euclid Chemical Company: Cementone.
                2).  Approved equal.

PART 3 - EXECUTION

3.1    INSTALLATION

    A.    Waterstops - General:

1. Waterstops shall be stored so as to permit free circulation of air around the waterstop material and to prevent direct exposure to sunlight.
2. Install waterstops in concrete joints where indicated on the Drawings.
3. Carry waterstops in walls into lower slabs and join to waterstops in slabs with appropriate types of fittings.
4. In water-bearing structures: Provide all joints with waterstops, whether indicated on the Drawings or not.
5. Provide waterstops that are continuous and in longest lengths practical.
6. Set waterstops accurately to position and line as indicated on the Drawings.
7. Hold and securely fix edges in position at intervals of not more than 24 inches so that they do not move during placing of concrete.
8. Position the waterstop so that symmetrical halves of the waterstop are equally divided between the concrete pours. The center axis of the waterstop shall be coincident with the centerline of the joint.
9. Do not drive nails, screws, or other fasteners through waterstops in vicinity of construction joints.
10. Use wires at not more than 24 inches on centers near outer edge of the waterstop to tie waterstops into position.
11. Special clips may be used in lieu of wires, at contractor's option.
12. Terminate waterstops 3 inches from top of finish surfaces of walls and slabs unless otherwise specified or indicated on the Drawings.
13. When any waterstop is installed in the concrete on one side of a joint, while the other half or portion of the waterstop remains exposed to the atmosphere for more than 2 days, suitable precautions shall be taken to shade and protect the exposed waterstop from direct rays of sunlight during the entire exposure and until the exposed portion is embedded in concrete.
14. When placing concrete at waterstops in slabs, lift the edge of the waterstop while placing concrete below the waterstop. Manually force the waterstop against and into the concrete. Then cover the waterstop with fresh concrete.

B. Polyvinyl chloride waterstops:
   1. Install waterstops so that joints are watertight.
   2. Weld joints such as unions, crosses, ells, and tees, with thermostatically controlled equipment recommended by waterstop manufacturer:
      a. The material shall not be damaged by heat sealing.
      b. Make joints by overlapping then simultaneously cut the ends of the sections to be spliced so they will form a smooth even joint. Heat the cut ends with the splicing tool until the plastic melts. Press the 2 ends together until the plastic cools.
      c. The continuity of the waterstop ribs and tubular center axis shall be maintained.
      d. The splices shall have a tensile strength of not less than 60 percent of the unspliced materials tensile strength.
   3. Butt joints of the ends of 2 identical waterstop sections may be made while the material is in the forms.
   4. Joints for crosses and tees shall be factory prefabricated by the manufacturer.

C. Joints:
   1. Construct construction, and expansion joints as indicated on the Drawings.
   2. Preformed expansion joint material: Fasten expansion joint strips to concrete, masonry, or forms with adhesive. No nailing will be permitted, nor shall expansion joint strips be placed without fastening.

D. Hardboard:
   1. When indicated on the Drawings, face surface of joint filler with hardboard.
   2. Other facing materials may be used provided they furnish equivalent protection and the material is acceptable to ENGINEER.

3.   Hold boards in place by nails, waterproof adhesive, or other means acceptable to the ENGINEER.


END OF SECTION

SECTION 03 20 00 - CONCRETE REINFORCEMENT

PART 1 - GENERAL

1.1     SUMMARY

A.     Section Includes:
       1.     Reinforcing steel and related items required for cast-in-place concrete.

1.2     SUPERVISION

A.     Workmanship: Provide qualified supervision at all times reinforcing work is in progress. Workmen shall be experienced iron workers.

B.     Codes: Reinforcement placement and detailing shall comply with practice specified in the "Manual of Standard Practice for Detailing Reinforced Concrete Structures" publication ACI 315- latest edition of the American Concrete Institute or its latest revision, unless otherwise specified herein.

1.3     SUBMITTALS

A.     Shop drawings: Shop drawings shall be prepared for all reinforcement required by the project. Shop drawings shall be logically and legibly prepared to permit reasonable ease of sorting, selecting, placing reinforcement as well as checking drawings. Preparer and fabricator shall be identified on the drawings.
       1.     Reinforcement shall not be fabricated until the shop drawings have been processed, approved and returned.
       2.     Check all shop drawings to verify reinforcement dimensions required by drawings are satisfied.
       3.     Provide bar sizes, bar lengths, bar material, bar grade, bar schedules, stirrup spacing, bent bar diagrams, bar arrangement, splices and lap lengths, mechanical connections, tie spacing, hoop spacing, and supports for concrete reinforcement.

B.     Reinforcement shop drawings:
       1.     Review of reinforcement shop drawings by the Engineer will be limited to general compliance with the Contract Documents.
       2.     Submit reinforcement shop drawings in a complete package for each specific structure. Partial submittals will be rejected.

C.     Changes to reinforcing steel contract drawing requirements:
       1.     Indicate in separate letter submitted with shop drawings any changes of requirements indicated on the Drawings for reinforcing steel.
       2.     Such changes will not be acceptable unless the Engineer has accepted such changes in writing.

1.4     PRODUCT HANDLING

A.     Protection:
       1.     Use all means necessary to protect reinforcement from dirt and other foreign substances before and after placing.
       2.     Store in a neat manner in logical order, bundled, tagged, off the ground, and in an area adequately isolated.
       3.     Re-bundle to maintain identification when placing is interrupted.

B.     Replacement: All damaged or improperly fabricated bars shall be replaced at the Contractor's expense.

PART 2 - PRODUCTS

2.1     CONCRETE REINFORCEMENT

A.     General: All reinforcement shall be free from rust, loose mill scale, and other contaminants.

B.     All bars shall be billet steel bars for concrete reinforcement ASTM A 615 Grade 60.

C.     Wire bar supports located between reinforcing bars and face of concrete:
        1.     Stainless steel. Type 304 stainless steel bar supports.
        2.     Support reinforcing for concrete placed on ground using bar support chairs with Type 304 stainless steel plates for resting on ground welded to the chairs.

D.     Concrete bar supports located between reinforcing bars and face of concrete:
        1.     Manufactured expressly for supporting reinforcing bars.
        2.     Manufactured with two annealed steel wires to securely tie concrete bar support to reinforcing steel.
        3.     Manufactured with minimum $f'_c$ = 5,000 psi concrete.

2.2     WELDED WIRE REINFORCEMENT (WWR):

A.     In accordance with ASTM A 185.

B.     WWR may not be used in place of reinforcing bars unless accepted in writing by the Engineer.

C.     Provide WWR in flat sheet form.

D.     If WWR is used, provide WWR having cross-sectional area per linear foot of not less than cross-sectional area per linear foot of reinforcing bars indicated on the Drawings.

2.3     ACCESSORIES:

A.     General: Accessories shall be subject to Engineer's approval.
        1.     Tie wire - 18 gauge annealed steel wire.
        2.     Number of chairs shall be adequate to prevent sag during steel and concrete placement.
        3.     Wall layer spacers shall be 1/4 inch round "Z" bar.
        4.     Horizontal layer spacers shall be wire bar supports or reinforcing bars bent to support top layer.
        5.     Dowel bar splicer:
                a.     Dowel bar splicer shall be Richmond or approved equal, manufactured from standard specified rebar material, with NC threads and shop fabricated to specified dowel configurations.
        6.     Mechanical Connectors:
                a.     Approved Manufacturers: Dayton Superior, Erico, or approved equal.
                b.     The mechanical connection shall meet the code requirements of developing in tension and compression as required by the referenced codes.  Install per the manufacturer's approved procedures.

PART 3 - EXECUTION

3.1     GENERAL

A.     Reinforcing bars and welded wire fabric reinforcement: Verify that reinforcement is new stock free from rust scale, loose mill scale, excessive rust, dirt, oil, and other coatings which adversely affect bonding capacity when placed in the work.

B.    Other trades: Coordinate all work of other trades to avoid conflict with reinforcement.

C.    Shop drawings: Check all shop drawings to verify dimensions required.

3.2    FABRICATING

A.    General: Fabricate steel reinforcement according to CRSI's "Manual of Standard Practice." Reinforcement shall be shop fabricated except where straight bars No. 5 or smaller are required.

B.    Bending: All bending shall be by using bending jigs and mandrels. All bars shall be bent cold.

C.    Cutting: Bars shall be cut by cold shearing. Torch cutting in the field may be permitted in special situations.

3.3    PREPARATION

A.    Surface Preparation:
   1.    Reinforcing bars: Thin coating of red rust resulting from short exposure will not be considered objectionable. Thoroughly clean any bars having rust scale, loose mill scale, or thick rust coat.
   2.    Cleaning of reinforcement materials: Remove concrete or other deleterious coatings from dowels and other projecting bars by wire brushing or sandblasting before bars are embedded in subsequent concrete placement.

3.4    PLACING

A.    General:
   1.    Accurately place all bars to meet tolerances as outlined in ACI 318 and tie in place before placing concrete, include dowels.  Tie with 18 gauge steel wire.
   2.    Corner bars required for horizontal reinforcing.  Unless otherwise noted on plans corner bars shall be same size and spacing as horizontal bar.
   3.    No field bending of bars will be allowed.

B.    Clearance:
   1.    Preserve clearance between bars of 1 inch minimum, not less than one bar diameter or 1-1/3 times large aggregate, whichever is larger.
   2.    Provide following concrete coverage over reinforcing steel unless otherwise indicated on plans:
      a.    Three inches above subgrade - in excavation.
      b.    Two inches above subgrade - slab on fill.
      c.    Two inches from form - walls exposed to water or earth and for slab over water.
      d.    One and one-half inches from form - normal cover interior walls, beams, columns, etc.
      e.    Three-fourths inch on top steel - interior slabs.
      f.    One and one-half inches on top and bottom - exterior slab.
   3.    Lap all reinforcing bars as required by ACI 318-latest edition Class B as indicated on the drawings except where otherwise required by ACI.
   4.    Stagger splices except where otherwise shown.
   5.    Lap welded wire reinforcement a minimum of two spaces.

C.    Dowels:    All dowels shall be placed and securely anchored before placing concrete

D.    Supports:

1.  Provide a sufficient number to prevent sagging, to prevent shifting, and to support loads during construction; but in no case less than quantities and at locations as indicated in ACI 315.
2.  Do not use brick, broken concrete masonry units, spalls, rocks, wood or similar materials for supporting reinforcing steel.
3.  Do not use reinforcing bars that have less cover than required by the Contract Documents. Do not adjust location of reinforcement required by the Contract Documents to provide cover to these bars.
4.  Wire chairs will not be accepted to hold reinforcing clearance on walls.

E.  Tying of bar reinforcement:
1.  Fasten bars securely in place with wire ties.
2.  Tie bars sufficiently often to prevent shifting.
3.  Provide at least 3 ties in each bar length.
4.  Do not apply to dowel lap splices or to bars shorter than 4 feet, unless necessary for rigidity.
5.  Tie slab bars at every intersection around periphery of slab.
6.  Tie wall bars and slab bar intersections other than around periphery at not less than every fourth intersection, but at not greater than following maximum spacings:

| Bar Size | Slab Bar Spacing Inches | Wall Bar Spacing Inches |
|---|---|---|
| Bars Number 5 and Smaller | 60 | 48 |
| Bars Number 6 through Number 9 | 96 | 60 |
| Bars Number 10 and Number 11 | 120 | 96 |

7.  After tying wire ties, bend ends of wire ties in towards the center of the concrete section.
    a.  The cover for wire ties shall be the same as the cover requirements for reinforcing bars.

F.  Openings and obstructions:
1.  Place additional reinforcing around openings as shown on the drawings and standard details.
2.  Bend reinforcing around obstructions. Place extra reinforcing where cutting is authorized. Engineer's approval required before cutting steel.
3.  Consult Engineer on special situations.

G.  Welded Wire Reinforcement:
1.  Install necessary wiring, spacing chairs, or supports to keep welded wire fabric in place while concrete is being placed.
2.  Bend fabric as indicated on the Drawings or required to fit work.
3.  Unroll or otherwise straighten fabric to make flat sheet before placing in the Work.
4.  Lap splice welded wire fabric as indicated on the Drawings.
5.  If lap splice length is not indicated on the Drawings, splice fabric in accordance with ACI 318 and ACI 350.

H.  Certification: Certify material and type of deformation.

END OF SECTION

SECTION 03 30 00 - CAST-IN-PLACE CONCRETE

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes cast-in-place concrete, including concrete materials, concrete accessories, concrete mixture designs, placement procedures, and finishes, for the following:
1.     Footings.
2.     Foundation walls.
3.     Slabs-on-grade.
4.     Suspended slabs.
5.     Concrete toppings.
6.     Building frame members.
7.     Building walls.
8.     Hydraulic (liquid containing) structures.

1.2     REFERENCES

A.     American Concrete Institute (ACI):
1.     ACI 301 – Specifications for Structural Concrete
2.     ACI 117 - Specifications for Tolerances for Concrete Construction and Materials
3.     ACI 305 - Hot Weather Concreting Standard
4.     ACI 306 - Cold Weather Concreting Standard
5.     ACI 318 - Building Code Requirements for Structural Concrete and Commentary
6.     ACI 350 - Code Requirements for Environmental Engineering Concrete Structures and Commentary
7.     ACI 211.1 – Standard Practice for Selecting Proportions for Normal, Heavyweight, and Mass Concrete
8.     ACI 302.1R – Guide for Concrete Floor and Slab Construction
9.     ACI 308.1 – Standard Specification for Curing Concrete
10.    Manual of Concrete Practice

B.     ASTM International (ASTM):
1.     ASTM A615 – Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement
2.     ASTM C31 - Standard Practice for Making and Curing Concrete Test Specimens in the Field.
3.     ASTM C33 - Standard Specification for Concrete Aggregates
4.     ASTM C39 - Standard Test Method for Compressive Strength of Cylindrical Concrete Specimens
5.     ASTM C40 - Standard Test Method for Organic Impurities in Fine Aggregates for Concrete
6.     ASTM C42 - Standard Test Method of Obtaining and Testing Drilled Cores and Sawed Beams of Concrete
7.     ASTM C88 - Standard Test Method of Soundness of Aggregates by Use of Sodium Sulfate or Magnesium Sulfate
8.     ASTM C94 - Standard Specification for Ready-Mixed Concrete
9.     ASTM C114 - Standard Test Methods for Chemical Analysis of Hydraulic Cement
10.    ASTM C117 - Standard Test Method for Materials Finer that 75-m (No. 200) Sieve in Mineral Aggregates by Washing
11.    ASTM C123 - Standard Test Method for Lightweight Particles in Aggregate
12.    ASTM C131 - Standard Test Method for Resistance to Degradation of Small-Size Coarse Aggregate by Abrasion and Impact in the Los Angeles Machine
13.    ASTM C136 - Standard Test Method for Sieve Analysis of Fine and Coarse Aggregates
14.    ASTM C142 - Standard Test Method for Clay Lumps and Friable Particles in Aggregate

15. ASTM C143 - Standard Test Method for Slump of Hydraulic-Cement Concrete
16. ASTM C150 - Standard Specification for Portland Cement
17. ASTM C156 - Standard Test Method for Water Loss [from a Mortar Specimen] Through Liquid Membrane-Forming Curing Compounds for Concrete
18. ASTM C157 - Standard Test Method for Length Change of Hardened Hydraulic-Cement Mortar and Concrete
19. ASTM C171 - Standard Specifications for Sheet Materials for Curing Concrete
20. ASTM C172 - Standard Practice for Sampling Freshly Mixed Concrete
21. ASTM C173 - Standard Test Method for Air Content of Freshly Mixed Concrete by the Volumetric Method
22. ASTM C192 – Standard Practice for Making and Curing Concrete Test Specimens in the Laboratory
23. ASTM C231 – Standard Test Method for Air Content of Freshly Mixed Concrete by the Pressure Method
24. ASTM C260 – Standard Specification for Air-Entraining Admixtures for Concrete
25. ASTM C295 – Standard Guide for Petrographic Examination of Aggregates for Concrete
26. ASTM C309 – Standard Specification for Liquid Membrane-Forming Compounds for Curing Concrete
27. ASTM C494 – Standard Specification for Chemical Admixtures for Concrete
28. ASTM C618 – Standard Specification for Coal Fly Ash and Raw or Calcined Natural Pozzolan for Use in Concrete
29. ASTM C881 – Standard Specification for Epoxy-Resin-Base Bonding Systems for Concrete
30. ASTM C1064 – Standard Test Method for Temperature of Freshly Mixed Hydraulic-Cement Concrete
31. ASTM C1059 – Standard Specification for Latex Agents for Bonding Fresh to Hardened Concrete
32. ASTM C1077 – Standard Practice for Agencies Testing Concrete and Concrete Aggregates for Use in Construction and Criteria for Testing Agency Evaluation
33. ASTM C1116 – Standard Specification for Fiber-Reinforced Concrete
34. ASTM C1315 – Standard Specification for Liquid Membrane-Forming Compounds Having Special Properties for Curing and Sealing Concrete
35. ASTM D448 – Standard Classification for Sizes of Aggregate for Road and Bridge Construction
36. ASTM D1751 – Standard Specification for Preformed Expansion Joint Filler for Concrete Paving and Structural Construction (Nonextruding and Resilient Bituminous Types)
37. ASTM D2240 – Standard Test Method for Rubber Property – Durometer Hardness
38. ASTM E329 – Standard Specification for Agencies Engages in Construction Inspection, Testing, or Special Inspection
39. ASTM E1155 – Standard Test Method for Determining $F_F$ Floor Flatness and $F_L$ Floor Levelness Numbers
40. ASTM E1643 – Standard Practice for Selection, Design, Installation, and Inspection of Water Vapor Retarders Used in Contact with Earth or Granular Fill Under Concrete Slabs
41. ASTM E1745 – Standard Specification for Plastic Water Vapor Retarders Used in Contact with Soil or Granular Fill under Concrete Slabs

1.3    DEFINITIONS

A.    Cementitious Materials: Portland cement alone or in combination with one or more of the following: blended hydraulic cement, fly ash and other pozzolans, ground granulated blast-furnace slag, and silica fume; subject to compliance with requirements.

B.    Exposed Concrete: Concrete surface that can be seen inside or outside of structures regardless whether concrete is above water, dry at all times, or can be seen when structure is drained.

C.    Hydraulic Structures: Liquid containing basins.

D.  Defective Areas: Surface defects that include honeycomb, rock pockets, indentations greater than 3/16", cracks 0.005" wide and larger as well as any crack that leaks for liquid containing basins and below grade habitable spaces; cracks 0.010" wide and larger in non-fluid holding structures, spalls, chips, air bubbles greater than ¾" in diameter, pinholes, bug holes, embedded debris, lift lines, sand lines, bleed lines, leakage from form joints, fins and other projections, form pop-outs, texture irregularities, and stains and other color variations that cannot be removed by cleaning.

1.4    SUBMITTALS

A.  Product Data: For each type of product indicated.

B.  Concrete Mixture Designs: For each concrete mixture.
    1.  Submit alternate design mixtures when characteristics of materials, Project conditions, weather, test results, or other circumstances warrant adjustments.
    2.  Indicate amounts of mixing water to be withheld for later addition at Project site.
    3.  Submit Shrinkage Test Results for design mixtures. See 3.14 FIELD QUALITY CONTROL, E. Shrinkage Tests - 3 for shrinkage test requirements and limitations. Any Mix Design submitted without a Shrinkage Test will not be reviewed and will be returned to the Contractor as "Rejected".

C.  Welding certificates.

D.  Qualification Data: For manufacturer, testing agency.

E.  Material Certificates: For each of the following, signed by manufacturers:
    1.  Cementitious materials.
    2.  Admixtures.
    3.  Curing compounds.
    4.  Floor and slab treatments.
    5.  Bonding agents.
    6.  Adhesives.
    7.  Vapor retarders.
    8.  Semi-rigid joint filler.
    9.  Joint-filler strips.

F.  Floor surface flatness and levelness measurements indicating compliance with specified tolerances.

G.  Field quality-control test and inspection reports.

H.  Course Aggregate Gradation.

I.  Fine Aggregate Gradation.

J.  One copy of each 30 consecutive strength test results and mix design used from a record of past performance or one copy of the laboratory trial mix design and results and one copy of the mix design proposed for each mixture and use under this contract. If the 30 consecutive strength tests are used, the test shall have been made within the 12 month period prior to this submittal.

K.  Material Test Reports: for the following, from a testing agency acceptable to the ENGINEER, indicating compliance with requirements:
    1.  Aggregates. Include service record data indicating absence of deleterious expansion of concrete due to alkali aggregate reactivity.

L.    Ready-Mix concrete.

1.    Provide delivery tickets for ready-mix concrete or weigh-masters certificate per ASTM C94 including weights of cement and each size aggregate and amount of water added at the plant and record of pours. Record the amount of water added on the job on the delivery ticket. Water added at the plant shall account for moisture in both coarse and fine aggregate. If water is added on the job the total water content shall not exceed the water content of the approved design mix.

2.    Keep record showing time and place of each pour (placement) of concrete, together with transit-mix delivery slips certifying the contents of the pour (placement).

3.    Furnish records to Engineer upon request.

## 1.5    QUALITY ASSURANCE

A.    Installer Qualifications: Project personnel qualified as ACI-certified Flatwork Technician and Finisher and a supervisor who is an ACI-certified Concrete Flatwork Technician.

B.    Manufacturer Qualifications: A firm with a minimum of 5 years' experience in manufacturing ready-mixed concrete products and that complies with ASTM C94/C94M requirements for production facilities and equipment.

1.    Manufacturer certified according to NRMCA's "Certification of Ready Mixed Concrete Production Facilities."

2.    The criteria hereinafter set out are solely for the purpose of establishing required mixture proportions and do not constitute a basis for confirming the adequacy of concrete strength.

a.    Required Average Strength above Specified Compressive Strength: Proportions, including water-cement ratio, shall be established on the basis either of laboratory trial batches or of field experience with the materials to be employed. The proportions shall be selected to produce an average strength of 28 days exceeding the specified compressive strength by the amount indicated below, when both air content and slump are the maximums permitted by the Specifications.

b.    Determination of the required average strength shall be in accordance with ACI 318 "Building Code Requirements for Reinforced Concrete," except that if suitable data from trial batches or field experience cannot be obtained, permission will not be granted to base concrete proportions on the water-cement ratio limits set out in the above referenced code.

1).    Past Plant Performance: Proportions may be established on the actual field performance of the ready-mix producer. Where the concrete production facility has a record, based on at least 30 consecutive strength tests taken within the prior 12 months representing similar materials and conditions to those expected, the strength used as the basis for selecting proportions shall exceed the required f'c by at least:

a).    400 psi if the standard deviation is less than 300 psi;

b).    500 psi if the standard deviation is 300 to 400 psi;

c).    700 psi if the standard deviation is 400 to 500 psi;

d).    900 psi if the standard deviation is 500 to 600 psi;

e).    1,200 psi if the standard deviation is above 600 psi or unknown.

2).    Strength data for determining standard deviation shall be considered to comply with the foregoing stipulations if they represent either a group of at least 30 consecutive tests or the statistical average of two groups totaling 30 or more tests. The tests used to establish standard deviation shall represent concrete produced to meet a specified strength or strengths within 1,000 psi of that specified for the proposed work. Changes in materials and proportions within the population of background tests shall not have been more closely restricted than they will be for the proposed work.

3).    Strength data for determining standard deviation shall be considered to comply with the foregoing stipulations if they represent either a group of at least 30

consecutive tests or the statistical average of two groups totaling 30 or more tests. The tests used to establish standard deviation shall represent concrete produced to meet a specified strength or strengths within 1,000 psi of that specified for the proposed work. Changes in materials and proportions within the population of background tests shall not have been more closely restricted than they will be for the proposed work.

4). Laboratory Trial Batches: When the ready-mix producer does not have a record of past performance, the combination of materials and the proportions selected shall be determined from trial mixes having proportions and consistencies suitable for the work based on ACI 211.1-77.

    a) When laboratory trial batches are used as the basis for selecting concrete proportions, strength tests shall be made in accordance with "Method of Test for Compressive Strength of Molded Concrete Cylinders" (ASTM C39) on specimens prepared in accordance with "Method of Making and Curing Test Specimens in the Laboratory" (ASTM C192). A curve shall be established showing the relationship between water-cement ratio (or cement content) and compressive strength. The curve shall be based on at least three points representing batches which produce strengths above and below that required. Each point shall represent the average of at least three specimens tested at 28 days or the earlier age designation.

    b) The average strength required shall exceed the specified compressive strength by 1,200 psi.

    c) The maximum permissible water-cement ratio (or minimum cement content) for the concrete to be used in the structure shall be that shown by the curve to produce the average strength indicated, but in no case shall the water-cement ratio exceed 0.42 by weight.

C. Testing Agency Qualifications: An independent agency, acceptable to authorities having jurisdiction, qualified according to ASTM C1077 and ASTM E329 for testing indicated.
1. Personnel conducting field tests shall be qualified as ACI Concrete Field Testing Technician, Grade 1, according to ACI CP-1 or an equivalent certification program.
2. Personnel performing laboratory tests shall be ACI-certified Concrete Strength Testing Technician and Concrete Laboratory Testing Technician - Grade I. Testing Agency laboratory supervisor shall be an ACI-certified Concrete Laboratory Testing Technician - Grade II.

D. Source Limitations: Obtain each type or class of cementitious material of the same brand from the same manufacturer's plant, obtain aggregate from single source, and obtain admixtures from single source from single manufacturer.

E. ACI Publications: Comply with the following unless modified by requirements in the Contract Documents:
1. ACI 301, "Specifications for Structural Concrete."
2. ACI 117, "Specifications for Tolerances for Concrete Construction and Materials."
3. ACI 350 "Code Requirements for Environmental Engineering Concrete Structures."
4. ACI 318 "Building Code Requirements for Reinforced Concrete."

F. Concrete Testing Service: Engage a qualified independent testing agency to perform material evaluation tests and to design concrete mixtures.

G. Sequence of concrete placing: Submit proposed sequence of placing concrete showing proposed beginning and ending of individual placements.
1. Before submitting design mixtures, review concrete design mixture and examine procedures for ensuring quality of concrete materials. Require representatives of each entity directly concerned with cast-in-place concrete to attend, including the following:

       a.     Contractor's superintendent.
       b.     Independent testing agency responsible for concrete design mixtures.
       c.     Ready-mix concrete manufacturer.
       d.     Concrete subcontractor.

2.    Review special inspection and testing and inspecting agency procedure for field quality control, concrete finishes and finishing, cold and hot-weather concreting procedures, curing procedures, construction contraction and isolation joints and joint-filler strips, semi-rigid joint fillers, forms and form removal limitations, shoring and re-shoring procedures, vapor-retarder installation, anchor rod and anchorage device installation tolerances, steel reinforcement installation, floor and slab flatness and levelness measurement, concrete repair procedures and concrete protection.

## PART 2 - PRODUCTS

### 2.1 MANUFACTURERS

A.    In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:

    1.    Available Products: Subject to compliance with requirements products that may be incorporated into the work include, but are not limited to products specified.

    2.    Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, manufacturers specified.

### 2.2 FORM-FACING MATERIALS

A.    See Section 03 11 00 CONCRETE FORMWORK for additional requirements.

B.    Smooth-Formed Finished Concrete: Form-facing panels that will provide continuous, true, and smooth concrete surfaces. Furnish in largest practicable sizes to minimize number of joints. Furnish on exposed surfaces and interior surfaces.

C.    Rough-Formed Finished Concrete: Plywood, lumber, metal, or another approved material. Provide lumber dressed on at least two edges and one side for tight fit. Permitted to furnish on below grade exterior surfaces

D.    Forms for Cylindrical Columns, Pedestals, and Supports: Metal, glass-fiber-reinforced plastic, paper, or fiber tubes that will produce surfaces with gradual or abrupt irregularities not exceeding specified formwork surface class. Provide units with sufficient wall thickness to resist plastic concrete loads without detrimental deformation.

E.    Pan-Type Forms: Glass-fiber-reinforced plastic or formed steel, stiffened to resist plastic concrete loads without detrimental deformation.

F.    Void Forms: Biodegradable paper surface, treated for moisture resistance, structurally sufficient to support weight of plastic concrete and other superimposed loads.

G.    Chamfer Strips: Wood, metal, PVC, or rubber strips, 3/4 by 3/4 inch, minimum.

H.    Rustication Strips: Wood, metal, PVC, or rubber strips, kerfed for ease of form removal.

I.    Form-Release Agent: As specified in Section 03 11 00 CONCRETE FORMWORK.

ISSUED FOR CONSTRUCTION 284

2.3    REINFORCEMENT ACCESSORIES

A.    Expansion Joint Dowel Bars: ASTM A615/A615M, Grade 60, plain-steel bars, cut true to length with ends square and free of burrs.
1.    All dowels shall be placed and securely anchored before placing concrete. All dowels shall be parallel with each other and perpendicular to the joint.

B.    Bar Supports: Bolsters, chairs, spacers, and other devices for spacing, supporting, and fastening reinforcing bars and welded wire reinforcement in place. Manufacture bar supports from steel wire, plastic, or precast concrete according to CRSI's "Manual of Standard Practice," of greater compressive strength than concrete and as follows:
1.    For concrete surfaces exposed to view where legs of wire bar supports contact forms, use CRSI Class 1 plastic-protected steel wire or CRSI Class 2 stainless-steel bar supports.
2.    Secure all reinforcement in place using steel chairs, supports, "A" bars and any other ACI approved product. Supports shall be spaced adequately to support the steel firmly in place.
3.    Charis will not be accepted to hold reinforcing clearance on walls.

C.    General:
1.    Accessories shall be subject to Engineer's approval.
2.    Tie wire- 18 gauge steel wire. Ends of wire shall be bent towards the interior part of the wall.
3.    Support above forms with fabricated steel chairs. Number of chairs shall be adequate to prevent sag during steel and concrete placement.
4.    Wall layer spacers shall be 1/4" ROUND "Z" BAR.
5.    Horizontal layer spacers shall be stand.
6.    Mechanical Connectors:
    a.    Approved Manufactures: Dayton Superior, Erico, or approved equal.
    b.    The mechanical connection shall meet the code requirements of developing in tension and compression as required by the referenced codes.  Install per the manufacture's approved procedures.

2.4    CONCRETE MATERIALS

A.    Cementitious Material: Use the following cementitious materials, of the same type, brand, and source, throughout Project:
1.    Portland Cement (Non-hydraulic Above Grade Structures): ASTM C150, Type I or II, or combination of Type I with fly ash.
2.    Portland Cement (Hydraulic and/or Below Grade Structures): ASTM C150 type II or combination of Type I with fly ash.
3.    Fly Ash: ASTM C618, Class C or F fly ash shall not exceed 15 percent of the cementitious materials, unless written approval is given by the Engineer.

B.    Normal-Weight Aggregates: ASTM C33, Class 3S coarse aggregate or better, graded. Provide aggregates from a single source with documented service record data of at least 10 years satisfactory service in similar applications and service conditions using similar aggregates and cementitious materials.
1.    Maximum Coarse-Aggregate Size: 1" nominal.
2.    Fine Aggregate: Free of materials with deleterious reactivity to alkali in cement.
3.    Fine aggregate:
    a.    Provide fine aggregate for concrete or mortar consisting of clean, natural sand or of sand prepared from crushed stone or crushed gravel.
    b.    Do not provide aggregate having deleterious substances in excess of following percentages by weight of contaminating substances.
    c.    In no case shall total exceed percent listed.

| Item | Test Method | Percent |
|---|---|---|
| Removed by decantation (dirt, silt, etc.) | ASTM C117 | 3 |
| Shale or Chert | ASTM C123 | 1 |
|  | ASTM C295* | 1 |
| Clay Lumps | ASTM C142 | 1 |

\* Test Method C123 is used to identify particles in the sample lighter than 2.40 Specific Gravity. Test Method C295 is used to identify which of the lightweight particles are shale or chert. If the results of Test Method C123 are less than 1 percent, Test Method C295 is not required.

    d.    Except as otherwise specified, grade fine aggregate from coarse to fine in accordance with ASTM C33.

    4.    Coarse aggregate:

        a.    Provide coarse aggregate consisting of gravel or crushed stone made up of clean, hard, durable particles free from calcareous coatings, organic matter, or other foreign substances.

        b.    Not exceeding 15 percent by weight, of thin or elongated pieces having length greater than 5 times average thickness.

        c.    Deleterious substances: Not in excess of following percentages by weight, and in no case having total of all deleterious substances exceeding 2 percent.

        d.    Coarse aggregate shall be washed prior to combining in concrete mix.

| Item | Test Method | Percent |
|---|---|---|
| Shale or chert | ASTM C123 | 1.25 |
|  | ASTM C295** | 1 |
| Coal and lignite | ASTM C123 | 1/4 |
| Clay lumps and friable particles | ASTM C142 | 1/4 |
| Materials finer than Number 200 sieve | ASTM C117 | 1/2* |

\* Except when material finer than Number 200 sieve consists of crusher dust, maximum amount shall be 1 percent.

\*\* Test Method C 123 is used to identify particles in the sample lighter than 2.40 Specific Gravity. Test Method C 295 is used to identify which of the lightweight particles are shale, chert, coal, or lignite. If the results of Test Method C 123 are less than 1.25 percent (the minimum combined percentage of shale, chert, coal and lignite), Test Method C 295 is not required.

    5.    Grading:

        a.    Aggregate for building elements and hydraulic structures: In accordance with ASTM C33, Size Number 57, except as otherwise specified or authorized in writing by the ENGINEER.

    C.    Water: ASTM C94 and potable (not recycled water).

2.5    ADMIXTURES

    A.    Air-Entraining Admixture: ASTM C260.

B.    Chemical Admixtures: Provide admixtures certified by manufacturer to be compatible with other admixtures and that will not contribute water-soluble chloride ions exceeding those permitted in hardened concrete. Do not use calcium chloride or admixtures containing calcium chloride.
1.    Water-Reducing Admixture: ASTM C494/C494M, Type A.
2.    Retarding Admixture: ASTM C494/C494M, Type B.
3.    Water-Reducing and Retarding Admixture: ASTM C494/C494M, Type D.
4.    High-Range, Water-Reducing Admixture: ASTM C494/C494M, Type F.
5.    High-Range, Water-Reducing and Retarding Admixture: ASTM C494/C494M, Type G.
  a.    Bayer Corporation.
  b.    ChemMasters.
  c.    Conspec Marketing & Manufacturing Co., Inc.; a Dayton Superior Company.
  d.    Davis Colors.
  e.    Elementis Pigments, Inc.

2.6    VAPOR RETARDERS

A.    Plastic Vapor Retarder: ASTM E1745, Class B. Include manufacturers' recommended adhesive or pressure-sensitive tape.
1.    Products:
  a.    Fortifiber Corporation: Moistop Ultra.
  b.    Revan Industries Inc.; Vapor Block 10.
  c.    Stego Industries, LLC; Stego Wrap, 15 mils.

B.    Granular Fill: Clean mixture of crushed stone or crushed or uncrushed gravel; ASTM D448, Size 57, with 100 percent passing a 1-1/2-inch sieve and 0 to 5 percent passing a No. 8 sieve.

2.7    FLOOR AND SLAB TREATMENTS

2.8    CURING MATERIALS

A.    Evaporation Retarder: Waterborne, monomolecular film forming, manufactured for application to fresh concrete.
1.    Products:
  a.    Axim Concrete Technologies; Cimfilm.
  b.    Burke by Edoco; BurkeFilm.
  c.    ChemMasters; Spray-Film.
  d.    Conspec Marketing & Manufacturing Co., Inc., a Dayton Superior company; Aquafilm.
  e.    Dayton Superior Corporation; Sure Film.
  f.    Euclid Chemical Company (The); Eucobar.
  g.    Kaufman Products, Inc.; Vapor Aid.
  h.    Lambert Corporation; Lambco Skin.
  i.    L&M Construction Chemicals, Inc.; E-Con.
  j.    MBT Protection and Repair, Div., of ChemRex; Confilm.
  k.    Meadows, W. R., Inc; Sealtight Evapre.
  l.    Metalcrete Industries; Waterhold.
  m.    Nox-Crete Products Group, Kinsman Corporation; Monofilm.
  n.    Sika Corporation, Inc.; SikaFilm.
  o.    Symons Corporation, a Dayton Superior Company; Finishing Aid.
  p.    Unitex; Pro-Film.
  q.    US Mix Products Company; US Spec Monofilm ER.
  r.    Vexcon Chemicals, Inc.; Certi-Vex EnvioAssist.

B.    Absorptive Cover: AASHTO M182, Class 2, burlap cloth made from jute or kenaf, weighing approximately 9 oz./sq. yd. when dry.

C.   Moisture-Retaining Cover: ASTM C171, polyethylene film or white burlap-polyethylene sheet.

D.   Water: Potable.

E.   Clear, Waterborne, Membrane-Forming Curing Compound:   ASTM C309, Type 1, Class B, dissipating.
     1.   Products:
          a.   Anti-Hydro International, Inc.; AH Curing Compound #2 DR WB.
          b.   Burke by Edoco; Aqua Resin cure.
          c.   ChemMasters; Safe-Cure Clear.
          d.   Conspec Marketing & Manufacturing co., Inc., a Dayton Superior Company; W.B. Resin cure.
          e.   Dayton Superior Corporation; Day Chem Rez cure (J-11-W).
          f.   Euclid Chemical Company (The); Kurez DR VOX.
          g.   Kaufman Products, Inc.; Thinfilm 420.
          h.   Lambert Corporation; Aqua Kure-Clear.
          i.   L&M Construction Chemicals, Inc.; L&M Cure R.
          j.   Meadows, W. R., Inc.; 100 Clear.
          k.   Nox-Crete Products Group, Kinsman Corporation; Resom Cire E/
          l.   Sykkmons Corporation, a Dayton Superior Company; Resi-Chem Clear Cure.
          m.   Tamms Industries, Inc., Horncure WB 30.
          n.   Unitex; Hydro cure 309.
          o.   US Mix Products Company; US Spec Maxcure Resin Clear.
          p.   Vexcon Chemicals, Inc.; Certi-Vex Enviocure 100.

F.   Clear, Waterborne, Membrane-Forming Curing and Sealing Compound: ASTM C1315, Type 1, Class A. Compatible with penetrating liquid floor treatment for surfaces specified to receive penetrating liquid floor treatment.
     1.   Products:
          a.   Burke by Edoco; Cureseal 1315 WB.
          b.   ChemMasters; Polyseal WB.
          c.   Conspec Marketing & Manufacturing Co., Inc., a Dayton Superior Company; Sealcure 1315 WB
          d.   Euclid Chemical Company (The); Super Diamond Clear VOX.
          e.   Kaufman Products, Inc.; Sure Cure 25 Emulsion.
          f.   Lambert Corporation; UV Safe Seal.
          g.   L&M Construction Chemicals, Inc.; Lumiseal WB Plus.
          h.   Meadows, W. R., Inc.; Vocomp-30.
          i.   Metalcrete Industries; Metcure 30.
          j.   Symons Corporation, a Dayton Superior Company; Cure 7 Seal 31 Percent E.
          k.   Tamms Industries, Inc.; LusterSeal WB 300.
          l.   Unitex; Hydro Seal 25.
          m.   US Mix Products Company; US Spec Radiance UV-25.
          n.   Vexcon Chemicals, Inc.; Vexcon Starseal 1315.

2.9   RELATED MATERIALS

A.   Expansion- and Isolation-Joint-Filler Strips: ASTM D1751, asphalt-saturated cellulosic fiber.

B.   Semi-rigid Joint Filler: Two-component, semi-rigid, 100 percent solids, epoxy resin with a Type A shore durometer hardness of 80 per ASTM D2240.

C.   Bonding Agent: ASTM C1059, Type II, non-redispersible, acrylic emulsion or styrene butadiene.

D.   Epoxy Bonding Adhesive: ASTM C881, two-component epoxy resin, capable of humid curing and bonding to damp surfaces, of class suitable for application temperature and of grade to suit requirements, and as follows:
   1.   Types IV and V, load bearing for bonding hardened or freshly mixed concrete to hardened concrete.

2.10   REPAIR MATERIALS

A.   See Sections 03 01 00, CONCRETE SURFACE REPAIR SYSTEMS.

2.11   CONCRETE MIXTURES, GENERAL

A.   Prepare design mixtures for each type and strength of concrete, proportioned on the basis of laboratory trial mixture or field test data, or both, according to ACI 301.
   1.   Use a qualified independent testing agency for preparing and reporting proposed mixture designs based on laboratory trial mixtures.

B.   Cementitious Materials: Limit percentage by weight of cementitious materials other than Portland cement in concrete as follows:
   1.   Fly Ash:  15 percent of cementitious materials maximum, unless written approval is given by the Engineer.

C.   Limit water-soluble, chloride-ion content in hardened concrete to 0.15 percent by weight of cement for non-hydraulic structures and 0.10 percent by weight of cement for hydraulic structures.

D.   Admixtures: Use admixtures according to manufacturer's written instructions.
   1.   Use water-reducing or high-range water-reducing admixture in concrete, as required, for placement and workability.
   2.   Use water-reducing and retarding admixture when required by high temperatures, low humidity, or other adverse placement conditions.
   3.   Use water-reducing admixture in pumped concrete, concrete for heavy-use industrial slabs and parking structure slabs, concrete required to be watertight, and concrete with a water-cementitious materials ratio below 0.50.

2.12   CONCRETE MIXTURES

A.   Proportion normal-weight concrete mixture as follows for all structural elements:
   1.   Minimum Compressive Strength: 4,000 psi at 28 days.
   2.   Maximum Water-Cementitious Materials Ratio: 0.42.
   3.   Slump Limit: 8-inches Max for concrete with verified slump of 2 to 4-inches before adding high range water-reducing admixture or plasticizing admixture per ACI 301.
   4.   Air content: 5 1/2%, ±1.5% at point of delivery.

B.   Proportion normal-weight concrete mixture as follows for all non-structural elements:
   1.   Minimum Compressive Strength: 3,000 psi at 28 days.
   2.   Maximum Water-Cementitious Materials Ratio: 0.45.
   3.   Slump Limit: 8 inch for concrete with verified slump of 2" to 4": before adding high-range water-reducing admixture or plasticizing admixture per ACI 301.
   4.   Air content: 5 1/2%, ±1.5% at point of delivery.

2.13   CONCRETE MIXING

A.   Ready-Mixed Concrete: Measure, batch, mix, and deliver concrete according to ASTM C94/C94M and ASTM C1116, and furnish batch ticket information.

        1.     When air temperature is between 85 and 90 deg F, reduce mixing and delivery time from 1-1/2 hours to 75 minutes; when air temperature is above 90 deg F, reduce mixing and delivery time to 60 minutes.

B.    Project-Site Mixing: Measure, batch, and mix concrete materials and concrete according to ASTM C94/C94M. Mix concrete materials in appropriate drum-type batch machine mixer.

    1.     For mixer capacity of 1 cu. yd. or smaller, continue mixing at least 1-1/2 minutes, but not more than 5 minutes after ingredients are in mixer, before any part of batch is released.

    2.     For mixer capacity larger than 1 cu. yd., increase mixing time by 15 seconds for each additional 1 cu. yd.

    3.     Provide batch ticket for each batch discharged and used in the Work, indicating Project identification name and number, date, mixture type, mixture time, quantity, and amount of water added. Record approximate location of final deposit in structure.

## PART 3 - EXECUTION

### 3.1    PLACING CONCRETE

A.    Place no concrete without prior authorization of the Engineer.

B.    Do not place concrete until:

    1.     Reinforcement is secure and properly fastened in its correct position and loose form ties at construction joints have been retightened.

    2.     Dowels, bucks, sleeves, hangers, pipes, conduits, anchor bolts, and any other fixtures required to be embedded in concrete have been placed and adequately anchored.

    3.     Forms have been cleaned and oiled as specified.

C.    Do not place concrete in which initial set has occurred, or that has been retempered.

D.    Do not place concrete during rainstorms or high velocity winds.

E.    Protect concrete placed immediately before rain to prevent water from coming in contact with such concrete or winds causing excessive drying.

F.    Keep sufficient protective covering on hand at all times for protection of concrete.

G.    After acceptance, adhere to proposed sequence of placing concrete, except when specific changes are requested and accepted by the Engineer.

H.    Notify the Engineer in writing of readiness, not just intention, to place concrete in any portion of the work:

    1.     Provide this notification in such time in advance of operations, as the Engineer deems necessary to make final inspection of preparations at location of proposed concrete placing.

    2.     Place forms, reinforcement, screeds, anchors, ties, and inserts in place before notification of readiness is given to the Engineer.

    3.     Depositing concrete:

        a.    Deposit concrete at or near its final position to avoid segregation caused by rehandling or flowing.

        b.    Do not deposit concrete in large quantities in one place and work along forms with vibrator or by other methods.

        c.    Do not drop concrete freely into place from height greater than 5 feet.

        d.    Use tremies for placing concrete where drop is over 5 feet.

        e.    Commence placement of concrete on slopes, starting at bottom of slope.

I.  Place concrete in approximately horizontal layers not to exceed 24 inches in depth and bring up evenly in all parts of forms.

J.  Continue concrete placement without avoidable interruption, in continuous operation, until end of placement is reached.

K.  After concrete placement begins, continue concrete placement without significant interruption. Plan and implement precautions to prevent any delay, between layers being placed, from exceeding 20 minutes.

L.  If concrete is to be placed over previously placed concrete and more than 20 minutes has elapsed, spread layer of cement grout not less than 1/2 inch in thickness nor more than 1 inch in thickness over surface before placing additional concrete.

M.  Placement of concrete for slabs, beams, or walkways:
    1.  If cast monolithically with walls or columns, do not commence until concrete in walls or columns has been allowed to set and shrink.
    2.  Allow set time of not less than 1 hour for shrinkage.

3.2  FORMWORK: See Section 03 11 00, CONCRETE FORMWORK.

3.3  VAPOR RETARDERS

A.  Sheet Vapor Retarders: Place, protect, and repair sheet vapor retarder according to ASTM E1643 and manufacturer's written instructions.
    1.  Lap joints 6 inches and seal with manufacturers' recommended tape.

3.4  JOINTS

A.  General: Construct joints true to line with faces perpendicular to surface plane of concrete.

B.  Construction Joints: Install so strength and appearance of concrete are not impaired, at locations indicated or as approved by Engineer/Owner
    1.  Place joints perpendicular to main reinforcement. Continue reinforcement across construction joints unless otherwise indicated. Do not continue reinforcement through sides of strip placements of floors and slabs.
    2.  Form keyed joints as indicated. Embed keys at least 1-1/2 inches into concrete.
    3.  Locate joints for beams, slabs, joists, and girders in the middle third of spans. Offset joints in girders a minimum distance of twice the beam width from a beam-girder intersection.
    4.  Locate horizontal joints in walls and columns at underside of floors, slabs, beams, and girders and at the top of footings or floor slabs.
    5.  Space vertical joints in walls as indicated. Locate joints beside piers integral with walls, near corners, and in concealed locations where possible.
    6.  Use epoxy-bonding adhesive at locations where fresh concrete is placed against hardened or partially hardened concrete surfaces.

C.  Contraction Joints in Slabs-on-Grade: Form weakened-plane contraction joints, sectioning concrete into areas as indicated. Construct contraction joints for a depth equal to at least one fourth of concrete thickness as follows:
    1.  Grooved Joints: Form contraction joints after initial floating by grooving and finishing each edge of joint to a radius of 1/8 inch. Repeat grooving of contraction joints after applying surface finishes. Eliminate groover tool marks on concrete surfaces.
    2.  Sawed Joints: Form contraction joints with power saws equipped with shatterproof abrasive or diamond-rimmed blades. Cut 1/8-inch wide joints into concrete when cutting

action will not tear, abrade, or otherwise damage surface and before concrete develops random contraction cracks.

D.  Isolation Joints in Slabs-on-Grade: After removing formwork, install joint-filler strips at slab junctions with vertical surfaces, such as column pedestals, foundation walls, grade beams, and other locations, as indicated.
    1.  Extend joint-filler strips full width and depth of joint, terminating flush with finished concrete surface unless otherwise indicated.
    2.  Terminate full-width joint-filler strips not less than 1/2 inch or more than 1 inch below finished concrete surface where joint sealants, specified in Division 07 Section "Joint Sealants," are indicated.
    3.  Install joint-filler strips in lengths as long as practicable. Where more than one length is required, lace or clip sections together.

E.  Doweled Joints: Install dowel bars and support assemblies at joints where indicated.  Lubricate or asphalt coat one-half of dowel length to prevent concrete bonding to one side of joint.

3.5  CONCRETE PLACEMENT

A.  Before placing concrete, verify that installation of formwork, reinforcement, and embedded items is complete and that required inspections have been performed.

B.  Do not add water to concrete during delivery, at Project site, or during placement unless approved by the Engineer.

C.  Before test sampling and placing concrete, water may be added at Project site, subject to limitations of ACI 301.
    1.  Do not add water to concrete after adding high-range water-reducing admixtures to mixture.

D.  Deposit concrete continuously in one layer or in horizontal layers of such thickness that no new concrete will be placed on concrete that has hardened enough to cause seams or planes of weakness. If a section cannot be placed continuously, provide construction joints as indicated. Deposit concrete to avoid segregation.
    1.  Deposit concrete in horizontal layers of depth to not exceed formwork design pressures and in a manner to avoid inclined construction joints.
    2.  Consolidate placed concrete with mechanical vibrating equipment according to ACI 301.
    3.  Do not use vibrators to transport concrete inside forms. Insert and withdraw vibrators vertically at uniformly spaced locations to rapidly penetrate placed layer and at least 6 inches into preceding layer. Do not insert vibrators into lower layers of concrete that have begun to lose plasticity. At each insertion, limit duration of vibration to time necessary to consolidate concrete and complete embedment of reinforcement and other embedded items without causing mixture constituents to segregate.

E.  Deposit and consolidate concrete for floors and slabs in a continuous operation, within limits of construction joints, until placement of a panel or section is complete.
    1.  Consolidate concrete during placement operations so concrete is thoroughly worked around reinforcement and other embedded items and into corners.
    2.  Maintain reinforcement in position on chairs during concrete placement.
    3.  Screed slab surfaces with a straightedge and strike off to correct elevations.
    4.  Slope surfaces uniformly to drains where required.
    5.  Begin initial floating using bull floats or darbies to form a uniform and open-textured surface plane, before excess bleedwater appears on the surface. Do not further disturb slab surfaces before starting finishing operations.

ISSUED FOR CONSTRUCTION 292

F.   Cold-Weather Placement: Comply with ACI 306.1 and as follows. Protect concrete work from physical damage or reduced strength that could be caused by frost, freezing actions, or low temperatures.
  1.   When average high and low temperature is expected to fall below 40 deg F for three successive days, maintain delivered concrete mixture temperature within the temperature range required by ACI 301.
  2.   All embedded items such as wall pipes, embed frames, steel guide rails, channels, etc. (not including conduit and reinforcing) shall be considered "massive embedments" and are required to be kept above 32 deg F during placement and for the first 48 hours after placement. Contractor shall take the necessary measures; including insulated blankets, heated blankets, and heaters; to insure items are kept above 32 deg F. All other methods shall be submitted to the Engineer for approval.
  3.   Do not use frozen materials or materials containing ice or snow.
  4.   Do not place concrete on frozen subgrade or on subgrade containing frozen materials. Top 12-inches of subgrade shall be thawed prior to concrete placement. Contractor is responsible for verifying that the temperature for the top 12-inches of subgrade is above 32 deg F.
  5.   Do not use calcium chloride, salt, or other materials containing antifreeze agents or chemical accelerators unless otherwise specified and approved in mixture designs.

G.   Hot-Weather Placement: Comply with ACI 305 and as follows:
  1.   Maintain concrete temperature below 90 deg F at time of placement. Chilled mixing water or chopped ice may be used to control temperature, provided water equivalent of ice is included in total amount of mixing water. Using liquid nitrogen to cool concrete is contractor's option, but liquid nitrogen should not replace water.
  2.   Fog-spray forms, steel reinforcement, and subgrade just before placing concrete.  Keep subgrade uniformly moist without standing water, soft spots, or dry areas.
  3.   All other methods shall be submitted to the Engineer for approval.

3.6   CONCRETE SLAB FINISHES

A.   General:
  1.   Finish slab concrete per the requirements of ACI 302.1R
  2.   Use manual screeds, vibrating screeds, or roller compacting screeds to place concrete level and smooth.
  3.   Do not use "Jitterbugs" or other special tools designed for the purpose of forcing coarse aggregate away from the surface and allowing a layer of mortar, which will be weak and cause surface cracks or de-lamination, to accumulate.
  4.   Do not dust surface with dry materials.
  5.   Use evaporation retardant.
  6.   Round off edges of slabs with a steel edging tool, except where a cove finish is shown.  Steel edging tool radius shall be 1/4" for slabs subject to wheeled traffic.

B.   Type S-1 (Steel Troweled Finish):
  1.   Finish by screeding and floating with straightedges to bring surfaces to required finish elevation, use evaporation retardant.
  2.   While concrete is still green, but sufficiently hardened to bear a person's weight without deep imprint, wood float to true, even plane with no coarse aggregate visible.
  3.   Use sufficient pressure on wood floats to bring moisture to surface.
  4.   After surface moisture has disappeared, hand trowel concrete to produce smooth, impervious surface, free from trowel marks.
  5.   Burnish surface with an additional troweling.  Final troweling shall produce a ringing sound from trowel.
  6.   Do not use dry cement or additional water during troweling, nor will excessive troweling be permitted.
  7.   Power Finishing:

      a.    An approved power machine may be used in lieu of hand finishing in accordance with directions of machine manufacturer.
      b.    Do not use power machine when concrete has not attained the necessary set to allow finishing without introducing high and low spots in slab.
      c.    Do first steel troweling for slab S-1 finish by hand.

C.   Type S-2 (Wood Float Finish):
   1.   Finish slabs to receive fill and mortar setting beds by screeding with straight edges to bring surface to required finish plane.
   2.   Wood float finish to compact and seal surface.
   3.   Remove laitance and leave surface clean.
   4.   Coordinate with other finish procedures.

D.   Type S-5 (Broomed Finish):
   1.   Finish as specified for Type S-1 floor finish, except omit final troweling and finish surface by drawing a fine-hair broom lightly across the surface.
   2.   Broom in same direction and parallel to expansion joints, or, in the case of inclined slabs, perpendicular to scope, except for round roof slab, broom surface in radial direction.

E.   Type S-6 (Sidewalk Finish):
   1.   Slope walks down 1/4" per foot away from structures, unless otherwise shown.
   2.   Strike off surface by means of strike board and float with wood or cork float to a true plane, then flat steel trowel before brooming.
   3.   Broom surface at right angles to direction of traffic or as shown.
   4.   Lay out sidewalk surfaces in blocks, as shown or as directed by Engineer, with a grooving tool.

F.   Type S-7: The top surfaces of basins in which raking mechanisms are to be installed
   1.   Slabs shall be finished by sweeping in cement grout with the mechanism. The cement grout to be used shall be composed of one part Portland cement and two parts sand.
   2.   The sweeping-in process shall be performed under the supervision of a factory representative of the equipment manufacturer.
   3.   The slab upon which the grout is to be applied shall receive a Type S-5 finish except that after leveling and floating, it shall be raked in such a manner as to provide a good bond for the grout. Raking shall develop a pattern with a depth of 1/4" every 2". Before grout is deposited on the slab, it shall be thoroughly cleaned, wet down with clean water and lightly dusted with neat cement immediately prior to placement of the grout.

3.7    SCHEDULE OF CONCRETE FINISHES

A.   Form Tolerances: As specified in Section 03 11 00, CONCRETE FORMWORK.

B.   Provide concrete finishes as scheduled:

| Area | Type of Finish | Required Form Tolerances |
|---|---|---|
| **EXTERIOR SLABS** | | |
| Exposed Roof slab or Slab-on-grade for non-hydraulic structures (includes slabs under open canopies) | S-5 | |
| Roof slab or Top of Wall for Hydraulic Structures | S-1 | |
| Other water holding tanks and basins | S-1 | |
| Stairs and landings | S-5 | |
| Sidewalks | S-6 | |
| Other exterior slabs/pads | S-6 | |
| Top surfaces of basins in which raking mechanisms | S-7 | |

| | | |
|---|---|---|
| are to be installed | | |
| | | |
| **INTERIOR SLABS** | | |
| Non-Hydraulic areas such as pipe galleries and slabs-on-grade | S-1 | |
| Hydraulic channels / Water Holding Structures | S-1 | |
| Underside of elevated slabs | S-3 | |
| Slabs to receive fill and mortar setting beds | S-2 | |

3.8     MISCELLANEOUS CONCRETE ITEMS

A.     Filling In: Fill in holes and openings left in concrete structures after work of other trades is in place unless otherwise indicated. Mix, place, and cure concrete, as specified, to blend with in-place construction. Provide other miscellaneous concrete filling indicated or required to complete the Work.

B.     Curbs: Provide monolithic finish to interior curbs by stripping forms while concrete is still green and by steel-troweling surfaces to a hard, dense finish with corners, intersections, and terminations slightly rounded.

C.     Equipment Bases and Foundations: Provide machine and equipment bases and foundations as shown on Drawings. Set anchor bolts for machines and equipment at correct elevations, complying with diagrams or templates from manufacturer furnishing machines and equipment.

D.     Steel Pan Stairs: Provide concrete fill for steel pan stair treads, landings, and associated items. Cast-in inserts and accessories as shown on Drawings. Screed, tamp, and trowel finish concrete surfaces.

3.9     CONCRETE PROTECTING AND CURING

A.     General: Protect freshly placed concrete from premature drying and excessive cold or hot temperatures. Comply with ACI 306.1 for cold-weather protection and ACI 305.1 for hot-weather protection during curing.

B.     Evaporation Retarder:  Apply evaporation retarder to unformed concrete surfaces if hot, dry, or windy conditions cause moisture loss approaching 0.2 lb/sq. ft. x h before and during finishing operations. Apply according to manufacturer's written instructions after placing, screeding, and bull floating or darbying concrete, but before float finishing.

C.     Formed Surfaces: Cure formed concrete surfaces, including underside of beams, supported slabs, and other similar surfaces. If forms remain during curing period, moist cure after loosening forms. If removing forms before end of curing period, continue curing for the remainder of the curing period.

D.     Unformed Surfaces: Begin curing immediately after finishing concrete. Cure unformed surfaces, including floors and slabs, concrete floor toppings, and other surfaces.

E.     Cure concrete according to ACI 308.1, by one or a combination of the following methods:
1.     Moisture Curing: Keep surfaces continuously moist for not less than seven days with the following materials:
a.     Water.
b.     Continuous water-fog spray.
c.     Absorptive cover, water saturated, and kept continuously wet. Cover concrete surfaces and edges with 12-inch lap over adjacent absorptive covers.

     2.    Moisture-Retaining-Cover Curing: Cover concrete surfaces with moisture-retaining cover for curing concrete, placed in widest practicable width, with sides and ends lapped at least 12 inches, and sealed by waterproof tape or adhesive.  Cure for not less than seven days. Immediately repair any holes or tears during curing period using cover material and waterproof tape.

        a.    Moisture cure or use moisture-retaining covers to cure concrete surfaces to receive floor coverings.

        b.    Moisture cure or use moisture-retaining covers to cure concrete surfaces to receive penetrating liquid floor treatments.

        c.    Cure concrete surfaces to receive floor coverings with either a moisture-retaining cover or a curing compound that the manufacturer certifies will not interfere with bonding of floor covering used on Project.

     3.    Curing Compound: Apply uniformly in continuous operation by power spray or roller according to manufacturer's written instructions. Recoat areas subjected to heavy rainfall within three hours after initial application.  Maintain continuity of coating and repair damage during curing period.

        a.    Removal: After curing period has elapsed, remove curing compound without damaging concrete surfaces by method recommended by curing compound manufacturer unless manufacturer certifies curing compound will not interfere with bonding of floor covering used on Project.

     4.    Curing and Sealing Compound: Apply uniformly to floors and slabs indicated in a continuous operation by power spray or roller according to manufacturer's written instructions. Recoat areas subjected to heavy rainfall within three hours after initial application. Repeat process 24 hours later and apply a second coat.  Maintain continuity of coating and repair damage during curing period.

## 3.10    LIQUID FLOOR TREATMENTS

    A.    Penetrating Liquid Floor Treatment: Prepare, apply, and finish penetrating liquid floor treatment according to manufacturer's written instructions.

     1.    Remove curing compounds, sealers, oil, dirt, laitance, and other contaminants and complete surface repairs.

     2.    Do not apply to concrete that is less than 28 days' old.

     3.    Apply liquid until surface is saturated, scrubbing into surface until a gel forms; rewet; and repeat brooming or scrubbing. Rinse with water; remove excess material until surface is dry. Apply a second coat in a similar manner if surface is rough or porous.

    B.    Sealing Coat: Uniformly apply a continuous sealing coat of curing and sealing compound to hardened concrete by power spray or roller according to manufacturer's written instructions.

## 3.11    JOINT FILLING

    A.    Prepare, clean, and install joint filler according to manufacturer's written instructions.

     1.    Defer joint filling until concrete has aged at least one month. Do not fill joints until construction traffic has permanently ceased.

    B.    Remove dirt, debris, saw cuttings, curing compounds, and sealers from joints; leave contact faces of joint clean and dry.

    C.    Install semi-rigid joint filler full depth in saw-cut joints and at least 2 inches deep in formed joints. Overfill joint and trim joint filler flush with top of joint after hardening.

## 3.12    REPAIRING CONCRETE

    A.    General:

1. Any areas deemed as having excessive defects or considered to have a negative effect on the structural performance of the structure shall be removed to the extents approved by the Engineer. The Engineer has the option of calling for the removal of the entire section if the damage is such that a repair will not be a suitable option. All work required to correct the defect will be the responsibility of the Contractor and will be paid for by the Contractor.

## 3.13   FIELD QUALITY CONTROL

A. Testing and Inspecting: Contractor will engage a qualified testing and inspecting agency to perform field tests and inspections and prepare test reports as directed by the Engineer. Payment of the testing and inspection agency shall be by the Contractor.

B. Inspections:
   1. Steel reinforcement placement.
   2. Headed bolts and studs.
   3. Verification of use of required design mixture.
   4. Concrete placement, including conveying and depositing.
   5. Curing procedures and maintenance of curing temperature.
   6. Verification of concrete strength before removal of shores and forms from beams and slabs.

C. Concrete Tests: Testing of composite samples of fresh concrete obtained according to ASTM C172 shall be performed according to the following requirements:
   1. Testing Frequency: Obtain one composite sample for each day's pour of each concrete mixture exceeding 5 cu. yd., but less than 25 cu. yd. plus one set for each additional 50 cu. yd. or fraction thereof.
      a. When frequency of testing will provide fewer than five compressive-strength tests for each concrete mixture, testing shall be conducted from at least five randomly selected batches or from each batch if fewer than five are used.
   2. Slump: ASTM C143/C143M; one test at point of placement for each composite sample, but not less than one test for each day's pour of each concrete mixture.  Perform additional tests when concrete consistency appears to change.
   3. Air Content: ASTM C231, pressure method, for normal-weight concrete; one test for each composite sample, but not less than one test for each day's pour of each concrete mixture.
   4. Concrete Temperature: ASTM C1064/C1064M; one test hourly when air temperature is 40 deg F and below and when 80 deg F and above, and one test for each composite sample.
   5. Compression Test Specimens: ASTM C31/C31M.
      a. Cast and laboratory cure two sets of three standard cylinder specimens for each composite sample.
      b. Cast and field cure two sets of three standard cylinder specimens for each composite sample.
   6. Compressive-Strength Tests: ASTM C39/C39M; test one set of three laboratory-cured specimens at 7 days and one set of three specimens at 28 days.
      a. Test one set of two field-cured specimens at 7 days and one set of two specimens at 28 days. The third cylinder will be retained for subsequent testing if required by the Engineer.
      b. A compressive-strength test shall be the average compressive strength from a set of two specimens obtained from same composite sample and tested at age indicated.
   7. When strength of field-cured cylinders is less than 85 percent of companion laboratory-cured cylinders, Contractor shall evaluate operations and provide corrective procedures for protecting and curing in-place concrete.

8. Strength of each concrete mixture will be satisfactory if every average of any three consecutive compressive-strength tests equals or exceeds specified compressive strength and no compressive-strength test value falls below specified compressive strength by more than 500 psi.

9. Test results shall be reported in writing to Engineer, Owner, concrete manufacturer, and Contractor within 48 hours of testing. Reports of compressive-strength tests shall contain Project identification name and number, date of concrete placement, name of concrete testing and inspecting agency, location of concrete batch in Work, design compressive strength at 28 days, concrete mixture proportions and materials, compressive breaking strength, and type of break for both 7- and 28-day tests.

10. Nondestructive Testing: Impact hammer, sonoscope, or other nondestructive device may be permitted by Engineer but will not be used as sole basis for approval or rejection of concrete.

11. Additional Tests:  Testing and inspecting agency shall make additional tests of concrete when test results indicate that slump, air entrainment, compressive strengths, or other requirements have not been met, as directed by the Engineer.  Testing and inspecting agency may conduct tests to determine adequacy of concrete by cored cylinders complying with ASTM C42/C42M or by other methods as directed by Engineer.

12. Additional testing and inspecting, at Contractor's expense, will be performed to determine compliance of replaced or additional work with specified requirements.

13. Correct deficiencies in the Work that test reports and inspections indicate do not comply with the Contract Documents.


END OF SECTION

SECTION 03 41 00 – PRECAST CONCRETE

PART 1 - GENERAL

1.1     SECTION INCLUDES

   A.     Precast concrete required for this Project.

   B.     Reinforcing.

   C.     Accessories.

1.2     RELATED SECTIONS

   A.     Section 03 11 00, CONCRETE FORMWORK

   B.     Section 03 20 00, CONCRETE REINFORCEMENT

   C.     Section 03 30 00, CAST-IN-PLACE CONCRETE

1.3     QUALITY ASSURANCE

   A.     Qualifications of workmen:
      1.     Provide at least one person who shall be present at all times during execution of this portion of the work and who shall be thoroughly trained and experienced in placing and erecting the type of concrete described herein and who shall direct all work performed under this Section.
      2.     Precast subcontractor shall be experienced in constructing the type of precast material required for the project.  Submit data for approval.
      3.     For finishing of exposed surfaces of the concrete, use only thoroughly trained and experienced journeyman concrete finishers.
      4.     Approval required in advance in accordance with Section 01 33 00 SUBMITTAL PROCEDURES.

   B.     Codes and Standards:
      1.     Comply with all pertinent codes and regulations and publication ACI 301 of the American Concrete Institute, latest edition.
      2.     Where provisions of pertinent codes and standards conflict with this Specification, the more stringent provisions shall govern.

1.4     SUBMITTALS

   A.     Materials list: Before any precast concrete is delivered to the construction site, submit to the Engineer in accordance with Section 01 33 00 SUBMITTAL PROCEDURES a complete list of all materials proposed to be furnished and installed under this portion of the work, showing manufacturer's name and catalog number for all items such as bond breaker, inserts, chairs, and conduits.

1.5     PRODUCT HANDLING

   A.     Protection: Use all means necessary to protect the materials of this Section before, during, and after installation and to protect the installed work and materials of all other trades.

   B.     Replacements: In the event of damage, immediately make all repairs and replacements necessary to the approval of the Engineer and at no additional cost to the Owner.

1.6    DESIGN

A.    All design of pre-stressed members shall be done in strict accordance with procedures set forth in the current edition of ACI 318 "Building Code Requirements for Reinforced Concrete."

B.    All precast structural concrete members shall be designed to meet requirements of the Building Code.

PART 2 - PRODUCTS

2.1    MATERIALS

A.    Concrete:
 1.    Cement shall be Portland Cement conforming to ASTM C150, Portland Cement.
 2.    Aggregates shall conform in quality to ASTM C33 for heavyweight aggregate.
 3.    Heavyweight aggregates shall be graded crushed stone with a resulting unit weight of concrete of up to 155 pounds per cubic foot.
 4.    Water shall be clean and free of injurious and deleterious substances.
 5.    Concrete strength shall be minimum 5,000 psi at 28 days.

B.    Steel:
 1.    Pre-stressing steel shall be high tensile strength uncoated seven wire strand which is low-relaxation strand or has been stress-relieved as a unit after the wires have been formed into a strand.  It shall be manufactured and tested in accordance with ASTM A416.  Either 250K or 270K strand may be used.
 2.    All reinforcing bars shall conform to the requirements of ASTM A615, Grade 60 as required.
 3.    Welded wire fabric shall conform to the requirements of ASTM A185.
 4.    Cast in plates shall conform to the requirement of ASTM A36, or A440 as required.

2.2    OTHER MATERIALS

A.    All other materials not specifically described but required for a complete and proper installation of the work of this Section, shall be as selected by the Contractor subject to the approval of the Engineer.

PART 3 - EXECUTION

3.1    SURFACE CONDITIONS

A.    Inspections:
 1.    Prior to all work of this Section, carefully inspect the installed work of all other trades and verify that all such work is complete to the point where this installation may properly commence.
 2.    Verify that the work of this Section may be performed in strict accordance with all pertinent codes and regulations, the original design, and the manufacturer's recommendations for the items being installed.

B.    Discrepancies:
 1.    In the event of discrepancy, immediately notify the Engineer.
 2.    Do not proceed with installation in areas of discrepancy until all such discrepancies have been fully resolved.

3.2    QUALITY

A.    Manufacturer of precast concrete shall be adequately equipped to form, place, and cure the required precast concrete, and shall have experience to produce precast concrete of required strength and water resistance.

3.3    PLACEMENT OF REINFORCEMENT

A.    Place all reinforcement in strict accordance with the drawings and with the provisions of Section 03 20 00, CONCRETE REINFORCEMENT of these Specifications.

3.4    PLACEMENT OF CONCRETE

A.    General:
    1.    Concrete shall be placed and compacted by tamping or vibrating to produce a dense waterproof product.
    2.    Finish all concrete surfaces in smooth finish to the tolerances described in Section 03 30 00, CAST-IN-PLACE CONCRETE of these Specifications.

B.    Curing:
    1.    Cure all concrete of this Section in strict accordance with the methods specified in Section 03 30 00, CAST-IN-PLACE CONCRETE or approved alternative.

3.5    OPENINGS

A.    Locations and sizes of all openings 3 inches wide or larger to be cast into the members, if not shown on the contract drawings, must be supplied when shop drawings are submitted for approval. All other openings not so located shall be job cut by the various trades requiring them. All holes less than 3 inches in dimension through precast members are to be made by drilling or cutting in the field, by the various trades requiring them. However, field holes or cuts may not be made in the precast members without prior approval of the manufacturer.

3.6    ERECTION

A.    Responsibility:
    1.    The entire method and sequence of erection shall be the responsibility of the Contractor.

B.    Alignment:
    1.    Set all units in true alignment in all directions.

C.    All precast concrete items with cracks or other flaws that will detract from the appearance, shall be replaced.

D.    Grind to remove sharp edges.

END OF SECTION

SECTION 03 60 00 - GROUT

PART 1 - GENERAL

1.1     REFERENCES

A.    The following is a list of standards which may be referenced in this section:
   1.    ASTM International (ASTM):
      a.    C 230, Standard Specification for Flow Table for Use in Tests of Hydraulic Cement.
      b.    C 1107, Standard Specification for Packaged Dry, Hydraulic-Cement Grout (Nonshrink)

B.    Cement Grout (Non-shrink).
   1.    Corps of Engineers (COE):
      a.    CRD-C 611, Flow of Grout for Prep laced Aggregate Concrete.
      b.    CRD-C 621, Specification for Non-shrink Grout

1.2     SUBMITTALS

A.    Product data for each type of product indicated.

B.    Certified test results verifying compliance with compressive strength, shrinkage and expansion requirements and manufacturer's literature containing instructions and recommendations on the mixing, handling, placement and appropriate uses for each type of non-shrink and epoxy grout.

C.    Fine aggregate gradation.

D.    One copy of each 30 consecutive strength test results and mix design used from a record of past performance, or one copy of laboratory trial mix and design and results, and one copy of the mix design proposed for each cementitious mixture and use under this contract.

E.    Qualification for testing agency.

F.    Material test reports: For the following from a qualified testing agency, indicating compliance with requirements:
   1.    Aggregates, Include service record data indicating absence of deleterious expansion of concrete due to alkali aggregate reactivity.
   2.    Non-shrink grout.
   3.    Epoxy grout.

G.    Material certificates: For each of the following, signed by manufacturers:
   1.    Cementitious materials.
   2.    Non-shrink grout.
   3.    Epoxy grout.

H.    Field quality-control tests and observation reports.

I.    Ready mix concrete (Cement Grout)
   1.    Provide delivery tickets for ready-mix concrete (cement grout) or weigh master's certificate per ASTM C 94, include weights of cement and each size aggregate and amount of water added at the plant and a record of placements. Record the amount of water added at the job site on the delivery ticket. Water added at the plant shall account for the moisture in aggregate. If water is added at the job site, then the total water content shall not exceed the water content of the approved design mix.

2. Keep records showing time and place of each placement of concrete, joint mortar bed material or cement grout, together with transit delivery slips certifying the contents of the placement. Furnish records to Engineer.

J. Joint Mortar Bed:  Provide material analysis and certification for each placement.

K. Shop Drawings:
   1. Product data of grouts.
   2. Curing method for grout.
   3. Mix design of cement-sand grout mixture for pipe invert/structure fill.
   4. Mix design of Joint Mortar Bed.

L. Information Submittals:
   1. Manufacturer's written instructions for mixing of grout.
   2. Manufacturer's Certificate of Compliance: Grout free from chlorides and other corrosion-causing chemicals.
   3. Manufacturer's Certificate of Proper Installation.
   4. Statements of Qualification: Non-shrink grout manufacturer's representative.
   5. Test Reports: Test report for 24-hour evaluation of non-shrink grout.

1.3 QUALIFICATIONS

A. Manufacturer's qualifications for cement grout and joint mortar bed: A firm experienced in manufacturing ready-mixed concrete products and a firm that complies with ASTM C 94/C 94M requirements for production facilities and equipment.

B. Testing Agency Qualifications: An independent agency, acceptable to authorities having jurisdiction, qualified according to ASTM C 1077 and ASTM E 329 for testing indicated, as documented according to ASTM E 548.
   1. Personnel conducting field tests shall be qualified as ACI Concrete Field Testing Technician, Grade 1, according to ACI CP-01 or an equivalent certification program.
   2. Personnel performing laboratory tests shall be ACI-certified Concrete Strength Testing Technician and Concrete Laboratory Testing Technician – Grade I, Testing Agency laboratory supervisor shall be an ACI-certified Concrete Laboratory Testing Technician – Grade II.

C. Source limitations: Obtain each type or class of cementitious material of the same brand from the same manufacturer's plant, obtain aggregate from one source and obtain admixtures through one source from a single manufacturer.

1.4 QUALIFICATIONS

A. Non-shrink Grout Manufacturer's Representative: Authorized and trained representative of grout manufacturer, with minimum of 1 year experience that has resulted in successful installation of grouts similar to those for this Project.

B. For grout suppliers not listed herein, provide completed 24-hour Evaluation of Non-shrink Grout Test Form, attached at the end of this section. Independent testing laboratory to certify that testing was conducted within last 18 months.

1.5 GUARANTEE

A. Manufacturer's guarantee shall not contain disclaimer on the product data sheet, grout bag, or container limiting responsibility to only the purchase price of products and materials furnished.

B.  Manufacturer guarantees participation with Contractor in replacing or repairing grout found defective due to faulty materials, as determined by industry standard test methods.

PART 2 - PRODUCTS

2.1    CONCRETE MATERIALS

A.  Cementitious Material: Use the following cementitious materials, of the same type, brand and source throughout project:
    1.  Portland Cement (Nonhydraulic Above Grade Structures): ASTM C 150, Type I or II or combination of Type I with fly ash.
    2.  Portland Cement (Hydraulic and Below Grade Structures): ASTM C 150 Type II or combination of Type I with fly ash.
        FLY ASH: ASTM C 618, CLASS F, FLY ASH SHALL NOT EXCEED 15 PERCENT.

B.  Fine aggregates: ASTM C 33, Class 4S or better, graded. Provide aggregates from a single source with documented service record data of at least 10 years satisfactory service in similar applications and service conditions using similar aggregates and cementitious materials. Aggregates shall be free of materials with deleterious reactivity to alkali in cement. Aggregates for cement grout and/or mortar bed shall be provided from the same source as aggregate for the cast-in-place concrete.

C.  Water: ASTM C 94 and potable.

2.2    ADMIXTURES

A.  Comply with Section 03 30 00 Cast-In-Place Concrete.

2.3    NONSHRINK GROUT SCHEDULE

A.  Furnish non-shrink grout for applications in grout category in the following schedule:

| Application | Temperature Range 40 to 100 °F | Max. Placing Time 20 min | Max. Placing Time Greater than 20 min |
|---|---|---|---|
| Filling tie hole | I | I | I |
| Machine bases 25 hp or less | II | II | II |
| Through-bolt openings | II | II | II |
| Patching Concrete Walls | II | II | II |
| Machine bases 26 hp and up | III | III | III |
| Base plates and/or soleplates with vibration, thermal movement, etc. | III | III | III |
| Other applications not listed | II | II | II |

2.4    NONSHRINK GROUT

A.  Category I:
    1.  Nonmetallic and non gas-liberating.
    2.  Prepackaged natural aggregate grout requiring only the addition of water.
    3.  Test in accordance with ASTM C1107:
        a.  Flowable consistency 140%, five drops in 30 seconds, in accordance with ASTM C 230.
        b.  Flowable for 15 minutes.
    4.  Grout shall not bleed at maximum allowed water.

     5.    Minimum strength of flowable grout, 3,000 psi at 3 days, 5,000 psi at 7 days, and 7,000 psi at 28 days.

     6.    Manufacturers and Products:
        a.    Chemrex, Inc., Shakopee, MN; Set Grout.
        b.    Euclid Chemical Co., Cleveland, OH; NS Grout.
        c.    Dayton Superior Corp., Miamisburg, OH; 1107 Advantage Grout.
        d.    US MIX Products, Denver, CO; US Spec Multi-Purpose Grout.
        e.    L & M Construction Chemicals, Inc., Omaha, NE; Duragrout.
        f.    Master Builders.

B.    Category II:
     1.    Nonmetallic, non gas-liberating.
     2.    Prepackaged natural aggregate grout requiring only the addition of water.
     3.    Aggregate shall show no segregation or settlement at fluid consistency - at specified times or temperatures.
     4.    Test in accordance with COE CRD-C 621 and ASTM C 1107, Grade B:
        a.    Fluid consistency 20 to 30 seconds in accordance with COE CRD-C 611.
        b.    Temperatures of 40, 80, and 100 °F.
     5.    1 hour after mixing, pass fluid grout through flow cone with continuous flow.
     6.    Minimum strength of fluid grout, 3,500 psi at 1 day, 4,500 psi at 3 days, and 7,500 psi at 28 days.
     7.    Maintain fluid consistency when mixed in 1 to 9 yard loads in ready- mix truck.
     8.    Manufacturers and Products:
        a.    Chemrex, Inc., Shakopee, MN; Master Flow 928.
        b.    Five Star Products Inc., Fairfield, CT; Five Star 100.
        c.    Euclid Chemical Co., Cleveland, OH; Hi Flow Grout.
        d.    Dayton Superior Corp., Miamisburg, OH; Sure Grip High Performance Grout.
        e.    L & M Construction Chemicals, Inc., Omaha, NE; Crystex.
        f.    Master Builders.

C.    Category III
     1.    Metallic and nongas-liberating flowable fluid.
     2.    Prepackaged aggregate grout requiring only the addition of water.
     3.    Aggregate shall show no segregation or settlement at fluid consistency at specified times or temperatures.
     4.    Test in accordance with CRD-C 621 and ASTM C 1107, Grade B:
        a.    Fluid consistency 20 to 30 seconds in accordance with CRD-C 611.
        b.    Temperatures of 40 and 100 °F.
     5.    1 hour after mixing, pass fluid grout through flow cone with continuous flow.
     6.    Minimum strength of grout, 4,000 psi at 1 day, 5,000 psi at 3 days, and 9,000 psi at 28 days.
     7.    Maintain fluid consistency when mixed in 1 to 9 yard loads in ready-mix truck.
     8.    Manufacturers and Products: Chemrex, Inc., Shakopee, MN; EMBECO 885.

2.5     TOPPING GROUT AND CONCRETE/GROUT FILL

A.    Where fill is thicker than 3-inches, structural concrete 03 30 00, CAST-IN-PLACE CONCRETE, may be used when accepted by the Engineer.

B.    Grout for topping of slabs and concrete/grout fill for built-up surfaces of tank, channel and basin bottoms shall be composed of cement, fine aggregate, coarse aggregate, water and admixtures proportioned and be mixed as indicated. Bonding Agent shall be used to enhance adhesion to basin concrete. Materials and procedures indicated for normal concrete in Section 03 30 00, CAST-IN-PLACE CONCRETE, shall apply unless indicated otherwise.

C.   Topping grout and concrete/grout fill shall contain a minimum of 564 pounds of cement per cubic yard with a maximum water cement ratio of 0.45. Topping grout in clarifiers shall contain between 750 and 8900 pounds of cement per cubic yard with a maximum water cement ratio of 0.42.

D.   Aggregate shall be graded as follows:

| U.S. STANDARD SIEVE SIZE | PERCENT BY WEIGHT PASSING |
|---|---|
| 1/2 inch | 100 |
| 3/8 inch | 90-100 |
| No. 4 | 20-55 |
| No. 8 | 5-30 |
| No. 16 | 0-10 |
| No. 30 | 0 |

E.   Final mix design shall be as determined by trial mix design as indicated in Section 03 30 00, except that drying shrinkage tests are not required.

F.   Topping grout and concrete grout/fill shall contain air-entraining agent per Section 03 30 00.

G.   Strength: Minimum compressive strength of topping grout and concrete/grout fill at 28 days shall be 4000 psi.

H.   Topping grout used in clarifiers shall contain fiber reinforcing. Fiber shall be 100 percent virgin polypropylene fibrillated fibers specifically manufactured in a blended gradation for use as concrete secondary reinforcement. Fibers shall be added at a rate of 1.5 pounds per cubic yard of concrete. Fibers shall conform to ASTM C 1116 – Fiber Reinforced Concrete and Shotcrete. Type III.

2.6   CEMENT-GROUT (CEMENT-SAND GROUT) MIXTURE FOR PIPE INVERT/STRUCTURE FILL

A.   Prepare design mixture proportioned on the basis of laboratory trial mixture or field test data, or both, according to ACI 301. Submit proposed mixture design to Engineer for review. Comply with Section 03 30 00 Cast-In-Place Concrete and as follows.
     1.   Use a qualified independent testing agency for preparing and reporting proposed mixture designs based upon laboratory trial mixtures.

B.   Cementitious Materials: Limit percentage, by weight, of cementitious materials other than Portland cement in concrete and cement grout as follows:
     1.   Fly Ash, 15 percent, Class F.

C.   Admixtures: All materials other than Portland cement, water and aggregates that are added to the concrete or cement grout, shall be subject to the approval of the Engineer. If so approved, use admixtures according to manufacturer's written instructions.
     1.   Use water reducing, high-range water-reducing or plasticizing admixture in concrete, as required, for placement and workability.
     2.   Use water-reducing and retarding admixture when required by high temperatures, low humidity, or other adverse placement conditions.
     3.   Use water-reducing admixture in pumped concrete, concrete for heavy-use slabs, concrete required to be watertight, and concrete with a water-cementitious materials ratio below 0.50.

D.   Minimum compressive strength: 2000 psi at 28 days.

E.    Minimum cementitious material of 846 pounds (9 bags) per cubic yard of cement grout.

F.    Air content: ASTM C 94, 5 percent, plus or minus 1.0 percent at point of delivery.

G.    Aggregate shall be sand, three parts sand to one part cementitious material by volume. The sand gradation shall be such that 100% shall pass the No. 16 sieve and not more than 30% shall be retained on a No. 30 sieve.

H.    Water – cementitious material ratio. The Contractor shall submit a proposed mix design to the Engineer for review. The amount of water shall be the minimum amount of water necessary to make a workable mixture.

I.    Slump: Maximum of 4 inches.

2.7    JOINT MORTAR BED

A.    Joint Mortar Bed:  Mortar placed on horizontal construction joints shall be a mixture of cement, sand and water in the same proportions used in the approved 4000 psi cast-in-place concrete mix design and/but with the coarse aggregate omitted.

PART 3 - EXECUTION

3.1    NONSHRINK GROUT

A.    General: Mix, place, and cure non-shrink grout in accordance with grout Manufacturer's representative's training instructions.

B.    Form Tie or Through-Bolt Holes: Provide non-shrink grout, Category I and II, fill space with dry pack dense grout hammered in with steel tool and hammer.  Through-bolt holes; coordinate dry pack dense grout application with vinyl plug in Section 03 11 00, CONCRETE FORMWORK, and bonding agent in Section 03 30 00, CAST-IN-PLACE CONCRETE.

C.    Grouting Machinery Foundations:
       1.    Block out original concrete or finish off at distance shown below bottom of machinery base with grout. Prepare concrete surface by sandblasting, chipping, or by mechanical means to remove any soft material.
       2.    Set machinery in position and wedge to elevation with steel wedges, or use cast-in leveling bolts.
       3.    Form with watertight forms at least 2" higher than bottom of plate.
       4.    Fill space between bottom of machinery base and original concrete in accordance with Manufacturer's representative's training instructions.

3.2    CEMENT GROUT

A.    Place cement grout topping over concrete slabs where indicated on the drawings. Place in accordance with the procedures of this section and the manufacturer's or suppliers of equipment recommendations. The finish surface of the grout topping shall be similar to a steel trowel finish and which will facilitate the proper operation of the mechanical equipment. The finish of the structural slab below the cement grout topping shall be a heavy broom finish.

B.    Where cement grout is to be placed without mechanical equipment, the fresh surface of the cement grout shall be a smooth trowel finish. Placement procedure of cement grout at areas with mechanical equipment includes:
       1.    Notify Project Representative or Engineer a minimum of 48 hours in advance of placement.

2. Make a trial cement grout batch of not less than 1/2 cubic yard to allow time for adjustment in mix design if required.
3. Clean the exposed structural slab by sandblasting and washing clean.
4. Thoroughly broom a neat cement paste containing an epoxy binder into the concrete slab surface immediately ahead of placing the cement grout topping.
5. Where applicable, install level and trial operate mechanical screed equipment over the floor slab to provide a minimum thickness of 2 inches +/- 1/4 inch. In areas where the distance between the mechanical screed and the structural slab is less than the above clearances, grind surface as directed by Engineer to provide such clearance. The mechanical screed shall operate at a speed acceptable to the cement grout topping placement procedures. Screeding procedures shall account for the effects of differential temperatures on the mechanical screed equipment.
6. Place cement grout topping in a continuous operation. If grouting operations are interrupted, clean the edge of the previously placed topping by water jetting and add a coat of cement paste to provide a bond to the fresh topping.
7. Temporarily equip the mechanical screed mechanism on at least two arms with a 2-inch by 10 inch continuous wood plate with light gauge metal angles and surface plates or channels. The bottom of the screed plates or steel plates shall be adjustable and set to elevations which allow the proper operation of equipment and as recommended by the equipment manufacturer or supplier.
8. Screed the topping immediately after consolidation with vibrators or tampers and provide a steel trowel finish.
9. Cure cement grout topping with water and cover with PVC sheeting to prevent damage from foot traffic for seven days. When/If the cement grout topping is found not to be acceptable, remove and replace. Cement grout topping not acceptable shall include, but is not limited to, poor bonding with the concrete slab, low strength, excessive cracking and unevenness in finish or elevation.

3.3    JOINT MORTAR BED

A.    Joint Mortar Bed: Immediately prior to placement of fresh concrete at horizontal joints, or as indicated, place joint mortar bed to cover horizontal joint and protect water stop as applicable. Spread uniformly and work into all irregularities of the surface. The water cement ratio of the joint mortar bed shall not exceed that of the concrete being placed and the consistency of the mortar shall be suitable for placing and working. The fresh concrete shall then be immediately placed in a time and manner so that the joint mortar bed and the fresh concrete mix to form a homogenous concrete meeting all requirements.

3.4    NON-SHRINK GROUT

A.    Non-Shrink grout:
1. Used for repair of holes and defects and at locations indicated where epoxy grout is not indicated. Execution shall follow manufacturer's recommendations.
2. Base plates and equipment where indicated. Execution shall follow manufacturer's recommendations.

3.5    EPOXY GROUT

A.    Epoxy Grout: Used to embed all anchor bolts and reinforcing steel set in grout, specific machinery base plates as indicated and at other locations where indicated. Execution shall follow manufacturer's recommendations.

3.6    FIELD QUALITY CONTROL

A.    Evaluation and Acceptance of Non-shrink Grout:

      1.     Consistency: As specified in Article NON-SHRINK GROUT. Grout with consistencies outside range requirements shall be rejected.

      2.     Segregation: As specified in Article NON-SHRINK GROUT. Grout when aggregate separates shall be rejected.

3.7      MANUFACTURER'S SERVICES

    A.    General: Coordinate demonstrations, training sessions, and applicable site visits with grout manufacturer's representative.

3.8      SUPPLEMENTS

    A.    The supplement listed below, following "END OF SECTION," is part of this Specification.

      1.     24-hour Evaluation of Non-shrink Grout Test Form and Grout Testing Procedures.

END OF SECTION

SECTION 05 12 00 - STRUCTURAL STEEL

PART 1 - GENERAL

1.1    DEFINITIONS

A.    Structural Steel: Elements of structural-steel frame, as classified by AISC "Code of Standard Practice for Steel Buildings and Bridges," that support design loads.

1.2    SUBMITTALS

A.    Product Data: For each type of product indicated.

B.    Shop Drawings: Show fabrication of structural-steel components.
1.    Include details of cuts, connections, splices, camber, holes, and other pertinent data.
2.    Include embedment drawings.
3.    Indicate welds by standard AWS symbols, distinguishing between shop and field welds, and show size, length, and type of each weld.
4.    Indicate type, size, and length of bolts, distinguishing between shop and field bolts.  Identify pre-tensioned and slip-critical high-strength bolted connections.

C.    Welding certificates.

D.    Qualification Data: For Installer and fabricator.

E.    Mill Test Reports: Signed by Manufacturers certifying that the following products comply with requirements:
1.    Structural steel including chemical and physical properties.
2.    Bolts, nuts, and washers including mechanical properties and chemical analysis.
3.    Shop primers.
4.    Non-shrink grout.

F.    Source quality-control test reports.

1.3    QUALITY ASSURANCE

A.    Installer Qualifications: A qualified installer who regularly erects structural steel with scope and complexity similar to that of this project.

B.    Fabricator Qualifications: A qualified fabricator who regularly fabricates structural steel with scope and complexity similar to that of this project.

C.    Welding: Qualify procedures and personnel according to AWS D1.1, "Structural Welding Code--Steel."

D.    Comply with applicable provisions of the following specifications and documents:
1.    AISC "Code of Standard Practice for Steel Buildings and Bridges."
2.    AISC "Seismic Provisions for Structural Steel Buildings" and "Supplement No.2."
3.    AISC "Specification for Structural Steel Buildings--Allowable Stress Design and Plastic Design."
4.    AISC "Specification for the Design of Steel Hollow Structural Sections."
5.    AISC "Specification for Allowable Stress Design of Single-Angle Members".
6.    RCSC "Specifications for Structural Joints Using ASTM F 3125 Bolts.

E.    Pre-installation Conference: Conduct conference at Project site to comply with requirements in Section 01 31 00, PROJECT MANAGEMENT AND COORDINATION and Section 01 12 00 PROJECT MEETINGS.

## 1.4    DELIVERY, STORAGE, AND HANDLING

A.    Store materials to permit easy access for inspection and identification. Keep steel members off ground and spaced by using pallets, dunnage, or other supports and spacers. Protect steel members and packaged materials from erosion and deterioration.
1.    Store fasteners in a protected place. Re-lubricate bolts and nuts that become dry.
2.    Do not store materials on structure in a manner that might cause distortion, damage, or overload to members or supporting structures. Repair or replace damaged materials or structures as directed.
3.    Do not clean and use rusty bolts.

## 1.5    COORDINATION

A.    Furnish anchorage items to be embedded in or attached to other construction without delaying the Work. Provide setting diagrams, sheet metal templates, instructions, and directions for installation.

## PART 2 - PRODUCTS

## 2.1    STRUCTURAL-STEEL MATERIALS

A.    W-Shapes:  ASTM A 992.

B.    Channels, Angles, and Shapes:  ASTMA A 36 unless otherwise noted.

C.    Plate and Bar:  ASTM A 36 unless otherwise noted.

D.    Cold-Formed Hollow Structural Sections:  ASTM A 500, Grade B structural tubing.

E.    Steel Pipe:  ASTM A53, Type E or S, Grade B.
1.    Weight Class:  Standard unless otherwise indicated.
2.    Finish: Black, except where indicated to be galvanized.

F.    Welding Electrodes: Comply with AWS requirements. Tensile strength should be the same or greater than base metal.

## 2.2    BOLTS, CONNECTORS, AND ANCHORS

A.    High-Strength Bolts, Nuts, and Washers: ASTM F 3125 Type 1, heavy hex steel structural bolts; ASTM A 563 heavy hex carbon steel nuts; and ASTM F 436 hardened carbon-steel washers.
1.    Finish:  Plain unless noted or indicated otherwise.

B.    Un-headed Anchor Rods:  ASTM F 1554, Grade 36, unless otherwise indicated.
1.    Configuration:  as indicated.
2.    Nuts: ASTM A 563, heavy hex carbon steel.
3.    Plate Washers: ASTM A 36 carbon steel.
4.    Washers: ASTM F 436, hardened carbon steel.
5.    Finish: Plain, unless noted or indicated otherwise.

C.    Threaded Rods: ASTM A 36.
1.    Nuts: ASTM A 563 heavy hex carbon steel.

  2.   Washers: ASTM F 436 hardened carbon steel.
  3.   Finish: Plain, unless noted or indicated otherwise.

D.   Clevises or turnbuckles:  ASTM A 108, Grade 1035, cold-finished carbon steel.

E.   Eye Bolts and Nuts: ASTM A 108, Grade 1030, cold-finished carbon steel.

F.   Sleeve Nuts: ASTM A 108, Grade 1018, cold-finished carbon steel.

## 2.3   PRIMER

A.   Primer: Fabricator's standard lead and chromate free non-asphaltic rust inhibiting primer.

B.   Galvanizing Repair Paint: MPI#18, MPI#19, or SSPC-Paint 20.

## 2.4   GROUT

A.   Nonmetallic, Shrinkage-Resistant Grout: ASTM C 1107, factory-packaged, nonmetallic aggregate grout, non-corrosive, non-staining, mixed with water to consistency suitable for application and a 30-minute working time and complying with Section 03 60 00 GROUT.

## 2.5   FABRICATION

A.   Structural Steel: Fabricate and assemble in shop to greatest extent possible. Fabricate according to AISC "Code of Standard Practice for Steel Buildings and Bridges" and AISC "Specification for Structural Steel Buildings--Allowable Stress Design and Plastic Design".
  1.   Camber structural-steel members where indicated.
  2.   Identify high-strength structural steel according to ASTM A 6 and maintain markings until structural steel has been erected.
  3.   Mark and match-mark materials for field assembly.
  4.   Complete structural-steel assemblies, including welding of units, before starting shop-priming operations.

B.   Thermal Cutting: Perform thermal cutting by machine to greatest extent possible.
  1.   Plane thermally cut edges to be welded to comply with requirements in AWS D1.1.

C.   Bolt Holes: Cut, drill, or punch standard bolt holes perpendicular to metal surfaces.

D.   Finishing: Accurately finish ends of columns and other members transmitting bearing loads.

E.   Cleaning: Clean and prepare steel surfaces that are to remain unpainted according to SSPC-SP 3, "Power Tool Cleaning."

F.   Steel Wall-Opening Framing: Select true and straight members for fabricating steel wall-opening framing to be attached to structural steel. Straighten as required to provide uniform, square, and true members in completed wall framing.

G.   Welded Door Frames: Build up welded door frames attached to structural steel. Weld exposed joints continuously and grind smooth. Plug-weld fixed steel bar stops to frames. Secure removable stops to frames with countersunk, cross-recessed head machine screws, uniformly spaced not more than 10" o.c., unless otherwise indicated.

H.   Holes: Provide holes required for securing other work to structural steel and for passage of other work through steel framing members.
  1.   Cut, drill, or punch holes perpendicular to steel surfaces.

2.    Base-Plate Holes: Cut, drill, or punch holes perpendicular to steel surfaces.
3.    Weld threaded nuts to framing and other specialty items indicated to receive other work.

2.6    SHOP CONNECTIONS

A.    High-Strength Bolts: Shop install high-strength bolts according to RCSC "Specification for Structural Joints Using ASTM F 3125 Bolts" for type of bolt and type of joint specified.
1.    Joint Type:  Snug tightened.

B.    Weld Connections:  Comply with AWS D1.1 for welding procedure specifications, tolerances, appearance, and quality of welds and for methods used in correcting welding work.
1.    Remove backing bars or runoff tabs, back gouge, and grind steel smooth.
2.    Assemble and weld built-up sections by methods that will maintain true alignment of axes without exceeding tolerances of AISC "Code of Standard Practice for Steel Buildings and Bridges" for mill material.

2.7    SHOP PRIMING

A.    Shop prime steel surfaces except the following:
1.    Surfaces embedded in concrete or mortar. Extend priming of partially embedded members to a depth of 2".
2.    Surfaces to be field welded.
3.    Surfaces to be high-strength bolted with slip-critical connections.
4.    Surfaces to receive sprayed fire-resistive materials.
5.    Galvanized surfaces.

B.    Surface Preparation:  Clean the surfaces to be painted.  Remove loose rust and mill scale and spatter, slag, or flux deposits. Prepare surfaces according to the following specifications and standards:
1.    SSPC-SP 3, "Power Tool Cleaning."

C.    Priming: Immediately after surface preparation, apply primer according to Manufacturer's written instructions and at rate recommended by SSPC to provide a dry film thickness of not less than 1.5 mils. Use priming methods that result in full coverage of joints, corners, edges, and exposed surfaces.
1.    Stripe paint comers, crevices, bolts, welds, and sharp edges.
2.    Apply two coats of shop paint to inaccessible surfaces after assembly or erection.  Change color of second coat to distinguish it from first.

D.    Painting:  Apply a 1-coat, non-asphaltic primer complying with SSPC-PS Guide 7.00, "Painting System Guide 7.00: Guide for Selecting One-Coat Shop Painting Systems," to provide a dry film thickness of not less than 1.5 mils.

2.8    GALVANIZING

A.    Hot-Dip Galvanized Finish: Apply zinc coating by the hot-dip process to structural steel according to ASTM A 123.
1.    Fill vent holes and grind smooth after galvanizing.
2.    Galvanize lintels and shelf angles attached to structural-steel frame and located in exterior walls.

PART 3 - EXECUTION

3.1     EXAMINATION

A.     Verify elevations of concrete- and masonry-bearing surfaces and locations of anchor rods, bearing plates, and other embedment, with steel erector present, for compliance with requirements.

B.     Proceed with installation only after unsatisfactory conditions have been corrected.

3.2     PREPARATION

A.     Provide temporary shores, guys, braces, and other supports during erection to keep structural steel secure, plumb, and in alignment against temporary construction loads and loads equal in intensity to design loads. Remove temporary supports when permanent structural steel, connections, and bracing are in place, unless otherwise indicated.
    1.     Do not remove temporary shoring supporting composite deck construction until cast-in-place concrete has attained its design compressive strength.

3.3     ERECTION

A.     Set structural steel accurately in locations and to elevations indicated and according to AISC "Code of Standard Practice for Steel Buildings and Bridges" and "Specification for Structural Steel Buildings--Allowable Stress Design and Plastic Design".

B.     Base and Bearing Plates: Clean concrete- and masonry-bearing surfaces of bond-reducing materials, and roughen surfaces prior to setting base and bearing plates. Clean bottom surface of base and bearing plates.
    1.     Set base and bearing plates for structural members on wedges, shims, or setting nuts as required.
    2.     Weld plate washers to top of base plate.
    3.     Snug-tighten anchor rods after supported members have been positioned and plumbed. Do not remove wedges or shims but, if protruding, cut off flush with edge of base or bearing plate before packing with grout.
    4.     Promptly pack grout solidly between bearing surfaces and base or bearing; plates so no voids remain. Neatly finish exposed surfaces; protect grout and allow it to cure.  Comply with Manufacturer's written installation instructions for shrinkage-resistant grouts.

C.     Maintain erection tolerances of structural steel within AISC "Code of Standard Practice for Steel Buildings and Bridges."

D.     Align and adjust various members forming part of complete frame or structure before permanently fastening. Before assembly clean bearing surfaces and other surfaces that will be in permanent contact with members. Perform necessary adjustments to compensate for discrepancies in elevations and alignment.
    1.     Level and plumb individual members of structure.
    2.     Make allowances for difference between temperature at time of erection and mean temperature when structure is completed and in service.

C.     Splice members only where indicated.

D.     Do not use thermal cutting during erection unless approved by Engineer. Finish thermally cut sections within smoothness limits in AWS D1.1.

E. Do not enlarge unfair holes in members by burning or using drift pins. Ream holes that must be enlarged to admit bolts.

3.4 FIELD CONNECTIONS

A. High-Strength Bolts: Install high-strength bolts according to RCSC "Specification for Structural Joints Using ASTM F 3125 Bolts" for type of bolt and type of joint specified.
1. Joint Type: Snug tightened, unless noted or indicated otherwise.

B. Weld Connections: Comply with AWS D1.1 for welding procedure specifications, tolerances, appearance, and quality of welds and for methods used in correcting welding work.
1. Comply with AISC "Code of Standard Practice for Steel Buildings and Bridges" and "Specification for Structural Steel Buildings--Allowable Stress Design and Plastic Design", for bearing, adequacy of temporary connections, alignment, and removal of paint on surfaces adjacent to field welds.
2. Remove backing bars or runoff tabs, back gouge, and grind steel smooth.
3. Assemble and weld built-up sections by methods that will maintain true alignment of axes without exceeding tolerances of AISC "Code of Standard Practice for Steel Buildings and Bridges" for mill material.

3.5 FIELD QUALITY CONTROL

A. Testing Agency: Owner will engage a qualified independent testing and inspecting agency to inspect field welds and high-strength bolted connections.

B. Bolted Connections: Shop-bolted connections will be tested and inspected according to RCSC "Specification for Structural Joints Using ASTM F 3125 Bolts."

C. Welded Connections: Field welds will be visually inspected according to AWS D1.1.

D. Correct deficiencies in Work that test reports and inspections indicate does not comply with the Contract Documents.

3.6 REPAIRS AND PROTECTION

A. Repair damaged galvanized coatings on galvanized items with galvanized repair paint according to ASTM A 780 and Manufacturer's written instructions.

B. Touchup Painting: After installation, promptly clean, prepare, and prime or re-prime field connections, rust spots, and abraded surfaces of prime-painted joists and accessories, bearing plates, and abutting structural steel.
1. Clean and prepare surfaces by SSPC-SP 2 hand-tool cleaning or SSPC-SP 3 power-tool cleaning.
2. Apply a compatible primer of same type as shop primer used on adjacent surfaces.

C. Touchup Painting: Cleaning and touchup painting are specified in Section 09 90 00, PAINTING AND PROTECTIVE COATINGS.

END OF SECTION

SECTION 05 50 00 - METAL FABRICATIONS

PART 1 - GENERAL

1.1    RELATED DOCUMENTS

A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2    SUMMARY

A.    This Section includes the following:
1.    Prefabricated metal stairs and landing platforms.
2.    Steel framing and supports for overhead doors.
3.    Steel framing and supports for mechanical and electrical equipment.
4.    Steel framing and supports for applications where framing and supports are not specified in other Sections.
5.    Shelf angles.
6.    Loose bearing and leveling plates.
7.    Steel welded plates and angles for casting into concrete not specified in other Sections.
8.    Miscellaneous steel trim including steel angle corner guards and steel edgings.
9.    Metal ladders.
10.    Metal bollards.
11.    Pipe guards.
12.    Metal floor plate and supports.
13.    Abrasive metal nosing, treads, and thresholds.

B.    Products furnished, but not installed, under this Section include the following:
1.    Loose steel lintels.
2.    Anchor bolts, steel pipe sleeves, and wedge-type inserts indicated to be cast into concrete or built into unit masonry.

1.3    PERFORMANCE REQUIREMENTS

A.    Structural Performance of Ladders: Provide ladders capable of withstanding the effects of loads and stresses within limits and under conditions specified in ANSI A14.3.

B.    Thermal Movements: Provide exterior metal fabrications that allow for thermal movements resulting from the following maximum change (range) in ambient and surface temperatures by preventing buckling, opening of joints, overstressing of components, failure of connections, and other detrimental effects. Base engineering calculations on surface temperatures of materials due to both solar heat gain and nighttime-sky heat loss.
1.    Temperature Change (Range): 120 °F, ambient; 180 °F, material surfaces.

1.4    SUBMITTALS

A.    Product Data: For the following:
1.    Prefabricated metal stairs and landings.
2.    Metal nosing and treads.
3.    Paint products.
4.    Grout.
5.    Fall Protection (ladder).
6.    Metal Floor Plate and support.

B.    Shop Drawings: Show fabrication and installation details for metal fabrications.

      1.    Include plans, elevations, sections, and details of metal fabrications and their connections. Show anchorage and accessory items.
      2.    Provide templates for anchors and bolts specified for installation under other Sections.
      3.    For installed products indicated to comply with design loads, include structural analysis data signed and sealed by the qualified professional engineer responsible for their preparation.

C.    Samples for Verification: For each type and finish of extruded nosing and tread.

D.    Mill Certificates: Signed by Manufacturers of stainless-steel sheet certifying that products furnished comply with requirements.

E.    Welding certificates.

1.5    QUALITY ASSURANCE

A.    Welding: Qualify procedures and personnel according to the following:
      1.    AWS D1.1, "Structural Welding Code--Steel."
      2.    AWS D1.2, "Structural Welding Code--Aluminum."
      3.    AWS D1.3, "Structural Welding Code--Sheet Steel."
      4.    AWS D1.6, "Structural Welding Code--Stainless Steel."

1.6    PROJECT CONDITIONS

A.    Field Measurements: Verify actual locations of walls and other construction contiguous with metal fabrications by field measurements before fabrication and indicate measurements on Shop Drawings.
      1.    Established Dimensions: Where field measurements cannot be made without delaying the Work, establish dimensions and proceed with fabricating metal fabrications without field measurements. Coordinate wall and other contiguous construction to ensure that actual dimensions correspond to established dimensions.
      2.    Provide allowance for trimming and fitting at site.

1.7    COORDINATION

A.    Coordinate installation of anchorages for metal fabrications. Furnish setting drawings, templates, and directions for installing anchorages, including sleeves, concrete inserts, anchor bolts, and items with integral anchors, that are to be embedded in concrete or masonry. Deliver such items to Project site in time for installation.

B.    Coordinate installation of steel weld plates and angles for casting into concrete that are specified in this Section but required for work of another Section. Deliver such items to Project site in time for installation.

PART 2 - PRODUCTS

2.1    MANUFACTURERS

A.    In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:
      1.    Available Products: Subject to compliance with requirements, products that may be incorporated into the Work include, but are not limited to, products specified.
      2.    Available Manufacturers: Subject to compliance with requirements, Manufacturers offering products that may be incorporated into the Work include, but are not limited to, manufacturers specified.

2.2    METALS, GENERAL

A.    Metal Surfaces, General: Provide materials with smooth, flat surfaces, unless otherwise indicated. For metal fabrications exposed to view in the completed Work, provide materials without seam marks, roller marks, rolled trade names, or blemishes.

2.3    FERROUS METALS

A.    Steel Plates, Shapes, and Bars: ASTM A 36.

B.    Stainless-Steel Sheet, Strip, Plate, and Flat Bars: ASTM A 666, Type 304.

C.    Stainless-Steel Bars and Shapes: ASTM A 276, Type 304.

D.    Steel Tubing: ASTM A 500, cold-formed steel tubing.

E.    Steel Pipe: ASTM A 53, standard weight (Schedule 40), unless another weight is indicated or required by structural loads.

F.    Cast Iron: ASTM A 48, Class 30, unless another class is indicated or required by structural loads.

2.4    NONFERROUS METALS
1.    Aluminum Plate and Sheet: ASTM B 209, Alloy 6061-T6.
2.    Aluminum Extrusions: ASTM B 221, Alloy 6063-T6.
3.    Aluminum-Alloy Rolled Tread Plate: ASTM B 632, Alloy 6061-T6.
4.    Aluminum Castings: ASTM B 26, Alloy 443.0-F.

2.5    FASTENERS

A.    General: Unless otherwise indicated, provide Type, 304 or 316 stainless-steel fasteners for exterior use and zinc-plated fasteners with coating complying with ASTM B 633, Class Fe/Zn 5, at exterior walls. Provide stainless-steel fasteners for fastening aluminum.  Select fasteners for type, grade, and class required.

B.    Steel Bolts and Nuts: Regular hexagon-head bolts, ASTM A 307, Grade A, with hex nuts, ASTM A 563; and, where indicated, flat washers.
1.    Finish: Plain or Hot Dip Zinc-coated ASTM A153 Class C, as indicated.

C.    Stainless-Steel Bolts and Nuts: Regular hexagon-head annealed stainless-steel bolts, nuts and, where indicated, flat washers; ASTM F 593, AISI Type 316, Condition CW for bolts and ASTM F 594 for AISI Type 316, Condition CW nuts.
1.    All threads on stainless steel rods/bolts shall be protected with antiseize lubricant suitable for submerged stainless bolts and complying with Federal Specification MIL-A-907E.

D.    Anchor Bolts: ASTM F 1554, Grade 36.
1.    Provide hot-dip or mechanically deposited, zinc-coated anchor bolts where item being fastened is indicated to be galvanized.

E.    Machine Screws: ASME B 18.6.3.

F.    Lag Bolts: ASME B 18.2.1.

G.    Wood Screws: Flat head, ASME B18.6.1.

H.    Plain Washers: Round, ASME B 18.22.1.

I.    Lock Washers: Helical, spring type, ASME B 18.21.1.

J.    Cast-in-Place Anchors in Concrete: Anchors capable of sustaining, without failure, a load equal to four times the load imposed, as determined by testing according to ASTM E 488, conducted by a qualified independent testing agency.
1.    Threaded or wedge type; galvanized ferrous castings either: ASTM A 47 malleable iron or ASTM A 27, cast steel. Provide bolts, washers, and shims as needed, hot-dip galvanized per ASTM A 153.

K.    Expansion Anchors: Anchor bolt and sleeve assembly with capability to sustain, without failure, a load equal to six times the load imposed when installed in unit masonry and four times the load imposed when installed in concrete, as determined by testing according to ASTM E 488, conducted by a qualified independent testing agency.
1.    Material for Anchors in Interior Locations: Carbon-steel components zinc-plated to comply with ASTM B 633, Class Fe/Zn 5.
2.    Material for Anchors in Exterior Locations: ASTM F 593, AISI Type 316, Condition CW for bolts and ASTM F 594 for AISI Type 316, Condition CW nuts.
3.    Expansion anchors shall not be substituted for adhesive anchors.

L.    Adhesive Anchors:
1.    Threaded Rod:
a.    ASTM F 593 stainless steel threaded rod, diameter as shown on Drawings.
b.    Length as required to provide minimum depth of embedment.
c.    Clean and fee of grease, oil, or other deleterious material.
d.    For hollow-unit masonry, provide galvanized or stainless steel wire cloth screen tube to fit threaded rod.
2.    Adhesive:
a.    Two-component, insensitive to moisture, designed to be used in adverse freeze/thaw environments, with gray color after mixing.
b.    Cure Temperature, Pot Life, and Workability: Compatible for intended use and environmental conditions.
c.    Nonsag, with selected viscosity based on installation temperature and overhead application where applicable.
d.    HILTI HIT HY-150 or approved equal.
3.    Packaging:
a.    Disposable, self-contained cartridge system capable of dispensing both components in the proper mixing ratio and fitting into a manually or pneumatically operated caulking gun.
b.    Cartridge Marking: Include manufacturer's name, product name, material type, batch serial number, and adhesive expiration date.
4.    Manufacturers and Products:
a.    Hilti, Inc., Tulsa, OK; HIT Doweling Anchor System, HIT HY 150 (HIT HY 20 for hollow masonry).
b.    Approved Equal.

2.6    MISCELLANEOUS MATERIALS

A.    Welding Rods and Bare Electrodes: Select according to AWS specifications for metal alloy welded.

B.    Shop Primers: Provide primers that comply with Division 9.

C.    Universal Shop Primer: Fast-curing, lead- and chromate-free, universal modified-alkyd primer complying with MPI#79.

        1.     Use primer with a VOC content of 420 g/L (3.5 lb/gal.), or less when calculated according to 40 CFR 59, Subpart D (EPA Method 24).

        2.     Use primer containing pigments that make it easily distinguishable from zinc-rich primer.

D.     Zinc-Rich Primer: Complying with SSPC-Paint 20 or SSPC-Paint 29 and compatible with topcoat.

        1.     Use primer with a VOC content of 420 g/L (3.5 lb/gal.), or less when calculated according to 40 CFR 59, Subpart D (EPA Method 24).

        2.     Available Products:

             a.     Benjamin Moore & Co.; Epoxy Zinc-Rich Primer CM18119.

             b.     Carboline Company; Carbozinc 621.

             c.     ICI Devoe Coatings; Catha-Coat 313.

             d.     International Coatings Limited; Interzinc 315 Epoxy Zinc-Rich Primer.

             e.     PPG Architectural Finishes, Inc.; Aquapon Zinc-Rich Primer 97-670.

             f.     Sherwin-Williams Company (The); Corothane I GalvaPac Zinc Primer.

             g.     Tnemec Company, Inc.; Tneme-Zinc 90-97.

E.     Galvanizing Repair Paint: High-zinc-dust-content paint for re-galvanizing welds in steel, complying with SSPC-Paint 20.

F.     Bituminous Paint: Cold-applied asphalt emulsion complying with ASTM D 1187.

G.     Non-shrink, Nonmetallic Grout: Factory-packaged, non-staining, non-corrosive, nongaseous grout complying with ASTM C 1107. Provide grout specifically recommended by Manufacturer for interior and exterior applications and complying with Section 03 60 00 GROUT.

H.     Concrete Materials and Properties: Comply with requirements in Section 03 30 00, CAST-IN-PLACE CONCRETE for normal-weight, air-entrained, ready-mix concrete with a minimum 28-day compressive strength of 3000 psi unless otherwise indicated.

2.7     FABRICATION, GENERAL

A.     Shop Assembly: Preassemble items in the shop to greatest extent possible. Disassemble units only as necessary for shipping and handling limitations. Use connections that maintain structural value of joined pieces. Clearly mark units for reassembly and coordinated installation.

B.     Cut, drill, and punch metals cleanly and accurately. Remove burrs and ease edges to a radius of approximately 1/32", unless otherwise indicated. Remove sharp or rough areas on exposed surfaces.

C.     Form bent-metal corners to smallest radius possible without causing grain separation or otherwise impairing work.

D.     Form exposed work true to line and level with accurate angles and surfaces and straight edges.

E.     Weld corners and seams continuously to comply with the following:

        1.     Use materials and methods that minimize distortion and develop strength and corrosion resistance of base metals.

        2.     Obtain fusion without undercut or overlap.

        3.     Remove welding flux immediately.

        4.     At exposed connections, finish exposed welds and surfaces smooth and blended so no roughness shows after finishing and contour of welded surface matches that of adjacent surface.

F.    Form exposed connections with hairline joints, flush and smooth, using concealed fasteners where possible. Where exposed fasteners are required, use Phillips flat-head (countersunk) screws or bolts, unless otherwise indicated. Locate joints where least conspicuous.

G.    Fabricate seams and other connections that will be exposed to weather in a manner to exclude water. Provide weep holes where water may accumulate.

H.    Cut, reinforce, drill, and tap metal fabrications as indicated to receive finish hardware, screws, and similar items.

I.    Provide for anchorage of type indicated; coordinate with supporting structure, and space anchoring devices to secure metal fabrications rigidly in place and to support indicated loads.
   1.    Where units are indicated to be cast into concrete or built into masonry, equip with integrally welded steel strap anchors, 1/8" x 1-1/2", with a minimum 6" embedment and 2" hook, not less than 8" from ends and corners of units and 24" o.c., unless otherwise indicated.

2.8    MISCELLANEOUS FRAMING AND SUPPORTS

A.    General: Design and provide steel framing and supports not specified in other Sections as needed to complete the Work.

B.    Fabricate units from steel shapes, plates, and bars of welded construction, unless otherwise indicated. Fabricate to sizes, shapes, and profiles indicated and as necessary to receive adjacent construction retained by framing and supports. Cut, drill, and tap units to receive hardware, hangers, and similar items.
   1.    Fabricate units from slotted channel framing where indicated.
   2.    Furnish inserts if units are installed after concrete is placed.

C.    Galvanize miscellaneous framing and supports where indicated.

D.    Prime miscellaneous framing and supports with zinc-rich primer where indicated.

2.9    LOOSE STEEL LINTEL

A.    Fabricate loose steel lintels from steel angles and shapes of size indicated for openings and recesses in masonry walls and partitions at locations indicated. Weld adjoining members together to form a single unit where indicated.

B.    Size loose lintels to provide bearing length at each side of openings equal to 1/12 of clear span but not less than 8", unless otherwise indicated.

C.    Galvanize loose steel lintels located in exterior walls.

D.    Prime loose steel lintels located in exterior walls with zinc-rich primer.

2.10    LOOSE BEARING AND LEVELING PLATES

A.    Provide loose bearing and leveling plates for steel items bearing on masonry or concrete construction. Drill plates to receive anchor bolts and for grouting.

B.    Galvanize plates after fabrication.

C.    Prime plates with zinc-rich primer.

2.11    STEEL WELD PLATES AND ANGLES

A.    Provide steel weld plates and angles not specified in other Sections, for items supported from concrete construction as needed to complete the Work. Provide each unit with not less two integrally welded steel strap anchors for embedding in concrete.

2.12    MISCELLANEOUS STEEL TRIM

A.    Unless otherwise indicated, fabricate units from steel shapes, plates, and bars of profiles shown with continuously welded joints and smooth exposed edges. Miter corners and use concealed field splices where possible.

B.    Provide cutouts, fittings, and anchorages as needed to coordinate assembly and installation with other work.
    1.    Provide with integrally welded steel strap anchors for embedding in concrete or masonry construction.

C.    Galvanize exterior miscellaneous steel trim.

D.    Prime interior miscellaneous steel trim, with zinc-rich primer.

2.13    METAL LADDERS

A.    General:
    1.    Comply with the more stringent requirements of OSHA and ANSI A14.3, unless indicated otherwise.
    2.    Space side rails 16" clear apart, unless otherwise indicated.
    3.    Support each ladder at top and bottom and not more than 60" o.c, with welded or bolted brackets, made from same metal as ladder.
    4.    All ladders including ladders less than 20 feet in height shall be equipped with an integral fall protection system.

B.    Design Live Loads:
    1.    Side rail loads: Ladder rails shall be designed to withstand a minimum of two (2) 300 pound loads plus 30 percent impact concentrated between any two consecutive attachments.
    2.    Rung loads: Ladder rungs shall be designed to withstand a minimum live load of 300 pounds plus 30 percent impact.

C.    Ladder Deflection:
    1.    Limit rung deflection to span divided by 360.

D.    Extension (Pop-up). Every ladder that does not have an exterior hand hold shall be equipped with a pop-up extension designed by the ladder manufacturer.
    1.    Pop-up extension shall be of the same material and finish as the ladder with telescoping tubular section that locks automatically when fully extended.
    2.    Upward and downward movement shall be controlled by stainless steel spring balancing mechanisms.
    3.    Units shall be completely assembled with fasteners for securing to the ladder rungs in accordance with the manufacturer's recommendations.

E.    Fall Prevention System (Ladder):
    1.    All ladders, including ladders less than 20 feet in height, shall be equipped with an integral fall prevention system. The fall prevention system at each ladder shall include a permanent metal carrier rung/rail, carrier rung/rail extension as required, sliding sleeve

arresting unit, ladder rung clamps, full body harness, dismount section and all other components as necessary for complete installation and system to comply with OSHA and ANSI A14.3 standards and requirements.

    a.    The fall prevention system manufacturer shall design each fall prevention system, coordinate with the ladder manufacturer and submit the fall prevention system design and detailed plans to the Engineer for approval.

    b.    The carrier rung/rail shall be Type 316 stainless steel or aluminum alloy 6105-T5.

    c.    Carrier rung/rail extensions shall be provided for safe ladder access and egress. The total carrier rung/rail length shall be as designed by the fall prevention system manufacturer.

    d.    Available Manufacturers:
        1).    Sellstorm Manufacturing
        2).    North Safety Products, Ltd.
        3).    Or approved equal.

F.    Steel Ladders:
1.    Side rails: Continuous, 1/2" x 2-1/2" steel flat bars, with eased edges.
2.    Rungs: 3/4" steel bars.
3.    Fit rungs in centerline of side rails; plug-weld and grind smooth on outer rail faces.
4.    Rung spacing shall not exceed 12 inches on center.
5.    Provide non-slip surfaces on top of each rung, either by coating rung with aluminum-oxide granules set in epoxy-resin adhesive or by using a type of manufactured rung filled with aluminum-oxide grout.
6.    Provide non-slip surfaces on top of each rung by coating with abrasive material metallically bonded to rung by a proprietary process.
7.    Available Products:
    a.    IKG Industries, a Harsco company; Mebac.
    b.    W. S. Molnar Company; SlipNOT.
8.    Galvanize exterior ladders and interior ladders, where indicated, including brackets and fasteners.

G.    Aluminum Ladders:
1.    Side rails: Continuous extruded-aluminum channels or tubes, not less than 2-1/2" deep, 3/4" wide, and 1/8" thick.
2.    Rungs: Extruded-aluminum tubes, not less than 3/4" deep and not less than 1/8" thick, with ribbed tread surfaces.
3.    Fit rungs in centerline of side rails; fasten by welding or with stainless-steel fasteners or brackets and aluminum rivets.
4.    Rung spacing shall not exceed 12 inches on center.

2.14    ALUMINUM PLANK

A.    Acceptable Manufacturers include, but are not limited to the following:
1.    Ohio Gratings Inc.
2.    McNichols Co.
3.    Amico, a Gibraltar Industries Co.
4.    Harsco Industrial IKG.
5.    Or Approved equal.

B.    Materials: Plank and banding are Aluminum type 6061-T6, ASTM B221.
1.    Description:
    a.    Unpunched, Aluminum Heavy Duty Plank Grating: Six inch wide extruded aluminum plank with support bars spaced 1.2" on center, fabricated with banding into panels of standard width to fill areas shown on the drawings.
        1)    Top Surface: Slip resistant
        2)    Finish: Mill finished

        3)    Plank Type: Unpunched
        4)    Plank Depth: based on loading requirements and clear span.

2.15    METAL FLOOR PLATE

A.    Also referenced as "Checkered" or "Check" Plate, with raised lugs on one side and smooth surface on other side.

B.    Fabricate from roller-aluminum-alloy 6061-T6, ASTM B 632 plate of thickness indicated below Raised lug pattern shall be on top and start at 45° angle to edge of plate or tread.

C.    Design and provide stainless steel or aluminum angle and/or aluminum beam supports, as indicated or required and not indicated.

D.    Include stainless steel or aluminum angle stiffeners and fixed and removable sections, as indicated or required.

E.    Provide flush stainless steel bar drop handles for lifting removable sections one at each end of each section.

F.    Floor plate, including all support members, reinforcement ribs, stiffeners, edge members, supports and all structural requirements shall be designed by a Professional Engineer licensed in the State of the Work and provided by the manufacturer/fabricator of the floor plate.

G.    Design of the floor plate, including all supports, connections and integral members shall be for the actual dead load plus a live load consisting of:
        1.    The uniform live load of the adjacent floor, or
        2.    A uniform live load of 200 lbf/sq. ft., whichever load produces the greater effects. Design shall use the loading and pattern loading for multiple spans which produces the greatest loading, stresses and deflection wit the floor plate system.

H.    The maximum fiber stress shall not exceed that which is allowed by the Aluminum Association.

I.    The maximum total load deflection shall be limited to the span divided by 180 (L/180), not to exceed 0.25 inch between supporting members.

J.    Contractor shall submit sealed shop drawings complete with details and calculations to the Engineer for review prior to fabrication. Submittal data will be complete with detail and calculations to determine all components of the floor plate system, including plate, reinforcing ribs, supports, rib pattern, connections and others as necessary.

K.    All ends and openings shall be banded.

L.    Provide 1/4 inch neoprene gaskets for all sealed or odor control floor plate coverings as/where indicated.

M.    The weight of a floor plate section shall not exceed 80 pounds.

N.    Aluminum surfaces in contact with concrete, grout or dissimilar metals will be protected with a coat of bituminous paint, Mylar isolators or other protective system, as approved by the Engineer.

O.    Available Manufacturers
        1.    Thompson Fabricating, LLC; Tarrant, AL.
        2.    Or approved equal.

2.16    METAL BOLLARDS

A.    Fabricate metal bollards from steel shapes as indicated.

2.17    ABRASIVE METAL NOSINGS AND TREADS

A.    Cast-Metal Units: Cast aluminum, with an integral abrasive finish consisting of aluminum oxide, silicon carbide, or a combination of both. Fabricate units in sizes and configurations indicated and in lengths necessary to accurately fit openings or conditions.
    1.    Manufacturers:
        a.    American Safety Tread Co., Inc.
        b.    Baleo Inc.
        c.    Barry Pattern & Foundry Co., Inc.
        d.    Granite State Casting Co.
        e.    Safe-T-Metal Co.
        f.    Wooster Products Inc.
    2.    Nosing: Cross-hatched units, 4" wide with 1/4" lip, for casting into concrete steps.
    3.    Nosing: Cross-hatched units, 1-1/2" x 1-1/2", for casting into concrete curbs.
    4.    Treads: Cross-hatched units, full depth of tread with 3/4" x 3/4" nosing, for application over bent plate treads or existing stairs.

B.    Extruded Units:  Aluminum, with abrasive filler consisting of aluminum oxide, silicon carbide, or a combination of both, in an epoxy-resin binder. Fabricate units in sizes and configurations indicated and in lengths necessary to accurately fit openings or conditions.
    1.    Available Manufacturers:
        a.    ACL Industries, Inc.
        b.    American Safety Tread Co., Inc.
        c.    Amstep Products.
        d.    Armstrong Products, Inc.
        e.    Baleo Inc.
        f.    Granite State Casting Co.
        g.    Wooster Products Inc.
    2.    Provide ribbed units, with abrasive filler strips projecting 1/16" above aluminum extrusion.
    3.    Provide solid-abrasive-type units without ribs.
    4.    Nosing: Square-back units, 3" wide, for casting into concrete steps.
    5.    Nosing: Beveled-back units, 3" wide with 1-3/8" lip, for surface mounting on existing stairs.
    6.    Nosing: Two-piece units, 3" wide, with sub channel for casting into concrete steps.
    7.    Treads: Beveled-back units, full depth of tread with 1-3/8" lip, for application over existing stairs.

C.    Provide anchors for embedding units in concrete, either integral or applied to units, as standard with Manufacturer.

D.    Drill for mechanical anchors and countersink. Locate not more than 4" from ends and not more than 12" o.c., evenly spaced between ends, unless otherwise indicated. Provide closer spacing if recommended by Manufacturer.
    1.    Provide 2 rows of holes for units more than 5" wide, with 2 holes aligned at ends and intermediate holes staggered.

E.    Apply bituminous paint, Mylar isolators or other protective system as approved by the Engineer to concealed bottoms, sides, and edges of cast-metal units set into concrete

2.18    FINISHES, GENERAL

A.    Comply with NAAMM "Metal Finishes Manual for Architectural and Metal Products" for recommendations for applying and designating finishes.

B.    Finish metal fabrications after assembly.

2.19    STEEL AND IRON FINISHES

A.    Galvanizing: Hot-dip galvanize items as indicated to comply with applicable standard listed below:
    1.    ASTM A 123 for galvanizing steel and iron products.
    2.    ASTM A 153 for galvanizing steel and iron hardware.

B.    Preparation for Shop Priming: Prepare uncoated ferrous-metal surfaces to comply with minimum requirements indicated below for SSPC surface preparation specifications and environmental exposure conditions of installed metal fabrications:
    1.    Exteriors (SSPC Zone 1B) and Items Indicated to Receive Zinc-Rich primer: SP 6/NACE No.3, "Commercial Blast Cleaning."
    2.    Interiors (SSPC Zone 1A): SSPC-SP 3, "Power Tool Cleaning."

C.    Shop Priming: Apply shop primer to uncoated surfaces of metal fabrications, except those with galvanized finishes and those to be embedded in concrete, sprayed-on fireproofing, or masonry, unless otherwise indicated. Comply with SSPC-PA 1, "Paint Application Specification No.1: Shop, Field, and Maintenance Painting of Steel," for shop painting.
    1.    Stripe paint corners, crevices, bolts, welds, and sharp edges.

2.20    STAINLESS-STEEL FINISHES

A.    Remove tool and die marks and stretch lines or blend into finish.

B.    Grind and polish surfaces to produce uniform, directionally textured, polished finish indicated, free of cross scratches. Run grain with long dimension of each piece.

C.    Bright, Directional Satin Finish: No.4.

D.    Dull Satin Finish: No.6.

E.    When polishing is completed, passivate and rinse surfaces. Remove embedded foreign matter and leave surfaces chemically clean.

2.21    ALUMINUM FINISHES

A.    Finish designations prefixed by AA comply with the system established by the Aluminum Association for designating aluminum finishes.

B.    As-Fabricated Finish: AA-M10 (Mechanical Finish: as fabricated, unspecified).

C.    Class 1, Clear Anodic Finish: AA-M12C22A41 (Mechanical Finish: non-specular as fabricated; Chemical Finish: etched, medium matte; Anodic Coating: Architectural Class 1, clear coating 0.018 mm or thicker) complying with AAMA 611.

PART 3 - EXECUTION

3.1    INSTALLATION, GENERAL

A.    Cutting, Fitting, and Placement: Perform cutting, drilling, and fitting required for installing metal fabrications. Set metal fabrications accurately in location, alignment, and elevation; with edges and surfaces level, plumb, true, and free of rack; and measured from established lines and levels.

B.    Fit exposed connections accurately together to form hairline joints. Weld connections that are not to be left as exposed joints but cannot be shop welded because of shipping size limitations. Do not weld, cut, or abrade surfaces of exterior units that have been hot-dip galvanized after fabrication and are for bolted or screwed field connections.

C.    Field Welding: Comply with the following requirements:
    1.    Use materials and methods that minimize distortion and develop strength and corrosion resistance of base metals.
    2.    Obtain fusion without undercut or overlap.
    3.    Remove welding flux immediately.
    4.    At exposed connections, finish exposed welds and surfaces smooth and blended so no roughness shows after finishing and contour of welded surface matches that of adjacent surface.

D.    Fastening to In-Place Construction: Provide anchorage devices and fasteners where metal fabrications are required to be fastened to in-place construction. Provide threaded fasteners for use with concrete and masonry inserts, toggle bolts, through bolts, lag bolts, wood screws, and other connectors.

E.    Provide temporary bracing or anchors in formwork for items that are to be built into concrete, masonry, or similar construction.

F.    Protection: Coat concealed surfaces of aluminum that will come into contact with grout, concrete, masonry, wood, or dissimilar metals with a heavy coat of bituminous paint.

3.2    INSTALLING MISCELLANEOUS FRAMING AND SUPPORTS

A.    General: Install framing and supports to comply with requirements of items being supported, including Manufacturers' written instructions and requirements indicated on Shop Drawings.

B.    Install pipe columns on concrete footings with grouted baseplates. Position and grout column baseplates as specified in "Installing Bearing and Leveling Plates" Article.

3.3    INSTALLING BEARING AND LEVELING PLATES

A.    Clean concrete and masonry bearing surfaces of bond-reducing materials, and roughen to improve bond to surfaces. Clean bottom surface of plates.

B.    Set bearing and leveling plates on wedges, shims, or leveling nuts. After bearing members have been positioned and plumbed, tighten anchor bolts. Do not remove wedges or shims but, if protruding, cut off flush with edge of bearing plate before packing with grout.
    1.    Use non-shrink grout, nonmetallic, in concealed locations where not exposed to moisture; use non shrink, nonmetallic grout in exposed locations, unless otherwise indicated.
    2.    Pack grout solidly between bearing surfaces and plates to ensure that no voids remain.

3.4     INSTALLING METAL BOLLARDS

A.     Anchor bollards in concrete as indicated.

B.     Anchor bollards in place with concrete footings. Center and align bollards in holes 3" above bottom of excavation. Place concrete and vibrate or tamp for consolidation. Support and brace bollards in position until concrete has cured.

C.     Fill bollards solidly with concrete, mounding top surface to shed water.
1.     Do not fill removable bollards with concrete.

3.5     INSTALLING NOSINGS, TREADS, AND THRESHOLDS

A.     Center nosing on tread widths.

B.     For nosing embedded in concrete steps or curbs, align nosing flush with riser faces and level with tread surfaces.

C.     Seal thresholds exposed to exterior with elastomeric sealant complying with Section 07 92 00, JOINT SEALANTS to provide a watertight installation.

3.6     ADJUSTING AND CLEANING

A.     Touchup Painting: Immediately after erection, clean field welds, bolted connections, and abraded areas. Paint uncoated and abraded areas with the same material as used for shop painting to comply with SSPC-PA 1 for touching up shop-painted surfaces.
1.     Apply by brush or spray to provide a minimum 2.0 mil dry film thickness.

B.     Touchup Painting: Cleaning and touchup painting of field welds, bolted connections, and abraded areas of shop paint are specified in Division 9 painting Sections.

C.     Galvanized Surfaces: Clean field welds, bolted connections, and abraded areas and repair galvanizing to comply with ASTM A 780.

END OF SECTION

SECTION 05 51 00 - METAL STAIRS

PART 1 - GENERAL

1.1     RELATED DOCUMENTS

    A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

    A.     This Section includes the following:
        1.     Pre-engineered industrial-type stairs with Aluminum grating treads.
        2.     Aluminum railings attached to metal stairs.
        3.     Aluminum handrails attached to walls adjacent to metal stairs
        4.     Railing gates at the level of exit discharge.

    B.     Related Sections include the following:
        1.     Section 03 30 00, CAST-IN-PLACE CONCRETE for concrete fill for stair platforms.
        2.     Section 05 50 00, METAL FABRICATIONS for metal treads and nosings not installed in metal stairs.
        3.     Section 05 52 13, PIPE AND TUBE RAILINGS for pipe and tube railings.

1.3     PERFORMANCE REQUIREMENTS

    A.     Comply with the more stringent of IBC, OSHA and as follows.

    B.     Structural Performance of Stairs: Design and provide metal stairs capable of withstanding the effects of gravity loads and the following loads and stresses within limits and under conditions indicated:
        1.     Uniform Load: 200 lbf/sq. ft.
        2.     Concentrated Load: 300 lbf applied on an area of 4 sq. in.
        3.     Uniform and concentrated loads need not be assumed to act concurrently.
        4.     Stair tread, 250psf for tread itself.
        5.     Platform and landings: Aluminum tread with uniform live load of 200 psf or a concentrated load of 1000 lbf over one (1) sq. ft. applied at midspan, whichever produces the greater effect.
        6.     Stair Framing: Capable of withstanding stresses resulting from railing loads in addition to loads specified above.
        7.     Limit deflection of treads, platforms, and framing members to L/360 or 1/4" whichever is less.

    C.     Structural Performance of Railings: As specified in Section 05 52 13, PIPE AND TUBE RAILING.

    D.     Seismic Performance: Provide metal stairs capable of withstanding the effects of earthquake motions determined according to ASCE 7, "Minimum Design Loads for Buildings and Other Structures"; Section 9, "Earthquake Loads."

1.4     SUBMITTALS

    A.     Product Data: For metal stairs and the following:

    B.     Shop Drawings: Include sealed calculations, plans, elevations, sections, details, and attachments to other work.
        1.     Provide templates for anchors and bolts specified for installation under other Sections.

    2. For installed products indicated to comply with design loads, include structural analysis data signed and sealed by the qualified professional engineer responsible for their preparation, licensed in the State where the work is located.

C. Samples for Initial Selection: For products involving selection of color, texture, or design.

D. Samples for Verification: For the following products, in Manufacturer's standard sizes:
    1. Grating treads.
    2. Abrasive nosings.

E. Welding certificates.

F. Qualification Data: For professional engineer and testing agency.

G. Product Test Reports: Based on evaluation of comprehensive tests performed by a qualified testing agency, for stairs and railings.
    1. Test railings according ASTM E 894 and ASTM E 935.

1.5    QUALITY ASSURANCE

A. Installer Qualifications: Fabricator of products.

B. NAAMM Stair Standard: Comply with "Recommended Voluntary Minimum Standards for Fixed Metal Stairs" in NAAMM AMP 510, "Metal Stairs Manual," for class of stair designated, unless more stringent requirements are indicated.
    1. Industrial-Type Stairs: Industrial class.

C. Welding: Qualify procedures and personnel according to the following:
    1. AWS D1.2 "Structural Welding Code – Aluminum."

D. Professional Engineer qualifications.

1.6    COORDINATION

A. Coordinate installation of anchorages for metal stairs. Furnish setting drawings, templates, and directions for installing anchorages, including sleeves, concrete inserts, anchor bolts, and items with integral anchors, that are to be embedded in concrete or masonry. Deliver such items to project site in time for installation.

PART 2 - PRODUCTS

2.1    MANUFACTURERS

A. In other Part 2 articles where titles below introduce lists, the following requirements apply to product selection:
    1. Available Products: Subject to compliance with requirements, products that may be incorporated into the Work include, but are not limited to, products specified.
    2. Available Manufacturers: Subject to compliance with requirements, Manufacturers offering products that may be incorporated into the Work include, but are not limited to; Manufacturers specified.

2.2     METALS, GENERAL

A.     Metal Surfaces, General: Provide materials with smooth, flat surfaces, unless otherwise indicated, for components exposed to view in the completed Work, provide materials without seam marks, roller marks, rolled trade names, or blemishes.

B.     Aluminum Extrusions: ASTM B 221, Alloy 6063- T6.

C.     Aluminum Castings: ASTM B 26, Alloy 443.0-F.

2.3     ABRASIVE NOSINGS

A.     As specified in Section 05 50 00, METAL FABRICATIONS.

B.     Provide anchors for embedding units in concrete, either integral or applied to units, as standard with Manufacturer.

C.     Apply bituminous paint to concealed bottoms, sides, and edges of cast-metal units set into concrete.

D.     Apply clear lacquer to concealed bottoms, sides, and edges of extruded units set into concrete.

2.4     FASTENERS

A.     As specified in Section 05 50 00, METAL FABRICATIONS.

2.5     MISCELLANEOUS MATERIALS

A.     Welding Rods and Bare Electrodes: Select according to AWS specifications for metal alloy welded.

B.     Bituminous Paint: Cold, applied asphalt emulsion complying with ASTM D 1187.

C.     Non-shrink, Nonmetallic Grout: Factory-packaged, non-staining, non-corrosive, nongaseous grout complying with ASTM C 1107. Provide grout specifically recommended by Manufacturer for interior and exterior applications.

D.     Concrete Materials and Properties: Comply with requirements in Section 03 30 00, Cast-in-Place Concrete for normal-weight, air-entrained, ready-mix concrete with a minimum 28-day compressive strength of 3000 psi unless otherwise indicated.

E.     Non slip-Aggregate Concrete Finish: Factory-packaged abrasive aggregate made from fused, aluminum-oxide grits or crushed emery; rustproof and non-glazing; unaffected by freezing, moisture, or cleaning materials.

F.     Welded Wire Fabric: ASTM A 185, 6" X 6" W1.4 X W1.4, unless otherwise indicated.

2.6     FABRICATION, GENERAL

A.     Provide complete stair assemblies, including metal framing, hangers, struts, railings, clips, brackets, bearing plates, and other components necessary to support and anchor stairs and platforms on supporting structure.
   1.     Join components by welding, unless otherwise indicated.
   2.     Use connections that maintain structural value of joined pieces.
   3.     Fabricate treads and platforms of exterior stairs so finished walking surfaces slope to drain.

B.   Preassembled Stairs: Assemble stairs in shop to greatest extent possible. Disassemble units only as necessary for shipping and handling limitations. Clearly mark units for reassembly and coordinated installation.

C.   Cut, drill, and punch metals cleanly and accurately. Remove burrs and ease edges to a radius of approximately 1/32", unless otherwise indicated. Remove sharp or rough areas on exposed surfaces.

D.   Form bent-metal corners to smallest radius possible without causing grain separation or otherwise impairing work.

E.   Form exposed work true to line and level with accurate angles and surfaces and straight edges.

F.   Weld connections to comply with the following:

1.   Use materials and methods that minimize distortion and develop strength and corrosion resistance of base metals.
2.   Obtain fusion without undercut or overlap.
3.   Remove welding flux immediately.
4.   Weld exposed corners and seams continuously, unless otherwise indicated.
5.   At exposed connections, finish exposed welds and surfaces smooth and blended so no roughness shows after finishing and contour of welded surface matches that of adjacent surface.

G.   Form exposed connections with hairline joints, flush and smooth, using concealed fasteners where possible. Where exposed fasteners are required, use Phillips flathead (countersunk) screws or bolts unless otherwise indicated. Locate joints where least conspicuous.

H.   Fabricate joints that will be exposed to weather in a manner to exclude water. Provide weep holes where water may accumulate.

2.7   ALUMINUM-FRAMED STAIRS

A.   Manufacturers:
1.   Alfab, Inc.
2.   American Stair, Inc.
3.   Sharon Companies Ltd. (The).
4.   Approved Equal.

B.   Stair Framing:
1.   Fabricate stringers of Aluminum channels.
     a.   Provide closures for exposed ends of channel stringers.
     b.   Minimum stringer size shall be C 12x10.37.
2.   Construct platforms of Aluminum channel headers and miscellaneous framing members as needed to comply with performance requirements.
3.   Weld or bolt stringers to headers; weld or bolt framing members to stringers and headers. If using bolts, fabricate and join so bolts are not exposed on finished surfaces.
4.   Columns shall be aluminum tube as required, minimum size AL 3x3x3/16.
5.   Treads shall be aluminum from rolled aluminum alloy tread, alloy T6061-T6, ATM B632 or aluminum grating as indicated. Tread plate shall have raised lugs on the top surface. Grating for treads shall have integral corrugated nosing.
     a.   Form treads with integral nosing and back edge stiffener. Form risers of same material as treads.
     b.   Weld supporting brackets to stringers and weld treads to brackets.

      c.     Fabricate platforms with integral nosings matching treads and weld to platform framing.

    6.    Provide lateral support and bracing as required by design.

C.    Metal Bar-Grating Stairs: Form treads and platforms to configurations shown from metal bar grating; fabricate to comply with NAAMM MBG 531, "Metal Bar Grating Manua1."

    1.    Fabricate treads and platforms from welded Aluminum grating with 1-1/2" by 3/16" bearing bars at 15/16" o.c. and crossbars at 4" o.c., NAAMM designation: W-15-4 (1-1/4"x 3/16") STEEL.

    2.    Surface: Serrated.

    3.    Fabricate grating treads with cast abrasive nosing and with steel angle or steel plate carrier at each end for stringer connections. Secure treads to stringers with bolts.

    4.    Fabricate grating platforms with nosing matching that on grating treads. Provide toe plates at open-sided edges of grating platforms. Weld grating to platform framing.

## 2.8    STAIR RAILINGS

A.    As specified in Section 05 52 13, PIPE AND TUBE RAILINGS for railings.

## 2.9    FINISHES

A.    Comply with NAAMM "Metal Finishes Manual for Architectural and Metal Products" for recommendations for applying and designating finishes.

B.    Finish metal stairs after assembly.

## PART 3 - EXECUTION

## 3.1    INSTALLATION, GENERAL

A.    Fastening to In-Place Construction: Provide anchorage devices and fasteners where necessary for securing metal stairs to in-place construction. Include threaded fasteners for concrete and masonry inserts, through-bolts, lag bolts, and other connectors.

B.    Cutting, Fitting, and Placement: Perform cutting, drilling, and fitting required for installing metal stairs. Set units accurately in location, alignment, and elevation, measured from established lines and levels and free of rack.

C.    Provide temporary bracing or anchors in formwork for items that are to be built into concrete, masonry, or similar construction.

D.    Fit exposed connections accurately together to form hairline joints. Weld connections that are not to be left as exposed joints but cannot be shop welded because of shipping size limitations. Do not weld, cut, or abrade surfaces of exterior units that have been hot-dip galvanized after fabrication and are for bolted or screwed field connections.

E.    Field Welding: Comply with the following requirements:

    1.    Use materials and methods that minimize distortion and develop strength and corrosion resistance of base metals.

    2.    Obtain fusion without undercut or overlap.

    3.    Remove welding flux immediately.

    4.    At exposed connections, finish exposed welds and surfaces smooth and blended so no roughness shows after finishing and contour of welded surface matches that of adjacent surface.

F.    Place and finish concrete till for treads and platforms to comply with Section 03 30 00, CAST-IN-PLACE CONCRETE.

    1.    Install abrasive nosings with anchors fully embedded in concrete, center nosings on tread width.

G.    Install pre-cast concrete treads with adhesive supplied by Manufacturer.

3.2    INSTALLING METAL STAIRS WITH GROUTED BASEPLATES

A.    Clean concrete and masonry bearing surfaces of bond-reducing materials, and roughen to improve bond to surfaces. Clean bottom surface of baseplates.

B.    Set stair baseplates on wedges, shims, or leveling nuts. After stairs have been positioned and aligned, tighten anchor bolts. Do not remove wedges or shims but, if protruding, cut off flush with edge of bearing plate before packing with grout.

    1.    Use nonmetallic, non-shrink grout, unless otherwise indicated.

    2.    Pack grout solidly between bearing surfaces and plates to ensure that no voids remain.

END OF SECTION

SECTION 05 52 13 - PIPE AND TUBE RAILINGS

PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     This Section includes the following:
        1.     Aluminum pipe railings.

1.3     PERFORMANCE REQUIREMENTS

A.     General: In engineering railings to withstand structural loads indicated, determine allowable design working stresses of railing materials based on the following:
        1.     Aluminum:  The lesser of minimum yield strength divided by 1.65 or minimum ultimate tensile strength divided by 1.95.

B.     Structural Performance:  Provide railings capable of withstanding the effects of gravity loads and the following loads and stresses within limits and under conditions indicated:
        1.     Handrails:
                a.     Uniform load of 50 lbf/ ft. applied in any direction.
                b.     Concentrated load of 200 lbf applied in any direction.
                c.     Uniform and concentrated loads need not be assumed to act concurrently.
        2.     Top Rails of Guards:
                a.     Uniform load of 50 lbf/ ft. (0.73 kN/m) applied in any direction.
                b.     Concentrated load of 200 lbf applied in any direction.
                c.     Uniform and concentrated loads need not be assumed to act concurrently.
        3.     Infill of Guards:
                a.     Concentrated load of 200 lbf (0.89 kN) applied horizontally on an area of 1 ft$^2$.
                b.     Uniform load of 25 lbf / ft$^2$ applied horizontally.
                c.     Infill load and other loads need not be assumed to act concurrently.

C.     Thermal Movements: Provide exterior railings that allow for thermal movements resulting from the following maximum change (range) in ambient and surface temperatures by preventing buckling, opening of joints, overstressing of components, failure of connections, and other detrimental effects. Base the engineering calculation on surface temperatures of materials due to both solar heat gain and nighttime-sky heat loss.
        1.     Temperature Change (Range): 120 °F, ambient; 180 °F, material surfaces.

D.     Control of Corrosion: Prevent galvanic action and other forms of corrosion by insulating metals and other materials from direct contact with incompatible materials.

1.4     SUBMITTALS

A.     Product Data: For the following:
        1.     Manufacturer's product lines of mechanically connected railings.
        2.     Grout, anchoring cement, and paint products.

B.     Shop Drawings: Include plans, elevations, sections, details, and attachments to other work.

    1.    For installed products indicated to comply with design loads, include structural analysis data signed and sealed by the qualified professional engineer responsible for their preparation.

C.    Samples for Initial Selection:  For products involving selection of color, texture, or design.

D.    Samples for Verification:  For each type of exposed finish required.
1.    Sections of each distinctly different linear railing member, including handrails, top rails, posts, and balusters.
2.    Fittings and brackets.
3.    Assembled Sample of railing system, made from full-size components, including top rail, post, handrail, and infill.  Sample need not be full height.
    a.    Show method of finishing and connecting members at intersections.

E.    Mill Certificates:  Signed by Manufacturers of stainless-steel products certifying that products furnished comply with requirements.

F.    Welding certificates.

G.    Qualification Data:  For testing agency.

H.    Product Test Reports:  Based on evaluation of comprehensive tests performed by a qualified testing agency, according to ASTM E 894 and ASTM E 935.

1.5    QUALITY ASSURANCE

A.    Source Limitations:  Obtain each type of railing through one source from a single Manufacturer.

B.    Welding:  Qualify procedures and personnel according to the following:
1.    AWS D1.1, "Structural Welding Code--Steel."
2.    AWS D1.2, "Structural Welding Code--Aluminum."
3.    AWS D1.6, "Structural Welding Code--Stainless Steel."

1.6    PROJECT CONDITIONS

A.    Field Measurements: Verify actual locations of walls and other construction contiguous with railings by field measurements before fabrication and indicate measurements on Shop Drawings.
1.    Established Dimensions: Where field measurements cannot be made without delaying the Work, establish dimensions and proceed with fabricating railings without field measurements. Coordinate wall and other contiguous construction to ensure that actual dimensions correspond to established dimensions.
2.    Provide allowance for trimming and fitting at site.

1.7    COORDINATION AND SCHEDULING

A.    Coordinate installation of anchorages for railings. Furnish setting drawings, templates, and directions for installing anchorages, including sleeves, concrete inserts, anchor bolts, and items with integral anchors, that are to be embedded in concrete or masonry. Deliver such items to Project site in time for installation.

B.    Schedule installation so wall attachments are made only to completed walls. Do not support railings temporarily by any means that do not satisfy structural performance requirements.

PART 2 - PRODUCTS

2.1     MANUFACTURERS

    A.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
        1.    Thompson Fabricating LLC, Tarrant, AL.
        2.    Approved equal.

2.2     METALS, GENERAL

    A.    Metal Surfaces, General: Provide materials with smooth surfaces, without seam marks, roller marks, rolled trade names, stains, discolorations, or blemishes.

    B.    Brackets, Flanges, and Anchors: Cast or formed metal of same type of material and finish as supported rails, unless otherwise indicated.

2.3     ALUMINUM

    A.    Aluminum, General: Provide alloy and temper recommended by aluminum producer and finisher for type of use and finish indicated, and with not less than the strength and durability properties of alloy and temper designated below for each aluminum form required.

    B.    Extruded Structural Pipe and Round Tubing:  ASTM B 429, Alloy 6063-T6.
        1.    Provide Standard Weight (Schedule 40) pipe, unless otherwise indicated.

    C.    Drawn Seamless Tubing: ASTM B 210, Alloy 6063-T832.

    D.    Plate and Sheet: ASTM B 209, Alloy 6061-T6.

    E.    Die and Hand Forgings: ASTM B 247, Alloy 6061-T6.

    F.    Castings: ASTM B 26, Alloy A356.0-T6.

2.4     RAIL AND POSTS

    A.    Nominal 1-1/2" diameter.

    B.    Rails:  1.900" outside diameter by 0.145" wall thickness. Schedule 40.

    C.    Posts: 1.900" outside diameter by 0.200" wall thickness. Schedule 80.

2.5     FITTINGS

    A.    Top Mount Base:
        1.    Cast Aluminum
        2.    For holes in base for concrete anchors.  For narrow walls or curbs, furnish two holes in base for concrete anchors with required edge distance.
        3.    Manufacture and Products: Thompson Fabricating LLC.; Part No. TBF-3.4 and Part No. TBF-3.2 for narrow walls and curbs.

    B.    Handrail and Post Fittings:
        1.    Extruded, machined bar stock, permanent mold casting, or die castings of sufficient strength to meet load requirements.  Fittings shall match color of pipe in handrails.  Sand cast parts not permitted.

C. Side Mounted Handrail Bracket:  Extruded aluminum, Alloy 6063-T6 with four holes for bolts or concrete anchors.
    1. Manufacturer and Product: Thompson Fabricating LLC; Part TSM-1.50

D. Handrail Connections to Metal Stairway Stringers:
    1. Extruded aluminum bracket, Alloy 6060-T6
    2. Brackets and bolts 1/2" diameter Type 304 or 316 stainless steel bolts.
    3. Offset adjustable stir fitting of cast Al-mag, Part No. ASF

E. Handrail Connections to Metal Beams
    1. Extruded aluminum bracket, Alloy 6060-T6
    2. Bracket bolts 1/2" diameter Type 304 stainless steel bolts.
    3. Manufacturer and Products:  Thompson Fabricating LLC; Part Nos. SMB-2 or SMB-3.  Use part no. TSM-1.50 if bracket is attached to flat side of a channel.

F. Handrail Wall Brackets: Cast Al-mag aluminum bracket, Par No. AWF adjustable wall fitting, with provision for three 3/8" Type 304 stainless steel bolts or concrete anchors.  Manufacturer and Product:  Thompson Fabricating LLC; Part No. AWF.

G. Miscellaneous Rail to Post Fitting:
    1. Cast Aluminum Tee Fitting: Part Nos. TF-1 and TX-1
    2. Cast Aluminum Ell Fitting:  Part Nos. TE-1, TE-2, and TE-3
    3. Aluminum Splice Lock:  Part No. SL-1
    4. Aluminum Expansion Joint Splice: Part No. CF-2
    5. Manufacturer:  Thompson Fabricating LLC

H. Handrail Gate:  Furnish 6063-T6, 6105-T5, or 6061-T6 extruded aluminum, Thompson Fabricating LLC.

I. Toeboards and Accessories:  Molded or extruded 6063 or 60621 aluminum, Thompson Fabricating LLC.

J. Casting for Handrails:  Cast Al-mag with sufficient strength to meet load and test requirements. Anodizable grade finish with excellent resistance to corrosion when subject to exposure of sodium chloride solution intermittent spray and emersion.

K. Concrete Embedded Metal Anchorage:  In accordance with Section 05 50 00, METAL FABRICATIONS.

2.6   FASTENERS

A. General: Provide the following:
    1. In accordance with Section 05 50 00, METAL FABRICATIONS
    2. Aluminum Railings:  Type 304 or 316 stainless-steel fasteners.

B. Locknuts, Washers, and Screws:
    1. Elastic Locknuts, Steel Flat Washers, RHMS Rounded Head Machine Screws; Type A 304 or A 316 stainless steel.
    2. Flat Washers:  Molded Nylon
    3. Manufacturer:  Mc-Master-Carr Supply Co.

C. Concrete Anchors:  Stainless steel Type 304 or 316.  Use ICBO approved service load allowable values for size, length, embedment, spacing, and edge distance to match required loads shown in calculations.

D.    Epoxy Anchors Heavy Duty 1/2-inch diameter, for exterior use only.

2.7    FABRICATION

A.    General:  Fabricate railings to comply with requirements indicated for design, dimensions, member sizes and spacing, details, finish, and anchorage, but not less than that required to support structural loads.

B.    Assemble railings in the shop to greatest extent possible to minimize field splicing and assembly. Disassemble units only as necessary for shipping and handling limitations. Clearly mark units for reassembly and coordinated installation. Use connections that maintain structural value of joined pieces.

C.    Cut, drill, and punch metals cleanly and accurately. Remove burrs and ease edges to a radius of approximately 1/32" unless otherwise indicated. Remove sharp or rough areas on exposed surfaces.

D.    Form work true to line and level with accurate angles and surfaces.

E.    Fabricate connections that will be exposed to weather in a manner to exclude water. Provide weep holes where water may accumulate.

F.    Cut, reinforce, drill, and tap as indicated to receive finish hardware, screws, and similar items.

G.    Non-welded Connections: Connect members with concealed mechanical fasteners and fittings. Fabricate members and fittings to produce flush, smooth, rigid, hairline joints.
      1.    Fabricate splice joints for field connection using an epoxy structural adhesive if this is Manufacturer's standard splicing method.

H.    Close exposed ends of railing members with prefabricated end fittings.

I.    Provide wall returns at ends of wall-mounted handrails, unless otherwise indicated. Close ends of returns unless clearance between end of rail and wall is 1/4" or less.

J.    Provide inserts and other anchorage devices for connecting railings to concrete or masonry work. Fabricate anchorage devices capable of withstanding loads imposed by railings.  Coordinate anchorage devices with supporting structure.

K.    For railing posts set in concrete, provide steel sleeves not less than 6" long with inside dimensions not less than 1/2" greater than outside dimensions of post, with steel plate forming bottom closure.

L.    For removable railing posts, fabricate slip-fit sockets from stainless-steel tube or pipe whose ID is sized for a close fit with posts; limit movement of post without lateral load, measured at top, to not more than one-fortieth of post height.  Provide socket covers designed and fabricated to resist being dislodged.
      1.    Provide chain with eye, snap hook, and staple across gaps formed by removable railing sections at locations indicated. Fabricate from same metal as railings.

M.    Toeboards: Where indicated, provide toe boards at railings around openings and at edge of open-sided floors and platforms. Fabricate to dimensions and details indicated.  Dimension between bottom of toeboard and walking surface not to exceed 1/4-inch.

2.8    FINISHES, GENERAL

    A.    Comply with NAAMM "Metal Finishes Manual for Architectural and Metal Products" for recommendations for applying and designating finishes.

    B.    Protect mechanical finishes on exposed surfaces from damage by applying a strippable, temporary protective covering before shipping.

    C.    Appearance of Finished Work: Variations in appearance of abutting or adjacent pieces are acceptable if they are within one-half of the range of approved Samples. Noticeable variations in the same piece are not acceptable. Variations in appearance of other components are acceptable if they are within the range of approved Samples and are assembled or installed to minimize contrast.

    D.    Provide exposed fasteners with finish matching appearance, including color and texture, of railings.

2.9    ALUMINUM FINISHES

    A.    Finish designations prefixed by AA comply with the system established by the Aluminum Association for designating aluminum finishes.
        1.    Handrail Pipe and Posts:  In accordance with AA 45, designation AA-M32-C22-A41.
        2.    Cast Fittings and Toeboards:  In accordance with AA 45, designation AA-M10-C22-A41.

PART 3 - EXECUTION

3.1    EXAMINATION

    A.    Examine plaster and gypsum board assemblies, where reinforced to receive anchors, to verify that locations of concealed reinforcements have been clearly marked for Installer. Locate reinforcements and mark locations if not already done.

3.2    INSTALLATION, GENERAL

    A.    Fit exposed connections together to form tight, hairline joints and in accordance with Manufacturers written instructions.

    B.    Perform cutting, drilling, and fitting required for installing railings. Set railings accurately in location, alignment, and elevation; measured from established lines and levels and free of rack.
        1.    Do not weld, cut, or abrade surfaces of railing components that have been coated or finished after fabrication and that are intended for field connection by mechanical or other means without further cutting or fitting.
        2.    Set posts plumb within a tolerance of 1/16" in 3'.
        3.    Align rails so variations from level for horizontal members and variations from parallel with rake of steps and ramps for sloping members do not exceed 1/4" in 12'.

    C.    Corrosion Protection:  Prevent galvanic action and other forms of corrosion caused from direct contact with concrete and dissimilar metals by coating metal surfaces in accordance with manufacturers' recommendations and Section 09 90 00, PAINTING AND PROTECTIVE COATINGS.

    D.    Adjust railings before anchoring to ensure matching alignment at abutting joints.

    E.    Fastening to In-Place Construction: Use anchorage devices and fasteners where necessary for securing railings and for properly transferring loads to in-place construction.

F.   Mount handrails only on completed walls. Do not support handrails temporarily by means not satisfying structural performance requirements.

3.3   RAILING CONNECTIONS

A.   Set rails horizontal or parallel to slope of steps.  Install posts and rails in the same plane.  Remove projects or irregularities and provide smooth surface for sliding hand continuously along top rail. Use offset rail for use on stairs and platforms if post is attached to web of stringers or structural platform supports.

B.   Expansion Joints: Install expansion joints at locations indicated but not farther apart than required to accommodate thermal movement, maximum interval of 54 feet on center and at structural joints.  Provide slip-joint internal sleeve extending 2" beyond joint on either side, fasten internal sleeve securely to 1 side, and locate joint within 6" of post.

3.4   ANCHORING POSTS

A.   Where indicated, use steel pipe sleeves preset and anchored into concrete for installing posts. After posts have been inserted into sleeves fill annular space between the post and sleeve with non-shrink, nonmetallic grout, or anchoring cement mixed and placed to comply with anchoring material manufacturer's written instructions.

B.   Form or core-drill holes not less than 5" deep and 3/4" larger than OD of post for installing posts in concrete. Clean holes of loose material, insert posts, and fill annular space between post and concrete with non-shrink, nonmetallic grout or anchoring cement, mixed and placed to comply with anchoring material per Manufacturer's written instructions.

C.   Leave anchorage joint exposed; wipe off surplus anchoring material; and leave 1/8" buildup, sloped away from post.

D.   Where indicated, anchor posts with fittings engineered for anchoring posts to concrete.

E.   Anchor posts to metal surfaces with oval flanges, angle type, or floor type as required by conditions, connected to posts and to metal supporting members as follows:
     1.   For aluminum pipe railings, attach posts using fittings designed and engineered for this purpose.

F.   Install removable railing sections, where indicated, in slip-fit metal sockets cast in concrete.

G.   Anchor bolts shall be stainless steel.

3.5   ANCHORING RAILING ENDS

A.   Anchor railing ends to concrete and masonry with round flanges connected to railing ends and anchored to wall construction with anchors and bolts.

3.6   ATTACHING HANDRAILS TO WALLS

A.   Attach handrails to wall with wall brackets. Provide brackets with 1-1/2" clearance from inside face of handrail and finished wall surface.
     1.   Use type of bracket with predrilled hole for exposed bolt anchorage.

B.   Locate brackets as indicated or, if not indicated, at spacing required to support structural loads.

C.   Secure wall brackets to building construction as follows:

    1.    For concrete and solid masonry anchorage, use drilled-in expansion shields and hanger or lag bolts.

    2.    For hollow masonry anchorage, use toggle bolts.

3.7    ADJUSTING AND CLEANING

    A.    Clean aluminum by washing thoroughly with clean water and soap and rinsing with clean water.

3.8    PROTECTION

    A.    Protect finishes of railings from damage during construction period with temporary protective coverings approved by railing Manufacturer. Remove protective coverings at time of Substantial Completion.

    B.    Restore finishes damaged during installation and construction period so no evidence remains of correction work. Return items that cannot be refinished in the field to the shop; make required alterations and refinish entire unit, or provide new units.

END OF SECTION

SECTION 05 53 00 - METAL GRATINGS AND PLANK

PART 1 - GENERAL

1.1     SUMMARY

A.     Section Includes:
       1.     Metal gratings and aluminum plank.

B.     Related Sections:
       1.     05 50 00 - Metal Fabrications, for supporting beams and frame work.
       2.     05 51 00 - Metal Stairs, for requirements for grating treads.
       3.     09 90 00 - Painting and Protective Coatings, for protective coatings and coatings for
              dissimilar metals in contact.

1.2     GENERAL REQUIREMENTS

A.     Contractor, and/or sub-contractor, is responsible for field verifying all grating and plank locations,
       dimensions, obstructions, openings, and any other pertinent coordination issues prior to bidding.
       For existing items marked to be reused, contractor is responsible for field verifying existing
       condition and determining whether replacement is required prior to bidding.

1.3     SUBMITTALS

A.     Shop Drawings:
       1.     Include plans, elevations, sections, details, supports and attachment to other work.
       2.     Grating and Plank: Show dimensions, weight, and location of connections to adjacent
              grating, supports, and other Work.
       3.     Grating and Plank Supports:  Show dimensions, size, location, and anchorage to
              supporting structure.
       4.     Catalog information and catalog cuts.
       5.     Manufacturer's specifications, to include coatings.

B.     Quality Control Submittals:
       1.     Special handling and storage requirements.
       2.     Installation instructions.
       3.     Factory test reports.
       4.     Manufacturer's Certification of Compliance for specified products.
       5.     Written Test Report that swaged crossbars, if used on grating, meet the requirements of
              the specified test and additional requirements of these Specifications.

1.4     REFERENCES

A.     The following is a list of standards which may be referenced in this section:
       1.     American Association of State Highway and Transportation, Officials
              (AASHTO): Standard Specifications for Highway Bridges, 14th Edition,
              1989.
       2.     American Society for Testing and Materials (ASTM):
              a.     A 36, Standard Specification for Structural Steel.
              b.     A 123, Standard Specification for Zinc (Hot-Dip Galvanized) Coatings on Iron and
                     Steel Products.
              c.     A 153, Standard Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware
                     (R 1987).
              d.     A 193, Standard Specification for Alloy-Steel and Stainless Steel Bolting Materials
                     for High-Temperature Service.

    e.    A 194, Standard Specification for Carbon and Alloy Steel Nuts for Bolts for High-Pressure and High-Temperature Service.

    f.    A 307, Standard Specification for Carbon Steel Bolts and Studs, 60,000 psi Tensile Strength.

    g.    A 653, Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process.

    h.    A 1011/A1011M-17, Standard Specification for Steel, Sheet and Strip, Hot-Rolled, Carbon, Structural, High-Strength Low-Alloy, High-Strength Low-Alloy with Improved Formability, and Ultra-High Strength.

    i.    B 221, Standard Specification for Aluminum and Aluminum-Alloy Extruded Bars, Rods, Wire, Shapes, and Tubes.

    j.    F 844, Standard Specification for Washers, Steel, Plain (Flat), Unhardened for General Use.

    3.    National Association of Architectural Metal Manufacturers (NAAMM):
        a.    ANSI MBG 531, Metal Bar Grating Manual.
        b.    ANSI MBG 532, Heavy-Duty Metal Bar Grating Manual.

1.5    PREPARATION FOR SHIPMENT

    A.    Insofar as is practical, factory-assemble items to insure proper fit before shipping to job site.

    B.    Package and clearly tag parts and assemblies that are of necessity shipped un-assembled and protect the materials from damage, and facilitate identification and final assembly in the field.

PART 2 - PRODUCTS

2.1    FOOT TRAFFIC GRATING

    A.    Size: As indicated on the drawings.

    B.    Type: A-19-4, unless indicated otherwise.

    C.    Weight: No section shall weigh more than 150 pounds.

    D.    Material:
        1.    Aluminum Bar Type Grating:
            a.    Swage locked aluminum I-bar grating, as manufactured by:
                1).  Thompson Fabricating, LLC, Tarrant, AL.
                2).  Ohio Gratings, Inc., Canton, OR;
                3).  Approved equal.
        2.    Galvanized Steel Bar Type Grating: Press-locked, deep rectangular crossbar design, as manufactured by IKG/Borden, Clark, NJ; Type B or Type F.

2.2    LIGHT VEHICULAR TRAFFIC GRATING

    A.    Size: As indicated on the drawings.

    B.    Type: W-15-4, unless indicated otherwise.

    C.    Weight: No section shall weigh more than 150 pounds.

    D.    Material:
        1.    Aluminum Bar Type Grating: Press-locked deep rectangular crossbar design as manufactured by IKG/Borden, Clark, NJ, IKG/Borden; Type B or Type F.

      2.    Galvanized Steel Bar Type Grading:
          a.    After Fabrication: ASTM A123, zinc coating.
          b.    Manufacturer and Product:  IKG/Borden, Clark, NJ; IKG/Borden heavy weld type HWF or type HWB or press locked, rectangular crossbar, Type FJ or BJ.

## 2.3    HEAVY VEHICULAR TRAFFIC GRATING

A.    Size: As indicated on the drawings.

B.    Type: High Load Capacity (HLC), unless indicated otherwise.

C.    Material:
    1.    Galvanized Steel Bar Type:
        a.    After Fabrication: ASTM A123, zinc coating.
        b.    Manufacturer and Product: IKG/Borden, Clark, NJ; KG/Borden heavy-weld Type HWF or HWB or press-locked, rectangular crossbar, Type BJ or FJ.

## 2.4    ALUMINUM PLANK

A.    Acceptable Manufacturers, subject to the requirements, which may have acceptable products include, but are not limited to the following:
    1.    Ohio Gratings Inc.
    2.    Grating Pacific, Inc.
    3.    Harsco Industrial IKG.
    4.    McNichols Co.
    5.    Or Approved Equal.

B.    Materials: Planks and banding are Aluminum Alloy 6063-T6, ASTM B-221.
    1.    Description: Heavy Duty, Extruded Aluminum Plank.
        a.    All ends to be banded.
    2.    Type(s): As indicated on the drawings, include:
        a.    Interlocking and Unpunched
        b.    Unpunched
        c.    Diagonally punched with approximately 8% openings.
    3.    Top Surface: Manufacturer's standard slip-resistant finish.
    4.    Finish: Mill Finish.
    5.    Fabrication and Tolerances: In accordance with NAAM Metal Bar Grating Manual.
    6.    Depth: As indicated on the drawings.
    7.    Loading: As indicated on the drawings.
    8.    Weight: No section shall weigh more than 150 pounds.

## 2.5    ACCESSORIES

A.    Anchor Bolts and Nuts:
    1.    Carbon Steel: ASTM A307 or A36.
    2.    Stainless Steel: ASTM A193 and ASTM A194, Type 316.
    3.    Galvanized Steel Bolts and Nuts: ASTM A153, zinc coating for ASTM A307 or A36.

B.    Flat Washers (Unhardened): ASTM F844; use ASTM A153 for zinc coating.

C.    Removable Fastener Clips and Bolts:
    1.    Removable from above grating walkway surface.
    2.    Material: To match Plank or Grating material
    3.    Type(s):
        a.    Saddle clips

    b.    Z clips
    c.    Plank clips
    d.    Plank lugs
    e.    Countersunk land

## 2.6 FABRICATION

A. General:
1. Exposed Surfaces: Smooth finish and sharp, well-defined lines.
2. Furnish necessary rabbets, lugs, and brackets so work can be assembled in a neat, substantial manner.
3. Conceal fastenings where practical.
4. Drill metalwork and countersink holes as required for attaching hardware or other materials.
5. Weld Connections: Not permitted on grating except at banding bars.

B. Sizing:
1. Field measure areas to receive grating, verify dimensions of new fabricated supports, and fabricate to dimension required for specified clearances.
2. Section Length: Sufficient to prevent falling down through clear opening when oriented in the span direction when one end is touching either the concrete or the vertical leg of grating support.
3. Minimum Bearing: ANSI/NAAMM MBG 531.
4. Metal Crossbar Spacing: 4" maximum, unless otherwise shown or specified.
5. Crossbars: Flush with top of main bar and extend downward a minimum of 50% of the main bar depth.
    a. Swaged Crossbars:
        1). Within 1/4" of top of grating with ½" minimum vertical dimension after swaging, and minimum before swaging dimension of 5/16" square.
        2). Crossbar Dimension After Swaging: Minimum 1/8" wider than the opening at minimum of two corners at each side of each square opening in main bar.
        3). Crossbars may be a special extruded shape so that after swaging the top will be flat, 3/16" wide and will be flush with the top surface of the bearing bars for a minimum of 5/8" at center between bearing bars.
        4). Flush crossbar meeting all of the above except that after swaging shall overlap one corner by a minimum of 1/8". A sample of one bearing bar and one crossbar shall be tested by holding the bearing bar and pulling on the crossbar. The crossbar to bearing bar shall sustain a minimum of 300 pounds without pullout of the bearing bar.
        5). Tightly fit main bars and crossbars allowing no differential movement.
6. Do not use weld type crossbars.
7. Banding: All ends to be banded with same material as grating or plank; ANSI/NAAMM MBG 531 and ANSI/NAAMM MBG 532.
8. Furnish stainless steel Type 316 threaded anchor studs, as fasteners for grating or plank attachment to metal supports either not embedded or partially embedded in concrete.

C. Supports:
1. Seat angles and beams where shown:
    a. Material: To match grating or plank.
    b. Extruded aluminum frame with slot for recessed grating clips.
2. Coordinate dimensions and fabrication with grating or plank to be supported.
3. Welded Frames with Anchors: Continuously welded.

D. Slip-Resistant Surface:
1. Rectangular Aluminum Bar Grating: As manufactured by:
    a. IKG/Borden, Clark, NJ; EZ Weldslip-Resistant Coating.
    b. Seidelhuber Metal Products, Inc., Hayward, CA; Safety Grit Non-Slip System.

       c.     Ohio Gratings, Inc., Canton, OH with "Slip-Not" Safety Surface manufactured by W.S. Molnar Co., Detroit, MI.

    2.     I-Bar grating aluminum shall incorporate a striated antiskid walking surface produced during the extrusion process, as manufactured by:

       a.     IKG/Borden, Clark, NJ.
       b.     Seidelhuber Metal Products, Inc., Hayward, CA.
       c.     Klemp Corp., Chicago, IL.

E.    Aluminum:
    1.     ASTM B221 extruded shapes.
    2.     Fabricate as shown and in accordance with Manufacturer's recommendations.
    3.     Grind smooth sheared edges exposed in the finished work.
    4.     Swage crossbars, if used, with equipment strong enough to deform crossbars.
    5.     Eliminate any loose crossbar intersections on swaged grating.

## PART 3 - EXECUTION

3.1     PREPARATION

A.    Electrolytic Protection:
    1.     Aluminum in contact with dissimilar metals, other than stainless steel, or in contact with masonry, grout, or concrete shall be coated with a bituminous coating as specified in Section 09 90 00, Painting and Protective Coatings
    2.     Allow paint to dry before installation of the material.

3.2     INSTALLATION

A.    Install supports such that grating or plank sections have a solid bearing on both ends, and that rocking or wobbling movement does not occur under designed traffic loading.

B.    Install plumb or level as applicable.

C.    Install welded frames with anchors to straight plane without offsets.

D.    Anchor grating or plank securely to supports using minimum of four fastener clips and bolts per grating or plank section.

E.    Use stainless steel anchors and accessories with aluminum gratings.

F.    Completed installation shall be rigid and neat in appearance.

G.    Wherever grating or plank is pierced by pipes, ducts, and structural members, cut openings neatly and accurately to size and weld a rectangular band bar of the same height and material as bearing bars.

H.    Cutouts for circular openings are to be 2" larger in diameter than the obstruction. Cutouts for all piping 4" or less shall be made in the field.

I.    All rectangular cutouts are to be made to the next bearing bar beyond the penetration with a clearance not to exceed bearing bar spacing.

J.    Commercially Manufactured Products:
    1.     Install in accordance with Manufacturer's recommendations.
    2.     Secure grating or plank to support members with fasteners.
    3.     Fasteners: Field locate and install.

4.    Permit each grating section or plank style grating assembly to be easily removed and replaced.

K.    Protect all painted surfaces during installation.

L.    Should coating become marred, prepare and touch up surface in accordance with paint Manufacturer's instructions.

END OF SECTION

SECTION 09 90 00 - PAINTING AND PROTECTIVE COATINGS

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes: Exposed, buried, and submerged metal, and dissimilar metals, to be protective painted, whether specifically mentioned or not, except as specified otherwise. Prime coat structural steel surfaces. Exterior concrete surfaces will not be protective painted unless specifically indicated. Interior concrete surfaces will be protective painted as specified herein.

B.     This specification allows for a protective coating system of either coal tar epoxy or epoxy coating system. Coatings may be shop applied, however, all coatings systems shall be touched up in the field for any locations where the coating is damaged or not of sufficient thickness or applied per the manufacturer's recommendations.

1.2     REFERENCES

A.     The following is a list of standards which may be referenced in this section:
1.     ASTM International (ASTM):
a.     D 16 - Standard Terminology for Paint, Related Coatings, Materials, and Applications.
b.     D 4541 - Standard Test Method for Pull-off Strength of Coatings Using Portable Adhesion Testers.
2.     NACE International (NACE):
a.     SP0178 - Design, Fabrication, and Surface Finish Practices for Tanks and Vessels to Be Lined for Immersion Service.
b.     SP0188-06 - Discontinuity (Holiday) Testing of Protective Coatings.
3.     National Association of Pipe Fabricators (NAPF):
a.     500-03 - Surface Preparation Standard for Ductile Iron Pipe and Fittings Receiving Special External Coatings and/or Special Internal Linings.
4.     NSF International (NSF):
a.     61 - Drinking Water System Components - Health Effects.
5.     Society for Protective Coatings (SSPC):
a.     QP1, Standard Procedure for Evaluating Qualifications of Painting Contractors.
b.     QP2, Standard Procedure for Evaluating the Qualifications of Painting Contractors to Remove Hazardous Paint.
c.     SP COM - Surface Preparation Commentary for Steel and Concrete Substrates.
d.     SP-1 - Solvent Cleaning.
e.     SP-2 - Hand Tool Cleaning.
f.     SP-3 - Power Tool Cleaning.
g.     SP-5 - White Metal Blast Cleaning.
h.     SP-6 - Commercial Blast Cleaning.
i.     SP-7 – Brush-Off Blast Cleaning.
j.     SP 8, Pickling.
k.     SP-10 – Near-White Blast Cleaning.
l.     SP 11-T, Power Tool Cleaning to Bare Metal.
m.     SP 13, Surface Preparation of Concrete.
n.     Guide No. 3, PA, Guide to Safety in Painting Applications.
6.     U.S. Environment Protection Agency (EPA):
a.     Method 24 - Surface Coatings.
7.     NACE International (NACE):
a.     SP0178 - Design, Fabrication, and Surface Finish Practices for Tanks and Vessels to Be Lined for Immersion Service.
b.     SP0188-06 - Discontinuity (Holiday) Testing of Protective Coatings.
8.     National Association of Pipe Fabricators (NAPF):

        a.    500-03 - Surface Preparation Standard for Ductile Iron Pipe and Fittings Receiving Special External Coatings and/or Special Internal Linings.
9.     NSF International (NSF):
        a.    61 - Drinking Water System Components - Health Effects.
10.   Society for Protective Coatings (SSPC):
        a.    QP1, Standard Procedure for Evaluating Qualifications of Painting Contractors.
        b.    QP2, Standard Procedure for Evaluating the Qualifications of Painting Contractors to Remove Hazardous Paint.
        c.    SP COM - Surface Preparation Commentary for Steel and Concrete Substrates.
        d.    SP-1 - Solvent Cleaning.
        e.    SP-2 - Hand Tool Cleaning.
        f.    SP-3 - Power Tool Cleaning.
        g.    SP-5 - White Metal Blast Cleaning.
        h.    SP-6 - Commercial Blast Cleaning.
        i.    SP-7 – Brush-Off Blast Cleaning.
        j.    SP 8, Pickling.
        k.    SP-10 – Near-White Blast Cleaning.
        l.    SP 11-T, Power Tool Cleaning to Bare Metal.
        m.   SP 13, Surface Preparation of Concrete.
        n.    Guide No. 3, PA, Guide to Safety in Painting Applications.
11.   U.S. Environment Protection Agency (EPA):
        a.    Method 24 - Surface Coatings.

## 1.3     DEFINITIONS

A.     Terms used in this section:
1.     Submerged metal: Steel or iron surfaces below tops of channel or structure walls which will contain water even when above expected water level.
2.     Submerged concrete and masonry surfaces: Surfaces which are or will be:
3.     Underwater.
4.     In structures which normally contain water.
5.     Below tops of walls of water containing structures.
6.     Exposed surface: Any metal or concrete surface, indoors or outdoors that is exposed to view.
7.     Dry film thickness (DFT): Thickness of fully cured coating, measured in mils.
8.     Volatile organic compound (VOC): Content of air polluting hydrocarbons in uncured coating product measured in units of grams per liter or pounds per gallon, as determined by EPA Method 24.
9.     Ferrous: Cast iron, ductile iron, wrought iron, and all steel alloys except stainless steel.
10.   Where SSPC surface preparation standards are specified or implied for ductile iron pipe or fittings, the equivalent NAPF surface preparation standard shall be substituted for the SSPC standard.
11.   Coverage:  Total minimum dry film thickness in mils, or square feet per gallon.
12.   FRP:  Fiberglass Reinforced Plastic.
13.   HCl:  Hydrochloric Acid.
14.   MDFT:  Minimum Dry Film Thickness.
15.   MDFTPC:  Minimum Dry Film Thickness per Coat.
16.   Mil:  Thousandth of an inch.
17.   Military Specification-Paint.
18.   PSDS:  Paint System Data Sheet.
19.   SFPG:  Square Feet per Gallon.
20.   SFPGPC:  Square Feet per Gallon per Coat.
21.   SP:  Surface Preparation.

1.4     PERFORMANCE REQUIREMENTS

A.    Coating materials shall be especially adapted for use in **outdoor environments**.

1.5     SUBMITTALS

A.    General: Submit in accordance with Section 01 33 00 SUBMITTAL PROCEDURES.

B.    Shop Drawings:
1.    Schedule of proposed coating materials.
2.    Schedule of surfaces to be coated with each coating material.

C.    Product Data: Include description of physical properties of coatings including solids content and ingredient analysis, VOC content, temperature resistance, typical exposures and limitations, and manufacturer's standard color chips:
1.    Data Sheets:
a.    For each paint system, furnish a Paint System Data Sheet (PSDS), the Manufacturer's Technical Data Sheets, and paint colors available (where applicable) for each product used in the paint system.  The PSDS form is appended to the end of this section.
b.    Submit required information on a system-by-system basis.
c.    Furnish copies of paint system submittals to the coating applicator.
d.    Indiscriminate submittal of Manufacturer's literature only is not acceptable.
e.    Regulatory requirements: Submit data concerning the following:
f.    Volatile organic compound limitations.
g.    Coatings containing lead compounds and PCBs.
h.    Abrasives and abrasive blast cleaning techniques, and disposal.
i.    NSF certification of coatings for use in potable water supply systems.

D.    Samples: Include 8-inch square drawdowns or brush-outs of topcoat finish when requested. Identify each sample as to finish, formula, color name and number and sheen name and gloss units.

E.    Certificates: Submit in accordance with requirements for Product Data.

1.6     QUALITY ASSURANCE

A.    Quality Assurance Submittals:
1.    Quality Assurance plan.
2.    Qualifications of coating applicator including List of Similar Projects and List of References substantiating experience.
3.    Factory Applied Coatings:  Manufacturer's certification stating factory applied coating system meets or exceeds requirements specified.
4.    If the Manufacturer of finish coating differs from that of shop primer, provide both Manufacturers' written confirmation that materials are compatible.
5.    Manufacturer's written instructions and special details for applying each type of paint.
6.    Manufacturers' Certification of Proper Installation.

B.    Certifications: All paints and coatings to be used on this project comply with current federal, state, and local VOC regulations

1.7     PRODUCT DELIVERY, STORAGE AND HANDLING

A.    Deliver, store, and handle products as specified in Section 01 60 00 PRODUCT REQUIREMENTS.

B.    Remove unspecified and unapproved paints from Project site immediately.

C.    Deliver new unopened containers with labels identifying the manufacturer's name, brand name, product type, batch number, date of manufacturer, expiration date or shelf life, color, and mixing and reducing instructions.
    1.    Do not deliver materials aged more than 12 months from manufacturing date.

D.    Store coatings in well-ventilated facility that provides protection from the sun, weather, and fire hazards. Maintain ambient storage temperature between 45 and 90 degrees Fahrenheit, unless otherwise recommended by the manufacturer.

E.    Take precautions to prevent fire and spontaneous combustion.

F.    Shipping:
    1.    Where pre-coated items are to be shipped to the site, protect coating from damage.  Batten coated items to prevent abrasion.
    2.    Use nonmetallic or padded slings and straps in handling.

## 1.8    PROJECT CONDITIONS

A.    Surface moisture contents: Do not coat surfaces that exceed manufacturer specified moisture contents.

B.    Do not apply coatings:
    1.    Under dusty conditions or adverse environmental conditions, unless tenting, covers, or other such protection is provided for structures to be coated.
    2.    When light on surfaces measures less than 15 foot-candles.
    3.    When ambient or surface temperature is less than 55 degrees Fahrenheit unless manufacturer allows a lower temperature.
    4.    When relative humidity is higher than 85 percent.
    5.    When surface temperature is less than 5 degrees Fahrenheit above dew point.
    6.    When surface temperature exceeds the manufacturer's recommendation.
    7.    When ambient temperature exceeds 90 degrees Fahrenheit, unless manufacturer allows a higher temperature.
    8.    Apply clear finishes at minimum 65 degrees Fahrenheit.

C.    Provide fans, heating devices, dehumidifiers, or other means recommended by coating manufacturer to prevent formation of condensate or dew on surface of substrate, coating between coats and within curing time following application of last coat.

D.    Provide adequate continuous ventilation and sufficient heating facilities to maintain minimum 55 degrees Fahrenheit for 24 hours before, during and 48 hours after application of finishes.

## 1.9    SPECIAL GUARANTEE

A.    Furnish Manufacturer's extended guarantee or warranty, with OWNER named as beneficiary, in writing, as special guarantee.  Special guarantee shall provide for correction, or at the option of the OWNER, removal and replacement of work specified in this Specification section found *defective* during a period of 1 year after the date of Substantial Completion.

B.    Contractor and paint Manufacturer shall jointly and severally furnish guarantee.

1.10    MAINTENANCE

A.    Extra materials: Deliver as specified in Section 01 77 00. Include minimum 1 gallon of each type and color of coating applied:
1.    When manufacturer packages material in gallon cans, deliver unopened labeled cans as comes from factory.
2.    When manufacturer does not package material in gallon cans, deliver material in new gallon containers, properly sealed and identified with typed labels indicating brand, type, and color.

PART 2 - PRODUCTS

2.1    MANUFACTURERS

A.    Special coatings: One of the following or equal:
1.    Carboline: Carboline, St. Louis, MO.
2.    Ceilcote: International Protective Coatings, Berea, OH.
3.    Dampney: The Dampney Company, Everett, MA.
4.    Devoe: International Protective Coatings, Louisville, KY.
5.    Dudick: Dudick, Inc., Streetsboro, OH.
6.    GET: Global Eco Technologies, Pittsburg, CA.
7.    Henkel: Henkel North America, Madison Heights MI.
8.    IET: Integrated Environmental Technologies, Santa Barbara, CA.
9.    Induron Protective Coatings, Birmingham, AL.
10.    PPG Amercoat: PPG Protective & Marine Coatings, Brea, CA.
11.    Raven Lining Systems, Broken Arrow, OK.
12.    Rustoluem : Rustoleum Corp., Sommerset, NJ.
13.    Sanchem: Sanchem, Chicago, IL.
14.    Superior: Superior Environmental Products, Inc., Addison, TX.
15.    S-W: Sherwin-Williams Co., Cleveland, OH.
16.    Tnemec: Tnemec Co., Kansas City, MO.
17.    Wasser: Wasser High Tech Coatings, Kent, WA.
18.    ZRC: ZRC Worldwide Innovative Zinc Technologies, Marshfield, MA.

2.2    COATING MATERIALS

A.    Acceptable coating products are listed below, or equals:
1.    Carboline: Bitumastic No. 50.
2.    S-W: Targuard.
3.    Wasser: MC-Tar.
4.    Or Equals

PART 3 - EXECUTION

3.1    GENERAL PROTECTION

A.    Protect adjacent surfaces from coatings and damage. Repair damage resulting from inadequate or unsuitable protection:

B.    Protect adjacent surfaces not to be coated from spatter and droppings with drop cloths and other coverings:
1.    Mask off surfaces of items not to be coated or remove items from area.

C.    Place cotton waste, cloths, and material which may constitute fire hazard in closed metal containers and remove daily from site.

D.    Remove electrical plates, surface hardware, fittings, and fastenings, prior to application of coating operations. Carefully store, clean, and replace on completion of coating in each area. Do not use solvent or degreasers to clean hardware that may remove permanent lacquer finish.

3.2    GENERAL PREPARATION

A.    Prepare surfaces in accordance with coating manufacturer's instructions, unless more stringent requirements are specified in this Section.

B.    Iron and Steel surfaces:
1.    Remove grease and oil in accordance with SSPC SP-1.
2.    Remove rust, scale, and welding slag and spatter, and prepare surfaces in accordance with appropriate SSPC standard as specified.

C.    Shop primed metal:
1.    Certify that primers applied to metal surfaces in the shop are compatible with coatings to be applied over such primers in the field. Any shop primed metal shall be abraded according to the manufacturer's direction.
2.    If shop primer is not an approved coating in this specification, remove shop primer from metal by abrasive blasting in accordance with SSPC SP-10, unless greater degree of surface preparation is required by coating manufacturer's representative.
3.    Correct abraded, scratched, or otherwise damaged areas of prime coat by sanding or abrasive blasting to bare metal in accordance with SSPC SP-2, SP 3, or SP-6, as directed by the ENGINEER.
4.    When entire shop priming fails or has weathered excessively (more than 25 percent of the item), or when recommended by coating manufacturer's representative, abrasive blast shop prime coat to remove entire coat and prepare surface in accordance with SSPC SP-10.
5.    When incorrect prime coat is applied, remove incorrect prime coat by abrasive blasting in accordance with SSPC SP-10.
6.    When prime coat not authorized by ENGINEER is applied, remove unauthorized prime coat by abrasive blasting in accordance with SSPC SP-10.
7.    Shop applied bituminous paint or asphalt varnish: Abrasive blast clean shop applied bituminous paint or asphalt varnish from surfaces scheduled to receive non-bituminous coatings.

D.    Grind sharp edges to approximately 1/16-inch radius before abrasive blast cleaning.

E.    Remove and grind smooth all excessive weld material and weld spatter before blast cleaning in accordance with NACE SP0178.

3.3    GENERAL APPLICATION REQUIREMENTS

A.    Apply coatings in accordance with manufacturer's instructions.

B.    Coat metal unless specified otherwise:
1.    Above ground piping to be coated shall be empty of contents during application of coatings.

C.    Verify metal surface preparation immediately before applying coating in accordance with SSPC SP COM.

D.    Allow surfaces to dry, except where coating manufacturer requires surface wetting before coating.

E.    Wash coat and prime sherardized, aluminum, copper, and bronze surfaces, or prime with manufacturer's recommended special primer.

F.  Prime shop primed metal surfaces. Spot prime exposed metal of shop primed surfaces before applying primer over entire surface.

G.  Multiple coats:
    1.  Apply minimum number of specified coats.
    2.  Apply additional coats when necessary to achieve specified thicknesses.
    3.  Apply coats to thicknesses specified, especially at edges and corners.
    4.  When multiple coats of same material are specified, tint prime coat and intermediate coats with suitable pigment to distinguish each coat.
    5.  Lightly sand and dust surfaces to receive high gloss finishes, unless instructed otherwise by coating manufacturer.
    6.  Dust coatings between coats.

H.  Coat surfaces without drops, overspray, dry spray, runs, ridges, waves, holidays, laps, or brush marks.

I.  Remove spatter and droppings after completion of coating.

J.  Apply coating by brush, roller, trowel, or spray, unless particular method of application is required by coating manufacturer's instructions or these Specifications.

K.  Plural component application: Drums shall be premixed each day. All gauges shall be working order prior to the start of application. Ratio checks shall be completed prior to each application. A spray sample shall be sprayed on plastic sheeting to ensure set time is complete prior to each application. Hardness testing shall be performed after each application.

L.  Spray application:
    1.  Stripe coat edges, welds, nuts, bolts, difficult to reach areas by brush before beginning spray application, as necessary, to ensure specified coating thickness along edges.
    2.  When using spray application, apply coating to thickness not greater than that recommended in coating manufacturer's instructions for spray application.
    3.  Use airless spray method, unless air spray method is required by coating manufacturer's instruction or these Specifications.
    4.  Conduct spray coating under controlled conditions. Protect adjacent construction and property from coating mist, fumes, or overspray.

M.  Drying and recoating:
    1.  Provide fans, heating devices, or other means recommended by coating manufacturer to prevent formation of condensate or dew on surface of substrate, coating between coats and within curing time following application of last coat.
    2.  For submerged service the CONTRACTOR shall provide a letter to the ENGINEER that the lining system is fully cured and ready to be placed into service .
    3.  Limit drying time to that required by these Specifications or coating manufacturer's instructions.
    4.  Do not allow excessive drying time or exposure which may impair bond between coats.
    5.  Recoat epoxies within time limits recommended by coating manufacturer.
    6.  When time limits are exceeded, abrasive blast clean and de-gloss clean prior to applying another coat.
    7.  When limitation on time between abrasive blasting and coating cannot be met before attachment of components to surfaces which cannot be abrasive blasted, coat components before attachment.
    8.  Ensure primer and intermediate coats of coating are unscarred and completely integral at time of application of each succeeding coat.
    9.  Touch up suction spots between coats and apply additional coats where required to produce finished surface of solid, even color, free of defects.
    10. Leave no holidays.

3.4     COAL TAR EPOXY

A.    Pump Intake Pipe Interior and Exterior, Pump Standpipe Interior and Exterior, Accessories and other Immersed and/or Exposed or Buried Metal Surfaces:

B.    Preparation:
       1.    Prepare surfaces in accordance with general preparation requirements and as follows:

C.    Abrasive blast iron or steel surfaces to be coated as submerged metal in accordance with SSPC SP-5. Prepare other metal surfaces to be coated with coal tar epoxy in accordance with epoxy manufacturer's instructions.

D.    Application:
       1.    Apply coatings in accordance with general application requirements and as follows:
              a.    Apply 2 coats of 8 mils each for a total 16 mils dry film thickness.
              b.    Apply coal tar epoxy on blasted steel on same day that steel is blasted.
              c.    Apply succeeding coats over previous coat as soon as application does not cause sagging, within the following times, or as recommended by the coating manufacturer, whichever is sooner.

| Average Temperature Degrees (Fahrenheit) | Maximum Time Between Coats (Hours) |
|---|---|
| 50 to 60 | 36 |
| 60 to 70 | 24 |
| 70 to 80 | 12 |
| 80 to 120 | 4 |

              d.    Apply additional coats required to obtain specified thickness.
              e.    When previous coat has cured or set or Maximum Time Between Coats has lapsed, abrasive blast previous coat until surface film is removed. Wash and clean surface with cleaning solvent. Apply succeeding coat within Maximum Time Between Coats or as recommended by coating manufacturer, whichever is sooner.
              f.    When succeeding coat is applied over previous coat which has cured or set or Maximum Time Between Coats has lapsed, and surface has not been abrasive blasted, remove entire coating system to substrate, and apply new coating system.
              g.    Where coating system is applied to exterior concrete surfaces below grade, extend system at least 3 inches above finish grade in straight level. Step extended system down 3 inches when extended system reaches 6 inches above finish grade.

3.5     FIELD QUALITY CONTROL

A.    Each coat will be inspected. Strip and remove defective coats, prepare surfaces and recoat. When approved, apply next coat.

B.    Control and check dry film thicknesses and integrity of coatings.

C.    Measure dry film thickness with calibrated thickness gauge.

END OF SECTION

SECTION 26 05 00 - COMMON WORK RESULTS FOR ELECTRICAL

PART 1 - GENERAL

1.1     SUMMARY

A.     This Section specifies the basic requirements for electrical installations and includes requirements common to more than one section of Division 26. It expands and supplements the requirements specified in the General and Supplementary Conditions.

B.     This project consists of construction of the new building structures, associated facilities, and all related electrical systems as defined in the plans and in these specifications.

C.     The work includes the installation, connection and testing of new electrical equipment, including electrical services, power distribution equipment, lighting equipment, underground electrical work, grounding systems, control systems, conduit and wiring, coordination of traffic flow, temporary power systems, special electrical systems and all appurtenances to construct and demonstrate proper operation of the completed electrical systems.

D.     The Contractor shall be responsible for the coordination of power, communication, and controls for the project.

E.     The electrical plans do not give exact locations, etc., and do not show all the offsets, control lines, pilot lines, and other installation details. Each contractor shall carefully lay out the work at the sites to conform to the job conditions, to conform to details of installation supplied by the manufacturers of the equipment to be installed, and thereby to provide complete operating systems.

F.     The electrical plans show diagrammatically the locations of the various electrical outlets and apparatus and the general method of circuiting and controlling. Exact locations of these outlets and apparatus shall be determined by reference to the general plans and to all detail drawings, etc., by measurements at the buildings, and in cooperation with other crafts, and in all cases shall be subject to the approval of the Owner and Engineer. The Engineer reserves the right to make any reasonable change in location of any outlet or apparatus before installation, without additional cost to the Owner.

G.     These specifications and the accompanying drawings are intended to cover systems which will not interfere with the structure of the buildings, which will fit into the several available spaces, and which will ensure complete and satisfactory systems. Each bidder shall be responsible for the proper fitting of the material and apparatus into the buildings.

H.     Should the particular equipment which any bidder proposes to install require other space conditions than those indicated on the Drawings, the Bidder shall arrange for such space with the Engineer before submitting the bid. Should changes become necessary on account of failure to comply with this clause, the Contractor shall make such changes at the Contractor's expense.

I.     Where wire sizes, conduit and other items of construction are shown or required for a complete installation, but are not adequately identified as to size or material requirements, the materials furnished shall be in accordance with "Code" requirements as though shown in detail on the Drawings.

J.     All equipment shall be leveled and made plumb. Metal junction boxes, equipment enclosures and metal raceways mounted on water or earth-bearing walls shall be separated from walls not less than 1/4 inch by corrosion-resistant spacers. All electrical conduits and items of equipment shall be run or set parallel to walls, floors and other items of construction.

1.2     STANDARDS

A.     The Contractor shall perform work specified in Division 26 in accordance with standards listed below. Where these specifications are more stringent, the most stringent standard shall take precedence. In case of conflict, obtain a decision from the Engineer.
  1.     Applicable National Fire Protection Association (NFPA) codes, including but not limited to:
    a.     NFPA 70 – National Electrical Code.
    b.     NFPA 70E – Standard for Electrical Safety in the Workplace.
    c.     NFPA 72 - National Fire Alarm Code.
    d.     NFPA 101 – Life Safety Code.
    e.     NFPA 820 – Standard for Fire Protection in Wastewater Treatment and Collection Facilities.
    f.     Internet Website: http://www.nfpa.org
  2.     Applicable Code of Federal Regulations (CFR) codes, including but not limited to:
    a.     29 CFR 1910 – Occupational Safety and Health Standards (OSHA).
    b.     29 CFR 1926 – Safety and Health Regulations for Construction.
    c.     Internet Website: http://www.gpo.gov/fdsys
  3.     ANSI/IEEE C2 – National Electrical Safety Code.
  4.     Applicable Federal, State and Local Fire codes.
  5.     Applicable Federal, State and Local Energy Codes.
  6.     Applicable Federal, State and Local Building Codes.
  7.     Applicable City Electrical Code.
  8.     Applicable City Ordinances pertaining to electrical work.
  9.     Applicable Federal, State and Local – Environmental, Health and Safety Laws and Regulations.

B.     Contractor shall utilize the most current editions of standards, which are current at time of bid and as recognized by the Authority Having Jurisdiction for the respective standard.

1.3     SUBMITTALS

A.     Submittals shall comply with Section 01 33 00 SUBMITTAL PROCEDURES and the General and Supplementary Conditions.

B.     Submittals shall be furnished by the Contractor for the work involved in sufficient time so that no delay or changes will be caused. Fax copies are not acceptable.

C.     Submittals shall consist of manufacturing information, schematics, wiring diagrams, ladder logic diagrams, instrument loop diagrams, outline drawings, clearances and related information. Shop Drawings shall be so marked as to indicate the EXACT items offered.

D.     Submittals shall bear Contractor's certification that the item complies in all respects with the item originally specified. It is the Contractor's responsibility to procure the proper sizes, quantities, rearrangements, structural modifications or other modifications in order for the substituted item to comply with the established requirements.

E.     The Contractor shall combine each submittal set into one electronic file (pdf format). Group materials submitted by their Specification numbers, but do not submit the entire electrical within one submittal. Provide electronic bookmarks in the pdf to indicate the included equipment types and a title sheet to separate each section.

F.     The Contractor shall submit complete descriptions, illustrations, specification data, etc., of all materials, fittings, devices, fixtures, special systems, etc., as required by the individual sections of this Division.

G.  Submittal of shop drawings, product data and samples will be accepted only when submitted by the Contractor. Data submitted from subcontractors and material suppliers directly to the Engineer will not be processed.

H.  All submittals shall provide the following information:
    1.  General Contractor.
    2.  Sub-Contractor.
    3.  Distributor and/or Supplier.
    4.  Sales Agency.
    5.  Submittals not supplying this information will be rejected.

I.  Shop Drawings: In addition to the above, submit shop drawings for major materials where called for and when requested by the Engineer.
    1.  Lockout/Tagout Program.
    2.  Switchboard, motor control centers, panelboards, surge arresters, and safety switches.
    3.  Motor starters and contactors including custom wiring diagrams for all motors.
    4.  Lighting fixtures and lamps including light pole foundation requirements.
    5.  Wire, cable and conduit.
    6.  Dry type transformers including weight and dimensions.
    7.  Wiring devices and plates.
    8.  Dimensioned layout of electrical room drawn to scale, with equipment location shown therein. Clearances shall be in accordance with NEC and local codes.
    9.  Dimensioned layout of all below grade conduit installations.
    10. Grounding system and layout.
    11. Lightning protection system layout.
    12. Traffic control system layout and schematics.
    13. Seismic protection materials and methods for all electrical equipment.
    14. Mounting brackets, supports and assembly for walkway mounted equipment including instruments, lighting and control panels

1.4  QUALITY ASSURANCE

A.  Any electrical equipment provided under this Division shall be turned over to the Owner in operating condition.    Instruction on further operation and maintenance shall be included in the operating and maintenance instructions.

1.5  PRODUCT LISTING

A.  Prepare listing of major electrical equipment and materials for the project.

B.  Provide all information requested.

C.  Submit this listing as a part of the submittal requirements.

D.  When two or more items of same material or equipment are required they shall be of the same manufacturer when available. Product manufacturer uniformity does not apply to raw materials, bulk materials, wire, conduit, fittings, sheet metal, steel bar stock, welding rods, solder, fasteners, motors for dissimilar equipment kits, and similar items used in Work, except as otherwise indicated.

E.  Provide products that are compatible within systems and other connected items.

1.6     NAMEPLATE DATA

A.     Provide permanent operational data nameplate on each item of power operated equipment, indicating manufacturer, product name, model number, serial number, capacity, operating and power characteristics, labels of tested compliances, and similar essential data. Locate nameplates in an accessible location.

1.7     WORK SUPERVISION

A.     The Contractor shall designate in writing the qualified electrical supervisor who shall provide supervision to all electrical work on this project. The minimum qualifications for the electrical supervisor shall be a master electrician as defined by the statutes of the State of the work being performed. The supervisor or his appointed alternate possessing at least a master electrician license shall be on site whenever electrical work is being performed. The qualifications of the electrical supervisor shall be subject to approval of the Owner and the Engineer.

B.     All master and journeyman electricians shall be licensed in accordance with the statutes of the State of the work being performed. No unlicensed electrical workers shall perform work on this project. Apprentice electricians in a ratio of not more than one apprentice per journeyman electrician will be allowed if the apprentices are licensed and actively participating in an apprentice-ship program recognized and approved by the statutes of the State of the work being performed.

1.8     PRIMARY UTILITY SERVICE

A.     The Contractor shall install all primary trenching, conduits, and backfilling for the primary service in accordance with utility requirements and utility specifications in conjunction with these plans and specifications. The Contractor shall construct concrete pads for all utility pad mount transformers in accordance with utility requirements and these plans and specifications.

B.     The Contractor shall be responsible for coordinating all electrical work with the servicing utility prior to construction and providing all equipment, connectors, metering boxes and accessories to make all final connections.

1.9     SECONDARY SERVICE

A.     New electrical work shall be as noted in the drawings. If required, services shall be 480Y/277 volt, three-phase, four-wire grounded as indicated.  All secondary services are to be furnished and installed by the contractor.

B.     The Contractor shall be responsible for coordinating all electrical work with the servicing utility prior to construction and providing all equipment, connectors, and accessories to make all final secondary connections.

C.     The Contractor shall provide temporary service conductors and raceway system as may be required. The Contractor shall then provide and connect permanent service conductors and raceway system after the permanent installation. The Contractor shall coordinate temporary service, installation, metering and all other items as required with the servicing utility. The Contractor shall be responsible for paying all temporary electric monthly metering charges.

D.     Service entrance electrical ducts shall be at a depth to provide 24 inches minimum cover over the top of the underground electrical duct, regardless of the soil conditions or substances encountered.

1.10    TELEPHONE WORK

A.    The Contractor shall be responsible for coordinating all telephone work with the servicing utility, Owner and Engineer.

1.11    LOCKOUT / TAGOUT PROGRAM

A.    The Contractor shall provide a complete copy of and electrical energy source Lockout/Tagout Program to the Owner, with copy to the Engineer. The document shall clearly identify the on-site master electricians and their contact information, including office and mobile telephone numbers.

B.    The Lockout/Tagout Program shall comply with Part 1910 - Occupational Safety and Health Standards (OSHA) Subpart S – Electrical, and meet the requirements of 29 CFR 1910.147, The Control of Hazardous Energy (Lockout/Tagout), including requirements listed in 1910.331 through 1910.335.

C.    Implementation of the Lockout/Tagout Program and all other related safety requirements are the sole responsibility of the Contractor.

1.12    SAFETY PROGRAM

A.    The Contractor shall implement an electrical safety program that complies with NFPA 70E and 29 CFR 1926.

B.    Implementation of the Electrical Safety Program, determining and providing proper Personal Protective Equipment (PPE), training and enforcing personnel to wear the prescribed PPE, conducting work area safety inspections (including correcting deficiencies), and all other related safety requirements are the sole responsibility of the Contractor.

1.13    EQUIPMENT CONNECTIONS

A.    General: Provide connections for all equipment installed or modified by this contract, regardless of who furnished the equipment.

B.    Provide all disconnect switches required by Code whether or not shown on the plans.

C.    Contractor shall connect Owner-furnished equipment when specified.

1.14    GENERAL CONDITIONS

A.    The work under this heading is subject to the General and Supplementary Conditions, special conditions for mechanical and electrical work, and the Contractor or subcontractor will be responsible for and be governed by all requirements thereunder as though specifically repeated herein.

1.15    COORDINATION

A.    The Contractor shall coordinate arrangement, mounting and support of all electrical equipment:
    1.    To allow maximum possible headroom unless specific mounting heights are indicated.
    2.    To provide for ease of disconnecting the equipment with minimum interference to other installations.
    3.    To allow right of way for piping and conduit installed at a required slope.
    4.    So connecting raceways, cables and wireways will be clear of obstructions and of the working and access space of other equipment.

B.   The Contractor shall coordinate electrical equipment to be mounted on vendor supplied walkways with supplier.

1.16   SPECIAL NOTE

A.   The mechanical, structural and process plans and specifications, including the general conditions and all supplements issued thereto, information to bidders, and other pertinent documents issued by the Engineer, are a part of these specifications and the accompanying electrical plans, and shall be complied with in every respect. All the above is included herewith, and shall be examined by all bidders. Failure to comply shall not relieve the Contractor of responsibility or be used as a basis for additional compensation due to omission of mechanical, process and structural details from the electrical drawings.

1.17   CONTINUATION OF SERVICES

A.   The Contractor shall install any temporary lines and connections required to maintain electric services and safely remove and dispose of them when complete. The Contractor shall supply emergency power whenever any existing electrical service is without power. In general, the existing facility shall remain operational during construction.

B.   Planned outages shall be coordinated two weeks in advance with duration and time of start approved by the Owner. Changeover work which may be required after normal hours or weekends shall not constitute the basis for additional cost to the Owner. When an outage begins, the Contractor shall proceed directly to completion of the work without unscheduled interruptions or delays due to lack of manpower, equipment or tools.

C.   The Contractor shall refer to the sequence of construction and shall provide temporary connections as may be required to complete each phase of construction as may be required. The Contractor shall submit proposed electrical service plans for each phase of construction to the Owner and Engineer for consideration.

1.18   LAYOUT

A.   The Contractor shall coordinate and establish all bench marks and control lines. The Contractor shall lay out all work. The lay out shall be reviewed by the Engineer and Owner prior to starting any work.

1.19   RELATED WORK SPECIFIED ELSEWHERE

A.   Mechanical Equipment: The Contractor shall rough-in for and make final electrical connections to all motor, panels, fixtures, and equipment furnished under other sections  of the specifications, providing all material and equipment required for such final connections, except hereinbefore described. This includes, but is not limited to, control panels and other miscellaneous equipment.

B.   The Contractor shall refer to other sections of these specifications for all information relating to the requirements of all electrical connections to the equipment and shall furnish and install electrical items required for a complete installation, ready for operation.

C.   Roughing-in shall be accomplished from approved shop drawings.

D.   Verify final locations for rough-ins with field measurements and with the requirements of the actual equipment to be connected.

E.   Refer to equipment specifications in other Divisions for rough-in requirements.

1.20    LOCAL CONDITIONS

A.    Inspection of Sites: The bidder shall inspect the site, thoroughly acquaint himself with conditions to be met and work to be accomplished. Failure to comply with this shall not constitute grounds for any additional payments.

1.21    RECORD DOCUMENTS

A.    Refer to the General and Supplementary Conditions for requirements. The following paragraphs supplement the requirements of the General and Supplementary Conditions:
1.    Mark Drawings to indicate revisions to conduit size and location both exterior and interior; actual equipment locations, dimensioned for column lines; concealed equipment, dimensioned to column lines; distribution and branch electrical circuitry; fuse and circuit breaker size and arrangements; support and hanger details; Change Orders; concealed control system devices.
2.    The Contractor shall locate all underground and concealed work, identifying all equipment, conduit, circuit numbers, motors, feeders, breakers, switches, and starters. The Contractor will certify accuracy by endorsement. Record drawings shall be correct in every detail, such that the Owner can properly operate, maintain, and repair exposed and concealed work.
3.    The Contractor shall store the Record drawings on the site. Drawings shall not be rolled. Make corrections, additions, etc., with pencil, with date and authorization of change.
4.    Mark specifications to indicate approved substitutions; Change Orders; actual equipment and materials used.

1.22    OPERATION AND MAINTENANCE DATA

A.    Refer to Section 01 33 00 SUBMITTAL PROCEDURES and Section 01 78 23 OPERATION AND MAINTENANCE DATA for procedures and requirements for preparation and submittal of maintenance manuals.

B.    In addition to the information required by Sections 01 33 00 and 01 78 23, include the following information:
1.    Installation manual: Description of function, installation and calibration manuals, normal operating characteristics and limitations, performance curves, engineering data and tests, and complete nomenclature and commercial numbers of all replaceable parts.
2.    Operations manual: Manufacturer's printed operating instructions and procedures to include start-up, break-in, routine and normal operating instructions; regulation, control, stopping, shutdown, and emergency instructions; summer and winter operating instructions; and all programming and equipment settings.
3.    Maintenance manual: Maintenance procedures for routine preventative maintenance and troubleshooting; disassembly, repair, and reassembly; aligning and adjusting instructions.
4.    Service manual: Servicing instructions and lubrication charts and schedules, including the names and telephone numbers of personnel to contact for both routine periodic and warranty service for equipment and materials provided under this Division.
5.    Final approved equipment shop drawings, clearly labeled.
6.    Final test reports, clearly labeled, including motor certification tests.
7.    Final certified calibration sheets for all equipment and instruments.

C.    After approval of the O&M Manuals, the Contractor shall provide three (3) complete electronic copies of all documentation in Adobe PDF file format using a storage media device of the Owner and Engineer's choosing.

1.23    GUARANTEE

A.    The Contractor shall guarantee the work and materials for a period of one (1) year from the date of completion. If there are failures due to faulty material or workmanship, the Contractor shall correct the failure at no cost to the Owner.

B.    Refer to the General and Supplementary Conditions for procedures and submittal requirements for warranties. Refer to individual equipment specifications for warranty requirements.
1.    Compile and assemble the warranties specified in Division 26, into a separate set of vinyl covered, three ring binders, tabulated and indexed for easy reference.

C.    Provide complete warranty information for each item to include product or equipment to include date of beginning of warranty or bond; duration of warranty or bond; and names, addresses, and telephone numbers and procedures for filing a claim and obtaining warranty services.

D.    Upon completion of the installation, the Contractor shall adjust the systems to the satisfaction of the Engineer.

E.    This guarantee shall include the capacity and integrated performance of the component parts of the various systems in accordance with the intent of the specifications. The Contractor shall conduct complete tests required by the Engineer to demonstrate the ability of the various systems.

1.24    CLEANING

A.    Refer to Section 01 77 00 CLOSEOUT PROCEDURES for general requirements for final cleaning.

B.    Clean all light fixtures, lamps and lenses prior to final acceptance. Replace all inoperative lamps.

C.    The electrical system shall be thoroughly cleaned inside and outside, of all enclosures to remove all debris, dust, concrete splatter, plaster paint and lint.

PART 2 - PRODUCTS

2.1    MATERIALS AND EQUIPMENT

A.    All materials and equipment used in carrying out these specifications shall be new and have UL listing, or listing by other recognized testing laboratory when such listings are available. Specifications and drawings indicate name, type, or catalog numbers of materials and equipment to be used as standards.

2.2    HEAT TRACING

A.    Heat trace and insulate all exposed piping, water lines, and valves less than 8" diameter and all equipment where water may collect.  Where exact sizes, panels, boxes, conduit, circuitry and other items of construction are shown or required for a complete installation, but are not adequately identified as to size or material requirements, the materials furnished shall be as needed to provide freeze protection requirements as though shown in detail on the Drawings.  The Contractor shall be responsible for supplying all items as required for complete heat tracing systems regardless of the level of detail shown on the Drawings.

B.    Contractor shall meet all National Electrical code requirements for heat tracing and particularly to Resistance Heating Elements Article 427-21, 22 and 23.

PART 3 - EXECUTION

3.1     SALVAGE

A.     All salvage and equipment removed by the work shall remain the property of the Owner unless directed otherwise by the Owner. Material removed from the project shall be stored on the project site where and as directed. Debris shall be removed from the job site and disposed of by the Contractor.

3.2     DEMOLITION AND DISPOSAL

A.     All conduit, wire, and other electrical appurtenances associated with equipment removed in this project, and no longer in use, shall be removed and stored or disposed of as directed by the Owner. The Contractor shall patch and apply finish to walls, floors, and other structures from which such items are removed to match surrounding colors, textures, or other visual characteristics.

3.3     DELIVERY, STORAGE, AND HANDLING

A.     Deliver equipment to project properly identified with names, model numbers, types, grades, compliance labels, and similar information needed for distinct identifications; adequately packaged and protected to prevent damage during shipment, storage, and handling.

B.     Store equipment and materials at the site, unless off-site storage is authorized in writing. Protect stored equipment and materials from damage.

C.     Equipment and materials shall be stored in accordance with the manufacturer's recommendations and instructions.

D.     All equipment, including but not limited to equipment containing coils and/or electronics, shall be stored in a clean, dry, ventilated and heated building. The storage area shall be free from condensation or other injurious environmental conditions. Freedom from condensation shall be essential and shall be accomplished by the use of auxiliary heaters as required to raise the temperature to 5-degree C above the ambient temperature. The equipment shall be protected from excessive dust.

E.     In addition, certain electronic equipment that requires cooling based upon its specific storage temperature range shall be stored in an air-conditioned building.

F.     All motors shall be stored in a clean, dry, ventilated and heated building. The storage area shall be free from condensation or other injurious environmental conditions. Freedom from condensation shall be essential and shall be accomplished by the use of auxiliary heaters as required to raise the temperature to 5 degree C above the ambient temperature. The motors shall be protected from excessive dust.

G.     Cables and wiring shall be kept in a dry location out of the sun.

H.     Outdoor storage, even when protected by a tarpaulin, is unacceptable.

I.     Equipment may be rejected if the storage criteria are not followed.

3.4     INSTALLATION

A.     Coordinate electrical equipment and materials installation with other building components.

B.   Verify all dimensions by field measurements.

C.   Arrange for chases, slots, and openings in other building components to allow for electrical installations.

D.   The Contractor shall keep ends of conduits, including those extending through roofs, equipment and fixtures covered or closed with caps or plugs to prevent foreign material from entering during construction.

E.   Coordinate the installation of required supporting devices and sleeves to be set in concrete and other structural components as they are constructed.

F.   Sequence, coordinate, and integrate installations of electrical materials and equipment for maintaining the required operation of the facility. Give particular attention to large equipment requiring positioning prior to closing-in the building.

G.   Coordinate the cutting and patching of building components to accommodate the installation of electrical equipment and materials.

H.   Where mounting heights are not detailed or dimensioned, install electrical services and overhead equipment to provide the maximum headroom possible.

I.   Install electrical equipment to facilitate maintenance and repair or replacement of equipment components. As much as practical, connect equipment for ease of disconnecting, with minimum of interference with other installations.

J.   Coordinate the installation of electrical materials and equipment above ceilings with suspension system, mechanical equipment and systems, and structural components.

K.   Coordinate connection of electrical systems with exterior underground and overhead utilities and services. Comply with requirements of governing regulations, franchised service companies, and controlling agencies. Provide required connection for each service.

L.   Coordinate installation of electrical equipment on vendor supplied walkways with supplier.

3.5   MATERIALS AND WORKMANSHIP

A.   All materials shall be new, and shall be of the latest standard design of a manufacturer regularly engaged in the manufacture of that type of equipment. Materials shall be in good condition and shall be free from dents, scratches or other damage incurred in shipment or installation.

B.   All equipment shall comply with the National Electrical Code, Underwriters Laboratories or other appropriate agency.

C.   Installation shall be made in a neat and workmanlike manner, and all materials shall be installed in accordance with the recommendations of the various manufacturers. The installation shall be subject to the approval of the Owner and Engineer.

D.   Incidental materials required to complete the installation as intended by these Specifications shall be of the type and quality in keeping with specified equipment.

3.6    COORDINATION

A.    Carefully examine specification and drawings to be thoroughly familiar with items which require electrical connections and coordination. (Electrical drawings are diagrammatic and shall not be scaled for exact sizes.)

B.    Notify other tradesmen of any deviations or special conditions necessary for the installation of work. Interference between work of various contractors shall be resolved prior to installation. Work installed not in compliance with specifications and drawings and without properly checking and coordinating as specified above shall, if necessary, be removed and properly reinstalled without additional cost to the Owner. Engineer to be mediating authority in all disputes arising on project.

C.    Equipment shall be installed in accordance with manufacturer's recommendation. Where conflicts occur between contract documents and these recommendations, a ruling shall be requested of the Engineer for decision before proceeding with such work.

3.7    CUTTING AND PATCHING

A.    Repair or replace routine damage caused by cutting in performance of work under this Division.

B.    Correct unnecessary damage caused due to installation of electrical work, brought about through carelessness or lack of coordination.

C.    Holes cut through floor slabs to be sleeved or core drilled with drill designed for this purpose. All openings, sleeves, and holes in slabs to be properly sealed, fire proofed and water proofed.

D.    Repairs to be performed with materials which match existing materials and to be installed in accordance with appropriate sections of these specifications.

E.    All cutting and patching work shall be coordinated in advance with the Engineer and Owner prior to any work.

3.8    TRENCHING, EXCAVATION, BACKFILLING, AND REPAIRS

A.    Provide trenching, excavation, and backfilling necessary for performance of work under this Division.

3.9    FOUNDATIONS AND PADS

A.    Foundations and pads required for equipment shall be provided as indicated. Proper size and location of foundations, pads and anchor bolts shall be determined under this Division.

B.    Provide anchors and bases for electrical equipment to withstand lateral forces and accommodate displacements.

3.10    NOISE AND VIBRATION CONTROL

A.    The electrical system as installed shall be free of objectionable noise or vibration. The Contractor shall isolate motors, starters, transformers, equipment, ballasts, etc., as directed or required as to ensure acceptable noise level free from objectionable vibration in all systems.

3.11     TESTS

A.     On completion of work, installation shall be completely operational and entirely free from ground, short circuits, and open circuits. Perform a thorough operational test in presence of the Owner and Engineer. Furnish all labor, materials and instruments for above tests.

B.     Furnish the Engineer, as part of closing file, a copy of such tests including identification of each circuit and readings recorded. Test information to be furnished to the Engineer includes ampere readings of all panels and major circuit breakers, isolation resistance reading of motors and transformers.

C.     Prior to final observation and acceptance test, all electrical systems and equipment shall be in satisfactory operating condition. Including, but not limited to the following:
   1.     Electrical power and distribution system.
   2.     Lighting systems.
   3.     Transformers.
   4.     Electric motors for all equipment.
   5.     Telecommunication system.
   6.     Emergency power system.
   7.     Special electrical control systems.

D.     After installation of the electrical system and before operating equipment, functional checking shall be conducted in accordance with the manufacturer's recommendations, with the contract drawings and as follows:
   1.     Functional checking shall include inspection, testing and repair, replacement or adjustments as necessary to ensure compliance with the requirements of the specifications. Tests and inspections shall be recorded on appropriate yellow lined contract and shop drawings, standard test forms and checklists to indicate that wiring and controls are in place in accordance with requirements and to form the basis of record drawings.
   2.     The functional test procedures shall be signed and dated by the Contractor and presented to the Owner's construction observation personnel prior to operating any equipment.
      a.     Visual Inspection – The electrical system shall be examined as outlined below:
         1).     Parts of components missing
         2).     Improper assembly
         3).     Parts or components not functioning properly
         4).     Finish not as specified
         5).     Materials not as specified
         6).     Connections not tight
         7).     Mounting and supports loose or unsatisfactory
         8).     Nameplates missing or inaccurate
      b.     Grounding System Tests
         1).     Measure the resistance of the counterpoise grounding system by the rate-of-fall of potential method. Record all measurements on an approved standard test form made specifically for the purpose. The resistance of the grounding system to ground shall not exceed NFPA 70 requirements.
      c.     Continuity Tests
         1).     Each wire and each wire in each cable rated 300 volts and below shall be tested for continuity. Record wire number and pass or fail on checklist for each wire.
      d.     Dielectric Tests
         1).     Each power conductor rated 600 volts and above shall be tested (meggered) for dielectric strength to ground.
         2).     Prior to testing, all components that could be damaged should be disconnected. After testing, the circuit shall still register a resistance value of not

less than 1 megohm at 600 volts, dc. This test shall apply between all insulated circuits and external metal parts. Record equipment name, phase or wire number and all observed values for each wire.

3). Subsequent to wire and cable hook-ups, energize circuits and demonstrate proper functioning of all circuits. Record equipment or circuit number and pass or fail on function test checklist for each circuit.

4). The Contractor shall develop non-conforming material reports for each failure. Repair and report failures all failures to Owner and Engineer.

5). The Contractor shall replace defective parts, correct malfunctioning units, make all repairs and retest to demonstrate compliance. The Contractor shall document all actions taken on appropriate non-conforming material report.

## 3.12 INSPECTION FEES AND PERMITS

A. Obtain and pay for all necessary permits and inspection fees required for electrical installation.

## 3.13 IDENTIFICATION OF EQUIPMENT

A. Properly identify all electrical equipment, including but not limited to the following:
1. Switchgear, switchboards, motor control centers, and control panels.
2. Main distribution panel and individual devices within it.
3. Panelboards and individual devices within it.
4. Safety switches and disconnects.
5. Contactors and lighting control center, including all branch circuits.
6. Individually mounted circuit breakers.
7. Relays.
8. Transformers.
9. Generators and automatic transfer switches.
10. Any other type of enclosure that includes electrical equipment.

## 3.14 TEMPORARY LIGHTS AND POWER

A. Provide a temporary electrical lighting and power distribution system of adequate size to properly serve construction activity. Temporary work to be installed in a neat and safe manner in accordance with the National Electrical Code, Article 590, and as required by OSHA or applicable local safety codes.

B. The Contractor will pay for power consumption.

C. Coordinate prior to installation to determine whether single phase or three-phase temporary service is desired.

END OF SECTION

SECTION 26 05 14 - WIRING DEVICES

PART 1 - GENERAL

1.1     SUMMARY

    A.     This Section includes the following:
        1.     Receptacles with integral GFCI and associated device plates.
        2.     Snap switches and wall-box dimmers.

1.2     DEFINITIONS

    A.     EMI: Electromagnetic interference.

    B.     GFCI: Ground-fault circuit interrupter.

    C.     Pigtail: Short lead used to connect a device to a branch-circuit conductor.

    D.     RFI: Radio-frequency interference.

    E.     TVSS: Transient voltage surge suppressor.

1.3     SUBMITTALS

    A.     Product Data: for each type of product indicated.

    B.     Shop Drawings: List of legends and description of materials and process used for pre-marking wall plates.

    C.     Samples: One for each type of device and wall plate specified in each color specified.

    D.     Field quality-control test reports.

    E.     Operation and Maintenance Data: For wiring devices to include in all manufacturers' packing label warnings and instruction manuals that include labeling conditions.

1.4     QUALITY ASSURANCE

    A.     Source Limitations: Obtain each type of wiring device and associated wall plate through one source from a single manufacturer. Insofar as type are available, obtain all wiring devices and associated wall plates from a single manufacturer and one source.

    B.     Electrical Components, Devices and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction and marked for intended use.

    C.     Comply with NFPA 70.

PART 2 - PRODUCTS

2.1     MANUFACTURERS

    A.     Available Manufacturers:
        1.     Cooper wiring Devices; a division of Cooper Industries, Inc. (Cooper).
        2.     Hubbell Incorporated; Wiring Device-Kellems (Hubbell).

      3.     Leviton Mfg. Company Inc. (Leviton).
      4.     Pass & Seymour/Legrand; Wiring Devices & Accessories (Pass & Seymour).

2.2     STRAIGHT BLADE RECEPTACLES

   A.    Convenience Receptacles, 125 V, 20A: Comply with NEMA WD1, NEMA WD 6 configuration 5-20R, and UL 498.
      1.    Available Products: Subject to compliance with requirements, products that may be incorporated into the work include, but are not limited to the following:
         a.    Cooper; 5351 (single), 5352 (duplex).
         b.    Hubbell; HBL5351 (single), CR5352 (duplex).
         c.    Leviton; 5891 (single), 5352 (duplex).
         d.    Pass & Seymour; 5381 (single), 5352 (duplex).

2.3     GFCI RECEPTACLES

   A.    General Description: Straight blade, feed-through type. Comply with NEMA WD1, NEMA WD6, UL498 and UL 943, Class A and include indicator light that is lighted when device is tripped.

   B.    Duplex GFCI Convenience Receptacles, 125 V, 20A:
      1.    Available Products: Subject to compliance with requirements, products that may be incorporated into the Work include, but are not limited to the following:
         a.    Cooper; GF20.
         b.    Pass & Seymour; 2084.

2.4     SNAP SWITCHES

   A.    Comply with NEMA WD 1 and UL 20.

   B.    Switches, 120/277 V, 20 A:
      1.    Available Products: Subject to compliance with requirements, products that may be incorporated into the work include, but are not limited to the following:
         a.    Cooper; 2221 (single pole), 2222 (two pole), 2223 (three way), 2224 (four way).
         b.    Hubbell; CSI221 (single pole), CSI222 (two pole), CSI223 (three way), CSI224 (four way).
         c.    Leviton; 1221-2 (single pole), 1222-2 (two pole), 1223-2 (three way), 12224-2 (four way).
         d.    Pass & Seymour; 20ACI (single pole), 20AC2 (two pole); 20AC3 (three way), 20AC4 (four way).

   C.    Pilot Light Switches, 20A:
      1.    Available Products: Subject to compliance with requirements, products that may be incorporated into the work include, but are not limited to the following:
         a.    Cooper; 2221PL for I20 V and 277V.
         b.    Hubbell; HPL1221PL for 120 V and 277V.
         c.    Leviton; 1221-PLR for 120 V, 1221-7PLR for 277V.
         d.    Pass & Seymour; PS20ACI-PLR for 120 V.
      2.    Description: Single pole, with neon-lighted handle, illuminated when switch is "OFF."

2.5     WALL PLATES

   A.    Single and combination types to match corresponding wiring devices.
      1.    Plate-Securing Screws: Stainless steel or unbreakable nylon in damp areas.
      2.    Material: 0.035-inch-(1mm-) thick, satin-finished stainless steel.
      3.    Provide in-use covers for all exterior installations and interior damp locations.

2.6    FINISHES

A.    Color:
1.    Wiring Devices: As selected by Owner, unless otherwise indicated or required by NFPA 70 or device listing.

PART 3 - EXECUTION

3.1    INSTALLATION

A.    Comply with NECA 1, including the mounting heights listed in that standard, unless otherwise noted.

B.    Coordination with Other Trades:
1.    Take steps to ensure that devices and their boxes are protected. Do not place wall finish materials over device boxes and do not cut holes for boxes with routers that are guided by riding against outside of the boxes.
2.    Keep outlet boxes free of plaster, drywall joint compound, mortar, cement, concrete, dust, paint and other material that may contaminate the raceway system, conductors and cables.
3.    Install device boxes in brick or block walls so that the cover plate does not cross a joint unless the joint is troweled flush with the face of the wall.
4.    Install wiring devices after all wall preparation, including painting is complete.

C.    Conductors:
1.    Do not strip insulation from conductors until just before they are spliced or terminated on devices.
2.    Strip insulation evenly around the conductor using tools designed for the purpose. Avoid scoring or nicking of solid wire or cutting strands from stranded wire.
3.    The length of free conductors at outlets for devices shall meet provisions of NFPA 70, Article 300, without pigtails.
4.    Existing conductors:
a.    Cut back and pigtail or replace all damaged conductors.
b.    Straighten conductors that remain and remove corrosion and foreign matter.
c.    Pigtailing existing conductors is permitted provided the outlet box is large enough.

D.    Device Installation:
1.    Replace all devices that have been in temporary use during construction or that show signs that they were installed before building finishing operations were complete.
2.    Keep each wiring device in its package or otherwise protected until it is time to connect conductors.
3.    Do not remove surface protection such as plastic film and smudge covers until the last possible moment.
4.    Connect devices to branch circuits using pigtails that are not less than 6 inches (152 mm) in length.
5.    When there is a choice, use side wiring with binding-head screw terminals. Wrap solid conductor tightly clockwise, 2/3 to 3/4 of the way around terminal screw.
6.    Use a torque screwdriver when a torque is recommended or required by the manufacturer.
7.    When conductors larger than No. 12 AWG are installed on 15- or 20-A circuits, splice No. 12 AWG pigtails for device connections.
8.    Tighten unused terminal screws on the device.
9.    When mounting into metal boxes, remove the fiber or plastic washers used to hold device mounting screws in yokes, allowing metal-to-metal contact.

E.    Receptacle Orientation:

    1.    Install ground pin of vertically mounted receptacles up, and on horizontally mounted receptacles to the right.

F.    Device Plates: Do not use oversized or extra-deep plates. Repair wall finishes and remount outlet boxes when standard device plates do not fit flush or do not cover rough wall opening.

## 3.2    IDENTIFICATION

A.    Comply with Division 26 Section "Identification for Electrical Systems."
    1.    Receptacles: Identify panelboard and circuit number from which served. Use hot, stamped or engraved machine printing with black-filled lettering on face of plate, and durable wire markers or tags inside outlet boxes.

## 3.3    FIELD QUALITY CONTROL

A.    Perform tests and inspections and prepare test reports.
    1.    Test Instruments: Use instruments that comply with UL 1436.
    2.    Test Instrument for Convenience Receptacles: digital wiring analyzer with digital readout or illuminated LED indicators of measurement.

B.    Tests for Convenience Receptacles:
    1.    Line voltage: Acceptable range is 105 to 132V.
    2.    Percent Voltage Drop under 15-A Load: A value of 6 percent or higher is not acceptable.
    3.    Ground Impedance: Values of up to 2 ohms are acceptable.
    4.    GFCI Trip: Test for tripping values specified in UL 1436 and UL 943.
    5.    Using the test plug, verify that the device and its outlet box are securely mounted.
    6.    The tests shall be diagnostic, indicating damaged conductors, high resistance at the circuit breaker, poor connections, inadequate fault current path, defective devices, or similar problems. Correct circuit conditions, remove malfunctioning units and replace with new ones, and retest as specified above.

C.    Test straight blade for the retention force of the grounding blade according to NFPA 99. Retention force shall be not less than 4 oz. (115g).

END OF SECTION

SECTION 26 05 15 - ELECTRIC MOTORS

PART 1 - GENERAL

1.1    SUMMARY

    A.    This section describes materials, installation and testing of induction motors and applies to motors which are generally provided as part of equipment specified in other sections. The Contractor shall provide motors, accessories and appurtenances complete and operable in accordance with the individual driven equipment specifications.

1.2    SUBMITTALS

    A.    Product Data: For each type of product indicated.

    B.    Complete motor data shall be submitted, including:
        1.    Machine name and specification number of driven machine.
        2.    Motor manufacturer.
        3.    Motor type or model and dimensional drawing, including weight.
        4.    Horsepower nominal.
        5.    Guaranteed minimum full load efficiency. Also, nominal efficiencies at 1/2 and 3/4 load.
        6.    Full load speed.
        7.    Full load current at rated horsepower for application voltage.
        8.    Service factor, minimum 1.15.
        9.    Voltage, phase and frequency rating.
        10.    Winding insulation class.
        11.    Temperature rise class.
        12.    Frame size.
        13.    Enclosure.
        14.    NEMA design.
        15.    Thermal protection or over temperature protection.
        16.    Wiring diagram for devices such as temperature switches, space heaters and motor leak detection as applicable.
        17.    Bearing data, including recommendation of lubricants.
        18.    Inverter duty motor for all motors connected to variable frequency drive controllers. Include minimum speed at which motors may be operated.
        19.    Power factor at 1/2, 3/4 and full load.
        20.    Complete nameplate data, rating and characteristics.
        21.    Mounting arrangement, size and location of conduit entries, including lugs.
        22.    Factory test results for each motor.

1.3    QUALITY ASSURANCE

    A.    Provide routine (short commercial) test data complying with NEMA MG 1-12.51 and MG 1-23.46.

    B.    Test thermally protected motors in accordance with NEMA MG 1 winding temperature and trip current tests.

    C.    Comply with NEMA MG 1.

    D.    Motors for applications in hazardous locations shall bear the UL label listing its use in accordance with the NEC.

1.4    COORDINATION

A.    Furnish reviewed shop drawings from motor controller manufacturer for coordination and sizing of the controller.

B.    Coordinate supplied motor connection box with conduits sizes indicated in the drawings.

C.    Coordinate motor leads and lugs with wire sizes indicated in the drawings.

PART 2 - PRODUCTS

2.1    GENERAL MOTOR REQUIREMENTS

A.    Unless otherwise specified or specifically required by the manufacturer of the equipment to be driven, all motors shall be single speed, squirrel cage, a-c induction type motors. Electric motors shall be NEMA Design B constant speed squirrel cage induction motors having normal starting torque with low starting current except for motors controlled by variable speed operation and other special motors. In no case shall starting torque or breakdown torque be less than the value specified in ANSI/NEMA MG 1. In all cases, motors shall be suitable for the indicated starting method.

B.    Stator winding shall be copper.

C.    The maximum motor loading of each motor shall not exceed its nameplate horsepower rating (exclusive of service factor) under any operating condition.

D.    Motors shall be sized to start and accelerate the design loading and operate the full range of driven equipment without exceeding any of the specified design requirements. Motors that fail to meet these requirements shall be replaced at no additional cost to the Owner.

E.    All three phase motors shall be provided with Class F insulation, rated to operate at a maximum ambient temperature of 40 degrees C and at the altitudes where the motors will be installed and operated without exceeding Class B temperature rise limits stated in ANSI/NEMA MG1-12, 42. Single phase motors shall have Class F insulation with temperature rise not to exceed the insulation class. Motors to be operated with variable frequency drives shall be provided with insulation systems to withstand 1600 volt spikes, with dV/dt as defined in NEMA MG 1-31.

F.    All motors shall have a minimum service factor of 1.15.

G.    Motors for use in hazardous locations shall have enclosures suitable for the classification of the location. Such motors shall be UL listed and stamped.

H.    Motors larger than 50 HP located outdoors or in non-conditioned areas shall have 120-volt AC space heaters and temperature sensors.

I.    For motors controlled by variable frequency drives, the critical vibration speed of the motor/load combination shall either not fall within the operating range of the drive or such frequencies shall be blocked with the drive critical speed avoidance circuit. All motors connected to variable frequency drives shall be inverter duty rated.

J.    Unless otherwise specified, motors shall have no-load sound power levels not to exceed the values specified in NEMA MG 1-12.53.3.

K.    Premium Efficiency Motors:

1.   Motors with a nameplate rating of 1 horsepower and larger shall be premium efficiency type motors as determined by the testing set forth in ANSI/IEEE 112 – Standard Test Procedure for Polyphase Induction Motors and Generators, Method B. Motors shall be stamped with the efficiency on the nameplate with the caption "NEMA Nominal Efficiency."

2.   Efficiency index, nominal efficiency and minimum efficiency shall be defined in accordance with ANSI/NEMA MG1-12.59 – Efficiency Levels of Energy Efficient Polyphase Squirrel-Cage Induction Motors. All three values are required to be indicated in the submittal.

## 2.2   MOTOR BEARINGS

A.   All motors greater than 2 horsepower shall have bearings designed for 17,500 hours (belted) or 100,000 hours (coupled) L-10 life.

B.   Motors less than 2 horsepower shall be provided with sealed, permanently lubricated ball bearings.

C.   Horizontal motors over 2 horsepower shall be shielded open-type bearing installed with labyrinth sealed end bells with pipe plugs. Bearings shall be regreasable and have provisions for purging old grease.

D.   Vertical motors over 2 horsepower shall be provided with relubricatable ball, spherical, roller or plate type trust bearings. Lubrication shall be per manufacturer's recommendation for smooth operation and long life of the bearing. Drains shall be provided to prevent over lubrication.

## 2.3   MOTOR THERMAL PROTECTION

A.   All single phase motors shall have integral thermal overload protection or shall be current limited.

B.   Winding thermostats shall be provided in accordance with NEMA MG-1. Thermostats shall be snap action, bi-metallic, temperature actuated type switches and shall be provided with a normally closed contact. Thermostats shall be precalibrated by the manufacturer and shall be series connected.

## 2.4   ACCESSORIES

A.   All vertical motors and horizontal motors 3 horsepower and larger shall have split-type conduit boxes with a gasketed moisture seal between the conduit box and motor frame. Motors less than 3 horsepower shall have the manufacturer's standard conduit boxes. Motors other than open drip-proof shall be gasketed.

B.   All motors weighing 250 pounds or greater shall have suitable lifting eyes for installation and removal.

C.   Motor grounding lugs shall be provided and shall be suitable for terminating ground wires.

D.   All motors shall be fitted with permanent stainless steel nameplates indelibly stamped or engraved with NEMA Standard motor data.

E.   Refer to equipment specifications for special requirements such as space heaters or motor winding thermal protection.

PART 3 - EXECUTION

3.1    STORAGE

A.    Protect motors from exposure to elements for which they are not designed. Install and energize temporary electrical service to motors with electrical heaters.

B.    Store motors in an air-conditioned, ventilated or protected environment similar to or better than the destination environment.

3.2    INSTALLATION

A.    Motor installation shall be performed in accordance with the motor manufacturer's written recommendations and the written requirements of the manufacturer of the driven equipment.

B.    Connections, switches, controls, disconnects and other items shall be provided in accordance with the plans and specifications for each motor.

C.    The Contractor shall coordinate conduit sizes indicated in the drawings with the supplied motor connection box. The Contractor shall be responsible for providing larger connection boxes as may be required.

3.3    FIELD TESTING

A.    Perform insulation resistance tests in accordance with NEMA MG-1. Test voltage shall be 1000 VAC plus twice the rated voltage of motor.

B.    Inspect the physical and mechanical conditions of each motor installation including any deviations from the nameplate, drawings, specifications and manufacturer's written guidelines. Verify expected rated voltage, phase and frequency for each motor installation. Confirm the presence of and correct application of lubrications for each motor along with proper securing and torque settings for bolted installations of each motor.

C.    Check for proper phase and ground connections for each motor are connected. For multi-voltage motors, verify that motors are connected properly for the supplied voltage.

D.    Verify that space heaters, where provided, are functional.

E.    Test the motor for proper rotation prior to connection to the driven equipment. Measure and record running current and evaluate the current relative to the load conditions and nameplate full-load amps.

F.    Simulate operating conditions for each motor to demonstrate proper operation of interlocks and control features.

G.    Record operating current in each phase for each motor ½ horsepower and larger. Motors exceeding motor nameplates values shall be repaired or replaced.

H.    For motors 50 horsepower and larger or when a discernible abnormal vibration is detectible, a vibration test shall be completed. Vibration shall not exceed 0.25 in./sec. For horizontal motors, the N-S and E-W vibrations shall be measured at the top and bottom of the front and rear bearing housing. For vertical motors, the N-S and E-W vibrations shall be measured at the upper and lower bearing housing.

I.    All testing shall be witnessed by the Engineer and Owner.

1.   Motor and Motor Protection Tests for motors – In addition to other testing start and stop each motor a minimum of 3 times and perform a run test for vibration, heat, and to document motor protection. The Contractor shall document the settings of the motor overcurrent protection, overload relay and similar data on the provided form – MOTOR TEST REPORT.

2.   The Contractor shall develop non-conforming material reports for each failure and repair or report failures.

3.   The Contractor shall replace defective parts, correct malfunctioning units, make all repairs and retest to demonstrate compliance. The Contractor shall document action taken on appropriate non-conforming material report.

3.4    MOTOR TEST REPORT

A.   The following form is provided for the motor certification specified herein. Master blank forms are available on request.

END OF SECTION

## ORLICEK 1 &2, SANDAGE 1 PUMP STATION PROJECTS

### MOTOR TEST REPORT

Each electric motor shall be tested for proper operation. Follow manufacturer's testing recommendations and procedures.

1.  Name and Horsepower of Motor Tested:_____

2.  Overcurrent Protection:_____

3.  Overload Protection:      _____

4.  Visual Inspection Checklist:

    ❑   Momentarily Bump Motor Shaft for Proper Rotation
    ❑   Motor Frame Bolts
    ❑   Shaft Coupling
    ❑   Lubricants
    ❑   Other Comments:

5.  Megger motor from wire in motor control center or control panel and record results:

    φA-φB_____      φB-φC_____      φC-φA_____

    φA-G_____      φB-G_____      φC-G_____

6.  Record full load voltage and current:

    Vab_____ Van_____  Ia_____

    Vbc_____ Vbn_____  Ib_____

    Vca_____ Vcn_____  Ic_____

7.  Motor Nameplate FLA:_____

    Running Amps:_____

    P.F. _____

8.  Comments:

Signature Required: _____

Company: _____

Date: _____

SECTION 26 05 19 - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES

PART 1 - GENERAL

1.1    SUMMARY

    A.    This Section includes the following:
        1.    Building wires and cables rated 600 V and less.
        2.    Connectors, splices, and terminations rated 600 V and less.
        3.    Sleeves and sleeve seals for cables.

    B.    Related Sections include the following:
        1.    Division 26 Section

1.2    DEFINITIONS

    A.    EPDM:  Ethylene-propylene-diene monomer rubber.

    B.    NBR:  Acrylonitrile-butadiene rubber.

1.3    SUBMITTALS

    A.    Product Data:  For each type of product indicated.

    B.    Qualification Data:  For testing agency.

    A.    Field quality-control test reports.

1.4    QUALITY ASSURANCE

    A.    Testing Agency Qualifications:  An independent agency, with the experience and capability to conduct the testing indicated, that is a member company of the InterNational Electrical Testing Association (NETA) or is a nationally recognized testing laboratory (NRTL) as defined by OSHA in 29 CFR 1910.7, and that is acceptable to authorities having jurisdiction.
        1.    Testing Agency's Field Supervisor:  Person currently certified by the InterNational Electrical Testing Association or the National Institute for Certification in Engineering Technologies to supervise on-site testing specified in Part 3.

    B.    Electrical Components, Devices, and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

    C.    Comply with NFPA 70.

1.5    COORDINATION

    A.    Set sleeves in cast-in-place concrete, masonry walls, and other structural components as they are constructed.

PART 2 - PRODUCTS

2.1    CONDUCTORS AND CABLES

    A.    Available Manufacturers:  Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:

1.  Alcan Products Corporation; Alcan Cable Division.
2.  American Insulated Wire Corp.; a Leviton Company.
3.  General Cable Corporation.
4.  Senator Wire & Cable Company.
5.  Southwire Company.

B.  Copper Conductors:  Comply with NEMA WC 70.  No aluminum on project.

C.  Conductor Insulation:  Comply with NEMA WC 70 for Types THHN-THWN, XHHW and RHH-RHW-USE.

2.2    CONNECTORS AND SPLICES

A.  Available Manufacturers:  Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
1.  AFC Cable Systems, Inc.
2.  Hubbell Power Systems, Inc.
3.  O-Z/Gedney; EGS Electrical Group LLC.
4.  3M; Electrical Products Division.
5.  Tyco Electronics Corp.

B.  Description:  Factory-fabricated connectors and splices of size, ampacity rating, material, type, and class for application and service indicated.

PART 3 - EXECUTION

3.1    CONDUCTOR MATERIAL APPLICATIONS

A.  Feeders:  Copper, stranded.

B.  Branch Circuits:  Copper.  Solid for No. 10 AWG and smaller; stranded for No. 8 AWG and larger.

3.2    CONDUCTOR INSULATION AND MULTICONDUCTOR CABLE APPLICATIONS AND WIRING METHODS

A.  Service Entrance:  Type RHH-RHW-USE single conductors in raceway.

B.  Exposed Feeders:  Type RHH-RHW-USE, single conductors in raceway.

C.  Feeders Concealed in Ceilings, Walls, Partitions, and Crawlspaces:  Type RHH-RHW-USE, single conductors in raceway.

D.  Feeders Concealed in Concrete, below Slabs-on-Grade, and Underground:  Type RHH-RHW-USE single conductors in raceway.

E.  Feeders in Cable Tray:  Type RHH-RHW-USE, single conductors in raceway for larger than 4/0 AWG; Otherwise Type TC tray cable.

F.  Exposed Branch Circuits, Including in Crawlspaces:  Type THHN-THWN, single conductors in raceway.

G.  Branch Circuits Concealed in Ceilings, Walls, and Partitions:  Type THHN-THWN, single conductors in raceway.

H.    Branch Circuits Concealed in Concrete, below Slabs-on-Grade, and Underground: Type XHHW, single conductors in raceway.

I.    Variable Frequency Drive Branch Circuits:  Shielded cable, size adjusted for published ampacity of cable.

J.    Cord Drops and Portable Appliance Connections:  Type SO, hard service cord with stainless-steel, wire-mesh, strain relief device at terminations to suit application.

K.    Class 1 Control Circuits:  Type THHN-THWN, in raceway.

L.    Class 2 Control Circuits:  Type THHN-THWN, in raceway.

3.3    INSTALLATION OF CONDUCTORS AND CABLES

A.    Conceal cables in finished walls, ceilings, and floors, unless otherwise indicated.

B.    Use manufacturer-approved pulling compound or lubricant where necessary; compound used must not deteriorate conductor or insulation.  Do not exceed manufacturer's recommended maximum pulling tensions and sidewall pressure values.

C.    Use pulling means, including fish tape, cable, rope, and basket-weave wire/cable grips, that will not damage cables or raceway.

D.    Install exposed cables parallel and perpendicular to surfaces of exposed structural members, and follow surface contours where possible.

E.    Support cables according to Division 26 Section "Hangers and Supports for Electrical Systems."

F.    Identify and color-code conductors and cables according to Division 26 Section "Identification for Electrical Systems."

3.4    CONNECTIONS

A.    Tighten electrical connectors and terminals according to manufacturer's published torque-tightening values.  If manufacturer's torque values are not indicated, use those specified in UL 486A and UL 486B.

B.    Make splices and taps that are compatible with conductor material and that possess equivalent or better mechanical strength and insulation ratings than unspliced conductors.

C.    Wiring at Outlets:  Install conductor at each outlet, with at least 6 inches of slack.

D.    Cable splicing, in general, will not be allowed.  Where applicable, all wiring connections to be made using terminal block type connections.  Wire nut use will permitted only where allowed by the Owner and Engineer.

3.5    FIELD QUALITY CONTROL

A.    Perform tests and inspections and prepare test reports.
1.    Megger Test of individual conductors to ground after installation.
2.    Visual observation of conductor at accessible locations.

B.    Tests and Inspections:

    1.    After installing conductors and cables and before electrical circuitry has been energized, test the following for compliance with requirements.
        a.    All panel feeders.
        b.    All motor feeders.
        c.    All control wires for continuity.
    2.    Perform each visual and mechanical inspection and electrical test stated in NETA Acceptance Testing Specification. Certify compliance with test parameters.

C.    Test Reports: Prepare a written report to record the following:
    1.    Test procedures used.
    2.    Test results that comply with requirements.
    3.    Test results that do not comply with requirements and corrective action taken to achieve compliance with requirements.

D.    Remove and replace malfunctioning units and retest as specified above.

END OF SECTION

SECTION 26 05 26 - GROUNDING AND BONDING FOR ELECTRICAL SYSTEMS

PART 1 - GENERAL

1.1     SUMMARY

    A.     This Section includes methods and materials for grounding systems and equipment.
        1.     Underground distribution grounding.
        2.     Common ground bonding with lightning protection system.

1.2     SUBMITTALS

    A.     Product Data: For each type of product indicated.

    B.     Other Informational Submittals: Plans showing dimensioned as-built locations of grounding features specified in Part 3 "Field Quality Control" Article, including the following:
        1.     Test wells.
        2.     Ground rods.
        3.     Ground rings.
        4.     Grounding arrangements and connections for separately derived systems.

    C.     Field quality-control test reports.

    D.     Operation and Maintenance Data: For grounding to include the following in emergency, operation and maintenance manuals.
        1.     Instructions for periodic testing and inspection of grounding features at test wells ground rings grounding connections for separately derived systems based on ANSI/NETA MTS.
            a.     Test shall be to determine if ground resistance or impedance values remain within specified maximums and instructions shall recommend corrective action if they do not.
            b.     Include recommended testing intervals.

1.3     QUALITY ASSURANCE

    A.     Electrical Components, Devices and Accessories:  Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction and marked for intended use.

    B.     Comply with UL 467 for grounding and bonding materials and equipment.

PART 2 - PRODUCTS

2.1     CONDUCTORS

    A.     Insulated Conductors: Copper or tinned-copper wire or cable insulated for 600 V unless otherwise required by applicable Code or authorities having jurisdiction.

    B.     Bare copper Conductors:
        1.     Solid Conductors:  ASTM B3
        2.     Stranded Conductors:  ASTM B8.
        3.     Tinned Conductors:  ASTM B 33.
        4.     Bonding Conductor:  No. 4 AWG, stranded conductor or per NFPA 70.

2.2    CONNECTORS

A.    Listed and labeled by a nationally recognized testing laboratory acceptable to authorities having jurisdiction for applications in which used, and for specific types, and combinations of conductors and other items connected.

B.    Bolted Connectors for Conductors and Pipes: Copper or copper alloy, bolted pressure-type, with at least two bolts.
    1.    Pipe connectors:  Clamp type, sized for pipe.

C.    Welded Connectors:  Exothermic-welding kits of types recommended by kit manufacturer for materials being joined and installation conditions.

2.3    GROUNDING ELECTRODES

A.    Ground Rods: Copper-clad steel; 3/4 inch by 10 feet.

PART 3 - EXECUTION

3.1    APPLICATIONS

A.    Conductors: Install solid conductor for No. 8 AWG and smaller, and stranded conductors for No. 6 AWG and larger, unless otherwise indicated.

B.    Underground Grounding Conductors: Install bare tinned-copper conductor, No. 4/0 AWG minimum.
    1.    Bury at least 30 inches below grade.

C.    Conductor Terminations and Connections:
    1.    Pipe and Equipment Grounding Conductor Terminations: Bolted connectors.
    2.    Underground Connections: Welded connectors except at test wells and as otherwise indicated.
    3.    Connections to Ground Rods at Test Wells: Bolted connectors.
    4.    Connections to Structural Steel: Bolted connectors.

3.2    GROUNDING UNDERGROUND DISTRIBUTION SYSTEM COMPONENTS

A.    Comply with ANSI/IEEE C2 grounding requirements.

B.    Grounding Manholes and Handholes:  Install a driven ground rod through manhole or handhole floor, close to wall, and set rod depth so 4 inches will extend above finished floor. If necessary, install ground rod before manhole is placed and provide No. 1/0 AWG bare, tinned-copper conductor from ground rod into manhole through a waterproof sleeve in manhole wall. Protect ground rods passing through concrete floor with a double wrapping of pressure-sensitive insulating tape or heat-shrunk insulating sleeve from 2 inches above to 6 inches below concrete. Seal floor opening with waterproof, nonshrink grout.

C.    Grounding Connections to Manhole and Handhole Components:  Bond exposed-metal parts such as inserts, cable racks, pulling irons, ladders, and cable shields within each manhole or handhole, to ground rod or grounding conductor. Make connections with No. 4 AWG minimum, stranded, hard-drawn copper bonding conductor. Train conductors level or plumb around corners and fasten to manhole walls. Connect to cable armor and cable shields as recommended by manufacturer of splicing and termination kits.

D. Pad-Mounted Equipment: Install four ground rods and ground ring around the pad. Ground pad-mounted equipment and noncurrent-carrying metal items associated with utility transformers by connecting them to underground cable and grounding electrodes. Install tinned-copper conductor not less than No. 4/0 AWG for ground ring and for taps to equipment grounding terminals. Bury ground ring not less than 6 inches from the foundation.

## 3.3    EQUIPMENT GROUNDING

A. Install insulated equipment grounding conductors with all feeders and branch circuits.

B. Install insulated equipment grounding conductors with the following items, in addition to those required by NFPA 70:
1. Feeders and branch circuits.
2. Lighting circuits.
3. Receptacle circuits.
4. Single-phase motor and appliance branch circuits.
5. Three-phase motor and appliance branch circuits.
6. Flexible raceway runs.

C. Air-Duct Equipment Circuits: Install insulated equipment grounding conductor to duct-mounted electrical devices operating at 120 V and more, including air cleaners, heaters, dampers, humidifiers and other duct electrical equipment. Bond conductor to each unit and to air duct and connected metallic piping.

D. Water Heater, Heat-Tracing and Antifrost Heating Cables: Install a separate insulated equipment grounding conductor to each electric water heater and heat-tracing cable. Bond conductor to heater units, piping, connected equipment and components.

E. Metal Poles Supporting Outdoor Lighting fixtures: Install grounding electrode and a separate insulated equipment grounding conductor in addition to grounding conductor installed with branch-circuit conductors.

## 3.4    INSTALLATION

A. Grounding Conductors: Route along shortest and straightest paths possible, unless otherwise indicated or required by Code. Avoid obstructing access or placing conductors where they may be subjected to strain, impact or damage.

B. Common Ground Bonding with Lightning Protection System: Comply with NFPA 780 and UL 96 when interconnecting with lightning protection system. Bond electrical power system ground directly to lightning protection system grounding conductor at closest point to electrical service grounding electrode. Use bonding conductor sized same as system grounding electrode conductor and install in conduit.

C. Ground rods: Drive rods until tops are 2 inches below finished floor or final grade, unless otherwise indicated.
1. Interconnect ground rods with grounding electrode conductor below grade and as otherwise indicated. Make connections without exposing steel or damaging coating, if any.

D. Test Wells: Ground rod driven through drilled hole in bottom of handhole. Handholes are specified in Division 26 Section "Underground Ducts and Raceways for Electrical Systems," and shall be at least 12 inches deep, with cover.

      1.     Test Wells:  Install at least one test well for each service, unless otherwise indicated. Install at the ground rod electrically closest to service entrance. Set top of test well flush with finished grade or floor.

E.    Bonding Straps and Jumpers:  Install in locations accessible for inspection and maintenance, except where routed through short lengths of conduit.
1.     Bonding to Structure:  Bond straps directly to basic structure, taking care not to penetrate any adjacent parts.
2.     Bonding to Equipment Mounted on Vibration Isolation Hangers and Supports:  Install so vibration is not transmitted to rigidly mounted equipment.
3.     Use exothermic-welded connectors for outdoor locations, but if a disconnect-type connection is required, use a bolted clamp.

F.    Grounding and Bonding for Piping:
1.     Metal Water Service Pipe:  Install insulated copper grounding conductors, in conduit from building's main service equipment, or grounding bus, to main metal water service entrance to building. Connect grounding conductors to main metal water service pipes, using a bolted clamp connector or by bolting a lug-type connector to a pipe flange, using one of the lug bolts of the flange. Where a dielectric main water fitting is installed, connect grounding conductor on street side of fitting. Bond metal grounding conductor conduit or sleeve to conductor at each end.
2.     Water Meter Piping:  Use braided-type bonding jumpers to electrically bypass water meters. Connect to pipe with a bolted connector.
3.     Bond each aboveground portion of gas piping system downstream from equipment shutoff valve.

G.    Bonding Interior Metal Ducts:  Bond metal air ducts to equipment grounding conductors of associated fans, blowers, electric heaters and air cleaners. Install bonding jumper to bond across flexible duct connections to achieve continuity.

H.    Grounding for Steel Building Structure:  Install a driven ground rod at base of each corner column and at intermediate exterior columns at distances not more than 60 feet apart.

I.    Ground Ring:  Install a grounding conductor, electrically connected to each building structure ground rod and to each steel column and indicated item, extending around the perimeter of building.
1.     Install tinned-copper conductor not less than No. 4/0 AWG for ground ring and for taps to building steel.
2.     Bury ground ring not less than 24 inches from building foundation at a depth not less than 30 inches below finished grade.

J.    Ufer Ground (Concrete-Encased Grounding Electrode):  Fabricate according to NFPA 70, using a minimum of 20 feet of bare copper conductor not smaller than No. 4 AWG.
1.     If concrete foundation is less than 20 feet long, coil excess conductor within base of foundation.
2.     Bond grounding conductor to reinforcing steel in at least four locations and to anchor bolts. Extend grounding conductor below grade and connect to building grounding grid or to grounding electrode external to concrete.

3.5    FIELD QUALITY CONTROL

A.    Perform the following tests and inspections and prepare test reports:
1.     After installing grounding system but before permanent electrical circuits have been energized, test for compliance with requirements.

2.    Test completed grounding system at each location where a maximum ground-resistance level is specified, at service disconnect enclosure grounding terminal at ground test wells. Make tests at ground rods before any conductors are connected.

    a.    Measure ground resistance not less than two full days after last trace of precipitation and without soil being moistened by any means other than natural drainage or seepage and without chemical treatment or other artificial means of reducing natural ground resistance.

    b.    Perform tests by fall-of-potential method according to IEEE 81.

3.    Prepare dimensioned drawings locating each test well, ground rod and ground rod assembly and other grounding electrodes. Identify each by letter in alphabetical order, and key to the record of tests and observations. Include the number of rods driven and their depth at each location, and include observations of weather and other phenomena that may affect test results. Describe measures taken to improve test results.

B.    Report measured ground resistances that exceed the following values:

1.    Power and Lighting Equipment or System with Capacity 500 kVA and Less:  10 ohms.
2.    Power and Lighting Equipment or System with Capacity 500 to 1000 kVA:  5 ohms.
3.    Power and Lighting Equipment or System with Capacity More Than 1000 kVA:  3 ohms.
4.    Power Distribution Units or Panelboards Serving Electronic Equipment:  3 ohm(s).
5.    Substations and Pad-Mounted Equipment: 5 ohms.
6.    Manhole and Handhole Grounds:  10 ohms.

C.    Excessive Ground Resistance: If resistance to ground exceeds specified values, notify Engineer promptly and include recommendations to reduce ground resistance.

END OF SECTION

SECTION - 26 05 33 - RACEWAY AND BOXES FOR ELECTRICAL SYSTEMS

PART 1 - GENERAL

1.1     SUMMARY

A.    This Section includes raceways, fittings, boxes, enclosures, and cabinets for electrical wiring.

B.    Related Sections include the following:
1.    Division 26 Section "Underground Ducts and Raceways for Electrical Systems" for exterior ductbanks, manholes, and underground utility construction.
2.    Division 26 Section "PVC Coated Conduit."

1.2     DEFINITIONS

A.    LFMC: Liquidtight flexible metal conduit.

B.    LFNC: Liquidtight flexible nonmetallic conduit.

C.    GRS: Galvanized Rigid Steel Conduit.

D.    RNC: Rigid nonmetallic conduit.

E.    EMT: Electrical Metallic Tubing.

1.3     SUBMITTALS

A.    Product Data: for surface raceways, wireways and fittings, hinged-cover enclosures and cabinets.

B.    Custom enclosures and cabinets.

C.    Source quality-control test reports.

1.4     QUALITY ASSURANCE

A.    Electrical Components, Devices and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B.    Comply with NFPA 70.

PART 2 - PRODUCTS

2.1     METAL CONDUIT AND TUBING

A.    Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to the following:
1.    AFC Cable Systems, Inc.
2.    Alflex Inc.
3.    Allied Tube & Conduit; a Tyco International Ltd. Co.
4.    Anamet Electrical, Inc.; Anaconda Metal Hose.
5.    Electri-Flex Co.
6.    Manhattan/CDT/Cole-Flex.
7.    Maverick Tube Corporation.

8.      O-Z Gedney; a unit of General Signal.
9.      Wheatland Tube Company.

B.      Rigid Steel Conduit: ANSI C80.1.

C.      PVC-Coated Steel Conduit: PVC-coated.
1.      Comply with NEMA RN 1.
2.      Coating Thickness: 0.040 inch, minimum.
3.      Comply with ETL Verified PVC-001.

D.      Joint Compound for Rigid Steel Conduit: Listed for use in cable connector assemblies and compounded for use to lubricate and protect threaded raceway joints from corrosion and enhance their conductivity.

2.2      NONMETALLIC CONDUIT AND TUBING

A.      Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to the following:
1.      AFC Cable Systems, Inc.
2.      Anamet Electrical, Inc.; Anaconda Metal Hose.
3.      Arnco Corporation
4.      CANTEX Inc.
5.      CertainTeed Corp.; Pipe & Plastics Group
6.      Condux International, Inc.
7.      ElecSYS, Inc.
8.      Electri-Flex co.
9.      Lamson & Sessions; Carlon Electrical Products.
10.     Manhattan/CDT/Cole-Flex.
11.     RACO; a Hubbell Company
12.     Thomas & Betts Corporation.

B.      RNC: NEMA TC2, Type EPC-40-PVC, unless otherwise indicated.

C.      Fittings for RNC: NEMA TC 3; match to conduit or tubing type and material.

2.3      BOXES, ENCLOSURES, AND CABINETS

A.      Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to the following:
1.      Cooper Crouse-Hinds; Div. of Cooper Industries, Inc.
2.      EGS/Appleton Electric.
3.      Erickson Electrical Equipment Company
4.      Hoffman.
5.      Hubbell Incorporated; Killark Electric Manufacturing Co. Division
6.      O-Z/Gedney; a unit of General Signal.
7.      RACO; a Hubbell company.
8.      Scott Fetzer Co.; Adalet Division.
9.      Spring City Electrical Manufacturing Company.
10.     Stahlin Non-Metallic Enclosures.
11.     Thomas & Betts Corporation.
12.     Walker Systems, Inc.; Wiremold Company (The)
13.     Woodhead, Daniel Company; Woodhead Industries, Inc. subsidiary.

B.      Sheet Metal Outlet and Device boxes: NEMA OS 1.

C.    Cast-Metal Outlet and Device boxes: NEMA FB 1, Type FD, with gasketed cover.

D.    Small Sheet Metal Pull and Junction boxes: NEMA OS 1.

E.    Cast-Metal Access, Pull and Junction boxes: NEMA FB 1.

F.    Hinged-Cover Enclosures: NEMA 250, Type 1, with continuous-hinge cover with flush latch for conditioned spaces only, unless otherwise indicated.

G.    Hinged-Cover Enclosures: NEMA 250, Type 4 Stainless steel, with continuous-hinge cover with latches for outdoor, process buildings, above and below grade structures and damp locations, unless otherwise indicated.

2.4    SLEEVES FOR RACEWAYS

A.    Steel Pipe Sleeves: ASTM A 53/A, 53M, Type E, Grade B, Schedule 40, galvanized steel, plain ends.

B.    Cast-Iron Pipe Sleeves: Cast or fabricated "wall pipe," equivalent to ductile-iron pressure pipe, with plain ends and integral waterstop, unless otherwise indicated.

C.    Sleeves for Rectangular Openings: Galvanized sheet steel with minimum 0.052-or 0.138-inch thickness as indicated and of length to suit application.

D.    Coordinate sleeve selection and application with Engineer.

2.5    SLEEVE SEALS

A.    Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
      1.    Advance Products & systems, Inc.
      2.    Calpico, Inc.
      3.    Metraflex Co.
      4.    Pipeline Seal and Insulator, Inc.

B.    Description: Modular sealing device, designed for field assembly, to fill annular space between sleeve and cable.
      1.    Sealing Elements: EPDM interlocking links shaped to fit surface of cable or conduit. Include type and number required for material and size of raceway or cable.
      2.    Pressure Plates: Stainless steel. Include two for each sealing element.
      3.    Connecting Bolts and Nuts: Stainless steel of length required to secure pressure plates to sealing elements. Include one for each sealing element.

PART 3 - EXECUTION

3.1    RACEWAY APPLICATION

A.    Outdoors: apply raceway products as specified below, unless otherwise indicated:
      1.    Exposed: PVC-Coated Rigid Steel
      2.    Concealed: PVC-Coated Rigid Steel.
      3.    Underground: RNC, Schedule 40 in concrete encasement.
      4.    Connection to Vibrating Equipment (Including Transformers and Hydraulic, Pneumatic, Electric Solenoid, or Motor-Driven Equipment): LFMC.

B.    Indoors:
      1.    Exposed: Galvanized Rigid Steel or as noted in the Drawings.

    2.    Concealed: Galvanized Rigid Steel or as noted in the Drawings.
    3.    Connection to Vibrating Equipment (Including Transformers and Hydraulic. Pneumatic, Electric Solenoid or Motor-Driven Equipment): PVC-Coated LFMC.
    4.    Damp or Wet Locations: PVC-coated Rigid Steel or as noted in the Drawings.

C.    Minimum Raceway Size: ¾-inch trade size; 1-inch trade size for below grade installation.

D.    Raceway Fittings: Compatible with raceways and suitable for use and location.
    1.    Rigid Steel Conduit: Use threaded rigid steel conduit fittings, unless otherwise indicated.
    2.    PVC Externally Coated, Rigid Steel Conduits: Use only fittings listed for use with that material.

## 3.2    INSTALLATION

A.    Comply with NECA 1 for installation requirements applicable to products specified in Part 2 except where requirements on Drawings or in this Article are stricter.

B.    Keep raceways at least 6 inches away from parallel runs of flues and steam or hot-water pipes. Install horizontal raceway runs above water and steam piping.

C.    Complete raceway installation before starting conductor installation.

D.    Support raceways as specified in Division 26 Section "Hangers and Supports for Electrical Systems."

E.    Arrange stub-ups so curved portions of bends are not visible above the finished slab.

F.    Install no more than the equivalent of four 90-degree bends in any conduit run except for communications conduits, for which fewer bends are allowed.

G.    Raceways Embedded in Slabs:
    1.    Run conduit larger than 1 inch trade size, parallel or at right angles to main reinforcement. Where at right angles to reinforcement, place conduit close to slab support.
    2.    Arrange raceways to cross building expansion joints at right angles with expansion fittings.
    3.    Do not install conduits in such a manner as to compromise the structural integrity of walls, roofs, ceilings or floor. Where necessary, provide additional supporting members to support conduit runs. Below grade conduits 1 1/2" and larger shall be routed 24" below the concrete floor slabs.
    4.    Comply with Chapter 6 of ACI 318.
    5.    Change from nonmetallic conduit to Galvanized Rigid Steel or PVC-Coated Rigid Steel Conduit before rising above the floor.

H.    Threaded Conduit Joints, Exposed to Wet, Damp, Corrosive, or Outdoor Conditions: Apply listed compound to threads of raceway and fittings before making up joints. Follow compound manufacturer's written instructions.

I.    Raceway Terminations at Locations Subject to Moisture or Vibration: Use insulating bushings to protect conductors, including conductors smaller than No. 4 AWG.

J.    Install pull wires in empty raceways. Use polypropylene or monofilament plastic line with not less than 200-lb tensile strength. Leave at least 12 inches of slack at each end of pull wire.

K.  Install raceway sealing fittings at suitable, approved and accessible locations and fill them with listed sealing compound. For concealed raceways, install each fitting in a flush steel box with a blank cover plate having a finish similar to that of adjacent plates or surfaces. Install raceway sealing fittings at the following points:
   1.  Where conduits pass from warm to cold locations, such as boundaries of refrigerated spaces.
   2.  Where otherwise required by NFPA 70.

L.  Expansion-Joint Fittings: Install in each run of aboveground conduit that is located where environmental temperature change may exceed 30 deg. F, and that has straight-run length that exceeds 25 feet.
   1.  Install expansion-joint fittings for each of the following locations, and provide type and quantity of fittings that accommodate temperature change listed for location:
      a.  Outdoor Locations Not Exposed to Direct Sunlight: 125 deg F temperature change.
      b.  Outdoor Locations Exposed to Direct Sunlight: 155 deg F temperature change.
      c.  Indoor Spaces: connected with the Outdoors without Physical Separation: 125 deg F temperature change.
      d.  Attics: 135 deg F temperature change.
   2.  Install fitting(s) that provide expansion and contraction for at least 0.00041 inch per foot of length of straight run per deg F of temperature change.
   3.  Install each expansion-joint fitting with position, mounting and piston setting selected according to manufacturer's written instructions for conditions at specific location at the time of installation.

M.  Flexible conduit connections: Use maximum of 36 inches of flexible conduit for equipment subject to vibration, noise transmission, or movement, and for transformers and motors.
   1.  Use LFMC in damp or wet locations subject to severe physical damage.
   2.  Use LFMC or LFNC in damp or wet locations not subject to severe physical damage.

N.  Recessed Boxes in Masonry Walls: Saw-cut opening for box in center of cell of masonry block, and install box flush with surface of wall.

3.3  SLEEVE INSTALLATION FOR ELECTRICAL PENETRATIONS

A.  Coordinate sleeve selection and application Engineer.

B.  Concrete Slabs and Walls: Install sleeves for penetrations unless core-drilled holes or formed openings are used. Install sleeves during erection of slabs and walls.

C.  Use pipe sleeves unless penetration arrangement requires rectangular sleeved opening.

D.  Fire-Rated Assemblies: Install sleeves for penetrations of fire-rated floor and wall assemblies unless openings compatible with firestop system used are fabricated during construction of floor or wall.

E.  Cut sleeves to length for mounting flush with both surfaces of walls.

F.  Size pipe sleeves to provide ¼-inch annular clear space between sleeve and raceway unless sleeve seal is to be installed.

G.  Seal space outside of sleeves with grout for penetrations of concrete and masonry.

H.  Interior Penetrations of Non-Fire-Rated Walls and Floors: Seal annular space between sleeve and raceway, using joint sealant appropriate for size, depth, and location of joint.

I.  Fire-Rated-Assembly Penetrations: Maintain indicated fire rating of walls, partitions, ceilings, and floors at raceway penetrations. Install sleeves and seal with fire-stop materials.

J.  Roof-Penetration Sleeves: Seal penetration of individual raceways with flexible, boot-type flashing units applied in coordination with roofing work.

K.  Aboveground, Exterior-Wall Penetrations: Seal penetrations using sleeves and mechanical sleeve seals. Select sleeve size to allow for 1-inch annular clear space between pipe and sleeve for installing mechanical sleeve seals.

L.  Underground, Exterior-Wall Penetrations: Install cast-iron "wall pipes" for sleeves. Size sleeves to allow for 1-inch annular clear space between raceway and sleeve for installing mechanical sleeve seals.

3.4  SLEEVE-SEAL INSTALLATION

A.  Install to seal underground, exterior wall penetrations.

B.  Use type and number of sealing elements recommended by manufacturer for raceway material and size. Position raceway in center of sleeve. Assemble mechanical sleeve seals and install in annular space between raceway and sleeve. Tighten bolts against pressure plates that cause sealing elements to expand and make watertight seal.

3.5  FIRESTOPPING

A.  Apply firestopping to electrical penetrations of fire-rated floor and wall assemblies to restore original fire-resistance rating of assembly.

3.6  PROTECTION

A.  Provide final protection and maintain conditions that ensure coatings, finishes and cabinets are without damage or deterioration at time of Substantial Completion.


END OF SECTION

ISSUED FOR CONSTRUCTION 394

SECTION 26 05 43 - UNDERGROUND DUCTS AND RACEWAYS FOR ELECTRICAL SYSTEMS

PART 1 - GENERAL

1.1    SUMMARY

A.    This Section includes the following:
1.    Conduit, ducts and duct accessories for concrete-encased duct banks.
2.    Handholes and boxes.

1.2    DEFINITIONS

A.    RNC: Rigid nonmetallic conduit.

B.    SCTE: Society of Cable Telecommunications Engineers.

1.3    SUBMITTALS

A.    Product Data: For the following:
1.    Accessories for manholes, handholes, boxes.

B.    Shop Drawings for Precast or Factory-Fabricated Underground Utility Structures: Include plans, elevations, sections, details, attachments to other work, and accessories, including the following:
1.    Duct entry provisions, including locations and duct sizes.
2.    Reinforcement details/
3.    Step details.
4.    Grounding details.
5.    Dimensioned locations of cable rack inserts, pulling-in and lifting irons, and sumps.
6.    Joint details.

C.    Shop Drawings for Factory-Fabricated Handholes and Boxes Other Than Precast Concrete: Include dimensioned plans, sections and elevations, and fabrication and installation details, including the following:
1.    Duct entry provisions, including locations and duct sizes.
2.    Cover design.
3.    Grounding details.
4.    Dimensioned locations of cable rack inserts and pulling-in lifting irons.

D.    Duct-Bank Coordination Drawings: Show duct profiles and coordination with other utilities and underground structures.
1.    Include plans and sections, drawn to scale, and show bends and locations of expansion fittings.

E.    Product Certificates: for concrete and steel used in precast concrete handholes, as required by ASTM C858.

F.    Source quality-control test reports.

G.    Field quality-control test reports.

1.4    QUALITY ASSURANCE

A.    Comply with ANSI C2.

B.    Comply with NFPA 70.

1.5    DELIVERY, STORAGE AND HANDLING

A.    Deliver ducts to Project site with ends capped. Store nonmetallic ducts with supports to prevent bending, warping, and deforming.

B.    Store precast concrete and other factory-fabricated underground utility structures at Project site as recommended by manufacturer to prevent physical damage. Arrange so identification markings are visible.

C.    Lift and support precast concrete units only at designated lifting or supporting points.

1.6    COORDINATION

A.    Coordinate layout and installation of ducts, manholes, handholes, and boxes with final arrangement of other utilities, site grading, and surface features as determined in the field.

B.    Coordinate elevations of ducts and duct-bank entrances into manholes, handholes and boxes with final arrangement of other utilities, site grading, and surface features as determined in the field.

C.    Coordinate elevations of ducts and duct-bank entrances into manholes, handholes, and boxes with final locations and profiles of ducts and duct banks as determined by coordination with other utilities, underground obstructions and surface features. Revise locations and elevations from those indicated a required to suit field conditions and to ensure that duct runs drain to manholes and handholes and as approved by Engineer.

PART 2 - PRODUCTS

2.1    CONDUIT

A.    Rigid Steel conduit: Galvanized. Comply with ANSI C80.1.

B.    PVC-Coated Steel Conduit: Comply with ANSI C80.

C.    RNC: NEMA TC2, type EPPC-40-PVC, UL 651 , with matching fittings by same manufacturer as the conduit, complying with NEMA TC 3 and UL 514B.

2.2    PRECAST CONCRETE HANDHOLES AND BOXES

A.    Available Manufacturers: subject to compliance with requirements, manufacturers offering products that may be incorporated into the work include, but are not limited to, the following:
     1.    Oldcastle Precast Group.

B.    Comply with ASTM C 858 for design and manufacturing processes.

C.    Description: Factory-fabricated, reinforced-concrete, monolithically poured walls and bottom unless open-bottom enclosure are indicated. Frame and cover shall form top of enclosure and shall have load rating consistent with that of handhole or box.
     1.    Frame and Cover: Weatherproof cast-iron frame, with cast-iron cover with recessed cover hook eyes and tamper-resistant, captive, cover-securing bolts.
     2.    Frame and Cover: Weatherproof steel frame, with steel cover with recessed cover hook eyes and tamper-resistant, captive, cover-securing bolts.

3.  Frame and Cover: Weatherproof steel frame, with hinged steel access door assembly with tamper-resistant, captive, cover-securing bolts.
4.  Frame and cover: Weatherproof aluminum frame with hinged aluminum access door assembly with tamper-resistant, captive, cover-securing bolts.
    a.  Cover Hinges: concealed, with hold-open ratchet assembly.
    b.  Cover Handle: Recessed.
5.  Cover Finish: Nonskid finish shall have a minimum coefficient of friction of 0.50.
6.  Cover Legend: Molded lettering, "ELECTRIC."
7.  Configuration: Units shall be designed for flush burial and have integral closed bottom, unless otherwise indicated.
8.  Extensions and Slabs: Designed to mate with bottom of enclosure. Same material as enclosure.
    a.  Extension shall provide increased depth of 12 inches.
    b.  Slab: Same dimensions as bottom of enclosure, and arranged to provide closure.
9.  Windows: Precast openings in walls, arranged to match dimensions and elevations of approaching ducts and duct banks plus an additional 12 inches vertically and horizontally to accommodate alignment variations.
    a.  Windows shall be located no less than 6 inches from interior surfaces of walls, floors, or frames and covers of handholes, but close enough to corners to facilitate racking of cables on walls.
    b.  Window opening shall have cast-in-place, welded wire fabric reinforcement for field cutting and bending to tie in to concrete envelopes of duct banks.
    c.  Window openings shall be framed with at least two additional No. 4 steel reinforcing bars in concrete around each opening.
10. Duct Entrances in Handhole Walls: Cast end-bell or duct-terminating fitting in wall for each entering duct.
    a.  Type and size shall match fittings to duct or conduit to be terminated.
    b.  Fittings shall align with elevations of approaching ducts and be located near interior corners of handholes to facilitate racking of cable.
11. Handholes 12 inches wide by 24 inches long and larger shall have inserts for cable racks and pulling-in irons installed before concrete is poured.

2.3    HANDHOLES AND BOXES OTHER THAN PRECAST CONCRETE

A.  Description: comply with SCTE 77.
    1.  Color: Gray.
    2.  Configuration: Units shall be designed for flush burial and have integral closed bottom, unless otherwise indicated.
    3.  Cover: Weatherproof, secured by tamper-resistant locking devices and having structural load rating consistent with enclosure.
    4.  Cover Finish: Nonskid finish shall have a minimum coefficient of friction of 0.50.
    5.  Cover Legend: Molded lettering, "ELECTRIC" or as noted.
    6.  Duct Entrance Provisions: Duct-terminating fittings shall mate with entering ducts for secure, fixed installation in enclosure wall.
    7.  Handholes 12 inches wide by 24 inches long and larger shall have factory-installed inserts for cable racks and pulling-in irons.

B.  Polymer Concrete Handholes and Boxes with Polymer Concrete Cover: Molded of sand and aggregate, bound together with a polymer resin and reinforced with steel or fiberglass or a combination of the two.
    1.  Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the work include, but are not limited to the following:
        a.  Amorcast Products Company.
        b.  Quazite
        c.  Carson Industries LLC.

      d.    CDR Systems Corporation.
      e.    NewBasis.

2.4      UTILITY STRUCTURE ACCESSORIES

A.     Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the work include, but are not limited to the following:
1.    Bilco Company (The).
2.    Campbell Foundry Company.
3.    Carder Concrete Products
4.    Christy Concrete Products.
5.    East Jordan Iron Works, Inc.
6.    Elmhurst-Chicago Stone Co.
7.    McKinley Iron Works, Inc.
8.    Neenah Foundry Company.
9.    NewBasis.
10.   Oldcastle Precast Group.
11.   Osburn Associates, Inc.
12.   Pennsylvania Insert Corporation.
13.   Riverton Concrete Products; a division of Cretex companies, Inc.
14.   Strongwell Corporation; Lenoir City Divison.
15.   Underground Devices, Inc.
16.   Utility Concrete Products, LLC.
17.   Utility Vault Co.
18.   Wausau Tile, Inc.

B.     Duct-Sealing Compound: Nonhardening, safe for contact with human skin, not deleterious to cable insulation and workable at temperatures as low as 35 degrees F. Capable of withstanding temperature of 300 degrees F without slump and adhering to clean surfaces of plastic ducts, metallic conduits, conduit coatings, concrete, masonry, lead, cable sheaths, cable jackets, insulation materials, and common metals.

C.     Cover Hooks: Heavy duty, designed for lifts 60 Lb and greater.

PART 3 - EXECUTION

3.1      UNDERGROUND DUCT APPLICATION

A.     Ducts for Electrical Feeders 600 V and Less: RNC, NEMA Type EPC-40-PVC, in red blended mix concrete-encased duct bank, unless otherwise indicated. Transition to above ground shall be PVC-coated steel conduit.

3.2      UNDERGROUND ENCLOSURE APPLICATION

A.     Handholes and boxes for 600 V and Less:
1.    Units in Roadways and Other Deliberate Traffic Paths: Precast concrete. AASHTO HB 17, H-20 structural load rating.
2.    Units in Driveway, Parking Lot, and Off-Roadway Locations, Subject to Occasional, Nondeliberate Loading by Heavy Vehicles: Precast concrete, AASHTO HB 17, H-20 structural load rating.

3.3      EARTHWORK

A.     Restore surface features at areas disturbed by excavation and reestablish original grades, unless otherwise indicated. Replace removed sod immediately after backfilling is completed.

B.   Restore areas disturbed by trenching, storing of dirt, cable laying, and other work. Restore vegetation and include necessary top soiling, fertilizing, timing, seeding, sodding, sprigging and mulching.

C.   Cut and patch existing pavement in the path of underground ducts and utility structures.

3.4   DUCT INSTALLATION

A.   Slope: Pitch ducts a minimum slope of 1:300 down toward manholes and handholes and away from buildings and equipment. Slope ducts from high point in runs between two manholes to drain in both directions.

B.   Curves and Bends: Use 5-degree angle couplings for small changes in direction. Use manufactured long sweep bends with a minimum radius of 36 inches, both horizontally and vertically unless otherwise indicated.  All below grade elbows and bends to be galvanized.

C.   Joints: Use solvent-cemented joints in ducts and fittings and make watertight according to manufacturer's written instructions. Stagger couplings so those of adjacent ducts do not lie in same plane.

D.   Duct Entrances to Manholes and Concrete and Polymer Concrete Handholes: Use end bells, spaced approximately 10 inches o.c. for 5-inch ducts and vary proportionately for other duct sizes.
1.   Begin change from regular spacing to end-bell spacing 10- feet from the end bell without reducing duct line slope and without forming a trap in the line.
2.   Grout end bells into structure walls from both sides to provide watertight entrances.

E.   Building Wall or Floor Penetrations: Make a transition from underground duct to PVC coated rigid steel conduit unless otherwise indicated, at least 10 feet outside the building wall without reducing duct line slope away from the building and without forming a trap in the line. Use fittings manufactured for duct-to-conduit transition.

F.   Sealing: Provide temporary closures at terminations of ducts that have cables pulled. Seal spare ducts at terminations. Use sealing compound and plugs to withstand at least 15-psig hydrostatic pressure.

G.   Pulling cord: Install 100-lbf-test nylon cord in ducts, including spares.

3.5   INSTALLATION OF CONCRETE MANHOLES, HANDHOLES AND BOXES

A.   Precast Concrete Handhole and Manhole Installation:
1.   Comply with ASTM C 891, unless otherwise indicated.
2.   Install units level and plumb and with orientation and depth coordinated with connecting ducts to minimize bends and deflections required for proper entrances.
3.   Unless otherwise indicated, support units on a level 12" bed of crushed stone or gravel graded from 1-inch sieve to No. 4 sieve and compacted to same density as adjacent undisturbed earth.

B.   Elevations:
1.   Install handholes with bottom below the frost line.
2.   Handhole covers: In paved areas and trafficways, set surface flush with finished grade. Set covers of other handholes 1 inch above finished grade.
3.   Where indicated, cast handhole cover frame integrally with handhole structure.

C.      Hardware: Install removable hardware, including pulling eyes, cable stanchions, and cable arms as required for installation and support of cables and conductors and as indicated.

D.      Field-Installed Bolting Anchors in Manholes and Concrete Handholes: Do not drill deeper than 3-7/8 inches for manholes and 2 inches for handholes, for anchor bolts installed in the field. Use a minimum of two anchors for each cable stanchion.

3.6      INSTALLATION OF HANDHOLES AND BOXES OTHER THAN PRECAST CONCRETE

A.      Install handholes and boxes level and plumb and with orientation and depth coordinated with connecting ducts to minimize bends and deflections required for proper entrances. Use box extension if required to match depths of ducts and seal joint between box and extension as recommended by the manufacturer.

B.      Unless otherwise indicated, support units on a level bed of crushed stone or gravel, graded from 1/2-inch sieve to No. 4 sieve and compacted to same density as adjacent undisturbed earth.

C.      Elevation: In paved areas and trafficways, set so cover surface will be flush with finished grade. Set covers of other handholes 1 inch above finished grade.

D.      Install handholes and boxes with bottom below the frost line.

E.      Install removable hardware, including pulling eyes, cable stanchions, cable arms, and insulators, as required for installation and support of cables and conductors and as indicated. Select arm lengths to be long enough to provide spare space for future cables, but short enough to preserve adequate working clearances in the enclosure.

F.      Field-cut openings for ducts and conduits according to enclosure manufacturer's written instructions. Cut wall of enclosure with a tool designed for material to be cut. Size holes for terminating fittings to be used, and seal around penetrations after fittings are installed.

G.      For enclosures installed in asphalt paving and subject to occasional, nondeliberate, heavy-vehicle loading form and pour a concrete ring encircling and in contact with, enclosure and with top surface screeded to top of box cover frame.
1.      Concrete: 3000 psi, 28-day strength, with a troweled finish.
2.      Dimensions: 12 inches wide by 12 inches deep.

3.7      GROUNDING

A.      Ground underground ducts and utility structures according to Division 26 Section "Grounding and Bonding for Electrical Systems."

3.8      FIELD QUALITY CONTROL

A.      Perform the following tests and inspections and prepare test reports.
1.      Demonstrate capability and compliance with requirements on completion of installation of underground ducts and utility structures.
2.      Pull aluminum or wood test mandrel through duct to prove joint integrity and test for out-of-round duct. Provide mandrel equal to 80 percent fill of duct. If obstructions are indicated, remove obstructions and retest.

B.      Correct deficiencies and retest as specified above to demonstrate compliance.

3.9     CLEANING

A.     Pull leather-washer-type duct cleaner, with graduated washer sizes, through full length of ducts. Follow with rubber duct swab for final cleaning and to assist in spreading lubricant throughout ducts.


END OF SECTION

SECTION 26 05 53 - IDENTIFICATION FOR ELECTRICAL SYSTEMS

PART 1 - GENERAL

1.1     SUMMARY

   A.    This Section includes the following:
         1.     Identification for conductors and communication and control cable.
         2.     Warning labels and signs.
         3.     Instruction signs.
         4.     Equipment identification labels.
         5.     Miscellaneous identification products.

   B.    Related sections:
         1.     Section 26 05 70 – Power System Study.

1.2     SUBMITTALS

   A.    Product Data: For each electrical identification product indicated.

   B.    Identification Schedule: An index of nomenclature of electrical equipment and system components used in identification signs and labels.

1.3     QUALITY ASSURANCE

   A.    Comply with ANSI A13.1 and ANSI C2.

   B.    Comply with NFPA 70.

   C.    Comply with NFPA 70E

   D.    Comply with 29 CFR 1910.145.

1.4     COORDINATION

   A.    Coordinate identification names, abbreviations, colors and other features with requirements in the Contract Documents, Shop Drawings, manufacturer's wiring diagrams, and the Operation and Maintenance Manual, and with those required by codes, standards and 29 CFR 1910.145. Use consistent designations throughout Project.

   B.    Coordinate installation of identifying devices with completion of covering and painting of surfaces where devices are to be applied.

   C.    Coordinate installation of identifying devices with location of access panels and doors.

PART 2 - PRODUCTS

2.1     CONDUCTOR AND COMMUNICATION – AND CONTROL-CABLE IDENTIFICATION MATERIALS.

   A.    Color-Coding Conductor Tape: Colored, self-adhesive vinyl tape not less than 3 mils thick by 1 to 2 inches wide.

   B.    Marker Tapes: vinyl or vinyl-cloth, self-adhesive wraparound type, with circuit identification legend machine printed by thermal transfer or equivalent process.

2.2    WARNING LABEL AND SIGNS

A.    Comply with NFPA 70 and 29 CFR 1910.145 and NFPA 70E.

B.    Self-Adhesive Warning Labels: Factory printed, multicolor, pressure-sensitive adhesive labels, configured for display on front cover, door or other access to equipment unless otherwise indicated.

C.    Metal-Backed, Butyrate Warning Signs: Weather-resistant, nonfading, preprinted, cellulose-acetate butyrate signs with 0.0396-inch galvanized-steel backing; and with colors, legend and size required for application. ¼ inch grommets in corners for mounting. Nominal size, 10 by 14 inches.

D.    Sample warning label and sign shall include, but are not limited to the following legends:
    1.    Multiple Power source Warning: "DANGER – ELECTRICAL SHOCK HAZARD – EQUIPMENT HAS MULTIPLE POWER SOURCES."
    2.    Workspace Clearance Warning: "WARNING - OSHA REGULATION – AREA IN FRONT OF ELECTRICAL EQUIPMENT MUST BE KEPT CLEAR FOR 36 INCHES."
    3.    WARNING – ARC FLASH AND SHOCK HAZARD –APPROPRIATE PPE REQUIRED.

2.3    INSTRUCTION SIGNS

A.    Engraved, laminated acrylic or melamine plastic, minimum 1/16 inch thick for signs up to 20 sq. in. and 1/8 inch thick for larger sized.
    1.    Engraved legend with black letters on white face.
    2.    Punched or drilled for mechanical fasteners.
    3.    Framed with mitered acrylic molding and arranged for attachment at applicable equipment.

2.4    EQUIPMENT IDENTIFICATION LABELS

A.    Engraved, Laminated Acrylic or Melamine Label: Punched or drilled for screw mounting. White letters on a dark gray background. Minimum letter height shall be 3/8 inch.

B.    Stenciled Legend: In nonfading, waterproof, black ink or paint. Minimum letter height shall be 1 inch.

2.5    MISCELLANEOUS IDENTIFICATION PRODUCTS.

A.    Cable ties: fungus-inert, self-extinguishing, 1-piece, self-locking, type 6/6 nylon cable ties.
    1.    Minimum Width: 3/16 inch.
    2.    Tensile Strength: 50 lb minimum.
    3.    Temperature Range: Minus 40 to plus 185 degrees F.
    4.    Color: Black, except where used for color-coding.

B.    Fasteners for Labels and Signs: Self-tapping, stainless-steel screws or stainless-steel machine screws with nuts and flat and lock washers.

PART 3 - EXECUTION

3.1    APPLICATION

A.    Outlet Boxes for Receptacles: Identify branch circuit by panel name and circuit number.

B.  Power-Circuit Conductor Identification: of secondary conductors No. 1/0 AWG and larger in vaults, pull and junction boxes, manholes, and handholes use color-coding conductor tape. Identify source and circuit number of each set of conductors. For single conductor cables, identify phase in addition to the above.

C.  Branch-Circuit Conductor Identification:  Where there are conductors for more than three branch circuits in same junction or pull box, use color-coding conductor tape. Identify each ungrounded conductor according to source and circuit number.

D.  Auxiliary Electrical Systems Conductor Identification: Identify field-installed alarm, control, signal, sound, intercommunications, voice, and data connections.
    1.  Identify conductors, cables and terminals in enclosures and at junctions, terminals, and pull points. Identify by system and circuit designation.
    2.  Use system of marker type designations that is uniform and consistent with system used by manufacturer for factory-installed connections.
    3.  Coordinate identification with Project Drawings, manufacturer's wiring diagrams, and Operation and Maintenance Manual.

E.  Warning Labels for Indoor Cabinets, Boxes and Enclosures for Power and Lighting: comply with 29 CFR 1910.145 and apply metal-backed, butyrate warning signs. Identify system voltage with black letters on an orange background. Apply to exterior of door, cover or other access.
    1.  Equipment with Multiple Power or Control Sources: Apply to door or cover of equipment including, but not limited to the following:
        a.  Power transfer switches
        b.  Controls with external control power connections.
    2.  Equipment Requiring Workspace Clearance According to NFPA 70: Unless otherwise indicated, apply to door or cover of equipment but not on flush panelboards and similar equipment in finished spaces.

F.  Instruction Signs:
    1.  Operating Instructions: Install instruction signs to facilitate proper operation and maintenance of electrical systems and items to which they connect. Install instruction signs with approved legend where instructions are needed for system or equipment operation.
    2.  Emergency Operating Instructions: Install instruction signs with white legend on a red background with minimum 3/8 inch high letters for emergency instructions at equipment used for power transfer.

G.  Equipment Identification Labels: On each unit of equipment, install unique designation label that is consistent with wiring diagrams, schedules, and Operation and Maintenance Manual. Apply labels to disconnect switches and protection equipment, central or master units, control panels, control stations, terminal cabinets, and racks of each system. Systems include power, lighting, control, communication, signal, monitoring, and alarm systems unless equipment is provided with its own identification.
    1.  Labeling Instructions:
        a.  Indoor Equipment: Engraved, laminated acrylic or melamine label. Unless otherwise indicated, provide a single line of text with ½-inch high letters on 1-1/2-inch high label; where 2 lines of text are required, use labels 2 inches high.
        b.  Outdoor Equipment: Engraved, laminated acrylic or melamine label.
    2.  Equipment to Be Labeled:
        a.  Panelboards, electrical cabinets and enclosures.
        b.  Access doors and panels for concealed electrical items.
        c.  Electrical switchgear and switchboards.
        d.  Transformers.
        e.  Motor-control centers.
        f.  Disconnect switches.

    g.    Enclosed circuit breakers.
    h.    Motor starters.
    i.    Push-bottom stations.
    j.    Power transfer equipment.
    k.    Contactors.
    l.    Remote-controlled switches and control devices.
    m.    Power-generating units.
    n.    Voice and data cable terminal equipment.
    o.    Terminals, racks and patch panels for voice and data communications and for signal and control functions.

## 3.2    INSTALLATION

A.    Verify identity of each item before installing identification products.

B.    Location: Install identification materials and devices at locations for most convenient viewing without interference with operation and maintenance of equipment.

C.    Apply identification devices to surfaces that require finish after completing finish work.

D.    Self-Adhesive Identification Products: Clean surfaces before application, using materials and methods recommended by manufacturer of identification device.

E.    Attach nonadhesive signs and plastic labels with screws and auxiliary hardware appropriate to the location and substrate.

F.    Color-Coding for Phase and Voltage Level Identification, 600 V and Less: Use the colors listed below for ungrounded service, feeder and branch-circuit conductors.
    1.    Color shall be factory applied or, for sized larger than No. 6 AWG if authorities having jurisdiction permit, field applied.
    2.    Colors for 480/277-V Circuits:
        a.    Phase A: Brown
        b.    Phase B: Orange
        c.    Phase C: Yellow
    3.    Field-Applied, Color-Coding Conductor Tape: Apply in half-lapped turns for a minimum distance of 6 inches from terminal points and in boxes where splices or taps are made. Apply last two turns of tape with no tension to prevent possible unwinding. Locate bands to avoid obscuring factory cable markings.

END OF SECTION

SECTION 26 22 00 - LOW-VOLTAGE TRANSFORMERS

PART 1 - GENERAL

1.1     RELATED DOCUMENTS

   A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

   A.    This Section includes the following types of dry-type transformers rated 600 V and less, with capacities up to 1000 kVA:
         1.    Dry-Type distribution transformers.

1.3     SUBMITTALS

   A.    Product Data: Include rated nameplate data, capacities, weights, dimensions, minimum clearances, installed devices and features and performance for each type and size of transformer indicated.

   B.    Shop Drawings: Detail equipment assemblies and indicate dimensions, weights, loads, required clearances, method of field assembly, components and location and size of each field connection.
         1.    Wiring Diagrams: Power, signal and control wiring.

   C.    Qualification Data: For testing agency

   D.    Source quality-control test reports.

   E.    Field quality-control test reports.

   F.    Operation and Maintenance Data: For transformers to include in emergency, operation and maintenance manuals.

1.4     QUALITY ASSURANCE

   A.    Testing Agency Qualifications: An independent agency, with the experience and capability to conduct the testing indicated, that is a nationally recognized testing laboratory (NRTL) as defined by OSHA in 29 CFR 1910.7.

   B.    Source Limitations: Obtain each transformer type through one source from a single manufacturer.

   C.    Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction and marked for intended use.

   D.    Comply with IEEE C57.12.91, "Test Code for Dry-Type Distribution and Power Transformers."

1.5     DELIVERY, STORAGE AND HANDLING

   A.    Temporary Heating: Apply temporary heat according to manufacturer's written instructions within the enclosure of each ventilated-type unit, throughout periods during which equipment is

not energized and when transformer is not in a space that is continuously under normal control of temperature and humidity.

1.6     COORDINATION

A.     Coordinate size and location of concrete bases with actual transformer provided. Cast anchor-bolt inserts into bases. Concrete, reinforcement, and formwork requirements are specified in Division 03. Construct housekeeping pad for floor mounted transformers.

B.     Coordinate installation of wall-mounting and structure-hanging supports with actual transformer provided.

PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.     Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to the following:
1.     Eaton Electrical Inc.; Cutler-Hammer Products.
2.     Siemens Energy & Automation, Inc.
3.     Square D; Schneider Electric.

2.2     GENERAL TRANSFORMER REQUIREMENTS

A.     Description: Factory-assembled and –tested, air-cooled units for 60-Hz service.

B.     Cores: Grain-oriented, non-aging silicon steel.

C.     Coils: Continuous windings without splices except for taps.
1.     Internal Coil Connections: Brazed or pressure type.
2.     Coil Material: Aluminum

2.3     DISTRIBUTION TRANSFORMERS

A.     Comply with NEMA ST 20, and list and label as complying with UL 1561.

B.     Cores: One leg per phase.

C.     Enclosure: Ventilated, NEMA 250, Type 2 for indoor applications.
1.     Core and coil shall be encapsulated within resin compound, sealing out moisture and air.

D.     Enclosure: Totally Enclosed, non-ventilated, Type 3R for outdoor applications.
1.     Core and coil shall be encapsulated within resin compound, sealing out moisture and air

E.     Taps for Transformers 7.5 to 24 kVA: Two 5 percent taps below rated voltage.

F.     Taps for Transformers 25 kVA and Larger: Two 2.5 percent taps above and two 2.5 percent taps below normal full capacity.

G.     Insulation Class: 220 deg C, UL-component-recognized insulation system with a maximum of 115 deg C rise above 40 deg C ambient temperature.

H.     Energy Efficiency for Transformers Rated 15 kVA and larger:
1.     Complying with NEMA TP 1, Class 1 efficiency levels.
2.     Tested according to NEMA TP 2.

    I.    Electrostatic Shielding: Each winding shall have an independent, single full-width copper electrostatic shield arranged to minimize interwinding capacitance.

        1.    Arrange coil leads and terminal strips to minimize capacitive coupling between input and output terminals.

        2.    Include special terminal for grounding the shield.

        3.    Shield Effectiveness:

            a.    Capacitance between Primary and Secondary windings: Not to exceed 33 picofarads over a frequency range of 20 Hz to 1 MHz.

            b.    Common-Mode Noise Attenuation: Minimum of minus 120 dBA at 0.5 to 1.5 kHz; minimum of minus 65 dBA at 1.5 to 100 kHz.

            c.    Normal-Mode Noise Attenuation: Minimum of minus 52 dBA at 1.5 to 10 kHz.

    J.    Wall Brackets: Manufacturer's standard brackets.

    K.    Low-Sound-Level Requirements: Minimum of 3 dBA less than NEMA ST 20 standard sound levels when factory tested according to IEEE C57.12.91.

2.4    IDENTIFICATION DEVICES

    A.    Nameplates: Engraved, laminated-plastic or metal nameplate for each distribution transformer, mounted with corrosion-resistant screws. Nameplates and label products are specified in Division 26 Section "Identification for Electrical Systems."

2.5    SOURCE QUALITY CONTROL

    A.    Test and inspect transformers according to IEEE C57.12.91.

    B.    Factory Sound-Level Tests: Conduct sound-level tests on equipment for this Project.

PART 3 - EXECUTION

3.1    EXAMINATION

    A.    Examine conditions for compliance with enclosure and ambient temperature requirements for each transformer.

    B.    Verify that field measurements are as needed to maintain working clearances required by NFPA 70 and manufacturer's written instructions.

    C.    Examine walls, floors, roofs, and concrete bases for suitable mounting conditions where transformers will be installed.

    D.    Verify that ground connections are in place and requirements in Section 26 05 26, GROUNDING AND BONDING FOR ELECTRICAL SYSTEMS, have been met. Maximum ground resistance shall be 5 ohms at location of transformer.

    E.    Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    INSTALLATION

    A.    Install wall-mounting transformers level and plumb with wall brackets fabricated by transformer manufacturer.

    B.    Construct concrete bases and anchor floor-mounting transformers according to manufacturer's written instructions and requirements.

    C.    Ground the neutral on the secondary of all transformers.

3.3    CONNECTIONS

    A.    Ground equipment according to Division 26 Section "Grounding and Bonding for Electrical Systems."

    B.    Connect wiring according to Division 26 Section "Low-Voltage Electrical Power Conductors and Cables."

3.4    FIELD QUALITY CONTROL

    A.    Perform tests and inspections and prepare test reports.

    B.    Tests and Inspections:
        1.    Perform each visual and mechanical inspection and electrical test stated in NETA Acceptance Testing Specification. Certify compliance with test parameters.

    C.    Remove and replace units that do not pass tests or inspections and retest as specified above.

    D.    Test Labeling: On completion of satisfactory testing of each unit, attach a dated and signed "Satisfactory Test" label to tested component.

3.5    ADJUSTING

    A.    Monitor transformer secondary voltage at each unit for at least 2 hours of typical occupancy period. Adjust transformer taps to provide optimum voltage conditions at secondary terminals. Optimum is defined as not exceeding nameplate voltage plus 10 percent and not being lower than nameplate voltage minus 3 percent at maximum load conditions. Submit recording and tap settings as test results.

    B.    Output Settings Report: Prepare a written report recording output voltages and tap settings.

3.6    CLEANING

    A.    Vacuum dirt and debris; do not use compressed air to assist in cleaning.

END OF SECTION

SECTION 26 24 16 - PANELBOARDS

PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2     SUMMARY

A.     Section Includes:
1.     Distribution panelboards.
2.     Lighting and appliance branch-circuit panelboards.

1.3     PERFORMANCE REQUIREMENTS

A.     Seismic Performance:  Panelboards shall withstand the effects of earthquake motions determined according to SEI/ASCE 7.
1.     The term "withstand" means "the unit will remain in place without separation of any parts from the device when subjected to the seismic forces specified and the unit will be fully operational after the seismic event."

1.4     SUBMITTALS

A.     Product Data:  For each type of panelboard, switching and overcurrent protective device, transient voltage suppression device, accessory, and component indicated.  Include dimensions and manufacturers' technical data on features, performance, electrical characteristics, ratings, and finishes.

B.     Shop Drawings:  For each panelboard and related equipment.
1.     Include dimensioned plans, elevations, sections, and details.  Show tabulations of installed devices, equipment features, and ratings.
2.     Detail enclosure types and details for types other than NEMA 250, Type 1.
3.     Detail bus configuration, current, and voltage ratings.
4.     Short-circuit current rating of panelboards and overcurrent protective devices.
5.     Include evidence of NRTL listing for series rating of installed devices.
6.     Detail features, characteristics, ratings, and factory settings of individual overcurrent protective devices and auxiliary components.
7.     Include wiring diagrams for power, signal, and control wiring.
8.     Include time-current coordination curves for each type and rating of overcurrent protective device included in panelboards.  Submit on translucent log-log graft paper; include selectable ranges for each type of overcurrent protective device.

C.     Seismic Qualification Certificates:  Submit certification that panelboards, overcurrent protective devices, accessories, and components will withstand seismic forces. Include the following:
1.     Basis for Certification:  Indicate whether withstand certification is based on actual test of assembled components or on calculation.
2.     Dimensioned Outline Drawings of Equipment Unit:  Identify center of gravity and locate and describe mounting and anchorage provisions.
3.     Detailed description of equipment anchorage devices on which the certification is based and their installation requirements.

D.     Field Quality-Control Reports:
1.     Test procedures used.

2.    Test results that comply with requirements.
3.    Results of failed tests and corrective action taken to achieve test results that comply with requirements.

E.    Panelboard Schedules:  For installation in panelboards. Submit final versions after load balancing.

F.    Operation and Maintenance Data:  For panelboards and components to include in emergency, operation, and maintenance manuals.  In addition to items specified in Division 01 Section "Operation and Maintenance Data," include the following:
1.    Manufacturer's written instructions for testing and adjusting overcurrent protective devices.
2.    Time-current curves, including selectable ranges for each type of overcurrent protective device that allows adjustments.

1.5    QUALITY ASSURANCE

A.    Source Limitations:  Obtain panelboards, overcurrent protective devices, components, and accessories from single source from single manufacturer.

B.    Product Selection for Restricted Space:  Drawings indicate maximum dimensions for panelboards including clearances between panelboards and adjacent surfaces and other items.  Comply with indicated maximum dimensions.

C.    Electrical Components, Devices, and Accessories:  Listed and labeled as defined in NFPA 70, by a qualified testing agency, and marked for intended location and application.

D.    Comply with NEMA PB 1.

A.    Comply with NFPA 70.

1.6    DELIVERY, STORAGE, AND HANDLING

A.    Remove loose packing and flammable materials from inside panelboards; install temporary electric heating (250 W per panelboard) to prevent condensation.

B.    Handle and prepare panelboards for installation according to NEMA PB 1.

1.7    PROJECT CONDITIONS

A.    Environmental Limitations:
1.    Do not deliver or install panelboards until spaces are enclosed and weathertight, wet work in spaces is complete and dry, work above panelboards is complete, and temporary HVAC system is operating and maintaining ambient temperature and humidity conditions at occupancy levels during the remainder of the construction period.
2.    Rate equipment for continuous operation under the following conditions unless otherwise indicated:
a.    Ambient Temperature:  Not exceeding 23 deg F (minus 5 deg C) to plus 104 deg F (plus 40 deg C).
b.    Altitude:  Not exceeding 6600 feet (2000 m).

B.    Service Conditions:  NEMA PB 1, usual service conditions, as follows:
1.    Ambient temperatures within limits specified.
2.    Altitude not exceeding 6600 feet (2000 m).

C.    Interruption of Existing Electric Service:  Do not interrupt electric service to facilities occupied by Owner or others unless permitted under the following conditions and then only after arranging to provide temporary electric service according to requirements indicated:
1.    Notify Owner no fewer than two days in advance of proposed interruption of electric service.
2.    Do not proceed with interruption of electric service without Owner's written permission.
3.    Comply with NFPA 70E.

1.8    COORDINATION

A.    Coordinate layout and installation of panelboards and components with other construction that penetrates walls or is supported by them, including electrical and other types of equipment, raceways, piping, encumbrances to workspace clearance requirements, and adjacent surfaces. Maintain required workspace clearances and required clearances for equipment access doors and panels.

B.    Coordinate sizes and locations of concrete bases with actual equipment provided.  Cast anchor-bolt inserts into bases.  Concrete, reinforcement, and formwork requirements are specified in Division 03.

1.9    WARRANTY

A.    Special Warranty:  Manufacturer's standard form in which manufacturer agrees to repair or replace transient voltage suppression devices that fail in materials or workmanship within specified warranty period.
1.    Warranty Period:  1 year from date of Substantial Completion.

PART 2 - PRODUCTS

2.1    GENERAL REQUIREMENTS FOR PANELBOARDS

A.    Enclosures:  Surface-mounted cabinets.
1.    Rated for environmental conditions at installed location.
    a.    Indoor Dry and Clean Locations:  NEMA 250, Type 1.
    b.    Outdoor Locations: Type 4X stainless steel.
2.    Front:  Secured to box with concealed trim clamps.  For surface-mounted fronts, match box dimensions; for flush-mounted fronts, overlap box.
3.    Hinged Front Cover:  Entire front trim hinged to box and with standard door within hinged trim cover.
4.    Skirt for Surface-Mounted Panelboards:  Same gage and finish as panelboard front with flanges for attachment to panelboard, wall, and ceiling or floor.
5.    Gutter Extension and Barrier:  Same gage and finish as panelboard enclosure; integral with enclosure body.  Arrange to isolate individual panel sections.
6.    Finishes:
    a.    Panels and Trim:  Steel, factory finished immediately after cleaning and pretreating with manufacturer's standard two-coat, baked-on finish consisting of prime coat and thermosetting topcoat.
    b.    Back Boxes:  Galvanized steel.
7.    Directory Card:  Inside panelboard door, mounted in metal frame with transparent protective cover.

B.    Incoming Mains Location:  Top and bottom as required by job conditions.

C.    Phase, Neutral, and Ground Buses:
1.    Material:  Hard-drawn copper, 98 percent conductivity.

2.  Equipment Ground Bus:  Adequate for feeder and branch-circuit equipment grounding conductors; bonded to box.

D.  Conductor Connectors:  Suitable for use with conductor material and sizes.
    1.  Material:  Hard-drawn copper, 98 percent conductivity.
    2.  Main and Neutral Lugs:  Compression type.
    3.  Ground Lugs and Bus-Configured Terminators:  Compression type.
    4.  Extra-Capacity Neutral Lugs:  Rated 200 percent of phase lugs mounted on extra-capacity neutral bus.

E.  Service Equipment Label:  NRTL labeled for use as service equipment for panelboards or load centers with one or more main service disconnecting and overcurrent protective devices.

F.  Future Devices:  Mounting brackets, bus connections, filler plates, and necessary appurtenances required for future installation of devices.

G.  Panelboard Short-Circuit Current Rating:  Fully rated to interrupt symmetrical short-circuit current available at terminals.

2.2  DISTRIBUTION PANELBOARDS

A.  Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
    1.  Eaton Electrical Inc.; Cutler-Hammer Products.
    2.  Siemens Energy & Automation, Inc.
    3.  Square D; Schneider Electric.

B.  Panelboards:  NEMA PB 1, power and feeder distribution type.

C.  Doors:  Secured with vault-type latch with tumbler lock; keyed alike.
    1.  For doors more than 36 inches (914 mm) high, provide two latches, keyed alike.

D.  Mains:  Circuit breaker.

E.  Branch Overcurrent Protective Devices for Circuit-Breaker Frame Sizes 125 A and Smaller:  Bolt-on circuit breakers.

F.  Branch Overcurrent Protective Devices for Circuit-Breaker Frame Sizes Larger Than 125 A:  Bolt-on circuit breakers; plug-in circuit breakers where individual positive-locking device requires mechanical release for removal.

2.3  LIGHTING AND APPLIANCE BRANCH-CIRCUIT PANELBOARDS

A.  Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
    1.  Eaton Electrical Inc.; Cutler-Hammer Products.
    2.  Siemens Energy & Automation, Inc.
    3.  Square D; Schneider Electric.

B.  Panelboards:  NEMA PB 1, lighting and appliance branch-circuit type.

C.  Mains:  Circuit breaker.

D.  Branch Overcurrent Protective Devices:  Bolt-on circuit breakers, replaceable without disturbing adjacent units.

E.    Doors:  Concealed hinges; secured with flush latch with tumbler lock; keyed alike.

F.    Column-Type Panelboards:  Narrow gutter extension, with cover, to overhead junction box equipped with ground and neutral terminal buses.

2.4    DISCONNECTING AND OVERCURRENT PROTECTIVE DEVICES

A.    Manufacturers:  Subject to compliance with requirements, provide products by one of the following:
      1.    Eaton Electrical Inc.; Cutler-Hammer Products.
      2.    Siemens Energy & Automation, Inc.
      3.    Square D; Schneider Electric.

B.    Molded-Case Circuit Breaker (MCCB):  Comply with UL 489, with interrupting capacity to meet available fault currents.
      1.    Thermal-Magnetic Circuit Breakers:  Inverse time-current element for low-level overloads, and instantaneous magnetic trip element for short circuits.  Adjustable magnetic trip setting for circuit-breaker frame sizes 250 A and larger.
      2.    GFCI Circuit Breakers:  Single- and two-pole configurations with Class A ground-fault protection (6-mA trip).
      3.    Ground-Fault Equipment Protection (GFEP) Circuit Breakers:  Class B ground-fault protection (30-mA trip).
      4.    Molded-Case Circuit-Breaker (MCCB) Features and Accessories:
            a.    Standard frame sizes, trip ratings, and number of poles.
            b.    Lugs:  Mechanical style, suitable for number, size, trip ratings, and conductor materials.
            c.    Application Listing:  Appropriate for application; Type SWD for switching fluorescent lighting loads; Type HID for feeding fluorescent and high-intensity discharge (HID) lighting circuits.
            d.    Application Listing:  Appropriate for application;  Type HACR for breakers serving Heating, Air Conditioning and Refrigeration (HACR) loads.
            e.    Dual rated SWD and HACR breakers are acceptable.

2.5    ACCESSORY COMPONENTS AND FEATURES

A.    Accessory Set:  Include tools and miscellaneous items required for overcurrent protective device test, inspection, maintenance, and operation.

PART 3 - EXECUTION

3.1    EXAMINATION

A.    Receive, inspect, handle, and store panelboards according to NEMA PB 1.1.

B.    Examine panelboards before installation.  Reject panelboards that are damaged or rusted or have been subjected to water saturation.

C.    Examine elements and surfaces to receive panelboards for compliance with installation tolerances and other conditions affecting performance of the Work.

D.    Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    INSTALLATION

A.    Install panelboards and accessories according to NEMA PB 1.1.

B.   Equipment Mounting:  Install panelboards on concrete bases, 4-inch (100-mm) nominal thickness.  Comply with requirements for concrete base specified in Division 03 Section "Cast-in-Place Concrete or Miscellaneous Cast-in-Place Concrete."

1.   Install dowel rods to connect concrete base to concrete floor.  Unless otherwise indicated, install dowel rods on 18-inch (450-mm) centers around full perimeter of base.
2.   For panelboards, install epoxy-coated anchor bolts that extend through concrete base and anchor into structural concrete floor.
3.   Place and secure anchorage devices.  Use setting drawings, templates, diagrams, instructions, and directions furnished with items to be embedded.
4.   Install anchor bolts to elevations required for proper attachment to panelboards.
5.   Attach panelboard to the vertical finished or structural surface behind the panelboard.

C.   Temporary Lifting Provisions:  Remove temporary lifting eyes, channels, and brackets and temporary blocking of moving parts from panelboards.

D.   Comply with mounting and anchoring requirements specified in Division 26 Section "Vibration and Seismic Controls for Electrical Systems."

E.   Mount top of trim 90 inches (2286 mm) above finished floor unless otherwise indicated.

F.   Mount panelboard cabinet plumb and rigid without distortion of box.  Mount recessed panelboards with fronts uniformly flush with wall finish and mating with back box.

G.   Install overcurrent protective devices and controllers not already factory installed.
1.   Set field-adjustable, circuit-breaker trip ranges.

H.   Install filler plates in unused spaces.

I.   Stub four 1-inch (27-GRC) empty conduits from panelboard into accessible ceiling space or space designated to be ceiling space in the future.  Stub four 1-inch (27-GRC) empty conduits into raised floor space or below slab not on grade.

J.   Arrange conductors in gutters into groups and bundle and wrap with wire ties after completing load balancing.

K.   Comply with NECA 1.

3.3   IDENTIFICATION

A.   Identify field-installed conductors, interconnecting wiring, and components; provide warning signs complying with Division 26 Section "Identification for Electrical Systems."

B.   Create a directory to indicate installed circuit loads; incorporate Owner's final room designations.  Obtain approval before installing.  Use a computer or typewriter to create directory; handwritten directories are not acceptable.

C.   Panelboard Nameplates:  Label each panelboard with a nameplate complying with requirements for identification specified in Division 26 Section "Identification for Electrical Systems."

D.   Device Nameplates:  Label each branch circuit device in distribution panelboards with a nameplate complying with requirements for identification specified in Division 26 Section "Identification for Electrical Systems."

3.4     FIELD QUALITY CONTROL

A.     Perform tests and inspections.
    1.     Manufacturer's Field Service:  Engage a factory-authorized service representative to inspect components, assemblies, and equipment installations, including connections, and to assist in testing.

B.     Acceptance Testing Preparation:
    1.     Test insulation resistance for each panelboard bus, component, connecting supply, feeder, and control circuit.
    2.     Test continuity of each circuit.

C.     Tests and Inspections:
    1.     Perform each visual and mechanical inspection and electrical test stated in NETA Acceptance Testing Specification.  Certify compliance with test parameters.
    2.     Correct malfunctioning units on-site, where possible, and retest to demonstrate compliance; otherwise, replace with new units and retest.
    3.     Perform the following infrared scan tests and inspections and prepare reports:
        a.     Initial Infrared Scanning:  After Substantial Completion, but not more than 60 days after Final Acceptance, perform an infrared scan of each panelboard.  Remove front panels so joints and connections are accessible to portable scanner.
        b.     Follow-up Infrared Scanning:  Perform an additional follow-up infrared scan of each panelboard 11 months after date of Substantial Completion.
        c.     Instruments and Equipment:
            1).  Use an infrared scanning device designed to measure temperature or to detect significant deviations from normal values.  Provide calibration record for device.

D.     Panelboards will be considered defective if they do not pass tests and inspections.

E.     Prepare test and inspection reports, including a certified report that identifies panelboards included and that describes scanning results.  Include notation of deficiencies detected, remedial action taken, and observations after remedial action.

F.     ADJUSTING

G.     Adjust moving parts and operable component to function smoothly, and lubricate as recommended by manufacturer.

H.     Set field-adjustable circuit-breaker trip ranges as indicated and recommended by manufacturer.

I.     Load Balancing:  After Substantial Completion, but not more than 60 days after Final Acceptance, measure load balancing and make circuit changes if directed by the Engineer.
    1.     Measure as directed during period of normal system loading.
    2.     Perform load-balancing circuit changes outside normal occupancy/working schedule of the facility and at time directed.  Avoid disrupting critical 24-hour services such as fax machines and on-line data processing, computing, transmitting, and receiving equipment.
    3.     After circuit changes, recheck loads during normal load period.  Record all load readings before and after changes and submit test records.
    4.     Tolerance:  Difference exceeding 20 percent between phase loads, within a panelboard, is not acceptable.  Rebalance and recheck as necessary to meet this minimum requirement.

3.5    PROTECTION

A.    Temporary Heating:  Apply temporary heat to maintain temperature according to manufacturer's written instructions.


END OF SECTION

SECTION 26 28 13 - FUSES

PART 1 - GENERAL

1.1     RELATED DOCUMENTS

A.     Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections apply to this Section.

1.2     SUMMARY

A.     Section Includes:
   1.     Cartridge fuses rated 600-V ac and less for use in control circuits, enclosed switches, controllers and motor-control centers.

1.3     SUBMITTALS

A.     Product Data: For each type of product indicated. Include construction details, material, dimensions, descriptions of individual components and finishes for spare-fuse cabinets. Include the following for each fuse type indicated:
   1.     Ambient Temperature Adjustment Information: If ratings of fuses have been adjusted to accommodate ambient temperatures, provide list of fuses with adjusted ratings.
      a.     For each fuse having adjusted ratings, include location of fuse, original fuse rating, local ambient temperature, and adjusted fuse rating.
      b.     Provide manufacturer's technical data on which ambient temperature adjustment calculations are based.
   2.     Dimensions and manufacturer's technical data on features, performance, electrical characteristics and ratings.

B.     Operation and Maintenance Data: For fuses to include in emergency, operation, and maintenance manuals. In addition to items specified in Division 01 Section "Operation and Maintenance Data," include the following:
   1.     Ambient temperature adjustment information.
   2.     Current-limitation curves for fuses with current-limiting characteristics.

1.4     QUALITY ASSURANCE

A.     Source Limitations: Obtain fuses, for use within a specific product or circuit, from single source from single manufacturer.

B.     Electrical Components, Devices and Accessories: Listed and labeled as defined in NFPA 70, by a qualified testing agency and marked for intended location and application.

C.     Comply with NEMA FU 1 for cartridge fuses.

D.     Comply with NFPA 70.

1.5     COORDINATION

A.     Coordinate fuse ratings with utilization equipment nameplate limitations of maximum fuse size and with system short-circuit current levels.

1.6     EXTRA MATERIALS

A.     Furnish extra materials that match products installed and that are packaged with protective covering for storage and identified with labels describing contents.
   1.     Fuses: Equal to 10 percent of quantity installed for each size and type, but no fewer than two of each size and type.

PART 2 - PRODUCTS

2.1     MANUFACTURERS

A.     Manufacturers: Subject to compliance with requirements, provide products by one of the following:
   1.     Cooper Bussmann, Inc.
   2.     Edison Fuse, Inc.
   3.     Ferraz Shawmut, Inc.
   4.     Littelfuse, Inc.

2.2     CARTRIDGE FUSES

A.     Characteristics: NEMA FU 1, nonrenewable cartridge fuses with voltage ratings consistent with circuit voltages.

PART 3 - EXECUTION

3.1     EXAMINATION

A.     Examine fuses before installation. Reject fuses that are moisture damaged or physically damaged.

B.     Examine holders to receive fuses for compliance with installation tolerances and other conditions affecting performance, such as rejection features.

C.     Examine utilization equipment nameplates and installation instructions. Install fuses of sizes and with characteristics appropriate for each piece of equipment.

D.     Evaluate ambient temperatures to determine if fuse rating adjustment factors must be applied to fuse ratings.

E.     Proceed with installation only after unsatisfactory conditions have been corrected.

3.2     FUSE APPLICATIONS

A.     Cartridge Fuses:
   1.     Feeders: Class L, fast acting Class RK1or fast acting Class RK5.
   2.     Motor Branch Circuits: Class RK1, time delay.
   3.     Control Circuits: Class CC, fast acting.

3.3     INSTALLATION

A.     Install fuses in fusible devices. Arrange fuses so rating information is readable without removing fuse.

3.4     IDENTIFICATION

A.     Install labels complying with requirements for identification specified in Division 26 Section "Identification for Electrical Systems" and indicating fuse replacement information on inside door of each fused switch and adjacent to each fuse block, socket and holder.


END OF SECTION

SECTION 26 28 16 - ENCLOSED SWITCHES AND CIRCUIT BREAKERS

PART 1 - GENERAL

1.1    RELATED DOCUMENTS

A.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 01 Specification Sections, apply to this Section.

1.2    SUMMARY

A.    Section Includes:
1.    Fusible switches.
2.    Nonfusible switches.
3.    Molded-case circuit breakers (MCCBs).
4.    Molded-case switches.
5.    Enclosures.

1.3    SUBMITTALS

A.    Product Data: For each type of enclosed switch, circuit breaker, accessory, and component indicated. Include dimensioned elevations, sections, weights and manufacturers' technical data on features, performance, electrical characteristics, ratings, accessories and finishes.
1.    Enclosure types and details for all types indicated, including NEMA 250, Type 1.
2.    Current and voltage ratings.
3.    Short-circuit current ratings (interrupting and withstand, as appropriate).
4.    Include evidence of Nationally Recognized Testing Laboratory listing for series rating of installed devices.
5.    Detail features, characteristics, ratings, and factory settings of individual overcurrent protective devices, accessories, and auxiliary components.

B.    Shop Drawings: For enclosed switches and circuit breakers. Include plans, elevations, sections, details, and attachments to other work.
1.    Wiring Diagrams: for power, signal, and control wiring.

C.    Qualification Data: For qualified testing agency.

D.    Field quality-control reports.
1.    Test procedures used.
2.    Test results that comply with requirements.
3.    Results of failed tests and corrective action taken to achieve test results that comply with requirements.

E.    Operation and Maintenance Data: For enclosed switches and circuit breakers to include in emergency, operation, and maintenance manuals. In addition to items specified in Division 01 Section "Operation and Maintenance Data," include the following:
1.    Manufacturer's written instructions for testing and adjusting enclosed switches and circuit breakers.

1.4    QUALITY ASSURANCE

A.    Source Limitations: Obtain enclosed switches and circuit breakers, overcurrent protective devices, components, and accessories, within same product category from single manufacturer.

B.    Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, by a qualified testing agency, and marked for intended location and application.

C.    Comply with NFPA 70.

1.5    COORDINATION

A.    Coordinate layout and installation of switches, circuit breakers, and components with equipment served and adjacent surfaces. Maintain required workspace clearances and required clearances for equipment access doors and panels.

1.6    EXTRA MATERIALS

A.    Furnish extra materials that match products installed and that are packaged with protective covering for storage and identified with labels describing contents.
1.    Fuses: Equal to 10 percent of quantity installed for each size and type, but no fewer than three of each size and type.
2.    Fuse Pullers: Two for each size and type.

PART 2 - PRODUCTS

2.1    FUSIBLE SWITCHES

A.    Manufacturers: Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the work include, but are not limited to, the following:
1.    Eaton Electrical Inc.; Cutler-Hammer Products.
2.    Siemens Energy & Automation, Inc.
3.    Square D; Schneider Electric.

B.    Type HD, Heavy Duty, Single Throw, 600-V ac, 1200 A and Smaller: UL98 and NEMA KS 1, horsepower rated, with clips or bolt pads to accommodate fuses, lockable handle with capability to accept three padlocks, and interlocked with cover in closed position.

C.    Accessories:
1.    Equipment Ground Kit: Internally mounted and labeled for copper and aluminum ground conductors.
2.    Neutral Kit: Internally mounted; insulated, capable of being grounded and bonded; labeled for copper and aluminum neutral conductors.
3.    Class R Fuse Kit: Provides rejection of other fuse types when Class R fuses are specified.
4.    Lugs: Mechanical type, suitable for number, size and conductor material.

2.2    NONFUSIBLE SWITCHES

A.    Manufacturers: Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:
1.    Eaton Electrical Inc.; Cutler-Hammer Products.
2.    Siemens Energy & Automation, Inc.
3.    Square D; Schneider Electric.

B.    Type HD, Heavy Duty, Single Throw, 600-V ac, 1200 A and Smaller: UL 98 and NEMA KS 1, horsepower rated, lockable handle with capability to accept three padlocks, and interlocked with cover in closed position.

C.    Accessories:

    1.    Equipment Ground Kit: Internally mounted and labeled for copper and aluminum ground conductors.

    2.    Neutral Kit: Internally mounted; insulated, capable of being grounded and bonded; labeled for copper and aluminum neutral conductors.

2.3     MOLDED-CASE CIRCUIT BREAKERS

A.    Manufacturers: subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include, but are not limited to the following:
1.    Eaton Electrical Inc.; Cutler-Hammer Products.
2.    Siemens Energy & Automation, Inc.
3.    Square D; Schneider Electric.

B.    General Requirements: Comply with UL 489, NEMA AB 1, and NEMA AB 3, with interrupting capacity to comply with available fault currents.

C.    Thermal-Magnetic Circuit Breakers: Inverse time-current element for low-level overloads and instantaneous magnetic trip element for short circuits. Adjustable magnetic trip setting for circuit-breaker frame sizes 250 A and larger.

D.    Features and Accessories:
1.    Standard frame sizes, trip ratings and number of poles.

2.4     MOLDED-CASE SWITCHES

A.    Manufacturers: Subject to compliance with requirements, available manufacturers offering products that may be incorporated into the Work include:
1.    Eaton Electrical Inc.; Cutler-Hammer Products.
2.    Siemens Energy & Automation, Inc.
3.    Square D; Schneider Electric.

B.    General Requirements: MCCB with fixed, high-set instantaneous trip only, and short-circuit withstand rating equal to equivalent breaker frame size interrupting rating.

C.    Features and Accessories:
1.    Standard frame sizes and number of poles.

2.5     ENCLOSURES

A.    Enclosed Switches and Circuit Breakers: NEMA AB 1, NEMA KS 1, NEMA 250, and UL 50, to comply with environmental conditions at installed location.

    1.    Indoor, Dry Clean Locations: NEMA 1
    2.    Outdoor or Indoor Damp or Wet Locations: NEMA 4X

PART 3 - EXECUTION

3.1     EXAMINATION

A.    Examine elements and surfaces to receive enclosed switches and circuit breakers for compliance with installation tolerances and other conditions affecting performance of the Work.

B.    Proceed with installation only after unsatisfactory conditions have been corrected.

3.2    INSTALLATION

A.    Install individual wall-mounted switches and circuit breakers with tops at uniform height unless otherwise indicated.

B.    Installation height of disconnect devices shall be in conformance with NFPA 70, Article 240.24.

C.    Temporary Lifting Provisions: Remove temporary lifting eyes, channels, and brackets and temporary blocking of moving parts form enclosures and components.

D.    Furnish and install fuses in fusible devices.

E.    Comply with NECA 1.

3.3    IDENTIFICATION

A.    Comply with requirements in Division 26 Section "Identification for Electrical Systems."
    1.    Identify field-installed conductors, interconnecting wiring, and components; provide warning signs.
    2.    Label each enclosure with engraved metal or laminated-plastic nameplate.

3.4    FIELD QUALITY CONTROL

A.    Perform tests and inspections.

B.    Acceptance Testing Preparation:
    1.    Test insulation resistance for each enclosed switch and circuit breaker, component, connecting supply, feeder, and control circuit.
    2.    Test continuity of each circuit.

C.    Tests and Inspections:
    1.    Perform each visual and mechanical inspection and electrical test stated in NETA Acceptance Testing Specification. Certify compliance with test parameters.
    2.    Correct malfunctioning units on-site, where possible, and retest to demonstrate compliance; otherwise, replace with new units and retest.
    3.    Test and adjust controls, remote monitoring, and safeties. Replace damaged and malfunctioning controls and equipment.

D.    Enclosed switches and circuit breakers will be considered defective if they do not pass tests and inspections.

E.    Prepare test and inspection reports, including a certified report that identifies enclosed switches and circuit breakers. Include notation of deficiencies detected, remedial action taken and observations after remedial action.

3.5    ADJUSTING

A.    Adjust moving parts and operable components to function smoothly, and lubricate as recommended by manufacturer.


END OF SECTION

SECTION 26 29 33 SOLID STATE REDUCED VOLTAGE STARTERS

PART 1 - GENERAL

1.1    SUMMARY

    A.    Section includes
        1.    Solid State Reduced Voltage Controller

    B.    Related Sections
        1.    Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 01 Specification Sections, apply to this Section.

1.2    QUALIFICATIONS

    A.    Manufacturer
        1.    The manufacturer shall have a minimum of 15 years experience in the manufacturer of solid state reduced voltage controllers.
    B.    Support
        1.    The manufacturer shall maintain factory trained and authorized service facilities within 100 miles of the project and shall have a demonstrated record of service for at least the previous ten years.
        2.    Support personnel are to be direct employees of the manufacturer.
        3.    The manufacturer shall provide all required start-up and training services.

    C.    Certification
        1.    To ensure all quality and corrective action procedures are documented and implemented all manufacturing locations shall be certified to the ISO-9001 Series of Quality Standards.
        2.    Third party manufacturers and brand labeling shall not be allowed.

1.3    REFERENCES

    A.    The controller shall be designed to meet the applicable requirements of:
        1.    IEC
        2.    UL
        3.    CSA

1.4    ENVIRONMENTAL REQUIREMENTS

    A.    Confirm to specified service conditions during and after installation of products

    B.    Maintain area free of dirt and dust during and after installation of products

1.5    PRE-MANUFACTURE SUBMITTALS

    A.    Refer to Division 01 Section 01 33 00, SUBMITTALS for submittal procedures.

    B.    Shop Drawings
        1.    Elevation drawings showing dimensional information
        2.    Structure Descriptions showing
            a.    Enclosure ratings
            b.    Fault ratings
            c.    Other information as required for approval
        3.    Conduit locations

    4.    Unit Descriptions including amperage ratings, frame sizes, trip settings, pilot devices, etc.
    5.    Nameplate Information
    6.    Schematic wiring diagrams

C.    Product Data
    1.    Publications on solid state reduced voltage controller.
    2.    Data Sheets and Publications on all major components
        a.    Contactors
        b.    Circuit Breaker and Fuse information including time current characteristics
        c.    Control Power Transformers
        d.    Pilot devices
        e.    Relays

D.    Specification Response
    1.    Detailed response to this specification showing where in the literature each requirement is satisfied.
    2.    All clarifications and exceptions must be clearly identified.

E.    Testing and Test Reports
    1.    Testing shall be per manufacturer's standard.
    2.    A copy of the test reports shall be provided as part of the Closeout documentation.

1.6    CLOSEOUT SUBMITTALS

A.    Refer to Division 01 Section 01 77 00, CLOSEOUT PROCEDURES for procedure on submittal of closeout documentation.

B.    Contractor shall provide certification that the solid state reduced voltage controller has been installed in accordance with the manufacturer's instructions.

C.    The Contractor shall provide certification that the Contractor has properly adjusted any timing devices required in the starting circuitry.

D.    Final Drawings. The manufacturer shall provide final drawings reflecting the "As-Shipped" status of the installed equipment. The contractor shall be responsible for making any changes to the "As-Shipped" drawings from the manufacturer to reflect any field modifications.

E.    Maintenance Data
    1.    Solid state reduced voltage controller installation instructions and User Manual
    2.    Installation / Operation instructions for major components such as circuit breakers, contactors, etc.
    3.    Parameter Listing
    4.    Field Service report from start-up service
    5.    Solid state reduced voltage controller spare parts listing and pricing
    6.    Include name and phone number for a local distributor for the spare parts.

1.7    DELIVERY, STORAGE AND HANDLING

A.    Contractor shall coordinate the shipping of equipment with the manufacturer.

B.    Contractor shall store the equipment in a clean and dry space.

C.    The contractor shall protect the units from dirt, water, construction debris and traffic.

D.  During storage the contractor shall connect internal space heaters (if specified) with temporary power.

1.8     FIELD MEASUREMENTS

A.  The Contractor shall verify all field measurements prior to the fabrication of the solid state reduced voltage controller.

1.9     SPARE MATERIALS

A.  Provide one (1) set of (3) of each size power fuse utilized.

B.  Provide spares equal to 10 percent of the installed quantity for primary and secondary control power fuses.

C.  Provide one (1) spare control relay for each unique relay utilized on the project.

1.10    WARRANTY

A.  The manufacturer shall provide their standard parts warranty for eighteen (18) months from the date of shipment or twelve (12) months from the date of being energized, whichever occurs first.

B.  The manufacturer shall confirm this warranty as part of the submittal.

C.  This warranty applies only to stand alone solid state reduced voltage controllers.

PART 2 - PRODUCTS

2.1     MANUFACTURED UNITS

A.  Manufacturers: Subject to compliance with requirements, provide products by one of the following:
    1.  Rockwell Automation; Allen-Bradley Co. SMC
    2.  Eaton S811

2.2     RATINGS

A.  The solid state reduced voltage controller shall accept an input voltage of 480 VAC, three phase plus or minus 10 percent

B.  Environmental Ratings
    1.  Storage ambient temperature range: -20 to 75 degrees C.
    2.  Operating ambient temperature range: 0 to 50 degrees C.
    3.  The relative humidity range: 5% to 95% non-condensing.
    4.  Operating elevation: up to 5,000 feet.

C.  Definitions
    1.  The Solid State Reduced Voltage Controller Unit shall refer to the actual controller unit that will be mounted within the specified enclosure.
    2.  The Solid State Reduced Voltage Controller System shall refer to the controller unit and all items specified under Controller System Options.

2.3    SOLID STATE REDUCED VOLTAGE CONTROLLER UNIT DESIGN

A.    The open-type controller device shall be modular, consisting of a power structure and a logic component.

B.    Power Structure
1.    The power structure shall include an SCR bypass.
2.    The power structure shall include a built-in overload.
3.    The power structure shall consist of three power poles with integral heatsinks.
4.    Power poles are to be modular in design that each is easily replaceable.
5.    Back-to-back SCR pairs shall be the only power switching semiconductor means acceptable.    Diode-SCR (Silicon Controlled Rectifier) combinations shall not be acceptable.

C.    Logic Component
1.    The logic component shall be a self-contained control module, compatible with the full range of power structures.  The control module shall mount directly to the power structure.
2.    The control module shall provide digital microprocessor control and supervision of all controller operation, including pulse firing of the SCRs.
3.    The control module shall consist of the following.
   a.    Logic control circuitry.
   b.    SCR firing circuitry.
   c.    Input / output circuitry
   d.    Digital programming keypad.
   e.    Backlit LCD display.
   f.    Communication port.
4.    The control module shall be easily removed from the power structure, without the need to disassemble associated printed circuit board assemblies.

2.4    CONTROLLER UNIT FEATURES

A.    Starting Modes
1.    The controller shall provide the following starting modes as standard.
   a.    Soft Start with Selectable Kickstart
      1)    Programmable initial torque value
      2)    Programmable acceleration ramp time
      3)    A selectable kickstart, or boost, shall be provided at the beginning of the volage ramp.
   b.    Current Limit Start
      1)    Provides means of limiting the maximum starting current
      2)    Programmable for percent of full load current
   c.    Full Voltage Start
      1)    Provides across the line starting.
   d.    Dual Ramp Start
      1)    Provides two separate soft start profiles with separately adjustable ramp times and initial torque settings.
      2)    Programmable acceleration times.
      3)    Programmable initial torque values.
   e.    Soft Stop
      1)    The Soft Stop option shall provide a voltage ramp-down for an extended motor stopping time.
      2)    Soft Stop shall be initiated by a dedicated Soft Stop input.  A coast-to-rest stop shall still be possible with a separate stop input.
      3)    Programmable voltage ramp down time.
   f.    Preset Slow Speed

        1)    Provides a slow speed for applications requiring a slow speed

2.    The controller shall provide options for the following mutually exclusive starting and stopping modes.
    a.    Pump Control
        1)    Soft starters shall be specifically designed for fluid pumping applications to reduce surge and water hammer during starting and stopping. Methods utilizing Soft Start with Soft Stop shall not be acceptable.

B.    LCD Display
   1.    An alphanumeric, backlit LCD display shall be provided for controller set-up, diagnostics, status and monitoring.
   2.    Digital parameter adjustment shall be provided through a keypad. Analog potentiometer adjustments are not acceptable.

C.    Overload Protection
   1.    Shall meet applicable standards as a motor thermal protective device.
   2.    Shall utilize three-phase current sensing. The use of two current transformers shall be unacceptable.
   3.    Selectable trip classes of 10, 15, 20 and 30 shall be provided as standard.
   4.    Electronic thermal memory shall provide enhanced motor protection.

D.    Digital I/O
   1.    Outputs
    a.    A minimum of four auxiliary output contacts shall be provided for customer use.
    b.    The contacts shall be rated for 240 Volts AC maximum.
    c.    Contact configuration shall be programmable and contain the following configurations:
        1)    Normal Operation (N.O. or N.C.)
        2)    Up-to-Speed Indication (N.O. or N.C.)
        3)    External Bypass
        4)    Fault Indication (N.O. or N.C.)
        5)    Alarm Indication (N.O. or N.C.)
        6)    Network Controlled Output (N.O. or N.C.)
   2.    Inputs
    a.    A minimum of two digital inputs shall be provided for soft starter control.
    b.    Inputs shall be configurable as run command or run interlock inputs.

E.    Communication Port
   1.    An ethernet communication port shall be provided as standard.

F.    Monitoring
   1.    The controller shall provide the following monitoring functions indicated through the LCD display:
    a.    Three-phase current
    b.    Three-phase voltage
    c.    Power in kW
    d.    Power usage in kWh or mWh
    e.    Power factor
    f.    Motor thermal capacity usage
    g.    Elapsed time

G.    Protection and Diagnostics
   1.    The following protection shall be provided as standard with the controller:
    a.    Pre-start line fault advising of shorted SCR or missing load connection with phase indication
    b.    Running line fault advising power loss, shorted SCR or missing load connection.

      c.     Pre-start power loss with phase indication
      d.     Over-temperature
      e.     Open Gate with phase indication

2.    The following programmable protection shall be provided as standard with the controller:
      a.     Underload
      b.     Undervoltage
      c.     Overload
      d.     Overvoltage
      e.     Voltage Unbalance
      f.     Excessive Starts Per Hour
      g.     Phase Reversal
      h.     Stall
      i.     Jam

3.    When fault conditions are detected, the controller shall inhibit starting or shut down SCR pulse firing.

4.    Fault diagnostics shall be indicated in descriptive text on the LCD display. The exclusive use of fault codes is unacceptable.

5.    An auxiliary contact that is programmable for fault indication shall be provided for customer use.

## 2.5    SOLID STATE REDUCED VOLTAGE CONTROLLER SYSTEM FEATURES

A.    Enclosure
1.    NEMA 4X enclosure for outdoor use.
2.    Unless indicated differently, provide top entry and bottom exit for power cables
3.    Provide a door mounted white lamacoid nameplate with black letters.
4.    UL Label

B.    Transient Protection Modules
1.    Transient protection with separately mounted protective modules.
2.    Protective modules shall consist of metal oxide varistors (MOVs) in combination with capacitors to protect the power components from electrical transients and / or electrical noise. The capacitors shall be provided to shunt noise energy away from the controllers electronics.
3.    The MOVs and capacitors shall be encapsulated in a clear material for easy inspection.
4.    The protective modules shall be mounted so that they will not cause damage to the power components upon absorbing an electrical transient.

C.    Input Circuit Breaker
1.    Provide an input circuit breaker mounted inside the enclosure. The circuit breaker shall be connected to an external lockable disconnect handle.

D.    Bypass Contactor
1.    Provide built-in run bypass contactor.

E.    Control Power Transformer
1.    Provide a control power transformer mounted and wired inside of the system enclosure.
2.    The transformer shall be rated for an additional 100 VA for customer use.
3.    The transformer shall be provided with fused primary and secondary protection.

F.    Selector Switches
1.    Provide selector switches, mounted on the enclosure door, for the following operations:
      a.     Hand/Off/Auto mode
      b.     Level Interlock Enable/Disable
2.    The devices shall be NEMA Type 4X mounted on the enclosure door.

G.   Pushbuttons
  1.   Provide pushbuttons, mounted on the enclosure door, for the following operations:
      a.   Local Start
      b.   Local Stop
      c.   Soft Starter Reset
  2.   The devices shall be NEMA Type 4X pilot devices mounted on the enclosure door.

H.   Pilot Lights
  1.   Provide pilot lights, mounted on the enclosure door, for indication of:
      a.   Low Level Interlock Active
      b.   Running
      c.   Soft Starter Fault
  2.   Pilot lights shall be LED push to test type, NEMA type 4X mounted on the enclosure door.

I.   Pump Control Option
  1.   For pumping applications provide the Pump Control option.

J.   Human Interface Module
  1.   Provide a door mounted Human Interface Module with integral display and programming keys.
  2.   The display shall show operating conditions, adjustments, and fault indications.
  3.   The display shall be backlit LCD.

K.   Interlocks
  1.   Low Suction Water Level
      a.   The soft starter shall be configured to connect to a low suction water level interlock contact from an external level switch.  The interlock signal shall be active in both Hand and Automatic modes of operation.
      b.   When the interlock signal indicates a low water level, the soft starter shall stop and shall not restart until manually reset.
      c.   An interlock bypass selector switch shall be provided that disables the interlock signal when placed in the bypass position.
      d.   A light shall be provided that illuminates whenever the low level water interlock is active.
  2.   Pump Motor Thermal Switch
      a.   The soft starter shall be configured to connect to a pump motor thermal switch to shut down the pump if motor high temperature is detected.  The interlock signal shall be active in both Hand and Automatic modes of operation, and the soft starter shall not restart until manually reset. The fault light shall illuminate when this condition is active.

PART 3 - EXECUTION

3.1   MANUFACTURER'S FIELD SERVICES

A.   The service division of the manufacturer shall perform all start-up services.  The use of third party supplier start-up personnel is not allowed.

B.   Start-up personnel shall be direct employees of the manufacturer.

C.   Provide a minimum of (2) hours of on-site start-up service for each controller (4 hours minimum).

D.   At a minimum, the start-up service shall include:

1. Pre-Power Check
   a. Megger Motor Resistances: Phase to Phase and Phase to Ground
   b. Verify system grounding per manufacturer's specifications
   c. Verify power and signal grounds
   d. Check connections
   e. Check environment
2. Power-up and Commissioning
   a. Measure Incoming Power Phase-to-Phase and Phase-to-Ground
   b. Measure DC Bus Voltage
   c. Measure AC Current Unloaded and Loaded
   d. Measure Output Voltage Phase-to-Phase and Phase-to-Ground
3. Record all measurements
4. Tune for system operation
5. Provide Parameter Listing

3.2    TRAINING

A.    Manufacturer to provide a quantity of (1) two hour session of on-site instruction.

B.    The service engineer shall perform training.

C.    The instruction shall include the operational and maintenance requirements of the controller.

D.    The basis of the training shall be the installed controller, the engineered drawings and the user manual.  At a minimum, the training shall:
   1. Review of the engineered drawings identifying the components shown on the drawings.
   2. Review starting / stopping options for the controller.
   3. Review operation of the Human Interface for programming and monitoring of the controller.
   4. Review the maintenance requirements of the controller.
   5. Review safety concerns with operating the controller.


END OF SECTION

SECTION 26 43 13 - SURGE PROTECTION FOR LOW-VOLTAGE ELECTRICAL POWER CIRCUITS

PART 1 - GENERAL

1.1    SUMMARY

A.    Section includes SPDs for low-voltage (120 to 600 V) power distribution and control equipment.

B.    Related Requirements:
1.    Section 26 24 16 "Panelboards"

1.2    DEFINITIONS

A.    Inominal: Nominal discharge current.

B.    MCOV: Maximum continuous operating voltage.

C.    Mode(s), also Modes of Protection: The pair of electrical connections where the VPR applies.

D.    MOV: Metal-oxide varistor; an electronic component with a significant non-ohmic current-voltage characteristic.

E.    OCPD: Overcurrent protective device.

F.    SCCR: Short-circuit current rating.

G.    SPD: Surge protective device.

H.    VPR: Voltage protection rating.

1.3    ACTION SUBMITTALS

A.    Product Data: For each type of product.
1.    Include rated capacities, operating characteristics, electrical characteristics, and furnished specialties and accessories.
2.    Copy of UL Category Code VZCA certification, as a minimum, listing the tested values for VPRs, Inominal ratings, MCOVs, type designations, OCPD requirements, model numbers, system voltages, and modes of protection.

1.4    INFORMATIONAL SUBMITTALS

A.    Field quality-control reports.

B.    Sample Warranty: For manufacturer's special warranty.

1.5    CLOSEOUT SUBMITTALS

A.    Maintenance Data: For SPDs to include in maintenance manuals.

1.6    WARRANTY

A.    Manufacturer's Warranty: Manufacturer agrees to replace or replace SPDs that fail in materials or workmanship within specified warranty period.
1.    Most manufacturers offer five-year extended warranties on their equipment. Verify available warranties and warranty periods.

2.    Warranty Period: Five years from date of Substantial Completion.

PART 2 - PRODUCTS

2.1    GENERAL SPD REQUIREMENTS

A.    SPD with Accessories: Listed and labeled as defined in NFPA 70, by a qualified testing agency, and marked for intended location and application.

B.    Comply with NFPA 70.

C.    Comply with UL 1449.

D.    MCOV of the SPD shall be the nominal system voltage.

2.2    PANEL SUPPRESSORS

A.    SPDs: Comply with UL 1449, Type 2.
    1.    Include LED indicator lights for power and protection status.
    2.    Internal thermal protection that disconnects the SPD before damaging internal suppressor components.
    3.    Include Form-C contacts rated at 5 A and 250-V ac, one normally open and one normally closed, for remote monitoring of protection status.

B.    Peak Surge Current Rating: The minimum single-pulse surge current withstand rating per phase shall not be less than 100 kA. The peak surge current rating shall be the arithmetic sum of the ratings of the individual MOVs in a given mode.

C.    Comply with UL 1283.

D.    Protection modes and UL 1449 VPR for grounded wye circuits with 480Y/277 V, three-phase, four-wire circuits shall not exceed the following:
    1.    Line to Neutral: 1200 V.
    2.    Line to Ground: 1200 V.
    3.    Neutral to Ground: 1200 V.
    4.    Line to Line: 2000 V.

E.    Protection modes and UL 1449 VPR for 240/120-V, single-phase, three-wire circuits shall not exceed the following:
    1.    Line to Neutral: 700 V.
    2.    Line to Ground: 700 V.
    3.    Neutral to Ground: 700 V.
    4.    Line to Line: 1200 V.

F.    SCCR: Equal or exceed 100 kA.

G.    Inominal Rating: 20 kA.

2.3    ENCLOSURES

A.    Indoor Enclosures: NEMA 250, Type 1.

B.    Outdoor Enclosures: NEMA 250, Type 4X.

2.4      CONDUCTORS AND CABLES

A.    Power Wiring: Same size as SPD leads, complying with Section 260519 "Low-Voltage Electrical Power Conductors and Cables."

B.    Class 2 Control Cables: Multiconductor cable with copper conductors not smaller than No. 18 AWG, complying with Section 260519 "Low-Voltage Electrical Power Conductors and Cables."

C.    Class 1 Control Cables: Multiconductor cable with copper conductors not smaller than No. 14 AWG, complying with Section 260519 "Low-Voltage Electrical Power Conductors and Cables."

PART 3 - EXECUTION

3.1      INSTALLATION

A.    Comply with NECA 1.

B.    Install an OCPD or disconnect as required to comply with the UL listing of the SPD.

C.    Install SPDs with conductors between suppressor and points of attachment as short and straight as possible, and adjust circuit-breaker positions to achieve shortest and straightest leads. Do not splice and extend SPD leads unless specifically permitted by manufacturer. Do not exceed manufacturer's recommended lead length. Do not bond neutral and ground.

D.    Use crimped connectors and splices only. Wire nuts are unacceptable.

E.    Wiring:
       1.    Power Wiring: Comply with wiring methods in Section 260519 "Low-Voltage Electrical Power Conductors and Cables."
       2.    Controls: Comply with wiring methods in Section 260519 "Low-Voltage Electrical Power Conductors and Cables."

3.2      FIELD QUALITY CONTROL

A.    Perform the following tests and inspections with the assistance of a factory-authorized service representative.
       1.    Compare equipment nameplate data for compliance with Drawings and Specifications.
       2.    Inspect anchorage, alignment, grounding, and clearances.
       3.    Verify that electrical wiring installation complies with manufacturer's written installation requirements.

B.    An SPD will be considered defective if it does not pass tests and inspections.

C.    Prepare test and inspection reports.

3.3      STARTUP SERVICE

A.    Complete startup checks according to manufacturer's written instructions.

B.    Do not perform insulation-resistance tests of the distribution wiring equipment with SPDs installed. Disconnect SPDs before conducting insulation-resistance tests, and reconnect them immediately after the testing is over.

C.    Energize SPDs after power system has been energized, stabilized, and tested.

3.4     DEMONSTRATION

    A.    Train Owner's maintenance personnel to operate and maintain SPDs.

END OF SECTION

SECTION 26 90 10 – PROCESS AND ANALYTICAL INSTRUMENTS

PART 1 - GENERAL

1.1     SUMMARY

A.     The work to be included under this section of the Specifications shall consist of furnishing all materials, labor, equipment, tools, supplies, and incidentals for installation of all instrumentation equipment.  The work shall include every item of construction necessary for a complete and acceptable installation as shown on the Drawings and as specified herein.

B.     Related Sections:
1.     26 29 33 – Solid State Reduced Voltage Soft Starters

1.2     REFERENCES

A.     ISA S20 - Specification Forms for Process Measurement and Control Instruments, Primary Elements and Control Valves

B.     ISA S50.1 - Compatibility of Analog Signals for Electronic Industrial Process Instruments

C.     ISA S51.1 - Process Instrumentation Terminology

D.     ISA S51.1; Sec. 5 - Test Procedures

E.     Definitions:   Symbols, Definitions, and Abbreviations:  All symbols, definitions, and engineering unit abbreviations utilized shall conform to IEEE 100-84, S50.1, and S51.1, where applicable.
1.     SCADA – Supervisory Control and Data Acquisition
2.     HMI – Human Machine Interface
3.     VFD – Variable Frequency Drive
4.     PLC – Programmable Logic Controller
5.     SSRVS – Solid State Reduced Voltage Starter ("Soft Starter")
6.     I/O – Input/Output
7.     OIT – Operator Interface Terminal
8.     RTU – Remote Telemetry Unit
9.     MTU – Master Telemetry Unit
10.    N.O. – Normally Open
11.    N.C. – Normally Closed

1.3     SCOPE

A.     This section of the Specifications covers the instrumentation equipment. The major items of instrumentation equipment to be furnished and installed shall include the following:
1.     Conductivity Probes
2.     Pressure Gauges

1.4     SYSTEM REQUIREMENTS

A.     Design Requirements:
1.     Provide analog field instruments with transmitters which condition the signal to output a 4-20 mA signal linear to the measured variable.
2.     Similar instruments shall be by the same Manufacturer to the extent practical.

B.     Performance Requirements:
1.     Accuracy:

a. Accuracy shall be as defined in ISA S51.1 and ISA S51.1, Sec. 5. Provide a complete and operating instrument installation with measurement accuracy determined by adding the accuracy of the element and the transmitter and any wiring to the field terminal enclosure of 0.75% of calibrated span or better, unless specified otherwise below, at any environmental condition specified.

2. Ranges:

a. The expected range of each instrument shall be as directed by the Owner and Engineer. Expected ranges shall correspond to actual field conditions.

## PART 2 - PRODUCTS

### 2.1    EQUIPMENT

A. Furnish instruments specified in the instrument specification sheets at the end of this section. Instruments for services not listed shall be equal in quality, performance, and environmental and functional characteristics as instruments listed and shall be approved in writing by the Owner.

### 2.2    INSTRUMENT ACCESSORIES

A. Instrument and Control Device Tags: Each field mounted field device shall be identified by its unique tag number as it appears on the original P&I diagrams and the Instrument Loop Diagram. The tag number shall be stamped on a 1" x 2" stainless steel tag permanently attached to the instrument by braided stainless steel wire which has been sealed by an approved method such that the wire must be cut or the seal broken to remove the tag. The tag number shall not be stamped on the nameplate of the instrument. This requirement shall be documented on the Instrumentation Specification Sheet.

B. Sunshades: Furnish stainless steel sunshades for all outdoor instruments not shaded by adjacent or integral equipment.

C. Process Tubing: Stainless Steel, ASTM A 269, TP316, seamless, annealed, 1/2" x 0.065" W.T. minimum.

D. Pneumatic Supply Tubing: Stainless Steel, ASTM A 269, TP316, seamless, annealed, 1/2" x 0.065" W.T., 3/8" x 0.049" W.T. and 1/4" x 0.035" W.T. minimum.

E. Fittings: 316 Stainless Steel ferrule type, SWAGELOCK or equal.

F. Pipe Stand Type Supports for Instrumentation: Pipe stands shall be stainless steel using welded fabrications with 2" schedule 40 pipe, 2" square tube x 0.188" thick, 3/8 zinc/cadmium plated hardware, 1/2" expansion anchors, 12 gauge mounting channel and 1/4" thick stainless steel plate as a minimums. Supply u-bolts or cable mounts as necessary. Acceptable alternatives include engineered pipe stand systems such as O'Brien Saddlepak.

G. Enclosures for outdoor locations: Furnish and install NEMA 4X enclosures. All outdoor enclosures with instrumentation accessible in enclosure door shall have a stainless steel sunshade.

### 2.3    CALIBRATION

A. Order instruments factory calibrated to the range indicated with calibration sheets indicating certification of traceability to National Institute of Standards and Technology (NIST). Instruments shall be ranged as directed by Engineer.

2.4     FABRICATION

A.     Materials of Construction:     Provide 316 Stainless Steel for wetted and other parts unless otherwise specified.

PART 3 - EXECUTION

3.1     APPLICATION

A.     Installation
1.     Install sensing elements at the point of measurement and route sensing line or cable to the transmitter.  Install the transmitters 4'-6" above grade or platform in an easily accessible location adjacent to the sensor location.  Mount on pipe stanchion or steel support designed for the purpose individually or grouped with other transmitters.
2.     Steel supports shall be in accordance with this Section, and all other sections and specification requirements.
3.     Process connections for instrumentation shall be in accordance with piping sections and all other specification requirements.
4.     Provide block valves at taps for pressure or sampling sensor lines. Provide plugged tees at taps suitable for rodding or blowing out taps. Make pipe taps with weld-o-let type fittings or equal. Install block valves suitable for the service and rated as the pipe at each tap, generally use NPT threaded ball valves. Use materials rated for the service and transition to tubing for sensor runs. Use 1/2" OD 316 SS tubing or as shown on the Drawing details.

B.     Surge Protection
1.     2-wire Loop Powered Instruments: Furnish and install surge protector, Emerson EDCO SS65 or equal, in each 4-20 mA current loop, adjacent to each respective instrument.

2.     4-wire Separately Powered Instruments: Furnish and install 120VAC/24VDC combination surge protector, EDCO SLAC-12036 or equal, adjacent to each respective instrument.

C.     Pressure Instruments:   Make pressure taps in top of pipe for gas service and side of pipe for liquid or steam service.

D.     Pressure Gauges:   Use 1/2" NPT pipe and ball or needle valve for pressure gauge taps.  Mount gauges vertically; provide 90° fitting, seal, snubber or siphon tube as required.  Where 90° fitting is required, install a tee-fitting with plug.

E.     Tubing and Fittings:
1.     Install tubing and fittings in a neat, orderly and functional manner; level and plumb except as required, noted on approved drawings, or specified.  Make offsets required for fittings or equipment level in the horizontal plane to prevent high or low spots.

F.     Conduit and fittings:
1.     Install conduit as required.  Provide a cast body tee fitting at the instrument connections at the low point of all conduit runs below the instrument with a drain fitting for condensate. Make connections from instrument to tee with liquid-tight flexible conduit and use sealing compound inside the conduit and shrink-fit tubing over the outside of the connection to prevent entry of water into the instrument.  Heat trace and insulate all liquid filled lines and the sensing body of all instruments connected to liquid service in exterior locations.

G.     Calibration:   Calibrate each and every instrument connected to the work of this contract in its range, whether furnished under this contract, owner-furnished or existing and fill out a signed and dated five point calibration sheet and install an initialed and dated calibration sticker.  Notify

the Owner in writing immediately of any instrument which will not calibrate.  Instruments that do not calibrate will require the on-site services of a factory authorized representative at no cost to the Owner.

H.   Startup Assistance: The Contractor shall be responsible for furnishing a qualified technical representative who shall supervise the installation of equipment and/or install equipment, and who shall test, adjust, field calibrate, and fully commission all instrumentation equipment and accessories. The commissioning will be deemed complete only after all systems are found to be performing satisfactorily following the final balancing of operations.

INSTRUMENT SPECIFICATION SHEETS:

ISSUED FOR CONSTRUCTION 440

## INSTRUMENT SPECIFICATION SHEET

## CONDUCTIVITY PROBES

| Sensor | Vega EL 6 or equal, with one conductivity probe installed at the bottom of the pump can level measurement stilling well configured for dry run protection of the pump. | |
|---|---|---|
| Rating | IP66 or greater. | |
| Transmitter | Vegator 131 or equal. | |
| Outputs | One (1) relay contact output rated for 120VAC | |
| Power Supply | 120VAC | |
| Mounting | Mount sensor housing to top of stilling well pipe. Provide threaded bushing fittings and/or flanges as needed to secure to top of pipe. | |
| | Install transmitter in dedicated NEMA 4X enclosure. | |
| **Instrument Tag** | **Application** | **Range** |
| | Orlicek P1 Low Suction Water Level | N/A |
| | Orlicek P2 Low Suction Water Level | N/A |
| | Sandage P1 Low Suction Water Level | N/A |

## INSTRUMENT SPECIFICATION SHEET

## PRESSURE GAUGES

| | |
|---|---|
| Operating Pressure Range | Varies with application |
| Pressure Connection | ½" National Pipe Tapered Thread |
| Wetted Material | Brass |
| Mounting | See Drawings for location. |
| Suppliers | Ashcroft Duragauge Model 1279/1379, Robert Shaw Acragage, or equal |

| Instrument Tag | Application | Range |
|---|---|---|
| | Orlicek P1 Pressure | 0-200 psi |
| | Orlicek P2 Pressure | 0-200 psi |
| | Sandage P1 Pressure | 0-200 psi |
| | | |

END OF SECTION

SECTION 31 11 00 - SITE PREPARATION

PART 1 - GENERAL

1.1    DEFINITIONS

A.    Interfering or Objectionable Material: Trash, rubbish, and junk; vegetation and other organic matter, whether alive, dead, or decaying; topsoil.

B.    Clearing: Removal of interfering or objectionable material lying on or protruding above ground surface.

C.    Grubbing: Removal of vegetation and other organic matter including stumps, buried logs, and roots greater than 2 inches caliper to a depth of 12 inches below subgrade.

D.    Scalping: Removal of sod without removing more than upper 3 inches of topsoil.

E.    Stripping: Removal of topsoil remaining after applicable scalping is completed.

F.    Project Limits: Areas, as shown or specified, within which Work is to be performed.

1.2    SUBMITTALS

A.    Shop Drawings: Drawings clearly showing clearing, grubbing, and stripping limits.

1.3    QUALITY ASSURANCE

A.    Obtain Engineer's approval of staked clearing, grubbing, and stripping limits, prior to commencing clearing, grubbing, and stripping.

1.4    SCHEDULING AND SEQUENCING

A.    Prepare site only after adequate erosion and sediment controls are in place. Limit areas exposed uncontrolled to erosion during installation of temporary erosion and sediment controls to maximum of 5 acres.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1    GENERAL

A.    Clear, grub, and strip areas actually needed for waste disposal, borrow, or site improvements within limits shown or specified.

B.    Do not injure or deface vegetation that is not designated for removal.

3.2    LIMITS

A.    Remove rubbish, trash, and junk from entire area within Project limits.

3.3    CLEARING

A.    Clear areas within limits shown or specified.

B.  Fell trees so that they fall away from facilities and vegetation not designated for removal.

C.  Cut stumps not designated for grubbing to within 6 inches of ground surface.

D.  Cut off shrubs, brush, weeds, and grasses to within 2 inches of ground surface.

3.4  GRUBBING

A.  Grub areas within limits shown or specified.

3.5  SCALPING

A.  Do not remove sod until after clearing and grubbing is completed and resulting debris is removed.

B.  Scalp areas within limits shown or specified.

3.6  STRIPPING

A.  Do not remove topsoil until after scalping is completed.

B.  Strip areas within limits to minimum depths shown or specified. Do not remove subsoil with topsoil.

C.  Stockpile strippings, meeting requirements for topsoil, separately from other excavated material.

3.7  TOPSOIL

A.  Natural, friable, sandy loam, obtained from well-drained areas, free from objects larger than 1-1/2 inches maximum dimension, and free of subsoil, roots, grass, other foreign matter, hazardous or toxic substances, and deleterious material that may be harmful to plant growth or may hinder grading, planting, or maintenance.

3.8  DISPOSAL

A.  Clearing and Grubbing Debris:
    1.  Dispose of debris
    2.  Burning of debris will not be allowed.
    3.  Woody debris may be chipped. Chips may be sold to CONTRACTOR'S benefit or used for landscaping as mulch or uniformly mixed with topsoil, provided that resulting mix will be fertile and not support combustion. Maximum dimensions of chipped material used shall be 1/4-inch by 2 inch. Dispose of chips that are unsaleable or unsuitable for landscaping or other uses with unchipped debris.
    4.  Limit disposal of clearing and grubbing debris to locations that are approved by federal, state, and local authorities, and that will not be visible from Project.

B.  Scalpings: As specified for clearing and grubbing debris.

C.  Strippings:
    1.  Dispose of strippings that are unsuitable for topsoil or that exceed quantity required for topsoil
    2.  Stockpile topsoil in sufficient quantity to meet Project needs. Dispose of excess strippings as specified for clearing and grubbing.

END OF SECTION

SECTION 31 22 19 - GRADING

PART 1 - GENERAL

1.1     SUMMARY

    A.    Section includes:
1. Removal and storage of topsoil.
2. Rough grading the site for site structures, building pads, and drive and parking isles.
3. Finish grading for planting.

1.2     SUBMITTALS

    A.    Project Record Documents: Accurately record actual locations of utilities remaining by horizontal dimensions, elevations or inverts, and slope gradients.

1.3     PROJECT CONDITIONS

    A.    Protect above – and below – grade utilities that remain.

    B.    Protect plants, lawns, rock outcroppings, and other features to remain as a portion of final landscaping.

    C.    Protect bench marks, survey control points, existing structures, fences, sidewalks, paving and curbs from grading equipment and vehicular traffic.

PART 2 - PRODUCTS

2.1     MATERIALS.

    A.    Topsoil: Shall be soil suitable for sustaining grass and vegetation and shall not have any particles larger than ¾" in diameter and shall be free of any trash, debris, or deleterious material.

PART 3 - EXECUTIONS

3.1     EXAMINATION

    A.    Verify that survey bench mark and intended elevations for the Work are as indicated.

3.2     PREPARATION

    A.    Identify required lines, levels, contours, and datum.

    B.    Stake and flag locations of known utilities.

    C.    Locate, identify, and protect utilities that remain from damage.

    D.    Notify utility company to remove and relocate utilities.

3.3     ROUGH GRADING

    A.    Remove topsoil from areas to be further excavated, re-landscaped, or re-graded without mixing with foreign materials.

B.    Do not remove topsoil when wet.

C.    Remove subsoil from areas to be further excavated, re-landscaped, or re-graded.

D.    Do not remove wet subsoil, unless it is subsequently processed to obtain optimum moisture content.

E.    When excavating through roots, perform work by hand and cut roots with sharp axe.

F.    Stability: Replace damaged or displaced subsoil to same requirements as for specified fill.

3.4    SOIL REMOVAL

A.    Stockpile excavated topsoil on site.

B.    Stockpile excavated subsoil on site.

C.    Stockpiles: Use areas designated on site; pile depth not to exceed 8 feet; protect from erosion.

3.5    FINISH GRADING

A.    Before Finish Grading:
1.    Verify building and trench backfilling have been inspected.
2.    Verify subgrade has been contoured and compacted.

B.    Remove debris, roots, branches, stones, in excess of ½ inch in size. Remove soil contaminated with petroleum products.

C.    In areas where vehicles or equipment have compacted soil, scarify surface to depth of 3 inches.

D.    Place topsoil in areas where seeding are indicated.

E.    Place topsoil during dry weather.

F.    Remove roots, weeds, rocks, and foreign material while spreading.

G.    Near plants spread topsoil manually to prevent damage.

H.    Fine grade topsoil to eliminate uneven areas and low spots. Maintain profiles and contour of subgrade.

I.    Lightly compact placed topsoil.

3.6    FIELD QUALITY CONTROL

A.    See Section 31 23 23.13, FILL AND BACKFILL for compaction density testing.

3.7    CLEANING AND PROTECTION

A.    Remove unused stockpiled topsoil and subsoil. Grade stockpile area to prevent standing water.

B.    Leave site clean and raked, ready to receive landscaping.


END OF SECTION

SECTION 31 23 16 - EXCAVATION

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes:  Work and materials associated with excavation.

1.2     SUBMITTALS

A.     Shop Drawings:
1.     Excavation Plan, Detailing:
a.     Methods and sequencing of excavation.
b.     Proposed locations of stockpiled excavated material.
c.     Proposed and spoil disposal sites.
d.     Numbers, types, and sizes of equipment proposed to perform excavations.

1.3     QUALITY ASSURANCE

A.     Provide adequate survey control to avoid unauthorized overexcavation.

1.4     WEATHER LIMITATIONS

A.     Material excavated when frozen or when air temperature is less than 32 degrees F shall not be used as fill or backfill until material completely thaws.

B.     Material excavated during inclement weather shall not be used as fill or backfill until after material drains and dries sufficiently for proper compaction.

1.5     SEQUENCING AND SCHEDULING

A.     Excavation Support: Install and maintain, as necessary to support sides of excavations and prevent detrimental settlement and lateral movement of existing facilities, adjacent property, and completed Work.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1     GENERAL

A.     Excavate to lines, grades, and dimensions shown and as necessary to accomplish Work. Excavate to within tolerance of plus or minus 0.1-foot except where dimensions or grades are shown or specified as maximum or minimum. Allow for forms, working space, granular base, topsoil, and similar items, wherever applicable. Trim to neat lines where concrete is to be deposited against earth.

B.     Do not over excavate without written authorization of Engineer.

3.2     UNCLASSIFIED EXCAVATION

A.     Excavation is unclassified. Complete all excavation regardless of the type, nature, or condition of the materials encountered.

3.3    STOCKPILING EXCAVATED MATERIAL

A.    Stockpile excavated material that is suitable for use as fill or backfill until material is needed.

B.    Post signs indicating proposed use of material stockpiled. Post signs that are readable from all directions of approach to each stockpile. Signs should be clearly worded and readable by equipment operators from their normal seated position.

C.    Confine stockpiles to within easements, rights-of-way, and approved work areas. Do not obstruct roads or streets.

D.    Do not stockpile excavated material adjacent to trenches and other excavations unless excavation side slopes and excavation support systems are designed, constructed, and maintained for stockpile loads.

E.    Do not stockpile excavated materials near or over existing facilities, adjacent property, or completed Work, if weight of stockpiled material could induce excessive settlement.

3.4    DISPOSAL OF SPOIL

A.    Dispose of excavated materials, which are unsuitable or exceed quantity needed for fill or backfill.

B.    Dispose of debris resulting from removal of organic matter, trash, refuse, and junk as specified in Section 31 11 00, SITE PREPARATION, for clearing and grubbing debris.

3.5    EXCAVATION SAFETY

A.    Conform to all applicable federal, state, and local regulations.


END OF SECTION

SECTION 31 23 16.13 - TRENCHING FOR UTILITIES

PART 1 - GENERAL

1.1     SECTION INCLUDES

   A.   Backfilling and compacting for utilities outside the building to utility main connections.

1.2     DEFINITIONS

   A.   Subgrade Elevations: 4 inches below finish grade elevations indicated on drawings, unless otherwise indicated.

   B.   Finish Grade Elevations: 4 inches above subgrade elevations indicated on drawings, unless otherwise indicated.

1.3     SUBMITTALS

   A.   See Section 01 33 00, SUBMITTAL PROCEDURES, for submittal procedures.

   B.   Compaction Density Test Reports.

1.4     PROJECT CONDITIONS

   A.   Provide sufficient quantities of fill to meet project schedule and requirements. When necessary, store materials on site in advance of need.

   B.   Verify that survey bench marks and intended elevations for the work are as indicated.

PART 2 - PRODUCTS

2.1     FILL MATERIALS

   A.   On-site material shall be used for all backfill.

2.2     FOUNDATION STABILIZATION ROCK UNDER PUMP STAND

   A.   Crushed rock or pit run rock.

   B.   Uniformly graded from coarse to fine.

   C.   Free from excessive dirt and other organic material.

   D.   Maximum 2-1/2 inches particle size.

PART 3 - EXECUTION

3.1     EXAMINATION

   A.   Identify required lines, levels, contours, and datum locations.

   B.   Locate, identify, and protect utilities that remain and protect from damage.

   C.   Notify utility company to remove and relocate utilities.

D.    See Section 31 22 19, GRADING, for additional requirements.

3.2    TRENCHING

A.    Notify Owner's Representative of unexpected subsurface conditions and discontinue affected Work in areas until notified to resume work.

B.    Slope banks of excavations deeper than 4 feet to angle of repose or less until shored.

C.    Do not interfere with 45 degree bearing splay of foundations.

D.    Cut trenches wide enough to allow inspection of installed utilities.

E.    Hand trim excavations. Remove loose matter.

F.    Remove excavated material that is unsuitable for re-use from site.

G.    Remove excess excavated material from site.

3.3    PREPARATION FOR UTILITY PLACEMENT

A.    Cut out soft areas of subgrade not capable of compaction in place. Backfill with onsite fill.

B.    Compact subgrade to density equal to or greater than requirements for subsequent fill material.

C.    Until ready to backfill, maintain excavations and prevent loose soil from falling into excavation.

3.4    BACKFILLING

A.    Backfill to contours and elevations indicated using unfrozen materials.

B.    Employ a placement method that does not disturb or damage other work.

C.    Systematically fill to allow maximum lime for natural settlement. Do not fill over porous, wet, frozen or spongy subgrade surfaces.

D.    Maintain optimum moisture content of fill materials to attain required compaction density.

E.    Store grade away from building minimum 2 inches in 10 ft. unless noted otherwise. Make gradual grade changes. Blend slope into level areas.

F.    Correct areas that are over-excavated.
1.    Thrust bearing surfaces: Fill with concrete.
2.    Other areas: Use general fill, flush to required elevation, compacted to minimum 97 percent of maximum dry density.

G.    Reshape and re-compact fills subjected to vehicular traffic.

3.5    BEDDING AND FILL AT SPECIFIC LOCATIONS

A.    Utility Piping, Conduits, and Duct Bank:
1.    Bedding: Use on-site materials.
2.    Cover with general fill.
3.    Fill up to subgrade elevation.

3.6      CLEAN-UP

A.    Leave unused materials in a neat compact stockpile.

B.    Remove unused stockpiled material, leave area in a clean and neat condition. Grade stockpile areas to prevent standing surface water.

C.    Leave borrow areas in a clean and neat condition. Grade to prevent standing surface water.


END OF SECTION

ISSUED FOR CONSTRUCTION 452

SECTION 31 23 19 – DEWATERING

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes:  Work required to dewater excavations.

1.2     WATER CONTROL PLAN

A.     As a minimum, include:
1.     Descriptions of proposed groundwater and surface water control facilities including, but not limited to, equipment; methods; standby equipment and power supply, pollution control facilities, discharge locations to be utilized, and provisions for immediate temporary water supply as required by this section.
2.     Drawings showing locations, dimensions, and relationships of elements of dewatering system.

B.     If system is modified during installation or operation revise or amend and resubmit Water Control Plan.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1     GENERAL

A.     Remove and control surface and subsurface water during periods when necessary to properly accomplish Work.

3.2     SURFACE WATER CONTROL

A.     See Section 01 50 00, TEMPORARY FACILITIES AND CONTROLS.

B.     Remove surface runoff controls when no longer needed.

3.3     DEWATERING SYSTEMS

A.     Provide, operate, and maintain dewatering systems of sufficient size and capacity to permit excavation and subsequent construction in dry and to lower and maintain groundwater level a minimum of 2 feet below the lowest point of excavation. Continuously maintain excavations free of water, regardless of source, and until backfilled to final grade.

B.     Design and Operate Dewatering Systems:
1.     To prevent loss of ground as water is removed.
2.     To avoid inducing settlement or damage to existing facilities, completed Work, or adjacent property.
3.     To relieve artesian pressures and resultant uplift of excavation bottom.
4.     Prevent softening, loosening or otherwise disturbing the excavation subgrade.

C.     Provide sufficient redundancy in each system to keep excavation free of water in event of component failure.

D.     Provide supplemental ditches and sumps only as necessary to collect water from local seeps.

3.4     DISPOSAL OF WATER

A.     Obtain discharge permit for water disposal from authorities having jurisdiction.

B.     Treat water collected by dewatering operations, as required by regulatory agencies, prior to discharge.

C.     Discharge water as required by discharge permit and in manner that will not cause erosion or flooding, or otherwise damage existing facilities, completed Work, or adjacent property.

D.     The discharge of ground water into treatment facilities will not be permitted unless specifically authorized by the Owner. Remove solids from treatment facilities and perform other maintenance of treatment facilities as necessary to maintain their efficiency. If Owner allows groundwater discharge into facilities.

3.5     PROTECTION OF PROPERTY

A.     Make assessment of potential for dewatering induced settlement. Provide and operate devices or systems, including but not limited to reinjection wells, infiltration trenches and cutoff walls, necessary to prevent damage to existing facilities, completed Work, and adjacent property.

B.     Securely support existing facilities, completed Work, and adjacent property vulnerable to settlement due to dewatering operations. Support shall include, but not be limited to, sheeting bracing, underpinning, or compaction grouting.

3.6     REMEDIATION OF GROUNDWATER AFTER DEPLETION

A.     If dewatering reduces quantity or quality of water produced by existing wells, temporarily supply water to affected well owners from other sources. Furnish water of a quality and quantity equal to or exceeding the quality and quantity available to the well owner prior to beginning Work or as satisfactory to each well owner.


END OF SECTION

SECTION 31 50 00 - EXCAVATION SUPPORT SYSTEMS

PART 1 - GENERAL

1.1      SUMMARY

A.      Section includes:  Work required to install and remove excavation support systems.

1.2      SUBMITTALS

A.      Shop Drawings:
1.      Excavation support plan.
2.      Movement monitoring plan.

B.      Quality Control Submittals: Movement measurement and data and reduced results indicating movement trends.

1.3      QUALITY ASSURANCE

A.      Provide surveys to monitor movements of critical facilities.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1      GENERAL

A.      Design, provide, and maintain shoring, sheeting, and bracing as necessary and where shown to support the sides of excavations and to prevent detrimental settlement and lateral movement of existing facilities, adjacent property, and completed Work.

B.      Minimum areas for sharing, sheeting and bracing are shown on the Drawings. It will be the Contractor's responsibility to determine if areas will require excavation slope retention to protect existing structures and facilities from damage resulting from the Contractor's excavation or excavation methods.

C.      The Contractor will also be responsible for providing shoring, sheeting and bracing of excavations as needed for worker safety and as may be required by federal, state, and local regulations.

3.2      EXCAVATION SUPPORT PLAN

A.      Prepare excavation support plan addressing following topics:
1.      Details of shoring, bracing, sloping, or other provisions for worker protection of existing structures or facilities.
2.      Design assumptions and calculations.
3.      Methods and sequencing of installing excavation support.
4.      Proposed locations of stockpiled excavated material.
5.      Minimum lateral distance from the crest of slopes for vehicles and stockpiled excavated materials.

3.3      MOVEMENT MONITORING PLAN

A.      Prepare movement monitoring plan addressing following topics:
1.      Survey control.

2.    Locations of monitoring points (at least one every 50 feet).
3.    Plots of data trends.
4.    Interval between surveys (not to exceed 5 working days).

B.    Movement monitoring shall be done on every existing structure that is adjacent to the Contractor's excavations.

C.    Results of movement monitoring will be delivered for the Engineer at least once a week.

3.4    REMOVAL OF EXCAVATION SUPPORT

A.    Do not begin to remove excavation support until it can be removed without damage to existing facilities, completed Work, or adjacent property.

B.    Remove excavation support and protection systems when construction has progressed sufficiently to support excavation and earth and hydrostatic pressures. Remove in stages to avoid disturbing underlying soils and rock or damaging structures, pavements, facilities, and utilities. Maintain soil wall support as excavation is backfilled.

C.    Fill voids immediately with approved backfill compacted to density.


END OF SECTION

SECTION 32 11 00 - BASE COURSE

PART 1 - GENERAL

1.1    SUMMARY

A.    Section includes:  Work and materials required to install base course.

1.2    REFERENCES

A.    The following is a list of standards which may be referenced in this section:

1.    American Association of State Highway and Transportation Officials (AASHTO):
   a.    T 89, Standard Method for Determining the Liquid Limit of Soils.
   b.    T 90, Determining the Plastic Limit and Plasticity Index of Soils.
   c.    T 96/ASTM C131, Standard Test Method for Resistance to Degradation of Small Size Course Aggregate by Abrasion and Impact in the Los Angeles Machine.
   d.    T 99, Standard Methods of Test for the Moisture-Density Relations of Soils Using a 5.5 pound (2.5 kg) Rammer and a 12-inch (305 mm) Drop.
   e.    T 180, Standard Methods of Test for the Moisture-Density Relations of Soils Using a 10 pound (4.54 kg) Rammer and an 18-inch (457 mm) Drop.
   f.    T 191, Standard Method of Test for Density of Soil In-Place by the Sand-Cone Method.

1.3    DEFINITIONS

A.    Completed Course: Compacted, unyielding, free from irregularities, with smooth, tight, even surface, true to grade, line, and cross-section.

B.    Completed Lift: Compacted with uniform surface reasonably true to cross- section.

C.    Standard Specification: The latest edition, including supplements of the Arkansas Department of Transportation (ARDOT).

1.4    SUBMITTALS

A.    Quality Control Submittals:

1.    Certified Test Results on Source Materials: Submit copies from commercial testing laboratory 20 days prior to delivery of materials to project.
2.    Certified Results of In-Place Density Tests from independent testing agency.

PART 2 - PRODUCTS

2.1    BASE COURSE ROCK

A.    As specified for **Class 7** of the Standard Specifications.

2.2    SOURCE QUALITY CONTROL

A.    Contractor: tests necessary to locate acceptable source of materials meeting specified requirements.

B.    Final approval of aggregate material will be based on materials' test results on installed materials.

C.   Should separation of course from fine materials occur during processing or stockpiling, immediately change methods of handling materials to correct uniformity in grading.

PART 3 - EXECUTION

3.1   PREPARATION

A.   Obtain Engineer's acceptance of subgrade before placement of base course rock.

B.   Do not place base materials in snow or on soft, muddy, or frozen subgrade.

3.2   EQUIPMENT

A.   Compaction Equipment: Adequate in design and number to provide compaction and obtain the specified density for each layer.

3.3   HAULING AND SPREADING

A.   Hauling Materials:

1.   Do not haul over surfacing in process of construction.
2.   Loads: Of uniform capacity.
3.   Measure capacity of truck to determine vehicle load and quantity.
4.   Maintain consistent gradation of material delivered; loads of widely varying gradations will be cause for rejection.

B.   Spreading Materials:

1.   Distribute material to provide required density, depth, grade and dimensions with allowance for subsequent lifts.
2.   Produce even distribution of material upon roadway without segregation.
3.   Should segregation of coarse from fine materials occur during placing, immediately change methods of handling materials to correct uniformity in grading.

3.4   CONSTRUCTION OF COURSES

A.   General: Complete each lift in advance of laying succeeding lift to provide required results and adequate inspection.

B.   Base Course:

1.   Maximum Completed Lift Thickness: 6 inches.
2.   Completed Course Total Thickness: As shown.
3.   Spread lift on preceding course to required cross-section.
4.   Lightly blade and roll surface until thoroughly compacted.
5.   Add keystone to achieve compaction and as required when aggregate does not compact readily due to lack of fines or natural cementing properties, as follows:
     a.   Use base 1/4-minus crushed aggregate material as keystone.
     b.   Spread evenly on top of crushed base course, using spreader boxes or chip spreaders.
     c.   Roll surface until keystone is worked into interstices of crushed base course without excessive displacement. ,
     d.   Continue operation until course has become thoroughly keyed, compacted, and will not creep or move under roller.
6.   Blade or broom surface to maintain true line, grade, and cross-section.

3.5     ROLLING AND COMPACTION

A.    Blade or otherwise work existing surface as necessary to achieve a smooth and thoroughly compacted surface.

B.    Commence compaction of each layer of base after spreading operations and continue until density of 100 percent of maximum density has been achieved as determined by AASHTO T 99.

C.    Commence rolling at outer edges of surfacing and continue toward center; do not roll center of road first.

D.    Apply water as needed to obtain densities.

E.    Place and compact each lift to required density before succeeding lift is placed.

F.    Bind up preceding course before placing leveling course. Remove floating or loose stone from surface.

G.    Blade or otherwise work surfacing as necessary to maintain grade and cross- section at all times, and to keep surface smooth and thoroughly compacted.

H.    Surface Defects: Remedy surface defects by loosening and rerolling entire area, including surrounding surface, until thoroughly compacted.

    1.    Finished Surface: True to grade and crown before proceeding with surfacing.

3.6     SURFACE TOLERANCES

A.    Finished Surface of Base Course: Within plus or minus 0.04-foot of grade shown at any individual point.

B.    Overall Average: Within plus or minus 0.01-foot from crown and grade specified.

3.7     FIELD QUALITY CONTROL

A.    In-Place Density Tests:

    1.    Construct base course so areas shall be ready for testing.
    2.    Allow reasonable length of time for testing laboratory to perform tests and obtain results during normal working hours.
    3.    Show proof that areas meet specified requirements before identifying density test locations.
    4.    Perform a minimum of 2 tests on completed course per 200 cubic yards of material placed in accordance with T 191, or T 238 at locations acceptable to Engineer.

B.    Cleaning

    1.    Remove excess material; clean stockpile areas of aggregate.


END OF SECTION

SECTION 32 92 19 - SEEDING, FERTILIZING, AND MULCHING

PART 1 - GENERAL

1.1     SECTION INCLUDES

    A.     Fertilizer.

    B.     Mulch.

    C.     Seed.

    D.     Preparation.

    E.     Maintenance.

1.2     ALTERNATE METHODS AND PRODUCTS

    A.     Alternate methods from those specified will be considered for use, provided that in the Engineer's opinion the end product will be equal to or exceed that which would result from the specified methods and products.

1.3     DEFINITIONS

    A.     Weeds:  Includes Dandelion, Jimsonweed, Quackgrass, Horsetail, Morning Glory, Rush Grass, Mustard, Lambsquarter, Chickweed, Cress, Crabgrass, Canadian Thistle, Nutgrass, Poison Oak, Blackberry, Tansy Ragwort, Bermuda Grass, Johnson Grass, Poison Ivy, Nut Sedge, Nimble Will, Bindweed, Bent Grass, Wold Garlic, Perennial Sorrel, and Brome Grass.

1.4     REGULATORY REQUIREMENTS

    A.     Comply with regulatory agencies for fertilizer and herbicide composition.

1.5     QUALITY ASSURANCE

    A.     Provide seed mixture in containers showing percentage of seed mix, year of production, net weight, date of packaging, and location of packaging.

1.6     MAINTENANCE DATA

    A.     Submit maintenance data for continuing Owner maintenance.

    B.     Include maintenance instruction, cutting method, maximum grass height, types, application frequency, and recommended coverage of fertilizer.

1.7     DELIVERY, STORAGE, AND HANDLING

    A.     Deliver grass seed mixture in sealed containers.   Seed in damaged packaging is not acceptable.

    B.     Deliver fertilizer in water proof bags showing weight, chemical analysis, and name of manufacturer.

## PART 2 - PRODUCTS

### 2.1    AGRICULTURAL LIMESTONE

A.    Shall be agricultural limestone with not less than 90 percent passing the No. 4 sieve and containing not less than 40 percent calcium carbonate equivalent.  Lime shall be applied at the rate recommended by soil test.

### 2.2    FERTILIZER

A.    Shall be a standard commercial product which when applied at the proper rate will supply the equivalent quantity of total nitrogen, available phosphoric acid and soluble potash specified. Fertilizer shall be delivered to the site in bags or other suitable containers, each fully labeled, conforming to applicable state fertilizer laws, and bearing the name, trade name or trademark, and warranty of the producer.

B.    Requirements per acre:
1.    Six hundred pounds of 17-17-17 grade fertilizer or equivalent.

### 2.3    MULCH

A.    Shall be vegetive mulch consisting of cereal straw from stalks of oats, rye, wheat or barley. Straw shall be free of prohibited weed seeds as stated in State Seed Law and shall be relatively free of all other noxious and undesirable seeds.  Straw shall be clean and bright, relatively free of foreign material and be dry enough to be spread properly.

### 2.4    SEED

A.    Seed shall be a mixture with the specified minimum purity and germination requirements, as follows:

| Seed Type | % Mix (By Wt.) | Purity % | Germination % |
|---|---|---|---|
| Kentucky K-31 Fescue | 52 | 97 | 85 |
| Creeping Red Fescue | 18 | 85 | 80 |
| Rye Grass | 8 | 98 | 85 |
| Rye Grain | 22 | - | - |

Variation in the above mix to suit local conditions or time of year may be required.

B.    Seed shall be labeled in accordance with USDA regulations.  Care shall be taken during transportation to avoid segregation of seed mixtures.

C.    Seed shall be sown at a rate of 217 pounds of seed mix per acre for drill seeding.  Seed mixture shall be thoroughly mixed prior to application.

## PART 3 -    EXECUTION

### 3.1    GENERAL

A.    The application of fertilizer, seed, and mulch shall follow each other in successive sequence as closely as possible.  Seeding shall be accomplished in the first of the following two periods after completion of earthwork.

February 15 to May 1st
September 1st to October 1st

B.   Seeding outside the specified seeding periods may be permitted at the Engineer's option, provided the Contractor is willing to make appropriate modifications to his seeding operations, and will guarantee the crop.

3.2   INSPECTION

A.   Contractor must request that Engineer inspect site grading, clean-up and surface preparation to determine if site is ready for the seeding, fertilizing and mulching operations.

B.   Upon Engineer's approval operations may begin.

3.3   SURFACE PREPARATION

A.   Immediately in advance of fertilizing, the surface to be seeded shall be repaired, if necessary, to eliminate all damage from erosion or construction operations.  The surface shall then be loosened and thoroughly pulverized by discing, harrowing and raking or other approved methods, to such an extent that it is free from sod, stones, clods, or roots.  All growth of vegetation that will seriously interfere with planting operations shall be removed and disposed of as directed.  The final surface shall be smooth and uniform, and left in such a condition as to prevent formation of low places and pockets.

3.4   FERTILIZING

A.   Fertilizer and lime shall be dressed evenly over the areas to be seeded using approved mechanical type spreading equipment.

B.   Fertilizer and lime after spreading shall be immediately incorporated into the soil to a depth of approximately 2 inches, by chisel, spike tooth harrow, or other approved methods.

3.5   SEEDING METHODS

A.   General methods:  The Contractor shall employ a satisfactory method of sowing by use of either approved mechanical hand seeders or mechanical power-driven drills.   When delays in operation carry the work beyond the specified planting seasons, or when conditions are such that by reason of drought, high winds, excessive moisture, or other factors, satisfactory results are not likely to be obtained, seeding shall stop.  It will be resumed only where the desired results are probable or when approved alternate procedures have been adopted.

B.   Broadcast seeding:  When broadcast seeding is utilized, the seed shall be uniformly broadcast by mechanical hand seeder, in two directions at right-angles to each other and at 1/2 of the specified rate per acre in each direction.  After the seed is broadcast it shall be covered by an approved method to a depth of 1/3 inch to 3/4 inch.  Broadcast seeding shall not be done in windy weather.

C.   Drill seeding:  When drilling is utilized, it shall be done with approved equipment best suited to perform the work under prevailing conditions.  The seed shall be uniformly drilled to a depth of one-third (1/3) inch to three-fourths (3/4) inch at the rate per acre specified.  Drill seeding may be required in windy weather.

D.   Prior to start of seeding, the Contractor shall demonstrate that the application of seed is being made at the specified rate.  A final check of the total quantity of seed used shall be made against the area seeded.  If the check shows that the Contractor has not applied seed at the specified rate, he shall uniformly distribute seed at a rate calculated to meet the shortage.

E.    The Contractor shall maintain the seeded areas until all fertilizing, seeding and mulching is complete and the work accepted by the Engineer.  Areas damaged from the Contractor's own operations shall be repaired at his expense.  After acceptance of the work the Contractor will not be held responsible for erosion due to weather, or conditions not due to the Contractor's own operations or negligence.  The Contractor is not required to guarantee a crop, if seeding is done during the specified seeding periods.

3.6    MULCHING

A.    Immediately after seeding, the Contractor shall apply vegetative mulch at a rate between 1-1/2 and 2-1/2 tons per acre to all seeded areas.  Quantity of mulch shall be adjusted within the above limits, as directed by the Engineer, to the particular area or slope being mulched.  Total application of mulch for the project shall average approximately 2 tons per acre. Mulch shall be applied by mechanical mulch spreaders equipped to eject by means of a constant air stream controlled quantities of the vegetative mulch.

B.    Mulch shall be embedded by a disc type roller having flat serrated discs spaced not more than 10 inches apart, with cleaning scrapers for each disc.

C.    Where indicated, or in areas of the project where soil conditions are not suitable for satisfactory crimping, asphalt emulsion shall be applied with the mulching operation.  The normal rate of application shall be 100 gallons per ton of straw; however, this rate may be varied as directed by the Engineer to suit the particular area or slope conditions.

D.    All mulch shall be distributed evenly over the areas to be mulched within 24 hours after the seeding operation.  Following the mulching operation, suitable precautions shall be taken to prohibit traffic over mulched areas. Displaced mulch shall be replaced immediately, including repair of the underlying seed bed, if damaged as well.

3.7    MAINTENANCE

A.    The Contractor shall maintain all seeded areas until the grass is properly established (not less than 90 days) until satisfactory development.  Maintenance shall be continued until final acceptance of the work.

B.    Maintenance of seeded areas shall include protecting, watering, mowing, fertilizing, and such other work as may be necessary to establish a permanent lawn.  The Contractor shall reseed those seeded areas in which a satisfactory growth is not obtained, and shall refill any areas which become eroded prior to final acceptance of the work.

C.    Paved areas shall be kept clean while maintenance operations are in progress.

3.8    REPLACEMENT

A.    The Contractor shall replace all trees, shrubs, and flowers damaged by construction activities in the areas designated on the construction plans. The replacement trees and shrubs shall be equal in size to the damaged or removed specimen.

END OF SECTION

SECTION 33 11 11 – PIPING LEAKAGE TESTING

PART 1 - GENERAL

1.1     SUMMARY

    A.    Section includes:  Work, materials, and procedures required to test installed piping other than gravity sewer piping.

    B.    See Section 40 23 39, PROCESS PIPING GENERAL, which contains information and requirements that apply to the work specified herein and are mandatory for this project.

1.2     SUBMITTALS

    A.    Submittals shall be made as required in Section 01 33 00, SUBMITTAL PROCEDURES. The following specific information shall be provided:
        1.    Quality Control Submittals:
            a.    Testing Plan: Submit at least 30 days prior to testing and include at least the information that follows.
                1)    Testing dates.
                2)    Piping systems and sections(s) to be tested.
                3)    Test type.
                4)    Method of isolation.
                5)    Calculation of maximum allowable leakage for piping sections(s) to be tested.
            b.    Certifications of Calibration: Testing equipment.
            c.    Certified Test Report.

PART 2 - PRODUCTS (NOT USED)

PART 3 - EXECUTION

3.1     PREPARATION

    A.    Notify Engineer in writing 5 days in advance of testing. Perform testing in presence of Engineer.

    B.    Pressure Piping:
        1.    Install temporary thrust blocking or other restraint as necessary to prevent pipe from separating.

    C.    Test section may be filled with water and allowed to stand under low pressure prior to testing.

3.2     HYDROSTATIC TEST FOR PRESSURE PIPING

    A.    Test piping as indicated in pipe schedule. Test Pressure is 40 psi.

    B.    Fluid: Water from Indian Bayou.

    C.    Buried Piping:
        1.    Test after backfilling has been completed.
        2.    Expel air from piping system during filling.
        3.    Apply and maintain specified test pressure with hydraulic force pump. Valve off piping system when test pressure is reached.
        4.    Maintain hydrostatic test pressure continuously for 2 hours minimum, reopening isolation valve only as necessary to restore test pressure.

5. Determine actual leakage by measuring quantity of water necessary to maintain specified test pressure for duration of test.

6. Maximum Allowable Leakage:

$$L = \frac{S\,D\,\sqrt{P}}{148,000}$$

Where:

L = testing allowance (makeup water) (gph)
S = length of pipe tested (ft)
D = nominal diameter of the pipe (in.)
P = average test pressure during the hydrostatic test (psi [gauge])

7. Correct leakage greater than allowable, and retest as specified.

3.3    FIELD QUALITY CONTROL

A. Test Report Documentation:
1. Test date.
2. Description and identification of piping tested.
3. Test fluid.
4. Test pressure.
5. Remarks, including:
   a. Leaks (type, location).
   b. Repair/replacement performed to remedy excessive leakage.
6. Signed by Contractor and Engineer to represent that test has been satisfactorily completed.


END OF SECTION

SECTION 33 41 19 – PIPE LAYING

PART 1 - GENERAL

1.1      SUMMARY

A.      Section includes: the Work necessary to install gravity sewer, force main pipe, water pipe and appurtenances.

1.2      GENERAL

A.      General Requirements: See Division 01, GENERAL REQUIREMENTS, which contains information and requirements that apply to the work specified herein and are mandatory for this project.

PART 2 - PRODUCTS

2.1      GENERAL

A.      All pipe materials shall be as specified on the Plans and conforming to these specifications.

2.2      WARNING TAPE

A.      Non-metallic sanitary sewer marking tape shall be warning tape as manufactured by Rhino Marking and Protection Systems, Harris Industries, Inc., or approved equal.

B.      Tape shall have a minimum thickness of 4 mils and manufactured with heavy metal-free polyethylene tape that is impervious to all known alkalis, acids, chemical reagents, and solvents found in soil. The minimum overall width of the tape shall not be less than 3-inches. Standard rolls shall be 1000' length.

C.      The tape for sewer lines shall be color coded Green and imprinted with the following message: Caution Buried Sewer Line Below.

D.      The tape for water lines shall be color coded Blue and imprinted with the following message: Caution Buried Irrigation Line Below.

2.3      TRACER WIRE

A.      Tracer wire shall be 12-gauge, stranded coated copper for underground burial.

B.      Jacket color shall be made of High Density Polyethylene (HDPE) or High Molecular Weight Polyethylene (HMWPE) designed for direct burial.

C.      Connectors shall be used for all splices or repairs. Connectors shall be moisture displacement style as manufactured by 3M DBR, or equal.

D.      A locate or conductivity test shall be performed prior to signing off on the project.

2.4      PIPE BEDDING AND BACKFILL

A.      Backfill shall be native material.

PART 3 - EXECUTION

3.1    GENERAL

A.    All pipe, fittings, bedding, backfill, and all other appurtenances shall be installed in accordance with these specifications and the Plans.

3.2    PRODUCT DELIVERY, STORAGE, AND HANDLING

A.    Comply with Section 01 60 00, PRODUCT REQUIREMENTS.

B.    Delivery of Materials: Products shall be delivered in original, unbroken packages, containers, or bundles bearing the name of the manufacturer.

C.    Storage: Products shall be carefully stored in a manner that will prevent damage and in an area that is protected from the elements.

D.    Pipe and accessories shall be handled in such a manner that will ensure their condition after installation to be sound and undamaged. Equipment, tools and methods used in unloading, reloading, hauling and laying pipe and fittings shall be such that they are not damaged. Under no circumstances shall loading forks, or other equipment, be inserted into the barrel of the pipe or fitting.

E.    Pipe having pre-molded joint rings shall be handled in such a manner that no weight, including the weight of the pipe itself, will bear on or be supported by the spigot rings at any time. Care shall be taken to avoid dragging the spigot ring on the ground or allowing it to come in contact with gravel, crushed stone, rocks, or other hard objects. Joint rings which have been damaged in any way will not be accepted and shall not be incorporated in the work.

3.3    FIELD QUALITY CONTROL

A.    Provide skilled workmen to insure embedment of pipe.

B.    Contractor shall test for defects and leakage as specified in **other Sections.**

3.4    TRACE WIRE

A.    Regardless of pipe material, a trace wire shall be laid on top of the pipe and shall be looped around the pipe at least once every 10-feet and connected to all valves and fittings. At valves, the trace wire shall be brought up into the valve box as indicated in the plans. A tracing test of trace wire will be required prior to final acceptance.

3.5    PIPE DETECTION TAPE

A.    Pipe detection tape shall be provided in all trenches for force main and water line construction. Installation shall be per manufacturer's recommendations and shall be as close as practical to finished grade while maintaining a required minimum of 6, maximum of 12 inches between the detection tape and the top of the pipe.

3.6    LAYING PIPE

A.    Proper means and equipment shall be used for lowering pipe into the trenches.

B.    The Contractor shall have full responsibility for any diversion of drainage and for dewatering trenches.

C.    When jointed in the trench, the pipe shall form a true and smooth line. Pipe shall not be trimmed except for closures, and pipe not making a good fit shall be removed.

D.    Unless otherwise approved by the Engineer, the laying of pipe shall begin at the lowest point, and the pipe shall be installed so that the spigot ends point in the direction of flow.

E.    Pipe lines or runs intended to be straight shall be laid straight.

F.    During installation, each pipe and fitting shall be inspected for defects. All defective, damaged, or unsound pipe and fittings shall be rejected and removed from the site of the work.

G.    Prior to joining the pipe, the plain ends of the pipe and the bells of the pipe shall be thoroughly cleaned using a soapy water and cloth, removing all foreign materials from the bells, especially the gasket seats. Any burrs or imperfections in that part of the plain end or bell which will be in contact with the gasket shall be removed.

H.    The clean gasket shall be inserted in the bell and a thin film of lubricant shall be applied to the inside surface of the gasket.

I.    The cleaned plain end shall initially be entered in the bell straight. The plain end shall be forced inside the gasket and bell until the limit mark is just visible. The pipe may then be deflected as allowed by the manufacturer.

J.    Lubricants shall be supplied by the pipe manufacturer in sufficient quantities. No substitutes shall be made.

K.    The Contractor shall furnish such jacks, or other devices as are necessary for forcing the pipe into the bell and gasket. Care shall be exercised to avoid damage to the pipe where the pushing device or machine part contacts the pipe. A wood block or suitable pad shall be placed between the pipe and that part of the pushing device which contacts the pipe.

L.    All plain ends that enter a push on bell shall be beveled at 30° for at least one eighth (1/8) inch. All cut pieces or ends of pipe of other classifications shall be so beveled.

3.7    ALIGNMENT AND GRADE

A.    All pipe shall be laid straight between changes in alignment, except as shown on the Plans, and at a uniform grade between changes in grade. All lines shall be laid so that each section between manholes will lamp.

3.8    JOINTING

A.    Boltless gasketed joints: All instructions and recommendations of the pipe manufacturer, relative to gasket installation and other jointing operations, shall be observed and followed by the Contractor. All joint surfaces shall be lubricated as recommended by the manufacturer immediately before the joint is completed.

B.    Mechanical joints: Mechanical joints shall be carefully assembled in accordance with the manufacturer's recommendations. If effective sealing is not obtained, the joint shall be disassembled, thoroughly cleaned and reassembled. Overtightening bolts to compensate for poor installation practice will not be permitted.

3.9     CUTTING PIPE

A.    Cutting of pipe shall be done in a neat manner, without damage to the pipe or to the lining therein. Pipe cuts shall be smooth, straight and at right angles to the pipe axis.  All cutting of pipe shall be done with mechanical pipe cutters of an approved type except that in locations where the use of mechanical cutters would be difficult or impracticable, existing pipe may be cut with diamond point chisels, saws, or other tools which will cut the pipe without damaging impact or shock.

3.10    CLEANING

A.    The interior of all pipe shall be cleaned of all foreign matter before being installed and shall be kept clean until the work has been accepted.  All lumps, blisters and excess coating shall be removed from exterior spigot and interior bell surfaces.  Such surfaces shall be wire brushed and wiped clean, dry, and free from oil and grease before placing the spigot in the bell.  All joint contact surfaces shall be kept clean until the jointing is completed.

B.    Every precaution shall be taken to prevent foreign material from entering the pipe while it is being installed.  No debris, tools, clothing, or other materials shall be placed in the pipe.

C.    Whenever pipe laying is stopped, the open end of the line shall be sealed with a watertight plug.

END OF SECTION

SECTION 40 23 39 - PROCESS PIPING - GENERAL

PART 1 - GENERAL

1.1     SUMMARY

   A.     Section includes:  Basic Process Piping Materials, Methods, and Appurtenances.

1.2     REFERENCES

   A.     The following is a list of standards which may be referenced in this Section and     any     supplemental
   Data Sheets:
   1.     American Association of State Highway and Transportation Officials (AASHTO):   Standard
          Specifications for Highway Bridges.
   2.     American National Standards Institute (ANSI):
          a.     A21.52, Ductile Iron Pipe, Centrifugally Cast, for Gas.
          b.     B1.20.1, Pipe Threads, General Purpose (Inch).
          c.     B16.1, Cast Iron Pipe Flanges and Flanged Fittings.
          d.     B16.3, Malleable Iron Threaded Fittings.
          e.     B16.5, Pipe Flanges and Flanged Fittings.
          f.     B16.9, Factory-Made Wrought Steel Butt welding Fittings.
          g.     B16.11, Forged Fittings, Socket-Welding and Threaded.
          h.     B16.15, Cast Bronze Threaded Fittings, Classes 125 and 250.
          i.     B16.21, Nonmetallic Flat Gaskets for Pipe Flanges.
          j.     B16.22, Wrought Copper and Copper Alloy Solder Joint Pressure Fittings.
          k.     B16.24,   Cast   Copper   Alloy   Pipe   Flanges   and   Flanged   Fittings   Class
                 150,300,400,600,900, 1500 and 2500.
          l.     B16.25, Butt Welding Ends.
          m.     B16.42, Ductile Iron Pipe Flanges and Flanged Fittings, Classes 150 and 300.
   3.     American Petroleum Institute (API): 5L, Specification for Line Pipe.
   4.     American Society of Mechanical Engineers (ASME):
          a.     Boiler and Pressure Vessel Code, Section VITI, Division 1, Pressure Vessels.
          b.     Boiler and Pressure Vessel Code, Section IX, Welding and Brazing Qualifications.
          c.     B31.1, Power Piping.
          d.     B31.3, Chemical Plant and Petroleum Refinery Piping.
          e.     B31.9, Building Services Piping.
          f.     B36.10M, Welded and Seamless Wrought Steel Pipe.
   5.     American Society for Nondestructive Testing (ASNT):  SNT-TC-1A, Recommended Practice for
          Nondestructive Testing Personnel Qualifications.
   6.     American Society for Testing and Materials (ASTM):
          a.     A47, Standard Specification for Ferritic Malleable Iron Castings.
          b.     A53 Rev A, Standard Specification for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated,
                 Welded and Seamless.
          c.     A105/ A105M, Standard Specification for Forgings, Carbon Steel, for Piping Components.
          d.     A106, Standard Specification for Seamless Carbon Steel Pipe for High Temperature
                 Service.
          e.     A126, Standard Specification for Gray Iron Castings for Valves, Flanges, and Pipe
                 Fittings.
          f.     A135, Standard Specification for Electric-Resistance-Welded Steel Pipe.
          g.     A139 Rev A, Standard Specification for Electric-Fusion (Arc) -Welded Steel Pipe (NPS 4
                 and Over).
          h.     A153, Standard Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware.
          i.     A181/A181M Rev A, Standard Specification for Forgings, Carbon Steel, for General-
                 Purpose Piping.

j.   A182/A182M Rev C, Standard Specification for Forged or Rolled Alloy-Steel Pipe Flanges, Forged Fittings, and Valves and Parts for High-Temperature Service.

k.   A183, Standard Specification for Carbon Steel Track Bolts and Nuts.

l.   A193/A193M Rev A, Standard Specification for Alloy-Steel and Stainless Steel Bolting Materials for High-Temperature Service.

m.   A194/A194M, Standard Specification for Carbon and Alloy Steel Nuts for Bolts for High-Pressure and High-Temperature Service.

n.   A197, Standard Specification for Cupola Malleable Iron.

o.   A216/A216M, Standard Specification for Steel Castings, Carbon, Suitable for Fusion Welding, for High Temperature Service.

p.   A234/A234M, Standard Specification for Piping Fittings of Wrought Carbon Steel and Alloy Steel for Moderate and Elevated Temperatures.

q.   A240, Standard Specification for Heat-Resisting Chromium and Chromium-Nickel Stainless Steel Plate, Sheet and Strip for Pressure Vessels.

r.   A276, Standard Specification for Stainless and Heat-Resisting Steel Bars and Shapes.

s.   A283/A283M Rev A, Standard Specification for Low and Intermediate Tensile Strength Carbon Steel Plates.

t.   A285/ A285M, Standard Specification for Pressure Vessel Plates, Carbon Steel, Low and Intermediate Tensile Strength.

u.   A307, Standard Specification for Carbon Steel Bolts and Studs, 60,000 psi Tensile Strength.

v.   A312/A312M, Standard Specification for Seamless and Welded Austenitic Stainless Steel Pipes.

w.   A320/A320M, Standard Specification for Alloy Steel Bolting Materials for Low-Temperature Service.

x.   A395, Standard Specification for Ferritic Ductile Iron Pressure-Retaining Castings for Use at Elevated Temperatures.

y.   A403/ A403M Rev A, Standard Specification for Wrought Austenitic Stainless Steel Piping Fittings.

z.   A409/ A409M, Standard Specification for Welded Large Diameter Austenitic Steel Pipe for Corrosive or High-Temperature Service.

aa.   A536, Standard Specification for Ductile Iron Castings.

bb.   A563, Standard Specification for Carbon and Alloy Steel Nuts.

cc.   587, Standard Specification for Electric-Resistance-Welded Low-Carbon Steel Pipe for the Chemical Industry.

dd.   A774/A774M, Standard Specification for As-Welded Wrought Austenitic Stainless Steel Fittings for General Corrosive Service at Low and Moderate Temperatures.

ee.   A778 Rev A, Standard Specification for Welded, Un-annealed Austenitic Stainless Steel Tubular Products.

ff.   B32, Standard Specification for Solder Metal.

gg.   B43, Standard Specification for Seamless Red Brass Pipe, Standard Sizes.

hh.   B61, Standard Specification for Steam or Valve Bronzed Casting.

ii.   B62, Standard Specification for Composition Bronzed or Ounce Metal Castings.

jj.   B75, Standard Specification for Seamless Copper Tube.

kk.   B88 Rev A, Standard Specification for Seamless Copper Water Tube.

ll.   B98, Standard Specification for Copper-Silicone Alloy Rod, Bar, and Shapes.

mm.   582, Standard Specification for Contact-Molded Reinforced Thermosetting Plastic (RTP) Laminates for Corrosion Resistant Equipment.

nn.   D412, Standard Testing Method for Vulcanized Rubber and Thermoplastic Rubbers and Thermoplastic Elastomers-Tension.

oo.   D413, Standard Testing Methods for Rubber Property-Adhesion to Flexible Substrate.

pp.   D1248, Standard Specification for Polyethylene Plastics Molding and Extrusion Materials.

qq.  D1784, Standard Specifications for Rigid Poly (Vinyl Chloride) (PVC) Compounds and Chlorinated Poly (Vinyl Chloride) (CPVC)      Compounds.

rr.  D1785, Standard Specification for Poly (Vinyl Chloride) (PVC) Plastic Pipe, Schedules 40, 80, and 120.

ss.  D2000, Standard Classification System for Rubber Products in Automotive Applications.

tt.  D2310, Standard Classification for Machine-Made "Fiberglass" (Glass-Fiber-Reinforced Thermosetting-Resin) Pipe.

uu.  D2464, Standard Specification for Threaded Poly (Vinyl Chloride) (PVC) Plastic Pipe Fittings, Schedule 80.

vv.  2466, Standard Specification for Poly (Vinyl Chloride) (PVC) Plastic Pipe Fittings, Schedule 40.

ww.  D2467, Standard Specification for Socket-Type Poly (Vinyl Chloride) (PVC) Plastic Pipe Fittings, Schedule 80.

xx.  D2564, Standard Specification for Solvent Cements for Poly (Vinyl Chloride) (PVC) Plastic Piping Systems.

yy.  D2665, Standard Specification for Poly (Vinyl Chloride) (PVC) Plastic Pipe for Drain, Waste, and Vent Pipe and Fittings, Schedule 40.

zz.  D2996, Standard Specification for Filament-Wound "Fiberglass" (Glass-Fiber-Reinforced Thermosetting Resin) Pipe.

aaa.  D3222 Rev A, Standard Specification for Unmodified Poly (Vinylidene Fluoride) (PVDF) Molding Extrusion and Coating Materials.

bbb.  D3350, Standard Specification for Polyethylene Plastics Pipe and Fittings Materials.

ccc.  D4101 Rev B, Standard Specification for Propylene Plastic Injection and Extrusion Materials.

ddd.  F437, Standard Specification for Threaded Chlorinated Poly (Vinyl Chloride) (CPVC) Plastic Pipe Fittings, Schedule 80.

eee.  F439 Rev A, Standard Specification for Socket-Type Chlorinated Poly (Vinyl Chloride) (CPVC) Plastic Pipe Fittings, Schedule 80.

fff.  F441, Standard Specification for Chlorinated Poly (Vinyl Chloride) (CPVC) Plastic Pipe, Schedules 40 and 80.

ggg.  F491 Rev A, Standard Specification for Poly (Vinylidene Fluoride) (PVDF) Plastic-Lined, Ferrous Metal Pipes, and Fittings.

hhh.  F493 Rev A, Standard Specification for Solvent Cements for Chlorinated Poly Vinyl Chloride) (CPVC) Plastic Pipe and Fittings.

iii.  F714, Standard Specification for Polyethylene (PE) Plastic Pipe (SDR-PR) based on outside diameter.

7.  American Welding Society (AWS):

a.  A5.8, Specification for Filler Metals for Brazing and Braze Welding.

b.  QC 1, Standard for AWS Certification of Welding Inspectors.

8.  American Water Works Association (AWWA):

a.  C104/A21.4, Cement-Mortar Lining for Ductile-Iron Pipe and Fittings for Water.

b.  C110/A21.10, Ductile-Iron and Gray-Iron Fittings, 3" through 48"for Water and Other Liquids.

c.  C111/A21.11, Rubber-Gasket Joints for Ductile-Iron Pressure Pipe and Fittings.

d.  C115/A21.15, Flanged Ductile-Iron Pipe with Threaded Flanges.

e.  C151/A21.51, Ductile-Iron Pipe, Centrifugally Cast, for Water or Other Liquids.

f.  C153/A21.53, Ductile-Iron Compact Fittings 3" through 16", for Water and Other Liquids.

g.  C200, Steel Water Pipe – 6" and Larger.

h.  C205, Cement-Mortar Protective Lining and Coating for Steel Water Pipe-4" and Larger-Shop Applied.

i.  C207, Steel Pipe Flanges for Water Works Service, Sizes 4" through 144".

j.  C208, Dimensions for Fabricated Steel Water Pipe Fittings.

   k. C214, Fusion Bonded Epoxy Coating for the Interior and Exterior of Steel Water Pipelines.
   l. C606, Grooved and Shouldered Type Joints.
   m. M11, Steel Pipe - A Guide for Design and Installation.
  9. Manufacturers Standardization Society of the Valve and Fittings Industry, Inc. (MSS):  SP 43, Wrought Stainless Steel Butt-Welding Fittings Including Reference to Other Corrosion Resistant Materials.
  10. National Fire Protection Association (NFPA):  24, Standard for the Installation of Private Fire Service Mains and Their Appurtenances.

1.3 DEFINITIONS

1.4 SUBMITTALS

 A. Shop Drawings:
  1. Shop Fabricated Piping:
   a. Detailed pipe fabrication or spool drawings showing special fittings and bends, dimensions, coatings, and other pertinent information.
   b. Layout drawing showing location of each pipe section and each special length; number or otherwise designate laying sequence on each piece.
  2. Pipe Wall Thickness:  Identify wall thickness and rational method or standard applied to determine wall thickness for each size of each different service including exposed, submerged, buried, and concrete-encased installations for Contractor-designed piping.
  3. Hydraulic Thrust Restraint for Restrained Joints: Details including materials, sizes, assembly ratings, and pipe attachment methods.
  4. Thrust Blocks:  Concrete quantity, bearing area on pipe, and fitting joint locations.
  5. Dissimilar Buried Pipe Joints:  Joint types and assembly drawings.
  6. Gasket material, temperature rating, and pressure rating for each type of pipe and each type of service.

 B. Quality Control Submittals:
  1. Manufacturer's Certification of Compliance.
  2. Qualifications:
   a. Weld Inspection and Testing Agency: Certification and qualifications.
   b. Welding Inspector: Certification and qualifications.
   c. Welders:
    1). List of qualified welders and welding operators.
    2). Current test records for qualified welder(s) and weld type(s) for factory and field welding.
  3. Weld Procedures: Records in accordance with ASME Boiler and Pressure Vessel Code, Section IX for weld type(s) and base metal(s).
  4. Nondestructive inspection and testing procedures.
  5. Manufacturer's Certification of Compliance:
   a. Pipe and fittings.
   b. Factory applied resins and coatings.
  6. Certified weld inspection and test reports.
  7. Test logs.

1.5 QUALITY ASSURANCE

 A. Weld Inspection and Testing Laboratory Qualifications:
  1. Retain approved independent testing laboratory that will provide the services of an AWS certified welding inspector qualified in accordance with AWS QC1 with prior inspection experience of welds specified herein.

2.     Perform weld examinations with qualified testing personnel who will carry out radiography, ultrasonic, magnetic particle, and other nondestructive testing methods as specified herein.

3.     Welding Inspector:

a.     Be present when shop or field welding is performed to certify that welding is in accordance with specified standards and requirements.

b.     Duties include, but are not limited to, the following:

1).   Job material verification and storage.

2).   Qualification of welders.

3).   Certify conformance with approved welding procedure specifications.

4).   Maintain records and prepare reports in a timely manner.

5).   Notify Engineer within 1 hour of discovery of unsatisfactory weld performance and within 24 hours of weld test failure.

6).   Supervision of testing personnel.

B.     Welder and Welding Operator Performance:

1.     Qualify welders and welding operators by approved testing laboratory before performing any welding under this section.

2.     Perform welder qualification tests in accordance with Section IX, Article III of the ASME Boiler and Pressure Vessel Code.

3.     Qualification tests may be waived if evidence of prior qualification is deemed suitable by the Engineer.

4.     Qualify welders and operators in the performance of making groove welds in each different pipe material, including carbon steel pipe, in Positions 2G and 5G for each welding process to be used.

5.     Qualify welders and welding operators for stainless steel as stated herein on the type of stainless steel being welded with the welding process used.

C.     Certifications:

1.     Weld Testing Agency: Certified in accordance with current American Society for Nondestructive Testing (4153 Arlingate Plaza, Columbus, OH  43228) recommended practice SNT-TC-1A, NDT Level II.

D.     Quality Control Submittals:

1.     Manufacturer's Certification of Compliance.

2.     Laboratory Testing Equipment:  Certified calibrations, Manufacturer's product data, and test procedures.

3.     Certified welding inspection and test results.

4.     Qualifications:

a.     Weld Inspection and Testing Agency:  Certification and qualifications.

b.     Welding Inspector:  Certification and qualifications.

c.     Welders:

1).   List of qualified welders and welding operators.

2).   Current test records for qualified welder(s) and weld type(s) for factory and field welding.

5.     Weld Procedures:  Records in accordance with ASME Boiler and Pressure Vessel Code, Section IX for weld type(s) and base metal(s).

6.     Nondestructive inspection and testing procedures.

7.     Manufacturer's Certification of Compliance:

a.     Pipe and fittings.

b.     Welding electrodes and filler materials.

c.     Factory applied resins and coatings.

8.     Certified weld inspection and test reports.

9.     Pipe coating applicator certification.

1.6     DELIVERY, STORAGE, AND HANDLING

    A.     In accordance with Section 01 60 00, PRODUCT REQUIREMENTS, and:
        1.     Flanges:  Securely attach metal, hardboard, or wood protectors over entire gasket surface.
        2.     Threaded or Socket Welding Ends:  Fit with metal, wood, or plastic plugs or caps.
        3.     Linings and Coatings:  Prevent excessive drying.
        4.     Cold Weather Storage:  Locate products to prevent coating from freezing to ground.
        5.     Handling:  Use heavy canvas or nylon slings to lift pipe and fittings.

PART 2 - PRODUCTS

2.1     PIPING

    A.     As specified on Piping Data Sheet(s) and Piping Schedule located at the end of this section as Supplement.

    B.     Diameters Shown:
        1.     Standardized Products: Nominal size.
        2.     Fabricated Steel Piping:  Outside diameter, ASME 836.l0M.

2.2     HARDWARE

    A.     All hardware on submerged piping or piping below the top elevation of tanks and directly exposed to water, wastewater and/or wastewater solids , including but not limited to bolts, nuts, washers, and threaded rod shall be stainless steel.

2.3     GASKET LUBRICANT

    A.     Lubricant shall be supplied by pipe Manufacturer and no substitute or "or-equal" will be allowed.

2.4     FABRICATION

    A.     Mark each pipe length on outside:
        1.     Size or diameter and class.
        2.     Manufacturer's identification and pipe serial number.
        3.     Location number on laying drawing.
        4.     Date of manufacture.

    B.     Code markings according to approved Shop Drawings.

    C.     Flanged pipe shall be fabricated in the shop, not in the field, and delivered to the site with flanges in place and properly faced.  Threaded flanges shall be individually fitted and machine tightened on matching threaded pipe by the Manufacturer.

2.5     FINISHES

    A.     Factory prepare, prime, and finish coat in accordance with Pipe Data Sheet(s), Piping Schedule, and Section 09 90 00, PAINTING AND PROTECTIVE COATINGS.

PART 3 - EXECUTION

3.1     EXAMINATION

A.    Verify size, material, joint types, elevation, horizontal location, and pipe service of existing pipelines to be connected to new pipelines or new equipment.

B.    Inspect size and location of structure penetrations to verify adequacy of wall pipes, sleeves, and other openings.

C.    Welding Electrodes:  Verify proper grade and type, free of moisture and dampness, and coating is undamaged.

3.2     PREPARATION

A.    Notify Engineer at least 2 days prior to field fabrication of pipe or fittings.

B.    Inspect pipe and fittings before installation, clean ends thoroughly, and remove foreign matter and dirt from inside.

C.    Damaged Coatings and Linings: Repair using original coating and lining materials in accordance with Manufacturer's instructions, except for damaged glass-lined pipe or PVDF-lined pipe that is to be promptly removed from the site.

3.3     WELDING

A.    Perform in accordance with Section IX, ASME Boiler and Pressure Vessel Code and ASME B31.1 for Pressure Piping, as may be specified on Piping Data Sheets, and if recommended by piping or fitting Manufacturer.

B.    Weld Identification:  Mark each weld with symbol identifying welder.

C.    Pipe End Preparation:
       1.    Machine Shaping:  Preferred.
       2.    Oxygen or Arc Cutting:  Smooth to touch, true, and slag removal by chipping or grinding.
       3.    Beveled Ends for Butt Welding:  ANSI B16.25.

D.    Surfaces:
       1.    Clean and free of paint, oil, rust, scale, slag, or other material detrimental to welding.
       2.    Clean stainless steel joints with stainless steel wire brushes or stainless steel wool prior to welding.
       3.    Thoroughly clean each layer of deposited weld metal, including final pass, prior to deposition of each additional layer of weld metal with a power-driven wire brush.

E.    Alignment and Spacing:
       1.    Align ends to be joined within existing commercial tolerances on diameters, wall thicknesses, and out-of-roundness.
       2.    Root Opening of Joint:  As stated in qualified welding procedure.
       3.    Minimum Spacing of Circumferential Butt Welds:  Minimum four times pipe wall thickness or 1", whichever is greater.

F.    Climatic Conditions:
       1.    Do not perform welding if there is impingement of any rain, snow, sleet or high wind on the weld area, or if the ambient temperature is below 32 °F.

2.  Stainless Steel and Alloy Piping: If the ambient is less than 32° F, local preheating to a temperature warm to the hand is required.

G.  Tack Welds:  Performed by qualified welder using same procedure as for completed weld, made with electrode similar or equivalent to electrode to be used for first weld pass, and not defective.  Remove those not meeting requirements prior to commencing welding procedures.

H.  Surface Defects:  Chip or grind out those affecting soundness of weld.

I.  Weld Passes:  As required in welding procedure.

J.  Weld Quality:  Free of cracks, incomplete penetration, weld undercutting, excessive weld reinforcement, porosity slag inclusions, and other defects in   excess of limits shown in applicable piping code.

3.4    INSTALLATION - GENERAL

A.  Join pipe and fittings in accordance with Manufacturer's instructions, unless otherwise shown or specified.

B.  Remove foreign objects prior to assembly and installation.

C.  Flanged Joints:
    1.  Install perpendicular to pipe centerline.
    2.  Bolt Holes:  Straddle vertical centerlines, aligned with connecting equipment flanges or as shown.
    3.  Use torque-limiting wrenches to ensure uniform bearing and proper bolt tightness.
    4.  Plastic Flanges:  Install annular ring filler gasket at joints of raised-face flange.
    5.  Raised-Face Flanges:  Use flat-face flange when joining with flat-faced ductile or cast iron flange.

D.  Couplings:
    1.  General:
        a.  Install in accordance with Manufacturer's written instructions.
        b.  Before coupling, clean pipe holdback area of oil, scale, rust, and dirt.
        c.  Remove pipe coating if necessary to present smooth surface.
    2.  Application:
        a.  Metallic Piping Systems: Flexible couplings, transition couplings, and flanged coupling adapters.
        b.  Nonmetallic Piping Systems:  Teflon bellows connector.
        c.  Concrete Encased Couplings:  Sleeve type coupling.
        d.  Corrosive Service Piping:  Elastomer bellows connector.
        e.  Grit Slurry Piping:  Elastomer bellows connector.

3.5    INSTALLATION-EXPOSED PIPING

A.  Piping Runs:
    1.  Parallel to building or column lines and perpendicular to floor, unless shown otherwise.
    2.  Piping upstream and downstream of flow measuring devices shall provide straight lengths as required for accurate flow measurement.

B.  Group piping wherever practical at common elevations; installing to conserve building space and not interfere with use of space and other work.

C.    Unions or Flanges:  Provide at each piping connection to equipment or instrumentation on equipment side of each block valve to facilitate installation and removal.

D.    Install piping so that no load or movement in excess of that stipulated by equipment Manufacturer will be imposed upon equipment connection; install to allow for contraction and expansion without stressing pipe, joints, or connected equipment.

E.    Piping clearance, unless otherwise shown:
1.    Over Walkway and Stairs:  Minimum of 7' 6", measured from walking surface or stair tread to lowest extremity of piping system including flanges, valve bodies or mechanisms, insulation, or hanger/support systems.
2.    Between Equipment or Equipment Piping and Adjacent Piping:  Minimum 3' 0", measured from equipment extremity and extremity of piping system including flanges, valve bodies or mechanisms, insulation, or hanger/support systems.
3.    From Adjacent Work:  Minimum 1" from nearest extremity of completed piping system including flanges, valve bodies or mechanisms, insulation, or hanger/support systems.
4.    Do not route piping in front of or to interfere with access ways, ladders, stairs, platforms, walkways, openings, doors, or windows.
5.    Head room in front of openings, doors, and windows shall not be less than the top of the opening.
6.    Do not install piping containing liquids or liquid vapors in transformer vaults or electrical equipment rooms.
7.    Do not route piping over, around, in front of, in back of, or below electrical equipment including controls, panels, switches, terminals, boxes, or other similar electrical work.

3.6    FIELD QUALITY CONTROL

A.    Pressure Leakage Testing: As specified.  See Section 33 11 11, PIPING LEAKAGE TESTING.

B.    Minimum Duties of Welding Inspector:
1.    Job material verification and storage
2.    Qualifications of welders.
3.    Certify conformance with approved welding procedures.
4.    Maintenance of records and preparation of reports in a timely manner.
5.    Notification to Engineer of unsatisfactory weld performance within 24 hours of weld test failure.

C.    Required Weld Examinations:
1.    Perform Examinations in accordance with Piping Code ASME B31.1.
2.    Perform examinations for every pipe thickness and for each welding procedure, progressively, for all piping covered by this section.
3.    Examine at least one of each type and position of weld made by each welder or welder operator.
4.    For each weld found to be defective under the acceptable standards or limitations on imperfections contained in the applicable Piping Code, examine two additional welds made by the same welder that produced the defective weld. Such additional examinations are in addition to the minimum required above 3.  Examine, progressively, two additional welds for each tracer examination found to be unsatisfactory.

3.7    SUPPLEMENTS

A.    The supplements listed below, following "END OF SECTION," are a part of this Specification.
1.    Piping Schedule.
2.    Data Sheets.

**Number**                                    **Title**

| 40 23 39.16 | Welded Steel Pipe and Fittings |
| 40 23 39.17 | Plastic Irrigation Distribution Piping |

END OF SECTION

| SECTION 40 23 39.16 WELDED STEEL PIPE AND FITTINGS – GENERAL SERVICE | |
|---|---|
| **Item** | **Description** |
| Pipe | Carbon steel ASTM A283/A283M Rev A Grade C, sheet or coil, fabricated in accordance with AWWA C200, straight or spiral seam, sizes are to be nominal outside diameters conforming to ASME B36.10M.<br><br>Thickness designed for 66% of minimum yield stress at hydrostatic test pressure, minimum thickness of ½" for pipe and fittings. |
| Linings | As Specified in Section 09 90 00, PROTECTIVE PAINTING AND COATINGS on the interior and exterior of all pipes, standpipes, fittings, valves, and other steel appurtenances. |
| Coatings | As Specified in Section 09 90 00, PROTECTIVE PAINTING AND COATINGS on the interior and exterior of all pipes, standpipes, fittings, valves, and other steel appurtenances. |
| Joints | Welded:  AWWA C200.  Butt welded or lap welded using bell-and-spigot or butt strap (exposed and encased). |
| Fittings | Fabricated:  Carbon steel fabricated from pipe in accordance with AWWA C208; elbows to have a 22.5° maximum miter section angle, minimum of three sections; wyes, tees, crosses, and outlets to be reinforced in accordance with AWWA M-11.<br><br>Forged:  Butt-welding fittings, ASTM A234/A234M, Grade WPB meeting the requirements of ANSI B16.9.  Fitting wall thickness to match adjoining pipe.  Elbows to be long radius unless shown otherwise. |
| Flanges | AWWA C207, Class D (150 psi), Class E (275 psi), or Class F (300 psi) hub or ring type. |
| Bolting | Stainless Steel ASTM A320/A320M-94 Grade B8M hex head bolts and ASTM A194/A194M-94 Grade 8M hex head nuts. |
| Gaskets | Flanged, Water and Sewage Service: 1/8" thick, unless otherwise specified, homogenous black rubber (EPDM), hardness 60 (Shore A), rated to 212 °F, conforming to ANSI B16.21 and ASTM D1330 Steam Grade.<br><br>Gasket thickness for AWWA C207, Class E and Class F flanges shall be 1/6" thick.<br><br>Ring gaskets shall not be permitted.  Blind flanges shall be gasketed covering the entire inside face with the gasket cemented to the blind flange.<br><br>Bell-and-Spigot Joints:  Synthetic rubber conforming to AWWA C303.  Synthetic rubber shall be rated to 300 °F minimum for air service. |

**END OF SECTION**

| SECTION 40 23 39.17 PLASTIC IRRIGATION DISTRIBUTION PIPING – GENERAL SERVICE | |
|---|---|
| **Item** | **Description** |
| Pipe | SDR 51 (80 psi) PVC Plastic irrigation pipe manufactured by Diamond Plastics Corporation or equal. Shall conform dimensional, chemical, and physical requirements in ASTM D2241. Pipe shall be bell and spigot type and be from the same manufacturer. |
| Linings | None. |
| Coatings | None |
| Joints | Bell and spigot type, assembled and buried in accordance with the manufacturer's recommendation. Joints shall not be over or under belled and should not be deflected over the allowable deflection at the joint. |
| Fittings | Fittings shall be ductile iron mechanical joint type conforming to AWWA C153. Fittings shall be equipped with mechanical joint locking retainer glands at each outlet. |
| Gaskets | Conforming to ASTM F477 and ASTM 3139 |

**END OF SECTION**

SECTION 40 23 43 - PROCESS VALVES

PART 1 - GENERAL

1.1    SUMMARY

   A.    Section includes:  Basic requirements for Process Valves.

1.2    GENERAL

   A.    See Section 40 23 39, PROCESS PIPING - GENERAL, which contains information and requirements that apply to the work specified herein and are mandatory for this project.

   B.    Certain valves are specified in Division 44 to be furnished by equipment manufacturer as part of their equipment package and/or system. These valves are to be installed by the Contractor as specified herein. In addition to installation, the Contractor shall be responsible for test, inspection, and assisting the equipment suppliers in start-up services as required to the place the valves into continuous, reliable operation.

1.3    SUBMITTALS

   A.    Submittals shall be made as required in Section 01 33 00, SUBMITTALS.  The following specific information shall be provided:
      1.    Shop Drawings:
         a.    Product data sheets for make and model.
         b.    Complete catalog information, descriptive literature, specifications, and identification of materials of construction.
         c.    Refer to specific valve type for additional submittal requirements.
      2.    Quality Control Submittals:
         a.    Tests and inspection data.
         b.    Manufacturer's Certificate of Proper Installation.
         c.    Manufacturer's printed installation instructions.
         d.    Special shipping, storage and protection, and handling instructions.
         e.    Suggested spare parts list to maintain the equipment in service for a period of 5 years. Include a list of special tools required for checking, testing, parts replacement, and maintenance with current price information.
         f.    List special tools, materials, and supplies furnished with equipment for use prior to and during startup and for future maintenance.

PART 2 - PRODUCTS

2.1    GENERAL

   A.    Valve to include operator, actuator, hand wheel, chain wheel, extension stern, floor stand, worm and gear operator, operating nut, chain, wrench, and accessories for a complete operation.

   B.    Valve shall be suitable for intended service. Renewable parts not to be of a lower quality than specified.

   C.    Valve shall be the same size as adjoining pipe.

   D.    Valve ends to suit adjacent piping.

   E.    Valve shall open by turning counterclockwise unless otherwise specified.

F.   Operator, actuator, and accessories shall be factory mounted.

2.2   SCHEDULE

A.   Requirements relative to this section for certain type of actuated or process valves are shown on the Valve Schedules attached as Supplements to the related Sections.

2.3   MATERIALS

A.   Approved alloys are of the following ASTM designations:
1.   B61, B62, B98 (Alloy UNS No.C65100, C65500, or C66100), B139 (Alloy UNS No.C51000), B584 (Alloy UNS No.C90300 or C94700), B164, B194, and B127.
2.   Stainless steel, AISI Type 316 may be substituted for bronze.

2.4   FACTORY FINISHING

A.   Exposed Valves Field Finish:
1.   Final paint coating shall be in accordance with Section 09 90 00, PAINTING AND PROTECTIVE COATINGS. System and color shall match adjacent piping system.

2.5   VALVES

A.   Gate Valves:

1.   Buried Gate Valve, 3 Inches and Larger
a.   Valve shall be resilient wedge type, of non-rising stem design and rated for 80 psig cold water working pressure.
b.   Stem shall be sealed by three O-Rings. O-Rings set in a cartridge shall not be allowed.
c.   Each valve shall have maker's name, pressure rating, and year in which it was manufactured cast in the body. Country of origin to be clearly cast into body & cover castings.
d.   Valves 14" and larger shall be equipped with geared actuators. Valves to be installed in the standard vertical position shall have spur gear actuators. Valve to be installed in the horizontal position shall have bevel gear actuators. Valves shall only be installed in the horizontal position if noted on the plans or if instructed by the Engineer.
e.   Materials:
1)   All cast ferrous components shall be ductile iron or steel.
2)   Hardware shall be 304 stainless steel

2.   Exposed Gate Valve, 3 Inches and Larger
a.   Valve shall be resilient wedge type, of non-rising stem design and rated for 80 psig cold water working pressure.
b.   Each valve shall have maker's name, pressure rating, and year in which it was manufactured cast in the body. Country of origin to be clearly cast into body & cover castings.
c.   Valves 14" and larger shall be equipped with geared actuators. Valves to be installed in the standard vertical position shall have spur gear actuators. Valve to be installed in the horizontal position shall have bevel gear actuators. Valves shall only be installed in the horizontal position if noted on the plans or if instructed by the Engineer.
d.   Materials:
1)   All cast ferrous components shall be ductile iron or steel.
2)   Hardware shall be 304 stainless steel

B.  Butterfly Valves:
    a.  Valve class shall meet the requirements of the connecting line or as indicated in valve schedule or as indicated on the drawings.
    b.  Suitable for throttling operations and infrequent operation after periods of inactivity.

C.  Check and Flap Valve:

    1.  Resilient Seated Swing Check Valve, 3 Inches and Larger
        The valve body shall be full flow equal to nominal pipe diameter at all points through the valve. The valve shall be capable of passing a 3 in. (75mm) solid. Valve shall be equipped with an external lever capable of holding the valve open manually.
      a.  Manufacturers:
        1)  Fisher.
        2)  Valmatic.
        3)  Dezurik
        4)  Or equal.

    2.  Pressure Relief Valve, 2 Inches and Smaller
      a.  Direct diaphragm, spring controlled, Type 316 stainless steel body, spring case, Type 316 stainless steel diaphragm, stainless steel valve stem.
      b.  Capable of opening when upstream-pressure reaches a maximum set point.
      c.  Manufacturers:
        1)  Fisher.
        2)  Valmatic.
        3)  Dezurik
        4)  Or equal.

    3.  Water Combination Air Valve, 1 Inch and Larger
      a.  Note: Combination Air Valves on pipeline shall be 2-inch. Combination Air Valves on steel cans shall be 4-inch.
      b.  Valve shall be automatic float operated valve designed to exhaust large quantities of air during the filling of a piping system and close upon liquid entry. Valve shall open during draining or if negative pressures occur. Valve shall also release accumulated air from a piping system while system is in operation and under pressure.
      c.  Valve shall perform functions of both air release and Air/Vacuum valves and be furnished as a single body.
      d.  Valve body and structure shall be constructed of cast iron or ductile iron. Float, guide shafts and bushings shall be stainless steel.
      e.  Manufacturers:
        1)  Val-Matic.
        2)  DeZurik.
        3)  Crispin Valve.

PART 3 - EXECUTION

3.1     SHIPPING, STORAGE, HANDLING, AND PROTECTION

A.  As specified in Section 01 60 00, PRODUCT REQUIREMENTS.

3.2    INSTALLATION

A.    Flange Ends:
1.    Flanged valve bolt holes shall straddle vertical centerline of pipe.
2.    Clean flanged faces, insert gasket and bolts, and tighten nuts progressively and uniformly.

B.    Screwed Ends:
1.    Clean threads by wire brushing or swabbing.
2.    Apply joint compound.

C.    Valve Orientation:
1.    Install operating stem vertical when valve is installed in horizontal runs of pipe having centerline elevations 4' 6" or less above finished floor, unless otherwise shown.
2.    Install operating stem horizontal in horizontal runs of pipe having centerline elevations between 4' 6" and 6' 9" above finish floor, unless otherwise shown.
3.    Orient butterfly valve shaft so that unbalanced flows or eddies are equally divided to each half of the disc, i.e., shaft is in the plane of rotation of the eddy.
4.    If no plug valve seat position is shown, locate as follows:
    a.    Horizontal Flow:  The flow shall produce an "unseating" pressure, and the plug shall open into the top half of valve.
    b.    Vertical Flow:  Install seat in the highest portion of the valve.

D.    Locate valve to provide accessibility for control and maintenance.  Install access doors in finished walls and plaster ceilings for valve access.

3.3    TESTS AND INSPECTION

A.    Valve may be either tested while testing pipelines, or as a separate step.

B.    Test that valves open and close smoothly with operating pressure on one side and atmospheric pressure on the other, in both directions for two-way valve and applications.

C.    Inspect air and vacuum valves as pipe is being filled to verify venting and seating is fully functional.

D.    Count and record number of turns to open and close valve; account for any discrepancies with Manufacturer's data.

E.    Set, verify, and record set pressures for all relief and regulating valves.

F.    Automatic valve to be tested in conjunction with control system testing.

G.    Test hydrostatic relief valve seating; record leakage.  Adjust and retest to maximum leakage of 0.1 gpm per foot of seat periphery.

END OF SECTION

SECTION 44 42 56.23 Vertical Mixed Flow Pumps

PART 1 - GENERAL

1.1    SUMMARY

A.    Section includes work necessary to furnish and install complete and functional vertical mixed flow pumps, including all related equipment, material, and appurtenances.

1.2    GENERAL

A.    Equipment Numbers: See supplemental data sheet(s) at end of section.

B.    PUMP SIZES AND FITTING SIZES MAY BE DIFFERENT FROM THOSE SHOWN ON THE PLANS DEPENDING ON THE PUMP MANUFACTURER SELECTED. IT IS THE CONTRACTOR'S RESPONSIBILITY TO VERIFY THE DIMENSIONS REQUIRED TO INSTALL THE PUMPS CORRECTLY.

C.    Unit Responsibility: The Work requires that the vertical mixed flow pumps, motors, instruments, and components, complete with all accessories and appurtenances be the end product of one responsible system manufacturer or responsible system supplier. Unless otherwise indicated, the Contractor shall obtain each system from the responsible supplier of the equipment, which supplier shall furnish all components and accessories of the system to enhance compatibility, ease of operation and maintenance, and as necessary to place the equipment in operation in conformance with the specified performance, features, and functions without altering or modifying the Contractor's responsibilities under the Contract Documents. The Contractor is responsible to the Owner for providing the equipment systems as specified herein.

D.    General Requirements: See Division 01, GENERAL REQUIREMENTS, which contains information and requirements that apply to the work specified herein and are mandatory for this project.

E.    The equipment specified herein is included in the MANUFACTURER/ SUBCONTRACTOR Form. Refer to the bid Form and the Instructions to bidders for additional requirements.

1.3    REFERENCES

A.    Terminology pertaining to pumping unit performance and construction shall conform to the ratings and nomenclature of the Hydraulic Institute Standards.

1.4    SUBMITTALS

A.    General: Administrative, shop drawings, samples, quality control, and contract closeout submittals shall conform to the requirements of Section 01 33 00, SUBMITTAL PROCEDURES.

B.    In addition to the requirements of Section 01 33 00, SUBMITTAL PROCEDURES, submit the following additional specific information:
1.    Shop Drawings:
  a.    Make, model, weight, and horsepower of each equipment assembly.
  b.    Complete catalog information, descriptive literature, specifications, and identification of materials of construction.
  c.    Hydraulic Shop Testing: Performance data curves showing head, capacity, horsepower demand, and pump efficiency over the entire operating range of the specific pump, from shutoff to maximum capacity. Indicate separately the head,

capacity, horsepower demand, overall efficiency, and minimum submergence required at the guaranteed point.

    d.    Pump maximum downthrust or upthrust in pounds.

    e.    Detailed mechanical and electrical drawings showing the equipment dimensions, size, and locations of connections and weights of associated equipment.

    f.    Power and control wiring diagrams, including terminals and numbers.

    g.    Complete motor nameplate data, as defined by NEMA, motor manufacturer, and including any motor modifications.

    h.    Factory finish system.

2.    Quality Control Submittals:

    a.    Factory Functional and Performance Test Reports.

    b.    Manufacturer's Certification of Compliance that the factory finish system is identical to the requirements specified herein.

    c.    Special shipping, storage and protection, and handling instructions.

    d.    Manufacturer's printed installation instructions.

    e.    Manufacturer's Certificate of Proper Installation.

    f.    Suggested spare parts list to maintain the equipment in service for a period of 1 year and 5 years. Include a list of special tools required for checking, testing, parts replacement, and maintenance with current price information.

    g.    List special tools, materials, and supplies furnished with equipment for use prior to and during startup and for future maintenance.

    h.    Operation and Maintenance manual.

3.    Contract Closeout submittals: Service records for maintenance performed during construction.

## 1.5    QUALITY CONTROL

A.    Factory Inspections: Inspect control panels for required construction, electrical connection, and intended function.

B.    Factory Tests and Adjustments: Test all equipment and control panels actually furnished.

C.    Factory Test Report: Include test data sheets, curve test results, and performance test logs.

D.    Functional Test: Perform manufacturer's standard pump test on equipment. Include vibration test, as follows:

    1.    Dynamically balance rotating parts of each pump and its actual driving unit before final assembly.

    2.    Limits:

        a.    Driving Unit Alone: Less than 80 percent of NEMA MG 1 limits.

        b.    Complete Rotating Assembly Including Coupling, Drive Unit, and Motor: Less than 90 percent of limits established in the Hydraulic Institute Standards at all operating speeds.

    3.    Shop Performance Test:

        a.    Conduct on each pump with actual motor furnished. or a certified motor.

        b.    Perform under simulated operating conditions.

        c.    Test for a continuous 3-hour period without malfunction.

        d.    Test Log: Record the following for each flow head condition:

            1)    Total head.

            2)    Capacity.

            3)    Horsepower requirements.

            4)    Flow measured by factory instrumentation and storage volumes.

            5)    Average distance from suction well water surface to pump discharge centerline for duration of test.

            6)    Pump discharge pressure converted to feet of liquid pumped and corrected to pump discharge centerline.

       7) Calculated velocity head at the discharge flange.

       8) Field head.

       9) Driving motor voltage and amperage measured for each phase.

   4. Adjust, realign, or modify units and retest in accordance with Hydraulic Institute Standards, if necessary.

   5. Motor Test: Provide NEMA short commercial test. Document guaranteed efficiency by providing certified test report for test conducted on actual motor furnished.

## 1.6 OPERATION AND MAINTENANCE DATA

A. O&M Manuals: Content, form, and schedule for providing as specified in Section 01 78 23, OPERATION AND MAINTENANCE DATA.

B. Maintenance summary Forms: As specified in Section 01 78 23, OPERATION AND MAINTENANCE DATA.

## 1.7 WARRANTY

A. Provide warranty for a period of 12 months after the final acceptance of the equipment by the Owner and Engineer. The warranty shall stipulate that the equipment furnished is suitable for the purpose intended and free from defects of material and workmanship for the duration of the warranty. In the event the equipment fails to perform as specified, the Manufacturer shall promptly repair or replace the defective equipment without additional cost to the Owner.

B. Spare parts identified within this specification shall not be used to address warranty repairs.

## PART 2 - PRODUCTS

## 2.1 MANUFACTURERS

A. Where a manufacturer's standard equipment name and/or model number is listed, the equipment system shall be provided as modified to conform to the performance, functions, features, and materials of construction as specified herein.

B. Materials, equipment, components and accessories specified in this section shall be, products of:
1. Fairbanks Nijhuis
2. Pentair Berkeley
3. Goulds
4. Peerless
5. Xylem
6. Ideal Pumps

## 2.2 GENERAL REQUIREMENTS

A. All pump system components shall be supplied by the pump manufacturer and including but not limited to motor, bowl assembly, column assembly, discharge head, and all necessary appurtenances for a complete pumping unit.

B. Furnish a coordinated operating system complete with pump, motor, and drive.

## 2.3 SUPPLEMENTS

A. See supplemental data sheets to this section for additional equipment system product, component and accessory information and requirements.

2.4    PUMPS

A.    Specific requirements for the pumps are attached to this section as supplements.

B.    Any modifications to the mechanical, structural, electrical, instrumentation and control, and other portions of the work that may be required to adapt the general layout and detail shown on the Plans and the equipment actually furnished shall be at no additional cost to the Owner. All necessary design revisions shall be made at the Contractor's sole expense. All redesign information prepared by the Contractor shall be submitted for review prior to incorporating the redesign into the work.

C.    Rotation
    1.    Pump rotation shall be counterclockwise when viewed from the driver end looking at the pump.

D.    Impeller
    1.    The pump impeller shall be of the semi-enclosed mixed flow type containing a maximum of three vanes constructed of ASTM A-48, Class 30 cast iron or Bronze ASTM-B584.
    2.    The impeller and diffusion vanes shall be of hydrofoil design with well-rounded leading edges.
    3.    The impeller shall be attached to the tapered shaft using a key and capscrew.
    4.    The impeller and bowl waterways shall be capable of passing a 3.25-inch diameter sphere.
    5.    The propeller shall be dynamically balanced.
    6.    Impeller shall be adjustable by means of top shaft-adjusting nut.

E.    Bowls
    1.    Bowl bearings shall be bronze.
    2.    Pump bowls shall be constructed of ASTM A-48 class 30 cast iron having a minimum tensile strength of 30,000 psi. The pump bowls shall be of sufficient thickness to withstand stresses and strains at full operating pressure.
    3.    Castings shall be free from blowholes, sand holes and shall be accurately machined and fitted to close dimensions.
    4.    Bowls with nominal diameter of 8" and above shall be flanged connected.  Bowls smaller than 8" nominal diameter may use either flanged or threaded connections.
    5.    Bowls shall be designed with open and smooth passages to ensure efficiency.
    6.    The casing shall be hydrostatically tested to 1.5 times the design head or 1.25 times the shutoff head whichever is greater.

F.    Suction
    1.    The suction bell of bowl shall be provided with a non-soluable grease packed bearing. A sand collar shall be provided to protect this bearing from abrasives in the pumping fluids. The bearing housing shall have sufficient opening at the bottom for easy removal of the bearing.

G.    Impeller Shaft
    1.    Impeller shaft shall be of stainless steel construction conforming to ASTM A582 (416 stainless steel).
    2.    The shaft shall be supported by bronze or neoprene bearings located on both sides of each impeller.
    3.    The impeller shaft coupling shall be of stainless steel construction conforming to ASTM A582 (416 stainless steel).

H.    Wear Liners
    1.    Bronze bowl liners shall be supplied.  Liners shall be of bronze construction conforming to ASTM, B505 C93200, or ASTM B584, C83600

I.  Column
1.  Column pipe shall be flanged and furnished in sections not over 10 feet in length.
2.  Column joints are to be butted to insure perfect column alignment after assembly.
3.  The pipes shall be of ASTM A53 grade B steel pipe and the weight shall be not less than schedule 30.
4.  All column flange faces shall be parallel and machined for rabbet fit to permit accurate alignment.
5.  The inside diameter of the pipe shall be such that the head losses shall not be more than 5 feet per 100 feet of pipe or the flow velocity not to exceed 3 ft/sec based on rated flow of the pump.

J.  Lineshafts
1.  Lineshafting shall be of ample size to transmit the torque and operate the pump without distortion or vibration.
2.  The line shaft couplings shall be of the threaded type constructed of ASTM A-276 416 Stainless Steel Alloy. Alternate constructions must be of a design acceptable to the Engineer.
3.  Lineshaft shall be furnished in interchangeable section not over 10 feet in length.
4.  Lineshaft shall be fitted with stainless steel replaceable sleeves at each bearing and shall conform AISI 304 material.
5.  Lineshaft bearings to be neoprene.

K.  Discharge Head Assembly
1.  Discharge head shall be fabricated steel construction or cast iron construction with ANSI 125# discharge flange.
2.  Discharge head shall be of sufficient design to support the entire weight of pump and driver plus thrust forces.
3.  A drive shaft of the same material as the lineshaft shall extend through the sealing assembly of the discharge head and be coiled to a vertical hollow shaft driver.
4.  The discharge head will be fitted with an ASTM A-48 Class 30 bleed off type stuffing box, designed for use with packing.
5.  Discharge heads shall be fitted with guards to prevent access to the rotating shaft and/or coupling.

2.5  ACCESSORIES

A.  Equipment Identification Plate: 16-gauge stainless steel with 1/4-inch die-stamped equipment tag number securely mounted in a readily visible location.

B.  Lifting Lugs: Shall be provided on all modular section, including but motor, discharge head, and all column sections. Lugs shall be adequate to lift two times the equipment weight.

C.  Base Flange Bolts: Sized by equipment manufacturer and as specified in Division 05, METALS.

D.  The strainer basket shall be of the rod type or galvanized wire mesh. The rod type strainer shall bolt to the bottom of the suction bell. The rod diameter shall be a minimum 1/2 inch.

2.6  MOTOR REQUIREMENTS

A.  As specified in Section 26 05 15, ELECTRIC MOTORS

~~B.  Shall have shaft ground rings and insulated bearings.~~

2.7    ELECTRICAL COMPONENTS AND ACCESSORIES

A.    General:
1.    Conform to Division 26, ELECTRICAL.
2.    Provide all necessary electrical components and wiring for a complete, functional system.
3.    Where indicated, motor starters for constant-speed, 460-volt motors shall be provided in a separate motor control center specified in Division 26, ELECTRICAL. Provide all necessary control functions to properly interface with this motor starter.

B.    Wiring: The Drawings and Specifications indicate the anticipated wiring for the equipment provided under this section. If additional wiring is required, or if required wiring does not match what is indicated, the Contractor shall make the necessary modifications to the electrical wiring and documentation as part of the lump sum price. Wiring shall meet the requirements of Division 26, ELECTRICAL, and NFPA 70. Insulation shall be rated 600 volts, minimum. Low-voltage (24V) signals shall be run in twisted, shielded pair cable.

C.    Electrical Raceways: Electrical wiring shall be installed in conduit meeting the requirements of Division 26, ELECTRICAL. Raceways shall be installed in accordance with Division 26, ELECTRICAL, and NFPA 70.

D.    Non-Reverse Ratchet: Motor shall be equipped with non-reversing ratchet to prevent reverse rotation of rotating elements.

2.8    INSTRUMENTATION AND CONTROLS

A.    All instrumentation and control components shall be provided in accordance with the requirements of Division 26, ELECTRICAL.

2.9    TOOLS AND SPARE PARTS

A.    Spare Parts:
1.    All equipment shall be furnished with the specified manufacturers spare parts as indicated in the individual equipment sections.
2.    Spare parts shall be tagged by project equipment number and identified as to part number, equipment manufacturer and subassembly component (as appropriate). Spare parts subject to deterioration such as ferrous metal items and electrical components shall be properly protected by lubricants or desiccants and encapsulated in hermetically sealed plastic wrapping. Spare parts with individual weights less than 50 pounds and dimensions less than 2 feet wide, or 18 inches high, or 3 feet in length shall be stored in a wooden box with hinged wooden cover and locking clasp. Hinges shall be strap type. The box shall be painted and identified with stenciled lettering stating the name of the equipment, equipment numbers and the words "spare parts." A neatly typed inventory of spare parts shall be taped to the underside of the cover.
3.    Provide at a minimum, the following spare parts for the equipment:
a.    One (1) complete set of gaskets required for each pump provided.
b.    Two (2) sets of line shaft bearings for each pump provided.
c.    One complete set of any special tools required to dismantle pump.

2.10    FABRICATION

A.    Shop Assembly: The system shall be factory assembled and tested.

B.    Shop/Factory Finishing: Shop prime coatings shall conform to the requirements of Section 09 90 00, PAINTING AND PROTECTIVE COATINGS; coordinate color with Owner.

PART 3 - EXECUTION

3.1     ASSSEMBLY AND PREPARATION FOR SHIPMENT

A.     Coordination shall include space and structural requirements, clearances, utility connections, signals, outputs and features required by the manufacturer including safety interlocks.

3.2     PRODUCT DELIVERY, STORAGE AND HANDLING

A.     Comply with Section 01 60 00, PRODUCT REQUIREMENTS.

B.     Delivery of Materials: Products shall be delivered in original, unbroken packages, containers, or bundles bearing the name of the manufacturer.

C.     Storage: Products shall be carefully stored in a manner that will prevent damage and in an area that is protected from the elements.

D.     Protection of Equipment: Equipment shall be boxed, crated or otherwise protected from damage and moisture during shipment, handling, and storage. Equipment shall be protected from exposure to corrosive fumes and shall be kept thoroughly dry at all times. Pumps, motors, drives, electrical equipment and other equipment with anti-friction or sleeve bearings shall be stored in weather tight and heated storage facilities prior to installation. For extended storage periods, plastic equipment wrappers shall not be used to prevent accumulation of condensate in gears and bearings.

3.3     INSTALLATION

A.     Install in accordance with manufacturer's printed instructions.

B.     Coordinate installation of pump mounting flange with pump manufacturer.

C.     Adjust pump assemblies such that the driving units are properly aligned, plumb, and level with the driven units and all interconnecting shafts and couplings. Do not compensate for misalignment by use of flexible couplings.

D.     Connect discharge piping without imposing strain to pump discharge head.

E.     Anchor Bolts: Provide templates and specify bolts for furnishing by Contractor.

3.4     FIELD QUALITY CONTROL

A.     Functional Tests: Conduct on each pump.
   1.     Alignment: Test complete assemblies of actual pump with motors furnished for correct rotation, proper alignment and connection, and quiet operation.
   2.     Vibration Test:
      a.     Test with units installed and in normal operation and discharging to the connected piping systems at rates between the low discharge head and high discharge head conditions specified, and with the actual building structures and foundations provided shall not develop vibration exceeding limits specified in HIS 9.6.4 at all operating speeds.
      b.     If units exhibit vibration in excess of the limits specified adjust or modify as necessary. Units which cannot be adjusted or modified to conform as specified shall be replaced.
   3.     Flow Output: Measured by pump station instrumentation.

    4.    Operating Temperatures: Monitor bearing areas on pump and motor for abnormally high temperatures.

B.    Performance Test: In accordance with Hydraulic Institute Standards, latest standard.

3.5    MANUFACTURER'S SERVICES

A.    A manufacturer's representative for the equipment specified herein shall be present at the job site for the minimum person-days necessary to start and test the pumps in accordance with the specifications

B.    See Section 01 79 00, DEMONSTRATION AND TRAINING.

3.6    SUPPLEMENT

A.    The supplement listed below, following "End of Section," is a part of this Specification.
1.    Orlicek 1 Data Sheet.
2.    Orlicek 2 Data Sheet.
3.    Sandage 1 Data Sheet.

END OF SECTION

## Section 44 42 56.23.3: PUMPS DATA SHEET

| | |
|---|---|
| PROJECT: | BMWMD Orlicek 1 and 2, Sandage 1 Pump Systems |
| OWNER: | Bayou Meto Water Management District |
| EQUIPMENT NAME(S): | Sandage 1 |
| EQUIPMENT TAG NUMBER(S): | |
| TOTAL PUMPS REQUIRED: | 1 |

### MANUFACTURERS

| | |
|---|---|
| Fairbanks Nijhuis | Xylem |
| Pentair Berkeley | Goulds |
| Peerless | Ideal Pump Company |
| National Pump Company | Cascade Pump Company |
| | Simflo Pumps |

### SERVICE CONDITIONS

| | |
|---|---|
| Liquid Pumped: | Raw Surface Water |
| Largest solid: | ~~3.0"~~   1.0" |
| Liquid Temperature: | 40°-104° F |

### PERFORMANCE REQUIREMENTS

The pump shall perform as specified at the following flow rates:

| | | |
|---|---|---|
| Design Flow Rate: | 3000 | gpm |
| Design TDH: | 30 | ft |
| Minimum Efficiency @ Design Flow: | 80 | % |
| Shutoff Head (Min.): | 35 | ft |

### EQUIPMENT DESCRIPTION

| | | | |
|---|---|---|---|
| Pump Type: | Vertical Mixed Flow | Lineshaft: | 416 Stainless Steel |
| Column: | 12 in. dia. Min, Flanged | Impeller Shaft: | 416 Stainless Steel ASTM A582 |
| Wear Liner: | Bronze ASTM B505, C93200 or ASTM B584, C83600 | Lubrication: | Open Lineshaft |
| Impeller: | Cast Iron or Bronze ASTM B584, C83600 | Discharge Head Assembly: | Above ground, fabricated steel or cast iron |
| Bowl: | Cast Iron ASTM A48 CL 30 | Seals: | packing seal |
| Stages: | 2 (max) | | |

### MOTOR DATA

| | |
|---|---|
| Type: | Squirrel-cage induction meeting requirements of NEMA MG1. |
| Manufacturer: | For multiple units of the same type of equipment, furnish motors and accessories of a single manufacturer. |
| Hazardous Location: | ☐ Furnish motors for hazardous (classified) locations that conform to UL 674 and have an applied UL listing marking. |

| | | | |
|---|---|---|---|
| Motor Horsepower: | 30 (max) | Mounting Type | ☐ Horizontal  ☒ Vertical |
| Voltage | 460 | Enclosure Type | TEFC |
| Phase | 3 | Material | Cast Iron/Steel |
| Frequency | 60   Hz | Load Class: | Variable Torque |

Synchronous Speed  ~~1180~~  1800 rpm  max   ☐ Multispeed, Two Speed:_____ rpm

Service Factor: ☐1.0 ☒1.15   Windings:☐One ☒Two ☒ Thermal protection embedded in windings.

☐Adjustable Speed Drive: See Division 26, ELECTRIC. Provide Inverter Duty Rated Motors.

Provide  ☐ Space Heater  ☒ Oversize main terminal (conduit) box for motors  ☐ Moisture detection switches

Additional Motor Requirements: See Section 26 05 15, ELECTRIC MOTORS

### SPECIAL FEATURES / NOTES

Suggested models are for reference only. Other models meeting the design criteria will be considered.

## Section 44 42 56.23.2: PUMPS DATA SHEET

| | |
|---|---|
| PROJECT: | BMWMD Orlicek 1 and 2, Sandage 1 Pump Systems |
| OWNER: | Bayou Meto Water Management District |
| EQUIPMENT NAME(S): | Orlicek 2 (West) |
| EQUIPMENT TAG NUMBER(S): | |
| TOTAL PUMPS REQUIRED: | 1 |

### MANUFACTURERS

| | |
|---|---|
| Fairbanks Nijhuis | Xylem |
| Pentair Berkeley | Goulds |
| Peerless | Ideal Pump Company |
| National Pump Company | Cascade Pump Company |
| | Simflo Pumps |

### SERVICE CONDITIONS

| | |
|---|---|
| Liquid Pumped: | Raw Surface Water |
| Largest solid: | ~~3.0"~~ 1.0" |
| Liquid Temperature: | 40°-110° F |

### PERFORMANCE REQUIREMENTS

The pump shall perform as specified at the following flow rates:

| | | |
|---|---|---|
| Design Flow Rate: | 5000 | gpm |
| Design TDH: | 51 | ft |
| Minimum Efficiency @ Design Flow: | 76 | % |
| Shutoff Head (Min.): | 58 | ft |

### EQUIPMENT DESCRIPTION

| | | | |
|---|---|---|---|
| Pump Type: | Vertical Mixed Flow | Lineshaft: | 416 Stainless Steel |
| Column: | 14 in. dia. Min, Flanged | Impeller Shaft: | 416 Stainless Steel ASTM A582 |
| Wear Liner: | Bronze ASTM B505, C93200 or ASTM B584, C83600 | Lubrication: | Open Lineshaft |
| Impeller: | Cast Iron or Bronze ASTM B584, C83600 | Discharge Head Assembly: | Above ground, fabricated steel or cast iron |
| Bowl: | Cast Iron ASTM A48 CL 30 | Seals: | packing seal |
| Stages: | 2 (max) | | |

### MOTOR DATA

| | |
|---|---|
| Type: | Squirrel-cage induction meeting requirements of NEMA MG1. |
| Manufacturer: | For multiple units of the same type of equipment, furnish motors and accessories of a single manufacturer. |
| Hazardous Location: | ☐ Furnish motors for hazardous (classified) locations that conform to UL 674 and have an applied UL listing marking. |

| | | | |
|---|---|---|---|
| Motor Horsepower: | 100 (max) | Mounting Type | ☐ Horizontal    ☒ Vertical |
| Voltage | 460 | Enclosure Type | TEFC |
| Phase | 3 | Material | Cast Iron/Steel |
| Frequency | 60    Hz | Load Class: | Variable Torque |
| Synchronous Speed | ~~1180~~ 1800 rpm max | ☐ Multispeed, Two Speed: _____ rpm | |

Service Factor: ☐1.0 ☒1.15    Windings:☐One ☒Two ☒ Thermal protection embedded in windings.

☐Adjustable Speed Drive: See Division 26, ELECTRIC. Provide Inverter Duty Rated Motors.

Provide ☐ Space Heater ☒ Oversize main terminal (conduit) box for motors ☐ Moisture detection switches

Additional Motor Requirements: See Section 26 05 15, ELECTRIC MOTORS

### SPECIAL FEATURES / NOTES

Suggested models are for reference only. Other models meeting the design criteria will be considered.

## Section 44 42 56.23.1: PUMPS DATA SHEET

| | |
|---|---|
| PROJECT: | BMWMD Orlicek 1 and 2, Sandage 1 Pump Systems |
| OWNER: | Bayou Meto Water Management District |
| EQUIPMENT NAME(S): | Orlicek 1 (East) |
| EQUIPMENT TAG NUMBER(S): | |
| TOTAL PUMPS REQUIRED: | 1 |

### MANUFACTURERS

| | |
|---|---|
| Fairbanks Nijhuis | Xylem |
| Pentair Berkeley | Goulds |
| Peerless | Ideal Pump Company    Cascade Pump Company |
| National Pump Company | Simflo Pumps |

### SERVICE CONDITIONS

| | |
|---|---|
| Liquid Pumped: | Raw Surface Water |
| Largest solid: | ~~3.0"~~    1.0" |
| Liquid Temperature: | 40°-104° F |

### PERFORMANCE REQUIREMENTS

The pump shall perform as specified at the following flow rates:

| | | |
|---|---|---|
| Design Flow Rate: | 3000 | gpm |
| Design TDH: | 51 | ft |
| Minimum Efficiency @ Design Flow: | 76 | % |
| Shutoff Head (Min.): | 69 | ft |

### EQUIPMENT DESCRIPTION

| | |
|---|---|
| Pump Type: | Vertical Mixed Flow |
| Column: | 12 in. dia. Min, Flanged |
| Wear Liner: | Bronze ASTM B505, C93200 or ASTM B584, C83600 |
| Impeller: | Cast Iron or Bronze ASTM B584, C83600 |
| Bowl: | Cast Iron ASTM A48 CL 30 |
| Stages: | 2 (max) |

| | |
|---|---|
| Lineshaft: | 416 Stainless Steel |
| Impeller Shaft: | 416 Stainless Steel ASTM A582 |
| Lubrication: | Open Lineshaft |
| Discharge Head Assembly: | Above ground, fabricated steel or cast iron |
| Seals: | packing seal |

### MOTOR DATA

| | |
|---|---|
| Type: | Squirrel-cage induction meeting requirements of NEMA MG1. |
| Manufacturer: | For multiple units of the same type of equipment, furnish motors and accessories of a single manufacturer. |
| Hazardous Location: | ☐ Furnish motors for hazardous (classified) locations that conform to UL 674 and have an applied UL listing marking. |

| | | | |
|---|---|---|---|
| Motor Horsepower: | 60 (max) | Mounting Type | ☐ Horizontal    ☒ Vertical |
| Voltage | 460 | Enclosure Type | TEFC |
| Phase | 3 | Material | Cast Iron/Steel |
| Frequency | 60    Hz | Load Class: | Variable Torque |
| Synchronous Speed | ~~1180~~    1800 rpm max | | ☐ Multispeed, Two Speed:_____ rpm |

Service Factor: ☐ 1.0  ☒ 1.15    Windings: ☐ One ☒ Two ☒ Thermal protection embedded in windings.

☐ Adjustable Speed Drive: See Division 26, ELECTRIC. Provide Inverter Duty Rated Motors.

Provide ☐ Space Heater  ☒ Oversize main terminal (conduit) box for motors  ☐ Moisture detection switches

Additional Motor Requirements: See Section 26 05 15, ELECTRIC MOTORS

### SPECIAL FEATURES / NOTES

Suggested models are for reference only. Other models meeting the design criteria will be considered.

# BAYOU METO WATER MANAGEMENT DISTRICT

## ORLICEK 1 AND 2 PUMP SYSTEMS, AND SANDAGE 1 PUMP SYSTEM



**LOCATION MAP**



SANDAGE SITE

RED WING ROAD

INDIAN BAYOU

CHICKEN JONES ROAD

ORLICEK SITE

**VICINITY MAP**
NO SCALE



### SHEET LIST TABLE

| SHEET NUMBER | SHEET DESCRIPTION | SHEET TITLE |
|---|---|---|
| 1 | G001 | COVER SHEET |
| 2 | G002 | GENERAL NOTES |
| 3 | G003 | P&ID LEGEND |
| 4 | G004 | ELECTRICAL LEGEND |
| 5 | C101 | OVERALL SITE PLAN - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 6 | C102 | DETAILS I - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 7 | C200 | PIPELINE KEY MAP - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 8 | C201 | LINEWORK I - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 9 | C202 | LINEWORK II - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 10 | C301 | OVERALL SITE PLAN - SANDAGE 1 PUMP SYSTEM |
| 11 | C302 | DETAILS I - SANDAGE 1 PUMP SYSTEM |
| 12 | C400 | PIPELINE KEY MAP - SANDAGE 1 PUMP SYSTEM |
| 13 | C401 | LINEWORK - SANDAGE 1 PUMP SYSTEM |
| 14 | C501 | PROJECT DETAILS I |
| 15 | C502 | PROJECT DETAILS II |
| 16 | I101 | P&ID - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 17 | E101 | ELECTRICAL SITE PLAN - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 18 | E501 | CONNECTION DIAGRAMS & RACK ELEV - ORLICEK 1 AND 2 PUMP SYSTEMS |
| 19 | I201 | P&ID - SANDAGE 1 PUMP SYSTEM |
| 20 | E102 | ELECTRICAL SITE PLAN - SANDAGE 1 PUMP SYSTEM |
| 21 | E502 | CONNECTION DIAGRAMS & RACK ELEVATION - SANDAGE 1 PUMP SYSTEM |
| 22 | E901 | ELECTRICAL DETAILS |

NRCS 68-7103-16-562
GARVER PROJECT NO. 18017260
NOVEMBER 2022



**GARVER**

4701 Northshore Drive
North Little Rock, AR 72118
(501) 376-3633





11/09/2022

BAYOU METO WATER
MANAGEMENT DISTRICT
LONOKE, AR

ORLICEK 1 AND 2 PUMP SYSTEMS,
AND SANDAGE 1 PUMP SYSTEM

COVER SHEET

JOB NO: 18017260
DATE: NOV. 2022
DESIGNED BY: DCH
DRAWN BY: VLS

DRAWING NUMBER
**G001**

SHEET NUMBER
**1**

NOTES TO CONTRACTOR

1. CONTRACTOR SHALL INSTALL BEST MANAGEMENT PRACTICES (BMPS) TO ENSURE SEDIMENT DOES NOT ESCAPE SITE

2. PRIOR TO ANY EXCAVATION, A EXCAVATION REPORTING FORM SHALL BE SUBMITTED TO AOL.

3. CAUTION:  UNDERGROUND UTILITIES MAY EXIST WITHIN AND ADJACENT TO THE LIMITS OF CONSTRUCTION. AN ATTEMPT HAS BEEN MADE TO LOCATE THESE UTILITIES ON THE PLANS. HOWEVER, ALL EXISTING UTILITIES MAY NOT BE SHOWN AND THE ACTUAL LOCATIONS OF THE UTILITIES MAY VARY FROM THE LOCATIONS SHOWN. PRIOR TO BEGINNING ANY TYPE OF EXCAVATION THE CONTRACTOR SHALL CONTACT THE UTILITIES INVOLVED AND MAKE ARRANGEMENTS FOR THE LOCATION OF THE UTILITIES IN THE AREA. THE CONTRACTOR SHALL MAINTAIN THE UTILITY LOCATION MARKINGS UNTIL THEY ARE NO LONGER NECESSARY.  ARKANSAS STATE LAW, THE UNDERGROUND FACILITIES DAMAGE PREVENTION ACT, REQUIRES TWO WORKING DAYS ADVANCE NOTIFICATION THROUGH THE ARKANSAS ONE-CALL SYSTEM CENTER BEFORE EXCAVATING USING MECHANIZED EQUIPMENT OR EXPLOSIVES (EXCEPT IN THE CASE OF EMERGENCY). THE ONE-CALL SYSTEM PHONE NUMBER IS 1-800-482-8998 OR 811. THE CONTRACTOR IS ADVISED THAT THERE IS SEVERE PENALTY FOR NOT MAKING THIS CALL. NOT ALL UTILITY COMPANIES ARE MEMBERS OF THE ARKANSAS ONE-CALL SYSTEM. THEREFORE, THE CONTRACTOR IS ADVISED TO CONTACT ALL NON-MEMBER UTILITIES AS WELL AS THE ONE-CALL SYSTEM. THE LOCATION OF THE EXISTING UTILITIES SHOWN ON THE PLANS ARE APPROXIMATE, AND ARE THE LOCATIONS AT THE TIME OF DESIGN. SOME UTILITIES MAY HAVE BEEN RELOCATED BETWEEN THE TIME OF DESIGN AND THE CONTRACTOR'S NOTICE TO PROCEED.  PRIOR TO ANY CONSTRUCTION, COORDINATE WITH UTILITY OWNER AND SPOT DIG AND VERIFY LOCATIONS WITH ENGINEER.

4. SAFETY SHALL BE THE SOLE RESPONSIBILITY OF THE CONTRACTOR IN STRICT ACCORDANCE WITH OSHA STANDARDS. THE OWNER AND ENGINEER SHALL NOT BE RESPONSIBLE FOR SAFETY, MEANS AND METHODS OF THE CONTRACTOR

5. ALL STORAGE LOCATIONS SHALL BE APPROVED BY OWNER. MATERIAL STORAGE AND SPOILS DISPOSAL LOCATIONS SHALL BE PROVIDED BY THE CONTRACTOR AS APPROVED IN WRITING BY THE PROPERTY OWNERS AND ENGINEER. THE CONTRACTOR IS RESPONSIBLE FOR ANY CITY/COUNTY PERMITS FOR WORK SHOWN ON THE DRAWINGS HEREIN.

6. THERE SHALL BE NO CHANGES TO OR FROM THE PLANS OR SPECIFICATIONS WITHOUT PRIOR WRITTEN APPROVAL BY THE ENGINEER OF RECORD

7. LAY PIPE TO UNIFORM GRADES BETWEEN THE ELEVATIONS SHOWN, UNLESS OTHERWISE APPROVED.  PIPING JOINTS MAY BE DEFLECTED WHERE SHOWN ON PLANS.  JOINT DEFLECTIONS SHALL NOT EXCEED 4° OR MANUFACTURER'S RECOMMENDATION, WHICHEVER IS LESS.  IN SOME CASES, EXISTING CONDITIONS PROHIBIT UNIFORM GRADES BETWEEN THE ELEVATIONS SHOWN, AND FIELD ADJUSTMENTS TO UNIFORM GRADES ARE REQUIRED AS APPROVED BY ENGINEER

8. ALL JOINTS SHALL BE WATERTIGHT

9. CONTRACTOR SHALL MAINTAIN AND PROTECT ALL EXISTING BURIED PIPING AND UTILITIES. THE CONTRACTOR IS RESPONSIBLE FOR REPAIRING ANY DAMAGED UNDERGROUND FACILITIES. AT NO ADDITIONAL COST TO THE OWNER

10. CONTRACTOR SHALL BE RESPONSIBLE FOR THE PROPER DISPOSAL OF DEBRIS AND EXCESS MATERIALS RESULTING FROM THE WORK.

11. ALL FLEXIBLE CONNECTORS OR FLANGED COUPLING ADAPTERS SHALL BE PROVIDED WITH THRUST TIES, BLOCKS, OR ANCHORS, UNLESS OTHERWISE NOTED. THRUST PROTECTION SHALL BE ADEQUATE FOR TEST PRESSURES SPECIFIED

12. ANY PAVEMENT DAMAGED DURING CONSTRUCTION SHALL BE REPAIRED TO EQUAL OR BETTER CONDITION AT THE CONTRACTORS EXPENSE

13. ANY DISTURBED AREAS NOT SPECIFICALLY DESIGNATED TO BE GRADED SHALL BE RESTORED TO EQUAL OR BETTER CONDITION AND SHALL BE GRADED TO DRAIN AS APPROVED BY THE ENGINEER

14. FINISHED GRADE SHALL MATCH CONTOURS SHOWN ON PLANS AS CLOSELY AS POSSIBLE.  ANY CHANGES TO FINAL GRADE ELEVATIONS AS SHOWN ON THE PLANS SHALL BE APPROVED BY THE ENGINEER







GARVER

11/09/2022

BAYOU METO WATER
MANAGEMENT DISTRICT
LONOKE, AR

CHUCK'S 1 AND 2 PUMP SYSTEMS
AND SANDAGE 1 PUMP SYSTEM

GENERAL NOTES

JOB NO: 18017260
DATE: NOV. 2022
DESIGNED BY: DCH
DRAWN BY: LMW

DRAWING NUMBER
G002

SHEET
NUMBER    2

## IDENTIFICATION, GENERAL

| SYMBOL | DESCRIPTION |
|---|---|
| XXX-X001 | EQUIPMENT TAG |
| 08-1-001 | SHEET INTERFACE — DRAWING TYPE — SEQUENCE NUMBER |
| 08-I-001 XXX | SHEET INTERFACE WITH PROCESS FLAG |
| | PROCESS |

### PIPING LINE TYPES

| LINE | DESCRIPTION |
|---|---|
| | PROCESS LINE - PRIMARY |
| | PROCESS LINE - SECONDARY |
| | PACKAGE BOUNDARY |
| | AREA/BUILDING BOUNDARY |
| | SHOWN ELSEWHERE |
| | AIR |

### PIPING, MISCELLANEOUS

| | DESCRIPTION |
|---|---|
| | SLOPE ARROW / ARROW DIRECTION DOWN |
| | LINE HEAT TRACED AND INSULATED |
| | ST = STEAM TRACED / ET = ELECTRIC TRACED |
| 1000X | OUTSIDE GRADE LEVEL |

### MEANING OF FUNCTIONAL INSTRUMENT IDENTIFICATION LETTERS

| | FIRST LETTER | | SUCCEEDING LETTERS | | |
|---|---|---|---|---|---|
| | MEASURED OR INITIATING VARIABLE | MODIFIER | READOUT OR PASSIVE FUNCTION | OUTPUT FUNCTION | MODIFIER |
| A | ANALYSIS | | ALARM | | |
| B | BURNER FLAME | | USER CHOICE | USER CHOICE | USER CHOICE |
| C | CONDUCTIVITY (ELECTRICAL) | | | CONTROL | |
| D | DENSITY (MASS) OR SPECIFIC GRAVITY | DIFFERENTIAL | | | |
| E | VOLTAGE (EMF) | | PRIMARY ELEMENT | | |
| F | FLOW RATE | RATIO (FRACTION) | | | |
| G | GAUGING (DIMENSIONAL) | | GLASS | | HIGH |
| H | HAND (MANUALLY INITIATED) | | | | |
| I | CURRENT (ELECTRICAL) | | INDICATE | | |
| J | POWER | SCAN | | | |
| K | TIME OR TIME SCHEDULE | | | CONTROL STATION | |
| L | LEVEL | | LIGHT (PILOT) | | LOW |
| M | MOTION | MOMENTARY | | | MIDDLE OR INTERMEDIATE |
| N | USER CHOICE | | USER CHOICE | USER CHOICE | USER CHOICE |
| O | USER CHOICE | | ORIFICE (RESTRICTION) | | |
| P | PRESSURE OR VACUUM | | POINT (TEST POINT) | | |
| Q | QUANTITY OR EVENT | INTEGRATE OR TOTALIZE | | | |
| R | RADIATION | | RECORD OR PRINT | | |
| S | SPEED OR FREQUENCY | SAFETY | | SWITCH | |
| T | TEMPERATURE | | | TRANSMIT | |
| U | MULTIVARIABLE | | MULTIFUNCTION | MULTIFUNC | MULTIFUNCTION |
| V | VIBRATION OR MECHANICAL ANALYSIS | | | VALVE, DAMPER, OR LOUVER | |
| W | WEIGHT OR FORCE | | WELL | | |
| X | UNCLASSIFIED | | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| Y | EVENT, STATE OR PRESENCE | | | RELAY OR COMPUTE | |
| | | | | DRIVE, ACTUATE OR UNCLASSIFIED FINAL CONTROL ELEMENT | |
| Z | POSITION | | | | |

## ACCESSORIES AND APPURTENANCES

| SYMBOL | DESCRIPTION |
|---|---|
| | UNION |
| | PLUG |
| | BLIND FLANGE |
| | HOSE CONNECTION |
| | SPRAY NOZZLE |
| | DRAIN |
| | FLEXIBLE CONNECTION, GENERAL |
| | FLEXIBLE HOSE |
| | QUICK CONNECTOR |
| | THREADED TAP |
| | FILTER |
| | 'Y' TYPE STRAINER |
| | STRAINER |
| | EXPANSION JOINT |
| FCO | FLOOR CLEANOUT |
| | GAUGE / P = PRESSURE / V = VACUUM / T = TEMPERATURE / dP = PRESSURE |
| | CHARACTERIZED OR VEE BALL VALVE |
| | STOP CHECK VALVE |
| | DIAPHRAGM VALVE (SELF CONTAINED) |
| | SLICE GATE |

## VALVES

| SYMBOL | DESCRIPTION |
|---|---|
| | CHECK VALVE |
| | GATE VALVE |
| | BUTTERFLY VALVE |
| | BALL CHECK |
| | BALL VALVE |
| | PLUG VALVE |
| | NEEDLE VALVE |
| | ROTARY VALVE |
| | KNIFE GATE VALVE |
| | MUD VALVE |
| | PINCH VALVE |
| | THREE WAY VALVE |
| | FOUR WAY VALVE |
| | GLOBE VALVE |
| | AIR RELIEF |
| | PRESSURE CONTROL |
| | PRESSURE RELIEF VALVE |
| | VACUUM RELIEF VALVE |
| | STOP GATE |

## VALVE OPERATORS

| SYMBOL | DESCRIPTION |
|---|---|
| | HAND OPERATOR |
| | HAND OPERATOR (LONG) |
| | CHAIN OPERATOR |
| | FLOAT OPERATOR |
| | AIR DIAPHRAGM OPERATOR |
| | POSITIONER |
| | SOLENOID OPERATOR |
| | CYLINDER OPERATOR |
| | AIR MOTOR |
| | MOTOR OPERATOR |
| | DIGITAL OPERATOR |
| | ELECTRO-HYDRAULIC OPERATOR |
| | FAIL ARROWS, INDICATE OPEN PORTS |
| | LIMIT SWITCH |

## PROCESS EQUIPMENT

| SYMBOL | DESCRIPTION |
|---|---|
| | ELECTRIC MOTOR |
| | VARIABLE SPEED DRIVE |
| | REDUCED VOLTAGE SOFT STARTER |
| | FULL VOLTAGE NON REVERSING STARTER |
| CAS | CONTROL AND STATUS |
| | ELECTRIC GENERATOR |
| | HYDRAULIC MOTOR |
| | SHAFT |
| | COUPLING |
| | DYNAMIC PUMP |
| | DYNAMIC COMPRESSOR |
| | POSITIVE DISPLACEMENT PUMP |
| | POSITIVE DISPLACEMENT COMPRESSOR |
| | EDUCTOR/EJECTOR |
| | HEATER, GENERAL |
| | HEATER W/FAN (INDUCED DRAFT) |
| | HEATER W/FAN (FORCED DRAFT) |
| | HEAT EXCHANGER, GENERAL |
| | HYDRAULIC CYLINDER |
| | AIR CYLINDER |

## INSTRUMENT PRIMARY ELEMENTS

| SYMBOL | DESCRIPTION |
|---|---|
| | THREADED TAP |
| | THERMOWELL |
| | SIGHT FLOW INDICATOR |
| | ROTAMETER |
| | FLOW ORIFICE |
| | FLOW NOZZLE |
| | IN QUICK CHANGE FITTING |
| | SINGLE PORT PITOT |
| | AVERAGING PITOT STATION |
| | FLUME |
| | WEIR |
| | TURBINE ELEMENT |
| | POSITIVE DISPLACEMENT FLOWMETER |
| | VORTEX SENSOR |
| | TARGET ELEMENT |
| | MASS FLOWMETER |
| | SLUG FLOWMETER |
| | MAGNETIC FLOWMETER |
| | pH ELECTRODE ASSEMBLY |
| | PRESSURE SENSOR |
| | WATER HAMMER ARRESTER |
| | ULTRASONIC LEVEL TRANSMITTER |
| | RADAR LEVEL TRANSMITTER |

## INSTRUMENTS OR FUNCTIONS

| KEY (SYMBOL) BLOCK TAG | PRIMARY LOCATION OPERATOR ACCESSIBLE | AUXILIARY LOCATION OPERATOR ACCESSIBLE | LOCATION NOT NORMALLY OPERATOR ACCESSIBLE | FIELD MOUNTED |
|---|---|---|---|---|
| DISCRETE INSTRUMENTS | | | | |
| SHARED DISPLAY SHARED CONTROL | | | | |
| COMPUTER FUNCTION | | | | |
| PROGRAMMABLE LOGIC CONTROLLER | | | | |

## INSTRUMENT LINE TYPES

| LINE | DESCRIPTION |
|---|---|
| | PROCESS CONNECTION |
| | ELECTRIC SIGNAL |
| | ELECTROMAGNETIC OR SONIC SIGNAL (GUIDED) |
| | ELECTROMAGNETIC OR SONIC SIGNAL (UNGUIDED) |
| | MECHANICAL LINK |
| | ELECTRIC BINARY (ON-OFF) SIGNAL |

## SIGNAL CONDITIONERS

| SYMBOL | DESCRIPTION |
|---|---|
| | ANALOG TO DIGITAL |
| | DIGITAL TO ANALOG |
| | CURRENT TO PRESSURE |
| | PRESSURE TO CURRENT |
| | FREQUENCY TO CURRENT |
| | CURRENT BOOST/REPEATER |
| | SUM |
| | DIFFERENCE |
| | SQUARE ROOT |
| | CHARACTERIZATION |
| | INTEGRATION |

## AUX INSTRUMENTS OR FUNCTIONS

| SYMBOL | DESCRIPTION |
|---|---|
| | TEST POINT, TERMINAL BLOCK WITH SLIDING LINK AND HINI-BANANA SOCKETS |
| | PURGE OR FLUSHING DEVICE |
| | INTERLOCK LOGIC WITH REFERENCE |
| | ANNULAR SEAL |
| | DIAPHRAGM SEAL |
| | RESET FOR LATCH TYPE OPERATOR |
| | PANEL MOUNTED PATCHBOARD POINT |
| | PILOT LIGHT FOR PROCESS SIGNALS |
| | INSTRUMENTS SHARING COMMON HOUSING |
| | LOOP POWER SUPPLY |
| | POWER OF HYDROGEN TURBIDITY |

## EQUIPMENT LINE TYPES

| LINE | DESCRIPTION |
|---|---|
| | PROPOSED OR NEW EQUIPMENT |
| | EXISTING EQUIPMENT |

## INSTRUMENT POWER SUPPLY

POWER SUPPLY, TYPE AND LEVEL SHOWN, ABBREVIATIONS AS FOLLOWS
AS - AIR SUPPLY
IA - INSTRUMENT AIR
PA - PLANT AIR
ES - ELECTRIC SUPPLY
GS - GAS SUPPLY
HS - HYDRAULIC SUPPLY
NS - NITROGEN SUPPLY
ST - STEAM SUPPLY
WS - WATER SUPPLY

GARVER
PROFESSIONAL ENGINEER
No. 16232

JOB NO: 19017260
DESIGNED BY: HGW
DRAWN BY: MKH
DATE: NOV. 2022

BAYOU METO WATER
MANAGEMENT DISTRICT
LONOKE, AR

ORILOCK 1 AND 2 PUMP SYSTEMS,
AND SANDAGE 1 PUMP SYSTEM

P&ID LEGEND

DRAWING NUMBER
G003

SHEET NUMBER
3

## GENERAL NOTES

1. THESE NOTATIONS ARE INTENDED TO BE GENERAL IN NATURE. THEY MAY OR MAY NOT APPLY TO SOME OR ALL OF THE PLAN SHEETS AND SPECIFICATIONS.

2. ALL RACEWAYS AND EQUIPMENT SHALL BE INSTALLED AND GROUNDED IN ACCORDANCE WITH THE LATEST EDITION OF THE NATIONAL ELECTRICAL CODE AND APPLICABLE LOCAL CODES.

3. CONDUIT RUNS INDICATED ON THE PLAN SHEETS ARE INTENDED TO BE SCHEMATIC ONLY. THE CONTRACTOR SHALL BE RESPONSIBLE FOR FIELD ROUTING ALL CONDUIT RUNS AND SHALL COORDINATE ANY DEVIATION FROM ROUTING AS INDICATED HEREIN WITH THE ENGINEER. ALL CONDUIT SHALL BE INSTALLED IN SUCH A MANNER AS TO PREVENT CONFLICTS WITH EQUIPMENT, EXPOSED CONDUIT SHALL BE INSTALLED PARALLEL OR PERPENDICULAR TO BEAMS OR STRUCTURAL CONDITIONS.

4. THE CONTRACTOR SHALL BE RESPONSIBLE FOR FIELD ROUTING ALL CONDUITS. NOT INDICATED ON THE PLAN SHEETS. THIS INCLUDES CIRCUITS FOR LIGHTING, RECEPTACLES AND OTHER MISCELLANEOUS EQUIPMENT CIRCUITS.

5. ALL CONDUITS SHALL BE ROUTED AND SUPPORTED IN SUCH A MANNER AS TO NOT COMPROMISE THE STRUCTURAL INTEGRITY OF WALLS, FLOORS, CEILINGS, AND ROOFS WHERE REQUIRED. THE CONTRACTOR SHALL PROVIDE ADDITIONAL STRUCTURAL SUPPORTING MEMBERS FOR THE INSTALLATION AND SHALL COORDINATE SUCH MEMBERS WITH ENGINEER.

6. THE CONTRACTOR SHALL VERIFY THE EXACT LOCATION OF CONDUIT ENTRANCES FOR ALL EQUIPMENT WITH SHOP DRAWINGS BEFORE STUBBING UP CONDUITS.

7. ALL SURFACE MOUNTED PANELS AND PANELBOARDS ON THE INTERIOR OF EXTERIOR WALLS OR IN OTHER LOCATIONS CONSIDERED DAMP OR WET SHALL BE MOUNTED SO AS TO MAINTAIN A 1/4" MINIMUM AIR SPACE BETWEEN THE ENCLOSURE AND THE WALL.

8. PULLBOXES, IF SHOWN ON THE PLANS, ARE SCHEMATIC IN NATURE. THE CONTRACTOR SHALL PROVIDE ADDITIONAL PULLBOXES WHERE REQUIRED TO MAKE A WORKABLE INSTALLATION.

9. ALL WORK SHALL BE PERFORMED IN ACCORDANCE WITH THE DETAILS AND SPECIFICATIONS  WHETHER OR NOT THEY ARE REFERENCED ON THE DRAWINGS

10. ALL CONDUIT RUNS PASSING THROUGH EXPANSION JOINTS SHALL HAVE EXPANSION OR EXPANSION AND DEFLECTION TYPE FITTINGS.  FOR LOCATIONS OF EXPANSION JOINTS. REFER TO THE STRUCTURAL DRAWINGS

11. THE WIRING DIAGRAMS, QUANTITY AND SIZE OF WIRES AND CONDUITS REPRESENT A SUGGESTED ARRANGEMENT BASED UPON SELECTED STANDARD COMPONENTS OF ELECTRICAL EQUIPMENT.  IF EQUIPMENT SUPPLIED BY THE MANUFACTURER HAS A LARGER LOAD THAN THE VALUE SHOWN OR INDICATED, THE CABLE, CONDUIT AND ELECTRICAL EQUIPMENT MAY BE ENLARGED AS REQUIRED TO ACCOMMODATE THE HIGHER LOADING.  HOWEVER, THE BASIC SEQUENCE AND METHOD OF CONTROL MUST BE MAINTAINED AS INDICATED ON THE DRAWINGS AND/OR SPECIFICATIONS

12. ALL MOTOR STARTER CONTROL POWER TRANSFORMERS SHALL BE SIZED TO PROVIDE SUFFICIENT VOLT-AMPERE CAPACITY FOR OPERATING ALL LOCAL AND REMOTE ELECTRICAL DEVICES ASSOCIATED WITH CONTROL OF THE MOTOR IN ADDITION TO THE STARTER COIL.  THE CONTRACTOR SHALL BE RESPONSIBLE FOR VERIFYING ALL LOADING REQUIREMENTS FOR CONTROL POWER TRANSFORMERS.

13. THE CONTRACTOR SHALL BE RESPONSIBLE FOR FURNISHING PROPERLY SIZED STARTER OVERLOADS FOR ALL EQUIPMENT INSTALLED.

14. MOTOR CONTROL CENTERS AND ALL FREE STANDING PANELS SHALL BE SET ON CONCRETE HOUSEKEEPING PADS WITH LEVELING CHANNELS EMBEDDED IN THE PAD

15. IN GENERAL, SEPARATE POWER, CONTROL AND INSTRUMENTATION WIRING. PROVIDE SEPARATE CONDUIT, PULL AND JUNCTION BOXES. PROVIDE SUITABLE CABLE BARRIER WITHIN PULL OR JUNCTION BOXES WHERE SEPARATION OF WIRING IS NOT SHOWN ON THE DRAWINGS.

18. IN AREAS WHERE THERE ARE OVERHEAD BRIDGE CRANES, HOISTS, DOORS OR OTHER SIMILAR ITEMS, NO CONDUITS SHALL BE INSTALLED IN SUCH A MANNER AS TO CONFLICT WITH PROPER OPERATION OF SUCH EQUIPMENT

17. CONTRACTOR SHALL FURNISH AND INSTALL ITEMS AS NECESSARY FOR COMPLETE AND FUNCTIONAL SYSTEM INCLUDING THE CHEMICAL FEED SYSTEMS, MECHANICAL SYSTEMS, AND PLANT INSTRUMENTATION SYSTEMS/DISTRIBUTED CONTROL SYSTEM. THE CONTRACTOR SHALL REFER TO THE SPECIFICATIONS AND OTHER SECTIONS OF THE PLANS FOR ITEMS MAY BE REQUIRED AND SHALL PROVIDE CONDUIT, WIRING AND TERMINATIONS FOR ALL ITEMS AS REQUIRED.

18. CONTRACTOR SHALL REFER TO OTHER PLAN SHEETS FOR LOCATIONS OF FIREWALLS.  ALL CONDUIT PENETRATIONS IN THESE WALLS SHALL BE ACCOMPLISHED IN SUCH A MANNER AS TO NOT REDUCE THE RATING OF THE FIREWALL THROUGH THE USE OF BOXES  SEALANTS AND OTHER ACCESSORIES AS MAY BE REQUIRED

19. CONTRACTOR SHALL REFER TO MECHANICAL PLAN SHEETS AND SPECIFICATIONS FOR ITEMS RELATED TO THE MECHANICAL SYSTEMS.  THE CONTRACTOR SHALL BE RESPONSIBLE FOR INSTALLING ALL ITEMS AS NECESSARY FOR COMPLETE AND OPERABLE MECHANICAL SYSTEMS INCLUDING, BUT NOT LIMITED TO: CONTROL POWER TRANSFORMERS, STARTERS, THERMOSTATS, CONTROLS, STATIONS, AND OTHER ELECTRICAL ITEMS RELATED TO THE INSTALLATION OF THE MECHANICAL SYSTEMS  THE CONTRACTOR SHALL BE RESPONSIBLE FOR PROVIDING DISCONNECTS FOR ALL MECHANICAL MOTORS UNLESS THE  EQUIPMENT IS FURNISHED WITH AN INTEGRAL DISCONNECT FROM THE MANUFACTURER.  IN ADDITION, THE CONTRACTOR SHALL BE RESPONSIBLE FOR PROVIDING ALL CONDUIT, WIRING AND TERMINATIONS FOR ALL COMPONENTS AS MAY BE NECESSARY FOR THE MECHANICAL SYSTEMS

20. ALL RECEPTACLES IN OUTDOOR AND ANTICIPATED WET AREAS SHALL BE GROUND FAULT CIRCUIT INTERRUPTER RECEPTACLES WITH WEATHERPROOF COVERS.

21. EQUIPMENT LOCKOUTS SHALL BE IN STRICT ACCORDANCE WITH OWNERS REQUIREMENTS

22. ALL CONDUITS SHALL HAVE A GROUNDING CONDUCTOR, SIZED PER NEC

23. THE CONTRACTOR SHALL BE RESPONSIBLE FOR COORDINATION OF NEW SERVICE INSTALLATIONS WITH OWNER, ENGINEER AND SERVICING UTILITY.  THE CONTRACTOR SHALL FURNISH AND INSTALL ALL ITEMS AS REQUIRED BY SERVICING UTILITY FOR NEW SERVICE CONNECTIONS.

24. UNLESS NOTED OTHERWISE, ALL CONTROL PANELS SHALL BE FABRICATED SUCH THAT ALL OPERATORS AND INDICATING DEVICES INDICATED ON THE SCHEMATICS BE LOCATED ON THE FRONT DOOR OR COVER OF THE PANEL.  OPERATIVE AND INDICATING DEVICES SHALL BE VISIBLE AND OPERABLE WITHOUT HAVING TO OPEN THE CONTROL PANEL.

25. PROPOSED DUCT BANK(S) SHOWN ON DRAWINGS ARE FOR REFERENCE ONLY, THE CONTRACTOR SHALL REVIEW PLAN SHEETS RELATED TO INDIVIDUAL STRUCTURES AND VERIFY QUANTITY AND SIZE OF DUCT BANKS.  THE CONTRACTOR SHALL VERIFY NUMBER OF CONDUITS AS INDICATED IN THE DUCT BANK PRIOR TO INSTALLATION WITH THE ENGINEER.  PROVIDE A SPARE CONDUIT, EQUAL IN SIZE TO THE LARGEST CONDUIT IN DUCT BANK, FOR EACH DUCT BANK WITH A MINIMUM OF ONE PER DUCT BANK.

26. THE CONTRACTOR SHALL BE RESPONSIBLE FOR PROVIDING HEAT TRACING FOR ALL EXPOSED WATER LINES TO BE INSTALLED UNDER THIS PROJECT.  THE CONTRACTOR SHALL REVIEW OTHER SECTIONS OF THE PLANS AND SPECS AND PROVIDE SUITABLE HEAT TRACING COMPONENTS AS MAY BE REQUIRED, WHETHER INDICATED ON THE ELECTRICAL PLAN SHEETS OR NOT.

## CONTROL SCHEMATIC LEGEND

| Symbol | Description |
|---|---|
| | WIRING WITHIN PANEL |
| | WIRING TO FIELD DEVICE |
| | PUSHBUTTON SWITCH, NORMALLY OPEN |
| | PUSHBUTTON SWITCH, NORMALLY CLOSED |
| | SELECTOR SWITCH, NUMBER OF POSITIONS AND CONTACTS AS SHOWN |
| | RELAY CONTACT, NORMALLY OPEN |
| | RELAY CONTACT, NORMALLY CLOSED |
| | TIME DELAY CONTACT, CLOSE ON ENERGIZATION |
| | TIME DELAY CONTACT, OPEN ON ENERGIZATION |
| | TIME DELAY CONTACT, OPEN ON DE-ENERGIZATION |
| | TIME DELAY CONTACT, CLOSE ON DE-ENERGIZATION |
| | LEVEL SWITCH |
| | PRESSURE SWITCH |
| | LIMIT SWITCH CONTACT, NORMALLY OPEN |
| | LIMIT SWITCH CONTACT, NORMALLY CLOSED |
| | LIMIT SWITCH CONTACT, HELD OPEN |
| | LIMIT SWITCH CONTACT, HELD CLOSED |
| | RELAY COIL, "TR" INDICATES "TIMING RELAY" |
| | PILOT LIGHT, "A" INDICATES "AMBER LENS" "G" INDICATES "GREEN LENS" "R" INDICATES "RED LENS" |
| | SOLENOID |
| ETM | ELAPSED TIME METER |
| | TERMINAL BLOCK |
| | ELECTRICAL CONNECTION |
| | GROUND CONNECTION TO ENCLOSURE GROUND BAR |

## LIGHTING, POWER & SYSTEM LEGEND

| Symbol | Description |
|---|---|
| | 1×4 FLUORESCENT LIGHT FIXTURE |
| | FLUORESCENT LIGHT FIXTURE WITH EMERGENCY LIGHT (E), BATTERY PACK, 1400 LUMENS MINIMUM FOR 90 MINUTES |
| | SWITCH, SINGLE POLE |
| | SWITCH, DOUBLE POLE |
| | SWITCH, THREE WAY |
| | SWITCH, FOUR WAY |
| | SWITCH, DIMMER |
| | NON-FUSED DISCONNECT SWITCH, SIZE AS NOTED |
| | COMBINATION DISCONNECT AND MOTOR STARTER, SIZE AS NOTED, FUSED TYPE SHOWN |
| | FUSED DISCONNECT SWITCH, SIZE AS NOTED |
| | MANHOLE, IDENTIFIER SHOWN, REFER TO MANHOLE SCHEDULE FOR SIZE |
| | 3/4" × 10' COPPER CLAD GROUND ROD |
| | 20 AMP DUPLEX RECEPTACLE, MTD. 20" AFF TO BOTTOM. WITH #12 GROUND WIRE, "GFCI" INDICATES GROUND FAULT CIRCUIT INTERRUPTER, "WP" INDICATES WEATHERPROOF WHILE-IN-USE ENCLOSURE AND COVER, BOX INDICATES FLOOR OUTLET WITH RECESSED COAT JUNCTION BOX |
| | ELECTRICAL PULL AND EQUIPMENT CABINET, SURFACE MOUNTED, 6'-6" TO TOP OF ENCLOSURE |
| | ELECTRICAL EQUIPMENT CABINET, RECESSED MOUNTED, 6'-6" TO TOP OF ENCLOSURE |
| | HOME RUN TO PANEL IN DEDICATED CONDUIT, RECEPTACLES AND EQUIPMENT SHALL HAVE DEDICATED GREEN GROUND WIRE, NUMBER OF ARROWS INDICATES NUMBER OF PHASE CONDUCTORS |
| | GROUND |
| | DATA AND TELEPHONE DUAL OUTLET |
| | DUCT BANK, IDENTIFIER SHOWN, REFER TO DUCT BANK SCHEDULE FOR SIZE AND CONFIGURATION |
| | GENERATOR, RATINGS AS SHOWN |
| | GROUND ROD AND TEST WELL |
| | AIR TERMINAL |
| | TRANSFORMER, RATINGS AS SHOWN |
| | FUSE, CURRENT LIMITING, AMPERE RATING AS SHOWN OR REQUIRED, "BFI" INDICATES "BLOWN FUSE INDICATOR" TYPE |
| | ELECTRIC MOTOR, HORSEPOWER AS SHOWN |
| | MOTOR STARTER, SIZE AS SHOWN OR REQUIRED, FVNR UNLESS NOTED |
| | CIRCUIT BREAKER, TRIP RATING SHOWN, 3-POLE UNLESS NOTED OTHERWISE |
| | CAPACITOR, kVAR AS SHOWN |

## ONE LINE LEGEND

| Symbol | Description | Abbr. | Description |
|---|---|---|---|
| | EXISTING | CB | CIRCUIT BREAKER |
| | NEW | GEC | GROUNDING ELECTRODE CONDUCTOR |
| | 3/4" X 10' GROUND ROD | ATS | AUTOMATIC TRANSFER SWITCH |
| | CIRCUIT BREAKER | SDBC | SOFT DRAWN BARE COPPER |
| | EXOTHERMIC WELD (BELOW GRADE) OR MECHANICAL CONNECTION (ABOVE GRADE) | GFP | GROUND FAULT PROTECTION |
| | GENERATOR | LSI | LONG, SHORT, INSTANTANEOUS |

## EQUIPMENT LINE TYPES

- ———— PROPOSED OR NEW EQUIPMENT
- ———— EXISTING EQUIPMENT
- — — — EQUIPMENT PACKAGE
- ········ GROUND RING OR UNDERGROUND

## GENERAL NOTES

1. SOME SYMBOLS OR ABBREVIATIONS MAY APPEAR ON THIS SHEET BUT NOT BE UTILIZED ON THE PROJECT

2. LIGHTING LEGEND SHOWS EXAMPLE IDENTIFIERS, REFER TO LIGHT FIXTURE SCHEDULE FOR SPECIFIC REQUIREMENTS

GARVER

BAYOU METO WATER MANAGEMENT DISTRICT

CHILDER'S AND 2 PUMP SYSTEMS, AND SANDAGE 1 PUMP SYSTEM

ELECTRICAL LEGEND

JOB NO: 18017290
DATE: NOV. 2022
DESIGNED BY: HDW
DRAWN BY: MLH

SHEET NUMBER: 4

G004













SECTION C-C
SCALE NONE







GRAVEL PAD

STANDARD PIPE TRENCH DETAIL

ELECTRICAL PAD AND STAIR DETAIL







ONE-LINE DIAGRAM

I&C WIRING DIAGRAM

ELECTRICAL RACK ELEVATION









# OSHA® FactSheet

# Trenching and Excavation Safety

Trench collapses, or cave-ins, pose the greatest risk to workers' lives. When done safely, trenching operations can reduce worker exposure to other potential hazards include falls, falling loads, hazardous atmospheres, and incidents involving mobile equipment.

OSHA standards require that employers provide workplaces free of recognized hazards. The employer must comply with the trenching and excavation requirements of 29 CFR 1926.651 and 1926.652 or comparable OSHA-approved state plan requirements.

## Trench Safety Measures

Trenches 5 feet (1.5 meters) deep or greater require a protective system unless the excavation is made entirely in stable rock. If less than 5 feet deep, a competent person may determine that a protective system is not required.

Trenches 20 feet (6.1 meters) deep or greater require that the protective system be designed by a registered professional engineer or be based on tabulated data prepared and/or approved by a registered professional engineer in accordance with 1926.652(b) and (c).

## Competent Person

OSHA standards require, before any worker entry, that employers have a competent person inspect trenches daily and as conditions change to ensure elimination of excavation hazards. A competent person is an individual who is capable of identifying existing and predictable hazards or working conditions that are hazardous, unsanitary, or dangerous to workers, soil types and protective systems required, and who is authorized to take prompt corrective measures to eliminate these hazards and conditions.

## Access and Egress

- Keep heavy equipment away from trench edges.
- Identify other sources that might affect trench stability.
- Keep excavated soil (spoils) and other materials at least 2 feet (0.6 meters) from trench edges.
- Know where underground utilities are located before digging.

- Test for atmospheric hazards such as low oxygen, hazardous fumes and toxic gases when > 4 feet deep.
- Inspect trenches at the start of each shift.
- Inspect trenches following a rainstorm or other water intrusion.
- Do not work under suspended or raised loads and materials.
- Inspect trenches after any occurrence that could have changed conditions in the trench.
- Ensure that personnel wear high visibility or other suitable clothing when exposed to vehicular traffic.

## Protective Systems

There are different types of protective systems.

**Benching** means a method of protecting workers from cave-ins by excavating the sides of an excavation to form one or a series of horizontal levels or steps, usually with vertical or near-vertical surfaces between levels. *Benching cannot be done in Type C soil.*

**Sloping** involves cutting back the trench wall at an angle inclined away from the excavation.

**Shoring** requires installing aluminum hydraulic or other types of supports to prevent soil movement and cave-ins.

**Shielding** protects workers by using trench boxes or other types of supports to prevent soil cave-ins. Designing a protective system can be complex because you must consider many factors: soil classification, depth of cut, water



content of soil, changes caused by weather or climate, surcharge loads (e.g., spoil, other materials to be used in the trench) and other operations in the vicinity.

## Additional Information

Visit OSHA's Safety and Health Topics webpage on trenching and excavation at www.osha.gov/trenching.

## Workers' Rights

Workers have the right to:

- Working conditions that do not pose a risk of serious harm.
Receive information and training (in a language and vocabulary the worker understands) about workplace hazards, methods to prevent them, and the OSHA standards that apply to their workplace.
- Review records of work-related injuries and illnesses.
- File a complaint asking OSHA to inspect their workplace if they believe there is a serious

hazard or that their employer is not following OSHA's rules. OSHA will keep all identities confidential.
- Exercise their rights under the law without retaliation, including reporting an injury or raising health and safety concerns with their employer or OSHA. If a worker has been retaliated against for using their rights, they must file a complaint with OSHA as soon as possible, but no later than 30 days.

For additional information, see OSHA's Workers page (www.osha.gov/workers).

## How to Contact OSHA

Under the Occupational Safety and Health Act of 1970, employers are responsible for providing safe and healthful workplaces for their employees. OSHA's role is to help ensure these conditions for America's working men and women by setting and enforcing standards, and providing training, education and assistance. For more information, visit www.osha.gov or call OSHA at 1-800-321-OSHA (6742), TTY 1-877-889-5627.

**This is one in a series of informational fact sheets highlighting OSHA programs, policies or standards. It does not impose any new compliance requirements. For a comprehensive list of compliance requirements of OSHA standards or regulations, refer to Title 29 of the Code of Federal Regulations. This information will be made available to sensory-impaired individuals upon request. The voice phone is (202) 693-1999; teletypewriter (TTY) number: (877) 889-5627.**



U.S. Department of Labor        DOC FS-3476 09/2011

**OSHA**® **Occupational Safety and Health Administration**

10/12/23, 11:21 AM                    Alarming rise in trench-related fatalities spurs US Department of Labor to announce enhanced nationwide enforcement, addition…

 **U.S. DEPARTMENT OF LABOR**

**Occupational Safety and Health Administration**

 OSHA National News Release

U.S. Department of Labor

July 14, 2022

# Alarming rise in trench-related fatalities spurs US Department of Labor to announce enhanced nationwide enforcement, additional oversight

*22 workers have perished in first half of 2022*

**WASHINGTON** – In 2022's first six months, 22 workers have fallen victim to the deadly hazards present in trenching and excavation work – surpassing 15 in all of 2021 – and prompting the U.S. Department of Labor's Occupational Safety and Health Administration to launch enhanced enforcement initiatives to protect workers from known industry hazards.

To stress the dangers of disregarding federal workplace safety requirements for trenching and excavation work, OSHA enforcement staff will consider every available tool at the agency's disposal. These actions will place additional emphasis on how agency officials evaluate penalties for trenching and excavation related incidents, including criminal referrals for federal or state prosecution to hold employers and others accountable when their actions or inactions kill workers or put their lives at risk.

In keeping with its National Emphasis Program for excavations, OSHA compliance officers will perform more than 1,000 trench inspections nationwide where they may stop by, and inspect, any excavation site during their daily duties.

"The Occupational Safety and Health Administration is calling on all employers engaged in trenching and excavation activities to act immediately to ensure that required protections are fully in place every single time their employees step down into or work near a trench," said Assistant Secretary for Occupational Safety and Health Doug Parker. "In a matter of seconds, workers can be crushed and buried under thousands of pounds of soil and rocks in an unsafe trench. The alarming increase in the number of workers needlessly dying and suffering serious injuries in trenching incidents must be stopped."

"Every one of these tragedies could have been prevented had employers complied with OSHA standards," Parker continued. "There simply is no excuse for ignoring safety requirements to prevent trench collapses and cave-ins, and leaving families, friends and co-workers to grieve when the solutions are so well-understood."

A recent incident in central Texas highlights the dangers of trenching and an impetus for OSHA's action. On June 28, 2022, two workers, aged 20 and 39, suffered fatal injuries in Jarrell, Texas, when the unprotected trench more than 20 feet deep collapsed upon them as they worked. Trench shields, which could have saved their lives, sat unused beside the excavation.

Trenching and excavation operations require protective systems and inspections before workers can enter. When employers fail to install trench protection systems or properly inspect the trench, workers are exposed to serious hazards, including risk of being buried under thousands of pounds of soil. By some estimates, a cubic yard of soil can weigh as much as 3,000 pounds, equal to that of a compact car.

States that operate their own Occupational Safety and Health plan have similar emphasis programs in place, and OSHA also encourages those states to consider additional measures, including criminal referrals for federal or state prosecution for trenching-related incidents.

Trenching standards require protective systems on trenches deeper than 5 feet and soil and other materials kept at least 2 feet from the edge of a trench. Additionally, trenches must be inspected by a knowledgeable person, be free of standing water and atmospheric hazards and have a safe means of entering and exiting prior to allowing a worker to enter.

"OSHA stands ready to assist any employer who needs help to comply with our trenching and excavation requirements," Parker added. "We will conduct outreach programs, including safety summits, in all of our 10 regions to help ensure any employer who wants assistance gets it. The stakes are too important."

OSHA's On-Site Consultation Program, a free and confidential health and safety consulting program for small- and medium-sized businesses, will assist employers in developing strategic approaches for addressing trench-related illnesses and injuries in workplaces.

PLAINTIFF'S EXHIBIT

10/12/23, 11:21 AM                    Alarming rise in trench-related fatalities spurs US Department of Labor to announce enhanced nationwide enforcement, addition...

The agency also urges workers to contact their local OSHA or state plan office, or call 800-321-OSHA, if their employer requires working in or beside trenches that are not sloped, shored, or shielded and are five or more feet in depth.

OSHA's trenching and excavation webpage provides additional information on trenching hazards and solutions, including a safety video.

Learn more about OSHA.

# # #

**Media Contacts:**

Mandy McClure, 202-693-4675, mcclure.amanda.c@dol.gov
Denisha Braxton, 202-693-5061, braxton.denisha.l@dol.gov

Release Number: 22-1491-NAT

U.S. Department of Labor news materials are accessible at http://www.dol.gov. The department's Reasonable Accommodation Resource Center converts departmental information and documents into alternative formats, which include Braille and large print. For alternative format requests, please contact the department at (202) 693-7828 (voice) or (800) 877-8339 (federal relay).

---

OSHA      Standards      Enforcement      Topics      Media Center      Contact Us



**U.S. DEPARTMENT OF LABOR**

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 1-800-321-OSHA
1-800-321-6742
www.osha.gov

**FEDERAL GOVERNMENT** ⊞        **OCCUPATIONAL SAFETY & HEALTH** ⊞        **ABOUT THE SITE** ⊞

White House                          Frequently Asked Questions              Freedom of Information Act

Benefits.gov                         A - Z Index                             Disclaimers

Coronavirus Resources                Freedom of Information Act - OSHA        Plug-ins Used on DOL.gov

Disaster Recovery Assistance         Read The OSHA Newsletter                Accessibility Statement

DisasterAssistance.gov               Subscribe to the OSHA Newsletter

USA.gov                              OSHA Publications

Notification of EEO Violations       Office of Inspector General

No Fear Act Data

U.S. Office of Special Counsel

Connect With OSHA

    

Site Map      |      Important Website Notices      |      Privacy & Security Statement

| Incident # 23-01461 | **Lonoke County Sheriffs Office** | Report Date 08/28/23 |
|---|---|---|
| Page 1 of 10 | Incident Report | Report Time 3:52 PM |

| Status | Exception Clearance | Date | Reporting Officer | ORI/Agency |
|---|---|---|---|---|
| Closed | | Not Applicable | 1380  Ingram, John F | AR0430000 |
| | Assigned Officer | | Entered By | Approving Officer |
| | Lucas, Carla J. | | AWISE | |
| | Assisting Officers | | | |

## Complainant

| SSN/ID/TIN | Title | Name | | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|---|
| ** MASKED ** | | Male, Caller | | ** MASKED ** | | U | Unknown |

| Race   Unknown | Ethnicity  Unknown | DL (#, ST)  ** MASKED ** | | Email  ** MASKED ** | |
|---|---|---|---|---|---|

| Home Phone  ** MASKED ** | Work Phone  ** MASKED ** | Other Phone  ** MASKED ** | Personal Cell  ** MASKED ** | Work Cell  ** MASKED ** |
|---|---|---|---|---|

| US Citizen  Yes | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Home Address | | | Employer | |
| Work Address | | | Occupation | |

## Offenses

| Incident Location  3729 Red Wine RD  Scott, AR | Zone |
|---|---|

| Earliest Possible Date  08/28/2023 | Time  13:00 | Latest Possible Date  08/28/2023 | Time  18:00 |
|---|---|---|---|

| # | Statute/Code | Description | | Fel/Misd | Att/Comp | Loc | Bias | Wpn | CATypes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INFO | GENERAL INFORMATION | | | Completed | 25 | 88 | 99 | |

| MO | | Method Of Entry  n/a | # Prems  0 |
|---|---|---|---|

Location Types
01 Air/Bus/Train Terminal
02 Bank/S&L
03 Bar/Night Club
04 Church/Synag/Temple
05 Commercial/Off Bldg
06 Construction Site
07 Convenience Store
08 Dept/Discount Store
09 Drug Str/Dr Off/Hosp
10 Field/Woods
11 Govt/Public Bldg
12 Grocery/Supermarket
13 Hwy/Road/Alley
14 Hotel/Motel
15 Jail/Prison
16 Lake/Waterway
17 Liquor Store
18 Parking Lot/Garage
19 Rental Storage Facility
20 Residence/Home
21 Restaurant
22 Specialty Store
24 Specialty Store
25 Unknown/Other
37 Abandoned/Condemned Structure
38 Amusement Park
39 Arena/Stadium/Fair grounds/Coliseum
40 ATM Separate from Bank
41 Auto Dealership
42 Camp/Campground
44 Daycare Facility
45 Dock/Wharf/Freight/ Modal Terminal
46 Farm Facility
47 Gambling Facility/Casino/Race Track
48 Industrial Site
49 Military Installation
50 Park/Playground
51 Rest Area
52 School - College/University
53 School - Elementary/Secondary
54 Shelter - Mission/Homeless
55 Shopping Mall
56 Tribal Lands
57 Community Center
58 Cyberspace

Bias Motivation Codes
ANTI-
11 White
12 Black or African American
13 American Indian or Alaska Native
14 Asian
15 Multi-races, Group
16 Native Hawaiian or Other Pacific Islander
21 Jewish
22 Catholic
23 Protestant
24 Islamic (Muslim)
25 Other Religion
26 Multi-religious group
27 Atheist/Agnostic
31 Arab
32 Hispanic or Latino
33 Not Hispanic or Latino
41 Gay (male)
42 Lesbian
43 Lesbian, Gay, Bisexual, or Transgender, Mixed Group (LGBT)
44 Heterosexual
45 Bisexual
51 Phys Disability
52 Mental Disability
61 Male
62 Female
71 Transgender
72 Gender Non-Conforming
88 None
99 Unknown

| Suspected Of Using  None | Criminal Activity Types | Weapon Type(s) | |
|---|---|---|---|

Criminal Activity Types
B Buying/Receiving
P Possessing/Concealing
D Distributing/Selling
E Exploiting Children
C Cultivating/Manuf/Publishing
O Operating/Promoting/Assisting
T Transport/Import/Transmit
U Using/Consuming
A Simple/Gross Neglect
F Organized Abuse
I Intentional Abuse & Torment
S Sexual Animal Abuse

Weapon Type(s)
11 Firearm (Auto)
12 Handgun (Auto)
13 Rifle (Auto)
14 Shotgun (Auto)
15 Other Firearm
20 Knife/Cutting Instr
30 Blunt Object
35 Motor Vehicle
40 Personal Weapons
50 Poison
60 Explosives
65 Fire/Incendiary Device
70 Drugs/Narc./Sleeping Pills
85 Asphyxiation
90 Other
95 Unknown
99 None

Copyright Relativity Inc.© - RPS(Relativity Public Safety)

Printed : 9/20/2023 1:47:58 PM



PLAINTIFF'S
EXHIBIT
4

| Incident # | 23-01461 | **Lonoke County Sheriffs Office** | | Report Date | 08/28/23 |
|---|---|---|---|---|---|
| Page | 2 of 10 | Incident Report | | Report Time | 3:52 PM |

**Victim**

| SSN/ID/TIN | | Title | Name | | DOB | | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|---|---|---|
| ** MASKED ** | | | Montes, Evangelio | | ** MASKED ** | | 35 | M | Unknown |

| Race | White | Ethnicity | DL (#, ST) | | Email | | | |
|---|---|---|---|---|---|---|---|---|
| | | Hispanic/Latino | ** MASKED ** | | ** MASKED ** | | | |

| Home Phone | | Work Phone | | Other Phone | | Personal Cell | | Work Cell | |
|---|---|---|---|---|---|---|---|---|---|
| ** MASKED ** | | ** MASKED ** | | ** MASKED ** | | ** MASKED ** | | ** MASKED ** | |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality | |
|---|---|---|---|---|---|
| No | Unknown | | | | |

| Home Address | Employer |
|---|---|
| 118 Janel CT,Romance, AR 72136 | Kajacs |

| Work Address | Occupation |
|---|---|
| 65Th ST,Little Rock, AR | |

| Victim Type | Injury Type | Aggravated Assault/Homicide Circumstances | Relationship To Suspect |
|---|---|---|---|
| Individual | None, | None | |

| Justifiable Homicide Circumstances | Taken to: (Hospital Name) |
|---|---|
| None | |

| Injury Description |
|---|
| |

**Victim #3**    **Event #:** Related

| SSN/ID/TIN | | Title | Name | | DOB | | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|---|---|---|
| ** MASKED ** | | | Milsap, Steven | | ** MASKED ** | | 37 | M | Resident |

| Race | White | Ethnicity | DL (#, ST) | | Email | | | |
|---|---|---|---|---|---|---|---|---|
| | | Not Hispanic/Latino | ** MASKED ** | | ** MASKED ** | | | |

| Home Phone | | Work Phone | | Other Phone | | Personal Cell | | Work Cell | |
|---|---|---|---|---|---|---|---|---|---|
| ** MASKED ** | | ** MASKED ** | | ** MASKED ** | | ** MASKED ** | | ** MASKED ** | |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality | |
|---|---|---|---|---|---|
| No | Unknown | | | | |

| Home Address | Employer |
|---|---|
| 100 Union ST,Jacksonville, AR 72076 | Kajacs |

| Work Address | Occupation |
|---|---|
| | |

| Victim Type | Injury Type | Aggravated Assault/Homicide Circumstances | Relationship To Suspect |
|---|---|---|---|
| Individual | None, | None | |

| Justifiable Homicide Circumstances | Taken to: (Hospital Name) |
|---|---|
| None | |

| Injury Description |
|---|
| |

| Incident # | 23-01461 | **Lonoke County Sheriffs Office** | | Report Date | 08/28/23 |
| Page | 3 of 10 | Incident Report | | Report Time | 3:52 PM |

| SSN/ID/TIN<br>** MASKED ** | Title | Name<br>Weaver, Micheal Taylor | | | DOB<br>** MASKED ** | Age<br>19 | Sex<br>M | Resident Status<br>Resident |
| Race  White | | Ethnicity<br>Unknown | DL (#, ST)<br>** MASKED ** | | | Email<br>** MASKED ** | | |
| Home Phone<br>** MASKED ** | | Work Phone<br>** MASKED ** | | Other Phone<br>** MASKED ** | | Personal Cell<br>** MASKED ** | Work Cell<br>** MASKED ** | |
| US Citizen<br>Yes | Legal Alien | Doc Type | | Immig Doc # | | Nationality | | |
| Home Address<br>202 Sierra CV, Austin, AR  72007 | | | | | | Employer<br>Kajacs | | |
| Work Address | | | | | | Occupation | | |

| SSN/ID/TIN<br>** MASKED ** | Title | Name<br>Healy, Robert Anthony | | | DOB<br>** MASKED ** | Age<br>61 | Sex<br>M | Resident Status<br>Resident |
| Race  White | | Ethnicity<br>Unknown | DL (#, ST)<br>** MASKED ** | | | Email<br>** MASKED ** | | |
| Home Phone<br>** MASKED ** | | Work Phone<br>** MASKED ** | | Other Phone<br>** MASKED ** | | Personal Cell<br>** MASKED ** | Work Cell<br>** MASKED ** | |
| US Citizen<br>Yes | Legal Alien | Doc Type | | Immig Doc # | | Nationality | | |
| Home Address<br>1328 Johnson RD, Lonoke, AR  72086 | | | | | | Employer<br>Kajacs | | |
| Work Address | | | | | | Occupation | | |

**Narrative - Ingram, John F - 8/29/2023 10:43:51 AM (Initial)**

On 8/28/2023, I was dispatched to 3729 Red Wine Road, for a medical emergency were a worker had fallen into a hole and was having difficulty breathing.

On arrival, I observed a deep trench with an excavator above it with the bucket still down. There were about 10 people standing on the banks of the trench and it wasn't until I made it down to the trench that I was able to see the male subject, later identified as, a Mr. Steven Millsap buried about mid waist deep in the hole. Mr. Millsap was located at the east side of the trench and in an emotional state with unknown injuries. The walls around the trench were just dirt and mud with no protective wood or steel cage to hold the dirt/mud in place. Inside the trench was another male who was trying to help Mr. Millsap. Deputy Hutchinson also got behind Mr. Millsap and began trying to dig him out and EMT'S from EASI ambulance service was also present trying to get vitals from Mr. Millsap. While Deputy Hutchinson was attempting to dig Mr. Millsap out, the other male, later identified as, a Mr. Evangeliojr Montes and I held onto to Mr. Millsap in order to see if we could try and pull him out. A med flight helicopter was originally asked for by EASI EMT but later cancelled as Mr. Millsap stated that he would refuse to fly on a helicopter.

We managed to get down to Mr. Millsap's lower leg area but his feet were twisted beneath him and the dirt had more of a mud like consistency and was more compact also. Mr. Millsap was conscious through out. Mr. Montes joined Deputy Hutchinson behind Mr. Millsap to continue to try and dig him out and another male swapped out for me, so that I could contact dispatch due to my radio not being able to communicate. At no time did anyone from the construction workforce advise us on whether it was safe to continue to do so. Two pieces of plywood were brought down into the trench to try and keep the mud walls from potentially coming down. While they were placing the plywood I was told the trench collapsed and Mr. Montes, Deputy Hutchinson and a female EMT were now also trapped. A volunteer fire fighter had been hit by the wall of mud also and was having a separate medical incident while this occurred.

Mr. Montes was pulled from the trench but was not conscious or appeared to be breathing and CPR was started on him when he was in the ambulance. Deputy Hutchinson was also freed from the trench and appeared to have heavy bruising and was complaining that he didn't have any sensation in his lower legs. The female EMT was able to get out also with no apparent injuries. I requested med flight as Mr. Millsap was still stuck in the hole.

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

Printed : 9/23/2023 3:47:58 PM

| Incident # | 23-01461 | **Lonoke County Sheriffs Office** | Report Date | 08/28/23 |
|---|---|---|---|---|
| Page | 4 of 10 | Incident Report | Report Time | 3:52 PM |

**Narrative - Ingram, John F - 8/29/2023 10:43:51 AM (Initial)**

Mr. Montes did not recover from his injuries and I requested the coroner. Deputy Hutchinson was transported to UAMS and the unidentified volunteer fire fighter was transported to Spring hill Baptist. Mr. Millsap was eventually pulled from the hole approximately 3.5 hours late by a combination of Little Rock Fire Department, North Little Rock FD and England FD. Mr. Millsap was transported by Med Flight.

CID responded to the event and I took a verbal statement from Mr. Robert Healy were he stated that they hadn't put the required protections in place for the trench.

**Narrative - Lucas, Carla J. - 8/29/2023 1:33:11 PM (Initial)**

Kajacs
3401 W. 65th Street
Little Rock, AR 72209

Owner of Kajacs- Aaron Person 501-772-7149---- Aaron showed on site after incident happened
Project Safety Manager for Kajacs - Michael Titsworth 501-249-0665--- Michael showed on site after incident happened
Project Manager for Kajacs-Phillip Wagner 573-714-4018-Phillip showed on site after incident
Supervisor (foreman) for Kajacs- Robert Healy 870-550-9655---- Robert was on site when incident happened
Kajacs crew worker-(Deceased) - Evangelio Montes, nickname "Gordy"- Evangelio's sister, Eileen Montes 501-366-9901
Kajacs crew worker- Michael Weaver - message number 720-218-4070- Michael was on site when incident happened
Kajacs crew worker- Steven Milsap- Steven was the victim that was med flighted out . I have no information on Steven .

**Narrative - Lucas, Carla J. - 8/31/2023 11:34:13 AM (Initial)**

On August 28, 2023 at approximately 1 pm, Sergeant John Ingram and Deputy Austin Hutchison was dispatched to 3729 Red Wine Road Scott, AR for a medical emergency.

At approximately 1:48pm, I was contacted by Lieutenant Giacomo Portale and was asked to go to Red Wine Road for someone possibly trapped in a trench cave in. Upon my arrival, I spoke with Kajacs worker, Michael Weaver. He advised both sides of the ditch collapsed on Steven Milsap and he ran over to uncover him. Micheal advised he and Gordy (Evangelio Montes, the deceased) were shoveling Steven out when the walls of the ditch fell again. EMT's arrived the ditch walls fell again.

I then spoke with Kajacs's supernatant for the jobsite, Robert Healy. Robert advised that they got to the job site about 6:15 am by the time they got everything gathered up they started digging about 8 am. Robert advised they went and ate lunch then came back. They did some shots. Robert advised everything looked fine. Robert advised he moved the guy off the machine, then he heard the guy holler, and it caved in.

Copyright Relativity Inc.© - RPS(Relativity Public Safety)

| Incident # 23-01461 | **Lonoke County Sheriffs Office** | Report Date 08/28/23 |
|---|---|---|
| Page 5 of 10 | Incident Report | Report Time 3:52 PM |

**Narrative - Lucas, Carla J. - 8/31/2023 11:34:13 AM (Initial)**

Robert advised he had it benched (stair step it down). He advised it caved in from bottom up. I asked Robert who was all down in the hole he advised Steven Milsap at the time it initially caved in. Then they got in there to dig Steven out. Then the paramedics and the deputy sheriffs got there and started help dig Steven out and that's when it caved in again.

I spoke with Kajacs's Project Manager/Safety Manger, Michael Titsworth while I was on scene and he advised the crew has been to classes and were trained but they did not do what they were trained to do. Titsworth also wrote a statement and it is as follows no corrections have been made. "Kajacs Safety Policy is to slope or shore excavations over 4' in depth, none of which was done."

Kajacs Protect Manger, Phillip Wagner wrote a statement and it is as follows, no corrections have been made. "Project started March 3, 2023, included the install of 3 pump stations scheduled to finished Sept 30. Sandage pump station pump can installation started 8/28/2023."

**Narrative - Hutchison, Austin R - 9/1/2023 5:09:05 AM (Initial)**

On 08/28/2023, Sergeant John Ingram and Myself were dispatched out to 3729 Red Wine Road in reference to a man buried alive. Upon arrival I observed an excavator sitting atop a hill will the bucket down in a hole. While heading down the hill along side the hole that was being dug I observed multiple workers just standing around watching one worker later identified as, Evangeliojr Montes, try and free the man that was buried later identified as, Steven Millsap. Mr. Millsap was buried up to the bottom of his chest when I made it down to him along side EMTS. Mr. Montes and myself were in front of Mr. Millsap digging with shovels and by hand while Sergeant Ingram tried to pull Mr. Millsap from the back. While digging I learned the reason Mr. Millsap was buried at the moment was because while he was in the hole attempting to get measurements the trench collapsed on him, and had collapsed a second time while Mr. Montes was trying to free him. After a while of digging Sergeant Ingram stepped away to try and get out over the radio to dispatch to advise them of the current situation. When Sergeant Ingram returned I stepped out myself for a moment to catch my breath. When I returned back into the hole it was Mr. Montes and myself in front of Mr. Millsap once again and an EASI EMT behind Mr. Millsap. A couple of workers from, what I saw, decided to place two pieces of plywood on each side of us while we dug to try and keep the walls form caving. We managed to get Mr. Millsap dug out to his knees, but because of his legs being twisted we struggled to pull him out, and the dirt we were digging in prior was now nothing but very watery mud.

We managed to get Mr. Millsap dug out to his knees, but because of his legs being twisted we struggled to pull him out, and the dirt we were digging in prior was now nothing but very watery mud. I tried to have the EASI EMT pull Mr. Millsap from behind by his belt loops, but the belt loops broke and Mr. Millsap had not moved. I had lost site of Sergeant Ingram at this time as well. I sat up on me knees and stopped digging for a moment to try and think of another way we could possibly free Mr. Millsap. While Mr. Montes and myself were thinking the wall to my right caved in. The cave in cause Mr. Montes and myself to become trapped under a large amount of dirt. The EASI EMT that was helping with Mr. Millsap was hit by the wall as it caved as well, but she did not become trapped. The dirt wall that have caved in was heavy enough that when it caved in snapped the plywood in half. Mr. Montes was trapped in my lap under the dirt, and did not show signs of being conscious or aware. A fire fire fighter form England Fire Department had made his way back behind Mr. Montes and myself, and began trying to dig us out while the EASI EMT tried digging us out from the front. After some of the dirt had been removed I was able to get my hands on Mr. Montes's neck to check for a pulse, and I felt a very faint pulse. I picked Mr. Montes head up slightly just to check to make sure he was breathing, and the EASI EMT noticed the blood coming form his nose and mouth, and stated he

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

| Incident # | 23-01461 | **Lonoke County Sheriffs Office** | Report Date | 08/28/23 |
|---|---|---|---|---|
| Page | 6 of 10 | Incident Report | Report Time | 3:52 PM |

**Narrative - Hutchison, Austin R - 9/1/2023 5:09:05 AM (Initial)**

had head trauma, so she called for a Medical Helicopter. The EASI EMT was able to remove enough dirt from in front of me to be able to break the plywood and get me free. After getting out and the adrenaline from the situation going away I noticed that I could not feel my legs from the knees down. I was able to get help getting onto an ambulance where I was transported to UAMS.

At no time during the situation did a worker try and stop us and let us know of the unsafe situation. I also did not observe any safety equipment placed inside the trench that at the time looked over 10 feet deep. After being transported to UAMS I had regained feeling to both legs and had no severe injuries.

**Narrative - Lucas, Carla J. - 9/5/2023 11:58:49 AM (Initial)**

On August 31, 2023 at approximately 11:30 am , I contacted Fire Fighters, Chris McClain and Tony and they both advised they will email me statements in reference to the Red Wine Road trench cave in.

**Narrative - Lucas, Carla J. - 9/7/2023 10:52:50 AM (Initial)**

Tony Edmonson emailed this statement to me. No changes have been made it is as follows:

On 08/28/2023 at       , I arrived on scene at Redwine Road to a man trapped in a trench. When I arrived, I witnessed several workers that I assumed worked for the company digging the trench. There was one of the workers (whom passed away later on in call), two deputies and b oth ambulance crew members in the trench trying to get the trapped man out. The only fire fighter that was on scene when I arrived was James Webb. We accessed the scene and I told Kevin Sandage to go get us some plywood from his shop across the road to use as support. There were no support on the walls of the trench. They did have the excavator bucket above the trapped man but the bottom part of the walls had already started to slip off and there was no kind of support for the rest of the walls. Sandage brought 1 an ½ sheets of plywood. We put the ½ sheet on the North wall and the full sheet on the South wall beside the trapped man to try and protect people in the trench.

A few minutes later, the wall started caving in again from the East end of trench then kep caving toward the West end. When it reached where the bucket was it had already fallen on one deputy and the worker on the East side of the bucket then around the ambulance driver, who was just West of the bucket. At this time, fire fighter James Webb and Dylan Tye jumped in to try and get them out as soon as got in position West of the excavator bucket. The wall fell on them and it was then that I went in the ditch to try and free them and as I stepped in the ditch to go towards them the North wall caved gain and pinned me against the South wall. I was able to shimmy and squeeze myself free and make it tot he west end of the ditch which was the shallowest part and lean on the wall. The medic asked if I was alright and I told her no, I was fixing to pass out. The next thing I remember was being brought out on a backboard and put in the ambulance.

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

Incident #    23-01461

**Lonoke County Sheriffs Office**
Incident Report

Report Date    08/28/23

Page    7 of 10

Report Time    3:52 PM

**Narrative - Lucas, Carla J. - 9/7/2023 10:52:50 AM (Initial)**

Tony Edmonson
09/01/2023

Copyright Relativity Inc.© - RPS(Relativity Public Safety)

 #8

# LONOKE COUNTY SHERIFFS OFFICE

## Dispatch Call Detail

## Call #: C23680 - MEDICAL EMERGENCY

| | | |
|---|---|---|
| **Received Date/Time:** 08/28/2023 12:52:44 | **Taken By:** Justice, Alice | |
| **Initial Call Type:** MEDICAL EMERGENC | **Caller Name** CALLER, MALE | **Amb Run#:** AM23-03282 |
| **Cleared Date/Time:** 08/28/2023 20:59:59 | **Phone:** | **Fire Run#:** FM23-02783 |
| **Cleared By:** Abel, Tamatha | **Caller Loc.:** | |
| **Controlled:** | | |
| **Location:** 3729 Red Wine RD Scott, | | |

### Units Dispatched

| | Dispatched | Enroute | Arrived | Transport | Trans Dest | Cleared | At Station | Mileage | Trns To |
|---|---|---|---|---|---|---|---|---|---|
| 122 - Miller, Austin (LCSO) | 08/28/2023 12:56:31 | | 08/28/2023 14:24:50 | | | 08/28/2023 14:52:24 | | | |
| EASI - EASI (EASI) | 08/28/2023 12:56:36 | | | | | 08/28/2023 20:59:38 | | | |
| 104 - Ingram, John (LCSO) | 08/28/2023 12:58:56 | 08/28/2023 12:59:21 | 08/28/2023 13:11:01 | | | 08/28/2023 17:54:47 | | | |
| 123 - Hutchison, Austin (LCSO) | 08/28/2023 12:59:00 | 08/28/2023 12:59:23 | 08/28/2023 13:11:03 | | | 08/28/2023 19:25:34 | | | |
| LOFD - LONOKE FIRE (LONOKE FIRE) | 08/28/2023 12:59:11 | 08/28/2023 13:40:25 | | | | 08/28/2023 18:33:50 | | | |
| ENPD - ENPD (England Police) | 08/28/2023 12:59:59 | | | | | 08/28/2023 20:59:59 | | | |
| 103 - Shepard, Steven (Lynn) (LCSO) | 08/28/2023 13:46:54 | 08/28/2023 13:49:08 | 08/28/2023 14:02:07 | | | 08/28/2023 18:04:27 | | | |
| 21 - Lucas, Carla (LCSO) | 08/28/2023 13:48:35 | 08/28/2023 13:49:05 | 08/28/2023 14:05:23 | | | 08/28/2023 17:56:13 | | | |
| 24 - Mccain, Robbie (LCSO) | 08/28/2023 13:48:40 | 08/28/2023 13:49:01 | 08/28/2023 14:05:19 | | | 08/28/2023 19:29:21 | | | |
| 26 - Rice, Nathan (LCSO) | 08/28/2023 13:48:51 | 08/28/2023 13:48:56 | 08/28/2023 14:06:48 | | | 08/28/2023 17:02:45 | | | |
| 101 - Clem, Danny (LCSO) | 08/28/2023 14:07:09 | | 08/28/2023 14:07:20 | | | 08/28/2023 17:56:17 | | | |
| 20 - Portale, Giacomo (LCSO) | 08/28/2023 14:07:30 | | 08/28/2023 14:07:34 | | | 08/28/2023 17:56:19 | | | |
| C2 - Rivera, Brandon (LCSO) | 08/28/2023 14:25:56 | | | | | 08/28/2023 17:57:43 | | | |
| 106 - White, Darren (LCSO) | 08/28/2023 17:08:09 | | 08/28/2023 17:08:15 | | | 08/28/2023 18:43:07 | | | |
| 121 - Watkins, Jeremy (LCSO) | 08/28/2023 17:08:20 | | 08/28/2023 18:42:58 | | | 08/28/2023 18:43:02 | | | |
| 113 - Steele, Patricia (LCSO) | 08/28/2023 17:51:00 | | 08/28/2023 17:51:06 | | | 08/28/2023 19:22:49 | | | |

### Wreckers Involved

| Wrecker Company | Assigned | Reason |
|---|---|---|
| | | |

p9

# LONOKE COUNTY SHERIFFS OFFICE

## Dispatch Call Detail

## Call #: C23680 - MEDICAL EMERGENCY

| Phillips Wrecker | 08/28/2023 15:07 | Rotation |

### Narrative

| Date/Time | Dispatcher | Narrative |
|---|---|---|
| 08/28/2023 12:53:26 | Justice, Alice | CALLER ADVISED THAT THEY WERE DIGGING AND THE BANK CAVED IN AND IT BURRIED HIS WORKER ALIVE AND THEY DONT KNOW WHAT TO DO |
| 08/28/2023 13:04:18 | Duerson, Amber | ATTEMPTED CONTACT WITH ALL NUMBERS IN BOOK FOR OEM - NEG CONTACT |
| 08/28/2023 13:06:18 | Duerson, Amber | OEM NOTIFIED |
| 08/28/2023 13:09:37 | Justice, Alice | 104 ADVISED ON RED WINE ATL |
| 08/28/2023 13:11:07 | Justice, Alice | 123 ADVISED EASI IS 10-97 |
| 08/28/2023 13:11:16 | Duerson, Amber | PER 123 EASI ON SCENE |
| 08/28/2023 13:25:18 | Duerson, Amber | FD1 ADV LRFD AND PULS OEM EN ROUTE |
| 08/28/2023 13:29:12 | Duerson, Amber | PULS AND LRFD EN ROUTE FROM PULS |
| | | SO RESERVED MAC 2 |
| 08/28/2023 13:34:58 | Duerson, Amber | PER 104 PS - BIRD WAS CANCELED - SUBJ IS STILL IN THE HOLE - BURIED TO HIS LEGS |
| 08/28/2023 13:41:11 | Duerson, Amber | PER FD1 CONTACT RURAL WATER FOR VACCUUM TRUCK |
| | | CONTACT MADE RURAL WATER SENDING A VACCUUM TRUCK |
| 08/28/2023 13:47:25 | Duerson, Amber | LRFD ON SCENE |
| 08/28/2023 13:50:59 | Justice, Alice | 2 ARE OUT AND 2 ARE STILL IN THE HOLE |
| 08/28/2023 13:52:35 | Duerson, Amber | LRFD 2 PEOPLE OUT - 2 STILL TRAPPED |
| 08/28/2023 13:53:42 | Duerson, Amber | LR BATT 1 ON SCENE |
| 08/28/2023 13:58:52 | Duerson, Amber | LANDING ZONE BEING SET UP AND MARKED |
| 08/28/2023 13:59:38 | Duerson, Amber | CPR IN PROGRESS |
| 08/28/2023 14:03:07 | Justice, Alice | ADVISED THAT WE WILL NEED BOTH BIRDS |
| 08/28/2023 14:03:32 | Duerson, Amber | MED FLIGHT HAS A ONE MINUTE ETA AS WELL |
| 08/28/2023 14:09:59 | Duerson, Amber | NLR BATALLION 1 10/97 |
| 08/28/2023 14:25:04 | Duerson, Amber | 104 REQ C UNIT |
| 08/28/2023 14:55:55 | Duerson, Amber | 103 98 - 96 UAMS |
| 08/28/2023 15:05:25 | Duerson, Amber | 24 REQ CODE 11 WEST END OF RED WINE RD |
| 08/28/2023 15:31:05 | Wise, Amanda | phillips is 97 |
| 08/28/2023 17:29:57 | Duerson, Amber | 106 - LAST PERSON IS OUT OF THE HOLE NOW |
| 08/28/2023 18:19:07 | Abel, Tamatha | 26 IS STILL ON SCENE |

### Dispositions

Unknown,

### Incidents

| Agency | Incident | Officer |
|---|---|---|
| LCSO | 23-01461 | Ingram, John |

### Association

### 911 Call

# LONOKE COUNTY SHERIFFS OFFICE

## Dispatch Call Detail

### Call #: C23680 - MEDICAL EMERGENCY

| Date | Name | Phone | Address | PD | FD | EMS |
|------|------|-------|---------|----|----|-----|
| 08/28/2023 12:52 | AT&T MOBILITY | | 3001 W 60TH ST - SW Sector LITTLE ROCK AR | WIRELESS CALL | WIRELESS CALL | WIRELESS CALL |
| 08/28/2023 12:52 | AT&T MOBILITY | | 3001 W 60TH ST - SW Sector LITTLE ROCK AR | WIRELESS CALL | WIRELESS CALL | WIRELESS CALL |
| 08/28/2023 12:52 | AT&T MOBILITY | | 3001 W 60TH ST - SW Sector LITTLE ROCK AR | WIRELESS CALL | WIRELESS CALL | WIRELESS CALL |

REPORT# 23-0146/                                PAGE_____ OF_____



# STATEMENT FORM
## LONOKE COUNTY SHERIFF'S DEPARTMENT
### 440 Dee Dee Lane, Lonoke AR 72086   PH# 501-676-3000



Statement of Complainant_____Victim_____Witness_____Suspect_____

Date: _____    Time:_____ A.M./P.M.

Name: _____ Date of Birth_____ Age:_____

Home Address: _____ Ph#_____

Sex:_____ Race:_____ Height:_____ Weight:_____

Social Security #_____ Driver's License #_____

Employer:_____Occupation:_____

Work Address:_____Ph#_____

Statement: Robert Heeler → Supervisor
Mike Titswort - ~~the~~ Project Mano  Safety - 501-249-0665
Aron Persons - Owner   501-772-7149
Michael Weaver
~~Robert Heeler~~
~~Steven~~ ~~Millsap~~

Evangelio Montes Deceased                    118 Janel St
501-992-8022 Ellean Montes                   Roomate

Steven Millsap

_____                        _____
Deputy's Signature                                              Signature

Sheriff John Staley   Chief Kevin McCoy   CID Lt. Matt Edwards   Patrol Capt. David Bufford
Dispatch #501-676-3000     Fax #501-676-3017

REPORT# 23-01461                              PAGE_____OF_____



## STATEMENT FORM
### LONOKE COUNTY SHERIFF'S DEPARTMENT
### 440 Dee Dee Lane, Lonoke AR 72086    PH# 501-676-3000

Statement of Complainant_____ Victim_____ Witness_____ Suspect_____

Date:_____              Time: 1:00    A.M./P.M.

Name: Michael Weaver    Date of Birth_____ Age:_____

Home Address:_____ Ph#_____

Sex:_____ Race:_____ Height:_____ Weight:_____

Social Security #_____ Driver's License #_____

Employer:_____ Occupation:_____

Work Address:_____ Ph#_____

Statement: Both sides of the ditch
collapsed on Steven I Ran to
un cover him We Got him and t were
shoveling him out I _____ on again
EMTs Arrived and it _____ un again

Deputy's Signature                                    Signature

REPORT# _23-01461_                                    PAGE_____ OF_____

## STATEMENT FORM
### LONOKE COUNTY SHERIFF'S DEPARTMENT
440 Dee Dee Lane, Lonoke AR 72086   PH# 501-676-3000

Statement of Complainant___ owner Victim_____ Witness_____ Suspect_____

Date: _____    Time:_____ A.M./P.M.

Name: _Aron Pearsons_    Date of Birth_____ Age: _43_

Home Address:_____    Ph# _501·772·7149_

Sex: _M_   Race: _W_   Height: _5'11"_   Weight: _185_

Social Security #_____    Driver's License #_____

Employer: _KAJACS_    Occupation:_____

Work Address: _3401 # W. 65TH Street_   Ph#_____
_LR 72209_

Statement:

Project Started Mar. 3, 2023,
Included the install of 3 Pump Station
Scheduled to finished Sept. 30
Sewage pump station pump can installation started
8/28/23

This statement
Belongs to
Phillip Wagner

Deputy's Signature                                    Signature

REPORT# 23-0146/                                                    PAGE_____ OF_____



# STATEMENT FORM
## LONOKE COUNTY SHERIFF'S DEPARTMENT
### 440 Dee Dee Lane, Lonoke AR 72086   PH# 501-676-3000

Statement of Complainant_____ Victim_____ Witness_____ Suspect_____

Date: 8/28/2023 _____                    Time:_____ A.M./P.M.

Name: Phillip Wagner _____     Date of Birth_____   Age: 55

Home Address:_____     _____   Ph# 573-719-4818

Sex: M    Race: W    Height: 6-0    Weight: 300 _____

Social Security #_____   Driver's License #_____

Employer:_____ Occupation:_____

Work Address:_____ Ph#_____

Statement:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Deputy's Signature                                              Signature

REPORT# _03 - 01461_          PAGE_____ OF_____



## STATEMENT FORM
### LONOKE COUNTY SHERIFF'S DEPARTMENT
### 440 Dee Dee Lane, Lonoke AR 72086   PH# 501-676-3000

Statement of Complainant____ Victim____ Witness____ Suspect____

Date: _8-28-23_          Time: _3:00_   A.M./P.M

Name: _Michael Titsworth_          Date of Birth_____ Age: _48_

Home Address:_____          Ph# _501-249-0665_

Sex: _M_   Race: _W_   Height: _5'10"_   Weight: _230_

Social Security #_____   Driver's License # _913081895_

Employer: _KAJACS Contractors_   Occupation: _Manager_

Work Address: _3401 W 65th St_          Ph# _501-249-0665_
_LR AR 72209_

Statement: _KAJACS Safety Policy is to slope or shore_
_Excavations over 4' in depth, None of which was_
_done._

Deputy's Signature                                  Signature

REPORT# 23-01461     PAGE_____OF_____



## STATEMENT FORM
### LONOKE COUNTY SHERIFF'S DEPARTMENT
440 Dee Dee Lane, Lonoke AR 72086   PH# 501-676-3000

Statement of Complainant_____ Victim_____ Witness_____ Suspect_____

Date: _____     Time:_____ A.M./P.M.

Name: Robert Healy_____ Date of Birth_____ Age:_____

Home Address: ████████████_____ Ph# 570-550-9655

Sex:_____ Race:_____ Height:_____ Weight:_____

Social Security #_____ Driver's License #_____

Employer: Ka Jacs_____ Occupation: Superintendent

Work Address: ____65 st L R____ Ph#_____

Statement: 6:15 Am
Bank caved in, had in bench

Deputy's Signature                    Signature

23-01461

On 08/28/2023 at    , I arrived on scene at Redwine Road to a man trapped in a trench. When I arrived, I witnessed several workers that I assumed worked for the company digging the trench. There was one of the workers (whom passed away later on in call), two deputies and b oth ambulance crew members in the trench trying to get the trapped man out. The only fire fighter that was on scene when I arrived was James Webb. We accessed the scene and I told Kevin Sandage to go get us some plywood from his shop across the road to use as support. There were no support on the walls of the trench. They did have the excavator bucket above the trapped man but the bottom part of the walls had already started to slip off and there was no kind of support for the rest of the walls. Sandage brought 1 an ½ sheets of plywood. We put the ½ sheet on the North wall and the full sheet on the South wall beside the trapped man to try and protect people in the trench.

A few minutes later, the wall started caving in again from the East end of trench then kep caving toward the West end. When it reached where the bucket was it had already fallen on one deputy and the worker on the East side of the bucket then around the ambulance driver, who was just West of the bucket. At this time, fire fighter James Webb and Dylan Tye jumped in to try and get them out as soon as got in position West of the excavator bucket. The wall fell on them and it was then that I went in the ditch to try and free them and as I stepped in the ditch to go towards them the North wall caved gain and pinned me against the South wall. I was able to shimmy and squeeze myself free and make it tot he west end of the ditch which was the shallowest part and lean on the wall. The medic asked if I was alright and I told her no, I was fixing to pass out. The next thing I remember was being brought out on a backboard and put in the ambulance.


Tony Edmonson
09/01/2023