# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**  **PLAINTIFF-RELATOR**
*ex rel.* **ROBERT HEALY**

**v.**  No. 4:23-CV-01047-LPR

**KAJACS CONTRACTORS, INC.**  **DEFENDANT**

## ORDER

The United States having consented to Relator's voluntary dismissal, the Court rules as follows.

IT IS ORDERED THAT:

1. the Complaint be unsealed;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant, except for this Order and Relator's Notice of Voluntary Dismissal;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3); and

5. this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE